UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Case No. 18-16248-BKC-MAM
Chapter 7

CHANCE & ANTHEM, LLC,

Debtor.
_______________________________/

ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC,

ADV. NO. 19-01298-MAM

Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
TANYA SISKIND, individually and as Trustee of the,
SECOND SISKIND FAMILY TRUST,
FRANK ZOKAITES, individually,
CANNAMED PHARMACEUTICALS, LLC,
a Maryland Limited Liability Company,
OB REAL ESTATE HOLDINGS 1732, LLC, a
Florida Limited Liability Company,
SISKIND LEGAL SERVICES, LLC,
a Florida Limited Liability Company,
SOVEREIGN GAMING & ENTERTAINMENT, LLC,
a Florida Limited Liability Company
FLORIDA'S ASSOCIATION OF COMMUNITY
BANKS AND CREDIT UNIONS, INC. a Florida Corporation,
SYMPATICO EQUINE RESCUE, INC, a Florida Corporation,
WELLINGTON 3445, LP, a Florida Limited Partnership,
ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership,
and ROBERT GIBSON, individually.

Defendants.
_______________________________/

**PLAINTIFF'S NOTICE OF INTENT TO USE SUMMARIES AT HEARING ON TRUSTEE'S EXPEDITED MOTION FOR PRELIMINARY INJUNCTION AND OTHER RELIEF [ECF NO. 2]**

Robert C. Furr (the "Trustee"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor, Chance & Anthem, LLC (the "Debtor" or "C&A"), by and through his undersigned counsel, pursuant to Fed. R. Evid. 611 and 1006, hereby gives notice of the Trustee's intent to use the following summaries as part of his presentation at the hearing set for August 9, 2019, at 10:30 a.m. on the Trustee's *Expedited Motion for Preliminary Injunction and Other Relief* [ECF No. 2]:

1. A table setting forth, identifying, and/or summarizing the transactions pertaining to Christopher George's deposit of $2 million in cash and the Talavera House,[1] and subsequent related transactions thereafter.

2. A table setting forth, identifying, and/or summarizing the transactions pertaining to the transfer of $800,000.00 by Carl Stone and his associate David Fiore to an attorneys' trust account maintained by Defendants Siskind and Siskind Legal, and subsequent related transactions thereafter.

3. A table setting forth, identifying, and/or summarizing the transactions pertaining to the transfer of $1,157,623 into the Debtor by Fred Volkwein, and subsequent related transactions thereafter.

4. An exhibit identifying the Siskind Cash Transfers.

5. An exhibit setting forth, identifying, and/or summarizing the Tanya Siskind Cash Transfer.

6. A summary of receipts and disbursements by entity and category.

---

1 All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Adversary Complaint to Avoid and to Recover Fraudulent Transfers, for Turnover, for an Accounting, Alter-Ego, Substantive Consolidation, Injunctive Relief and for Other Relief* [ECF No. 1].

Each of the foregoing summaries, tables, and/or exhibits are attached hereto as composite **Exhibit "A."** Trustee files this Notice to provide notice for interested parties to review the summarized evidence.

Respectfully submitted on this 8th day of August, 2019.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel to the Trustee*
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.
Fla. Bar No. 60086
jsuarez@gjb-law.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of August, 2019, a copy of the foregoing was served upon all parties registered to receive electronic notification in this case via the Court's CM/ECF system, upon Jeffrey Siskind via e-mail, and upon the parties set forth on the following service list via First Class Mail and/or E-mail.

By: /s/ Jesus M. Suarez
Jesus M. Suarez, Esq.

**SERVICE LIST**

***Notice will be served via U.S. Mail and/or E-mail upon:***

Jeffrey M. Siskind, individually
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at jeffsiskind@msn.com

Siskind Legal Services
c/o Jeffrey M. Siskind, Managing Member
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at jeffsiskind@msn.com

Tanya Siskind, individually
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at tsiskind@wellingtonfl.gov

Second Siskind Family Trust
c/o Tanya Siskind, Trustee
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at tsiskind@wellingtonfl.gov

Frank Zokaites
375 Golfside Drive
Wexford, PA 15090
Via e-mail at frank@zokaites.com

CannaMed Pharmaceuticals, LLC
c/o Jeffrey M. Siskind , Managing Member
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at jeffsiskind@msn.com

CannaMed Pharmaceuticals, LLC
27120 Ocean Gateway
Hebron, MD 21830

CannaMed Pharmaceuticals, LLC
c/o Angeline Nanni
111119 Willow Bottom Drive
Columbia, MD 21044

OB Real Estate Holdings 1732, LLC
c/o Frank Zokaites, Managing Member
375 Golfside Drive
Wexford, PA 15090
Via e-mail at frank@zokaites.com

Sovereign Gaming and Entertainment, LLC
c/o Jeffrey M. Siskind,, on behalf of William Siskind, deceased
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at jeffsiskind@msn.com

Florida's Association of Community Banks and Credit Unions, Incorporated
c/o Jeffrey M. Siskind, President
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at jeffsiskind@msn.com

Sympatico Equine Rescue, Inc.
c/o Jeffrey M. Siskind, President
3465 Santa Barbara Drive
Wellington, Florida 33414
Via e-mail at jeffsiskind@msn.com

Wellington 3445, LP
c/o Samantha Tesser Haimo, Esq.
7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324
sth@womenatlawfl.com

Wellington 3445, LP
c/o Frank Zokaites, for General Partner, Zokaites Contracting FL, LLC
375 Golfside Drive
Wexford, PA 15090
Via e-mail at frank@zokaites.com

Zokaites Properties, LP
c/o Frank Zokaites, for General Partner, Zokaites Contracting, Inc.
375 Golfside Drive
Wexford, PA 15090
Via e-mail at frank@zokaites.com

Robert Gibson
1709 22nd Avenue North
Lake Worth, Florida 33460
Via e-mail at intelexigent@gmail.com

Robert Gibson
7369 Palmdale Drive
Boynton Beach, Florida 33436
Via e-mail at intelexigent@gmail.com

# COMPOSITE EXHIBIT "A"

## TABLE 1 – CHRISTOPHER GEORGE RELATED TRANSFERS



## TABLE 2 – CARL STONE & RICHARD NEFF TRANSFERS



# TABLE 3 – FREDERICK VOLKWEIN TRANSFERS




(a) - Two deposits totaling $20,000 from Siskind IOTA in same time period

## Chance & Anthem, LLC

Detailed of Disbursements - Cash & Withdrawals

| Bank | Entity | Type | Date | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---|
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/13/15 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/30/15 | Cash | 500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/09/15 | Cash | 2,500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/13/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/23/15 | Cash | 5,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 11/25/15 | Cash | 500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/27/15 | Cash | 40,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/02/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/02/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/07/15 | Cash | 1,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/11/15 | Cash | 100.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/11/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/14/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/16/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/21/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/31/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 01/04/16 | Cash | 2,500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 01/19/16 | Cash | 2,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/07/16 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/22/16 | Cash | 2,500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/23/16 | Cash | 63.50 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/24/16 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/25/16 | Other Withdrawal | 2,000.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 04/04/16 | Other Withdrawal | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 04/21/16 | Cash | 20.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 04/22/16 | Cash | 1,100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/01/16 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/15/16 | Other Withdrawal | 750.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/24/16 | Other Withdrawal | 750.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/08/16 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 07/29/16 | Other Withdrawal | 600.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 08/08/16 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 08/26/16 | Other Withdrawal | 3,300.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 08/26/16 | Cash | 900.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 08/30/16 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/02/16 | Other Withdrawal | 40.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/06/16 | Other Withdrawal | 3,265.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/06/16 | Other Withdrawal | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/09/16 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/09/16 | Other Withdrawal | 4,000.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/12/16 | Other Withdrawal | 40.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/14/16 | Other Withdrawal | 250.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 09/16/16 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/21/16 | Cash | 400.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/24/16 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 11/01/16 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 11/28/16 | Cash | 50.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/27/17 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/30/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 02/27/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/07/17 | Other Withdrawal | 75.00 |

| Bank | Entity | Type | Date | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---|
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/30/17 | Cash | 40.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/01/17 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/04/17 | Cash | 60.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 05/15/17 | Other Withdrawal | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/24/17 | Cash | 180.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 06/19/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/26/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/28/17 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 08/04/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 10/03/17 | Other Withdrawal | 80.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/04/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 10/05/17 | Other Withdrawal | 400.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 102.68 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 112.05 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 102.98 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 103.57 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 107.46 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 103.74 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/11/17 | Walmart | 101.80 |
| Chase 1866 | Chance & Anthem | Withdrawal | 11/30/17 | Other Withdrawal | 50.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/05/17 | Walmart | 110.57 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/05/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/14/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/15/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 12/16/17 | Other Withdrawal | 250.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/18/17 | Walmart | 100.98 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/18/17 | Walmart | 104.97 |
| Chase 1866 | Chance & Anthem | Withdrawal | 12/23/17 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/02/18 | Walmart | 141.77 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/02/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/02/18 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/04/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/16/18 | Walmart | 135.94 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/16/18 | Walmart | 115.40 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/16/18 | Cash | 220.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/22/18 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/22/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 02/26/18 | Walmart | 101.05 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/06/18 | Other Withdrawal | 20.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/14/18 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/22/18 | Other Withdrawal | 2,000.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 03/27/18 | Walmart | 140.97 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/12/16 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/13/16 | Cash | 600.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 05/31/16 | Other Withdrawal | 200.00 |
| | | | | **Cash & Withdrawal Total** | **$ 119,769.43** |

## Chance & Anthem, LLC

Summary of Transfers to Tanya Siskind

Source: Bank Statements, deposit detail and canceled checks

| Bank | Entity | Type | Date | Check No. | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---|---|
| Chase 1866 | Chance & Anthem | Check | 03/01/16 | 1127 | Tanya Siskind | 2,500.00 |
| Chase 1866 | Chance & Anthem | Check | 04/04/16 | 1151 | Tanya Siskind | 3,000.00 |
| Chase 1866 | Chance & Anthem | Check | 06/29/16 | 1210 | Tanya Siskind | 6,000.00 |
| Chase 1866 | Chance & Anthem | Check | 11/01/16 | 1315 | Tanya L. Siskind | 5,000.00 |
| Chase 1866 | Chance & Anthem | Check | 03/29/18 | 1361 | Tanya Siskind | 500.00 |
| | | | | | **TOTAL** | **$ 17,000.00** |





**Chance & Anthem, LLC**

**Summary of Receipts & Disbursements by Entity and Category**

| Entity | Chance & Anthem | Florida Association of Community Banks | Siskind Legal Services | Sovereign Gaming | Sympatico Equine Rescue, Inc. | Total |
|---|---|---|---|---|---|---|
| Dates | 11/7/14 - 6/13/18 | 1/28/13 - 7/16/18 | 5/18/17 - 7/24/18 | 12/2/13 - 10/6/17 | 2/7/13 - 8/14/18 | |
| **Reciepts** | | | | | | |
| Client Related | $ 4,000.00 | $ 6,373.29 | $ 15,595.00 | $ 300.00 | $ 1,608.00 | $ 27,876.29 |
| Transfers between Siskind IOTA & Sovereign Gaming | - | - | - | 2,147,100.00 | - | 2,147,100.00 |
| Christopher George | - | - | - | - | - | - |
| Transfers between Chance & FLACC | 771,149.00 | 1,091,084.95 | - | - | - | 1,862,233.95 |
| Carl Stone | - | - | - | - | - | - |
| Deposit - Further Investigation | 9,482.63 | 190,064.37 | 800.00 | 4,327.43 | 1,735.00 | 206,409.43 |
| Transfers between Chance & Siskind IOTA | 1,096,166.00 | - | - | - | - | 1,096,166.00 |
| Transfers between FLACC & Sovereign Gaming | - | 1,202,500.00 | - | 46,500.00 | - | 1,249,000.00 |
| Volkwein | 1,222,716.17 | - | - | - | - | 1,222,716.17 |
| Maler | 5,000.00 | 25,000.00 | - | - | - | 30,000.00 |
| 3445 Santa Barbara | 739,445.74 | - | - | - | - | 739,445.74 |
| Cash & Withdrawals | 114,344.00 | 74,680.00 | 29,230.37 | 124,339.00 | 25,880.65 | 368,474.02 |
| Transfers between FLACC & Siskind IOTA | - | 592,500.00 | - | - | - | 592,500.00 |
| Richard Neff | 500,000.00 | - | - | - | - | 500,000.00 |
| 3485 Lago de Talavera | - | - | - | 271,586.55 | - | 271,586.55 |
| 114000 Torchwood Ct | - | - | - | 226,996.69 | - | 226,996.69 |
| OB Real Estate | 1,000.00 | 78,138.75 | - | 37,350.00 | - | 116,488.75 |
| Jeffrey M. Siskind | 11,950.00 | 62,138.75 | 2,325.00 | 42,750.00 | 1,708.45 | 120,872.20 |
| Zokaites | 28,682.79 | - | 50,756.18 | - | - | 79,438.97 |
| Albarra & Reed | 60,000.00 | - | - | - | - | 60,000.00 |
| 3 Genvc | - | - | - | - | - | - |
| In the Weeds | 50,000.00 | 50,000.00 | - | - | - | 100,000.00 |
| ABK South Properties | 100,000.00 | - | - | - | - | 100,000.00 |
| Wendy Buckingham - Insider | - | - | - | - | - | - |
| Michelle Watson | - | - | - | - | - | - |
| Transfers between Chance & Sovereign Gaming | - | - | - | 61,581.00 | - | 61,581.00 |
| CannaMed | 25,000.00 | - | - | - | - | 25,000.00 |
| Siskind DIP Account | 20,880.00 | 14,573.93 | - | - | 12,449.00 | 47,902.93 |
| Cash Deposit | - | - | - | - | - | - |
| Siskind Legal/ General DIP Account | 29,350.30 | - | - | - | 11,498.05 | 40,848.35 |
| Property Related | - | 13,683.54 | 6,033.87 | 9,000.00 | - | 28,717.41 |
| Fiore | - | - | - | - | - | - |





**Chance & Anthem, LLC**

**Summary of Receipts & Disbursements by Entity and Category**

| Entity | Chance & Anthem | Florida Association of Community Banks | Siskind Legal Services | Sovereign Gaming | Sympatico Equine Rescue, Inc. | Total |
|---|---|---|---|---|---|---|
| Dates | 11/7/14 - 6/13/18 | 1/28/13 - 7/16/18 | 5/18/17 - 7/24/18 | 12/2/13 - 10/6/17 | 2/7/13 - 8/14/18 | |
| Auto Purchase | 26,500.00 | - | - | - | - | 26,500.00 |
| Transfers between FLACC & Sympatico | - | 8,850.00 | - | - | 15,933.31 | 24,783.31 |
| William Siskind | 565.00 | - | 500.00 | 266.40 | - | 1,331.40 |
| Transfers between Siskind Legal & Sympatico | 50.00 | - | 10,875.00 | - | 12,540.00 | 23,465.00 |
| David Merrill | 22,618.37 | - | - | - | - | 22,618.37 |
| Transfers between Chance & Siskind Legal | 10,500.00 | - | 7,750.00 | - | - | 18,250.00 |
| Transfers between Chance & Sympatico | 4,131.00 | - | - | - | 11,354.50 | 15,485.50 |
| Deposit on Sale of Property | - | 15,000.00 | - | - | - | 15,000.00 |
| Ocean Reef Club | - | - | - | - | - | - |
| Sharp Energy | 2,500.00 | - | 1,250.00 | - | 1,250.00 | 5,000.00 |
| Receipts Under $10,000 | 21,670.40 | 5,575.41 | 20,795.05 | 13,041.22 | 14,207.15 | 75,289.23 |
| **Total Receipts:** | **4,877,701.40** | **3,430,162.99** | **145,910.47** | **2,985,138.29** | **110,164.11** | **11,549,077.26** |
| **Disbursements** | | | | | | |
| Disbursement - Further Investigation | 6,500.00 | 96,184.55 | 500.00 | 177,058.29 | - | 280,242.84 |
| Transfers between Siskind IOTA & Sovereign Gaming | - | - | - | 15,000.00 | - | 15,000.00 |
| Transfers between Chance & FLACC | 1,091,084.95 | 771,149.00 | - | - | - | 1,862,233.95 |
| Client Related | 41,250.00 | 1,725.37 | 19,296.18 | 5,572.96 | - | 67,844.51 |
| Transfers between Chance & Siskind IOTA | 166,500.00 | - | - | - | - | 166,500.00 |
| Transfers between FLACC & Sovereign Gaming | - | 46,500.00 | - | 1,202,500.00 | - | 1,249,000.00 |
| 3445 Santa Barbara | 1,140,575.94 | - | - | - | - | 1,140,575.94 |
| Jeffrey M. Siskind | 228,626.63 | 597,490.98 | 7,320.00 | 1,250.00 | 2,050.00 | 836,737.61 |
| Trump Office Suite | - | 1,023,566.00 | - | - | - | 1,023,566.00 |
| Cash & Withdrawals | 119,769.43 | 36,882.98 | 35,750.50 | 79,298.72 | 500.00 | 272,201.63 |
| Volkwein | 625,109.92 | - | - | 60,000.00 | - | 685,109.92 |
| Transfers between FLACC & Siskind IOTA | - | 50,000.00 | - | - | - | 50,000.00 |
| Fiore | 43,500.00 | 90,880.00 | - | 165,162.65 | - | 299,542.65 |
| Maler | 209,300.00 | 13,554.43 | 1,300.00 | 100,666.66 | - | 324,821.09 |
| Ocean Reef Club | 13,233.88 | 53,890.85 | - | 56,287.16 | - | 123,411.89 |
| Zokaites | 72,506.00 | 35,000.00 | 1,022.79 | 20,000.00 | - | 128,528.79 |
| Aircraft Related | 117,091.00 | 6,127.73 | 985.00 | 122,128.66 | - | 246,332.39 |
| 114000 Torchwood Ct | - | - | - | 215,620.44 | - | 215,620.44 |
| OB Real Estate | 38,125.00 | 30,091.97 | - | 15,200.00 | - | 83,416.97 |
| Machining Technologies | 17,383.00 | - | - | 186,915.00 | - | 204,298.00 |




**Chance & Anthem, LLC**

**Summary of Receipts & Disbursements by Entity and Category**

| Entity | Chance & Anthem | Florida Association of Community Banks | Siskind Legal Services | Sovereign Gaming | Sympatico Equine Rescue, Inc. | Total |
|---|---|---|---|---|---|---|
| Dates | 11/7/14 - 6/13/18 | 1/28/13 - 7/16/18 | 5/18/17 - 7/24/18 | 12/2/13 - 10/6/17 | 2/7/13 - 8/14/18 | |
| Michelle Watson | - | - | - | 200,000.00 | - | 200,000.00 |
| Transfers between FLACC & Siskind Legal | - | 185,000.00 | - | - | - | 185,000.00 |
| Property Related | 111,928.07 | 5,210.44 | 18,724.93 | 34,892.57 | 42.29 | 170,798.30 |
| Siskind DIP Account | 28,955.50 | 129,685.00 | - | - | 5,582.50 | 164,223.00 |
| Consumer Debit Card Purchase | 14,707.12 | 37,222.74 | 5,135.46 | 28,193.01 | 70,150.25 | 155,408.58 |
| Carl Stone | - | - | - | - | - | - |
| Maryland Office Rent/ Mortgage | 103,377.71 | - | - | - | - | 103,377.71 |
| Transfer to/ from 0175 | - | - | - | 109,376.70 | - | 109,376.70 |
| Christopher George | - | - | - | 5,670.00 | - | 5,670.00 |
| Transfers between Chance & Siskind Legal | 89,003.00 | - | 9,300.00 | - | - | 98,303.00 |
| Transfers between Siskind IOTA & Siskind Legal | - | - | - | - | - | - |
| 3485 Lago de Talavera | - | - | - | 63,476.46 | - | 63,476.46 |
| Office Related | 7,973.14 | 15,537.51 | 4,985.12 | 6,025.05 | 426.32 | 34,947.14 |
| Mar-A-Lago Club | - | 48,104.45 | - | 21,804.80 | - | 69,909.25 |
| 27120 Gateway | 53,715.56 | - | - | 1,150.00 | - | 54,865.56 |
| Travel, entertainment | 14,071.65 | 40,917.33 | 1,017.06 | 7,354.26 | - | 63,360.30 |
| Transfers between Chance & Sovereign Gaming | 60,581.00 | - | - | 1,000.00 | - | 61,581.00 |
| Payroll/Employee Related | 59,760.65 | - | - | - | - | 59,760.65 |
| Mercedez Benz of Palm Beach | 59,500.00 | - | - | - | - | 59,500.00 |
| Fenderhooks - Marine Supplies | 58,000.00 | - | - | - | - | 58,000.00 |
| CannaMed | 52,087.11 | - | - | - | - | 52,087.11 |
| William Siskind | - | - | 4,100.00 | 15,325.50 | - | 19,425.50 |
| Maintenance, repairs, construction | 26,374.07 | 13,891.57 | 1,800.50 | 8,675.78 | - | 50,741.92 |
| New Wave Loan Payment | 32,125.00 | - | - | - | - | 32,125.00 |
| Commission | 35,862.50 | - | - | 5,000.00 | - | 40,862.50 |
| Tanya Siskind | 17,000.00 | 1,000.00 | 7,200.00 | 4,000.00 | 1,000.00 | 30,200.00 |
| Jeffrey George | - | - | - | - | - | - |
| Delaware Compassionate Care | - | - | - | 2,500.00 | - | 2,500.00 |
| Gas & auto | 4,760.18 | 10,568.26 | 442.72 | 17,020.30 | - | 32,791.46 |
| Transfers between Siskind Legal & Sympatico | - | - | 13,115.00 | - | 14,395.00 | 27,510.00 |
| Meals | 8,207.98 | 11,118.58 | 1,503.22 | 5,819.86 | - | 26,649.64 |
| Taxes | - | 26,006.19 | - | 140.05 | 400.00 | 26,546.24 |
| Auto Purchase | 26,500.00 | - | - | - | - | 26,500.00 |
| Transfers between FLACC & Sympatico | - | 15,933.31 | - | - | 8,850.00 | 24,783.31 |




**Chance & Anthem, LLC**

**Summary of Receipts & Disbursements by Entity and Category**

| Entity | Chance & Anthem | Florida Association of Community Banks | Siskind Legal Services | Sovereign Gaming | Sympatico Equine Rescue, Inc. | Total |
|---|---|---|---|---|---|---|
| Dates | 11/7/14 - 6/13/18 | 1/28/13 - 7/16/18 | 5/18/17 - 7/24/18 | 12/2/13 - 10/6/17 | 2/7/13 - 8/14/18 | |
| Loan to David Merrill | 20,000.00 | - | - | - | - | 20,000.00 |
| Ozment Merrill | - | 20,000.00 | - | - | - | 20,000.00 |
| Wendy Buckingham - Insider | 16,200.00 | - | 943.66 | - | - | 17,143.66 |
| Transfers between Chance & Sympatico | 11,354.50 | - | - | - | 3,681.00 | 15,035.50 |
| Deposit Refund | - | - | - | - | - | - |
| Utilities | 3,710.03 | 250.64 | 987.76 | 7,309.40 | - | 12,257.83 |
| NSF Fee | 3,819.00 | 917.00 | 4,040.00 | 1,518.00 | - | 10,294.00 |
| Office Rent/ Mortgage | 1,965.00 | - | - | - | - | 1,965.00 |
| Disbursements under $10,000 | 25,606.88 | 15,762.36 | 7,766.90 | 16,994.62 | 3,086.75 | 69,217.51 |
| **Total Disbursments** | **$ 4,877,701.40** | **$ 3,430,169.24** | **$ 147,236.80** | **$ 2,985,906.90** | **$ 110,164.11** | **$ 11,551,178.45** |



DRAFT

Privileged and Confidential Attorney-Client Work Product