UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No. 18-16248-BKC-MAM
                                                                       Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.
_____/

ROBERT C. FURR not individually but                                    ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
TANYA SISKIND, individually and as Trustee of the,
SECOND SISKIND FAMILY TRUST,
FRANK ZOKAITES, individually,
CANNAMED PHARMACEUTICALS, LLC,
a Maryland Limited Liability Company,
OB REAL ESTATE HOLDINGS 1732, LLC, a
Florida Limited Liability Company,
SISKIND LEGAL SERVICES, LLC,
a Florida Limited Liability Company,
SOVEREIGN GAMING & ENTERTAINMENT, LLC,
a Florida Limited Liability Company
FLORIDA'S ASSOCIATION OF COMMUNITY
BANKS AND CREDIT UNIONS, INC. a Florida Corporation,
SYMPATICO EQUINE RESCUE, INC, a Florida Corporation,
WELLINGTON 3445, LP, a Florida Limited Partnership,
ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership,
and ROBERT GIBSON, individually

      Defendants
_____/

## PLAINTIFF'S *EX-PARTE* MOTION TO ISSUE ALIAS SUMMONS

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor, Chance & Anthem, LLC (the "Debtor") by and through undersigned counsel, pursuant to Bankruptcy Rule 7004(e), hereby files his *ex-parte* Motion to

Issue Alias Summons (the "Motion"), and in support thereof states:

1. By this Motion, the Trustee requests the entry of an Order directing the Clerk to issue an alias summons on Defendant, Sovereign Gaming & Entertainment, LLC.

2. On January 29, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7, Title 11 of the United States Code (the "Bankruptcy Code"). [Main Case, ECF No. 1]. Shortly thereafter, the Trustee was appointed as the duly acting Chapter 7 trustee for the Debtor's bankruptcy estate.

3. On August 06, 2019, the Trustee filed an adversary complaint (the "Complaint") against numerous Defendants, including Sovereign Gaming & Entertainment, LLC ("Sovereign") to, among other things, avoid and recover certain fraudulent transfers made by the Debtors to Defendant pursuant to Sections 544, 548 and 550 of Title 11 of the United States Code and Section 726 of the Florida Statutes.

4. Defendant Sovereign is an inactive Florida Limited Liability Company. Its sole manager and registered agent was William Siskind, whom is deceased. Jeffrey Siskind, who is also a Defendant in this action, is believed to control Defendant Sovereign as a nominee of William Siskind, his deceased father.

5. On August 07, 2019, the Clerk issued a summons [ECF No. 04].

6. On August 09, 2019, the Trustee served the Complaint and Summons upon Defendant Sovereign, in care of Jeffrey Siskind, as nominee to William Siskind.

7. Defendant Jeffrey Siskind has contested the Trustee's service of the Complaint and Summons, inasmuch as he is not a managing member of Defendant Sovereign.

8. In-light of same, the Trustee moves for the entry of an alias summons to serve the Secretary of State, as agent pursuant to Fla. Stat. 48.181.

9. A proposed order granting the relief requested has been uploaded to the Court via CM/ECF.

WHEREFORE, the Trustee requests the entry of an Order: (i) directing the Clerk to issue an alias summons; and (ii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted on this 20th day of August, 2019

> GENOVESE JOBLOVE & BATTISTA, P.A.
> Counsel to the Chapter 7 Trustee
> 100 S.E. 2nd Street, Suite 4400
> Miami, FL 33131
> Tel.: (305) 349-2300
> Fax.: (305) 349-2310
>
> By:/s/ Jesus M. Suarez
>     Jesus M. Suarez, Esq.
>     Fla. Bar No. 60086
>     jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of August, 2019, a copy of the foregoing was served upon all parties registered to receive electronic notification in this case via the Court's CM/ECF system and/or via U.S. Mail as indicated on the Service List below.

> By: /s/ Jesus M. Suarez
>     Jesus M. Suarez, Esq.

3

**SERVICE LIST**

*<u>Notice will be served via CM/ECF upon:</u>*

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant OB Real Estate Holdings 1732, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

*<u>Notice will be served via U.S. Mail upon:</u>*

Second Siskind Family Trust
c/o Tanya Siskind, Trustee
3465 Santa Barbara Drive
Wellington, Florida 33414

Frank Zokaites
375 Golfside Drive
Wexford, PA 15090

Sovereign Gaming and Entertainment, LLC
c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased
3465 Santa Barbara Drive
Wellington, Florida 33414


Zokaites Properties, LP
c/o Frank Zokaites, for General Partner, Zokaites Contracting, Inc.
375 Golfside Drive
Wexford, PA 15090

Robert Gibson
1709 22nd Avenue North
Lake Worth, Florida 33460

Robert Gibson
7369 Palmdale Drive
Boynton Beach, Florida 33436