

**ORDERED in the Southern District of Florida on August 23, 2019.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CHANCE & ANTHEM, LLC,

    Debtor.
_____/

Case No. 18-16248-BKC-MAM
Chapter 7

ROBERT C. FURR

    Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
TANYA SISKIND, individually and as Trustee of the,
SECOND SISKIND FAMILY TRUST,
FRANK ZOKAITES, individually,
CANNAMED PHARMACEUTICALS, LLC,
a Maryland Limited Liability Company,
OB REAL ESTATE HOLDINGS 1732, LLC, a
Florida Limited Liability Company,
SISKIND LEGAL SERVICES, LLC,
a Florida Limited Liability Company,
SOVEREIGN GAMING & ENTERTAINMENT, LLC,
a Florida Limited Liability Company
FLORIDA'S ASSOCIATION OF COMMUNITY
BANKS AND CREDIT UNIONS, INC. a Florida Corporation,
SYMPATICO EQUINE RESCUE, INC, a Florida Corporation,
WELLINGTON 3445, LP, a Florida Limited Partnership,
ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership,
and ROBERT GIBSON, individually

    Defendants
_____/

ADV. NO. 19-01298-MAM

## ORDER GRANTING *EX-PARTE* MOTION TO ISSUE ALIAS SUMMONS

THIS MATTER came before this Court pursuant to the Plaintiff's Ex-Parte Motion to Issue Alias Summons (the "Motion") [ECF No. 12]. The Court having reviewed the Motion and being otherwise fully advised in the premises, it is

ORDERED:

1. The Motion is GRANTED.

2. The Clerk is directed to issue an alias summons on Defendant, Sovereign Gaming & Entertainment, LLC.

### 

Submitted by:

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
*Counsel to Chapter 7 Trustee*
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone:  (305) 349-2300
Facsimile:   (305) 349-2310
jsuarez@gjb-law.com

Copy to: Jesus M. Suarez, Esq.

Attorney Suarez is directed to serve a conformed copy of this Order on all parties in interest.