

**ORDERED in the Southern District of Florida on September 10, 2019.**

Mindy A. Mora, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, et al., | |
|     Defendants. | |
| _____/ | |

**AGREED ORDER GRANTING DEFENDANTS', FRANK ZOKAITES, OB REAL ESTATE 1732, LLC, WELLINGTON 3445, LP AND ZOKAITES PROPERTIES, LP,**

**AGREED EX PARTE MOTION FOR EXTENSION OF TIME
TO RESPOND TO ADVERSARY COMPLAINT**

**THIS MATTER** came before the Court on Defendants', Frank Zokaites, OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP (the "Zokaites Defendants"), Agreed Ex Parte Motion for Extension of Time to Respond to Adversary Complaint [ECF No. 18] (the "Motion"). The Court, having considered the Motion, having been advised that the Plaintiff consents to the relief requested, and being otherwise advised in the premises, it is,

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The deadline for the Zokaites Defendants to file a response to the Adversary Complaint is on or before October **October 21, 2019.**

# # #

Submitted By

Samantha Tesser Haimo, Esq.
sth@womenatlawfl.com
FEIGELES & HAIMO LLP
7900 Peters Road, Suite B-200
Fort Lauderdale, FL  33324
(954) 376–5956 - Telephone
(954) 206-0188 - Facsimile

 [Attorney Samantha Tesser Haimo, Esq. is directed to serve a copy of this Order upon all parties in interest].

2