UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR, not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, TANYA SISKIND, individually and as Trustee of the SECOND SISKIND FAMILY TRUST, FRANK ZOKAITES, individually, CANNA-MED PHARMACEUTICALS, LLC, a Maryland Limited Liability Company, OB Real Estate 1732, LLC, a Florida Limited Liability Company, SISKIND LEGAL SERVICES, LLC, a Florida Limited Liability Company, SOVEREIGN GAMING & ENTER-TAINMENT, LLC, a Florida Limited Liability Company, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC. a Florida Corporation, SYMPATICO EQUINE RESCUE, INC, a Florida Corporation, WELLING-TON 3445, LP, a Florida Limited Partnership, ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership, and ROBERT A. GIBSON, individually, | |
|     Defendants. | |
| _____/ | |

**NOTICE OF SERVICE OF SOVEREIGN GAMING & ENTERTAINMENT, LLC'S FIRST SET OF INTERROGATORIES**

COMES NOW Defendant Sovereign Gaming & Entertainment, LLC, by and through its undersigned counsel, and Notices the Service of its First Set of Interrogatories upon Robert C. Furr, Chapter 7 Trustee, pursuant to Fed. R. Civ. Proc. 33 and Fed. R. Bankr. Proc. 7033 this 23rd day of September, 2019 via e-mail by and thorough its counsel of record.

Submitted this 23rd day of September, 2019.

**S I S K I N D   L E G A L**

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL  (561) 791-9565
FAX  (561) 791-9581
Email: jeffsiskind@msn.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Serving Sovereign Gaming & Entertainment, LLC's First Set of Interrogatories was served in accordance with the attached service list this 23rd day of September, 2019.

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746

**SERVICE LIST**

Notice will be served via U.S. Mail and/or E-mail upon:

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310; Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile;  Via email to *sth@womenatlawfl.com* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Frank Zokaites, 375 Golfview Road, Wexford, PA  15090; Via e-mail to *frank@zokaites.com*

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414; Via e-mail to *jeffsiskind@msn.com*

Robert Gibson 1709 22nd Avenue North Lake Worth, Florida 33460; Via e-mail to *intelexigent@gmail.com*

Robert Gibson 7369 Palmdale Drive Boynton Beach, Florida 33436; Via e-mail to *intelexigent@gmail.com*