UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 18-16248-BKC-MAM
                                                                    Chapter 7

CHANCE & ANTHEM, LLC,

      Debtor.

_____/

ROBERT C. FURR not individually but                    ADV. NO.  19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
TANYA SISKIND, individually and as Trustee of the,
SECOND SISKIND FAMILY TRUST,
FRANK ZOKAITES, individually,
CANNAMED PHARMACEUTICALS, LLC,
a Maryland Limited Liability Company,
OB Real Estate 1732, LLC, a
Florida Limited Liability Company,
SISKIND LEGAL SERVICES, LLC,
a Florida Limited Liability Company,
SOVEREIGN GAMING & ENTERTAINMENT, LLC,
a Florida Limited Liability Company
FLORIDA'S ASSOCIATION OF COMMUNITY
BANKS AND CREDIT UNIONS, INC. a Florida Corporation,
SYMPATICO EQUINE RESCUE, INC, a Florida Corporation,
WELLINGTON 3445, LP, a Florida Limited Partnership,
ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership,
and ROBERT GIBSON, individually,

      Defendants.

_____/

**DEFENDANTS FRANK ZOKAITES, OB REAL ESTATE 1732, LLC,
WELLINGTON 3445, LP AND ZOKAITES PROPERTIES, LP'S EMERGENCY
MOTION TO COMPEL DEPOSITION OF ROBERT GIBSON
FOR SEPTEMBER 24, 2019 AS PREVIOUSLY
<u>SCHEDULED AND PROPERLY COORDINATED</u>**

Defendants, FRANK ZOKAITES ("Zokaites"), *Pro Se,* and OB REAL ESTATE 1732, LLC, WELLINGTON 3445, LP and ZOKAITES PROPERTIES, LP (together, the "Zokaites Affiliated Entities"), by and through undersigned counsel, hereby file their Emergency Motion to Compel Deposition of Robert Gibson for September 24, 2019 as Previously Scheduled and Properly Coordinated, and as grounds therefore state as follows:

1.     On August 27, 2019, the undersigned requested to take the deposition of Defendant ROBERT GIBSON ("Gibson") and sent correspondence requesting all parties' availability.  A true and correct copy of said correspondence is attached hereto as Exhibit "A."

2.     On September 4, 2019, Gibson advised that he was available on September 24, 2019, after 10:30 a.m. for his deposition.  See Exhibit "A."

3.     Accordingly, on September 6, 2019, the undersigned served all parties with a Notice of Taking Deposition.  See Notice of Taking Deposition attached hereto as Exhibit "B." The Notice was later filed with the Court on September 12, 2019 [DE 26].  Gibson's deposition was later cross-noticed by Jeffrey Siskind [DE 30] and the Trustee [DE 31].

4.     On September 22, 2019, Zokaites wrote to Gibson to confirm his appearance for the previously scheduled deposition.  A true and correct copy of correspondence dated September 22, 2019, is attached hereto as Exhibit "C."

5.     In response, Gibson advised that he had prepared a Motion for Protective Order and that he was going to be filing it with the Court.  See Exhibit "C."  Gibson has not yet served any Motion for Protective Order on any party.

6.     Gibson has now advised that he would be seeking to retain counsel to represent him in this matter even though Gibson never previously advised that he would be retaining counsel or that this would be an impediment to having his deposition taken on September 24,

2019.  Gibson has been appearing in this case *pro se* and even attended the initial Motion for Preliminary Injunction hearing on August 9, 2019, advising this Court that he was acting *pro se*.

       7.      Of most importance is the fact that Gibson continues to use similar stall tactics to avoid being deposed.  In another matter pending in state court in Palm Beach County, entitled Zokaites Properties, LP v. Sovereign Gaming & Entertainment, LLC, et al., Case No. 50-2016-CA-012892 (the "State Court Litigation"), Gibson's deposition was scheduled on at least four (4) separate occasions.  Instead of attending his deposition (that was scheduled on four (4) separate occasions), Gibson filed four (4) separate Motions for Protective Order the night before the deposition was supposed to have taken place.  See attached Motion to Compel previously filed in the State Court Litigation, attached hereto as Exhibit "D," establishing that Gibson filed four (4) separate Motions for Protective Order to avoid his deposition.

       8.      Gibson is well aware that Zokaites resides in Pittsburgh, Pennsylvania. Accordingly, Zokaites has incurred significant costs in having to travel to South Florida for the deposition.  Further, even if Zokaites could have rescheduled his travel plans, his wife was already flying to South Florida from Nevada in order to travel back with Zokaites after the deposition; accordingly, he could not cancel said trip at this late time.

       9.      Moreover, it is certainly difficult to coordinate a deposition when there are so many parties involved and the parties spent almost a month coordinating said deposition.  Simply put, this type of conduct should not be tolerated by this Court.

      10.      Based upon the foregoing, Gibson should be compelled to appear for his previously scheduled deposition (until it is completed) and this Court should award sanctions in the form of attorneys' fees for having to prepare the instant Motion.

WHEREFORE, Defendants, FRANK ZOKAITES, OB REAL ESTATE 1732, LLC, WELLINGTON 3445, LP and ZOKAITES PROPERTIES, LP, request that this Court grant their Emergency Motion to Compel Deposition of Robert Gibson for September 24, 2019 as Previously Scheduled and Properly Coordinated, award sanctions in the form of attorneys' fees, together with such other relief as this Court may deem just and proper.

Respectfully submitted,

FEIGELES & HAIMO LLP

/s/ *Samantha Tesser Haimo*
Samantha Tesser Haimo, Esq.
sth@womenatlawfl.com
Florida Bar No. 148016
Julie Feigeles, Esq.
jf@womenatlawfl.com
Florida Bar No. 353604
7900 Peters Road, Suite B-200
Fort Lauderdale, FL  33324
(954) 376–5956 - Telephone
(954) 206-0188 - Facsimile

Counsel for Defendants
OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP

FRANK R. ZOKAITES

/s/ *Frank R. Zokaites, Pro Se*
Frank R. Zokaites, *Pro Se*
375 Golfside Drive
Wexford, PA 15090
(724) 935-5257 – Telephone

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served on September 23, 2019, by electronic mail and U.S. Mail on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

By: */s/ Samantha Tesser Haimo*


*/s/ Frank R. Zokaites, Pro Se*

## SERVICE LIST

***Notice will be served via U.S. Mail and/or E-mail upon:***

John H. Genovese, Esq.
Florida Bar No. 280852
jgenovese@gjb-law.com
Jesus M. Suarez, Esq.
Fla. Bar No. 60086
jsuarez@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310
Proposed Counsel to the Chapter 7 Trustee

Samantha Tesser Haimo, Esq.
sth@womenatlawfl.com
Florida Bar No. 148016
7900 Peters Road, Suite B-200
Fort Lauderdale, FL  33324
(954) 376–5956 - Telephone
(954) 206-0188 - Facsimile
Counsel for Defendants
OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP

Jeffrey M. Siskind, individually
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Siskind Legal Services
c/o Jeffrey M. Siskind, Esq.
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Tanya Siskind, individually
c/o Jeffrey M. Siskind, Esq.
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Second Siskind Family Trust
c/o Jeffrey M. Siskind, Esq.
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Frank Zokaites
375 Golfside Drive
Wexford, PA 15090
Via e-mail at frank@zokaites.com

CannaMed Pharmaceuticals, LLC
c/o Jeffrey M. Siskind, Managing Member
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

CannaMed Pharmaceuticals, LLC
27120 Ocean Gateway
Hebron, MD 21830

CannaMed Pharmaceuticals, LLC
c/o Angeline Nanni
111119 Willow Bottom Drive
Columbia, MD 21044

Sovereign Gaming and Entertainment, LLC
c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Florida's Association of Community Banks and Credit Unions, Incorporated
c/o Jeffrey M. Siskind, President
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Sympatico Equine Rescue, Inc.
c/o Jeffrey M. Siskind, President
3465 Santa Barbara Drive
Wellington, FL 33414
Via e-mail at jeffsiskind@msn.com

Robert Gibson
1709 22nd Avenue North
Lake Worth, Florida 33460
Via e-mail at intelexigent@gmail.com

Robert Gibson
7369 Palmdale Drive
Boynton Beach, Florida 33436
Via e-mail at intelexigent@gmail.com