**Samantha Haimo**



Samantha Haimo
Thursday, September 5, 2019 4:43 PM
Robert Gibson; 'Frank Zokaites'; Holly Way; Gruher, Barry; Suarez, Jesus; Jeffrey Siskind
Holly Way
RE: Deposition of Robert Gibson

Robert-
Thank you for your response.

Everyone-
Please hold September 24th for Robert's deposition and I will send out a Notice this week. I will schedule the deposition to begin at 10:30 am in Boca Raton.

Thank you.

<u>*PLEASE NOTE MY NEW OFFICE LOCATION BELOW*</u>
Samantha Tesser Haimo
Feigeles & Haimo LLP
7900 Peters Road - Suite B-200
Fort Lauderdale, FL 33324
T.954.376.5956
F.954.206.0188
STH@womenatlawfl.com
www.womenatlawfl.com

**From:** Robert Gibson <intelexigent@gmail.com>
**Sent:** Wednesday, September 4, 2019 3:30 PM
**To:** Samantha Haimo <sth@womenatlawfl.com>
**Cc:** 'Frank Zokaites' <frank@zokaites.com>; Holly Way <way@womenatlawfl.com>; Gruher, Barry <bgruher@gjb-law.com>; Suarez, Jesus <jsuarez@gjb-law.com>; Jeffrey Siskind <jeffsiskind@msn.com>
**Subject:** Re: Deposition of Robert Gibson

Ms. Haimo,

I am not available September 20, 2019.

I have a morning hearing on September 24, 2019, but have no conflict after 10:30 a.m. I would need additional time for travel from downtown West Palm Beach.

I have no conflict on September 23, 2019, which is the date that has been discussed up until your most recent email.

Please advise.

--
Robert Gibson, C-2000695
**Intelexigent, Unltd.**, A-9800293


EXHIBIT A

1

313 Datura Street, Suite 200
West Palm Beach, Florida 33401
Tel. (561) 868-2100 Fax (888) 737-8336

On 2019-09-04 10:32 AM, Samantha Haimo wrote:

> Robert-
> I have heard back from all other parties regarding scheduling your deposition but still have not heard back from you.
> Please confirm your availability for your deposition on either **September 20th or September 24th**.
> Thank you.



*PLEASE NOTE MY NEW OFFICE LOCATION BELOW*
Samantha Tesser Haimo
Feigeles & Haimo LLP
7900 Peters Road - Suite B-200
Fort Lauderdale, FL 33324
T.954.376.5956
F.954.206.0188
STH@womenatlawfl.com
www.womenatlawfl.com

**From:** Samantha Haimo
**Sent:** Tuesday, August 27, 2019 5:05 PM
**To:** Suarez, Jesus <jsuarez@gjb-law.com>; Jeffrey Siskind <jeffsiskind@msn.com>; Robert Gibson <intelexigent@gmail.com>
**Cc:** Frank Zokaites <frank@zokaites.com>; Holly Way <way@womenatlawfl.com>
**Subject:** RE: Deposition of Robert Gibson

Please advise which of the following days would work for you to schedule Robert Gibson's deposition: September 6, 13, 16, 19, 20 or 23?
Thank you.



*PLEASE NOTE MY NEW OFFICE LOCATION BELOW*
Samantha Tesser Haimo
Feigeles & Haimo LLP
7900 Peters Road - Suite B-200
Fort Lauderdale, FL 33324
T.954.376.5956
F.954.206.0188
STH@womenatlawfl.com
www.womenatlawfl.com