## Samantha Haimo

| | |
|---|---|
| **From:** | Frank Zokaites <frank@zokaites.com> |
| **Sent:** | Sunday, September 22, 2019 11:37 AM |
| **To:** | Samantha Haimo; 'Jeff Siskind'; Suarez, Jesus |
| **Cc:** | Frank Zokaites |
| **Subject:** | FW: Deposition on September 24 |

**From:** Robert Gibson <intelexigent@gmail.com>
**Sent:** Sunday, September 22, 2019 11:31 AM
**To:** Frank Zokaites <frank@zokaites.com>
**Subject:** Re: Deposition on September 24

Good morning Frank,

I do not believe that *pro se* litigants are allowed to file electronically in the Florida Southern District Bankruptcy Court. I am interviewing attorneys this coming week to represent me. In the mean time, I have prepared a motion for protective order that I intend to file in person tomorrow. My understanding of the rules is that until my motion is disposed of, I am relieved from appearance for deposition. Be advised that I intend to depose you and others in this matter and will be looking to coordinate the depositions of all to save time and money for all parties.

Warmest regards,

--
Robert Gibson, C-2000695
**Intelexigent, Unltd.**, A-9800293
313 Datura Street, Suite 200
West Palm Beach, Florida 33401
Tel. (561) 868-2100 Fax (888) 737-8336

On 2019-09-22 10:23 AM, Frank Zokaites wrote:

> Robert Gibson:
>
> Good morning.
>
> I am writing to confirm your appearance at your deposition on Tuesday of this week.
>
> I am preparing incur the time and expense of traveling to Florida for that purpose.
>
> If you are not going to attend, please let me know and spare the expense of travel.
>
> Thank you,
> Frank Zokaites



EXHIBIT C