Filing # 82443994 E-Filed 12/20/2018 05:08:54 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.: 50-2016-CA-012892
DIVISION: AE

ZOKAITES PROPERTIES, LP,

      Plaintiff,

vs.

SOVEREIGN GAMING & ENTERTAINMENT,
LLC; GEORGE MALER; JERI MALER and
THE UNKNOWN PARTIES IN POSSESSION
OF 3485 LAGO DE TALAVERA, WELLINGTON,
FL 33467; and DAVID FIORE, individually and as
assignee for CARL STONE, 3485 Lago De Talavera
Trust and DIANNA GEORGE,

      Defendants.

                                   /

## PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS
## AGAINST NON-PARTY ROBERT GIBSON

Plaintiff ZOKAITES PROPERTIES, LP ("Plaintiff"), by and through its undersigned

counsel, pursuant to Florida Rule of Civil Procedure 1.380, hereby files its Motion to Compel and

for Sanctions Against Non-Party ROBERT GIBSON ("Gibson"), and hereby states as follows:

      1.    On April 3, 2018, a foreclosure trial began in this matter.  At the close of Plaintiff's

case, Defendants, David Fiore, individually and as assignee for Carl Stone, 3485 Lago De Talavera

Trust and Diana George (the "Fiore Defendants"), sought to call Gibson as their first witness.

      2.    Undersigned counsel objected to the Fiore Defendants presenting the testimony of

Gibson since, among other reasons, (1) Gibson was never previously disclosed as a witness, (2)

Plaintiff never had an opportunity to depose Gibson, and (3) Gibson had no knowledge as to

whether the Original Lender had any knowledge of and/or participation in any possible fraud.



EXHIBIT
D

CASE NO.: 502016CA012892XXXXMB

3. Although the Court continued the trial to Friday, April 6, 2018, and required that Gibson be made available for deposition, Gibson refused to complete his deposition on Thursday, April 5, 2018, and did not provide all documents sought in the Notice of Taking Deposition Duces Tecum. In addition, Gibson filed a Verified Emergency Motion for Protective Order (the "First Motion") in connection with his testimony (which was subsequently denied (without prejudice) as moot, on April 9, 2018).

4. As this Court is aware, on May 9, 2018, before any Order was ever entered by the Court relating to the April 3rd and April 6th proceedings, Plaintiff filed its Motion for Reconsideration and/or Motion to Reopen the Testimony.

5. Thereafter, on May 30, 2018, this Court issued an Order specially setting a hearing for 2 days on June 27 and June 28, 2018, relating to the Motion for Reconsideration and/or Motion to Reopen the Testimony.

6. Accordingly, since Plaintiff was previously unable to complete Gibson's deposition, Plaintiff filed its Notice of Taking Continued Deposition of Robert Gibson ("Notice") on June 6, 2018, scheduling Gibson's deposition for June 12, 2018.

7. Notwithstanding the Notice, Gibson did not appear for his deposition. Accordingly, on June 7, 2018, Plaintiff filed its Motion to Compel and for Status Conference. A true and correct copy of the Motion to Compel is attached hereto as Exhibit "A."

8. Thereafter, following a status conference, the Court entered an Order determining that "[a]ny findings by the Court on the merits of the case were not conclusive and are hereby vacated and stricken." (emphasis added). A true and correct copy of the Order is attached hereto as Exhibit "B."

9. On August 16, 2018, Defendant Sovereign Gaming & Entertainment, LLC

CASE NO.: 502016CA012892XXXXMB

("Sovereign") noticed Gibson for a deposition on September 11, 2018.  On September 10, 2018, the day before the scheduled deposition, Gibson filed another Verified Motion for Protective Order (the "Second Motion") and, once again, did not appear for his deposition.

10.    On September 18, 2018, this Court addressed Gibson's Second Motion and entered an Order requiring Gibson to attend his previously scheduled deposition on October 16, 2018. According to said Order, "Mr. Gibson a Non-Party shall be properly subpoenaed for Deposition October 16, 2018."  A true and correct copy of the Order is attached hereto as Exhibit "C."

11.    Following Sovereign's Notice of Taking Deposition, Plaintiff filed its Cross-Notice of Taking Deposition of Robert Gibson ("Notice") on October 15, 2018, scheduling Gibson's deposition for October 16, 2018, pursuant to this Court's Order executed on September 18, 2018, ordering Gibson to appear for his deposition on October 16, 2018.

12.    Despite Gibson having been formally served with a Subpoena for Deposition for his deposition by Sovereign, Gibson failed to appear and once again, filed another Motion for Protective Order (the "Third Motion").

13.    The Third Motion was heard by this Court on October 24, 2018 and was denied.  A true and correct copy of the Order is attached hereto as Exhibit "D."

14.    On December 3, 2018, Plaintiff served Gibson with a Notice of Taking Deposition scheduling his deposition for December 18, 2018.  A true and correct copy of the Return of Service is attached hereto as Exhibit "E."

15.    Notwithstanding the foregoing, on December 17, 2018, the day before his scheduled deposition, Gibson, for the fourth time, filed a Motion for Protective Order (the "Fourth Motion").

16.    Plaintiff has been materially prejudiced Gibson's conduct and he should be

012822.000005/01135898_1

3

CASE NO.: 502016CA012892XXXXMB

sanctioned in the form of attorneys' fees and costs for his failures to comply with Court Orders and validly issued subpoenas. In addition, in light of Gibson's continued improper conduct, the Fiore Defendants should not be able to rely on his testimony in support of their position(s) in this matter.

17.    Clearly, Gibson's conduct of now having filed <u>four</u> separate Motions for Protective Order should not be tolerated by this Court.

WHEREFORE, Plaintiff ZOKAITES PROPERTIES, LP respectfully requests that this Court enter an Order for contempt and sanctions against Non-Party ROBERT GIBSON, including preventing the Fiore Defendants from utilizing Non-Party ROBERT GIBSON as a witness in this case due to his continued failures to adhere to Court Orders and validly issued Subpoenas, together with such other relief as this Court may deem just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of December, 2018, a true copy of the foregoing has been served via Electronic Mail upon all parties identified on the attached Service List.

FEIGELES & HAIMO LLP

/s/ *Samantha Tesser Haimo*
Samantha Tesser Haimo
sth@womenatlawfl.com
Florida Bar No. 148016
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
(954) 990-2213 – Telephone
(954) 525-4300 – Facsimile

-And-

012822.000005/01135898_1

CASE NO.: 502016CA012892XXXXMB

Peter M. Armold, Esq.
GARY DYTRYCH & RYAN, P.A.
701 U.S. Highway One, Suite 402
North Palm Beach, FL 33408
Telephone – (561) 844-3700
Facsimile – (561) 844-2388
pma@gdr-law.com
lm@gdr-law.com
Florida Bar No.: 660655

Counsel for Plaintiff
Zokaites Properties, LP

CASE NO.: 502016CA012892XXXXMB

## SERVICE LIST

15th Judicial Circuit, Palm Beach County, Florida
Zokaites Properties, LP v. Sovereign Gaming & Entertainment, LLC, et al.
CASE NO.: 50-2016-CA-012892

**Samantha Tesser Haimo, Esq.**
FEIGELES & HAIMO LLP
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
(954) 990-2213 – Telephone
(954) 525-4300 – Facsimile
sth@womenatlawfl.com
Florida Bar No. 148016

**Sidney E. Lewis, Esq.**
300 W. Adams Street, Suite 300
Jacksonville, FL 32202
Telephone: (904) 355-9003 / (855) 346-1680 toll free
slewis@sidneyelewis.com
Florida Bar No. 047277

**Jeffrey M. Siskind, Esq.**
SISKIND LEGAL GROUP
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 832-7720
Facsimile: (561) 832-7668
jeffsiskind@msn.com
Florida Bar No. 138746

**George and Jeri Maler**
12509 World Cup Lane
Wellington, FL 33414 (via U.S. Mail)

**The Unknown Parties n/k/a Judy Siskind** in Possession of
3485 Lago De Talavera
Wellington, FL 33467 (via U.S. Mail)

**Sofiye Williams, Esq.**
SOFIYE WILLIAMS, P.A.
500 E. Broward Boulevard, Suite 1710
Fort Lauderdale, FL 33394
Telephone: 954-397-5739
sofiyc@comcast.net
Florida Bar No. 0191507

012822.000005/01135898_1

CASE NO.: 502016CA012892XXXXMB


**Peter M. Armold, Esq.**
GARY DYTRYCH & RYAN, P.A.
701 U.S. Highway One, Suite 402
North Palm Beach, FL  33408
Telephone – (561) 844-3700
Facsimile – (561) 844-2388
pma@gdr-law.com
lm@gdr-law.com
Florida Bar No.:  660655

Filing # 73239159 E-Filed 06/07/2018 02:08:31 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.: 50-2016-CA-012892-XXXX-MB
DIVISION: AO

ZOKAITES PROPERTIES, LP,

      Plaintiff,

v.

SOVEREIGN GAMING & ENTERTAINMENT,
LLC; GEORGE MALER; JERI MALER and
THE UNKNOWN PARTIES IN POSSESSION
OF 3485 LAGO DE TALAVERA, WELLINGTON,
FL 33467; and DAVID FIORE, individually and as
assignee for CARL STONE, 3485 Lago De Talavera
Trust and DIANA GEORGE,

      Defendants.
_____/

## PLAINTIFF ZOKAITES PROPERTIES, LP'S MOTION TO COMPEL AND FOR STATUS CONFERENCE

Plaintiff ZOKAITES PROPERTIES, LP ("Plaintiff"), by its undersigned counsel, hereby

files its Motion to Compel and for Status Conference, based upon the following grounds:

    1.    On May 30, 2018, this Court issued an Order Special Setting Hearing on Zokaites

Properties LP's Motion for Reconsideration and/or Motion to Reopen the Testimony and

Continuation of Trial if Granted on June 27, and June 28, 2018 (the "May 30, 2018 Order"). See

attached as Exhibit "A."

    2.    Thereafter, the undersigned contacted counsel for Defendants DAVID FIORE,

3485 LAGO DE TALAVERA TRUST, DIANA GEORGE and CHRISTOPHER GEORGE (the

"Fiore Defendants") numerous times to determine her availability for the continued deposition of

Robert Gibson ("Gibson"), as well as for Defendant David Fiore ("Fiore").

EXHIBIT
A

012822.00000S/01062655_1

KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard, Suite 500 • Ft. Lauderdale, Florida 33301 • Telephone 954-525-4100 • Fax 954-525-4300

CASE NO.: 502016CA012892XXXXMB

3.    When the undersigned never heard back from the Fiore Defendants' counsel, she scheduled said depositions for June 12 and June 14, 2018.

4.    Thereafter, the undersigned contacted opposing counsel to confirm that she would produce her witness (Gibson) and her client (Fiore) for the scheduled depositions.

5.    In response, Ms. Williams indicated as follows:  "I don't see any order reopening discovery.  Nor do I see any order continuing trial."

6.    Based upon the foregoing, Plaintiff seeks and Order compelling the depositions of Gibson and Fiore and, in addition, a status conference relating to the May 30, 2018 Order, together with such other further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June, 2018, a true copy of the foregoing has been served via Electronic Mail upon all parties identified on the attached Service List.

KOPELOWITZ OSTROW P.A.

/s/ *Samantha Tesser Haimo*
Samantha Tesser Haimo
tesser@kolawyers.com
Florida Bar No. 148016
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile

Counsel for Plaintiff
Zokaites Properties, LP

012822.000005/01062655_1

2
KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard, Suite 500 • Ft. Lauderdale, Florida 33301 • Telephone 954-525-4100 • Fax 954-525-4300

CASE NO.: 502016CA012892XXXXMB

## SERVICE LIST

15th Judicial Circuit, Palm Beach County, Florida
Zokaites Properties, LP v. Sovereign Gaming & Entertainment, LLC, et al.
CASE NO.: 50-2016-CA-012892-XXXX-MB

**Samantha Tesser Haimo, Esq.**
KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile
tesser@kolawyers.com
Florida Bar No. 148016
Counsel for Plaintiff Zokaites Properties, LP

**Sidney E. Lewis, Esq.**
300 W. Adams Street, Suite 300
Jacksonville, FL 32202
Telephone: (904) 355-9003 / (855) 346-1680 toll free
slewis@sidneyelewis.com
Florida Bar No. 047277

**Jeffrey M. Siskind, Esq.**
SISKIND LEGAL GROUP
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 832-7720
Facsimile: (561) 832-7668
jeffsiskind@msn.com
Florida Bar No. 138746
Counsel for Defendant: Sovereign Gaming & Entertainment LLC

**George and Jeri Maler**
12509 World Cup Lane
Wellington, FL 33414 (via U.S. Mail)

**The Unknown Parties n/k/a Judy Siskind in Possession of**
**3485 Lago De Talavera, Wellington, FL 33467 (via U.S. Mail)**

012822.000005/01062655_1

KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard, Suite 500 • Ft. Lauderdale, Florida 33301 • Telephone 954-525-4100 • Fax 954-525-4300

CASE NO.: 502016CA012892XXXXMB

**Sofiye Williams, Esq.**
SOFIYE WILLIAMS, P.A.
500 E. Broward Boulevard, Suite 1710
Fort Lauderdale, FL  33394
Telephone:  954-397-5739
sofiye@comcast.net
Florida Bar No. 0191507
Counsel for Defendant:  David Fiore, individually, and as assignee for Carl Stone, 3485 Lago De Talavera Trust and Diana George

**Peter M. Armold, Esq.**
GARY DYTRYCH & RYAN, P.A.
701 U.S. Highway One, Suite 402
North Palm Beach, FL  33408
Telephone – (561) 844-3700
Facsimile – (561) 844-2388
pma@gdr-law.com
lm@gdr-law.com
Florida Bar No.:  660655
Co-Counsel for Plaintiff, Zokaites Properties, LP

012822.000005/01062655_1

4
KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard, Suite 500 • Ft. Lauderdale, Florida 33301 • Telephone 954-525-4100 • Fax 954-525-4300

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AO
CASE NO. 50-2016-CA-012892-XXXX-MB

TATAROW FAMILY PARTNERS LTD,

     Plaintiff/Petitioners

vs.

SOVEREIGN GAMING & ENTERTAINMENT LLC,
GEORGE MALER, JERI MALER, et al.,
     Defendant/Respondents.

_____/

## ORDER SPECIAL SETTING HEARING
### (2 Days are reserved)

THIS CAUSE came before this Court and is hereby set for hearing on **ZOKAITES PROPERTIES LP'S MOTION FOR RECONSIDERATION AND/OR MOTION TO REOPEN THE TESTIMONY** and **CONTINUATION OF TRIAL IF GRANTED** on **June 27, 2018 and June 28, 2018 at 09:00 am**, at the Palm Beach County Main Courthouse, 205 N. Dixie Highway, West Palm Beach, FL 33401 **in Courtroom 4A.**
**THIS MOTION IS SPECIALLY SET AND CANNOT BE CANCELED OR RESET EXCEPT BY COURT ORDER.**

It is the intent of this Court to dispose of the subject matter of the specially set motion on the date and time appearing above. Accordingly, counsel must either: be present personally or submit an agreed order disposing of the motion.

Hard copies of the motion, any other pleadings addressed by the motion, and memoranda, not to exceed ten (10) double spaced pages, with highlighted case authority shall be delivered directly to my office no later than seven (7) days in advance of the hearing and should designate the date and time of the hearing which they reference.

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida, this 30th day of May, 2018.

SENIOR JUDGE HOWARD H. HARRISON

Page 1 of 3

EXHIBIT
"A"

Case No. 50-2016-CA-012892-XXXX-MB

COPIES TO:

| | | |
|---|---|---|
| GEORGE MALER | 12509 WORLD CUP LANE<br>WELLINGTON, FL 33414 | |
| SISKIND LEGAL GROUP | 525 S FLAGLER DR, SUITE 500<br>WEST PALM BEACH, FL 33401 | siskindlegal@gmail.com<br>jeffsiskind@msn.com |
| JERI MALER | 12509 WORLD CUP LANE<br>WELLINGTON, FL 33414 | |
| KOPELOWITZ OSTROW PA | SAMANTHA TESSER HAIMO<br>ONE WEST LAS OLAS BLVD, STE 500<br>FORT LAUDERDALE, FL 33301 | tesser@kolawyers.com<br>way@kolawyers.com<br>yannizze@kolawyers.com |
| SIDNEY E. LEWIS PA | 300 W ADAMS ST, SUITE 300<br>JACKSONVILLE, FL 32202 | lori@sidneyelewis.com<br>julie@sidneyelewis.com<br>lynea@sidneyelewis.com<br>slewis@sidneyelewis.com |
| SOFIYE WILLIAMS PA | 500 E BROWARD BLVD SUITE 1710<br>FORT LAUDERDALE, FL 33394 | sofiye@comcast.net |
| JUDY SISKIND | 3485 LAGO DE TALAVERA<br>WELLINGTON, FL 33467 | |

Case No. 50-2016-CA-012892-XXXX-MB

This notice is provided pursuant to Administrative Order No. 2.207 9/12

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355 4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akòmodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355 4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AO
CASE NO. 50-2016-CA-012892-XXXX-MB

TATAROW FAMILY PARTNERS LTD,

    Plaintiff/Petitioners

vs.

SOVEREIGN GAMING & ENTERTAINMENT LLC,
GEORGE MALER, JERI MALER, et al.,

    Defendant/Respondents.

_____/

## ORDER ON ZOKAITES PROPERTIES LP'S MOTION FOR RECONSIDERTATION AND/OR MOTION TO REOPEN THE TESTIMONY

    THIS CAUSE came before the Court on Zokaites Properties LP's Motion for Reconsideration and/or to Reopen the Testimony. The Court being advised of the premises finds the following.

    1. The hearing set for June 26 & 27, 2018 has been cancelled by separate order;

    2. Proceeding with that hearing without affording time to complete discovery    would have been prejudicial to the parties;

    3. There are additional motions to intervene that should be resolved before proceeding;

    3. Any findings by the Court on the merits of the case were not conclusive and are hereby vacated and stricken. It is

    **ORDERED AND ADJUDGED** that the Court declares a **MISTRIAL**. The trial shall be reset upon proper notice by the parties. It is

    **FURTHER ORDERED AND ADJUDGED** that Zokaites Properties LP's Motion for Reconsideration and/or to Reopen the Testimony is denied as **MOOT**.

    **DONE AND ORDERED**, in West Palm Beach, Palm Beach County, Florida this ⎯ ⎯ day of June, 2018.

_____

SENIOR JUDGE HOWARD HARRISON

**COPIES TO:**

GEORGE MALER    12509 WORLD CUP LANE
    WELLINGTON, FL 33414

SISKIND LEGAL GROUP    525 S FLAGLER DR, SUITE    siskindlegal@gmail.com
    500    jeffsiskind@msn.com
    WEST PALM BEACH, FL

Page 1 of 2

EXHIBIT
B
tabbies

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY FLORIDA

ZOKAITES PROPERTIES, LP,

Plaintiff,

v

SOVEREIGN GAMING & ENTERTAIN-
MENT LLC, GEORGE MAILER; JERI
MALER AND THE UNKNOWN PARTIES
IN POSSESSION OF 3485 LAGO DE
TELAVERA WELLINGTON, FL 33467

Defendants

_____/

Case Number: 502016CA012892XXXXMB

**ORDER ON**
**THIRD PARTY WITNESS'S**
**AMENDED VERIFIED MOTION**
**FOR PROTECTIVE ORDER**

THIS CAUSE having come before the Court, September 18, 2018, on Third-Party Witness

Robert Gibson's Motion for Protective Order and the Court being fully advised in the premises

thereof, for the reasons cited it is hereby:

ORDERED AND ADJUDGED that Third-Party Witness Robert Gibson's Motion for

Protective Order [ GRANTED /DENIED] ~~IN PART.~~ *MR GIBSON AI*

*A NON-PARTY SHALL BE PROPERLY SUBPOENAED*

*FOR DEPOSITION OCTOBER 16, 2018 @ 1300*

*FLA. COURT REPORTING, 2161 P.B. LAKES SUITE 302*

*MR SISKIND SHALL FURNISH THIS ORDER VIA U.S. MAIL ON ANY &*

~~DONE AND ORDERED in West Palm Beach, Palm Beach County, Florida on September~~ *ALL*
*UNREPRESENTED*
~~18, 2018.~~ *PARTIES.*

CIRCUIT COURT JUDGE

*FURNISHED VIA EMAIL*
~~Copies provided:~~ *TO ALL REGISTERED ADDRESSES*

~~Sofiye Williams - 500 E. Broward Blvd. Suite 1710 Fort Lauderdale, FL 33394~~
~~George & Jeri Maler - 12509 World Cup Lane, Wellington, FL 33414~~
~~Jeffrey M. Siskind, Esq. - 3465 Santa Barbara Drive, Wellington, FL 33414~~
~~Judy Siskind - 3485 Lago De Talavera, Wellington, FL 33414~~
~~Samantha Haimo - One West Las Olas Blvd., Ste 500 Fort Lauderdale, FL 33301~~


EXHIBIT
C

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA - CIRCUIT DIVISION __AO__

CASE NO.: _2016 CA 012892_

_ZOKAITES PROPERTIES, LP_
Plaintiff(s)

VS.

_SOVEREIGN GAMING & ENTERTAINMENT, LLC ET AL._
Defendant(s)

## ORDER ~~GRANTING~~/DENYING

THIS CAUSE came before the Court on _THIRD PARTY WITNESS'S VERIFIED MOTION FOR PROTECTIVE ORDER AND TO VACATE ORDER OF MISTRIAL_

and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that said motion be, and the same is hereby ~~GRANTED~~/DENIED.
_MR GIBSON DIN ATTEAR. COUNSEL SHALL RE-NOTICE ROBERT GIBSON FOR DEPOSITION AFTER ATTEMPTING TO COORDINATE SAME. SUBPOENA REQUIRED. MOTION TO VACATE ORDER OF MISTRIAL DENIED FOR LACK OF STANDING_

DONE AND ORDERED In Chambers at West Palm Beach, Palm Beach County, Florida
this _24th_ day of _OCTOBER_, 20_18_.

Names and addresses of
copies furnished to:
_ALL PARTIES OF RECORD BY E-FILING PORTAL_

_+ BY MAIL TO:_
_Robert Gibson_
_1709 22ND AVENUE NORTH_
_LAKE WORTH, FLORIDA 33460_

_& PETER ARNOLD, ESQ, SAMANTHA HAIMO ESQ, JEFFREY M. SISKIND, ESQ._

Circuit Judge

EXHIBIT
tabbies D

Form 50

Filing # 81940466 E-Filed 12/11/2018 01:08:36 PM

## RETURN OF SERVICE

State of Florida          County of Palm Beach          Circuit Court

Case Number: 50-2016-CA-012892-XXXX-MB AE   Court Date: 12/18/2018 10:30 am

Plaintiff:
**ZOKAITES PROPERTIES, LP,**

vs.

Defendant:
**SOVEREIGN GAMING & ENTERTAINMENT, LLC., et. al.,**

For:
SAMANTHA TESSER HAIMO
KOPELOWITZ OSTROW, P.A.
ONE WEST LASOLAS BLVD
#500
FT LAUDERDALE, FL 33301

Received by Caplan, Caplan & Caplan Process Servers on the 29th day of November, 2018 at 1:33 pm to be served on
**ROBERT GIBSON, 1709 - 22ND AVENUE NORTH, LAKE WORTH, FL 33460.**

I, Erick Maillard, do hereby affirm that on the **3rd day of December, 2018 at 4:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena for Deposition and Notice of Taking Continued Deposition** with date, hour and initials of process server endorsed thereon by me, to: ROBERT GIBSON at the address of: **1709 - 22ND AVENUE NORTH, LAKE WORTH, FL 33460,** and informed said person of the contents therein, in compliance with Florida Statute

**Description** of Person Served: Age: 55+, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 190, Hair: WHITE, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2018040150
Ref: 012822.000005
Service Fee: _____

EXHIBIT

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0l

NOV 29 2018

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.: 50-2016-CA-012892-XXXX-MB
DIVISION: AE

ZOKAITES PROPERTIES, LP,

      Plaintiff,

vs.

SOVEREIGN GAMING & ENTERTAINMENT,
LLC; GEORGE MALER; JERI MALER and
THE UNKNOWN PARTIES IN POSSESSION
OF 3485 LAGO DE TALAVERA, WELLINGTON,
FL 33467; and DAVID FIORE, individually and as
assignee for CARL STONE, 3485 Lago De Talavera
Trust and DIANNA GEORGE,

      Defendants.

DATE 12/3/18   TIME 4:50pm

INITIAL ___   BADGE# 907

_____

## SUBPOENA FOR DEPOSITION

TO:    Robert Gibson
      1709 22nd Avenue N.
      Lake Worth, FL 33460

      YOU ARE COMMANDED to appear at the office of Kopelowitz Ostrow P.A., 200 East

Palmetto Park Road, Suite 103, Boca Raton, Florida 33432, before a person authorized by law to

take depositions by the law office of Kopelowitz Ostrow P.A., counsel for Plaintiff, on **December

18, 2018 at 10:30 a.m.**, for the taking of your deposition in this action.

      If you fail to appear, you may be in contempt of court.

      You are subpoenaed to appear by the following attorneys, and unless excused from this

subpoena by the attorneys or the court, you shall respond to this subpoena as directed.

012822.00000501129379_1

KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard • Suite 500 • Ft. Lauderdale, Florida 33301 • Telephone 954-525-4100 • Fax 954-525-4300

CASE NO.: 50-2016-CA-012892-XXXX-MB

DATED this 29th day of November, 2018

KOPELOWITZ OSTROW P.A.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo
tesser@kolawyers.com
Florida Bar No. 148016
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100 — Telephone
(954) 525-4300 — Facsimile

Counsel for Plaintiff Zokaites Properties, LP

**SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS SUBPOENA FOR DEPOSITION, PLEASE CONTACT SAMANTHA HAIMO, ESQ. AT 954-990-2213.**

012822.000005/01129379_1

2

KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard • Suite 500 • Ft. Lauderdale, Florida 33301 • Telephone 954-525-4100 • Fax 954-525-4300