UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,

Debtor.
_____/

Case No. 18-16248-BKC-MAM Chapter 7

ROBERT C. FURR not individually
but as Chapter 7 Trustee of the estate
of the Debtor, Chance & Anthem,
LLC,

Plaintiff,

v.

JEFFREY M. SISKIND, individually and d/b/a
SISKIND LEGAL SERVICES, TANYA
SISKIND, individually and as Trustee of the,
SECOND SISKIND FAMILY TRUST, FRANK
ZOKAITES, individually, CANNAMED
PHARMACEUTICALS, LLC, a Maryland
Limited Liability Company, OB REAL ESTATE
HOLDINGS 1732, LLC, a Florida Limited
Liability Company, SISKIND LEGAL
SERVICES, LLC, a Florida Limited Liability
Company, SOVEREIGN GAMING &
ENTERTAINMENT, LLC, a Florida Limited
Liability Company FLORIDA'S ASSOCIATION
OF COMMUNITY BANKS AND CREDIT
UNIONS, INC. a Florida Corporation,
SYMPATICO EQUINE RESCUE, INC, a
Florida Corporation, WELLINGTON 3445, LP, a
Florida Limited Partnership, ZOKAITES
PROPERTIES, LP, a Pennsylvania Limited
Partnership, and ROBERT GIBSON, individually

Defendants
_____/

ADV. NO. 19-01298-MAM

FILED-USBC, FLS-WPB
'19 SEP 23 PM3:04

### RELIEF DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Robert Gibson, *pro se*, a Relief Defendant in this matter hereby files this Motion for Protective Order seeking relief from three (3) notices of taking deposition, none of which is served pursuant to the rules and which make untimely and unauthorized demands, and in support

thereof states as follows:

1. By this Motion, Relief Defendant Robert Gibson ("Movant") requests the entry of an Order protecting Relief Defendant from unauthorized, untimely and improperly served notices of taking deposition from co-defendants in this adversary proceeding concerning the estate of the Debtor, Chance & Anthem, LLC.

2. On January 29, 2018 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7, Title 11 of the United States Code (the "Bankruptcy Code"). [Main Case, ECF No. 1]. Shortly thereafter, the Trustee was appointed as the duly acting Chapter 7 trustee for the Debtor's bankruptcy estate.

3. On August 06, 2019, the Trustee filed an adversary complaint (the "Complaint") against numerous Defendants, including Movant, to among other things, avoid and recover certain fraudulent transfers made by the Debtors to Defendants pursuant to Sections 544, 548 and 550 of Title 11 of the United States Code and Section 726 of the Florida Statutes.

4. Movant is, as of yet, unrepresented but intends to retain counsel and Plaintiff has agreed to extend until Monday September 30, 2019 the time in which Relief Defendant is to retain counsel and/or file a response to the Complaint.

5. As contemplated by Local Rule Number 9076-1 Movant is not a Registered User of CM/ECF and has not otherwise waived his right to receive notice by first class mail nor consented to receive notice electronically via the CM/ECF generated NEF, as otherwise allowed by Local Rule Number 9076-1(A).

6. Further, Movant has already been subjected to four and one-half (4 ½) hours of interrogation during deposition in addition to being examined by the parties during a plenary two (2) day circuit court trial concerning the only subject matter for which Movant could reasonably be informative.

7. Additionally, in post-trial discovery requests by the parties, the circuit court found that Movant's additional testimony could only be elicited by the parties with same day agreement for depositions of the parties to be taken by Movant.

WHEREFORE, Relief Defendant Robert Gibson requests entry of an Order protecting or limiting the extent of interrogation to which Movant may be subjected and requiring the parties to obey the rules concerning reasonable notice by US Mail in their attempts to seek testimony of Movant and further ordering the coordinated appearance of the parties to be interrogated by movant, and granting such other and further relief as the Court deems just and proper

Respectfully submitted this 23rd day of September 2019

Robert Gibson
1709 22nd Ave North
Lake Worth Beach, FL  33460
561-868-2100
intelexigent@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23th day of September 2019, a copy of the foregoing was served upon all parties registered to receive electronic notification in this case via email and/or via U.S. Mail as indicated on the Service List below.

Robert Gibson

# SERVICE LIST

### *Notice will be served via email upon:*

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant OB Real Estate Holdings 1732, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

### *Notice will be served via U.S. Mail upon:*

Second Siskind Family Trust
c/o Tanya Siskind, Trustee
3465 Santa Barbara Drive
Wellington, Florida 33414

Frank Zokaites
375 Golfside Drive
Wexford, PA 15090

4

Sovereign Gaming and Entertainment, LLC
c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased
3465 Santa Barbara Drive
Wellington, Florida 33414

Zokaites Properties, LP
c/o Frank Zokaites, for General Partner, Zokaites Contracting, Inc.
375 Golfside Drive
Wexford, PA 15090