# Samantha Haimo

| | |
|---|---|
| From: | Robert Gibson <intelexigent@gmail.com> |
| Sent: | Wednesday, September 25, 2019 9:32 AM |
| To: | Samantha Haimo |
| Cc: | 'Frank Zokaites'; Holly Way; Suarez, Jesus; Gruher, Barry; Jeffrey Siskind |
| Subject: | Re: Deposition of Robert Gibson |

**THIS RESPONSE IS A COURTESY AND DOES NOT WAIVE ANY RIGHTS INCLUDING BUT NOT LIMITED TO SERVICE OF NOTICE BY US MAIL**

Pursuant to Judge Mora's order yesterday, I have 14 days in which to obtain counsel before setting a date.

Set your sights on a day during the week of October 21st depending on new counsel's schedule.

Be advised that depending on advice of counsel, I intend to take the depositions of Mr. Zokaites and Mr. Siskind either before or in immediate succession to my deposition.

--
Robert Gibson, C-2000695
**Intelexigent, Unltd.**, A-9800293
313 Datura Street, Suite 200
West Palm Beach, Florida 33401
Tel. (561) 868-2100 Fax (888) 737-8336

On 2019-09-25 7:55 AM, Samantha Haimo wrote:

> Robert-
> I heard back from both Jesus and Jeff. They are both available on October 10, 2019 for your deposition. Please confirm your availability so I can notice it accordingly.
> Thank you.



*PLEASE NOTE MY NEW OFFICE LOCATION BELOW*
Samantha Tesser Haimo
Feigeles & Haimo LLP
7900 Peters Road - Suite B-200
Fort Lauderdale, FL 33324
T.954.376.5956
F.954.206.0188
STH@womenatlawfl.com
www.womenatlawfl.com


EXHIBIT A

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Tuesday, September 24, 2019 9:54 PM
**To:** Samantha Haimo <sth@womenatlawfl.com>; Gruher, Barry <bgruher@gjb-law.com>; Jeffrey Siskind <jeffsiskind@msn.com>; jeffsiskind@gmail.com; Robert Gibson <intelexigent@gmail.com>
**Cc:** 'Frank Zokaites' <frank@zokaites.com>; Holly Way <way@womenatlawfl.com>
**Subject:** RE: Deposition of Robert Gibson

1

That date works for us. Thanks.

---

**From:** Samantha Haimo [mailto:sth@womenatlawfl.com]
**Sent:** Tuesday, September 24, 2019 9:17 PM
**To:** Suarez, Jesus; Gruher, Barry; Jeffrey Siskind; jeffsiskind@gmail.com; Robert Gibson
**Cc:** 'Frank Zokaites'; Holly Way
**Subject:** Deposition of Robert Gibson

Good evening:
Please advise if you are available for the deposition of Robert Gibson on October 10, 2019, beginning at 10:00 am in Boca Raton.
Thank you.



*PLEASE NOTE MY NEW OFFICE LOCATION BELOW*
Samantha Tesser Haimo
Feigeles & Haimo LLP
7900 Peters Road - Suite B-200
Fort Lauderdale, FL 33324
T.954.376.5956
F.954.206.0188
STH@womenatlawfl.com
www.womenatlawfl.com