Form CGFCRD3  (4/4/2019)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–16248–MAM                                Adversary Number: 19–01298–MAM

In re:
 Name of Debtor(s):  Chance & Anthem, LLC
 ————————————————————————————/

**Robert C Furr**
Plaintiff(s)

**VS.**

**Jeffrey M Siskind, Siskind Legal Services, Tanya Siskind, Second Siskind Family Trust, Frank R. Zokaites, CannaMed Pharmaceuticals, LLC, OB Real Estate Holdings 1732, LLC, Sovereign Gaming and Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Incorporated, Sympatico Equine Rescue, Inc., Wellington 3445, LP, Zokaites Properties, LP and Robert Gibson**
Defendant(s)
 ————————————————————————————/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 8, 2019** at **10:00 AM** at the following location:

**Flagler Waterview Building**
**1515 N Flagler Dr Room 801 Courtroom A**
**West Palm Beach FL 33401**

to consider the following:

**Second Motion to Compel Deposition of Robert Gibson Filed by Defendants Frank Zokaites, Pro Se, OB Real Estate Holdings 1732, LLC, Wellington 3445, LP, Zokaites Properties, LP (46)**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and **shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B)**. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 9/26/19**                                    **CLERK OF COURT**
                                                       By: Maria Romaguera–Serfaty
                                                       Courtroom Deputy