

**ORDERED in the Southern District of Florida on October 3, 2019.**

*Mindy A. Mora*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, et al., | |
|     Defendants. | |
| _____/ | |

**AGREED ORDER GRANTING DEFENDANT, ROBERT GIBSON'S,
EX-PARTE AMENDED MOTION FOR EXTENSION OF TIME
TO RESPOND TO ADVERSARY COMPLAINT**

    **THIS MATTER** came before the Court on Relief Defendant, Robert Gibson's

Unopposed Ex Parte Amended Motion for Extension of Time to Respond to Adversary

Complaint [ECF No. 51] (the "Amended Motion"). The Court, having considered the Motion, having been advised that the Plaintiff consents to the relief requested, and being otherwise advised in the premises, it is,

**ORDERED**, as follows:

1. The Amended Motion is GRANTED.

2. The deadline for the Defendant Robert Gibson to file a response to the Adversary Complaint is on or before **October 21, 2019.**

# # #

Submitted By
Robert Gibson.

[Robert Gibson is directed to serve a copy of this Order upon all parties in interest].