UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                   Case No. 18-16248-BKC-MAM
                                                                                          Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR not individually but                                     ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

    Defendants.
_____/

**AGREED *EX PARTE* MOTION BY PLAINTIFF, ROBERT C. FURR,
TO CONTINUE PRETRIAL CONFERENCE AND EXTEND
<u>RELATED PRETRIAL DEADLINES</u>**

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the Bankruptcy Estate of the Debtor, Chance & Anthem, LLC (the "Debtor") by and through counsel, files this Agreed *Ex Parte* Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines (the "Motion") and in support thereof state, as follows:

**I.    BACKGROUND.**

1.    On January 29, 2019 (the "Petition Date") the Debtor, Chance and Anthem, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Maryland (the "Maryland Bankruptcy Court"), in the matter styled *In re Chance & Anthem, LLC*, Case No. 18-11168-TJC (the "Bankruptcy Case"). The Plaintiff is the duly appointed and acting Trustee of the Debtor's

bankruptcy estate (the "Estate").

2. On May 24, 2018, the Bankruptcy Court for the District of Maryland entered its Memorandum and Order Transferring Venue To The Bankruptcy Court For the Southern District of Florida (the "Transfer Order")[ECF No. 73], transferring the Bankruptcy Case to this Court.

3. On May 25, 2018, the Plaintiff, Robert C. Furr, was duly appointed and is acting Chapter 7 Trustee of the Estate [ECF No. 76].

4. On August 06, 2019, the Plaintiff filed the Adversary Complaint to Avoid and Recover Fraudulent Transfers, For Turnover, For an Accounting, Alter-Ego, Substantive Consolidation, Injunctive Relief and for Related Relief (the "Adversary Complaint") [ECF No. 1] in the above adversary proceeding (the "Adversary Proceeding") against Jeffrey Siskind ("J. Siskind"), Tanya Siskind, ("T. Siskind"), CannaMED Pharmaceuticals, LLC ("CannaMED"), Siskind Legal Services, LLC ("Siskind Legal"), Second Siskind Family Trust ("Siskind Trust"), Florida's Association of Community Banks and Credit Unions ("Florida's Association"), Sympatico Equine Rescue, Inc. ("Sympatico"), Sovereign Gaming & Entertainment, LLC ("Sovereign"), Frank Zokaites ("F. Zokaites"), OB Real Estate 1732, LLC ("OB Real Estate"), Wellington 3445, LP ("Wellington"), Zokaites Properties, LP ("Zokaites Properties") and Robert Gibson ("R. Gibson")(collectively, the "Defendants").

5. On August 07, 2019, the Court issued the Summons and Notice of Pretrial/Trial in an Adversary Proceeding, scheduling the Pretrial Conference for November 14, 2019 at 10:00 a.m. [ECF No. 03].

6. On same date, the Court entered an *Order Setting Filing and Disclosure Requirements for Pretrial and Trial Setting Pretrial Conference* (the "Pretrial Order") [ECF No. 04] which references all corresponding pretrial deadlines.

## II.     RELIEF REQUESTED.

7.     The Parties have agreed to a continuance of the Pretrial Conference to January 14, 2020 at 10:00 a.m.  Further, the Parties seek a concomitant enlargement of the deadlines set forth in the Pretrial Order to coincide with the continued Pretrial Conference.

8.     Counsel for the Plaintiff has conferred with the Defendants, or their counsel, regarding the filing of this Motion and certifies that the Defendants have agreed to the relief requested herein.

9.     The filing of this Motion and continuance of the Pretrial Conference and extensions of the deadlines under the Pretrial Order are necessary in order to preserve time and resources of the Parties. This Motion has been filed in good faith and not for any dilatory purpose or improper delays of this adversary proceeding.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as the Chapter 7 Trustee, respectfully requests the entry of an order attached hereto as **Exhibit "A"**: (i) granting this Motion; (ii) continuing the Pretrial Conference to January 14, 2020 at 10:00 a.m.; (iii) extending all corresponding pretrial deadlines accordingly; and (iv) granting such other and further relief as the Court deems appropriate.

Dated this 4th day of October, 2019

>**GENOVESE JOBLOVE & BATTISTA, P.A.**
>*Counsel for Plaintiff*
>100 S.E. Second Street, 44th Floor
>Miami, FL  33131
>Tel: (305) 349-2300
>Fax: (305) 349-2310
>
>By:     /s/   Jesus M. Suarez
>        Jesus M. Suarez, Esq.
>        Fla. Bar No. 60086
>        Email: jsuarez@gjb-law.com

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 4th day of October, 2019.

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.

**SERVICE LIST**

*Notice was served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Second Siskind Family Trust
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sovereign Gaming and Entertainment, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Notice will be served via U. S. Mail upon**:

Robert Gibson
1709 22 Ave N
Lake Worth, FL 33460

Frank R. Zokaites
375 Golfside Dr
Wexford, PA 15090

# EXHIBIT "A"

[PROPOSED ORDER]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

**ORDER GRANTING AGREED *EX PARTE* MOTION BY PLAINTIFF, ROBERT C. FURR, TO CONTINUE PRETRIAL CONFERENCE AND EXTEND <u>RELATED PRETRIAL DEADLINES</u>**

**THIS MATTER** came before the Court without a hearing upon the Agreed *Ex Parte* Motion by Plaintiff, Robert C. Furr, to Continue Pretrial Conference and Extend Related Pretrial

7

Deadlines [ECF No. \_\_\_\_] (the "Motion"), and the Court having reviewed the Motion, the record in this case, and noting the agreement of the parties with respect to the relief granted herein, and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference is hereby continued to **January 14, 2020 at 10:00 a.m**. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 N Flagler Drive, Room 801 Courtroom A, West Palm Beach, FL 33401

3. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]