

**ORDERED in the Southern District of Florida on October 4, 2019.**

*[signature]*

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

**ORDER GRANTING AGREED *EX PARTE* MOTION BY PLAINTIFF, ROBERT C. FURR, TO CONTINUE PRETRIAL CONFERENCE AND EXTEND RELATED PRETRIAL DEADLINES**

    **THIS MATTER** came before the Court without a hearing upon the Agreed *Ex Parte* Motion by Plaintiff, Robert C. Furr, to Continue Pretrial Conference and Extend Related Pretrial

Deadlines [ECF No. 58] (the "Motion"), and the Court having reviewed the Motion, the record in this case, and noting the agreement of the parties with respect to the relief granted herein, and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference is hereby continued to **January 14, 2020 at 10:00 a.m**. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 N Flagler Drive, Room 801 Courtroom A, West Palm Beach, FL 33401

3. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]