

**ORDERED in the Southern District of Florida on October 8, 2019.**

*/s/ Mindy A. Mora*
_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| Chance & Anthem, LLC, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| Robert C Furr, | Adv. Proc. No. 19-01298-MAM |
|     Plaintiff. | |
| v. | |
| Jeffrey M. Siskind; Siskind Legal Services; Tanya Siskind; Second Siskind Family Trust; Frank R. Zokaites; CannaMed Pharmaceuticals, LLC; OB Real Estate Holdings 1732, LLC; Sovereign Gaming and Entertainment, LLC; Florida's Association of Community Banks and Credit Unions, Incorporated; Sympatico Equine Rescue, Inc.; Wellington 3445, LP; Zokaites Properties, LP; and Robert Gibson, | |

Defendants.
_____/

## ORDER SETTING DEADLINES FOR DEFENDANT ROBERT GIBSON TO (I) IDENTIFY COUNSEL OF RECORD AND (II) ATTEND DEPOSITION

**THIS MATTER** came before the Court on October 8, 2019 at 10:00 a.m., upon *Defendants Frank Zokaites, OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP's Second Motion to Compel Deposition of Robert Gibson* (ECF No. 46) (the "Motion") filed by Frank Zokaites ("Zokaites"), OB Real Estate 1732, LLC ("OB Real Estate"), Wellington 3445, LP ("Wellington") and Zokaites Properties, LP (together with Zokaites, OB Real Estate, and Wellington, the "Zokaites Defendants"). For the reasons stated on the record, the Court finds it necessary to direct defendant Robert Gibson ("Mr. Gibson") to identify his counsel of record to the Zokaites Defendants and to attend a deposition (the "Deposition") conducted by the Zokaites Defendants.

Accordingly, the Court, having considered the Motion and the representations of parties at the hearing, and being otherwise fully informed in the premises, hereby **ORDERS AND ADJUDGES** that:

1. Mr. Gibson shall provide the name of his counsel of record to the Zokaites Defendants on or before **Friday, October 11, 2019.**

2. Mr. Gibson must attend the Deposition on or before **October 24, 2019.**

3. No extensions will be granted absent extraordinary circumstances.

### ###

Copies furnished to:

All interested parties by the Clerk of Court