UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
| Debtor. _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
| Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, et al., | |
| Defendants. _____/ | |

## **LINE**

COMES NOW undersigned counsel and files this Line in order that the record reflect said counsel's observations from today's hearings in this matter, and states:

1. Today, during the hearing on the Chapter 7 Trustee's motion to disqualify undersigned counsel from representing adversary defendants which the Chapter 7 Trustee alleged were the undersigned's alter egos, the Chapter 7 Trustee's counsel stated that the Chapter 7 Trustee feared that confidential information was already imparted to one or more of the adversary defendants by Debtor's counsel.

2. Notably, the Chapter 7 Trustee's counsel offered no specific facts on which it based its allegation.

3. These offhand, unsubstantiated remarks, which began with a false claim made by the Chapter 7 Trustee that undersigned counsel admitted to improper trust account transactions at the 341 Meeting of Creditors, continue to be made by opposing counsel in this adversary case.

4. Another example of equally disingenuous remarks made by the Chapter 7 Trustee's counsel were said counsel's attempt to characterize undersigned counsel's argument pertaining to the Chapter 7 Trustee's claim that adversary defendants were undersigned counsel's alter egos as an admission by undersigned counsel that these adversary defendants were in fact undersigned counsel's alter egos.

5. Although it was readily apparent that this was not the case, these disingenuous and unsubstantiated remarks should be condemned by the Court. They should be seen as nothing more than a scheme to discredit undersigned counsel.

6. Additionally, although the Chapter 7 Trustee has stated in numerous filings that it was duly appointed, undersigned counsel has provided the Court with ample evidence to the contrary. Instead, it appears that the Chapter 7 Trustee somehow subverted the random assignment process in obtaining its assignment of this case.

7. The Chapter 7 Trustee's attempt to disqualify undersigned counsel and thereby prevent its representation of the adversary defendants should be recognized as nothing other than an attempt to insure that these parties are not represented so that the Chapter 7 Trustee has a better chance of recovering property to pay itself its fees.

WHEREFORE, undersigned counsel submits this Line in order that the record in this case reflect these observations by undersigned counsel.

Respectfully submitted,

**S I S K I N D   L E G A L**

   */s/ Jeffrey M. Siskind*   
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished this 8th day of October, 2019, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

   */s/ Jeffrey M. Siskind*   
Jeffrey M. Siskind, Esquire
FBN 138746

## SERVICE LIST

Notice will be served via U.S. Mail and/or E-mail upon:

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl*. (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Robert Gibson 1709 22nd Avenue North Lake Worth, Florida 33460 Via e-mail to *intelexigent@gmail.com*

Robert Gibson 7369 Palmdale Drive Boynton Beach, Florida 33436 Via e-mail to *intelexigent@gmail.com*