IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

Chance & Anthem, LLC                              Case No. 18-16248-MAM

    Debtor.                                          Chapter 7

_____/                   Adv. Proc No. 19-01298-MAM

Robert C. Furr,

    Plaintiff.

Jeffrey M. Siskind; Siskind Legal Services;
Tanya Siskind; Second Siskind Family
Trust; Frank R. Zokaites; CannaMed
Pharmaceuticals, LLC; OB Real Estate
Holdings 1732, LLC; Sovereign Gaming
And Entertainment, LLC; Florida's Association
Of Community Banks and Credit Unions, Inc.;
Sympatico Equine Rescue, Inc.,; Wellington
3445, LP; Zokaites Properties, LP and
Robert Gibson,

    Defendant
_____/

**LIMITED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    PLEASE TAKE NOTICE that the undersigned attorney hereby files this Limited Notice of Appearance on behalf of ROBERT GIBSON for the purposes of his deposition to be taken pursuant to the Order filed on October 8, 2019 [DE#69].

All parties are requested to take notice and serve copies of any and all pleadings, notices and pertinent documentation in this cause upon the undersigned counsel.

Nancy B. Colman, Esq.
Baritz & Colman LLP
1075 Broken Sound Parkway NW Suite 102
Boca Raton, Florida 33487
ncolman@baritzcolman.com

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FOR IN LOCAL RULE 2090-1-A.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Limited Notice of Appearance and Request for Service was sent via CM/ECF to all parties having made an appearance on the case, this 11th day of October, 2019.

Respectfully submitted,
/s/ Nancy B. Colman, Esq.
Baritz & Colman LLP
Florida Bar No. 744859
1075 Broken Sound Parkway NW Suite 102
Boca Raton, Florida 33487
Tel (561)864-5100
Fax (561)864-5101
ncolman@baritzcolman.com
Attorney for Defendant Robert Gibson