UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

**AGREED MOTION BY PLAINTIFF, ROBERT C. FURR, TO EXTEND TIME TO RESPOND TO DEFENDANTS' INTERROGATORIES UPON THE PLAINTIFF**

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the Bankruptcy Estate of the Debtor, Chance & Anthem, LLC (the "Debtor") by and through counsel, files this Agreed Motion to Extend Time to Respond to Defendant' Interrogatories Upon the Plaintiff (the "Motion") and in support thereof state, as follows:

**I.    BACKGROUND.**

1.    On January 29, 2019 (the "Petition Date") the Debtor, Chance and Anthem, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Maryland (the "Maryland Bankruptcy Court"), in the matter styled *In re Chance & Anthem, LLC*, Case No. 18-11168-TJC (the "Bankruptcy Case"). The Plaintiff is the duly appointed and acting Trustee of the Debtor's bankruptcy estate (the "Estate").

2.      On May 24, 2018, the Bankruptcy Court for the District of Maryland entered its Memorandum and Order Transferring Venue To The Bankruptcy Court For the Southern District of Florida (the "Transfer Order")[ECF No. 73], transferring the Bankruptcy Case to this Court.

3.      On May 25, 2018, the Plaintiff, Robert C. Furr, was duly appointed and is acting Chapter 7 Trustee of the Estate [ECF No. 76].

4.      On August 06, 2019, the Plaintiff filed the Adversary Complaint to Avoid and Recover Fraudulent Transfers, For Turnover, For an Accounting, Alter-Ego, Substantive Consolidation, Injunctive Relief and for Related Relief (the "Adversary Complaint") [ECF No. 1] in the above adversary proceeding (the "Adversary Proceeding") against Jeffrey Siskind ("J. Siskind"), Tanya Siskind, ("T. Siskind"), CannaMED Pharmaceuticals, LLC ("CannaMED"), Siskind Legal Services, LLC ("Siskind Legal"), Second Siskind Family Trust ("Siskind Trust"), Florida's Association of Community Banks and Credit Unions ("Florida's Association"), Sympatico Equine Rescue, Inc. ("Sympatico"), Sovereign Gaming & Entertainment, LLC ("Sovereign"), Frank Zokaites ("F. Zokaites"), OB Real Estate 1732, LLC ("OB Real Estate"), Wellington 3445, LP ("Wellington"), Zokaites Properties, LP ("Zokaites Properties") and Robert Gibson ("R. Gibson")(collectively, the "Defendants").

5.      The Pretrial Conference in this Adversary Proceeding is scheduled for January 14, 2020 at 10:00 a.m. [ECF No. 59].

6.      On September 17, 2019, Defendant J. Siskind propounded his first set of Interrogatories upon the Plaintiff (the "Siskind Interrogatories") [ECF No. 32].

7.      On September 23, 2019, Defendant Sovereign propounded its first set of Interrogatories upon the Plaintiff (the "Sovereign Interrogatories") [ECF No. 39][1].

---

[1] On September 30, 2019, the Plaintiff filed an *Amended Motion to Disqualify Jeffrey Siskind as Counsel to Adversary Defendants* (the "Motion to Disqualify") [ECF No. 52] which remains *sub judice*. The filing of this Motion concerning the Sovereign Interrogatories preserves the objection to Mr. Siskind's representation of Defendant Sovereign.

8.      Pursuant to Rule 33 of the Federal Rules of Civil Procedure, as incorporated by Rule 7033 of the Federal Rules of Bankruptcy Procedure, the Plaintiff's deadline to file a response to the Siskind Interrogatories is October 17, 2019. The Plaintiff's deadline to file a response to the Sovereign Interrogatories is October 23, 2019.

## II.    RELIEF REQUESTED

9.      The Plaintiff requests an extension of time, through an including November 1, 2019, to file a response to the Siskind and Sovereign Interrogatories.

10.     The undersigned have conferred with Mr. Siskind and he has graciously agreed to extend Plaintiff's counsel a two week extension of time to respond the Siskind and Sovereign Interrogatories.

11.     This Motion has been filed in good faith and not for any dilatory purpose or improper delays of this adversary proceeding.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as the Chapter 7 Trustee, respectfully requests the entry of an order  (i) granting this Motion; (ii) extending the deadline to file a response to the Siskind and Sovereign interrogatories to November 1, 2019; and (iv) granting such other and further relief as the Court deems appropriate.

Dated this 17th day of October, 2019

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        *Counsel for Plaintiff*
        100 S.E. Second Street, 44th Floor
        Miami, FL  33131
        Tel: (305) 349-2300
        Fax: (305) 349-2310

        By:    /s/   Jesus M. Suarez
                Jesus M. Suarez, Esq.
                Fla. Bar No. 60086
                Email: jsuarez@gjb-law.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 17th day of October, 2019.

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.

**SERVICE LIST**

*Notice was served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Second Siskind Family Trust
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sovereign Gaming and Entertainment, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Notice will be served via U. S. Mail upon**:

Robert Gibson
1709 22 Ave N
Lake Worth, FL 33460

Frank R. Zokaites
375 Golfside Dr
Wexford, PA 15090