UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,                              CASE NO. 18-16248-BKC-MAM

                Debtor.                              Chapter 7
_____/

ROBERT FURR,

                Plaintiff,
v.                                                ADV. NO. 19-01298-MAM

ROBERT GIBSON, et al.,

                Defendants.
_____/

**EMERGENCY MOTION TO PROHIBIT FIREARMS AT ROBERT GIBSON DEPOSITION**

*THIS MOTION IS FILED AS AN EMERGENCY BECAUSE OF THE TIMETABLE FOR*
*THIS DEPOSITION WHICH IS SCHEDULED FOR TUESDAY, OCTOBER 22, 2019.*

COMES NOW Defendant Jeffrey M. Siskind, and files this Emergency Motion to Prohibit Firearms at Robert Gibson Deposition, and states:

1.     After numerous delays, Robert Gibson's deposition is set for October 22, 2019 at the offices of Glass Ratner, 1400 Centrepark Boulevard, Suite 860, West Palm Beach, Florida 33401.

2.     Though Frank Zokaites initially noticed the deposition, both the undersigned and the Chapter 7 Trustee have filed Cross-Notices of taking Mr. Gibson's deposition.

3.     All parties are aware that Mr. Gibson has sought to evade appearing for deposition, which behavior appears to be his modus operandi; upon information and belief, he was incarcerated

for refusing to appear for deposition in his 2005 personal Chapter 7 bankruptcy and was not permitted to be released until after the deposition took place in the jailhouse.

4.    This incident, combined with numerous others, has led the undersigned to believe that Mr. Gibson, who holds a permit and admits to carrying a firearm, may present a danger to those in attendance at his deposition in the event that Mr. Gibson becomes uncomfortable with questions he will be required to answer.

5.    The undersigned is in a unique position to evaluate the danger, having first met Mr. Gibson as he attempted to enter the Palm Beach County courthouse with ammunition in his pocket and was turned away.  He admitted to the security officer in my presence that he had left his gun in his car but forgot to remove the ammunition from the pocket of the cargo-style pants which he always wears to obscure the pistol holstered to his ankle.

6.    Other behavior by Mr. Gibson should serve as a warning that he may present a danger in situations which may lead him to feel threatened, not the least of which are his continued efforts to malign the character of the undersigned which included his outrageous false accusations of foul play related to William Siskind's recent passing that were made to many of the undersigned's clients and in an interview elicited by Mr. Gibson with the Palm Beach County Sheriff's office.

7.    Mr. Gibson's numerous arrests, as indicated by probable cause affidavits related thereto (attached as "Exhibit A"), evidence a belligerence toward law officers and a propensity to behave in an antisocial, if not clinically psychopathic, manner.

8.    Mr. Gibson's public statements concerning his working as a "fulltime Jeffrey Siskind whistleblower," his numerous frivolous court and administrative agency filings, repeated false testimony and affidavits, and repeated instances of practicing law without a license raise further cause for concern.

9.      As a result of these concerns, Mr. Gibson should be prohibited from carrying a firearm during his deposition which is an official court proceeding.

10.      To assure that the Court's order is complied with, the Court should permit the parties to provide for the presence of an off-duty Palm Beach County Sheriff with authority to inspect Mr. Gibson's person to insure that he is not carrying a firearm during the deposition. Based upon the facts and circumstances exhibited in Mr. Gibson's probable cause affidavits, this should not be objectionable or inconvenient.

11.      Alternatively, the undersigned requests that the Court permit the parties to use one of the courthouse conference rooms located within the security area for the deposition of Mr. Gibson.

WHEREFORE, the undersigned respectfully requests that the Court assure the safety of the participants by permitting inspection of Mr. Gibson's person by a law enforcement officer or utilization of a secure facility at the courthouse during Mr. Gibson's deposition.

Dated this 20th day of October, 2019

**S I S K I N D   L E G A L , P L L C**

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746

- Offices -
113 N. Monroe Street, 1st Floor
Tallassee, Florida  32301
- And -
3465 Santa Barbara Drive
Wellington, Florida  33414

TELEPHONE  (561) 791-9565
FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 20, 2019 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or U.S. Mail or Personal Service of Process as reflected on the Service List below.

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Esq.   FBN 138746

SERVICE LIST:

19-01298-MAM Notice will be electronically mailed to:

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit
Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant OB Real Estate Holdings 1732, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-
law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Nancy Coleman on behalf of Robert Gibson
ncoleman@bartizcolman.com

Robert Gibson, intelexigent@gmail.com

19-01298-MAM Notice was sent by U.S. Mail to:

Robert Gibson
1709 22nd Avenue North
Lake Worth, FL  33460

EXHIBIT A

09 MM 18084

**ARREST / NOTICE TO APPEAR**

| | |
|---|---|
| OBTS Number | 1. Arrest  3. Request for Warrant / 2. N.T.A.  4. Request for Capias | JUVENILE |

Agency ORI Number: 0500800
Agency Name: **West Palm Beach Police Department**
Agency Report Number (N.T.A.'s only): 9 4 | **2009-0017047**

Charge Type (Check as many as apply): 3. Misdemeanor [X]

Location of Arrest (Including Name of Business): **520 FOREST HILL BLVD**
Location of Offense: **520 FOREST HILL BLVD, WEST PALM BEACH, FL 33405**

Date of Arrest: **09/17/2009**  Time of Arrest: **23:59**

Name (Last, First, Middle): **GIBSON, ROBERT ALLEN**  Alias:

Race: **W**  Sex: **M**  Date of Birth: **12/08/1952**  Height: **5'10**  Weight: **210**  Eye Color: **BRO**  Hair Color: **WHT**  Complexion: **FAIR**  Build: **MED**

Marital Status: N/A

Local Address: **2393 S CONGRESS AVE 200, WEST PALM BEACH, FL 33406**
Permanent Address: **2393 S CONGRESS AVE 200, WEST PALM BEACH, FL 33406**
Address Source: **FL ID**

D/L Number, State: **G125761524480 / 1**  Place of Birth: **, United States**

Charge Description: **BREACH OF PEACE/DISORDERLY CONDUCT/DISTURBING THE PEACE**  Statute Violation Number: **877.03**
Offense #: **2009-0017047**  Counts: **1**  Domestic Violence: N

[X] INSTRUCTION NO. 1 - Mandatory appearance in court
[ ] INSTRUCTION NO. 2 - You need not appear in Court but must comply with instructions on Page 2.
Location (Court, Room): **Criminal Justice   WEST PALM BEACH**
Court Date and Time: **10/06/2009 08:00:00**

No Photo Available

Name of Arresting Officer (Print): **FITZ-COY, SIDNEY**  I.D. #: **01822**

PAGE 1 OF 1

[ ] COURT  [ ] STATE ATTORNEY  [ ] AGENCY  [ ] CENTRAL RECORDS  [ ] JAIL  [ ] CRIME ANALYSIS  [ ] P.I.O.  [ ] DEFENDANT

*NOT A CERTIFIED COPY*

| OBTS Number | | | | 1. Arrest | 3. Request for Warrant | **1** | JUVENILE |
|---|---|---|---|---|---|---|---|
| | | | | 2. Notice to Appear | 4. Affidavit for Capias | | |

**ADMIN**

| Agency ORI Number | Agency Name | | Agency Report Number |
|---|---|---|---|
| FL 0500800 | *WEST PALM BEACH POLICE DEPARTMENT* | 9 | 4 | *2009-0017047* |

Charge Type:
Check as many as apply.
☐ 1. Felony   ☐ 2. Traffic Felony   ☒ 3. Misdemeanor   ☐ 4. Traffic Misdemeanor   ☐ 5. Ordinance   ☐ 6. Other

Special Notes:

**DEF**

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| **GIBSON, ROBERT ALLEN** | | W | M | **12/08/1952** |

**CHARGES**

| Charge Description | Charge Description |
|---|---|
| **877.03 BREACH OF PEACE/DISORDERLY CONDUCT/DISTURBI** | |
| Charge Description | Charge Description |

**VICTIM**

| Victim's Name (Last, First, Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|
| **State Of Florida** | | | | | |

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |

The undersigned certifies and swears that he/she has just and resonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody . . .
☐ committed the below acts in my presence.   ☒ was observed by **KELLI R MACKEY** who told **LUC HAVAN**
☐ confessed to _____   that he/she saw the arrested person commit the below acts.
   admitting to the below facts.   ☒ was found to have committed the below acts, resulting from my (described) investigation.

On the __17__ day of __September__, __2009__ at __21:55__ (Specifically include facts constituting cause for arrest.)

**PROBABLE CAUSE STATEMENT**

On Thurs Sept 17, 2009 at approx 2104 hrs I responded to 520 Forest Hill Blvd (Sandbar Island Restaurant) in ref to an assault that took place. Upon arrival I made contact with bar manager (Luc Havan) who advised that an unknown W/M just left the establishment having been escorted out. For exposing himself to a female patron. The complainant who called, was later found asleep at the wheel of his vehicle black Nissan (FL tag: 946WES).

Prior to my arrival, bar patron Kelli R Mackey advised that she was in the women`s restroom. While inside, and unknown male was banging on the door, turning the handle and yelling to come in to the room. Mackey told the unknown male that she would "be out in one minute." The unknown male continued banging on the door and turning the handle. Once finished, Mackey advised that she opened the door to find a w/m (later identified as Robert A Gibson 12/8/52) outside of the doorway with his fly undone, and penis "hanging out." She advised that he was holding his penis in his hand, however said nothing. She then said "excuse me!" and walked past quickly. She then sat back down at the bar area, and did not see the suspect again. I spoke with the bartender (Nirka Quesada) who advised that Gibson was sleeping at the bar, and was asked to leave prior to this incident, and thought that he did so. However discovered later that he left the area, and returned.

Mackey adised bar manager Luc Havan of the incident who then escorted Gibson out of the establishment for the second time. Gibson then called the police. I made contact with Gibson who advised that he was "beat up." Gibson was bleeding from the nose and cheek, however the blood was old and dried. WPBFD Rescue 2 responded to the scene and medical attention was refused by Gibson. I asked what the individual looked like who did this, however he stated that he "couldn`t tell" me. I then asked why this incident took place, he stated that he just went to the bathroom and for no reason someone "beat him up." He further added that he could "point him out, but did not know what he looked like." I asked him how he could point him out without knowing what he looked like, to

**ADMINISTRATIVE**

SWORN AND SUBSCRIBED BEFORE ME

NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

__09/18/2009__
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

**FITZ-COY, SIDNEY   (01822)**
NAME OF OFFICER (PLEASE PRINT)

__09/17/2009__
DATE

| PAGE |
|---|
| **1** OF **2** |

NOT A CERTIFIED COPY

SCANNED JUN 1 2009

PROBABLE CAUSE AFFIDAVIT
SUPPLEMENT

| OBTS Number | | 1. Arrest | 3. Request for Warrant Request for Caplas | **1** | JUVENILE |

| Agency ORI Number | Agency Name | Agency Report Number | Special Notes: |
| **FL 0500800** | **WEST PALM BEACH POLICE DEPARTMENT** | 9 | 4 | 2009-0017047 | |

Charge Type: Check as many as apply.
☐ 1. Felony   ☐ 2. Traffic Felony   ☒ 3. Misdemeanor   ☐ 4. Traffic Misdemeanor   ☐ 5. Ordinance   ☐ 6. Other

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| **GIBSON, ROBERT ALLEN** | | W | M | 12/08/1952 |

which he had no answer.

I asked Mr Havan if there was any violence when Gibson was escorted out. Havan advised that Gibson was already bloody in the nose and did not physically touch him while escorting him out. Havan did not have any signs that he and Gibson struggled, and there was no one in the bar area that saw anything regarding a fight including Gibson.

While on scene Gibson became more and more vocal; stating "you don`t give a shit." Gibson refused to cooperate with the Fire Department, while they were on scene. And as a result was drawing more and more attention from the bar patrons inside the establishment.

Gibson`s actions including: refusal to leave the establishment when asked, exposure of himself, and his verbose demmeanor while I was on scene, drawing attention all cumulated to disrupt the tranquility of those around him and the general peace of the establishment. Based on the facts and circumstances above, Robert Gibson 12/8/52 is in violaton of F.S.S. 877.03 Breach of Peace, Disorderly Conduct. Gibson was arrested per F.S.S. 509.143 (2) Disorderly conduct on premises of an establishment; immunity from liability; as some of his actions were both in my presence and not.

NOT A CERTIFIED COPY

SWORN AND SUBSCRIBED BEFORE ME

NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

09/18/2009
DATE

SIGNATURE OF ARRESTING/INVESTIGATING OFFICER

**FITZ-COY, SIDNEY    (01822)**
NAME OF OFFICER (PLEASE PRINT)

09/17/2009
DATE

PAGE **2** OF **2**

COURT    STATE ATTORNEY    CENTRAL RECORDS    JAIL    CRIME ANALYSIS    P.I.O.

**PALM BEACH COUNTY SHERIFF'S OFFICE**
ARREST / NOTICE TO APPEAR
Juvenile Referral Report

| | |
|---|---|
| OBTS Number | 1. Felony or Warrant  2. N.T.A.  3. Issue  4. Request for Capias | 1 | Juvenile N |

Agency ORI Number: **FLO 500000**
Agency Name: **PALM BEACH COUNTY SHERIFF'S OFFICE** 06-
Agency Report Number (N.T.A.'s only): **10-049042**

Charge Type: Check as many as apply. ☐ 1. Felony ☑ 3. Misdemeanor ☐ 5. Ordinance ☐ 2. Traffic Felony ☐ 4. Traffic-Misdemeanor ☐ 6. Other
Weapon Seized / Type: 2 ☐ 1. Yes ☑ 2. No
Multiple Clearance Indicator

Location of Arrest (Including Name of Business): 331 North Dixie Hwy — Lake Worth FL 33460
Location of Offense (Business Name, Address): 331 North Dixie Hwy — Lake Worth FL 33460

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 3/12/10 | 0036 | | | | | N/A |

**DEFENDANT**

Name (Last, First, Middle): Gibson  Robert Allen
Alias (Name, DOB, Soc. Sec. #, Etc.):

| Race W - White I - American Indian B - Black O- Oriental/Asian | W | Sex M | Date of Birth 12-8-52 | Height 5'10 | Weight 150 | Eye Color Brn | Hair Color Gry | Complexion Med | Build Med |
|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description): None Seen

| Marital Status Single | Religion NONE | Indication of: Alcohol Influence / Drug Influence  Y ☐ N ☐ Unk. ☑ |
|---|---|---|

Local Address (Street, Apt. Number): 2393 South Congress Ave (City) Palm Springs (State) FL (Zip) 33406 Phone ( ) None
Residence Type: 1. City 2. County 3. Florida 4. Out of State — 3

Permanent Address (Street, Apt. Number): Same (City) (State) (Zip) Phone ( ) None
Address Source: D.A.V.I.D.

Business Address (Name, Street): None (City) (State) (Zip) Phone ( )
Occupation: None

D/L Number, State: G125761524480 | Soc. Sec. Number: | INS Number: Unknown | Place of Birth (City, State): Illinois St Charles | Citizenship: USA

**CO-DEF**

Co-Defendant Name (Last, First, Middle): N/A | Race | Sex | Date of Birth | 1. Arrested 2. At Large / 3. Felony 4. Misdemeanor 5. Juvenile

Co-Defendant Name (Last, First, Middle): | Race | Sex | Date of Birth | 1. Arrested 2. At Large / 3. Felony 4. Misdemeanor 5. Juvenile

**JUVENILE**

☐ Parent ☐ Legal Custodian ☐ Other: Name (Last) (First) (Middle) | Residence Phone ( )
Address (Street, Apt. Number) (City) (State) (Zip) | Business Phone ( )

Notified by: (Name) | Date 3/12/10 | Time | Juvenile Disposition 1. Handled / processed within Dept. and Released. 2. TOT HRS / DYS 3. Incarcerated
Released To: (Name) | Relationship | Date | Time

The above address provided by ☐ defendant and / or ☐ defendant's parents was told to keep the Juvenile Court Clerk (Phone 355-2526) informed of any change of address. ☐ Yes, by (Name) ☐ No: (Reason)
School Attended | Grade

Property Crime? ☐ Yes ☐ No | Description of Property | Value of Property

**CODE**

Drug Activity N. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense / Distribute | M. Manufacture / Produce / Cultivate | Z. Other | Drug Type N. N/A A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P. Paraphernalia / Equipment S. Synthetics | U. Unknown Z. Other

**CHARGE**

Charge Description: **Trespass** | Counts 1 | Domestic Violence ☑ Y ☐ N | Statute Violation Number 810.09(2)(b) | Violation of ORD #
Drug Activity N | Drug Type N | Amount / Unit N/A | Offense # 10-049042 | Warrant I Capias Number | Bond

Charge Description: **Resist an officer without violence** | Counts 1 | Domestic Violence ☐ Y ☐ N | Statute Violation Number 843.02 | Violation of ORD #
Drug Activity N | Drug Type N | Amount / Unit N/A | Offense # 10-049042 | Warrant / Capias Number | Bond

Charge Description: | Counts | Domestic Violence ☐ Y ☐ N | Statute Violation Number | Violation of ORD #
Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond

Charge Description: | Counts | Domestic Violence ☐ Y ☐ N | Statute Violation Number | Violation of ORD #
Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond

Location (Court, Room Number, Address): 3228 Gun Club Rd WPB FL

**NOTICE TO APPEAR**

Court Date and Time: Month April Day 13th Year 2010 Time 8 AM ☑ PM

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS **NOTICE TO APPEAR**, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent /Custodian) | Date Signed 3-12-10

**ADMIN**

HOLD for other Agency Name: | Signature of Arresting Officer x PB9166 | Name Verification (Printed by Arrestee)

☐ Dangerous ☐ Resisted Arrest ☐ Suicidal ☐ Other: | Name of Arresting Officer (Print): Rebholz I.D.# 9166 | (PRINT)

Intake Deputy I.D.# Pouch # | Transporting Officer ID# Agency | Witness here if subject signed with an "X" | PAGE 1 OF 1

DISTRIBUTION:  WHITE - COURT COPY  GREEN - STATE ATTORNEY  YELLOW - AGENCY  PINK - AGENCY  GOLD - DEFENDANT (N.T.A.'s ONLY)

PBSO #140  REV. 6/97

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | 1. Arrest   3. Request for Warrant<br>2. N.T.A.   4. Request for Capias | 1 | Juvenile | N |
|---|---|---|---|---|---|---|

**ADMIN**

| Agency ORI Number<br>FLO   500000 | Agency Name<br>PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number<br>06-   10-049042 |
|---|---|---|

| ChargeType:<br>Check as many<br>as apply. | 1. Felony | ☑ 3. Misdemeanor | 5. Ordinance | Special Notes: |
|---|---|---|---|---|
| | 2. Traffic Felony | 4. Traffic Misdemeanor | 6. Other | |

**DEF**

| Name (Last, First, Middle)<br>Gibson                    Robert Allen | Alias | Race<br>W | Sex<br>M | Date of Birth<br>12-8-52 |
|---|---|---|---|---|

**CHARGES**

| Charge Description<br>Trespass              810.09(2)(b) | Charge Description<br>Resist an officer without violence  842.02 |
|---|---|
| Charge Description | Charge Description |

**VICTIM**

| Victim's Name (Last, First, Middle)<br>STATE OF FLORIDA/Sneakers Bar | | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| Local Address (Street, Apt. Number) | (City) | (State)  (zip) | Phone<br>( ) | | Address Source | |
| Business Address (Name, Street)<br>331 North Dixie Hwy | (City)<br>Lake Worth FL 33460 | (State)  (zip) | Phone<br>(561) 588-0813 | | Occupation | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody

☑ committed the below acts in my presence.     ☐ was observed by _____ who told
☐ confessed to _____                that he/she saw the arrested person commit the below acts.
admitting to the below facts.                ☑ was found to have committed the below acts, resulting from my (described) investigation.

On the 12th day of March 20 10 at 0036 ☑ A.M.  ☐ P.M. (Specifically include facts constituting cause for arrest.)

**PROBABLE CAUSE STATEMENT**

On 3/10/10 @ 0033 hours I was dispatched to 331 North Dixie Hwy (Sneakers bar) in the city of Lake Worth in reference to an unwanted guest.  Upon my arrival I met with the complainant/bartender W/M Jonathan Bradley who advised the following:

A older W/M came into Sneakers bar and sat next to anther couple at the bar.  Bradley advised the W/M was kicking the couples' chair while staring at that.  Bradley advised the other patrons felt uncomfortable and asked the W/M to stop, however he continued.  Bradley advised he told the other couple to move to the other side of the bar and that he would contact PBSO to have the W/M removed.

Upon entering the bar Bradley pointed out the W/M with the pink shirt.  I walked over to the W/M and advised him that he was no longer welcomed in the bar and to please leave.  The W/M stared at me for a few seconds then picked up his belongings and walked into the parking lot.  Bradley advised he wanted the W/M's information for a trespass warning and a bar "No serve list." Once outside I asked the W/M for his identification when he refused.  I asked him if he has identification when he advised, "Yes I do, lots of it." I asked the W/M several more times to provide me with his name verbally or his identification, however he continued to refuse.  I told the W/M that I was investigating a trespassing and to provide me with his identification.  I told the W/M to get off the property and onto the sidewalk when he stated "no." At that time I informed the W/M if he does not provide me with his identification he would be arrested for trespassing and resisting arrest without violence.  The W/M then shrugged his shoulders and told me that we could not arrest him.

At that time the W/M was placed into handcuffs, per department policy to the rear which were double locked and checked for tightness.  Search incident to arrest, I located the W/M's identification which had his name was Robert Allen Gibson.

Bradley provided me with a sworn written statement regarding the incident.

Based upon the above facts I believe probable cause exists to arrest W/M Robert A. Gibson in violation of F.S.S. 810.09(2)(b) Trespassing and F.S.S. 843.02 Resisting an officer without violence.

**ADMINISTRATIVE**

STATE OF FLORIDA
COUNTY OF PALM BEACH

Rebholz

(Signature of Arresting/Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this 12th day of March 20 10 by Rebholz
Law Enforcement

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced

Notary Public/Clerk of Court, Officer (F.S.S. 117.10)

9166

| PAGE |
|---|
| 1 of 1 |

PBSO #0004 REV. 04/01    DISTRIBUTION:    WHITE - COURT COPY    GREEN - STATE ATTORNEY    YELLOW - AGENCY    PINK - AGENCY

| OBTS Number | PROBABLE CAUSE AFFIDAVIT | 1. Arrest   3. Request for Warrant<br>2. N.T.A.   4. Request for Capias | 1 | Juvenile | N |

**ADMIN**

| Agency ORI Number<br>FLO  500000 | Agency Name<br>PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number<br>06-   10-049042 |

| ChargeType:<br>Check as many<br>as apply. | ☑ 1. Felony<br>2. Traffic Felony | ☑ 3. Misdemeanor<br>4. Traffic Misdemeanor | 5. Ordinance<br>6. Other | Special Notes: |

**DEF**

| Name (Last, First, Middle)<br>Gibson            Robert Allen | Alias | Race<br>W | Sex<br>M | Date of Birth<br>12-8-52 |

**CHARGES**

| Charge Description<br>Trespass                810.09(2)(b) | Charge Description<br>Resist an officer without violence  842.02 |
| Charge Description | Charge Description |

**VICTIM**

| Victim's Name (Last, First, Middle)<br>STATE OF FLORIDA/Sneakers Bar | | | | Race | Sex | Date of Birth |
| Local Address (Street, Apt. Number) | (City) | (State)   (zip) | Phone<br>(   ) | Address Source |
| Business Address (Name, Street)<br>331 North Dixie Hwy | (City)<br>Lake Worth FL 33460 | (State)   (zip) | Phone<br>(561) 588-0813 | Occupation |

**PROBABLE CAUSE STATEMENT**

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody

☑ committed the below acts in my presence.                          ☐ was observed by _____ who told
☐ confessed to _____                                         that he/she saw the arrested person commit the below acts.
admitting to the below facts.                                    ☑ was found to have committed the below acts, resulting from my (described) investigation.

On the 12th day of March   20 10 at 0036   ☑ A.M.  ☐ P.M. (Specifically include facts constituting cause for arrest.)

On 3/10/10 @ 0033 hours I was dispatched to 331 North Dixie Hwy (Sneakers bar) in the city of Lake Worth in reference to an unwanted guest. Upon my arrival I met with the complainant/bartender W/M Jonathan Bradley who advised the following;

A older W/M came into Sneakers bar and sat next to anther couple at the bar. Bradley advised the W/M was kicking the couples; chair while staring at that. Bradley advised the other patrons felt uncomfortable and asked the W/M to stop, however he continued. Bradley advised he told the other couple to move to the other side of the bar and that he would contact PBSO to have the W/M removed.

Upon entering the bar Bradley pointed out the W/M with the pink shirt. I walked over to the W/M and advised him that he was no longer welcomed in the bar and to please leave. The W/M stared at me for a few seconds then picked up his belongings and walked into the parking lot. Bradley advised he wanted the W/M's information for a trespass warning and a bar "No serve list." Once outside I asked the W/M for his identification when he refused. I asked him if he has identification when he advised, "Yes I do, lots of it." I asked the W/M several more times to provide me with his name verbally or his identification, however he continued to refuse. I told the W/M that I was investigating a trespassing and to provide me with his identification. I told the W/M to get off the property and onto the sidewalk when he stated "no." At that time I informed the W/M if he does not provide me with his identification he would be arrested for trespassing and resisting an arrest without violence. The W/M then shrugged his shoulders and told me that we could not arrest him.

At that time the W/M was placed into handcuffs, per department policy to the rear which were double locked and checked for tightness. Search incident to arrest, I located the W/M's identification which had his name was Robert Allen Gibson.

Bradley provided me with a sworn written statement regarding the incident.

Based upon the above facts I believe probable cause exists to arrest W/M Robert A. Gibson in violation of F.S.S. 810.09(2)(b) Trespassing and F.S.S. 843.02 Resisting an officer without violence.

**ADMINISTRATIVE**

STATE OF FLORIDA
COUNTY OF PALM BEACH                    Rebholz

(Signature of Arresting/Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this ___ day of _____ 20 __ by _____

12th    March   20 10    Rebholz    9166
                                    Law Enforcement

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced _____

Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

| PAGE<br>1 OF 1 |

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

| OBTS Number | | 1. Arrest   3. Requestor Warrant | Juvenile |
| --- | --- | --- | --- |
| | | 2. N.T.A.   4. Request for Capias | N |

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.'s only) |
| --- | --- | --- |
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 0 6 - 0 - 0 3 8 2 9 3 |

Charge Type: (Check as many as apply)
☐ 1. Felony   ☐ 2. Traffic Felony   ☒ 3. Misdemeanor   ☐ 4. Traffic Misdemeanor   ☐ 5. Ordinance   ☐ 6. Other

If Weapon Seized: Enter Type _PE1_   Multiple Clearance Indicator

| Location of Offense (including Name of Business) | Location of Offense (Business Name, Address) |
| --- | --- |
| 2200 North Dixie Hwy Lake Worth, FL | 2211 North Dixie Hwy Lake Worth Fl |

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
| --- | --- | --- | --- | --- | --- | --- |
| 02.12.03 | 2223 | | | | | None |

**Name (Last, First, Middle):** Gibson, Robert A   **Alias (Name, DOB, Soc. Sec. #, Etc.):** None

| Race W-White B-Black i-American Indian O-Oriental/Asian | Sex WM | Date of Birth 12.08.52 | Height 5'10 | Weight 200 | Eye Color Brown | Hair Color Grey | Complexion Light | Build Med |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description):** None

Marital Status: Single   Religion

Indication of: Alcohol Influence / Drug Influence   Y ☐ N ☐ Unk ☐

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone |
| --- | --- | --- | --- | --- |
| 2598 South Congress Ave | Palm Springs | FL | 33406 | (561) |

Residence Type: 1. City  2. County  3. Florida  4. Out of State   _2_

| Permanent Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone |
| --- | --- | --- | --- | --- |
| Same | | | | |

Address Source: Verbal

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone |
| --- | --- | --- | --- | --- |
| None | | | | |

Occupation: Unknown

| D/L Number, State | Soc. Sec. Number | INS Number | Place of Birth (City, State) | Citizenship |
| --- | --- | --- | --- | --- |
| G125-761-52-448-0 | 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 | | | |

| Co-Defendant (Last, First, Middle) | Race | Sex | Date of Birth | ☐1. Arrested ☐2. At Large | ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile |
| --- | --- | --- | --- | --- | --- |

| Co-Defendant (Last, First, Middle) | Race | Sex | Date of Birth | ☐1. Arrested ☐2. At Large | ☐3. Felony ☐4. Misdemeanor ☐5. Juvenile |
| --- | --- | --- | --- | --- | --- |

☐ Parent  ☐ Legal Custodian  ☐ Other:   Name (Last)   (First)   (Middle)   Residence Phone

Address (Street, Apt. Number)   (City)   (State)   (Zip)   Business Phone

| Notified by: (Name) | Date | Time | Juvenile Disposition 1. Handled/Processed within Dept. and Released.  2. TOT HRS/DYS  3. Incarcerated |
| --- | --- | --- | --- |

| Released To: (Name) | Relationship | Date | Time |
| --- | --- | --- | --- |

2009649516

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address. ☐ Yes, by: (Name)   ☐ No (Reason)

School Attended   Grade

Property Crime? ☐ Yes ☐ No   Description of Property   Value of Property   2009mm01804

Code Drug Activity: N.N/A  P. Possess | S. Sell  B. Buy  T. Traffic | R. Smuggle  D. Deliver  E. Use | K. Dispense / Distribute | M. Manufacture / Produce / Cultivate | Z. Other

Drug Type: N. N/A  A. Amphetamine | B. Barbiturate  C. Cocaine  E. Heroin | H. Hallucinogen  M. Marijuana  O. Opium/Deriv. | P. Paraphernalia / Equipment  S. Synthetic | U. Unknown  Z. Other

| Charge Description: Simple Battery | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number 784.03(1)(A)(1) | Violation of ORD # |
| --- | --- | --- | --- | --- |
| Drug Activity N | Drug Type N | Amount / Unit Ø | Offense # 10-038293 | Warrant / Capias Number | Bond |

| Charge Description: Petit Theft | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number 812.014(3)(1)(B) | Violation of ORD # |
| --- | --- | --- | --- | --- |
| Drug Activity N | Drug Type N | Amount / Unit | Offense # 10-038293 | Warrant / Capias Number | Bond |

| Charge Description: | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | Violation of ORD # |
| --- | --- | --- | --- | --- |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

| Charge Description: | Counts | Domestic Violence ☐Y ☐N | Statute Violation Number | Violation of ORD # |
| --- | --- | --- | --- | --- |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

**NOTICE TO APPEAR**

Location (Court, Room Number, Address): 5228 Gun Club Road WPB, FL 33461

Court Date and Time: Month 03  Day 16  Year 200_  Time 8:00 ☒ A.M. ☐ P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

X _____   Signature of Defendant (or Juvenile and Parent/Custodian)   Date Signed 02/12/03

| HOLD for other agency | Signature of Arresting Officer X _____ 9146 | Name Verification (Printed by Arrestee) |
| --- | --- | --- |
| ☐ Dangerous  ☐ Resisted Arrest  ☐ Suicidal | Name of Arresting Officer (Print) Jolimeau, Carl PBSO | (PRINT) |
| Intake Deputy   I.D. #   Pouch # | Transporting Officer Jolimeau, Carl   I.D.   Agency PBSO | Witness here if subject signed with an "X" |

PAGE 1 OF 1

NOT A CERTIFIED COPY

**PROBABLE CAUSE AFFIDAVIT**

| | | 1. Arrest | 3. Request for Warrant | | 1 | Juvenile | N |
| --- | --- | --- | --- | --- | --- | --- | --- |
| OBTS Number | | 2. N.T.A. | 4. Request for Capias | | | | |

| Agency ORI Number | Agency Name | Agency Report Number |
| --- | --- | --- |
| FLO  500000 | PALM BEACH COUNTY SHERIFF'S OFFICE | 08- |  10-038293 |

ChargeType: Check as many as apply.
1. Felony
2. Traffic Felony
☑ 3. Misdemeanor
4. Traffic Misdemeanor
5. Ordinance
6. Other
Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| Gibson, Robert Allen | None | W | M | 12/08/52 |

| Charge Description Simple Battery | Charge Description Petit Theft |
| --- | --- |
| Charge Description | Charge Description |

| Victim's Name (Last, First, Middle) | | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| Yuque, Diosdado | | W | M | 11/08/47 |

| Local Address (Street, Apt. Number) | (City) | (State) | (zip) | Phone | Address Source |
| --- | --- | --- | --- | --- | --- |
| PO Box  540084 | Greenacres | FL | 3345 | (561) 434-2095 | Verbal |

| Business Address (Name, Street) | (City) | (State) | (zip) | Phone | Occupation |
| --- | --- | --- | --- | --- | --- |
| Unknown | | | | | Security |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody

☐ committed the below acts in my presence.
☐ confessed to _____
admitting to the below facts.

☐ was observed by _____ who told
that he/she saw the arrested person commit the below acts.
☑ was found to have committed the below acts, resulting from my (described) investigation.

On the 12th day of February 20 10 at 10:23 ☐ A.M. ☑ P.M. (Specifically include facts constituting cause for arrest.)

On 02/12/10 at approximately 2123 hours, I was dispatched in reference to a Simple battery at "The Bar" 2211 North Dixie Hwy Lake Worth, FL 33460.  Upon arrival I met with the victim W/M Yuque, Diosdado 11/08/47 who advised me of the following: Yuque stated he was driving north bound on Dixie Hwy just pasting North Dixie and Worthmore Drive Lake Worth, when he noticed a W/M later known as Gibson, Robert A 12/08/52 walking in the middle of the roadway with disregard for traffic. Yuque said he had to fully stop and hocked his horn several times in order for Gibson to leave the roadway. Yuque said Gibson walked out of the bar called "The Bar" and appeared to be intoxicated. Yuque said he pulled over cross the street to Dunkin Donuts located at 2200 North Dixie Hwy Lake Worth and asked Gibson if he was ok and why was he in the middle of the roadway. Yuque then stated Gibson got upset for no apparent reason and grab and ripped off his Security badge of the left side of his jacket causing a hole and walked off approximately $40 dollars in damage, while he was calling the police.

Upon arrival on scene I noticed the subject Mr. Gibson fitting the description walking in the middle of the alley way behind Dunkin Donuts. I asked Gibson if he could talk to me which Gibson voluntarly walked to me.  It should be noted while talking to Gibson he had a strong odor of an alcoholic beverage emitting from his person. I advised Gibson of the allegation towards him and asked where he was coming from. Gibson stated "I just came from The Bar and don't know what you are talking about. I then noticed a budge in Gibson right lower pocket area and asked him if he had any drugs or weapons on his person which Gibson stated "I have lots of guns" I then placed Gibson in hand cuffs per department policy behind the back double locked and checked for tightness for officer safety.

I then recovered a loaded magazine with approximately six bullets and a back holster on his right lower pocket area.

STATE OF FLORIDA
COUNTY OF PALM BEACH

Jolimeau, Carl ID#9146

(Signature of Arresting/Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this 12th day of February 20 10 by Jolimeau, Carl ID#9146

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced _____

Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

| PAGE |
| --- |
| 1 OF 2 |

NOT A CERTIFIED COPY

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | | 1. Arrest 3. Request for Warrant<br>2. N.T.A. 4. Request for Capias | 1 | Juvenile | N |

| ADMIN | Agency ORI Number | Agency Name | Agency Report Number | |
|---|---|---|---|---|
| | FLO  500000 | PALM BEACH COUNTY SHERIFF'S OFFICE | 08- | 10-038293 |

ChargeType: Check as many as apply. — ☑ 1. Felony  2. Traffic Felony  3. Misdemeanor  4. Traffic Misdemeanor  5. Ordinance  6. Other    Special Notes:

| DEF | Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|---|
| | Gibson, Robert Allen | None | W | M | 12/08/52 |

| CHARGES | Charge Description | Charge Description |
|---|---|---|
| | Simple Battery | Petit Theft |
| | Charge Description | Charge Description |

| VICTIM | Victim's Name (Last, First, Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| | Yuque, Diosdado | | | W | M | 11/08/47 |

| Local Address (Street, Apt. Number) | (City) | (State) | (zip) | Phone | Address Source |
|---|---|---|---|---|---|
| PO Box 540084 | Greenacres | FL | 3345 | (561) 434-2095 | Verbal |

| Business Address (Name, Street) | (City) | (State) | (zip) | Phone | Occupation |
|---|---|---|---|---|---|
| Unknown | | | | ( ) | Security |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody

☐ committed the below acts in my presence.
☐ confessed to _____
   admitting to the below facts.

☐ was observed by _____ who told
   that he/she saw the arrested person commit the below acts.
☑ was found to have committed the below acts, resulting from my (described) investigation.

On the 12th day of February 20 10 at 10:23 ☐ A. M. ☑ P.M. (Specifically include facts constituting cause for arrest.)

It should be noted Gibson was very uncooperative after reading him his Miranda Rights which he understood and stated he did not wish to talk any further without his lawyer. I then spoke with an independent witness at "The Bar" W/F Withevow, Brittany who stated she observed Gibson exit "The Bar" and walk across the roadway with disregard while almost getting hit by two vehicles including Mr. Yuques. Withevow said both Yuques and Gibson where talking in Dunkin Donuts parking lot and witnessed nothing further.

Both Yuques and Withevow were able to provide me with a sworn written statement which was TOT District 14 evidence. A canvass of the area was conducted with negative results of finding Mr. Yuques badge. Yuques was issued a victim rights pamphlet with case number. Gibson vehicle was towed by Duvall's towing. Gibson gun which was recovered inside his vehicle in the Dunkin Donuts parking lot a Ruger 380 serial number 372-52029 was placed in PBSO safe keeping evidence. Photos of Yuques jacket with the missing badge and damage was also placed in District 14 evidence.

Based on the above information I believe probable cause exist to charge the defendant Gibson with Simple Battery Per. F.S.S. 784.03 and Petit Theft Per. F.S.S. 812.012

STATE OF FLORIDA
COUNTY OF PALM BEACH

Jolimeau, Carl ID#9146

Signature of Arresting Investigative Officer

The foregoing instrument was sworn to or affirmed and subscribed before me this 12th day of February 20 10 by Jolimeau, Carl ID#9146

(Print name of Arresting Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced _____

9128

Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

| PAGE |
|---|
| 2 OF 2 |

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

| | | 1. Arrest | 3. Request for Warrant | | 1 | Juvenile | N |
|---|---|---|---|---|---|---|---|
| | | 2. N.T.A. | 4. Request for Capias | | | | |

OBTS Number

Agency ORI Number: **FLO 500000**
Agency Name: **PALM BEACH COUNTY SHERIFF'S OFFICE**
Agency Report Number (N.T.A.'s only): **06- 11-144199**

Charge Type: Check as many as apply. — ☐ 1. Felony ☐ 2. Traffic Felony ☐ 3. Misdemeanor ☑ 4. Traffic Misdemeanor ☐ 5. Ordinance ☐ 6. Other

Weapon Seized / Type ☐ 1. Yes ☑ 2. No — **2** N

Multiple Clearance Indicator — **N/A**

Location of Arrest (Including Name of Business): **8340 Blk of Lantana Rd, Lake Worth Fl 33467**
Location of Offense (Business Name, Address): **8340 Blk of Lantana Rd, Lake Worth Fl 33467**

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 11/11/11 | 2218 | | | | | |

Name (Last, First, Middle): **Gibson, Robert Allen**
Alias (Name, DOB, Soc. Sec. #, Etc.)

| Race W - White I - American Indian B - Black 0- Oriental/Asian | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| W | M | 12/08/1952 | 5-10 | 220 | Brown | Brown | Med | Med |

Scars, Marks, Tatoos, Unique Physcal Features (Location, Type, Description): **None visible**

Marital Status: **single**
Religion: **NONE**

Indication of: Alcohol Influence ☑ / Drug Influence ☐ — Y ☐ N ☐ Unk ☑

Local Address (Street, Apt. Number): **2393 SOUTH CONGRESS AVE.** (City) **PALM SPRINGS** (State) **FL** (Zip) **33406**
Phone (**561**) **404-5701**

Residence Type: 1. City 2. County 3. Florida 4. Out of State — **2**

Permanent Address (Street, Apt. Number): (City) (State) (Zip) Phone
Address Source: **DL**

Business Address (Name, Street): (City) (State) (Zip) Phone
Occupation: **Private Investigator**

D/L. Number, State: **G-125-761-52-448-0**
Soc. Sec. Number: ▓▓▓
INS Number:
Place of Birth (City, State): **St Charles, IL**
Citizenship: **US**

**CO-DEF**

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | 1. Arrested 2. At Large | 3. Felony 4. Misdemeanor 5. Juvenile |
|---|---|---|---|---|---|
| | | | | | |
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | 1. Arrested 2. At Large | 3. Felony 4. Misdemeanor 5. Juvenile |

**JUVENILE**

☐ Parent ☐ Legal Custodian ☐ Other: — Name (Last) (First) (Middle) — Residence Phone
Address (Street, Apt. Number) (City) (State) (Zip) — Business Phone

Notified by: (Name) — Date — Time
Juvenile Disposition 1. Handled/ processed within Dept. and Released. 2. TOT HRS / DYS 3. Incarcerated

Released To: (Name) — Relationship — Date — Time

The above address provided by ☐ Defendant and/or ☐ Defendant's parents the child and/or parent was told to keep the Juvenile Court Clerk (Phone 355-2526) informed of any change of address. ☐ Yes, (how) ☐ No (Reason)
School Attended — Grade

Property Crime? ☐ Yes ☐ No — Description of Property — Value of Property **NOV 12 AM 1:03**

| CODE | Drug Activity N. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver U. Use | K. Dispense/ Distribute | M. Manufacture/ Produce Cultivate | Z. Other | Drug Type N. N/A A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P. Paraphernalia/ Equipment S. Synthetics | U. Unknown Z. Other |
|---|---|---|---|---|---|---|---|---|---|---|---|

**CHARGE**
Charge Description: **DUI**
Counts: **1** — Domestic Violence ☐ Y ☑ N — Statute Violation No.: **316.193 (1)** — Violation of ORD #
Drug Activity: n — Drug Type: n — Amount / Unit — Offense #: **11-144199** — Warrant I Capias Number — Bond

**CHARGE**
Charge Description: **Refusal to Submit Breath**
Counts: **1** — Domestic Violence ☐ Y ☑ N — Statute Violation No.: **316.1939 (1)** — Violation of ORD #
Drug Activity: n — Drug Type: n — Amount / Unit — Offense #: **11-144199** — Warrant / Capias Number — Bond

**CHARGE**
Charge Description: **Resist without Violence**
Counts: **1** — Domestic Violence ☐ Y ☑ N — Statute Violation No.: **843.02** — Violation of ORD #
Drug Activity: n — Drug Type: n — Amount / Unit — Offense #: **11-144199** — Warrant / Capias Number — Bond

**CHARGE**
Charge Description: **Refusal to sign summons**
Counts: **1** — Domestic Violence ☐ Y ☑ N — Statute Violation No.: **318.14 (3)** — Violation of ORD #
Drug Activity: n — Drug Type: n — Amount / Unit — Offense #: **11-144199** — Warrant / Capias Number — Bond

**NOTICE TO APPEAR**
Location (Court, Room No., Address): **CRIMINAL JUSTICE COMPLEX 3228 GUN CLUB ROAD WEST PALM BCH**

Court Date and Time: Month **Nov** Day **28** Year **2011** Time **1:00** ☐ AM ☑ PM

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS **NOTICE TO APPEAR**, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant (or Juvenile and Parent /Custodian) — Date Signed

**ADMIN**
HOLD for other Agency — Name:
Signature of Arresting Officer: X
Name Verification (Printed by Arrested)

☐ Dangerous ☐ Resisted Arrest ☐ Suicidal ☐ Other: ☐ Pouch #
Name of Arresting Officer (Print): **D/S S. Yoder** — I.D. #: **7690**
(PRINT)

Intake Deputy — I.D. # — Pouch #
Transporting Officer: **D/S S. Yoder #7690** — ID # — Agency: **P.B.S.O.**
Witness here if subject signed with an "X"

PAGE **1** OF **2**

DISTRIBUTION: WHITE - COURT COPY    GREEN - STATE ATTORNEY    YELLOW - AGENCY    PINK - AGENCY    GOLD - DEFENDANT (N.T.A.'s ONLY)

PBSO #148 REV-01

0271440    P 1975

NOT A CERTIFIED COPY

SCANNED
NOV 15 2011

## PROBABLE CAUSE AFFIDAVIT

| OBTS Number | | 1 Arrest<br>2 NTA | 3 Request for Warrant<br>4 Request for Capias | | 1 | Juvenile |

**ADMIN**

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FLO 5, 0, 0, 0, 0, 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 11-144199 |

| Charge Type<br>Check as many<br>as apply | ☑ 1 Felony<br>☐ 2 Traffic Felony | ☐ 3 Misdemeanor<br>☐ 4 Traffic Misdemeanor | ☐ 5 Ordinance<br>☐ 6 Other | Special Notes |

**DEF**

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| Gibson, Robert, Allen | | W | M | 12/08/52 |

**CHARGES**

| Charge Description | Charge Description |
|---|---|
| DUI | |
| Charge Description | Charge Description |
| | |

**VICTIM**

| Victim s Name (Last, First, Middle) | | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| State of Florida | | | | | | |

| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone ( ) | Address Source |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone ( ) | Occupation |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law
The Person taken into custody

☑ committed the below acts in my presence.
☐ confessed to _____
   admitting to the below facts.

☐ was observed by _____ who told
☐ that he/she saw the arrested person commit the below acts.
   was found to have committed the below acts, resulting from my (described) investigation.

on the __11th__ day of __November__ 20 __11__ at __9:56__ ☐ A.M ☑ P.M (Specifically include facts constituting cause for arrest.)

**PROBABLE CAUSE STATEMENT**

On November 11th 2011, at approximately 9:54p.m, I responded to an accident located near Lantana Road (SR 812) and Lyons Road. My marked Palm Beach County Sheriff's Office patrol vehicle was facing West on Lantana Road (SR 812) stopped in the right line with the Red and Blue emergency lights activated. Checking for traffic in my rear view mirrors, I saw no traffic approaching and exited my marked patrol vehicle. As I was walking toward the accident that was in front of me to the West, I heard the sound of a tires screech behind me. I turned around to look and noticed a dark colored vehicle stopped behind my vehicle. I approached the vehicle on the passenger side and saw a White male driver in the driver seat who was later identified by his Florida driver license as Robert A. Gibson. Gibson rolled the window down and I asked if he was ok and he said "yeah". I noticed his speech was slurred and I could smell an odor of an unknown alcoholic beverage coming from the vehicle. I asked Gibson to turn his vehicle off and hand me the keys and he complied. I called dispatch on the radio for a DUI unit to respond. I was observing Gibson sitting in his vehicle and saw that he had fallen asleep multiple times in the vehicle while sitting in the driver seat. DUI15 D/S S. Yoder #7690 responded to the scene and took over the investigation.

**ADMINISTRATIVE**

STATE OF FLORIDA
COUNTY OF PALM BEACH

_D/S S McD_____ 7457
(Signature of Arresting /Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this __11th__ day of __November__ 20 __11__ by __D/S S McDaniel__

(Print name of arresting/investigative Officer) who is personally known to me and/or produced identification. Type of identification produced __known__

_D/S S____ 7690_

Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

| PAGE 1 of 1 |

PBSO #80004A REV. 12/97

DISTRIBUTION   WHITE — Court Copy      GREEN — State Attorney      YELLOW — Agency      PINK — Agency

SCANNED
NOV 15 2011

# D.U.I. PROBABLE CAUSE AFFIDAVIT

ON THE **11** DAY OF **November** 20 **11**, AT **2156** AM **PM** ✓

SUBJECT: **Gibson, Robert Allen**    CASE NUMBER: **11-144199**

AGENCY: **PALM BEACH COUNTY SHERIFF'S OFFICE**    ARRESTING OFFICER: **D/S S. Yoder #7690**

## PERSONAL CONTACT

<u>DRIVING PATTERN:</u> ACTUAL PHYSICAL CONTROL (PHYSICAL EVIDENCE OR STATEMENTS PUTTING DEF. BEHIND WHEEL OF VEHICLE)

On the above date I responded to a traffic stop located at Arlington Dr and Summit Blvd in unincorporated Palm Beach County. I met with D/S McDaniel # 7457 who stated that he responded to an accident located near Lantana Road (SR 812) and Lyons Road. D/S McDaniel's marked Palm Beach County Sheriff's Office patrol vehicle was facing West on Lantana Road (SR 812) stopped in the right line with the Red and Blue emergency lights activated to block the crash scene. Checking for traffic in my rear view mirrors, D/S McDaniel stated he saw no traffic approaching and exited the marked patrol vehicle. D/S McDaniel stated that he was walking toward the accident that was in front of him to the West, he heard the sound of a tires screech behind him. D/S McDaniel turned around to look and noticed a dark colored vehicle stopped behind his patrol vehicle. D/S McDaniel approached the vehicle on the passenger side and saw a White male driver in the driver seat who was later identified by his Florida driver license as Robert A. Gibson. Gibson rolled the window down, at which time D/S McDaniel asked if he was OK and he said "yeah". D/S McDaniel noticed Gibson's speech was slurred and he could smell an odor of an unknown alcoholic beverage coming from the vehicle. D/S McDaniel asked Gibson to turn his vehicle off and hand him the keys at which time Gibson complied. D?S McDaniel stated that he was observing Gibson sitting in his vehicle and saw that he had fallen asleep multiple times in the vehicle while sitting in the driver seat.

<u>OBSERVATION OF DRIVER:</u>

Upon arrival on scene, I observed Gibson still sitting in the driver seat of the vehicle. I activated my in car camera to capture his statements and actions. I observed that Gibson was passed out behind the wheel. As I opened the drivers door, Gibson's left arm fell to his side and his body started to roll out of the seat. As he started to roll out, Gibson awoke. I noticed that Gibson had bloodshot and watery eyes as I was speaking to him. I asked Gibson to exit the vehicle at which time he braced against the door for balance. Gibson walked slowly and shuffled as he walked towards the front of my vehicle. As Gibson answered my questions, I could smell a strong odor of an alcoholic beverage coming from his breath. Gibson spoke with a slurred speech when he answered questions. Gibson swayed while standing and appeared to have a red, flushed face. Gibson stated that he had two drinks of Cabranat wine located Morton's Restaurant in Downtown West Palm Beach. He advised that he drank the wines approx. one and half hours prior to the stop. Gibson stated that he had a sandwich while attending Morton's. Morton asked in the back of the patrol vehicle while being transported to the BAT what intersections we were stopped at. He could not look at the street signs and figure out where he was at. Def was argumentative at the BAT Facility. He was placed on BAT video at which he refused to stand for the breath test and wanted his handcuffs off. He was told numerous times that his handcuffs would not be removed. He still refused to move or give a sample when asked several times and proceeded to call me an asshole. Gibson was told about his previous refusal and that I was going to charge him for the misdemeanor refusal if he refused to give the breath. Def still refused again to stand up or give a breath sample.

<u>DRIVER'S STATEMENTS:</u>

Gibson then started to fall asleep again at which time I woke him up when I asked him if he was OK. I attempted to place the Def in the holding cell at which time he tried to place his handcuffed hands towards the front of his body. I instructed him that his hands had to stay behind him. I already had two sets of handcuffs on him due to his wide shoulders. Def refused to comply to any of my commands and continued to place his hands in front of him. I had to remove his handcuff since he placed his hands into a position that created his arms to become stuck below his thighs. Once I removed his handcuff, the Def tensed up and refused to place his hands behind his back. The Def refused to listen to my commands to stop resisting and place his hands behind his back. The Def was placed against the wall of the holding cell to assist me in preventing him from turning around and attack me. I grabbed his arm and placed the handcuffs back on his wrist without causing injury to the Def. Def refused to sign any of the arrest paperwork and called me an "asshole" numerous times.

<u>ODORS:</u>

**Very Strong odor of an alcoholic beverage coming from the Def's mouth.**

# GENERAL OBSERVATIONS

<u>SPEECH:</u> **Slurred and mumbled speech.**

<u>ATTITUDE:</u> **Uncooperative at times, forgetful, argumentative, called Deputies Assholes.**

<u>CLOTHING:</u> **shorts, shoes, shirt**

<u>MEDICAL PROBLEMS:</u> **None**

<u>MEDICATIONS:</u> **None**

<u>OTHER:</u> **Roadsides on Video**

*SCANNED*

NOV 15 2011

SUBJECT: **Gibson, Robert Allen** _____ CASE NUMBER: **11-144199** _____

## ROADSIDE TASKS

HORIZONTAL GAZE NYSTAGMUS:

☑ LEFT EYE DOES NOT FOLLOW SMOOTHLY

☑ RIGHT EYE DOES NOT FOLLOW SMOOTHLY

☑ LEFT EYE JERKS AT 45 DEGREE ANGLE OR LESS

☑ RIGHT EYE JERKS AT 45 DEGREE ANGLE OR LESS

☑ DISTINCT JERKING LEFT EYE MAXIMUM DEVIATION

☑ DISTINCT JERKING RIGHT EYE MAXIMUM DEVIATION

CAN NOT DO, WHY? **Bloodshot and watery eyes** _____

WALK AND TURN: **Def could not stand in the instructional stance without stepping off the line. Def attempted to start the task without being told to do so. Def could not walk heel to toe and counted out loud in a slurred manner. Def walked 13 steps on the first series and walked 12 steps on the second series of the task. Def raised his arms for balance as he almost fell over to the right.**

CAN NOT DO, WHY? _____

ONE LEG STAND: **Def could not stand without swaying. Def raised his right foot for the task. He lowered his foot down at count 10 and started to count over. Def then lowered his foot onto the ground again at count 3 and stated "Damn". Def attempted to count again and placed foot down at count 10 and said Damn again. Def raised his arms for balance throughout the task.**

CAN NOT DO, WHY? _____

FINGER TO NOSE: **Def could not stand without swaying. Def could not keep his eyes closed. Def touched his upper lip and not the tip of his nose. Def could not keep his head tilted back and leaned it forward throughout the task.**

CAN NOT DO, WHY? _____

ROMBERG/ALPHABET: **Def swayed while standing. Def could not keep his eyes closed for the task. Def stated that he knew his alphabet and started to speak. Def stated A, B, D, C more than twice as started over. Def then stated F, H, E, G, C. He then mumbled numerous letters not in the correct sequence. Def spoke with a slurred and mumbled voice to the point I could not hear what Letters he was trying to say. At no time through the task did the Def ever say the alphabet in the correct sequence.**

CAN NOT DO, WHY? _____

BREATH TEST RESULTS: **Refused** _____

STATE OF FLORIDA
COUNTY OF PALM BEACH
THE FOLLOWING INSTRUMENT WAS NOTARIZED OR SWORN BEFORE ME THIS **11** **Nov** 2011 (DATE)

BY **Personally Known**

Notary Public State of Florida
Jeanette Cain
My Commission DD782627
Expires 07/08/2012

NOTARY/CLERK OF COURT OFFICER (19 of 17) _____ SIGNATURE OF ARRESTING OFFICER

SCANNED
NOV 15 2011

# WITNESS LIST

CASE NUMBER: __11-144199__

ARRESTING OFFICER: **D/S S. Yoder #7690** _____

ADDRESS: __3228 Gun Club Rd, W Palm Bch. FL 33406__

PHONE NUMBERS (HOME): __N/A_____ (WORK) __(561)  688-3700__

CAN TESTIFY TO: __PROBABLE CAUSE AFFIDAVIT__

NAME: __D/S W. Mc Daniel # 7457__

ADDRESS: __3228 Gun Club Rd__

PHONE NUMBERS (HOME) _____ (WORK) __688-3000__

CAN TESTIFY TO: __PC for Stop, , Affidavit__

NAME: __D/S Bober # 8292__

ADDRESS: __3228 Gun Club Rd, WPB FL__

PHONE NUMBERS (HOME) _____ (WORK) __688-3000__

CAN TESTIFY TO: __Back Up Deputy and Traffic control.__

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NAME: _____

ADDRESS _____

PHONE NUMBERS (HOME) _____ (WORK) _____

CAN TESTIFY TO: _____

NOT A CERTIFIED COPY

SCANNED
NOV 1 5 2011

# TESTING FACILITY TASK REPORT

AGENCY: **PBSO**

SUBJECT: **GIBSON, ROBERT ALLEN**

CASE NUMBER: **11-144199**

DATE: **NOV. 11, 2011**

VIDEO TAPE NUMBER: **52049**

BEGINNING TIME: **23:30 hrs.**          ENDING TIME: **23:46 hrs.**

BREATH TESTS RESULTS:   1) **NSP\***   TIME **23:38** A.M./P.M.   2) **NSP\***   TIME **23:43** A.M./(P.M.)

3) _____ TIME **23:45** A.M./(P.M.)   4) _____ TIME _____ A.M./P.M.

BREATH OPERATOR: **J. CAIN  # 2109**

MAINTENANCE TECHNICIAN: **CPL. G CROUCHER   3167**

TESTING OFFICER'S OBSERVATIONS *repeated statements - \*See Video\**

SPEECH: *Slurred + thick, @ times insulting*

ATTITUDE: *@ times talkative - sarcastic remarks, playing games throughout*

CLOTHING: *blk pants, wht. polo shirt blk shoes*

MEDICAL CONDITIONS: *wouldn't answer*

MEDICATIONS: *"        "*

OTHER: *grey/brn      58 YOA*
*Odor of unknown alcoholic beverage*
*Eyes: Red + glassy*

COMMENTS: _____
**20 MIN. OBSERV DONE BY ARRESTING D/S**

*∆ said he was arrested for nothing.*

SCANNED
NOV 15 2011

*Said yes to b/t request.*

*Once test started, ∆ asked repeatedly to have his hand cuffs off so he wasn't taking test. Was answered several times then A/O read the Implied Consent to ∆. He just kept saying same thing and playing games throughout procedure. ∆ was given ample time to give samples & complied \* SEE VIDEO \* After instrument went through 2 cycles for sample - D/S called it a refusal.*

*Refusal time - 23:45 hrs.*

*Rights read by D/S - ∆ requested them read a 2nd time (did). Requested his lawyer - no (Q+A) conducted.*

WHITE - STATE ATTY.    YELLOW - DHSMV    PINK - CENTRAL RECORDS    GOLD - JAIL

PBSO #0129A  REV.11/02

SUBJECT: GIBSON, ROBERT ALLEN          CASE NUMBER: 11-144199

# IMPLIED CONSENT FOR DUI IN A MOTOR VEHICLE

## NOTE: READ ONLY THE PARAGRAPH APPLICABLE TO THE TYPE OF TEST YOU ARE REQUESTING.

I am now requesting that you submit to a lawful test of your BREATH for the purpose of determining its alcohol content.

-OR-

I am now requesting that you submit to a lawful test of your URINE for the purpose of detecting the presence of chemical or controlled substances.

-OR-

I am now requesting that you submit to a lawful test of your BLOOD for the purpose of detecting its alcohol content and the presence of chemical or controlled substances.

## NOTE: READ ONLY IF THE SUBJECT DOES NOT COMPLY WITH YOUR REQUEST.

I am _____ of the _____    **REFUSED**

If you fail to submit to the test I have requested of you, your privilege to operate a motor vehicle will be suspended for a period of one (1) year for a first refusal, or eighteen (18) months if your privilege has been previously suspended as a result of a refusal to submit to a lawful test of your breath, urine or blood. Additionally, if you refuse to submit to the test I have requested of you and if your driving privilege has been previously suspended for a prior refusal to submit to a lawful test of your breath, urine or blood, you will be committing a misdemeanor. Refusal to submit to the test I have requested of you is admissible into evidence in any criminal proceeding.

SUBJECT'S SIGNATURE: (X)_____READ_____ON_____CAMERA_____

# CONSTITUTIONAL WARNINGS

## I AM REQUIRED TO WARN YOU BEFORE YOU MAKE ANY STATEMENTS THAT YOU HAVE THE FOLLOWING RIGHTS:

1. You have the right to remain silent and not answer any questions.

2. Any statement must be freely and voluntarily given.

3. You have the right to the presence of a lawyer of your choice before you make any statement and during any questioning.

4. If you cannot afford a lawyer, you are entitled to the presence of a court appointed lawyer before you make any statements and during any questioning.

5. If at any time during the interview you do not wish to answer any questions, you are privileged to remain silent.

6. I can make no threats or promises to induce you to make a statement. This must be of your own free will.

7. Any statement can and will be used against you in a court of law.

*SCANNED*

NOV 1 5 2011

SUSPECT'S SIGNATURE: (X)_____READ_____ON_____CAMERA_____(2x)

SUBJECT: _____GIBSON, ROBERT ALLEN_____    CASE NUMBER: _____11-144199_____

# QUESTIONS AND ANSWERS

I AM NOW GOING TO ASK YOU SOME QUESTIONS. WITH THESE RIGHTS IN MIND, YOU MAY ANSWER SOME OF, ALL OF, OR NONE OF THE FOLLOWING QUESTIONS AS YOU LIKE.

WERE YOU OPERATING A MOTOR VEHICLE AT THE TIME OF THE STOP/ACCIDENT? _____

WHERE WERE YOU GOING? _____

WHAT STREET OR HIGHWAY WERE YOU ON? _____

DIRECTION OF TRAVEL? _____ WHERE DID YOU START? _____

WHAT TIME DID YOU START? _____ WHAT TIME IS IT NOW? _____

WHAT IS TODAY'S DATE? _____ WHAT DAY OF THE WEEK IS IT? _____

WHAT COUNTY AND CITY ARE YOU IN NOW? _____

WHEN DID YOU LAST EAT? _____ WHAT DID YOU EAT? _____

WHAT HAVE YOU BEEN DOING FOR THE LAST THREE HOURS? _____

HOW MUCH DO YOU WEIGH? _____ HAVE YOU BEEN DRINKING? _____ WHAT? _____

HOW MUCH? _____ WHERE? _____ WITH WHOM? _____

WHEN DID YOU HAVE YOUR FIRST DRINK? _____ AND YOUR LAST DRINK? _____

HOW DID YOU CONSUME YOUR LAST TWO DRINKS? _____

CAN YOU FEEL THE EFFECTS OF THE ALCOHOL? _____ ARE YOU UNDER THE INFLUENCE? _____

HAVE YOU CONSUMED ANY ALCOHOL SINCE THE ACCIDENT? _____ HOW MUCH? _____

WHAT? _____ WHERE? _____ WHEN? _____

WHAT LINE OF WORK ARE YOU IN? _____ WHEN DID YOU LAST WORK? _____

DO YOU HAVE ANY PHYSICAL DEFECTS OR INJURIES? _____ WHAT? _____

ARE YOU SICK OR INJURED? _____ WHAT'S WRONG? _____

DO YOU LIMP? _____ DID YOU RECEIVE A BUMP ON THE HEAD RECENTLY? _____

WERE YOU IN AN ACCIDENT TODAY? _____

HAVE YOU TAKEN ANY DRUGS OR SMOKED ANY MARIJUANA TODAY? _____ WHEN? _____

HAVE YOU SEEN A DOCTOR OR DENTIST TODAY? _____ WHO? _____ WHY? _____

ARE YOU TAKING ANY PRESCRIPTION MEDICINES? _____ WHAT? _____ WHEN? _____

DO YOU HAVE:        EPILEPSY?              _____
                    GLASS EYE?             _____
                    FALSE TEETH?           _____
                    EAR INFECTION?         _____
                    INNER EAR TROUBLE?     _____
                    DIABETES?              _____

_CALLED ME AN 'ASSHOLE DURING REQUEST OF BREATH TEST_

DO YOU HAVE ANY PROBLEMS WITH YOUR EYES THAT ARE NOT CORRECTED BY GLASSES? _____

DO YOU TAKE INSULIN? _____ IF SO, WHEN WAS YOUR LAST INJECTION? _____

HAVE YOU EVER HAD A DRIVER'S LICENSE IN ANY OTHER STATE? _____ WHERE? _____

_SCANNED_
_NOV 15 2011_

INTERVIEWER: _____ _769_ (_DUI_)

_NOT A CERTIFIED COPY_



**Florida** *The Sunshine State*

**DRIVER LICENSE CLASS E**
G125-761-52-448-0

ROBERT ALLEN
GIBSON
2393 SOUTH CONGRESS AVE
PALM SPRINGS, FL 33406-7628
DOB: 12-08-1952   SEX: M
ISSUED: 08-03-2010  HGT: 5-10
EXPIRES: 12-08-2018

ENDORSE

SAFE DRIVER        MOTORCYCLE ALSO
Operation of a motor vehicle constitutes consent to any sobriety test required by law.

NOT A CERTIFIED COPY

SCANNED
NOV 1 5 2011