

**ORDERED in the Southern District of Florida on October 21, 2019.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| Chance & Anthem, LLC, | Chapter 7 |
|     Debtor._____/ | |
| Robert Furr, | Ad. Proc. No. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| Robert Gibson, et al., | |
|     Defendants._____/ | |

### ORDER GRANTING IN PART AND DENYING IN PART MOTION TO PROHIBIT FIREARMS (ECF NO. 82)

THIS MATTER came before the Court upon the *Emergency Motion to Prohibit*

*Firearms at Robert Gibson Deposition* (ECF No. 82) (the "Motion"), which was filed on an *ex parte* basis with the Court.

The Court, having reviewed the Motion and all exhibits, and being fully advised in the premises, hereby **ORDERS** that:

1. The Motion is **GRANTED** in part and **DENIED** in part as set forth herein.

2. The deposition of Robert Gibson, as such is identified and described in the Motion, shall be conducted on **October 22, 2019 at 9:30 a.m.** in Courtroom B at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida.

###

Copy furnished to:

Jeffrey Siskind, Esq.

*(Attorney Siskind is directed to serve a copy of this Order upon all interested parties and file a certificate of service)*

2