UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,  Chapter 7

    Debtor.
_____/

ROBERT C. FURR, not individually but  ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

JEFFREY M. SISKIND, et al.,

    Defendants.
_____/

ROBERT FURR,

    Plaintiff,
v.  ADV. NO. 19-01298-MAM

ROBERT GIBSON, et al.,

    Defendants.
_____/

## MOTION TO DISMISS ADVERSARY COMPLAINT

    COMES NOW Defendant Jeffrey M. Siskind, and moves to dismiss Plaintiff's complaint and states:

    1.    On several occasions beginning on October 8, 2019, Plaintiff has stated by and through its counsel that it would amend its complaint.

    2.    To date, even though Plaintiff has disavowed its current complaint, no amended complaint has been filed.

3.      Inasmuch as Plaintiff has in effect admitted that it will not proceed under its current complaint, said complaint should be dismissed.

4.       It is worth noting that the Plaintiff reportedly has sought to influence several defendants to refrain from filing defensive motions, presumably to dissuade other defendants from recognizing their numerous valid defenses to Plaintiff's avoidance and recovery claims which, as the Court recognized, contained unproven allegations against the undersigned movant. The Court should view these attempts by Plaintiff to improperly influence adversary defendants as a form of bullying which is contrary to Plaintiff's duty of professionalism and a purposeful means by which Plaintiff is attempting to avoid a just adjudication of its claims, most if not all of which are unenforceable.  The various adversary defendants in this and the related adversary cases brought by Plaintiff should note that Plaintiff's claims are conclusionary and intentionally incorporate pejorative and inflamed rhetoric, but don't set forth a substantial factual basis. Most of the deceptive 'storyline' adopted by Plaintiff came from movant's former ousted paralegal, a spurned and vindictive individual whose deposition testimony earlier this week contained false statements, for which the undersigned will seek a remedy once the deposition is concluded and a transcript is obtained.  It is also important to note (1) that Plaintiff, as a 'Chapter 7 Trustee,' only represents the claims of creditors of the Debtor and is entirely separate and distinct from the U.S. Trustee, a distinction with a difference[1]; and (2) that many, if not all of the transfers which this creditors' representative attempts to avoid are not fraudulent as the term is usually understood; although labelled "fraudulent transfers" by the Bankruptcy Code, although they can at best be deemed constructively fraudulent by adopting a backward-looking analysis to discern whether

---

[1] A more appropriate description of a Chapter 7 Trustee is "Creditor's Representative" because it avoids the false impression upon persons not acquainted with bankruptcy law and procedure that the Chapter 7 trustee is in any way related to a governmental agency, as is the case with the U.S. Trustee.

Debtor was insolvent at the time of said transfer.  Plaintiff's allegations cannot be proven to be constructively fraudulent because Debtor was not insolvent at the time that transfers alleged by Plaintiff to be constructively fraudulent were made.[2]  Unfortunately, until the Bankruptcy Code is amended to adopt more meaningful and understandable descriptors, many defendants facing unproven *fraudulent transfer* allegations by *Chapter 7 Trustees* will continue to be misled.

WHEREFORE, Defendant Jeffrey M. Siskind requests that the Court dismiss Plaintiff's complaint, and for such other and further relief as appropriate.

Dated this 26th day of October, 2019,

**S I S K I N D   L E G A L, P L L C**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

- Offices -
113 N. Monroe Street, 1st Floor
Tallassee, Florida  32301
- And -
3465 Santa Barbara Drive
Wellington, Florida  33414

TELEPHONE  (561) 791-9565
FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 26, 2019 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or U.S. Mail or Personal Service of Process as reflected on the Service List below.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

---

[2] The Bankruptcy Code should be revised to differentiate between Fraudulent Transfers which are made by a Debtor with the intent to deceive creditors and constructively fraudulent transfers which lack intent, the latter of which should be termed "recoverable transfers."

**SERVICE LIST**

John H. Genovese, Esq., FBN 280852, Jesus M. Suarez, Esq., FBN 60086, GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310, Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq., FBN 148016, 7900 Peters Road, Suite B-200 Fort Lauderdale, FL 33324 Tel: (954) 376–5956; Fax: (954) 206-0188, Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Frank Zokaites, via email to frank@zokaites.com

Nancy Coleman, Esq. FBN 744859, Baritz & Colman LLP, 1075 Broken Sound Pkwy NW Ste 102, Boca Raton, FL 33487-3541,*Via email to ncolman@baritzcolman.com* (Counsel for Robert Gibson)