

**ORDERED in the Southern District of Florida on November 1, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| Chance & Anthem, LLC, | Chapter 7 |
|     Debtor.                       / | |
| Robert C. Furr, | Adv. Proc. No.: 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| Jeffrey M. Siskind; Siskind Legal Services; Tanya Siskind; Second Siskind Family Trust; Frank R. Zokaites; CannaMed Pharmaceuticals, LLC; OB Real Estate Holdings 1732, LLC; Sovereign Gaming and Entertainment, LLC; Florida's Association of Community Banks and Credit Unions, Incorporated; Sympatico Equine Rescue, Inc.; Wellington 3445, LP; Zokaites Properties, LP; and Robert Gibson; | |
|     Defendants.                     / | |

### ORDER SETTING BRIEFING SCHEDULE ON AMENDED MOTION TO DISMISS ADVERSARY COMPLAINT [ECF No. 91]

**THIS MATTER** came before the Court upon the *Amended Motion to Dismiss Adversary Complaint* [ECF No. 91] (the "Motion to Dismiss") filed by defendant Jeffrey M. Siskind ("Defendant"). With the Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Not later than **14 days** after entry of this Order, Robert C. Furr (the "Plaintiff") may file and serve on Defendant a response to the Motion to Dismiss along with a memorandum. The title of Plaintiff's response shall reference the title of the original Motion to Dismiss. If the Plaintiff fails to file a timely response, the Motion may be granted without further notice or hearing.

2. If Plaintiff files a response to the Motion to Dismiss, not later than **21 days** after entry of this Order, Defendant may file and serve on Plaintiff a reply along with a memorandum. The title of the reply shall reference the title of the original Motion to Dismiss.

###

Copies Furnished To:

Jeffrey M. Siskind, Esq.
3465 Santa Barbara Drive
Wellington, FL 33414

*Mr. Siskind is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*

2