UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,  CASE NO. 18-16248-BKC-MAM

               Debtor.  Chapter 7
_____/

ROBERT FURR,

        Plaintiff,
v.  ADV. NO. 19-01298-MAM

ROBERT GIBSON, et al.,

        Defendants.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

COME NOW Jeffrey M. Siskind, and notices the withdrawal of its Motion to Withdraw as counsel for the Debtor.

Dated this 5th day of November, 2019

**SISKIND LEGAL, PLLC**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

- Offices -
113 N. Monroe Street, 1st Floor
Tallassee, Florida  32301
- And -
3465 Santa Barbara Drive
Wellington, Florida  33414

TELEPHONE  (561) 791-9565
FACSIMILE  (561) 791-9581
Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on November 5, 2019 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or U.S. Mail or Personal Service of Process as reflected on the Service List below.

                                        */s/ Jeffrey M. Siskind*
                              Jeffrey M. Siskind, Esq.   FBN 138746

SERVICE LIST:

19-01298-MAM Notice will be electronically mailed to:

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant OB Real Estate Holdings 1732, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Nancy Coleman on behalf of Robert Gibson
ncoleman@bartizcolman.com

Robert Gibson, intelexigent@gmail.com

19-01298-MAM Notice was sent by U.S. Mail to:

Robert Gibson
1709 22nd Avenue North
Lake Worth, FL  33460

# EXHIBIT A