

**ORDERED in the Southern District of Florida on November 7, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| Chance & Anthem, LLC, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| Robert C. Furr, | Adv. Proc. No.: 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| Jeffrey M. Siskind; Siskind Legal Services; Tanya Siskind; Second Siskind Family Trust; Frank R. Zokaites; CannaMed Pharmaceuticals, LLC; OB Real Estate Holdings 1732, LLC; Sovereign Gaming and Entertainment, LLC; Florida's Association of Community Banks and Credit Unions, Incorporated; Sympatico Equine Rescue, | |

1

Inc.; Wellington 3445, LP; Zokaites
Properties, LP; and Robert Gibson;

      Defendants.
_____/

### ORDER (I) DENYING AMENDED MOTION TO DISMISS ADVERSARY COMPLAINT [ECF NO. 91] AS MOOT AND (II) VACATING ORDER SETTING BRIEFING SCHEDULE [ECF NO. 96]

THIS MATTER came before the Court *sua sponte*.

On October 26, 2019, defendant Jeffrey M. Siskind filed the *Amended Motion to Dismiss Adversary Complaint* [ECF No. 91] (the "Motion to Dismiss"). On November 4, 2019, the Court entered an order [ECF No. 96] (the "Briefing Order") directing all parties to submit briefing on the issues presented in the Motion to Dismiss. However, immediately prior to entry of the Briefing Order, the above-captioned plaintiff filed an amended complaint [ECF No. 95] (the "Amended Complaint").

Accordingly, in light of the filing of the Amended Complaint, the Court has determined that briefing on the Motion to Dismiss is no longer necessary. Therefore, the Court, having reviewed the full record of this Adversary Proceeding and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion to Dismiss is **DENIED AS MOOT.**

2. The Order Setting Briefing Schedule is **VACATED.**

3. The Court shall retain jurisdiction over all matters relating to the interpretation or implementation of this Order.

###

Copy furnished to:

Jeffrey M. Siskind, Esq.

Mr. Siskind is directed to serve this order upon all interested parties and file a conforming certificate of service.