IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 18-16248-MAM |
| Chance & Anthem, LLC, | Chapter 7 |
| Debtor. | |
| Robert C. Furr, | Adv. Proc No. 19-01298-MAM |
| Plaintiff. | |
| Jeffrey M. Siskind; Siskind Legal Services; Tanya Siskind; Second Siskind Family Trust; Frank R. Zokaites; CannaMed Pharmaceuticals, LLC; OB Real Estate Holdings 1732, LLC; Sovereign Gaming and Entertainment, LLC; Florida's Association of Community Banks and Credit Unions, Inc.; Sympatico Equine Rescue, Inc.,; Wellington 3445, LP; Zokaites Properties, LP and Robert Gibson, | |
| Defendants. | |

## MOTION REQUESTING RESCHEDULING OF HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR ROBERT GIBSON

Undersigned counsel, as attorney for Defendant, ROBERT GIBSON ("Gibson"), pursuant to the Limited Notice of Appearance filed as ECF Document number [76], hereby requests the Court reschedule the hearing on the Motion to Withdraw as Counsel for Robert Gibson ECF Document number [108] and states:

1.     On Nov 12, 2019, undersigned counsel received a re- notice of hearing on counsel's Motion to Withdraw which rescheduled the hearing to Nov 15, 2019 at 10:00 am.

2. Undersigned counsel will be traveling to Los Angeles that day to attend a prior scheduled family function.

3. Although it may be possible to appear by phone, undersigned counsel believes that it is important to appear in person for said hearing.

4. Accordingly, undersigned counsel hereby requests that the court re-set the hearing for any day the week of the following week (November 18th through November 22, 2019).

**WHEREFORE**, undersigned counsel requests that the Court Reset the Hearing on the Motion to Withdraw.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FOR IN LOCAL RULE 2090-1-A.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to all parties in interest registered to receive electronic notification on this case, on this 13th day of November, 2019, and U.S. Mail as reflected on the Service List below.

Respectfully submitted,
/s/ Nancy B. Colman, Esq.
Baritz & Colman LLP
Florida Bar No. 744859
1075 Broken Sound Parkway NW Suite 102
Boca Raton, Florida 33487
Tel (561)864-5100
Fax (561)864-5101
ncolman@baritzcolman.com

**SERVICE LIST**

John H. Genovese, Esq.
Florida Bar No. 280852
jgenovese@gjb-law.com
Jesus M. Suarez, Esq.
Florida Bar No. 60086
jsuarez@gjb-law.com
Barry P. Gruher, Esq.
bgruher@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 S.E. 2ND Street, Suite 4400
Miami, Florida 33131
Tel.:(305) 349-2300
Fax.: (305) 349-2310
Barry P. Gruher, Esq.
bgruher@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
GENOVESE JOBLOVE & BATTISTA, P.A.
200 E. Broward Blvd #1110
Fort Lauderdale, Florida 33301
Tel.: (954)-453-8000
Counsel to Chapter 7 Trustee

Samantha Tesser Haimo, Esq.
Florida Bar No. 148016
sth@womenatlawfl.com
Julie Feigeles, Esq.
Florida Bar No. 353604
jf@womenatlawfl.com
7900 Peters Road, Suite B-200
Fort Lauderdale, Florida 3324
Tel.:(954) 376-5956
Fax.:(954) 206-0188
Counsel for Defendants; OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP

Jeffrey M. Siskind, individually
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, Florida 33414

Siskind Legal Services
c/o Jeffrey M. Siskind, Managing Member
jeffsiskind@msn.com

Tanya Siskind, individually
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, FL 33414

Second Siskind Family Trust
c/o Tanya Siskind, Trustee
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, FL 33414

CannaMed Pharmaceuticals, LLC
c/o Jeffrey M. Siskind, Managing Member
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, FL 33414

Sovereign Gaming and Entertainment, LLC
c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, FL 33414

Florida's  Association of Community Banks and Credit Unions, Incorporated
c/o Jeffrey M. Siskind, President
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, FL 33414

Sympatico Equnie Rescue, Inc.,
c/o Jeffrey M. Siskind, President
jeffsiskind@msn.com
3465 Santa Barbara Drive
Wellington, FL 33414

**U.S. Mail:**
Frank Zokaites
frank@zokaites.com
375 Golfside Road
Wexford, PA 15090

Robert Gibson
intelexigent@gmail.com
1709 22nd Avenue North
Lake Worth, Florida 33460