

**ORDERED in the Southern District of Florida on November 20, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| CHANCE & ANTHEM, LLC | Chapter 7 |
|     Debtor. | |
| _____/ | |
| Robert Furr, | Ad. Proc. No. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| Robert Gibson, et.al., | |
|     Defendants. | |
| _____/ | |

## ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 108)

THIS MATTER came before the Court upon the Motion to Withdraw as Counsel for Robert Gibson (ECF No. 108) (the "Motion") on November 14, 2019.

The Court, having reviewed the Motion and having heard argument of all respective counsel as well as Mr. Gibson, and being fully advised in the premises, hereby **ORDERS** that:

The Motion is granted. Ms. Colman/Baritz & Colman LLP are hereby relieved of all obligations as counsel for Mr. Gibson. In the event Mr. Gibson elects to retain new counsel, he shall do so within ten (10) days from the date of entry of this Order. The continued deposition of Mr. Gibson, previously scheduled and coordinated for December 6, 2019 shall proceed whether or not Mr. Gibson obtains new counsel.

**###**

Copy furnished to:

Nancy B. Colman, Esq.

(*Attorney Colman is directed to serve a copy of this Order upon all interested parties and file a certificate of service*)