UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 18-16248-BKC-MAM
 Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR not individually but  ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
et al.

    Defendants.
_____/

**SECOND UNOPPOSED *EX PARTE* MOTION BY PLAINTIFF, ROBERT C. FURR,
TO CONTINUE PRETRIAL CONFERENCE AND EXTEND
<u>RELATED PRETRIAL DEADLINES</u>**

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the Bankruptcy Estate of the Debtor, Chance & Anthem, LLC (the "Debtor") by and through counsel, file this Second Unopposed *Ex Parte* Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines (the "Motion") and in support thereof state, as follows:

**I.    BACKGROUND.**

1. On January 29, 2019 (the "Petition Date") the Debtor, Chance and Anthem, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Maryland (the "Maryland Bankruptcy Court"), in the matter styled *In re Chance & Anthem, LLC*, Case No. 18-11168-TJC (the "Bankruptcy Case"). The Plaintiff is the duly appointed and acting Trustee of the Debtor's

bankruptcy estate (the "Estate").

2. On May 24, 2018, the Bankruptcy Court for the District of Maryland entered its Memorandum and Order Transferring Venue To The Bankruptcy Court For the Southern District of Florida (the "Transfer Order")[ECF No. 73], transferring the Bankruptcy Case to this Court.

3. On May 25, 2018, the Plaintiff, Robert C. Furr, was duly appointed and is acting Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate")[ECF No. 76].

4. On August 06, 2019, the Plaintiff filed the Adversary Complaint to Avoid and Recover Fraudulent Transfers, For Turnover, For an Accounting, Alter-Ego, Substantive Consolidation, Injunctive Relief and for Related Relief (the "Adversary Complaint") [ECF No. 1] in the above adversary proceeding (the "Adversary Proceeding").

5. On August 07, 2019, the Court issued the Summons and Notice of Pretrial/Trial in an Adversary Proceeding, scheduling the Pretrial Conference for November 14, 2019 at 10:00 a.m. [ECF No. 03].

6. On same date, the Court entered an *Order Setting Filing and Disclosure Requirements for Pretrial and Trial Setting Pretrial Conference* (the "Pretrial Order") [ECF No. 04] which references all corresponding pretrial deadlines.

7. On October 4, 2019, the Trustee filed the Agreed *Ex Parte* Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. 58]. On October 4, 2019, the Court entered the Order Granting Agreed *Ex Parte* Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. 59]. Pursuant to the Order Continuing Pretrial Conference, the Pretrial Conference is scheduled for January 14, 2020 at 10:00 a.m. and all corresponding deadlines were continued accordingly.

8. On November 1, 2019, the Trustee filed the Amended Adversary Complaint [ECF No. 95].

## II. RELIEF REQUESTED.

9. As the parties are in the process of discovery and preparing this case for trial, to the extent necessary, The Trustee respectfully requests the continuance of the Pretrial Conference to May 12, 2020 at 10:00 a.m.

10. Further, the Trustee seeks a concomitant enlargement of the deadlines set forth in the Pretrial Order to coincide with the continued Pretrial Conference.

11. Counsel for the Plaintiff has conferred with parties currently represented in this adversary proceeding, regarding the filing of this Motion and stated that the Defendants have not objected to the requested relief.

12. The filing of this Motion and continuance of the Pretrial Conference and extensions of the deadlines under the Pretrial Order are necessary in order to preserve time and resources of the Parties. This Motion has been filed in good faith and not for any dilatory purpose or improper delays of this adversary proceeding.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as the Chapter 7 Trustee, respectfully requests the entry of an order attached hereto as **Exhibit "A"**: (i) granting this Motion; (ii) continuing the Pretrial Conference May 12, 2020 at 10:00 a.m.; (iii) extending all corresponding pretrial deadlines accordingly; and (iv) granting such other and further relief as the Court deems appropriate.

Dated this 13th day of December, 2019.

          **GENOVESE JOBLOVE & BATTISTA, P.A.**
          *Counsel for Plaintiff*
          100 S.E. Second Street, 44th Floor
          Miami, FL  33131
          Tel: (305) 349-2300
          Fax: (305) 349-2310

          By:   /s/   Jesus M. Suarez
                  Jesus M. Suarez, Esq.

3

Fla. Bar No. 60086
Email: jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 13th day of December, 2019.

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.

**SERVICE LIST**

*Notice was served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**19-01298-MAM Notice will not be electronically mailed to:**

CannaMed Pharmaceuticals, LLC
c/o Siskind Legal
3465 Santa Barbara Dr
Wellington, FL 33414

Florida's Association of Community Banks and Credit Unions, Incorporated
c/o Jeffrey M Siskind, President
3465 Santa Barbara Dr
Wellington, FL 33414

Robert Gibson
1709 22 Ave N
Lake Worth, FL 33460

Second Siskind Family Trust
c/o Tanya Siskind, Trustee
3465 Santa Barbara Dr
Wellington, FL 33414

Tanya Siskind
3465 Santa Barbara Dr
Wellington, FL 33414

Siskind Legal Services
c/o Jeffrey M Siskind, Managing Member
3465 Santa Barbara Dr
Wellington, FL 33414

Sovereign Gaming and Entertainment, LLC
c/o Jeffrey M Siskind
3465 Santa Barbara Dr
Wellington, FL 33414

Sympatico Equine Rescue, Inc.
c/o Jeffrey M Siskind, President
3465 Santa Barbara Dr
Wellington, FL 33414

Frank R. Zokaites
375 Golfside Dr
Wexford, PA 15090

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 18-16248-BKC-MAM
                                                           Chapter 7

CHANCE & ANTHEM, LLC,

       Debtor.
_____/

ROBERT C. FURR not individually but              ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

       Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*.

       Defendants.
_____/

**ORDER GRANTING SECOND UNOPPOSED *EX PARTE* MOTION BY PLAINTIFF,
ROBERT C. FURR, TO CONTINUE PRETRIAL CONFERENCE AND EXTEND
<u>RELATED PRETRIAL DEADLINES</u>**

2

**THIS MATTER** came before the Court without a hearing upon the Second Unopposed *Ex Parte* Motion by Plaintiff, Robert C. Furr, to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. _____] (the "Motion"), and the Court having reviewed the Motion, the record in this case, and noting the lack of opposition with respect to the relief granted herein, and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference is hereby continued to **May 12, 2020 at 10:00 a.m**. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 N Flagler Drive, Room 801 Courtroom A, West Palm Beach, FL 33401

3. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

4. This Order is without prejudice to the parties seeking further extensions of the pretrial conference in this matter or any of the pretrial deadlines.

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]