UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,    CASE NO. 18-16248-BKC-MAM

                Debtor.    Chapter 7
_____/

ROBERT FURR,

            Plaintiff,
v.    ADV. NO. 19-01298-MAM

JEFFREY M. SISKIND, et al.,

            Defendants.
_____/

**VERIFIED MOTION TO RECONSIDER ORDER DISMISSING BANKRUPTCY APPEAL**

      COMES NOW Defendants Tanya Siskind, the Second Siskind Family Trust, CannaMED Pharmaceuticals, LLC, Siskind Legal Services, LLC, Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc. and Sympatico Equine Rescue, Inc. ("Defendants"), by and through undersigned counsel, and file this Motion to Reconsider Order Dismissing Bankruptcy Appeal pursuant to Fed. R. Civ. P. 6(b)(1) and 60(b)(1) as made applicable to the Bankruptcy Court, a copy of which is attached hereto, and state:

    1.    Defendants filed a Notice of Appeal ("Notice") on December 10, 2019 at 3:39 a.m.

    2.    The deadline for filing said Notice was midnight on December 9, 2019.

    3.    Defendants' undersigned counsel began working to prepare said Notice, in addition to other documents to be filed that night, early in the evening of December 9, 2019 in order to file them timely.

    4.    Unfortunately, Defendants' undersigned counsel inadvertently fell asleep while

resting his eyes while working on said documents and did not awaken until after the December 9, 2019 midnight deadline.

5. Immediately upon awakening, Defendants' undersigned counsel completed the Notice and filed same. Undersigned counsel submits that his negligently and inadvertently falling asleep was not foreseeable nor within his reasonable control, and therefore constitutes excusable neglect.

6. There was no danger of prejudice to any party due to the delayed filing of the Notice because the filing of the Notice occurred well before business hours on December 10, 2019. Nor was there more than an insignificant impact on these judicial proceedings from the brief delay resulting from missing the deadline. And also, Defendants' undersigned counsel's immediate attention to rectify missing the deadline demonstrates his good faith. An underlying premise of the excusable neglect doctrine is that it exists to prevent victories by default. *Newgen, LLC. v. Safe Cig, LLC*, 840 F.3d 606, 616 (9th Cir. 2016) (observing that it is "the general rule that default judgments are ordinarily disfavored). Cases should be decided *on the merits*, not on technicalities. *Rodriguez v. Village Green Realty, LLC*, 788 F.3d 31, 47 (2d. Cir. 2015) (citing *Cargill, Inc. v. Sears Petroleum & Transp. Corp.*, 334 F. Supp. 2d 197, 247 (NDNY 2014) and observing that there is a strong preference for resolving disputes on the merits). Therefore, if the reason for a missed deadline is simple negligence or inadvertence, a deadline should be extended.

7. For a factual basis entitling relief, Defendants' undersigned counsel incorporates those arguments contained within its Motion to Reconsider Order Disqualifying Jeffrey Siskind as Counsel (ECF No. 102) and Amended response to Chapter 7 Trustee's Motion to Disqualify (ECF No. 63).

WHEREFORE, Defendants move for reconsideration of the Court's Order Dismissing Bankruptcy Appeal ("Dismissal Order"), and request that the Court deem the deadline for filing the Notice be extended through 3:40 a.m. on December 10, 2019 and vacate its Dismissal Order.

Dated this 16th day of December, 2019.

### S I S K I N D   L E G A L, P L L C

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW
Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor
Tallassee, Florida  32301
-----------------------------
3465 Santa Barbara Drive
Wellington, Florida  33414

TELEPHONE  (561) 791-9565
FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

### VERIFICATION

I HEREBY VERIFY that the facts as stated herein are true and correct.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 16, 2019 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or U.S. Mail or email as reflected on the Service List below.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

SERVICE LIST:

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant OB Real Estate Holdings 1732, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Nancy Coleman on behalf of Robert Gibson
ncoleman@bartizcolman.com

Frank Zokaites, 375 Golfside Road, Wexford, PA  15090; and via email to frank@zokaites.com

Robert Gibson, 1709 22nd Avenue North, Lake Worth, FL  33460; and via email to intelexigent@gmail.com