Form CGFCRD3  (4/4/2019)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:** 18–16248–MAM                          **Adversary Number:** 19–01298–MAM

In re:
**Name of Debtor(s):** Chance & Anthem, LLC
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━/

**Robert C Furr**
Plaintiff(s)

**VS.**

**Jeffrey M Siskind, Siskind Legal Services, Tanya Siskind, Second
Siskind Family Trust, CannaMed Pharmaceuticals, LLC, OB Real
Estate Holdings 1732, LLC, Sovereign Gaming and Entertainment,
LLC, Florida's Association of Community Banks and Credit Unions,
Incorporated, Sympatico Equine Rescue, Inc., Wellington 3445, LP,
Zokaites Properties, LP and Robert Gibson**
Defendant(s)
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN**  that a hearing will be held on **January 28, 2020** at **10:00 AM** at the following location:

**Flagler Waterview Building
1515 N Flagler Dr Room 801 Courtroom A
West Palm Beach FL 33401**

to consider the following:

**Amended Motion (217 Motion to Extend Time to January 31, 2020) Filed by Defendants CannaMed
Pharmaceuticals, LLC, Florida's Association of Community Banks and Credit Unions, Incorporated,
Second Siskind Family Trust, Tanya Siskind, Siskind Legal Services, Sovereign Gaming and
Entertainment, LLC, Sympatico Equine Rescue, Inc. (221)**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF
THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required
parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and
**shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B)**. Any party
who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard
thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities.
Electronic devices, including but not limited to cameras, cellular phones (including those with cameras),
iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are
not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for
cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar
identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses
subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited
electronic device into a federal courthouse facility except with a written order signed by a judge
and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 1/3/20**                                    **CLERK OF COURT**
                                              By: Maria Romaguera–Serfaty
                                              Courtroom Deputy