UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,   CASE NO. 18-16248-BKC-MAM

      Debtor.   Chapter 7
_____/

ROBERT FURR,

      Plaintiff,
v.   ADV. NO. 19-01298-MAM

ROBERT GIBSON, et al.,

      Defendants.
_____/

## NOTICE OF CANCELLATION OF DEPOSITION OF ROBERT C. FURR

TO:   Robert C. Furr, as Chapter 7 Trustee
       2255 Glades Road, Ste. 301 East
       Boca Raton, FL  33431

**PLEASE TAKE NOTICE** that Jeffrey M. Siskind, a Defendant in the above styled Adversary matter, hereby CANCELS the examination of the following person which was set at the following date, time and location:

      **EXAMINEE**:    Robert C. Furr

      **DATE**:    February 11, 2020

      **TIME:**    10:00 a.m.

      **LOCATION:**    Glass Ratner
                          1400 Centrepark Boulevard #860
                          West Palm Beach, FL  33401

The examination will be rescheduled.

Dated this 11th day of February, 2020.

**S I S K I N D   L E G A L , P L L C**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

- Offices -
113 N. Monroe Street, 1st Floor
Tallassee, Florida  32301
- And -
3465 Santa Barbara Drive
Wellington, Florida  33414

TELEPHONE  (561) 791-9565
FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on February 11, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or U.S. Mail or Personal Service of Process as reflected on the Service List below.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

SERVICE LIST:

19-01298-MAM Notice will be electronically mailed to:

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Jeffrey M Siskind on behalf of Defendant CannaMed Pharmaceuticals, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant OB Real Estate Holdings 1732, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Siskind Legal Services
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Sympatico Equine Rescue, Inc.
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Tanya Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Frank Zokaites, frank@zokaites.com