

**ORDERED in the Southern District of Florida on March 18, 2020.**

*Mindy A. Mora* (signature)

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
| Debtor. _____/ | |

**ORDER GRANTING JEFFREY M. SISKIND'S MOTION TO PERMIT FUTURE DEPOSITIONS AT LOCATIONS OTHER THAN THE COURTHOUSE [ECF NO. 236]**

THIS MATTER came before the Court on **February 25, 2020 at 10:00 a.m.** on the Motion to Permit Future Depositions at Locations Other Than the Courthouse [ECF No. 236] (the "Motion") filed by Jeffrey M. Siskind. The Court having reviewed the Motion and pleadings in this case, having heard argument of counsel, and being fully advised on the premises, it is hereby,

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The Parties are authorized and permitted to conduct future depositions at reasonable convenient locations chosen by the noticing parties (with the exception of the Trustee's deposition which shall take place at his office in Boca Raton, Florida).

3. Non-parties that attend the depositions will be able to attend via telephonic appearance only.

4. The Court shall retain jurisdiction of this matter to enforce the terms of this Order.

###

Submitted by:
Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
*Counsel for the Chapter 7 Trustee*
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel.: (954) 453-8000
Fax: (954) 453-8010

Copy to:
Jesus M. Suarez, Esq.

[Attorney Suarez is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt]