

**ORDERED in the Southern District of Florida on March 18, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, et al. | |
|     Defendants. | |
| _____/ | |

**ORDER GRANTING, IN PART, PLAINTIFF CHAPTER 7 TRUSTEE ROBERT C. FURR'S MOTION FOR PROTECTIVE ORDER AND SANCTIONS [ECF NO. 249]**

THIS MATTER came before the Court on **February 25, 2020 at 10:00 a.m.** on the Chapter 7 Trustee's Motion for Protective Order and Sanctions [ECF No. 249] (the "Motion") filed by Plaintiff, Robert C. Furr as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Chance & Anthem, LLC (the "Debtor") and Jeffrey M. Siskind's Response to Chapter 7 Trustee's Motion for Protective Order and Sanctions [ECF No. 250] (the "Response"). The Court having reviewed the Motion, Response and pleadings in this case, having heard argument of counsel and being fully advised on the premises, it is hereby,

**ORDERED**, as follows:

1. The Motion is GRANTED, in part.

2. The Trustee's deposition in this adversary proceeding shall take place on a mutually agreed upon date and time.

3. The deposition will take place at the Trustee's office in Boca Raton, Florida.

4. Any interested party that is not currently a party to this adversary proceeding may only attend telephonically through a conference line that the Trustee will make available for these purposes.

5. The request for sanctions is denied without prejudice.

6. The Court shall retain jurisdiction of this matter to enforce the terms of this Order.

###

Submitted by:
Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
*Counsel for the Chapter 7 Trustee/Plaintiff*
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel.: (954) 453-8000
Fax: (954) 453-8010

Copy to:   Jesus M. Suarez, Esq. [Attorney Suarez is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt]