

**ORDERED in the Southern District of Florida on March 19, 2020.**

_____

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
| Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
| Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, et al. | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF CHAPTER 7 TRUSTEE ROBERT C. FURR'S
MOTION TO STRIKE AFFIRMATIVE DEFENSES IN DEFENDANT JEFFREY
SISKINDS'S ANSWER AND AFFIRMATIVE DEFENSES [ECF NO. 230]**

THIS MATTER came before the Court on **February 25, 2020 at 10:00 a.m.** on the

Chapter 7 Trustee's Motion to Strike Affirmative Defenses in Defendant Jeffrey Siskind's

Answer and Affirmative Defenses [ECF No. 230] (the "Motion") filed by Plaintiff, Robert C.

Furr as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Chance & Anthem,

LLC (the "Debtor").  The Court having reviewed the Motion and pleadings in this case, having

heard argument of counsel and being fully advised on the premises, it is hereby,

**ORDERED**, as follows:

1.       The Motion is GRANTED, as set forth herein.

2.       Defendant Siskind's Second Affirmative Defense is stricken for the reasons stated

on the record. To the extent that Defendant Siskind seeks to reassert his Second Affirmative

Defense, Defendant Siskind must seek leave of court and meet the requirements  of Federal Rule

of Civil Procedure 60(b), to the extent made applicable to these proceedings by Federal Rule of

Bankruptcy Procedure 9024, in order to re-plead such affirmative defense.

3.       Defendant Siskind's Third Affirmative Defense shall be treated as a denial.

4.       Consistent with this Order, Defendant Siskind shall file an Amended Answer to

Plaintiff's First Amended Complaint within twenty-one (21) days after the entry of this Order.

5.       The Court shall retain jurisdiction of this matter to enforce the terms of this Order.

###

Submitted by:
Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
*Counsel for the Chapter 7 Trustee/Plaintiff*
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel.: (954) 453-8000
Fax: (954) 453-8010
Copy to: Jesus M. Suarez, Esq.  [Attorney Suarez is hereby directed to furnished a conformed copy hereof
to all parties in interest immediately upon receipt]