# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

### CHAPTER 7 TRUSTEE ROBERT C. FURR'S RESPONSE TO
### MOTION TO LIFT PRELIMNARY INJUNCTION [ECF No. 258]

Plaintiff, Robert C. Furr (the "Trustee" or "Plaintiff"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC ("Debtor" or "C&A"), files this Response (the "Response") to the Motion to Lift Preliminary Injunction [ECF No. 258] filed by Defendant Jeffrey Siskind ("Defendant Siskind"), and states:

1. On August 9, 2019, the Court heard the Trustee's Motion for Preliminary Injunction [ECF No. 2]. Thereafter, with the consent of the adversary defendants, the Court entered a preliminary injunction [ECF No. 25] (the "Preliminary Injunction").

2. The Preliminary Injunction provided for, among other things, certain transfers and their products, proceeds and replacements at issue in this adversary proceeding to be enjoined

from further dissipation pending further order of the Court.  *See* Protected Transfers at ¶3(b) of the Preliminary Injunction.

3. In his Motion, Defendant Siskind states that relief from the Preliminary Injunction is necessary as the Related Entities may no longer be inoperative and may now possess assets. Motion at ¶2.  Defendant Siskind further states that the Preliminary Injunction is now "unnecessarily prejudicial." *Id.*

4. Defendant Siskind however, fails to state how the consensual Preliminary Injunction is prejudicial.  More specifically, he fails to identify how the requested relief would impact the Protected Transfers or to account for their current whereabouts.

5. Furthermore, Defendant Siskind appears to seek relief on behalf of the Related Entities despite having been disqualified as their counsel [ECF No. 92].  The Related Entities (separately represented by counsel) have not joined in the relief sought by Defendant Siskind.

6. A pretrial conference is scheduled in this adversary proceeding on May 12, 2020. The Trustee respectfully requests that the Preliminary Injunction remain in place, as modified, through trial in this matter.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as Chapter 7 Trustee, respectfully requests the Court enter an Order: (i) sustain the Response; (ii) denying the Motion; and (iii) for such further relief as the Court deems just and proper.

**Respectfully submitted this 27th day of March, 2020.**

                                        **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                        Counsel to the Chapter 7 Trustee
                                        100 S.E. 2nd Street, Suite 4400
                                        Miami, Florida  33131
                                        Tel.: (305) 349-2300
                                        Fax.: (305) 349-2310

                                        By:   /s/ Jesus M. Suarez
                                                 John H. Genovese, Esq.
                                                 Florida Bar No. 280852
                                                 Jesus M. Suarez, Esq.
                                                 Fla. Bar No. 60086
                                                 Barry P. Gruher, Esq.
                                                 Florida Bar No. 960993

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this  27th day of March, 2020.

                                        By: /s/  *Jesus M. Suarez*
                                            Jesus M. Suarez, Esq.

## SERVICE LIST

*Served Via CM/ECF Notification*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com