UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No. 18-16248-BKC-MAM
                                                                                          Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR not individually but                          ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
et al.

    Defendants.
_____/

## TRUSTEE'S INITIAL DISCLOSURES

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the Bankruptcy Estate of the Debtor, Chance & Anthem, LLC (the "Debtor") by and through counsel, hereby files and submits his initial disclosure of the following witnesses and documents:

**I. WITNESSES**

The Trustee states that the following individuals are likely to have discoverable information that the Trustee may use to support his claims and defenses:

| Name | Subject Matter of Knowledge | Contact Information (if known) |
|---|---|---|
| Robert C. Furr, Esq. | The business affairs of the Debtor. | c/o Jesus M. Suarez, Esq. 100 SE Second Street, 44th FL Miami, FL 33133 |

| Name | Subject Matter of Knowledge | Contact Information (if known) |
|---|---|---|
| Alan Barbee, CPA | Chapter 7 Trustee's Forensic Professional | c/o Jesus M. Suarez, Esq. 100 SE Second Street, 44th FL Miami, FL 33133 |
| Florida Aero Paint, Inc., as Authorized Member and Registered Agent of Defendant | The business affairs of the Debtor. | 2633 West Lantana Road Lantana, Florida 33462 |
| Advanced Aircraft Maintenance, Inc, as Authorized Member of Defendant | The business affairs of the Debtor. | 621 Airport Road Belle Vernon, Florida 15012 |
| Jeffrey M. Siskind | The business affairs of the Debtor. | 3465 Santa Barbara Drive Wellington, Florida 33414 |
| Erik Planet, individually and as president of Erik's EZ Tax Service, Inc. | The business affairs of the Debtor. | 2611 SW Cameo Boulevard Port St. Lucie, Florida 34953 |
| Corporate Representative of CannaMed Pharmaceuticals, LLC | Transactions related to Debtor. | c/o Phillip B. Harris, Esq. 685 Royal Palm Beach Blvd Suite 205 Royal Palm Beach, FL 33411 |
| Corporate Representative of OB Real Estate 1732, LLC | Transactions related to Debtor. | c/o Phillip B. Harris, Esq. 685 Royal Palm Beach Blvd Suite 205 Royal Palm Beach, FL 33411 |
| Corporate Representative of Siskind Legal Services, LLC | Transactions related to Debtor. | c/o Phillip B. Harris, Esq. 685 Royal Palm Beach Blvd Suite 205 Royal Palm Beach, FL 33411 |
| Corporate Representative of Sovereign Gaming & Entertainment, LLC | Transactions related to Debtor. | c/o Phillip B. Harris, Esq. 685 Royal Palm Beach Blvd Suite 205 Royal Palm Beach, FL 33411 |
| Corporate Representative of Florida's Association of Community Banks and Credit Unions, Inc. | Transactions related to Debtor. | c/o Phillip B. Harris, Esq. 685 Royal Palm Beach Blvd Suite 205 Royal Palm Beach, FL 33411 |

| Name | Subject Matter of Knowledge | Contact Information (if known) |
|---|---|---|
| Corporate Representative of Sympatico Equine Rescue, Inc. | Transactions related to Debtor. | c/o Phillip B. Harris, Esq. 685 Royal Palm Beach Blvd Suite 205 Royal Palm Beach, FL 33411 |
| Tanya Siskind | Transactions related to Debtor. | 3465 Santa Barbara Drive Wellington, Florida 33414 |
| Second Siskind Family Trust | Transactions related to Debtor. | c/o Jeffrey M. Siskind, Trustee 3465 Santa Barbara Drive Wellington, Florida 33414 |
| Frank Zokaites | Transactions related to Debtor. | 375 Golfside Drive Wexford, PA 15090 |
| Corporate Representative of Wellington 3445, LP | Transactions related to Debtor. | c/o Samantha Haimo, Esq. Julie Feigeles Esq. 7900 Peters Road, Suite B-200 Fort Lauderdale, FL 33324 |
| Corporate Representative of Zokaites Properties, LP | Transactions related to Debtor. | c/o Samantha Haimo, Esq. Julie Feigeles Esq. 7900 Peters Road, Suite B-200 Fort Lauderdale, FL 33324 |
| Robert Gibson | Transactions related to Debtor. | 1709 22nd Avenue North Lake Worth, Florida 33460 |
| Records Custodian and/or agents, representatives and control persons of JP Morgan Chase, N.A. | Debtor's Banking Records | |
| Records Custodian and/or agents, representatives and control persons of PNC Bank, N.A. | Debtor's Banking Records | |
| Records Custodian and/or agents, representatives and control persons of Bank of America | Debtor's Banking Records | |
| Records Custodian and/or agents, representatives and control persons of Suntrust Bank. | Debtor's Banking Records | |

| Name | Subject Matter of Knowledge | Contact Information (if known) |
|---|---|---|
| Records Custodian and/or agents, representatives and control persons of Wells Fargo Bank | Debtor's Banking Records | |
| All other witnesses learned through discovery | | (Names and addresses to be determined) |
| All witnesses to be used for rebuttal and impeachment purposes. | | (Names and addresses to be determined) |
| All witnesses and experts listed on the Defendant's Initial Disclosures to the extent not objected to by the Plaintiff. | | (Names and addresses to be determined) |
| All persons identified in the Debtor's books and records | The allegations of the Complaint. | |
| All persons having filed claims against the Debtor's bankruptcy estate, referenced in the Claim | The allegations of the Complaint. | |
| 27120 Ocean Gateway, LLC | Claim filed by Creditor or scheduled by Debtor. | 7745 Dawson Court Lake Worth, FL 33467 |
| 3485 Lago De Talavera Trust | Claim filed by Creditor or scheduled by Debtor. | c/o Sofiye Williams, PA 500 E. Broward Blvd, #1710 Fort Lauderdale, FL 33394 |
| 3GEN VC, LLC | Claim filed by Creditor or scheduled by Debtor. | c/o Gerald Cantor 4000 Hollywood Boulevard #500-N Hollywood, FL 33021 |
| ABK South Properties, LLC | Claim filed by Creditor or scheduled by Debtor. | c/o George Booras, Esq. 1371 Hill Avenue Melbourne, FL 32940 |
| All Pro Pool Service | Claim filed by Creditor or scheduled by Debtor. | 13557 Barberry Drive Wellington, FL 33414 |
| Apostle Construction | Claim filed by Creditor or scheduled by Debtor. | 716 Naylor Mill Road Salisbury, MD 21801 |
| Bay Area Disposal | Claim filed by Creditor or scheduled by Debtor. | P.O. Box 189 Owings, MD 20736 |

| Name | Subject Matter of Knowledge | Contact Information (if known) |
|---|---|---|
| Beaver Tree Service | Claim filed by Creditor or scheduled by Debtor. | P.O. Box 2476<br>Salisbury, MD 21802 |
| Christopher George and Dianna George | Claim filed by Creditor or scheduled by Debtor. | c/o Dianna George<br>6126 Park Lane W.<br>Lake Worth, FL 33449 |
| Comptroller of the Treasury | Claim filed by Creditor or scheduled by Debtor. | Compliance Division, Room 409 301 W. Preston Street<br>Baltimore, MD 21201 |
| David Fiore and Carl Stone | Claim filed by Creditor or scheduled by Debtor. | c/o Carl Stone<br>1714 Hunters Path Lane<br>Pittsburgh, PA 15241 |
| David Fiore, et al. | Claim filed by Creditor or scheduled by Debtor. | c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd. #1710<br>Fort Lauderdale, FL 33394 |
| Delmarva Power | Claim filed by Creditor or scheduled by Debtor. | 5 Collins Drive #2133<br>Mail Stop 84CP42<br>Carneys Point, NJ 08069 |
| Delmarva Power & Light Co. | Claim filed by Creditor or scheduled by Debtor. | 500 N Wakefield Dr, Fl 2<br>Newark, DE, 19702 |
| Edgar A. Baker, Jr., Esq.<br>Wicomico County Dept of Law | Claim filed by Creditor or scheduled by Debtor. | 125 North Division Street, Room 101<br>Salisbury, MD 2180 |
| Frederick R. Volkwein | Claim filed by Creditor or scheduled by Debtor. | 2727 Rosemary Avenue, #3<br>West Palm Beach, FL 33407 |
| Haynes Scaffolding & Supply, Inc. | Claim filed by Creditor or scheduled by Debtor. | 1210 Ortega Road<br>West Palm Beach, FL 33405 |
| PTM Electric, Inc. | Claim filed by Creditor or scheduled by Debtor. | 16971 W. Hialeah Drive<br>Loxahatchee, FL 33470 |
| Richard Barclay Neff, Jr. | Claim filed by Creditor or scheduled by Debtor. | 2760 Meadowlark Lane West Palm Beach, Florida 33409 |
| Richard Bell | Claim filed by Creditor or scheduled by Debtor. | 16192 Coastal Highway<br>Lewes, DE 19958 |
| Richard Neff | Claim filed by Creditor or scheduled by Debtor. | 2760 Meadowlark Lane<br>West Palm Beach, FL 33409 |

| Name | Subject Matter of Knowledge | Contact Information (if known) |
|---|---|---|
| Richard P. Zaretsky, Esq. | Claim filed by Creditor or scheduled by Debtor. | 1615 Forum Place, Suite 3A West Palm Beach, FL 33401 |
| Sarenil Associates, LLC c/o Frederick Volkwein | Claim filed by Creditor or scheduled by Debtor. | 1615 Forum Place Suite 3A West Palm Beach, FL 33401 |
| State of Maryland DLLR Division of Unemployment Insurance | Claim filed by Creditor or scheduled by Debtor. | 1100 N. Eutaw Street, Room 401 Baltimore, MD 21201 |
| Steven S. Newburgh, Esq. McLaughlin & Stern PLLC | Claim filed by Creditor or scheduled by Debtor. | CityPlace Tower - Suite 1700 525 Okeechobee Blvd West Palm Beach, FL 33401 |
| T.E. Smith & Son, Inc. | Claim filed by Creditor or scheduled by Debtor. | 2043 Northwood Drive Salisbury, MD 21801 |

The Trustee states that discovery is ongoing and reserves the right to amend this list at any time upon discovery of additional witnesses or a determination that such above-listed witnesses are not necessary.

## II.     DOCUMENTS

The Trustee has already produced documents that support his claims to Defendants. Moreover, additional documents that may be used to support the Plaintiff's claims are already in the Defendant's possession, custody, or control. In addition, the Trustee may use the following documents to support his claims:

1. All documents filed in the Main Bankruptcy Case, *In Re: Chance & Anthem, LLC*, 18-16248-BKC-MAM

2. All hearing and Rule 2004 examination transcripts, including exhibits, *In Re: Chance & Anthem, LLC*, 18-16248-BKC-MAM

3. All documents referenced in the Adversary Complaint.

4. All deposition transcripts and exhibits to depositions in this adversary proceeding.

6

5. All documents produced by Defendants to the extent not objected to by the Plaintiff.

6. All documents produced by Plaintiff to the Defendants.

7. All documents to be used for rebuttal and impeachment purposes.

8. All documents evidencing the transfer of money or anything of value by the Debtor to the Defendants.

9. All financial statements, bank statements, credit card statements, invoices, checks, deposits, wire statements and other documents which pertain to the allegations contained in the Adversary Complaint.

10. All financial statements, bank statements, credit card statements, invoices, checks, deposits, wire statements and other documents which pertain to the allegations contained in the Adversary Complaint.

11. All witness statements and/or sworn statements by any party or non-party which pertain to the allegations contained in the Complaint.

12. The Debtor's books and records.

13. The books and records of the Related Defendants (as set forth in the amended complaint).

14. The exhibits provided to Defendants in connection with the preliminary injunction hearing.

15. The bank account records of the related defendants.

16. All documents filed in the Main Bankruptcy Case, *In re Siskind,* Case No. 13-13096-MAM.

17. All hearing and Rule 2004 examination transcripts, including exhibits, *In re Siskind,* Case No. 13-13096-MAM.

18. All claims, documents and transcripts in the matter of *Fiore v. Siskind, et al.,* Case No. 50-2016-CA-008765-XXXX-MB (15th Judicial Circuit of Florida).

19. All documents filed in *Fiore v. Siskind, et al.,* Case No. 50-2016-CA-008765-XXXX-MB (15th Judicial Circuit of Florida).

20. All hearing and deposition transcripts, including exhibits, *Fiore v. Siskind, et al.,* Case No. 50-2016-CA-008765-XXXX-MB (15th Judicial Circuit of Florida).

The Trustee states that discovery is ongoing and reserves the right to amend or supplement this list of documents at any time prior to trial upon the discovery of additional relevant documents.

### III. DAMAGES

Trustee requests that the Court enter a judgment against Defendants that: (i) avoids the transfers at issue in the Adversary Complaint and recover same for the benefit of the estate; (ii) awards to the Trustee the amount or value of the transfers at issue in the Adversary Complaint, plus interest and costs; (iii) disallows any claim that Defendants may have against the Debtor until such time the as the transfers at issue in the Adversary Complaint are re-paid to the Trustee pursuant to 11 U.S.C. § 502(d); and (iv) awards any other relief the Court deems appropriate.

### IV. EXISTENCE OF INSURANCE AGREEMENTS WHICH MAY PROVIDE COVERAGE FOR ALL OR PART OF ANY JUDGMENT

The Trustee is not aware of the existence of any insurance agreement which may provide coverage for all or part of any judgment that may be awarded in favor of the Trustee.

Dated: April 10, 2020

                          **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Chapter 7 Trustee*
100 S.E. Second Street, 44th Floor
Miami, Floirda 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

By: /s/ *Jesus M. Suarez*
    Jesus M. Suarez, Esq.
    Florida Bar No. 60086
    jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notification to all parties on the attached service list on this 10th day of April, 2020.

By: /s/ *Jesus M. Suarez*
    Jesus M. Suarez, Esq.

## SERVICE LIST

***Served via Electronic Mail upon:***

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com