UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Case No.: 18-16248-BKC-MAM
Chapter 7

CHANCE & ANTHEM, LLC,

Debtor.
_____/

ROBERT C. FURR, not individually but
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff.

v.

Adv. Proc. No.: 19-01298-BKC-MAM

JEFFREY SISKIND, et al.,

    Defendant/Counter-Plaintiff,

v.

ROBERT C. FURR, individually and not as
Chapter 7 Trustee, JESUS SUAREZ and
GENOVESE JOBLOVE AND BATTISTA, P.A.

    Counter-Defendants.
_____/

## DEFENDANT JEFFREY M. SISKIND'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 26(A)(1)

JEFFREY M. SISKIND ("Defendant/Counter-Plaintiff") hereby files its Initial Disclosures Pursuant to Federal Rule of Bankruptcy Procedure 26(a)(1), and states:

    I.  Witnesses:

At the present time, subject to amendment, Defendant/Counter-Plaintiff hereby adopts and incorporates the disclosures of the names and, if known, the addresses and telephone

numbers of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment, as is stated in the disclosures provided by the related defendants in this matter and those already provided by the Chapter 7 Trustee, and hereby adds thereto the following: Robert C. Furr in his individual capacity and not as Chapter 7 Trustee, Jesus Suarez, Esq. and the corporate representative of Genovese Joblove & Battista, P.A., whose addresses are c/o Genovese Joblove & Battista, P.A., 100 S.E. Second Street, 44th Floor, Miami, Florida 33131; Telephone: (305) 349-2300. These witnesses shall testify as to the Capter 7 Trustee's role, transactions related to the Chapter 7 Trustee and its counsel, as well as their own business affairs, and shall further testify as to other transactions referenced within the Defendant/Counter-Plaintiff's Counterclaims. In addition thereto, any additional witnesses later disclosed by Plaintiff and/or Counter-Defendants, any witnesses necessary for rebuttal or impeachment, any and all additional witnesses which may be relied upon by the Plaintiff and/or Counter-Defendants and any and all rebuttal witnesses as may be deemed necessary.

II. Documents:

Pursuant to Federal Rule of Bankruptcy Procedure 26(a)(1)(B), Defendant/Counter-Plaintiff will provide a copy of, or description by category, all documents, data compilations, and tangible things that are in his possession, custody or control and that it may use to support its claims, unless solely for impeachment, including:

(a) Copies of Debtor's Petition, Schedules, Statement of Financial Affairs and all amendments thereto, as filed in the case style, *In Re: Chance & Anthem, LLC, 18-16248-BKC-MAM* ("Main Case).

(b) All hearing and Rule 2004 examination transcripts, including exhibits in the Main Case, *In Re: Chance & Anthem, LLC, 18-16248-BKC-MAM*.

(c) Copies of any and all deposition transcripts taken within this adversary proceeding, of all persons, including all attachments and exhibits to same, no matter the party who initially conducted said deposition.

(d) Any and all documentation produced by the Plaintiff pursuant to discovery requests served upon him by Defendant/Counter-Plaintiff or any of the co-defendants in this matter.

   (e) Any and all documents produced by third parties pursuant to Subpoenas issued in the Main Case.

   (f) Any and all attachments to the Plaintiff's complaint.

   (g) Any and all documents relied upon by the Plaintiff.

   (h) Any and all rebuttal documents as may be deemed necessary.

### III. Status of Discovery.

Contrary to the Chapter 7 Trustee's ("Trustee") disclosure, Defendant/Counter-Plaintiff is not in the possession of any documents which the Trustee intends to rely upon at trial and requests that the Trustee supply these to Defendant forthwith. The Trustee continues to prevent Defendant from obtaining discovery. Defendant/Counter-Plaintiff is continuing to conduct discovery related to this matter and reserves the right to supplement its Initial Disclosures as required by Federal Rule of Bankruptcy Procedure 26(e). Defendant/Counter-Plaintiff further reserves the right to object to the admission of any of the aforementioned documents, witnesses, and/or computations. Defendant/Counter-Plaintiff hereby demands that the Trustee immediately produce any and all records upon which the Trustee intends to rely upon at trial. Defendant/Counter-Plaintiff's objections will include motions to prevent the Trustee form using information that the Trustee has failed to disclose to Defendant/Counter-Plaintiff. The case is therefore not at issue.

### IV. Damages

Defendant/Counter-Plaintiff requests that the Court enter judgment against the Trustee and Counter-Defendants in accordance with Defendant/Counter-Plaintiff's responses to Plaintiff's allegations in its First Amended Adversary Complaint, as well as Defendant/Counter-Plaintiff's amended affirmative Defenses and Counterclaims, including but not limited to rejection of the Trustee's ability to represent creditors of the estate and to recover transfers for the benefit of the estate, including any amount or value of transfers at issue, including interest and costs, and permits creditors to negotiate voluntary repayment arrangements with third parties independent of the Trustee.

V. Insurance

Upon information and belief, the Trustee and Counter-Defendants are covered by one or more insurance policies which may provide for payment of any damages which may be assessed in favor of Defendant/Counter-Plaintiff and against the Trustee and Counter-Defendants. No disclosure of insurance coverage(s) has been obtained by Defendant/Counter-Plaintiff, and demand is hereby made for all pertinent information pertaining to said coverage(s).

Dated April 10, 2020.

**S I S K I N D   L E G A L , P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW   Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE  (561) 791-9565   FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 10, 2020 upon all parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

**S I S K I N D   L E G A L , P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

4