**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Case No. 18-16248-BKC-MAM
                                                          Chapter 7

CHANCE & ANTHEM, LLC,

      Debtor.

_____/

ROBERT C. FURR not individually but              ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,

v.

JEFFREY M. SISKIND, et al.,

      Defendants.

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**
**SOLELY AS TO DEFENDANTS WELLINGTON 3445, LP, ZOKAITES**
**PROPERTIES, LP, OB REAL ESTATE 1732, LLC AND FRANK ZOKAITES**

      Robert C. Furr ("Plaintiff" or "Trustee"), not individually but as Chapter 7 Trustee of the

Bankruptcy Estate of the Debtor, Chance & Anthem, LLC (the "Debtor"), by and through counsel,

and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Rule 7041 of the

Federal Rules of Bankruptcy Procedure, and the Court's *Order Granting Chapter 7 Trustee's*

*Omnibus Motion to Approve Settlement and Compromise with Adversary Defendants Wellington*

*3445, LP; Zokaites Properties, LP; OB Real Estate 1732, LLC and Frank Zokaites* [Main Case

ECF No. 219], hereby dismisses the Plaintiff's claims solely as against Defendants Wellington

3445, LP, Zokaites Properties, LP, OB Real Estate 1732, LLC and Frank Zokaites,  in this

Adversary Proceeding with prejudice.  Each party shall bear their own attorneys' fees and costs in

this matter.

Dated this 16th day of April, 2020.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Plaintiff*
100 S.E. Second Street
44th Floor
Miami, Floirda 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: /s/  *Jesus M. Suarez*
    Jesus M. Suarez, Esq.
    Florida Bar No. 60086
    jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 16th day of April, 2020.

By: /s/  *Jesus M. Suarez*
    Jesus M. Suarez, Esq.

## SERVICE LIST

### *Notice will be served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com