**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, et al. | |
|     Defendants. | |
| _____/ | |

**PLAINTIFF'S NOTICE OF INTENT TO USE SUMMARIES AT TRIAL**

Plaintiff, Robert C. Furr (the "Trustee"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor, Chance & Anthem, LLC (the "Debtor" or "C&A"), by and through his undersigned counsel, pursuant to Fed. R. Evid. 611 and 1006, and pursuant to the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4], hereby gives notice of the Trustee's intent to use the following summaries at trial:

    1.    An exhibit setting forth, identifying, and/or summarizing the Siskind Cash Transfers.

    2.    An exhibit setting forth, identifying, and/or summarizing the Tanya Siskind Cash Transfer.

    3.    Table 7-1, setting forth, identifying, and/or summarizing the transactions pertaining to Christopher George's deposit of $2 million in cash and subsequent related transactions thereafter.

4. Table 7-2, setting forth, identifying, and/or summarizing the transactions pertaining to the transfer of $800,000.00 by Carl Stone/David Fiore and $500,000 by Richard Neff and subsequent related transactions thereafter.

5. Table 7-3, setting forth, identifying, and/or summarizing the transactions pertaining to the transfer of $1,157,623 into the Debtor by Fred Volkwein, and subsequent related transactions thereafter.

6. Table 6-1 prepared by the Trustee's expert witness, Alan Barbee, CPA, ABV, concerning the insolvency of the Debtor for Years 2014-2017.

7. Table 6-2 prepared by the Trustee's expert witness, Alan Barbee, CPA, ABV, concerning the summary or income and expenses of the Debtor for Years 2014-2017.

8. Table 6-3 prepared by the Trustee's expert witness, Alan Barbee, CPA, ABV, concerning the insolvency of the Debtor and the Related Entities for Years 2014-2017.

9. Table 6-4 prepared by the Trustee's expert witness, Alan Barbee, CPA, ABV, concerning the summary or income and expenses of the Related Entities for Years 2017-2017.

10. An exhibit setting forth the source and use of proceeds from loan proceeds from financing obtained by the Debtor against the Santa Barbara House and subsequent related transactions thereafter.

11. An exhibit setting forth the source and use of proceeds from loan proceeds from financing obtained against the Office Suite and subsequent related transactions thereafter.

12. Each of the foregoing summaries, tables, and/or exhibits are attached hereto as composite **Exhibit "A."** Trustee files this Notice to provide notice for interested parties to review the summarized evidence. The source documentation supporting the attached summaries are available for inspection and copying at the offices of undersigned counsel or as otherwise may be

arranged by the parties upon request. Additionally, the source document have been provided to Defendants prior to the service of this Notice.

Respectfully submitted on this <u>6th</u> day of May, 2020.

           **GENOVESE JOBLOVE & BATTISTA, P.A.**
           *Counsel to the Trustee*
           100 S.E. 2nd Street, Suite 4400
           Miami, FL 33131
           Tel.: (305) 349-2300
           Fax.: (305) 349-2310

By:   /s/ *Jesus M. Suarez*
        Jesus M. Suarez, Esq.
        Fla. Bar No. 60086
        jsuarez@gjb-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 6th day of May, 2020.

By:  /s/ Jesus M. Suarez
       Jesus M. Suarez, Esq.

**SERVICE LIST**

*Notice will be served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc. philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Case 19-01298-MAM    Doc 287    Filed 05/06/20    Page 5 of 20

# COMPOSITE EXHIBIT "A"

**PLAINTIFF'S TRIAL EXHIBIT T-134**

# Chance & Anthem, LLC

Detailed of Disbursements - Cash & Withdrawals

| Bank | Entity | Type | Date | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---:|
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/13/15 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/30/15 | Cash | 500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/09/15 | Cash | 2,500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/13/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/23/15 | Cash | 5,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 11/25/15 | Cash | 500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/27/15 | Cash | 40,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/02/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/02/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/07/15 | Cash | 1,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/11/15 | Cash | 100.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/11/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/14/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/16/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/21/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/31/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 01/04/16 | Cash | 2,500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 01/19/16 | Cash | 2,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/07/16 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/22/16 | Cash | 2,500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/23/16 | Cash | 63.50 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/24/16 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/25/16 | Other Withdrawal | 2,000.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 04/04/16 | Other Withdrawal | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 04/21/16 | Cash | 20.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 04/22/16 | Cash | 1,100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/01/16 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/15/16 | Other Withdrawal | 750.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/24/16 | Other Withdrawal | 750.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/08/16 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 07/29/16 | Other Withdrawal | 600.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 08/08/16 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 08/26/16 | Other Withdrawal | 3,300.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 08/26/16 | Cash | 900.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 08/30/16 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/02/16 | Other Withdrawal | 40.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/06/16 | Other Withdrawal | 3,265.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/06/16 | Other Withdrawal | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/09/16 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/09/16 | Other Withdrawal | 4,000.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/12/16 | Other Withdrawal | 40.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/14/16 | Other Withdrawal | 250.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 09/16/16 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/21/16 | Cash | 400.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/24/16 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 11/01/16 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 11/28/16 | Cash | 50.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/27/17 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/30/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 02/27/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/07/17 | Other Withdrawal | 75.00 |

| Bank | Entity | Type | Date | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---:|
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/30/17 | Cash | 40.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/01/17 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/04/17 | Cash | 60.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 05/15/17 | Other Withdrawal | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/24/17 | Cash | 180.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 06/19/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/26/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/28/17 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 08/04/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 10/03/17 | Other Withdrawal | 80.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/04/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 10/05/17 | Other Withdrawal | 400.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 102.68 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 112.05 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 102.98 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 103.57 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 107.46 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 103.74 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/11/17 | Walmart | 101.80 |
| Chase 1866 | Chance & Anthem | Withdrawal | 11/30/17 | Other Withdrawal | 50.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/05/17 | Walmart | 110.57 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/05/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/14/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/15/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 12/16/17 | Other Withdrawal | 250.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/18/17 | Walmart | 100.98 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/18/17 | Walmart | 104.97 |
| Chase 1866 | Chance & Anthem | Withdrawal | 12/23/17 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/02/18 | Walmart | 141.77 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/02/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/02/18 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/04/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/16/18 | Walmart | 135.94 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/16/18 | Walmart | 115.40 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/16/18 | Cash | 220.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/22/18 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/22/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 02/26/18 | Walmart | 101.05 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/06/18 | Other Withdrawal | 20.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/14/18 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/22/18 | Other Withdrawal | 2,000.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 03/27/18 | Walmart | 140.97 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/12/16 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/13/16 | Cash | 600.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 05/31/16 | Other Withdrawal | 200.00 |
| | | | | **Cash & Withdrawal Total** | **$ 119,769.43** |

## Chance & Anthem, LLC

Summary of Transfers to Tanya Siskind

Source: Bank Statements, deposit detail and canceled checks

| Bank | Entity | Type | Date | Check No. | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---|---|
| Chase 1866 | Chance & Anthem | Check | 03/01/16 | 1127 | Tanya Siskind | 2,500.00 |
| Chase 1866 | Chance & Anthem | Check | 04/04/16 | 1151 | Tanya Siskind | 3,000.00 |
| Chase 1866 | Chance & Anthem | Check | 06/29/16 | 1210 | Tanya Siskind | 6,000.00 |
| Chase 1866 | Chance & Anthem | Check | 11/01/16 | 1315 | Tanya L. Siskind | 5,000.00 |
| Chase 1866 | Chance & Anthem | Check | 03/29/18 | 1361 | Tanya Siskind | 500.00 |
| | | | | | TOTAL | $ 17,000.00 |


PLAINTIFF'S TRIAL EXHIBIT T-135

# Chance & Anthem, LLC

Flowchart Tracing Creditors' Funds - Christopher George

Source: Bank Statements, deposit detail and canceled checks



(a) - No money transferred to or from Chance & Anthem

**PLAINTIFF'S TRIAL EXHIBIT T-136**

GlassRatner Advisory & Capital Group, LLC

Page 1 of 1

**Chance & Anthem, LLC**
Flowchart Tracing Creditors' Funds - Carol Stone & David Fiore
Source: Bank Statements, deposit detail and canceled checks





PLAINTIFF'S TRIAL EXHIBIT T-137

GlassRatner Advisory & Capital Group, LLC

Page 1 of 1

**Chance & Anthem, LLC**

Flowchart Tracing Creditors' Funds - Frederick Volkwein

Source: Bank Statements, deposit detail and canceled checks



(a) - Two deposits totaling $20,000 from Siskind IOTA in same time period

**PLAINTIFF'S TRIAL EXHIBIT T-138**

## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Insolvency Analysis - Chance & Anthem
Years 2014 to 2017

| Description | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| Cash | $ 735,179.97 | $ 54,725.05 | $ 125.48 | $ 770.15 |
| 3445 Santa Barbara | - | 1,405,000.00 | 1,300,000.00 | - |
| 3445 Santa Barbara - Refi | - | - | 1,815.63 | - |
| Due to/from David Merrill | - | 22,618.37 | - | - |
| Due to/from Fiore | - | 43,500.00 | 43,500.00 | 43,500.00 |
| Due to/from FLACC | 100,000.00 | 272,350.00 | 320,685.95 | 321,035.95 |
| Due to/from George Maler | - | - | - | - |
| Due to/from Gibson | - | - | - | 500.00 |
| Due to/from Jeffrey Siskind | 13,233.88 | 296,953.51 | 297,794.91 | 293,748.91 |
| Due to/from Jeffrey Siskind - Aircraft | - | 117,000.00 | 117,091.00 | 117,091.00 |
| Due to/from Jeffrey Siskind - Auto | - | 26,500.00 | - | - |
| Due to/from OB Real Estate | 15,000.00 | 22,500.00 | 37,125.00 | 37,125.00 |
| Due to/from Siskind Legal | - | - | 62,395.00 | 55,810.20 |
| Due to/from Siskind Iota | 100,000.00 | 110,000.00 | - | - |
| Due to/from Sovereign Gaming | 1,000.00 | 56,000.00 | 60,581.00 | 60,581.00 |
| Due to/from Sympatico | - | - | 5,132.50 | 9,442.50 |
| Due to/from Tanya Siskind | - | - | 16,500.00 | 16,500.00 |
| Due to/from Unknown - Santa Barbara Refi. | - | - | 400,000.00 | - |
| Due to/from Volkwein | 193,109.92 | - | - | - |
| Due to/from Wendy Buckingham | - | - | 16,200.00 | 16,200.00 |
| Due to/from Zokaites | - | 62,506.00 | 47,506.00 | 47,506.00 |
| In the Weeds | - | - | 290.00 | 290.00 |
| New Wave Loan | - | - | 32,125.00 | 32,125.00 |
| Transfers between Chance accounts | - | - | 9,720.00 | 9,720.00 |
| **Total Assets** | $ 1,157,523.77 | $ 2,489,652.93 | $ 2,768,587.47 | $ 1,061,945.71 |
| **LIABILITIES** | | | | |
| 3445 Santa Barbara | $ - | $ 739,445.74 | $ 739,445.74 | $ - |
| 3445 Santa Barbara - Refi | - | - | 500,000.00 | - |
| Due to/from Carl Sone & David Fiore | - | 770,000.00 | 770,000.00 | 770,000.00 |
| Due to/from George Maler | - | 190,950.00 | 199,200.00 | 204,300.00 |
| Due to/from M&T Bank | - | - | 60,000.00 | 60,000.00 |
| Due to/from Richard Neff | - | 500,000.00 | 500,000.00 | 500,000.00 |
| Due to/from Siskind Iota | - | - | 142,850.00 | 159,666.00 |
| Due to/from Sympatico | - | - | - | 2,441.00 |
| Due to/from Volkwein | 1,157,623.77 | 539,606.25 | 539,606.25 | 539,606.25 |
| Due to/from Zokaites | - | - | - | 1,560.00 |
| In the Weeds | - | - | 50,000.00 | 50,000.00 |
| Sharp Energy | - | - | 1,250.00 | 2,500.00 |
| Transfers between Chance accounts | - | - | 9,720.00 | 9,720.00 |
| **Total Liabilities** | 1,157,623.77 | 2,740,001.99 | 3,512,071.99 | 2,299,793.25 |
| **Solvency/Insolvency** | $ (100.00) | $ (250,349.06) | $ (743,484.52) | $ (1,237,847.54) |



**PLAINTIFF'S TRIAL EXHIBIT T-139**

## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Summary of Expenses - Chance & Anthem
Years 2014 to 2017

| Description | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | Total |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| Income Received | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | |
| Auto Insurance | - | - | 508.69 | - | 508.69 |
| Bank Fees | 100.00 | 389.00 | 2,026.58 | 1,560.50 | 4,076.08 |
| Cash & Withdrawals [1] | - | 79,500.00 | (46,646.50) | (30,703.20) | 2,150.30 |
| Client Expenses | - | 41,250.00 | (3,500.00) | - | 37,750.00 |
| Closing Costs | - | - | 73,054.26 | - | 73,054.26 |
| Commisions | - | 17,812.50 | 18,050.00 | - | 35,862.50 |
| Donations | - | - | 1,000.00 | - | 1,000.00 |
| Employee Related | - | - | 59,660.65 | 100.00 | 59,760.65 |
| Gas & auto | - | 52.23 | 1,884.99 | 2,017.07 | 3,954.29 |
| Maintenance | - | 378.28 | 21,135.70 | 3,001.61 | 24,515.59 |
| Meals | - | 357.85 | 3,666.65 | 3,049.24 | 7,073.74 |
| Miscellaneous | - | 40.00 | 3,957.64 | 8,186.51 | 12,184.15 |
| Office Rent/Mortgage | - | 3,796.72 | 185,290.83 | 22,255.37 | 211,342.92 |
| Property Expense | - | 8,771.90 | | 7,899.82 | 16,671.72 |
| Travel and Entertainment | - | 1,979.74 | 7,236.93 | 4,266.40 | 13,483.07 |
| Utilities | - | 639.21 | 2,911.01 | 159.81 | 3,710.03 |
| **Total Expenses** | 100.00 | 154,967.43 | 330,237.43 | 21,793.13 | 507,097.99 |
| **Net Income/(Loss)** | $ (100.00) | $ (154,967.43) | $ (330,237.43) | $ (21,793.13) | $ (507,097.99) |

**FOOTNOTES:**

[1] Although Chance & Anthem reflects net cash deposits in years 2016 & 2017, when reviewing the consolidated Related Entities, including
Siskind IOTA, they reflect net checks to cash and withdrawals of approximately $168K over the four year period.



PLAINTIFF'S TRIAL EXHIBIT
T-140

GlassRatner Advisory & Capital Group, LLC

Page 1 of 1

## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Consolidated Insolvency Analysis
Summary - Years 2014 to 2017

| Description | December 31, 2014 | December 31, 2015 | December 31, 2016 | December 31, 2017 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| Cash | $ 735,595.09 | $ 59,734.74 | $ 896.33 | $ 1,308.29 |
| 3445 Santa Barbara | - | 1,405,000.00 | 1,300,000.00 | - |
| Due to/from David Merrill | - | 22,618.37 | - | - |
| Due to/from Fiore | 76,000.00 | 119,500.00 | 299,542.65 | 299,542.65 |
| Due to/from Gibson | 2,500.00 | 2,700.00 | 2,700.00 | 3,800.00 |
| Due to/from Jeffrey Siskind | 380,306.34 | 1,070,555.28 | 1,285,669.13 | 1,285,375.18 |
| Due to/from Jeffrey Siskind - Aircraft | 50,462.00 | 241,128.41 | 245,150.92 | 245,150.92 |
| Due to/from Jeffrey Siskind - Auto | - | 26,500.00 | - | - |
| Due to/from OB Real Estate | 1,015,086.25 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 |
| Due to/from Tanya Siskind | - | 4,000.00 | 20,500.00 | 22,700.00 |
| Due to/from Unknown - Santa Barb. Refi. | - | - | 400,000.00 | - |
| Due to/from Wendy Buckingham | - | - | 16,200.00 | 16,200.00 |
| Due to/from William Siskind | 15,192.77 | 15,325.50 | 15,325.50 | 15,325.50 |
| Due to/from Zokaites | 25,000.00 | 117,506.00 | 102,506.00 | 61,448.40 |
| **Total Assets** | **$ 2,300,142.45** | **$ 4,084,568.30** | **$ 4,690,306.16** | **$ 2,950,850.94** |
| **LIABILITIES** | | | | |
| 3445 Santa Barbara Mortgages | $ - | $ 739,445.74 | $ 739,445.74 | $ - |
| 3445 Santa Barbara - Mortgage Refi | - | - | 500,000.00 | - |
| 3485 Lago de Talavera | - | - | 271,586.55 | 271,586.55 |
| Due to/from Carl Sone & David Fiore | - | 770,000.00 | 770,000.00 | 770,000.00 |
| Due to/from Christopher George | 1,911,000.00 | 1,911,000.00 | 1,911,000.00 | 1,911,000.00 |
| Due to/from George Maler | 76,954.33 | 271,249.81 | 288,421.09 | 292,221.09 |
| Due to/from M&T Bank | - | - | 60,000.00 | 60,000.00 |
| Due to/from OB Real Estate | - | 70,986.78 | 33,071.78 | 33,071.78 |
| Due to/from Richard Neff | - | 500,000.00 | 500,000.00 | 500,000.00 |
| Due to/from Siskind Iota | 72,500.00 | 544,330.00 | 133,280.00 | 161,541.00 |
| Due to/from Volkwein | 904,513.85 | 479,606.25 | 479,606.25 | 479,606.25 |
| Due to/from William Siskind | 266.40 | 266.40 | 266.40 | 766.40 |
| In the Weeds | - | - | 99,710.00 | 99,710.00 |
| Sharp Energy | - | - | 1,250.00 | 3,750.00 |
| Transfers between Chance accounts | - | - | 9,720.00 | - |
| **Total Liabilities** | **$ 2,965,234.58** | **$ 5,286,884.98** | **$ 5,797,357.81** | **$ 4,583,253.07** |
| **Solvency/Insolvency** | **$ (665,092.13)** | **$ (1,202,316.68)** | **$ (1,107,051.65)** | **$ (1,632,402.13)** |



PLAINTIFF'S TRIAL EXHIBIT
T-141

GlassRatner Advisory & Capital Group, LLC                                                                 Page 1 of 1

## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Consolidated Summary of Expenses
Summary - Years 2014 to 2017

| Description | December 31, 2014 | December 31, 2015 | December 31, 2016 | December 31, 2017 | Total |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| Income Received | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **Expenses** | | | | | |
| Auto Insurance | - | - | 508.69 | 570.77 | 1,079.46 |
| Bank Fees | 1,278.50 | 918.00 | 3,114.88 | 2,900.50 | 8,211.88 |
| Cash & Withdrawals [1] | (16,405.92) | 29,123.47 | (55,170.00) | (27,808.33) | (70,260.78) |
| Client Expenses | 1,234.75 | 40,640.29 | (3,500.00) | 1,793.76 | 40,168.80 |
| Closing Costs | - | - | 73,054.26 | | 73,054.26 |
| Credit Card | 400.00 | - | - | - | 400.00 |
| Commisions | 377.98 | 18,030.50 | 23,550.00 | - | 41,958.48 |
| Donations | 2,997.83 | 6,423.59 | 3,288.86 | - | 12,710.28 |
| Employee Related | 4,116.97 | 6,439.57 | 61,673.29 | 100.00 | 72,329.83 |
| Gas & auto | 6,294.38 | 16,710.97 | 5,748.53 | 2,297.90 | 31,051.78 |
| Insurance | 2,508.24 | 10.62 | - | - | 2,518.86 |
| Investment in CannaMED | - | - | - | - | - |
| Maintenance | 14,201.72 | 27,461.59 | 29,690.48 | 4,830.66 | 76,184.45 |
| Meals | 9,925.27 | 7,066.55 | 7,224.22 | 4,126.77 | 28,342.81 |
| Miscellaneous | 45,811.42 | 21,303.48 | 19,518.27 | 34,074.12 | 120,707.29 |
| Office Rent/Mortgage | 104,244.41 | 99,357.07 | 180,403.63 | 23,790.54 | 407,795.65 |
| Property Expense | 16,370.63 | 10,294.85 | 95,651.35 | 17,878.52 | 140,195.35 |
| Taxes | (9,320.43) | 363.50 | - | - | (8,956.93) |
| Travel and Entertainment | 13,732.54 | 25,179.42 | 16,052.86 | 4,872.97 | 59,837.79 |
| Utilities | 1,391.85 | 3,512.73 | 6,115.21 | 977.21 | 11,997.00 |
| | | | | | |
| Total Expenses | 199,160.14 | 312,836.20 | 466,924.53 | 70,405.39 | 1,049,326.26 |
| | | | | | |
| **Net Income/(Loss)** | $ (199,160.14) | $ (312,836.20) | $ (466,924.53) | $ (70,405.39) | $ (1,049,326.26) |

**FOOTNOTES:**

[1] Related entity Siskind IOTA reflected an additional approximate $238K of net checks to cash and withdrawals that are not included in this consolidation.



PLAINTIFF'S TRIAL EXHIBIT
**T-142**

**Chance & Anthem, LLC (Case No.: 18-16248-MAM)**
Flowchart Tracing Referenced Funds
Santa Barbara House







**PLAINTIFF'S TRIAL EXHIBIT T-145(A)**

# Chance & Anthem, LLC

**Flowchart Tracing Creditors' Funds - Maler Mortgage - September 3, 2014**
**OB Real Estate Tracing - Chart 1 of 3**

Source: Bank Statements, deposit detail and canceled checks



**FOOTNOTES:**

1) The Siskind IOTA account held a beginning balance before the mortgage proceeds of approximately $221K. In addition to the funds received from the Maler mortgage, the Siskind IOTA received $500K from ▬▬▬▬, approximately $165K from a client related transaction, and approximately $176K from other sources. These other funds were commingled with the remaining $162,761 and used to issue a disbursement of approximately $▬▬▬▬▬▬▬▬▬▬ on September 29, 2014.



**PLAINTIFF'S TRIAL EXHIBIT T-145(B)**

GlassRatner Advisory & Capital Group, LLC

Page 1 of 1

## Chance & Anthem, LLC

**Flowchart Tracing Creditors' Funds - First Maler Mortgage Modification - November 28, 2014**
**OB Real Estate Tracing - Chart 2 of 3**

Source: Bank Statements, deposit detail and canceled checks



**FOOTNOTES:**

1) The Siskind IOTA account held a beginning balance before the mortgage modification proceeds of approximately $23K. In addition to the funds received from the Maler Mortgage Modification, the Siskind IOTA received two deposits of $50,000 from Chance & Anthem, the first on November 24, 2014 and the second on December 23, 2014. These deposits were commingled with the Maler Mortgage Modification proceeds to pay the above mentioned transactions plus an additional $101K in miscellaneous client related expenses.

# Chance & Anthem, LLC

**Flowchart Tracing Creditors' Funds - Second Maler Mortgage Modification - March 28, 2015**
**OB Real Estate Tracing - Chart 3 of 3**

Source: Bank Statements, deposit detail and canceled checks

