# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:                                                          Case No. 18-16248-BKC-MAM
                                                                Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.

_____/

ROBERT C. FURR not individually but                             ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

      Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
et al.

      Defendants.

_____/

## NOTICE OF FILING TRUSTEE'S EXHIBIT REGISTER

Plaintiff, Robert C. Furr (the "Trustee"), not individually but as Chapter 7 Trustee of the

bankruptcy estate of the Debtor, Chance & Anthem, LLC (the "Debtor" or "C&A"), by and

through his undersigned counsel and pursuant to the Court's Order Setting Filing and Disclosure

Requirements for Pretrial and Trial [ECF No. 4], hereby files the Trustee's Trial Exhibit Register

attached hereto as **Exhibit A.** Undersigned counsel provided copies of the trial exhibits via Federal

Express and Sharefile link to the Defendants on May 6, 2020.

Respectfully submitted on this 6th day of May, 2020.

                                       **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                       *Counsel to the Trustee*
                                       100 S.E. 2nd Street, Suite 4400
                                       Miami, FL  33131
                                       Tel.: (305) 349-2300
                                       Fax.: (305) 349-2310

By:    /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.
Fla. Bar No. 60086
jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

via CM/ECF notification upon all interested parties registered to receive electronic notification on

this matter and/or via U.S. Mail as indicated on the Service List below on this 6th day of May,

2020.


By:  /s/ Jesus M. Suarez
Jesus M. Suarez, Esq.

## SERVICE LIST

### *Notice will be served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc. philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
|     Debtor. | |

_____/

| | |
|---|---|
| ROBERT C. FURR not individually but | ADV. NO.  19-01298-MAM |
| as Chapter 7 Trustee of the estate of the | |
| Debtor, Chance & Anthem, LLC, | |

     Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

     Defendants.

_____/

## <u>TRUSTEE'S EXHIBIT REGISTER</u>

Exhibits Submitted on behalf of:

[ X ] Plaintiff       [   ] Defendant      [   ] Debtor      [X] Chapter 7 Trustee

Date of Hearing/Trial:     May 12, 2020 Pretrial Conference

Judge:     The Honorable Mindy A. Mora

**Respectfully submitted: May 6, 2020.**

    **GENOVESE JOBLOVE & BATTISTA, P.A.**
    *Counsel to the Chapter 7 Trustee*
    100 SE Second Street, Suite 4400
    Miami, Florida 33131
    Telephone:   (305) 349-2300
    Facsimile:   (305) 349-2310

    By:   /s/ Jesus M. Suarez
       Jesus M. Suarez, Esq.
       Florida Bar No. 60086
       jsuarez@gjb-law.com
       Barry P. Gruher, Esq.
       Florida Bar No.  960993
       bgruher@gjb-law.com

| Exhibit #/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| T-1 | 12.18.2002 Receipt signed by Jeffrey Siskind receiving $10,000.00 in cash from Fred Volkwein | | | |
| T-2 | 05.08.2013 Quit Claim Deed between Christopher P. George and 3485 Lago De Talavera Trust | | | |
| T-3 | 05.17.2013 Quit Claim Deed between Transamerican Comercial, LTD and TP5, LLC | | | |
| T-4 | RESERVED | | | |
| T-5 | 02.06.2014 Assignment of Mortgage by Michelle Watson to Sovereign Gaming & Entertainment | | | |
| T-6 | 02/06/2014  Indemnity Mortgage 3485 Lago De Talavera Trust | | | |
| T-7 | 02.07.2014 Certificate of Title to OB Real Estate Holdings 1732, LLC | | | |
| T-8 | 02.25.2014 Recorder Warranty Deed for the 11400 Torchwood Acquisition by Beacon & Fiore | | | |
| T-9 | 06.24.2014 Recorder Warranty Deed for the 11400 Torchwood Sale by Beacon & Fiore property | | | |
| T-10 | 09.12.2014 Mortgage Deed by OB Real Estate Holdings 1732, LLC to George A. Maler | | | |
| T-11 | 11.07.2014 SunTrust deposit ticket in the amount $1,159,123.77 | | | |
| T-12 | 11.14.2014 Notice of Lis Pendens Sovereign Gaming & Entertainment, LLC, vs. 3485 Lago De Talavera Trust | | | |

| T-13 | 11.24.2014 Check no. 1003 from the Chance & Anthem's SunTrust account, payable to Ocean Reef Club, in the amount of $13,233.88 | | | |
|---|---|---|---|---|
| T-14 | 12.11.2014 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler. | | | |
| T-15 | 12.23.2014 SunTrust withdrawal ticket for the amount of $58,000.00 | | | |
| T-16 | 12.23.2014 Chance & Anthem's SunTrust statement reflecting outgoing fedwire | | | |
| T-17 | 02.05.2015 SunTrust deposit ticket in the amount $65,092.40 | | | |
| T-18 | 03.05.2015 Check no. 1012 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $10,000.00 | | | |
| T-19 | 03.09.2015  Deed in Lieu of Foreclosure, between Sovereign Gaming and Entertainment, LLC and 3485 Lago  De Talavera Trust | | | |
| T-20 | 03.24.2015 Chase bank statement from account no. ending with xxxxxxxx1866, reflecting fedwire, for the amount of $100,000.00 | | | |
| T-21 | 04.10.2015 SunTrust withdrawal ticket for the amount $90,000.00 | | | |
| T-22 | 04.15.2015 Check no. 1014 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $25,000.00. | | | |
| T-23 | 04.15.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler | | | |
| T-24 | 04.24.2015 SunTrust withdrawal ticket for the amount $45,000.00 | | | |
| T-25 | 04.27.2015 SunTrust withdrawal ticket for the amount $40,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| T-26 | 05.07.2015 Check no. 1015 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of 10,000.00 | | | |
| T-27 | 06.15.2015 Check no. 1017 from the Chance & Anthem's SunTrust account, payable to David Merrill, in the amount of $10,000.00 | | | |
| T-28 | 08/28/2015 Purchase Option Agreement to Sovereign Gaming & Entertainment, LLC | | | |
| T-29 | 10.06.2015 Chance & Anthem's Chase Bank statement reflecting transfer | | | |
| T-30 | 10.09.2015 Chase Bank withdrawal slip for the amount of $59, 500.00 | | | |
| T-31 | 10.19.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler | | | |
| T-32 | 10.27.2015 Operating Agreement for CannaMed Pharmaceuticals, LLC | | | |
| T-33 | 10.29.2015 Email from Jeffrey Siskind to kenbornick@comcast.net re CannaMed Secured Position | | | |
| T-34 | 10.30.2015 Special Warranty Deed by JP Morgan Chase Bank, National Association. 3445 Santa Barbara | | | |
| T-35 | 10.00.2015 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of October 6 through October 30, 2015 | | | |
| T-36 | 11.11.2015 Check no. 1026 from the Chance & Anthem's SunTrust account, payable to Advanced Avionics, in the amount of $100,000.00 | | | |
| T-37 | 11.13.2015 Check no. 1030 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of $10,000.00 | | | |
| T-38 | 11.13.2015 Chance & Anthem's SunTrust statement reflecting outgoing fedwire | | | |

| | | | | |
|---|---|---|---|---|
| **T-39** | 11.13.2015 Mortgage by Chance & Anthem, LLC to New Wave re Santa Barbara House | | | |
| **T-40** | 11.13.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-41** | 11.23.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-42** | 12.02.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-43** | 12.08.2015 Check no. 1037 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $30,000.00 | | | |
| **T-44** | 12.09.2015 Check no. 1038 from the Chance & Anthem's SunTrust account, payable to Second Siskind Family Trust, in the amount of $10,000.00 | | | |
| **T-45** | 12.10.2015 Check no. 1041 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of $15,000.00 | | | |
| **T-46** | 12.11.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-47** | 12.16.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-48** | 12.21.2015 MMCC Announcement of Revised Scoring Timeline for Grower and Processor License Applications | | | |
| **T-49** | 12.21.2015 Email from Jeffrey Siskind to Richard Bardenstein re: CanneMed's Final Business Plan | | | |
| **T-50** | 12.28.2015 SunTrust deposit slip for the amount of $19,481.32 | | | |
| **T-51** | 12.29.2015 Email from Jeffrey Siskind to haybenfc1@aol.comre CannaMed Pharmaceuticals Final Business Plan | | | |

| | | | | |
|---|---|---|---|---|
| **T-52** | 12.31.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-53** | 2016 Economic Outlook | | | |
| **T-54** | RESERVED | | | |
| **T-55** | 02.04.2016 Email from Jeffrey Siskind to Mr. Butrum re Salisbury Plant Funding | | | |
| **T-56** | 02.22.2016 Email from Jonathan Mayer to Jeffrey Siskind re: Revised C&A Finders Agreement | | | |
| **T-57** | 02.24.2016 Email from Jonathan Mayer to Jeffrey Siskind re CannaMed Facility Exec Summary | | | |
| **T-58** | 03.10.2016 Mortgage by Sovereign Gaming & Entertainment, LLC to Tatarow Family Partners, Ltd. | | | |
| **T-59** | 03.21.2016 Email from Jeffrey Siskind to Mayer and Angeline Nanni re CannaMed Mortgage Program | | | |
| **T-60** | 03.30.2016 Mortgage to ABK South Properties, LLC by Chance & Anthem, LLC | | | |
| **T-61** | 03.31.2016 Commercial Lease with Option to Purchase between 27120 Ocean Gateway, LLC, and Chance & Anthem, LLC. | | | |
| **T-62** | 03.31.2016 Settlement Statement between 27120 Ocean Gateway, LLC and Machining Technologies, Incorporated | | | |
| **T-63** | 03.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of March 1st through March 31, 2016 | | | |
| **T-64** | 04.13.2016 Chase deposit slip in the amount of $10,000.00 | | | |

| T-65 | 05.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of April 30 through May 31, 2016 | | | |
|---|---|---|---|---|
| T-66 | 06.09.2016 Email from Jeffrey Siskind to blake@arlawgrp.com, jeff@arlawgrp.com, kamcorp73@gmail.com re: CannaMed Unit Purchase | | | |
| T-67 | 06.29.2016 Check no. 1210 from the Chance & Anthem's JPMorgan Chase Bank account, payable to Tanya Siskind in the amount of $6,000.00 | | | |
| T-68 | 07.18.2016 Chase deposit slip for the amount of $7,000.00, Chance & Anthem's account | | | |
| T-69 | 07.19.2016 Chase deposit slip for the amount of $25,000.00, Chance & Anthem's account | | | |
| T-70 | 07/19/2016  Assignment of Second Mortgage to George and Jeri Maler | | | |
| T-71 | 08.02.2016 Email from Jeffrey Siskind to Frank Wise re CannaMed (3Gen subscription agreement | | | |
| T-72 | 09.09.2016 Chase withdrawal slip for the amount of $4,000.00, from Chance & Anthem's account | | | |
| T-73 | 09.21.2016  Assignment of Mortgage by George A. Maler | | | |
| T-74 | 09.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of September 1st through September 30, 2016 | | | |
| T-75 | 10.14.2016 Check no. 1308 from the Chance & Anthem's JPMorgan Chase Bank account, payable to Palm Beach Riding Academy, in the amount of $2,500.00 | | | |
| T-76 | 10.31.2016 Chase Deposit slip in to Chance & Anthem's account | | | |

| T-77 | RESERVED | | | |
|---|---|---|---|---|
| T-78 | 11.17.2016 Complaint for Foreclosure<br>Palm Beach County Circuit Court<br>Tatarow Family Partners LTD v. Sovereign Gaming & Entertainment, LLC | | | |
| T-79 | 12.14.2016 Article of Amendment to Article of Organization of OB Real Estate Holdings 732, LLC | | | |
| T-80 | 04.05.2017 Affidavit of Carl Stone<br>Palm Beach 15th Circuit Court<br>New Wave Lenders v. Chance & Anthem, LLC | | | |
| T-81 | 07/05/2017 Certificate of Title re Santa Barbara House | | | |
| T-82 | 08.03.2017 Verified Complaint to Foreclose Mortgage<br>Palm Beach Sixteen Circuit Court<br>Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad | | | |
| T-83 | 08.07.2017  Notice of Lis Pendens<br>Palm Beach Sixteen Circuit Court<br>Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad | | | |
| T-84 | 08.15.2017 Complaint for Damages and Injunctive Relief Circuit Court of Maryland<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| T-85 | 08.23.2017 Assignment of Mortgage by Tatarow Family Partners, Ltd to Zokaites Properties, LP | | | |
| T-86 | 10.12.2017  Assignment of Mortgage to Zokaites Properties by Chance & Anthem | | | |
| T-87 | 10.30.2017 Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |

| T-88 | 01.29.2018 Voluntary Petition<br>Chance & Anthem, LLC<br>Case No. 18-16248-MAM | | | |
|---|---|---|---|---|
| T-89 | 01.30.2018 Order Granting Defendants'<br>Motion to Dismiss, or, in the Alternative<br>for Summary Judgment<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs.<br>Natalie M. LaPrade Maryland Medical<br>Cannabis Commission | | | |
| T-90 | 02.01.2018 Warranty Deed by OB Real<br>Estate Holdings 1732, LLC to Esrick PB<br>Office, LLC, A , FL LLC | | | |
| T-91 | 02.12.2018 Bankruptcy Schedules for<br>Chance & Anthem, LLC [ECF No. 11]<br>Bankruptcy Court for the Southern District<br>of Florida – Case No. 18-16248 | | | |
| T-92 | 02/19/2018 Plaintiff's Motion for<br>Reconsideration of Order Dismissing Case<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs.<br>Natalie M. LaPrade Maryland Medical<br>Cannabis Commission | | | |
| T-93 | 04/02/2018 Order Denying Plaintiff's<br>Motion for Reconsideration of Order<br>Dismissing Case<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs.<br>Natalie M. LaPrade Maryland Medical<br>Cannabis Commission | | | |
| T-94 | 04.24.2018 Amended Bankruptcy<br>Schedules A/B for Chance & Anthem,<br>LLC [ECF No. 59]<br>Bankruptcy Court for the Southern District<br>of Florida – Case No. 18-16248 | | | |
| T-95 | 05.01.2018 Notice of Appeal<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs.<br>Natalie M. LaPrade Maryland Medical<br>Cannabis Commission | | | |
| T-96 | RESERVED | | | |

| | | | | |
|---|---|---|---|---|
| T-97 | 05.14.2018 Civil Appeal Information Report Court of Special Appeals of Maryland | | | |
| T-98 | 06.18.2018 Proof of Claim 1-1, Filed by Delmarva Power Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-99 | 07.09.2018 Proof of Claim 2-1, Filed by Richard Barclay Neff, Jr. Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-100 | 07.09.2018 Transcript of 341 Meeting of Creditors Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-101 | 07.23.2018 Docket Report Circuit Court of Maryland Case No. 24C17004230 CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| T-102 | 08.07.2018 Proof of Claim 3-1, Filed by Sarenil Associates, LLC c/o Frederick Volkwein Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-103 | 08.09.2018 Proof of Claim 4-1, Filed by Christopher George and Dianna George Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-104 | 08.09.2018 Proof of Claim 5-1, Filed by David Fiore and Carl Stone Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-105 | 08.10.2018 Proof of Claim 6-1, Filed by 3485 Lago De Talavera Trust Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-106 | 09.05.2018 Transcript of 2004 Examination of Jeffrey M. Siskind. Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-107 | 10.29.2019 Letter from Siskind Legal, P.L.L.C. to Jesus Suarez, Esq. re: Notice of Forfeiture of CannaMed Pharmaceuticals, LLC | | | |

10

| | | | | |
|---|---|---|---|---|
| T-108 | 11.01.2019 First Amended Complaint filed by Chapter 7 Trustee Robert C. Furr against Jeffrey M. Siskind, et al. [ECF No. 95]<br>Bankruptcy Court for the Southern District of Florida – Adv. Case No. 19-01298 | | | |
| T-109 | 11.12.2019 Proof of Claim 7-1, Filed by Frank R. Zokaites<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-110 | 12.19.2019 Transcript of Continued 2004 Examination of Jeffrey M. Siskind.<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-111 | 02.10.2020 Proof of Claim 8-1, Filed by Jeffrey M. Siskind<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-112 | 2.21.2020 MMCC Announcements<br>MMCC.Maryland.gov | | | |
| T-113 | 2.21.2020 MMCC Frequently Asked Questions<br>MMCC.Maryland.Gov | | | |
| T-114 | 02.26.2020 Sunbiz.org corporate search results for Florida Association of Community Banks and Credit Unions | | | |
| T-115 | 02.26.2020 Sunbiz.org corporate search results for OB Real Estate Holdings 1732, LLC | | | |
| T-116 | 02.26.2020 Sunbiz.org corporate search results for Siskind Legal Services, LLC | | | |
| T-117 | 02.26.2020 Sunbiz.org corporate search results for Sovereign Gaming & Entertainment, LLC | | | |
| T-118 | 02.26.2020 Sunbiz.org corporate search results for Sympatico Equine Rescue, Inc. | | | |
| T-119 | 02.26.2020 Sunbiz.org corporate search results for Wellington 3445, LP | | | |

| | | | | |
|---|---|---|---|---|
| **T-120** | 03.02.2020 Maryland.gov entity search results for Nucanna Pharmaceuticals, LLC. | | | |
| **T-121** | 03.04.2020 Retrospective Appraisal Report prepared by expert Gregory P. Edison, MAI, CCIM, for the 3445 Santa Barbara property. | | | |
| **T-122** | 04.13.2020 Docket Report Circuit Court of Maryland Case No. 24C17004230 CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-123** | 04.20.2020 Expert Report of Alan R. Barbee, CPA/ABV | | | |
| **T-124** | 05.05.2020 Docket Report Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(A)** | 03.14.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 34] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(B)** | 12.17.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 150] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(C)** | 09.15.2014 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 265] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(D)** | 06.01.2015 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 406] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |

| | | | | |
|---|---|---|---|---|
| **T-125** | 05.05.2020 Docket Report<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem,<br>LLC | | | |
| **T-125(A)** | 11.08.2016 Complaint for Mortgage<br>Foreclosure and Damages<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem,<br>LLC | | | |
| **T-125(B)** | 12.05.2016 Answer, Affirmative Defenses<br>and Counterclaim<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem,<br>LLC | | | |
| **T-125(C)** | 02.02.2017 Order Granting Plaintiff's<br>Motion to Dismiss Second Amended<br>Counterclaim<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem,<br>LLC | | | |
| **T-125(D)** | 02.23.2017 Motion to Substitute Party-<br>Plaintiff<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem,<br>LLC | | | |
| **T-126** | CannaMed Pharmaceuticals Company<br>Business Plan | | | |
| **T-127** | Default of Rent letters sent to Mr. Siskind<br>by Alan Bias | | | |
| **T-128** | Bank of America bank records<br>[Composite Exhibit] | | | |
| **T-128(A)** | 08.23.2018 Bank of America Certification | | | |
| **T-129** | JPMorgan Chase Bank Record | | | |

| | | | | |
|---|---|---|---|---|
| **T-129(A)** | 07.05.2018 JPMorgan Chase Bank Certification | | | |
| **T-130** | PNC Bank Records [Composite Exhibit] | | | |
| **T-130(A)** | 08.23/2018 PNC BANK Certification | | | |
| **T-130(B)** | 08.30.2018 PNC Bank Certification | | | |
| **T-131** | *In re Siskind* Monthly Operating Reports [Composite Exhibit] | | | |
| **T-132** | SunTrust Bank Records [Composite Exhibit] | | | |
| **T-132(A)** | 09.13.2018 SunTrust Certification | | | |
| **T-133** | Wells Fargo Bank Records [Composite Exhibit] | | | |
| **T-133(A)** | 08.24.2018 Wells Fargo Certification | | | |
| **T-134** | Chance & Anthem, LLC Summary Detail of Disbursements – Cash & Withdrawals | | | |
| **T-135** | Chance & Anthem, LLC Summary of Transfers to Tanya Siskind | | | |
| **T-136** | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Christopher George | | | |
| **T-137** | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Carl Stone & David Fiore | | | |

| T-138 | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Frederick Volkwein | | | |
|---|---|---|---|---|
| T-139 | 2014 – 2017 Chance & Anthem, LLC Summary Insolvency Analysis | | | |
| T-140 | 2014 - 2017 Chance & Anthem, LLC Summary of Expenses | | | |
| T-141 | 2014 – 2017 Chance & Anthem, LLP Summary Consolidated Insolvency Analysis | | | |
| T-142 | 2014 – 2017 Chance & Anthem, LLC Consolidated Summary of Expenses | | | |
| T-143 | 2015 – 2018 Chance & Anthem Chase Transactions' Register | | | |
| T-144 | 02.26.2020 Debtor's Notice of Filing Consent to Creditor Proofs of Claim | | | |
| T-145(A) | Chance & Anthem,LLC Summary Flowchart Tracing Referenced Funds – Santa Barbara House | | | |
| T-145(B) | Chance & Anthem, LLC Summary Flowchart Tracing OB Real Estate Funds | | | |
| T-146 | CONFIDENTIAL Trust Account Records | | | |