**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                  Case No. 18-16248-BKC-MAM
CHANCE & ANTHEM, LLC,                                 Chapter 7
     Debtor.
_____/

ROBERT C. FURR not individually but                   ADV. NO.  19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

     Plaintiff,
v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

     Defendants.
_____/

**REQUEST FOR JUDICIAL NOTICE OF PUBLIC RECORDS**
**IN CONNECTION WITH THE TRIAL OF THIS ADVERSARY PROCEEDDING**

     Plaintiff, Robert C. Furr (the "Trustee"), not individually but as Chapter 7 Trustee of the

bankruptcy estate of the Debtor, Chance & Anthem, LLC (the "Debtor" or "C&A"), by and

through his undersigned counsel, requests the Court to take judicial notice of the following

public records in connection with trial in the above-captioned adversary proceeding pursuant to

Rule 201(b) of the Federal Rules of Evidence:[1]

_____

[1] The Court may take judicial notice of the referenced public records pursuant to Rule 201(b) of
the Federal Rules of Evidence because they are not subject to reasonable dispute in that they are
either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of
accurate and ready determination by resort to sources whose accuracy cannot reasonably be
questioned. *See, e.g., Universal Foam v. Kohr* (*In re Kohr*), 399 B.R. 284, 287 (Bankr. M.D. Fla.
2008) (court may take judicial notice of the docket and documents filed in litigation related to the
debtor).

| Exhibit[2] | Description |
|---|---|
| T-2 | 05.08.2013 Quit Claim Deed between Christopher P. George and 3485 Lago De Talavera Trust<br>*Palm Beach County Official Records* |
| T-3 | 05.17.2013 Quit Claim Deed between Transamerican Comercial, LTD and TP5, LLC<br>*Palm Beach County Official Records* |
| T-5 | 02.06.2014 Assignment of Mortgage by Michelle Watson to Sovereign Gaming & Entertainment<br>*Palm Beach County Official Records* |
| T-6 | 02/06/2014  Indemnity Mortgage 3485 Lago De Talavera Trust<br>*Palm Beach County Official Records* |
| T-7 | 02.07.2014 Certificate of Title to OB Real Estate Holdings 1732, LLC<br>*Palm Beach County Official Records* |
| T-8 | 02.25.2014 Recorder Warranty Deed for the 11400 Torchwood Acquisition by Beacon & Fiore<br>*Palm Beach County Official Records* |
| T-9 | 06.24.2014 Recorder Warranty Deed for the 11400 Torchwood Sale by Beacon & Fiore property<br>*Palm Beach County Official Records* |
| T-10 | 09.12.2014 Mortgage Deed by OB Real Estate Holdings 1732, LLC to George A. Maler<br>*Palm Beach County Official Records* |
| T-12 | 11.14.2014 Notice of Lis Pendens<br>Sovereign Gaming & Entertainment, LLC, vs. 3485 Lago De Talavera Trust<br>*Palm Beach County Official Records* |
| T-14 | 12.11.2014 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler<br>*Palm Beach County Official Records* |
| T-19 | 03.09.2015  Deed in Lieu of Foreclosure, between Sovereign Gaming and Entertainment, LLC and 3485 Lago  De Talavera Trust<br>*Palm Beach County Official Records* |

---

[2] Copies of the referenced exhibits have been served upon the parties pursuant to the Court's Pre-Trial Scheduling Order [ECF No. 3] and may be filed upon request.

| | |
|---|---|
| **T-23** | 04.15.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler<br>*Palm Beach County Official Records* |
| **T-31** | 10.19.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler<br>*Palm Beach County Official Records* |
| **T-34** | 10.30.2015 Special Warranty Deed by JP Morgan Chase Bank, National Association. 3445 Santa Barbara<br>*Palm Beach County Official Records* |
| **T-39** | 11.13.2015 Mortgage by Chance & Anthem, LLC to New Wave re Santa Barbara House<br>*Palm Beach County Official Records* |
| **T-58** | 03.10.2016 Mortgage by Sovereign Gaming & Entertainment, LLC to Tatarow Family Partners, Ltd.<br>*Palm Beach County Official Records* |
| **T-60** | 03.30.2016 Mortgage to ABK South Properties, LLC by Chance & Anthem, LLC<br>*Palm Beach County Official Records* |
| **T-70** | 07/19/2016  Assignment of Second Mortgage to George and Jeri Maler<br>*Palm Beach County Official Records* |
| **T-73** | 09.21.2016  Assignment of Mortgage by George A. Maler<br>*Palm Beach County Official Records* |
| **T-79** | 12.14.2016 Article of Amendment to Article of Organization of OB Real Estate Holdings 732, LLC<br>*Palm Beach County Official Records* |
| **T-81** | 07/05/2017 Certificate of Title re Santa Barbara House<br>*Palm Beach County Official Records* |
| **T-82** | 08.03.2017 Verified Complaint to Foreclose Mortgage<br>Palm Beach Fifteenth Circuit Court<br>Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad<br>Case No. 502017CA8682XXXXXMB |
| **T-83** | 08.07.2017  Notice of Lis Pendens<br>Palm Beach Fifteenth Circuit Court<br>Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad<br>Case No. 502017CA8682XXXXXMB |

| T-85 | 08.23.2017 Assignment of Mortgage by Tatarow Family Partners, Ltd to Zokaites Properties, LP<br>*Palm Beach County Official Records* |
|---|---|
| T-86 | 10.12.2017  Assignment of Mortgage to Zokaites Properties by Chance & Anthem<br>*Palm Beach County Official Records* |
| T-88 | 01.29.2018 Voluntary Petition<br>In re Chance & Anthem, LLC [ECF No. 1]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-91 | 02.12.2018 Bankruptcy Schedules for Chance & Anthem, LLC [ECF No. 11]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-94 | 04.24.2018 Amended Bankruptcy Schedules A/B for Chance & Anthem, LLC [ECF No. 59]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-98 | 06.18.2018 Proof of Claim 1-1, Filed by Delmarva Power<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-99 | 07.09.2018 Proof of Claim 2-1, Filed by Richard Barclay Neff, Jr.<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-100 | 07.09.2018 Transcript of 341 Meeting of Creditors Bankruptcy Court<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-102 | 08.07.2018 Proof of Claim 3-1, Filed by Sarenil Associates, LLC c/o Frederick Volkwein<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-103 | 08.09.2018 Proof of Claim 4-1, Filed by Christopher George and Dianna George<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| T-104 | 08.09.2018 Proof of Claim 5-1, Filed by David Fiore and Carl Stone<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |

| | |
|---|---|
| **T-105** | 08.10.2018 Proof of Claim 6-1, Filed by 3485 Lago De Talavera Trust<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| **T-106** | 09.05.2018 Transcript of 2004 Examination of Jeffrey M. Siskind.<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| **T-109** | 11.12.2019 Proof of Claim 7-1, Filed by Frank R. Zokaites<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| **T-110** | 12.19.2019 Transcript of Continued 2004 Examination of Jeffrey M. Siskind.<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| **T-111** | 02.10.2020 Proof of Claim 8-1, Filed by Jeffrey M. Siskind<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>*Case No. 18-16248-MAM* |
| **T-124** | *In re Jeffrey Siskind*<br>05.05.2020 Docket Report<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 13-13096 |
| **T-124(A)** | 03.14.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 34]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 13-13096 |
| **T-124(B)** | 12.17.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 150]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 13-13096 |
| **T-124(C)** | 09.15.2014 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 265]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 13-13096 |
| **T-124(D)** | 06.01.2015 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 406]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 13-13096 |

| T-125 | 05.05.2020 Docket Report<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC |
|---|---|
| T-125(A) | 11.08.2016 Complaint for Mortgage Foreclosure and Damages<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC |
| T-125(B) | 12.05.2016 Answer, Affirmative Defenses and Counterclaim<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC |
| T-125(C) | 02.02.2017 Order Granting Plaintiff's Motion to Dismiss Second Amended Counterclaim<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC |
| T-125(D) | 02.23.2017 Motion to Substitute Party-Plaintiff<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC |
| T-131 | In re Siskind Monthly Operating Reports [Composite Exhibit]<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 13-13096<br>*In re Jeffrey Siskind*, Case No. 13-13096 |
| T-144 | 02.26.2020 Debtor's Notice of Filing Consent to Creditor Proofs of Claim<br>*U.S. Bankruptcy Court (S.D. Fla.)*<br>Case No. 18-16248-MAM |

**WHEREFORE**, the Trustee respectfully requests the Court to take judicial notice of the foregoing public records in connection with the trial in the above-captioned matter and for such further relief as the Court may deem appropriate.

Respectfully submitted this 6th day of May, 2020.

> GENOVESE JOBLOVE & BATTISTA, P.A.
> Counsel to the Chapter 7 Trustee
> 100 S.E. 2nd Street, Suite 4400
> Miami, Florida 33131
> Tel. (305) 349-2300
> Fax. (305) 349-2310
>
> By:/s/   Jesus M. Suarez
>       Jesus M. Suarez, Esq.
>       Florida Bar No. 60086
>       JSuarez@GJB-Law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 6th day of May, 2020.

> By:   /s/ Jesus M. Suarez
>       Jesus M. Suarez, Esq.

7

## SERVICE LIST

***Notice will be served via CM/ECF upon:***

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc. philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind philip@philipbharris.com

9

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com