**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                  Case No. 18-16248-BKC-MAM
                                                                             Chapter 7
CHANCE & ANTHEM, LLC,
          Debtor.
_____/

ROBERT C. FURR not individually but                     ADV. NO.  19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

          Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

          Defendants.
_____/

**CHAPTER 7 TRUSTEE ROBERT C. FURR'S RESPONSE IN OPPOSITION**
**TO ADVERSARY DEFENDANT JEFFREY SISKIND'S (I) MOTION TO EXTEND**
**TIME TO CONDUCT DISCOVERY[ECF NO. 284]; AND (II) MOTION TO CONTINUE**
**PRETRIAL AND FOR EXTENSION OF PRETRIAL DEADLINES [ECF NO. 290]**

          Plaintiff, Robert C. Furr (the "Trustee" or "Plaintiff"), not individually, but as Chapter 7

Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC ("Debtor" or "C&A"),

files this Response in Opposition (the "Response") to the (i) Motion to Extend Time to Conduct

Discovery [ECF No. 284] ("Motion to Extend"); and (ii) Motion to Continue Pretrial Conference

and for Extension of Pretrial Deadlines [ECF No. 290] (the "Motion to Continue") filed by

Defendant Jeffrey Siskind ("Siskind"), and states:

          1.          Defendant Siskind is the architect of every transaction at issue in this Adversary

Proceeding.  Significantly, Siskind chose to file this Chapter 7 case in his capacity as both

managing member of the Debtor and as its pre-petition counsel [Main Case, ECF No. 1].

Siskind has actively participated in this Adversary Proceeding since its inception despite having been disqualified as counsel to parties other than himself (i.e., the "Related Defendants"). [ECF No. 92].

2.      Now, on the eve of the pretrial conference, Siskind seeks a belated six (6) month extension of the pretrial conference and a continuance of all expired pretrial deadlines. Motion to Continue at ¶7. The Trustee opposes the request and requests that the case be set for trial as soon as practicable, including through virtual means, to avoid unnecessary delays in adjudicating the merits of the remaining counts set forth in the First Amended Complaint [Adv. ECF No. 95].

3.      This Adversary Proceeding has been pending since August 6, 2019 [ECF No.1]. On August 7, 2019, the Court issued its Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] (the "Pretrial Order"). The Pretrial Order was twice amended by mutual agreement of all of the parties [ECF Nos. 59, 197]. The current pretrial schedule has been in place since December 16, 2019. Notably, apart from Siskind, none of the other co-Defendants have sought to modify the Pretrial Order and are separately represented by counsel.

4.      There are at least four independent reasons to deny the Motion to Continue and the Motion to Extend.

5.      First, Siskind claims that he has been denied an opportunity to depose witnesses including, the Chapter 7 Trustee and his forensic accountant. *See* Motion to Extend at ¶2. This is false. The Trustee's deposition was scheduled by agreement of the parties on February 11, 2020. In the middle of the night before the deposition, Siskind unilaterally cancelled the deposition [ECF No. 247]. Siskind made no further effort to reschedule the deposition, but raised the issue with the Court as recently as March 31, 2020 during the hearing on Siskind's Motion to Lift Preliminary Injunction [ECF No. 259]. At the time, the Court admonished the parties to conduct depositions using means consistent with social distancing.

2

6.      Moreover, Siskind did not attempt to coordinate the deposition of the Trustee or his experts until Thursday, April 23, 2020 at 10:39 p.m.  The Trustee's counsel provided him dates for the deposition of the Trustee and his experts the following afternoon.  At that time, the Trustee's counsel advised Siskind that he would agree to seek a modification of the Pretrial Order in order to permit Siskind to depose the witnesses prior to the May 12, 2020 pretrial conference.  Siskind declined to notice the depositions and instead demanded the Trustee's counsel provide him copies of his firm's insurance policies (Trustee's counsel declined this invitation).  *See* Correspondence between J. Suarez and Siskind, a copy of which is annexed as **Composite Exhibit "A"**.

7.      Second, Siskind claims that the parties have failed to confer on the joint pretrial stipulation.  *See* Motion to Continue at ¶6. This is also false.  In compliance with the Pretrial Order, the Trustee's counsel provided Defendants with a proposed draft of a joint pretrial stipulation on April 28, 2020 and again inquired on May 7, 2020.   Defendants have refused to respond, to date, concerning the draft proposed stipulation.  *See* Correspondence between J. Suarez and J. Siskind, a copy of which is annexed as **Composite Exhibit "B"**.

8.      Third, the Motion to Continue should be denied because it is untimely and granting it would be prejudicial to the Trustee particularly where, as here, the Motion to Continue seeks to extend deadlines that have already passed.  The Trustee has complied with all of the obligations of the Pretrial Order, including serving his trial exhibits and exhibit register [ECF No. 288] and notice of intent to use summaries [ECF No. 287].  Siskind waited until he had the benefit of receiving the Trustee's trial materials before he sought to extend the deadlines.

9.      Fourth, the Trustee timely disclosed his expert witnesses and provided their expert reports ahead of schedule.  The Pretrial Order required the Trustee to serve his expert reports by April 28, 2020.  The Trustee served his expert reports on April 21, 2020 together with his expert

disclosure upon Siskind and other co-Defendants. The Trustee thereafter made his experts available to Siskind for deposition immediately upon request. *See* **Exhibit "A."** Siskind has similarly declined the opportunity depose the Trustee's experts through means consistent with social distancing.

10.     The Trustee respectfully requests the Court set this Adversary Proceeding for trial as soon as practicable given the procedural history of this case. This can be accomplished by way of video conference for which the Court is well equipped to conduct such bench trials. While the Trustee is sympathetic to the restrictions imposed upon litigants by the Coronavirus pandemic, this global tragedy should not be used simply as a shield or excuse for litigants who have failed to timely prepare their cases.

11.     Indeed, the practice of conducting bench trials by video conference has been successfully implemented in numerous cases with far greater complexity than this Adversary Proceeding. *See e.g., Jones v. DeSantis*, Case No. 19-cv-00300-RH-MJF (N.D. Fla) (virtual trial concerning Florida's implementation of felon voting rights pursuant to Amendment 4 to the Florida Constitution). In fact, even the United States Supreme Court has recently conducted oral arguments by telephone for the first time in the history of our nation. There is no reason that this case cannot similarly and fairly be tried through virtual means.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as Chapter 7 Trustee, respectfully requests the Court enter an Order (i) denying the Motion for Extension and Motion to Continue; (ii) scheduling trial in this Adversary Proceeding; and (iii) for such further relief as the Court deems just and proper.

Respectfully submitted this <u>8th</u> day of May, 2020.

> **GENOVESE JOBLOVE & BATTISTA, P.A.**
> Counsel to the Chapter 7 Trustee
> 100 S.E. 2nd Street, Suite 4400
> Miami, Florida  33131
> Tel.: (305) 349-2300
> Fax.: (305) 349-2310
>
> By:____/s/ Jesus M. Suarez_____
>      John H. Genovese, Esq.
>      Florida Bar No. 280852
>      Jesus M. Suarez, Esq.
>      Fla. Bar No. 60086
>      Barry P. Gruher, Esq.
>      Florida Bar No. 960993

### <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this <u>8th</u> day of May, 2020.

> By: <u>/s/ *Jesus M. Suarez*</u>
>     Jesus M. Suarez, Esq.

## **SERVICE LIST**

### ***Served Via CM/ECF Notification***

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

# EXHIBIT A

**Suarez, Jesus**

| | |
|---|---|
| **From:** | Suarez, Jesus |
| **Sent:** | Friday, April 24, 2020 2:57 PM |
| **To:** | 'Jeffrey Siskind'; philip@philipbharris.com |
| **Cc:** | Genovese, John; Gruher, Barry; rfurr@furrcohen.com |
| **Subject:** | RE: Chance & Anthem - Housekeeping Matters and Demand for Insurance Coverage Information |

We will not agree to reschedule the pretrial conference date or extend any other deadlines.  We encourage you to make those dates work.  In our experience, court reporting firms are readily scheduling video conference depositions.  We are again declining to provide you our firm's insurance information.

Jesus M. Suarez
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

---

**From:** Jeffrey Siskind <jeffsiskind@msn.com>
**Sent:** Friday, April 24, 2020 2:54 PM
**To:** Suarez, Jesus <jsuarez@gjb-law.com>; philip@philipbharris.com
**Cc:** Genovese, John <jgenovese@gjb-law.com>; Gruher, Barry <bgruher@gjb-law.com>; rfurr@furrcohen.com
**Subject:** RE: Chance & Anthem - Housekeeping Matters and Demand for Insurance Coverage Information

Those dates may be too close in time due to the need to schedule the videoconferencing.  I will file the motion for an extension and assume that you agree to same.  Finally, I am again requesting that you provide me with your firm's insurance information.

Thank you,

Jeffrey M. Siskind, Esquire
**S I S K I N D   L E G A L , P L L C**
1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

*Note: Because of the possibility that emails may be automatically sent to a junk mail folder by our servers, or our unavailability to timely review all emails, you should NOT presume your email to this writer has been received AND READ unless a reply from the recipient to your email has been received by you, which contains the full contents of the email you provided to this writer.*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein. THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.  ****
PLEASE NOTE **** Delivery of this communication is not intended to create, and receipt does not constitute, an Attorney-

Client relationship. We cannot serve as your counsel in any matter unless we mutually agree that I will represent you. No Attorney-Client relationship is formed unless specifically agreed to and signed in writing. The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be Attorney-Client Privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file. If you reply to this communication, it is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information. **A part of this law firm's practice involves the collection of debts** on behalf of our clients. If you are someone against whom one of our clients has a claim, please be aware that this communication is from a Debt Collector as defined by the Fair Debt Collection Practices Act and any information obtained from you may be used for the purpose of collecting a debt. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Friday, April 24, 2020 2:43 PM
**To:** 'Jeffrey Siskind' <jeffsiskind@msn.com>; philip@philipbharris.com
**Cc:** Genovese, John <jgenovese@gjb-law.com>; Gruher, Barry <bgruher@gjb-law.com>; rfurr@furrcohen.com
**Subject:** RE: Chance & Anthem - Housekeeping Matters and Demand for Insurance Coverage Information

Jeffrey–

1. The Trustee is available for deposition by videoconferencing on April 30 and May 1. I am copying Mr. Harris in order to make sure that all counsel in this adversary proceeding coordinate their participation. Please confirm and notice the deposition by Monday and have your court reporting firm send us their videoconference instructions by no later than Tuesday. We suggest that you file an agreed ex-parte motion to extend the April 28 discovery deadline to permit for the scheduling of the deposition.
2. Mr. Barbee and Mr. Eidson are available on 5/5 and 5/6. Mr. Barbee has a telephonic court appearance on 5/5 at 10:30 a.m. but can be available thereafter. Same caveats as above.
3. We decline your request to provide you with our insurance information and dispute the balance of your e-mail.

Jesus

Jesus M. Suarez
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

**From:** Jeffrey Siskind <jeffsiskind@msn.com>
**Sent:** Thursday, April 23, 2020 10:39 PM
**To:** Suarez, Jesus <jsuarez@gjb-law.com>
**Subject:** Chance & Anthem - Housekeeping Matters and Demand for Insurance Coverage Information

Jesus –
(1) At this point I believe that it is appropriate that we agree that Robert Furr's deposition will need to be conducted remotely by videoconference. Unless you believe that we first need Judge Mora's consent to do so, we need to coordinate that by no later than the end of next week.
(2) I also need to set in Alan Barbee for a remote deposition as well as your other expert(s), and I request that you suggest some dates in May that everyone can make themselves available so these can be scheduled.
(3) Also, in view of the present context of the case, I am requesting that you provide me with complete information concerning your and your firm's malpractice insurance coverage.

Please attend to these matters expeditiously so that we can move forward with this case.  I realize that you have a lot of other work, but the Furr deposition particularly has languished far too long.

Thank you,

Jeffrey M. Siskind, Esquire

**S I S K I N D   L E G A L , P L L C**

1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

*Note: Because of the possibility that emails may be automatically sent to a junk mail folder by our servers, or our unavailability to timely review all emails, you should NOT presume your email to this writer has been received AND READ unless a reply from the recipient to your email has been received by you, which contains the full contents of the email you provided to this writer.*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein. THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.   **** PLEASE NOTE **** Delivery of this communication is not intended to create, and receipt does not constitute, an Attorney-Client relationship. We cannot serve as your counsel in any matter unless we mutually agree that I will represent you. No Attorney-Client relationship is formed unless specifically agreed to and signed in writing. The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be Attorney-Client Privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.  If you reply to this communication, it is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information.  **A part of this law firm's practice involves the collection of debts** on behalf of our clients. If you are someone against whom one of our clients has a claim, please be aware that this communication is from a Debt Collector as defined by the Fair Debt Collection Practices Act and any information obtained from you may be used for the purpose of collecting a debt. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed.

# EXHIBIT B

**Suarez, Jesus**

---

| | |
|---|---|
| **From:** | Jeffrey Siskind <jeffsiskind@msn.com> |
| **Sent:** | Tuesday, April 28, 2020 4:51 PM |
| **To:** | Suarez, Jesus |
| **Cc:** | philip@philipbharris.com |
| **Subject:** | RE: Furr v. Siskind  - ADV. NO. 19-01298-MAM |

No.  I disagree.  Settlement discussions are mandatory.

Thank you,

Jeffrey M. Siskind, Esquire

**S I S K I N D   L E G A L , P L L C**

1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

*Note: Because of the possibility that emails may be automatically sent to a junk mail folder by our servers, or our unavailability to timely review all emails, you should NOT presume your email to this writer has been received AND READ unless a reply from the recipient to your email has been received by you, which contains the full contents of the email you provided to this writer.*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein. THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.   ****
PLEASE NOTE **** Delivery of this communication is not intended to create, and receipt does not constitute, an Attorney-Client relationship. We cannot serve as your counsel in any matter unless we mutually agree that I will represent you. No Attorney-Client relationship is formed unless specifically agreed to and signed in writing. The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be Attorney-Client Privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.  If you reply to this communication, it is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information.  **A part of this law firm's practice involves the collection of debts** on behalf of our clients. If you are someone against whom one of our clients has a claim, please be aware that this communication is from a Debt Collector as defined by the Fair Debt Collection Practices Act and any information obtained from you may be used for the purpose of collecting a debt. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Tuesday, April 28, 2020 4:47 PM

**To:** philip@philipbharris.com; Jeffrey Siskind (jeffsiskind@msn.com) <jeffsiskind@msn.com>
**Cc:** Gruher, Barry <bgruher@gjb-law.com>; Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com
**Subject:** Furr v. Siskind - ADV. NO. 19-01298-MAM

Counsel,

Attached is our proposed draft joint pre-trial stipulation.

Please provide us your proposed revisions in red-line.

The local form requires us to certify that we have conferred regarding settlement of this case.  The Trustee proposes to certify that settlement discussions in this case are unwarranted.

Jesus



Jesus M. Suarez
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Main 305.349.2300
Direct 305.913.6682
Fax 305.428.8831
jsuarez@gjb-law.com | www.gjb-law.com

Miami | Fort Lauderdale | Tampa

**Suarez, Jesus**

---

| | |
|---|---|
| **From:** | Suarez, Jesus |
| **Sent:** | Tuesday, April 28, 2020 5:21 PM |
| **To:** | 'Jeffrey Siskind'; philip@philipbharris.com |
| **Cc:** | Gruher, Barry; Genovese, John; rfurr@furrcohen.com |
| **Subject:** | RE: Furr v. Siskind  - ADV. NO. 19-01298-MAM |

We need to submit the pretrial stipulation one business day prior to the pretrial conference.

Jesus M. Suarez
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

---

**From:** Jeffrey Siskind <jeffsiskind@msn.com>
**Sent:** Tuesday, April 28, 2020 5:10 PM
**To:** Suarez, Jesus <jsuarez@gjb-law.com>; philip@philipbharris.com
**Cc:** Gruher, Barry <bgruher@gjb-law.com>; Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com
**Subject:** RE: Furr v. Siskind - ADV. NO. 19-01298-MAM

When do you need to have this back?

Thank you,

Jeffrey M. Siskind, Esquire

# *S I S K I N D   L E G A L , P L L C*

1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallasee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

*__Note: Because of the possibility that emails may be automatically sent to a junk mail folder by our servers, or our unavailability to timely review all emails, you should NOT presume your email to this writer has been received AND READ unless a reply from the recipient to your email has been received by you, which contains the full contents of the email you provided to this writer.__*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein. THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.   ****
PLEASE NOTE **** Delivery of this communication is not intended to create, and receipt does not constitute, an Attorney-Client relationship. We cannot serve as your counsel in any matter unless we mutually agree that I will represent you. No Attorney-Client relationship is formed unless specifically agreed to and signed in writing. The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be Attorney-Client Privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby

notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.  If you reply to this communication, it is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information.  **A part of this law firm's practice involves the collection of debts** on behalf of our clients. If you are someone against whom one of our clients has a claim, please be aware that this communication is from a Debt Collector as defined by the Fair Debt Collection Practices Act and any information obtained from you may be used for the purpose of collecting a debt. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Tuesday, April 28, 2020 4:47 PM
**To:** philip@philipbharris.com; Jeffrey Siskind (jeffsiskind@msn.com) <jeffsiskind@msn.com>
**Cc:** Gruher, Barry <bgruher@gjb-law.com>; Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com
**Subject:** Furr v. Siskind - ADV. NO. 19-01298-MAM

Counsel,

Attached is our proposed draft joint pre-trial stipulation.

Please provide us your proposed revisions in red-line.

The local form requires us to certify that we have conferred regarding settlement of this case.  The Trustee proposes to certify that settlement discussions in this case are unwarranted.

Jesus



Jesus M. Suarez
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Main 305.349.2300
Direct 305.913.6682
Fax 305.428.8831
jsuarez@gjb-law.com | www.gjb-law.com

Miami | Fort Lauderdale | Tampa

## Suarez, Jesus

| | |
|---|---|
| **From:** | Suarez, Jesus |
| **Sent:** | Wednesday, May 6, 2020 3:05 PM |
| **To:** | 'Jeffrey Siskind'; 'philip@philipbharris.com' |
| **Cc:** | Gruher, Barry; Genovese, John; rfurr@furrcohen.com |
| **Subject:** | SERVICE OF COURT DOCUMENT- Furr v. Siskind  - ADV. NO. 19-01298-MAM |
| **Attachments:** | Trustee's Exhibit Register.pdf; Attachments.html |



Attached is our trial exhibit register.  Also, you can download our trial exhibits through the link above.  We sent you both a copy on a USB drive via FEDEX.  The tracking indicates that you received it earlier today.  We have not sent Mr. Harris the exhibit containing Mr. Siskind's trust records and it is not in the Sharefile above. Please get back to me on the pretrial stip.  Thank you.

Jesus

Jesus M. Suarez
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

**From:** Suarez, Jesus
**Sent:** Tuesday, April 28, 2020 5:21 PM
**To:** 'Jeffrey Siskind' <jeffsiskind@msn.com>; philip@philipbharris.com
**Cc:** Gruher, Barry <bgruher@gjb-law.com>; Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com
**Subject:** RE: Furr v. Siskind - ADV. NO. 19-01298-MAM

We need to submit the pretrial stipulation one business day prior to the pretrial conference.

Jesus M. Suarez
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

**From:** Jeffrey Siskind <jeffsiskind@msn.com>
**Sent:** Tuesday, April 28, 2020 5:10 PM

**To:** Suarez, Jesus <jsuarez@gjb-law.com>; philip@philipbharris.com
**Cc:** Gruher, Barry <bgruher@gjb-law.com>; Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com
**Subject:** RE: Furr v. Siskind - ADV. NO. 19-01298-MAM

When do you need to have this back?

Thank you,

Jeffrey M. Siskind, Esquire

# S I S K I N D   L E G A L , P L L C

1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

*Note: Because of the possibility that emails may be automatically sent to a junk mail folder by our servers, or our unavailability to timely review all emails, you should NOT presume your email to this writer has been received AND READ unless a reply from the recipient to your email has been received by you, which contains the full contents of the email you provided to this writer.*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein. THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.   **** PLEASE NOTE **** Delivery of this communication is not intended to create, and receipt does not constitute, an Attorney-Client relationship. We cannot serve as your counsel in any matter unless we mutually agree that I will represent you. No Attorney-Client relationship is formed unless specifically agreed to and signed in writing. The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be Attorney-Client Privileged and confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file.  If you reply to this communication, it is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information.  **A part of this law firm's practice involves the collection of debts** on behalf of our clients. If you are someone against whom one of our clients has a claim, please be aware that this communication is from a Debt Collector as defined by the Fair Debt Collection Practices Act and any information obtained from you may be used for the purpose of collecting a debt. Because e-mail can be altered electronically, the integrity of this communication cannot be guaranteed.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Tuesday, April 28, 2020 4:47 PM
**To:** philip@philipbharris.com; Jeffrey Siskind (jeffsiskind@msn.com) <jeffsiskind@msn.com>
**Cc:** Gruher, Barry <bgruher@gjb-law.com>; Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com
**Subject:** Furr v. Siskind - ADV. NO. 19-01298-MAM

Counsel,

Attached is our proposed draft joint pre-trial stipulation.

Please provide us your proposed revisions in red-line.

The local form requires us to certify that we have conferred regarding settlement of this case.  The Trustee proposes to certify that settlement discussions in this case are unwarranted.

Jesus



Jesus M. Suarez
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Main 305.349.2300
Direct 305.913.6682
Fax 305.428.8831
jsuarez@gjb-law.com | www.gjb-law.com

Miami | Fort Lauderdale | Tampa