UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                           CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                                            CHAPTER 7

       Debtor.

_____/

ROBERT FURR, Chapter 7 Trustee,

       Plaintiff,

v.                                                               ADV. NO. 19-01298-MAM

JEFFREY M. SISKIND, et al.,

       Defendant/ Counter-Plaintiff,

v.

JESUS SUAREZ, et al.,

       Counter-Defendants.

_____/

**OBJECTION TO REQUEST FOR JUDICIAL NOTICE OF PUBLIC RECORDS
IN CONNECTION WITH THE TRIAL OF THIS ADVERSARY PROCEEDING**

       COMES NOW Jeffrey M. Siskind ("Movant") and files this Objection to Request for

Judicial Notice of Public Records in Connection with the Trial of this Adversary Proceeding, and

states:

       1.     Plaintiff filed a Request for Judicial Notice of Public records in Connection with

the Trial of this Adversary Proceeding on notice of intent to use summaries at trial on May 6,

2020 at Docket Entry No. 289.

       2.     Defendant files this objection to both taking of judicial notice and admissibility.

Plaintiffs are required to produce, as a condition precedent to admissibility, evidence sufficient to

support a finding that the document in question is what a proponent claims.

3.      Plaintiffs have not produced any evidence, by declaration or otherwise, that the exhibits contained within the Motion are what they purport to be.

4.      Plaintiff's Motion is clearly deficient because Plaintiff is required to provide authenticated documents as opposed to a schedule which merely lists said documents. Certified copies are necessary for public records to be self-authenticating in accordance with Fed.R.Evid. Rule 902.

5.      Plaintiff, as the party requesting judicial notice, must supply the Court with information sufficient to enable the Court to ascertain that the matter is not subject to reasonable dispute. *See, Nieves v. University of Puerto Rico,* 7 F.3d 270, 276 fn. 9 (1st Cir. 1993). Even attaching an uncertified document to a Request for Judicial Notice does not authenticate the document, even if the document appears on its face to have originated from some governmental agency and the affiant is a government official. *United States v. Dibble,* 429 F.2d 598, 602 (9th Cir. 1970).

6.      Movant further objects to judicial notice based upon lack of relevance. Any matter to be judicially noticed must be relevant to the issues in the case, regardless of whether it is not reasonable disputable. *Vallot v. Central Gulf Lines, Inc.,* 641 F.2d 347, 350 (5th Cir. 1981). The issues in this ace are (1) whether Debtor was at any time relevant insolvent, and (2) whether substantive consolidation can be obtained. None of the items listed in the Motion are relevant to these issues.

7.      Finally, while the contents of certified official records are subject to judicial notice, the truth of any facts contained in those records generally is not. The records which Plaintiff seeks to have judicially noticed are not, without more, admissible.

WHEREFORE, Movant objects to Plaintiff's motion to take judicial notice and requests that the Court deny said motion.

## S I S K I N D   L E G A L, P L L C

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
-----------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 9, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

## SERVICE LIST

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL 33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090, Via e-mail to *frank@zokaites.com*