UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 18-16248-MAM |
| CHANCE & ANTHEM, LLC, | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| ROBERT FURR, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | ADV. NO. 19-01298-MAM |
| JEFFREY M. SISKIND, et al., | |
| Defendant/ Counter-Plaintiff, | |
| v. | |
| JESUS SUAREZ, et al., | |
| Counter-Defendants. | |
| _____/ | |

## DEFENDANT'S OBJECTION PLAINTIFF'S NOTICE OF INTENT TO USE SUMMARIES AT TRIAL

COMES NOW Jeffrey M. Siskind ("Movant") and files this Objection to Plaintiff's Notice of Intent to Use Summaries at Trial ("Notice") and states:

1. Plaintiff filed a notice of intent to use summaries at trial on May 6, 2020 at Docket Entry No. 287.

2. Defendant objects to the use of summaries as impermissible hearsay, and requests that any transaction which Plaintiff would like to summarize be introduced independently in conformance with the rules of evidence.

3. Plaintiff's Notice affords an opportunity to inspect and copy evidence on which

the summaries are based at Plaintiff's counsel's Miami office or pursuant to other arrangements. However, the Covid-19 crisis prevents this accommodation at least in the near term.

4. The Court may recall that Plaintiff attempted to use summaries at the Preliminary Injunction hearing, and that Defendant agreed to the Preliminary Injunction in order to save days of litigation despite Plaintiff's bad faith because the summaries were not understandable or even relevant, and because it was obvious that there were no assets which the Preliminary Injunction would protect.

5. The Court may also recall, however, that Plaintiff wanted to pursue a Preliminary Injunction while its investigation of the Debtor's transactions was continuing.

6. Movant further submits that the summaries are likewise irrelevant to the issues to be determined in this adversary, which are (1) whether Debtor was insolvent at the time of certain transfers, and (2) whether Plaintiff can obtain substantive consolidation.

7. Both areas of inquiry require Plaintiff to prove up every fact, and rule out the use of summaries.

WHEREFORE, Movant objects to the use of summaries at trial.

**S I S K I N D   L E G A L, P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
------------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 9, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

**SERVICE LIST**

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090,  Via e-mail to *frank@zokaites.com*