UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 18-16248-MAM |
| CHANCE & ANTHEM, LLC, | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| ROBERT FURR, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | ADV. NO. 19-01298-MAM |
| JEFFREY M. SISKIND, et al., | |
| Defendant/ Counter-Plaintiff, | |
| v. | |
| JESUS SUAREZ, et al., | |
| Counter-Defendants. | |
| _____/ | |

## MOTION TO EXCLUDE EXPERT TESTIMONY OF GREGORY P. EIDSON

COMES NOW Jeffrey M. Siskind ("Movant") and files this Motion to Exclude Expert Tesstimony of Gregory P. Eidson, and states:

1. As part of its expert disclosures, Plaintiff provided Movant with a copy of an appraisal report which was prepared by Gregory P. Eidson on March 4, 2020.

2. In his appraisal report, Mr. Eidson attempts to value the property as of December 31, 2015, December 31, 2016 and July 5, 2017.

3. The report was prepared at the request of Plaintiff by a person with an interest in the outcome of this litigation; to provide information which will contribute to a possible finding that the Debtor was insolvent in either 2015, 2016 and/or 2017.

4. Plaintiff needs to prove Debtor's insolvency in order try to claw back transfers made by Debtor, and only a low valuation of the subject property which was then owned by the Debtor will accomplish that task.

5. The appraisal report is grossly inaccurate, as evidenced by the attached appraisal report which was prepared in 2015 by an arms-length appraisal.

6. The valuation assigned to the property by the arms-length appraiser was approximately $2.6 million, as opposed to Mr. Eidson's valuations which are all inexplicably $1 million less that the valuation placed on the property at the time in question. The 2015 appraisal is attached as "Exhibit A."

7. Mr. Eidson also failed to evaluate several more appropriate comparable properties which were exchanged at arms-length at approximately 2105, all of which were located on the same street or elsewhere in the subdivision where the subject property is located, which also show that the Eidson valuation is extremely low. The deeds and Palm Beach County property appraiser summary pages for these properties are attached as "Composite Exhibit B."

8. The Eidson appraisal report also wholly ignores the last arms-length approximate $2.6 million sale of the property in 2005, and make no effort to assess the market to equate Wellington real property values in 2005 versus 2015. These inquires would be appropriate in determining a value based upon the apparent condition of the improvements to the property which were supported by photographs provided by Mr. Eidson and that fact that the property was occupied immediately after it was acquired by the Debtor.

9. While expert testimony is permissible if a witness is "qualified as an expert by knowledge, skill, experience, training, or education," the proffered testimony must meet four requirements: (1) the expert's scientific, technical, or other specialized knowledge will help the

trier of fact to understand the evidence or to determine a fact in issue; (2) the testimony is based on sufficient facts or data; (3) the testimony is the product of reliable principles and methods; and (4) the expert has reliably applied the principles and methods to the facts of the case.

10. Here, as evidenced by the attached materials, Mr. Eidson failed to base his appraisal report on sufficient facts or data and did not use reliable principles and methods because he chose to ignore pertinent facts and therefore could not apply principles and methods fairly.  See Fed. R. Evid. 701.

11. As an alternative to excluding Mr. Eidson's testimony, Movant requests that the Court permit said testimony to be refuted by lay testimony, or extend the deadline for disclosing experts so that Movant can furnish an expert to refute Mr. Eidson's flawed report. See Fed. R. Evid 701.

WHEREFORE, Movant requests that the Expert Testimony of Gregory P. Eidson be excluded or that the Court permit lay testimony to refute Mr. Eidson's expert testimony of permit additional time to furnish an expert to provide a report which refutes Mr. Eidson's findings.

**S I S K I N D   L E G A L, P L L C**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
-----------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 10, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

        */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

## SERVICE LIST

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090,  Via e-mail to *frank@zokaites.com*