UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                          CHAPTER 7

        Debtor.

_____/

ROBERT FURR, Chapter 7 Trustee,

        Plaintiff,

v.                                                                     ADV. NO. 19-01298-MAM

JEFFREY M. SISKIND, et al.,

        Defendant/ Counter-Plaintiff,

v.

JESUS SUAREZ, et al.,

        Counter-Defendants.

_____/

## AMENDED MOTION TO EXCLUDE EXPERT TESTIMONY OF GREGORY P. EIDSON

COMES NOW Jeffrey M. Siskind ("Movant") and files this Motion to Exclude Expert Tesstimony of Gregory P. Eidson, and states:

1.      As part of its expert disclosures, Plaintiff provided Movant with a copy of an appraisal report which was prepared by Gregory P. Eidson on March 4, 2020.

2.      In his appraisal report, Mr. Eidson attempts to value the property as of December 31, 2015, December 31, 2016 and July 5, 2017.

3.      The report was prepared at the request of Plaintiff by a person with an interest in the outcome of this litigation; to provide information which will contribute to a possible finding that the Debtor was insolvent in either 2015, 2016 and/or 2017.

4.     Plaintiff needs to prove Debtor's insolvency in order try to claw back transfers made by Debtor, and only a low valuation of the subject property which was then owned by the Debtor will accomplish that task.

5.     The appraisal report is grossly inaccurate, as evidenced by the attached appraisal report which was prepared in 2015 by an arms-length appraisal.

6.     The valuation assigned to the property by the arms-length appraiser was approximately $2.6 million, as opposed to Mr. Eidson's valuations which are all inexplicably $1 million less that the valuation placed on the property at the time in question.  The 2015 appraisal is attached as "Exhibit A."

7.     Mr. Eidson also failed to evaluate several more appropriate comparable properties which were exchanged at arms-length at approximately 2105, all of which were located on the same street or elsewhere in the subdivision where the subject property is located, which also show that the Eidson valuation is extremely low.  The deeds and Palm Beach County property appraiser summary pages for these properties are attached as "Composite Exhibit B."

8.     The Eidson appraisal report also wholly ignores the last arms-length approximate $2.6 million sale of the property in 2005, and make no effort to assess the market to equate Wellington real property values in 2005 versus 2015.  These inquires would be appropriate in determining a value based upon the apparent condition of the improvements to the property which were supported by photographs provided by Mr. Eidson and that fact that the property was occupied immediately after it was acquired by the Debtor.  Deeds evidencing arms-length sales of the subject property are attached as "Exhibit C."

9.     While expert testimony is permissible if a witness is "qualified as an expert by knowledge, skill, experience, training, or education," the proffered testimony must meet four

requirements: (1) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (2) the testimony is based on sufficient facts or data; (3) the testimony is the product of reliable principles and methods; and (4) the expert has reliably applied the principles and methods to the facts of the case.

10.     Here, as evidenced by the attached materials, Mr. Eidson failed to base his appraisal report on sufficient facts or data and did not use reliable principles and methods because he chose to ignore pertinent facts and therefore could not apply principles and methods fairly.  See Fed. R. Evid. 702.

11.     As an alternative to excluding Mr. Eidson's testimony, Movant requests that the Court permit said testimony to be refuted by lay testimony, or extend the deadline for disclosing experts so that Movant can furnish an expert to refute Mr. Eidson's flawed report. See Fed. R. Evid 701.

WHEREFORE, Movant requests that the Expert Testimony of Gregory P. Eidson be excluded or that the Court permit lay testimony to refute Mr. Eidson's expert testimony, or permit additional time to furnish an expert to provide a report which refutes Mr. Eidson's findings.

## S I S K I N D   L E G A L, P L L C

_____ /s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
-------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
------------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 10, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746

## SERVICE LIST

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090,  Via e-mail to *frank@zokaites.com*

EXHIBIT A

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

3445 Santa Barbara Dr
Southfields Phase 1 Wellington Country Place Lot 2
Wellington, FL 33414

## FOR:

New Wave Loans Residential LLC
19950 W Country Club Drive #904, Aventura, Fl 3318
Aventura, Fl 33180

## AS OF:

10/12/2015

## BY:

David Schummer
Cert.Res. RD-3720

# Uniform Residential Appraisal Report

15108
File # 15108

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 3445 Santa Barbara Dr | City Wellington    State FL    Zip Code 33414 |
| Borrower Chance & Anthem Llc. | Owner of Public Record JP Morgan Chase Bank    County Palm Beach |
| Legal Description Southfields Phase 1 Wellington Country Place Lot 2 | |
| Assessor's Parcel # 73-41-44-21-03-000-0020 | Tax Year 2014    R.E. Taxes $ 44,304 |
| Neighborhood Name Country Place | Map Reference 41-44-21    Census Tract 0077.59 |
| Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0 | ☒ PUD    HOA $ 150 ☐ per year ☒ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) | |
| Lender/Client New Wave Loans Residential LLC    Address 19950 W Country Club Drive #904, Aventura, Fl 3318, Aventura, Fl 33180 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No | |
| Report data source(s) used, offering price(s), and date(s).    DOM 73 DAYS ; A sale agreement was noted on the subject property for $1,300,000 with a contract signed on 07/30/2015, MLS RX10110030, Listing Price $1,900,000, REO sale. | |

## CONTRACT

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    REO sale transaction as per MLS. Sales contract signed on 07/30/2015 for $1,300,000. No Unusual Concessions noted. The sales contract was analyzed and made available to appraiser by lender.

| | |
|---|---|
| Contract Price $ 1,300,000    Date of Contract 07/30/2015    Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s) Contract/County rec. | |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No | |
| If Yes, report the total dollar amount and describe the items to be paid.    None    Noted | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

## NEIGHBORHOOD

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | Low 600 New | | 2-4 Unit 00 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | High 15,000 50 | | Multi-Family 05 % |
| Neighborhood Boundaries North of Lake Worth Road, South of Southern Blvd., East of Palm Beach | | | | | | Pred. 3,500 25 | | Commercial 05 % |
| County Line and West of the State Road 441, in western Palm Beach County. | | | | | | | | Other 10 % |
| Neighborhood Description    See attached addenda. | | | | | | | | |

Market Conditions (including support for the above conclusions)    The area market trends of growth rate, property values, demand/supply, marketing time and financing, as measured by the market sales and listing analysis, appears stable. Good market activity in present in the area. Primary from of financing is conventional loans with many cash deals noted. Marketing Time is between 3-6 months.

## SITE

| | |
|---|---|
| Dimensions Rectangular per the aerial plat aprox. no survey    Area 1.63 acres    Shape Rectangular    View Residential | |
| Specific Zoning Classification RE/AG/AO    Zoning Description Residential Estates (73=wellington),AG Classification Equestrian | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | FPL | Water | ☒ | | Street Paved Asphalt | ☒ | |
| Gas | ☒ | City Gas | Sanitary Sewer | | ☒ Septic Tank* | Alley None | | |

| | |
|---|---|
| FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone AO    FEMA Map # 120192 0100 B    FEMA Map Date 10/15/1982 | |
| Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe | |
| Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe | |
| There were no adverse easements, or encroachments noted on the survey given to the appraiser, however, we were are not surveyors and its analysis is always recomended. A survey was not available to the appraiser. *Septic tanks are typical of this market.  Septic tank as per selling agent. | |

## IMPROVEMENTS

| General Description | Foundation | Exterior Description    materials/condition | Interior    materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls Concrete/Blk/good | Floors Marble/Crpt/Good |
| # of Stories 2 | ☐ Full Basement ☐ Partial Basement | Exterior Walls CBS/Good | Walls Drywall/Average |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | Basement Area 0 sq.ft. | Roof Surface S Tile/Below average | Trim/Finish Wood/Average |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 0 % | Gutters & Downspouts Aluminum/Good | Bath Floor Tile/Average |
| Design (Style) 2 Story | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Casement/Average | Bath Wainscot Tile/Average |
| Year Built 1990 | ☐ Evidence of ☐ Infestation | Storm Sash/Insulated Yes/Yes/Good | Car Storage ☐ None |
| Effective Age (Yrs) 10 | ☐ Dampness ☐ Settlement | Screens Yes/Good | ☒ Driveway # of Cars 15 |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | Driveway Surface Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other    Fuel Electric | ☐ Fireplace(s) # 1 ☒ Fence Iron/Wood | ☒ Garage # of Cars 5 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck open, ☐ Porch Cov. | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☒ Pool open ☐ Other Inlaw qrts | ☐ Att. ☒ Det. ☐ Built-in |
| Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe) | | | Woodstove(s) # 0 |

| | |
|---|---|
| Finished area above grade contains:    12 Rooms    6 Bedrooms    6.5 Bath(s)    6,345 Square Feet of Gross Living Area Above Grade | |
| Additional features (special energy efficient items, etc.).    Energy Efficient Central A/C, Ceiling fans, High Ceilings. | |

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    See attached addenda.

| | |
|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No If Yes, describe | |
| See attached addenda. | |

| | |
|---|---|
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe | |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

15108
File # 15108

There are  21  comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 890,000  to $ 6,999,000 .
There are  12  comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,200,000  to $ 5,700,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3445 Santa Barbara Dr Wellington, FL 33414 | 3340 Santa Barbara Dr Wellington, FL 33414 | | 1365 Santa Barbara Dr Wellington, FL 33414 | | 14288 Belmont Troe Wellington, FL 33414 | |
| Proximity to Subject | | 0.14 miles E | | 0.24 miles NE | | 1.24 miles NW | |
| Sale Price | $ 1,300,000 | $ | 4,900,000 | $ | 3,600,000 | $ | 4,200,000 |
| Sale Price/Gross Liv. Area | $ 204.89 sq.ft. | $ 797.01 sq.ft. | | $ 947.37 sq.ft. | | $ 677.53 sq.ft. | |
| Data Source(s) | | MLS#RX-10106699 ;DOM 86 | | MLS#RX-10002517 ;DOM 472 | | MLS# R10050851;DOM 152 | |
| Verification Source(s) | | PB C,Records/LP $5,250,000 | | PB C,Records/LP $3,900,000 | | PB C,Records/LP $4,500,000 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Arm's-lenght | | Arm's-lenght | | Arm's-lenght | |
| Concessions | | Cash Transaction | | Conventional | | Assumable Mtg | |
| Date of Sale/Time | | 05/2015 closed | | 06/2015 closed | | 11/2014 closed | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.63 acres | 1.55 acres | | 2.8 acres | -200,000 | 3.78 acres | -400,000 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 2 Story | 1 Story | | 1 Story | | 2 Story | |
| Quality of Construction | Good/stucco/wo | Good/CBS | -500,000 | Good/stucco/wo | | Good/CBS | -500,000 |
| Actual Age | 15 | 27 | | 30 | | 11 | |
| Condition | Good | Good/Superior | -500,000 | Good/Superior | -500,000 | Good | -500,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 12  6  6.5 | 10  4  5.5 | +10,000 | 10  4  4.0 | +25,000 | 12  5  5.5 | |
| Gross Living Area | 6,345 sq.ft. | 6,148 sq.ft. | | 3,800 sq.ft. | | 6,199 sq.ft. | |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 5 Car Garage | 2 Car Garage | +45,000 | 2 Car Garage | +45,000 | 3 car garage | +30,000 |
| Porch/Patio/Deck | Pool/Patios/balc | Pool/Patios/balc | | Pool/Patios/balc | | Pool/Patios | |
| Barn & Stalls | None | None | | Barn & Stalls | -200,000 | 7 stall barn/pad | -200,000 |
| Net Adjustment (Total) | | □ +  ☒ - | $ -945,000 | □ +  ☒ - | $ -830,000 | □ +  ☒ - | $ -1,570,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 19.3 % Gross Adj. 21.5 % | $ 3,955,000 | Net Adj. 23.1 % Gross Adj. 26.9 % | $ 2,770,000 | Net Adj. 37.4 % Gross Adj. 36.8 % | $ 2,630,000 |

☒ I ☒ did  □ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  □ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    MLX, COUNTY RECORDS
My research  ☒ did  □ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    MLX, COUNTY RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 01/2014 | | |
| Price of Prior Sale/Transfer | | $0  family trust | | |
| Data Source(s) | MLS/ISC | MLS/ISC | MLS/ISC | MLS/ISC |
| Effective Date of Data Source(s) | 10/01/2015 | 10/01/2015 | 10/01/2015 | 10/01/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Subject property do not have a previous sales/transfers in the past 12 months . Comparable sales do not have previous sales in the past 12 months. Comparable #1 appears to have a family transfer.

Summary of Sales Comparison Approach    See attached addenda. Some comparables living areas were modified to shows as close aproximation to living areas under A/C from palm beach county property appraiser's website. Comparable #2 was modified and living areas estimated based on county records and square footage from barns /stalls and horde training facilities were adjusted and calculated separately and not togheter with the living areas under A/C. Large adjustments were made for barns/stalls and horse facilities and also for lot size due to usage and appeal and not strictly per square footage. Some comparables were adjusted for their car storage and bathroom count. Large adjustments were required for condition since subject was in average condition with many repairs indicated and the prolong vacancy since it is a REO sale.
Final value was estimated at the low end of value due to the subject's average condition when compared to the renovated comparables.

Indicated Value by Sales Comparison Approach $
Indicated Value by: Sales Comparison Approach $    Cost Approach (if developed) $  2,615,756   Income Approach (if developed) $
Final reliance is giving to the Sales  Comparison Approach which best reflect the actions of  buyers and sellers in the market  place. Cost approach does not applied to condos. Income approach does not apply to owner occupied properties or second homes.

This appraisal is made ☒ "as is",  □ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  □ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or □ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair. This appraisal is made on its "as is
" condition at the time of the inspection. See attached limiting conditions and certifications.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  2,800,000  , as of   10/12/2015  , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

15108
File # 15108

<table>
<tr><td rowspan="30">ADDITIONAL COMMENTS</td><td>The subject was measure by the appraiser and the sketch provided in this report is for visual aid only. The appraiser is not a home inspector. This report is not intended for insurance purposes. A password sensitive electronic signature was utilized on the report and is widely accepted by the major lending institutions.</td></tr>
<tr><td>Living areas under A/C for the subject were taken form the appraiser's measurements on the day of the inspection.</td></tr>
<tr><td>At the time of the inspection the subject property was vacant and under construction; The utilities were as follow: Water was on and electricity was on.</td></tr>
<tr><td>The most probable buyer for a property like the subject is an end user.</td></tr>
<tr><td>The appraiser has not work on the subject in the past 36 Months.The appraiser measured the subject property A/C areas, patios and other areas to the best of its abilities. The terraces, balconies , garage and patios, were measured separate from living areas when gridded.  Living areas under A/C for the comparables was also used and taken form the Palm Beach county property appraiser's website. The subject property is located in the city of Wellington, in western Palm Beach County ,in an equestrian community.Subject's final estimated value was in the low of the comparables due to its condition. Some comparables used were confirm to have stalls, training facilities, paddocks, etc. as per MLX data.</td></tr>
<tr><td>City water and septic tanks are typical of this market and they do not affect the marketability of the subject.</td></tr>
<tr><td>This appraisal is made "as is " condition.</td></tr>
<tr><td>Roof and Mold inspections are recomanded.</td></tr>
<tr><td>The difference between the sales price of $1,300,000 and the actual estimated value is due to the fact that the subject is an REO sale. The property has being vacant for over a year and as per appraiser observation, the subject is in need of repairs and updates.</td></tr>
</table>

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Site value is calculated by analyzing closed/listings of land sites( see above comment and comparables for land) in this area since land sales were available.

<table>
<tr><td rowspan="13">COST APPROACH</td><td colspan="2">ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW</td><td>OPINION OF SITE VALUE</td><td colspan="2">=$ 1,000,000</td></tr>
<tr><td colspan="2">Source of cost data  Builders,net/Known building costs.</td><td>DWELLING              6,345 Sq.Ft. @ $ 200.00</td><td colspan="2">=$ 1,269,000</td></tr>
<tr><td colspan="2">Quality rating from cost service  Good     Effective date of cost data  10/2015</td><td>                          0 Sq.Ft. @ $</td><td colspan="2">=$</td></tr>
<tr><td colspan="2">Comments on Cost Approach (gross living area calculations, depreciation, etc.)</td><td></td><td colspan="2">=$</td></tr>
<tr><td colspan="2">The cost data was derived from the Marshall and Swift services as well</td><td>Garage/Carport       2,859 Sq.Ft. @ $ 100.00</td><td colspan="2">=$ 285,900</td></tr>
<tr><td colspan="2">as local contractors and builders. There were no functional or external</td><td>Total Estimate of Cost-New</td><td colspan="2">=$ 1,554,900</td></tr>
<tr><td colspan="2">inadequacies noted. High  land to value ratio is typical in this market.</td><td>Less        Physical      Functional      External</td><td></td><td></td></tr>
<tr><td colspan="2">Physical depreciation and effective age are 0 due to new construction.</td><td>Depreciation    239,144</td><td colspan="2">=$( 239,144)</td></tr>
<tr><td colspan="2">Remaining economic life is 50 years.</td><td>Depreciated Cost of Improvements</td><td colspan="2">=$ 1,315,756</td></tr>
<tr><td colspan="2"></td><td>"As-is" Value of Site Improvements</td><td colspan="2">=$</td></tr>
<tr><td colspan="2"></td><td>Fence, Driveway, patio, Pool, balconies</td><td colspan="2">=$ 300,000</td></tr>
<tr><td>Estimated Remaining Economic Life (HUD and VA only)</td><td>55 Years</td><td>INDICATED VALUE BY COST APPROACH</td><td colspan="2">=$ 2,615,756</td></tr>
</table>

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

<table>
<tr><td rowspan="3">INCOME</td><td>Estimated Monthly Market Rent $     0     X Gross Rent Multiplier     0     = $</td><td>Indicated Value by Income Approach</td></tr>
<tr><td colspan="2">Summary of Income Approach (including support for market rent and GRM)    Income approach does not applies to owner occupied properties or second homes.</td></tr>
</table>

### PROJECT INFORMATION FOR PUDs (if applicable)

<table>
<tr><td rowspan="8">PUD INFORMATION</td><td colspan="3">Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No    Unit type(s)  ☒ Detached  ☐ Attached</td></tr>
<tr><td colspan="3">Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.</td></tr>
<tr><td colspan="3">Legal Name of Project   Southfields</td></tr>
<tr><td>Total number of phases   1    Total number of units   50</td><td>Total number of units sold   50</td><td></td></tr>
<tr><td>Total number of units rented   3%    Total number of units for sale   1</td><td colspan="2">Data source(s)   MLX/VISUAL OBSERVATION/PB County website</td></tr>
<tr><td colspan="3">Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☒ No  If Yes, date of conversion.</td></tr>
<tr><td colspan="3">Does the project contain any multi-dwelling units?  ☐ Yes  ☒ No  Data Source</td></tr>
<tr><td colspan="3">Are the units, common elements, and recreation facilities complete?  ☒ Yes  ☐ No  If No, describe the status of completion.</td></tr>
<tr><td colspan="3">Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☒ No  If Yes, describe the rental terms and options.</td></tr>
<tr><td colspan="3">Describe common elements and recreational facilities.   Green areas and gated entry.</td></tr>
</table>

Freddie Mac Form 70 March 2005                                   Page 3 of 6                                   Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

15108
File # 15108

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

15108
File # 15108

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

15108
File # 15108

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  David Schummer | Name |
| Company Name   MDS Group Inc. | Company Name |
| Company Address   14714 sw 42 way, miami, FL 33185 | Company Address |
| Telephone Number   (786) 443-3897 x3052255567 | Telephone Number |
| Email Address   mdsgroup@bellsouth.com | Email Address |
| Date of Signature and Report   10/18/2015 | Date of Signature |
| Effective Date of Appraisal   10/12/2015 | State Certification # |
| State Certification #   Cert.Res.RD3720 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # ____ | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License   11/30/2016 | **SUBJECT PROPERTY** |

**ADDRESS OF PROPERTY APPRAISED**
3445 Santa Barbara Dr
Wellington, FL 33414
APPRAISED VALUE OF SUBJECT PROPERTY $   2,800,000
LENDER/CLIENT
Name
Company Name   New Wave Loans Residential LLC
Company Address   19950 W Country Club Drive #904, Aventura, Fl
3318, Aventura, Fl 33180
Email Address

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Supplemental Addendum**                                    File No. 15108

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |

ADDENDUM TO APPRAISAL

The subject property was similar in terms of living areas than some comparables utilized in the original report. The subject property is a 1990 construction and not an overimprovement for the neighborhood, in the same general community as the subject there are homes with living areas ranging form 5000 to 11000 sq.ft. however, not many were availble as recent closed sales.

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
All comparable sales are recent comparables confirm with two data bases and have same/similar appeal, bedroom and bathroom count, age , condition and location. All comparables sales are from the same market area as the subject and per appraiser's experience in the area appealing to the same market segment. Adjustments for their differences were made. Some sales were adjusted for their condition when compared to the subject. The subject was in average condition with repairs indicated. Renovations in this market for large properties requires a large dollar adjustment. Adjustments were made on some comparables for their bathroom count and garage storages as well as lot sizes. Final estimated value was calculated by taken in consideration all adjusted comparables, however, staying in the low end of value due to condition.
All sales are arms's length transactions, which are better market indicators of current market conditions in this wellington area.

Due to the large size of the comparables in this market and the expensive premiums like, sf, lot size, renovations and other features, large dollar adjustments are necessary to faily compare this properties agains the subject. the adjustments are estimated based on market reaction and desirabilty. Adjustments are not made dollar per dollar.

Some sale might be over over the 1 mile range, however, their location is the same market as the subject and appeal to the same market segment.

**• Market Conditions Addendum to the Appraisal Report:**
The appraiser made an analisys of the current and immediate market surrounding the subject property And after research based on recent closed comparables, listings and pending sales homes , its the appraiser opinion that the distress sales (short sales and a foreclosures) are not present and Arm's length transactions are driving the market towards more stable prices.

**• URAR: Neighborhood - Description**
The subject is located in the city of Wellington in Western Palm Beach County in an acreage horse community.The neighborhood and economic market appears good. Employment and market preferred amenities are within reasonable distance and offer market appeal to the residential properties. No adverse or detrimental land use was observed. The market comprises upscale single family residences some with horse training facilities and large stalls/stables. The area is known for its horse training facilities and house jumping and polo competitions.

**• URAR: Improvements - Physical Deficiencies or Adverse Conditions**
Some noted or evident to the appraiser. The appraiser is not a home inspector. The subject shows more than normal tear and wear for its age due to long vacancy and roof problems. The subject is a 1990 construction considerd to be in average condition. The appraiser noted multiple interior watermarks on ceilings, there appears to be many active leaks. The roof might need replacement and the opinion of a roof contractor is highly recomended. Also the appraiser noted some molsy areas and also recomends an expert in the field to for a mold inspection. The appraiser is not an inspector.

## Location Map

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code | 33414 |
| Client | New Wave Loans Residential LLC | | | | |



**Aerial Map**

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | |



**Building Sketch 1st floor and garage 1st floor**

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Chance & Anthem Llc. | | | | | |
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



**Building Sketch 2nd floor and garage 2nd floor**

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



**Building Sketch**

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | | |

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| 1st floor | 5057.21 Sq ft | 51 × 3 | = | 153 |
| | | 6.5 × 2.5 | = | 16.25 |
| | | 17 × 4.5 | = | 76.5 |
| | | 0.5 × 18.6 × 0.2 | = | 1.86 |
| | | 94.3 × 18.6 | = | 1753.98 |
| | | 113.8 × 22.9 | = | 2606.02 |
| | | 80.8 × 2 | = | 161.6 |
| | | 0.5 × 0.05 × 0.1 | = | 0 |
| | | 47.75 × 0.1 | = | 4.77 |
| | | 12.4 × 6.5 | = | 80.6 |
| | | 0.5 × 2.7 × 3 | = | 4.05 |
| | | 0.5 × 3 × 2.7 | = | 4.05 |
| | | 7 × 3 | = | 21 |
| | | 0.5 × 1.55 × 3 | = | 2.32 |
| | | 0.5 × 3 × 1.8 | = | 2.7 |
| | | 11 × 3 | = | 33 |
| | | 19 × 1 | = | 19 |
| | | 0.5 × 3 × 4 | = | 6 |
| | | 15 × 4 | = | 60 |
| | | 0.5 × 3.5 × 3 | = | 5.25 |
| | | 0.5 × 3 × 3.5 | = | 5.25 |
| | | 8 × 3 | = | 24 |
| | | 8 × 2 | = | 16 |
| 3rd level view tower | 100 Sq ft | 10 × 10 | = | 100 |
| guest qrs.over 3 garage | 1188 Sq ft | 33 × 36 | = | 1188 |
| **Total Living Area (Rounded):** | **6345 Sq ft** | | | |
| **Non-living Area** | | | | |
| 3 Car garage | 1260 Sq ft | 36 × 33 | = | 1188 |
| | | 9 × 8 | = | 72 |
| covered terrace | 894.03 Sq ft | 80.5 × 3.4 | = | 273.7 |
| | | 0.5 × 2.7 × 3 | = | 4.05 |
| | | 19.7 × 3 | = | 59.1 |
| | | 19.7 × 6.5 | = | 128.05 |
| | | 0.5 × 3 × 2.7 | = | 4.05 |
| | | 48.4 × 3 | = | 145.2 |
| | | 48.4 × 3.5 | = | 169.4 |
| | | 0.5 × 1.8 × 3 | = | 2.7 |
| | | 1 × 3 | = | 3 |
| | | 0.5 × 3.1 × 1.6 | = | 2.48 |
| | | 33 × 3.1 | = | 102.3 |
| 2 Car garage | 411.2 Sq ft | 0.5 × 21.1 × 0.2 | = | 2.11 |
| | | 21.1 × 19.3 | = | 407.23 |
| | | 0.5 × 18.6 × 0.2 | = | 1.86 |
| open/cov terrace | 676 Sq ft | 52 × 13 | = | 676 |

## Subject Photo Page

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | | County Palm Beach | | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



**Subject Front**

3445 Santa Barbara Dr
Sales Price     1,300,000
GLA              6,345
Total Rooms   12
Total Bedrms   6
Total Bathrms  6.5
Location        Residential
View             Residential
Site              1.63 acres
Quality          Good/stucco/wo
Age              15



**Subject Rear**



**Subject street view**

## PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County  Palm Beach | | State  FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

## PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code | 33414 |
| Client | New Wave Loans Residential LLC | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

## PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | |
|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | |
| City | Wellington | County Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

**exterior Photos**

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code | 33414 |
| Client | New Wave Loans Residential LLC | | | | |



**Interior view**



**Interior view**



**Interior view stars to tower**



**garage view**



**Interior view**



**Interior view**

## Interior Photos

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Chance & Anthem Llc. | | | |
| Property Address | 3445 Santa Barbara Dr | | | |
| City | Wellington | County Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | |


**garage view**


**a/c units / pool pumps**


**pool and spa**


**large yard**


**rear view**


**grand room above garage**


**Interior view**


**Interior view**


**side view**


**breeze way**


**kitchen view**


**family room**


**family room**


**2 car garage view**


**3 car garage view**

## Photograph Addendum

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County Palm Beach | State FL | Zip Code 33414 | |
| Client | New Wave Loans Residential LLC | | | | |



**view across the street**



**opposite street view**



**view from tower**



**view from tower**



**terrace 2nd floor**



**terrace 2nd floor**



**pool view from balcony**

## Comparable Photo Page

| Borrower/Client | Chance & Anthem Llc. | | | |
|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | |
| City | Wellington | County Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | |



### Comparable 1
| | |
|---|---|
| 3340 Santa Barbara Dr | |
| Proximity | 0.14 miles E |
| Sale Price | 4,900,000 |
| GLA | 6,148 |
| Total Rooms | 10 |
| Total Bedrms | 4 |
| Total Bathrms | 5.5 |
| Location | Residential |
| View | Residential |
| Site | 1.55 acres |
| Quality | Good/CBS |
| Age | 27 |



### Comparable 2
| | |
|---|---|
| 1365 Santa Barbara Dr | |
| Proximity | 0.24 miles NE |
| Sale Price | 3,600,000 |
| GLA | 3,800 |
| Total Rooms | 10 |
| Total Bedrms | 4 |
| Total Bathrms | 4.0 |
| Location | Residential |
| View | Residential |
| Site | 2.8 acres |
| Quality | Good/stucco/wo |
| Age | 30 |



### Comparable 3
| | |
|---|---|
| 14268 Belmont Trce | |
| Proximity | 1.24 miles NW |
| Sale Price | 4,200,000 |
| GLA | 6,199 |
| Total Rooms | 12 |
| Total Bedrms | 5 |
| Total Bathrms | 5.5 |
| Location | Residential |
| View | Residential |
| Site | 3.78 acres |
| Quality | Good/CBS |
| Age | 11 |

**Appraiser's License**

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | |



EXHIBIT B

ADJUST FONT SIZE: ➕ ➖ RESET

Website Search





Real Property

Search by Owner Name(Last Name first) or Address or PCN          Search

☰ Classic PAPA      ★ MyPAPA      🖶 Print This Page      📄 Save as PDF      🖶 Print Property Summary

📄 2019 Proposed Notice

Property Detail  •  Owner Information  •  Sales Information  •  Exemption Information  •  Property Information  •  Appraisals

Assessed and Taxable Values  •  Taxes

Full Property Detail

# Property Detail

**Show Full Map**

| | |
|---|---|
| Location Address | 1365 SANTA BARBARA DR |
| Municipality | WELLINGTON |
| Parcel Control Number | 73-41-44-21-03-000-0110 |
| Subdivision | SOUTHFIELDS PHASE I WELLINGTON COUNTRYPLACE |
| Official Records Book/Page | 27619 / 789 |
| Sale Date | JUN-2015 |
| Legal Description | SOUTHFIELDS PHASE I WELLINGTON COUNTRYPLACE LTS 11 & 12 |



**Nearby Sales Search**

# Owner Information

**Change of Address**

| **Owner(s)** | **Mailing Address** |
|---|---|
| PERRY DIANE G | 9165 GOLDEN GATE AVE |
| PERRY ROBERT K & | ORANGEVALE CA 95662 2219 |

# Sales Information

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JUN-2015 | $3,600,000 | 27619 / 00789 | WARRANTY DEED | PERRY ROBERT K & |
| FEB-2000 | $10 | 11611 / 00034 | WARRANTY DEED | MCCULLOUGH VICTORIA D |
| JAN-2000 | $10 | 11611 / 00032 | WARRANTY DEED | MCCULLOUGH VICTORIA D |
| APR-1998 | $85,000 | 10408 / 01755 | WARRANTY DEED | MCCULLOUGH ROBERT W TR |
| JUL-1993 | $89,000 | 07811 / 01225 | CERT OF TITLE | |
| MAY-1992 | $128,000 | 07263 / 01630 | WARRANTY DEED | |
| FEB-1988 | $105,000 | 05578 / 00402 | WARRANTY DEED | |
| MAY-1987 | $5,000 | 05274 / 00186 | CERT OF TITLE | |
| SEP-1984 | $90,000 | 04344 / 01264 | WARRANTY DEED | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

# Exemption Information

Portability Calculator

No Exemption Information Available.

# Property Information

Tangible Account(s)

## Subarea and Sq. Footage for Building 1

| Code Description | Sq. Footage |
|---|---|
| FOP Finished Open Porch | 70 |
| FOP Finished Open Porch | 380 |
| FOP Finished Open Porch | 81 |
| BAS Base Area | 84 |
| BAS Base Area | 3029 |
| BAS Base Area | 195 |
| Total Square Footage : | 3839 |
| Total Area Under Air : | 3308 |

| | |
|---|---|
| Number of Units | 1 |

View Building Details

| | |
|---|---|
| Total Square Feet* | 9356 |
| Acres | 2.80 |
| Property Use Code | 6800 - AG Classification EQUESTRIAN 🔍 |
| Zoning | RE - Residential Estates ( 73-WELLINGTON ) 🔍 |

* May indicate living area in residential properties.

Request Structural Details Change

## Structural Element for Building 1

| | | |
|---|---|---|
| 1. | Exterior Wall 1 | WSF: STUCCO |
| 2. | Year Built | 1985 |
| 3. | Air Condition Desc. | HTG & AC |
| 4. | Heat Type | FORCED AIR DUCT |
| 5. | Heat Fuel | ELECTRIC |
| 6. | Bed Rooms | 3 |
| 7. | Full Baths | 3 |
| 8. | Half Baths | 0 |
| 9. | Exterior Wall 2 | NONE |
| 10. | Roof Structure | GABLE/HIP |
| 11. | Roof Cover | MOD. METAL |
| 12. | Interior Wall 1 | DRYWALL |
| 13. | Interior Wall 2 | WOOD PANEL OR CUSTOM |
| 14. | Floor Type 1 | HARDWOOD |
| 15. | Floor Type 2 | MARBLE |
| 16. | Stories | 1 |

## Sketch for Building 1

# Appraisals 🔍



Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Improvement Value | $1,305,219 | $1,322,681 | $942,439 | $850,861 | $499,132 |
| Land Value | $700,000 | $700,000 | $700,000 | $882,000 | $816,200 |
| Total Market Value | $2,005,219 | $2,022,681 | $1,642,439 | $1,732,861 | $1,315,332 |

**All values are as of January 1st each year**

## Assessed and Taxable Values

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Assessed Value | $1,492,319 | $1,509,781 | $1,129,539 | $1,061,261 | $714,594 |
| Exemption Amount | $0 | $0 | $0 | $0 | $50,000 |
| Taxable Value | $1,492,319 | $1,509,781 | $1,129,539 | $1,061,261 | $664,594 |

## Taxes

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Ad Valorem | $30,181 | $29,728 | $22,512 | $21,672 | $14,173 |
| Non Ad Valorem | $1,350 | $1,350 | $1,344 | $1,300 | $1,310 |
| Total tax | $31,531 | $31,078 | $23,856 | $22,972 | $15,483 |

**\*Buyers take note:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

| Property Tax Calculator |

| Property Tax Detail |

| Tax Collector |



 **HOME**     **CONTACT US**     **RECORDS CUSTODIAN**

*Disclaimer: The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.*

*This site is designed to work best with the Internet Explorer 10 or higher and other proprietary browsers like Google Chrome, Mozilla Firefox and Safari. Please contact us if you need additional information or assistance with browser settings.*

## ADA Access

*The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at 561.355.2881 or e-mail your request to pa-pubsvc@pbcgov.org.*

*© 2019 Palm Beach County Property Appraiser. Designed and maintained by Palm Beach County, Information Systems Services.*



CFN 20150230323
OR BK 27619 PG 0789
RECORDED 06/22/2015 10:46:57
Palm Beach County, Florida
AMT 3,600,000.00
Doc Stamp 25,200.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0789 - 791; (3pgs)

Prepared by and return to:

Hilda M. Porro
Hilda M. Porro, P.A.
12012 South Shore Boulevard Suite 208
Wellington, FL 33414
561-798-3994
File Number: McCullough Perr
Parcel Identification No. 73-41-44-21-03-000-0110
Consideration: $3,600,000.00

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
### (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture,** made this ____ day of **June, 2015** between **Victoria D. McCullough, a single person,** whose post office address is **13801 40th Street South, Wellington, FL 33414**, of the County of **Palm Beach**, State of **Florida**, herein called Grantor*, and **Robert K. Perry and Diane G. Perry, husband and wife,** whose post office address is **9165 Golden Gate Ave, Orangevale, CA 95662**, of the County of **Sacramento**, State of **California**, herein called Grantee*,

**Witnesseth,** that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

> **Lots 11 and 12, Southfields - Phase I of Palm Beach Polo and Country Club - Wellington Countryplace - P.U.D., according to the plat thereof as recorded in Plat Book 39, Page 19, Public Records of Palm Beach County, Florida.**

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

\* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** Grantor has hereunto set Grantor's hand and seal the day and year first above written.

DoubleTime®

Signed, sealed and delivered in our presence:

Witness Name: STEVEN A. Gogola

Witness Name: HILDA M PORRO

Victoria D. McCullough                    (Seal)

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 19th day of June, 2015 by Victoria D. McCullough, who [_] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: HILDA M PORRO

My Commission Expires: _____

HILDA M. PORRO
Notary Public - State of Florida
My Comm. Expires Oct 17, 2018
Commission # FF 134885
Bonded Through National Notary Assn.

*Warranty Deed (Statutory Form)* - Page 2

**DoubleTime®**

# SOUTHFIELDS OF THE PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS ASSOCIATION, INC.

## CERTIFICATE OF APPROVAL

This is to certify that the following named Purchasers:

## ROBERT AND DIANE PERRY

Whose address is 1365 Santa Barbara Dr. Wellington, FL 33414 have complied with the Declaration of Covenants and Restrictions for Southfields of The Palm Beach Polo and Country Club Homeowners Association, INC., and have thereby obtained the approval of the Sales Contract by the Southfield Homeowners Association, Inc.

IN WITNESS WHEREOF, the undersigned has hereunto set this hand and seal this _16_ day of _June_, 2015.

South Fields Homeowners Association By: _George Palermo_

George Palermo, Property Manager

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _16th_ day of _June_, 2015, by George Palermo, Property Manager for Southfields of the Palm Beach Polo and Country Club Homeowners Association, Inc. a Florida not-for-profit corporation, who is personally known to me.

_Ebony Vasquez_
NOTARY PUBLIC

My Commission #: _FF228428_

My Commission Expires: _May 7th 2019_

This is not a Certified Copy

EBONY VASQUEZ
MY COMMISSION
MAY 07, 2019
#FF228428
NOTARY PUBLIC STATE OF FLORIDA

ADJUST FONT SIZE: **+** **—** RESET

Website Search 





| Real Property ⌄ |

| Search by Owner Name(Last Name first) or Address or PCN | **Search** |

☰ Classic PAPA    ★ MyPAPA    🖨 Print This Page    📄 Save as PDF    🖨 Print Property Summary

📄 2019 Proposed Notice

Property Detail    Owner Information    Sales Information    Exemption Information    Property Information    Appraisals

Assessed and Taxable Values    Taxes

Full Property Detail

# Property Detail



**Show Full Map**

| | |
|---|---|
| Location Address | 3340 SANTA BARBARA DR |
| Municipality | WELLINGTON |
| Parcel Control Number | 73-41-44-21-03-000-0170 |
| Subdivision | SOUTHFIELDS PHASE I WELLINGTON COUNTRYPLACE |
| Official Records Book/Page | 29266 / 1850 |
| Sale Date | MAY-2017 |
| Legal Description | SOUTHFIELDS PHASE I WELLINGTON COUNTRYPLACE LOT 17 |



**Nearby Sales Search**

## Owner Information

**Change of Address**

**Owner(s)**

NIVES DONNA

**Mailing Address**

FDN HOLDING COMPANY C/O PO BOX 1813

NEW ROCHELLE NY 10802 1813

## Sales Information

| Sales Date | Price | OR Book/Page | Sale Type 🔍 | Owner |
|---|---|---|---|---|
| MAY-2017 | $5,150,000 | 29266 / 01850 🔍 | WARRANTY DEED | NIVES DONNA |
| AUG-2016 | $10 | 28568 / 01805 🔍 | DEED OF TRUST | NIVES DONNA MARITAL TRUST & |
| MAY-2015 | $4,900,000 | 27531 / 00407 🔍 | WARRANTY DEED | DONNA NIVES MARITAL TRUST |
| JAN-2014 | $10 | 26570 / 00090 🔍 | WARRANTY DEED | CARR AMY J & |
| NOV-2003 | $10 | 16315 / 00776 🔍 | QUIT CLAIM | CARR AMY J |
| DEC-1999 | $10 | 11599 / 00001 🔍 | QUIT CLAIM | CARR AMY J (M) |
| JUN-1999 | $630,000 | 11206 / 00444 🔍 | WARRANTY DEED | |
| NOV-1992 | $800,000 | 07491 / 01469 🔍 | WARRANTY DEED | |
| AUG-1987 | $86,000 | 05394 / 01542 🔍 | WARRANTY DEED | |
| SEP-1981 | $61,500 | 03614 / 00776 🔍 | WARRANTY DEED | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## Exemption Information

Portability Calculator

No Exemption Information Available.

## Property Information

### Subarea and Sq. Footage for Building 1

| Code Description | Sq. Footage |
| --- | --- |
| FSP Finished Screened Porch | 600 |
| BAS Base Area | 4780 |
| FOP Finished Open Porch | 240 |
| FOP Finished Open Porch | 24 |
| FGR Finished Garage | 504 |
| **Total Square Footage :** | 6148 |
| **Total Area Under Air :** | 4780 |

| | |
| --- | --- |
| Number of Units | 1 |

View Building Details

| | |
| --- | --- |
| Total Square Feet* | 6148 |
| Acres | 1.55 |
| Property Use Code 🔍 | 0100 - SINGLE FAMILY |
| Zoning 🔍 | RE - Residential Estates ( 73-WELLINGTON ) |

* May indicate living area in residential properties.

Request Structural Details Change

### Structural Element for Building 1

| | | |
| --- | --- | --- |
| 1. | Exterior Wall 1 | MSY: CB STUCCO |
| 2. | Year Built | 1988 |
| 3. | Air Condition Desc. | HTG & AC |
| 4. | Heat Type | FORCED AIR DUCT |
| 5. | Heat Fuel | ELECTRIC |
| 6. | Bed Rooms | 4 |
| 7. | Full Baths | 5 |
| 8. | Half Baths | 1 |
| 9. | Exterior Wall 2 | NONE |
| 10. | Roof Structure | GABLE/HIP |
| 11. | Roof Cover | CONCRETE TILE |
| 12. | Interior Wall 1 | DRYWALL |
| 13. | Interior Wall 2 | N/A |
| 14. | Floor Type 1 | HARDWOOD |
| 15. | Floor Type 2 | MARBLE |
| 16. | Stories | 1 |

### Sketch for Building 1

## Appraisals 🔍



Show 5 year  | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Improvement Value | $811,668 | $855,577 | $814,009 | $705,620 | $661,615 |
| Land Value | $387,500 | $387,500 | $387,500 | $488,250 | $451,825 |
| Total Market Value | $1,199,168 | $1,243,077 | $1,201,509 | $1,193,870 | $1,113,440 |

**All values are as of January 1st each year**

## Assessed and Taxable Values

Show 5 year  | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Assessed Value | $1,199,168 | $1,243,077 | $1,201,509 | $1,193,870 | $618,910 |
| Exemption Amount | $0 | $0 | $0 | $0 | $50,000 |
| Taxable Value | $1,199,168 | $1,243,077 | $1,201,509 | $1,193,870 | $568,910 |

## Taxes

Show 5 year  | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Ad Valorem | $24,252 | $24,476 | $23,946 | $24,380 | $12,160 |
| Non Ad Valorem | $770 | $770 | $767 | $765 | $770 |
| Total tax | $25,022 | $25,246 | $24,713 | $25,145 | $12,930 |

**\*Buyers take note:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

Property Tax Calculator

Property Tax Detail

Tax Collector



 **HOME**      **CONTACT US**      **RECORDS CUSTODIAN**

*Disclaimer: The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.*

*This site is designed to work best with the Internet Explorer 10 or higher and other proprietary browsers like Google Chrome, Mozilla Firefox and Safari. Please contact us if you need additional information or assistance with browser settings.*

## *ADA Access*

*The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at __561.355.2881__ or e-mail your request to __pa-pubsvc@pbcgov.org__.*

*© 2019 Palm Beach County Property Appraiser. Designed and maintained by Palm Beach County, Information Systems Services.*



CFN 20150175924
OR BK 27531 PG 407
RECORDED 05/13/2015 10:11:15
Palm Beach County, Florida
AMT 4,900,000.00
DEED DOC 34,300.00
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0407-0410; (4Pgs)

This instrument was prepared by and is to
be returned to:

David Klein, Esquire
Rabideau Law
400 Royal Palm Way, Suite 404
Palm Beach, Florida 33480

Property Identification Number:
73-41-44-21-03-000-0170

## WARRANTY DEED

    **THIS WARRANTY DEED** is made as of May 11, 2015, between Amy J. Carr, individually and as Trustee of the Carr Family Trust dated January 9, 2014, joined by her husband, Daniel J. Carr, whose mailing address is c/o 13501 South Shore Boulevard, Suite 103, Wellington, FL 33414 ("Grantor"), and William D. Zabel, as Trustee of the Donna Nives Marital Trust U/A dated September 16, 2014, whose mailing address is c/o Schulte Roth & Zabel, 919 Third Avenue, New York, NY 10022 ("Grantee").

    **WITNESSETH:** Grantor, for and in consideration of Ten Dollars ($10.00), and other good and valuable consideration to Grantor in hand paid by Grantee, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, and sold to Grantee, and Grantee's heirs and assigns forever, certain real property located in Palm Beach County, Florida, described as follows:

    Lot 17, SOUTHFIELDS – PHASE I OF PALM BEACH POLO AND COUNTRY CLUB – WELLINGTON COUNTRYPLACE – P.U.D., according to the Plat recorded in Plat Book 39, Page 19, as recorded in the Public Records of Palm Beach County, Florida; said land situate, lying and being in Palm Beach County, Florida.

    Together with all the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

    Subject to a) comprehensive land use plans, zoning, and other land use restrictions, prohibitions and requirements imposed by governmental authority; b) restrictions and matters appearing on the Plat or otherwise common to the subdivision; c) outstanding oil, gas and mineral rights of record without right of entry; d) unplatted public utility easements of record (located contiguous to real property lines and not more than 10 feet in width as to rear or front lines and 7 ½ feet in width as to side lines; e) taxes for 2015 and subsequent years, provided none prevent the use of the subject property for residential purposes.

CFN 20150175924
BOOK 27531 PAGE 408
2 OF 4

To have and to hold the same in fee simple forever.

Grantor hereby covenants with Grantee that Grantor is lawfully seized of said land in fee simple; that Grantor has good and lawful authority to sell and convey said land; and that Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF,** Grantor has signed and sealed these presents as of the day and year first above written.

Signed, sealed, and delivered in our presence:

**Witnesses:**

Print Name: _____

Print Name: ____gina parrish____

Print Name: ____David Slen____

Print Name: ____gina PARRISH____

**Grantor:**

_____ [seal]
Amy J. Carr, individually and as Trustee of the
Carr Family Trust dated January 9, 2014
**Grantor Address:**
c/o 13501 South Shore Boulevard, Suite 103,
    Wellington, FL 33414

_____ [seal]
Daniel J. Carr
**Grantor Address:**
c/o 13501 South Shore Boulevard, Suite 103,
    Wellington, FL 33414

This is not a certified copy

2

CFN 20150175924
BOOK 27531 PAGE 409
3 OF 4

**State of Florida**
**County of Palm Beach**

    The foregoing instrument was acknowledged, sworn to and subscribed before me this _____ day of May, 2015, by Amy J. Carr, individually and as Trustee of the Carr Family Trust dated January 9, 2014, who ( ✓ ) is personally known to me, or ( ) has produced _____ as identification.

                          Notary Public, State of Florida
                          Print Name: _____

David Klein
COMMISSION # EE 838842
EXPIRES: SEP. 27, 2016
WWW.AARONNOTARY.com

**State of Florida**
**County of Palm Beach**

    The foregoing instrument was acknowledged, sworn to and subscribed before me this _____ day of May, 2015, by Daniel J. Carr, who ( ) is personally known to me, or ( ✓ ) has produced _____ as identification.

                          Notary Public, State of Florida
                          Print Name: _____

David Klein
COMMISSION # EE 838842
EXPIRES: SEP. 27, 2016
WWW.AARONNOTARY.org

This is a certified copy

# SOUTHFIELDS OF THE PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS ASSOCIATION, INC.

## CERTIFICATE OF APPROVAL

This is to certify that the following named Purchasers:

## William D. Zabel, as Trustee of the Donna Nives Marital Trust U/A dated 9/16/14

Whose address is 3340 Santa Barbara Dr. Wellington, FL 33414 have complied with the Declaration of Covenants and Restrictions for Southfields of The Palm Beach Polo and Country Club Homeowners Association, INC., and have thereby obtained the approval of the Sales Contract by the Southfield Homeowners Association, Inc.

IN WITNESS WHEREOF, the undersigned has hereunto set this hand and seal this

_____6th the_____ day of _____MAy_____, 2015.

South Fields Homeowners Association By: _Eva A DiSisto_

Eva S. DiSisto, Property Manager

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _6th_ day of _____MAy_____, 2015, by Eva S. DiSisto, Property Manager for Southfields of the Palm Beach Polo and Country Club Homeowners Association, Inc. a Florida not-for-profit corporation, who is personally known to me.

_George Palermo_
NOTARY PUBLIC

My Commission #: _EE869579_

My Commission Expires: _5/26/2017_

GEORGE J PALERMO
Notary Public - State of Florida
My Comm. Expires May 26, 2017
Commission # EE 869579
Bonded Through National Notary Assn

This is not a certified copy

ADJUST FONT SIZE: **+** **−** RESET

Website Search 





**Real Property** ⌄

Search by Owner Name(Last Name first) or Address or PCN | **Search**

☰ Classic PAPA    ★ MyPAPA    🖶 Print This Page    📄 Save as PDF    🖶 Print Property Summary

📄 2019 Proposed Notice

Property Detail • Owner Information • Sales Information • Exemption Information • Property Information • Appraisals
• Assessed and Taxable Values • Taxes

Full Property Detail

# Property Detail



**Show Full Map**

| | |
|---|---|
| Location Address | 3580 AIKEN CT |
| Municipality | WELLINGTON |
| Parcel Control Number | 73-41-44-21-03-000-0230 |
| Subdivision | SOUTHFIELDS PHASE I WELLINGTON COUNTRYPLACE |
| Official Records Book/Page | 28386 / 812 |
| Sale Date | MAY-2016 |
| Legal Description | SOUTHFIELDS PHASE I WELLINGTON COUNTRYPLACE LT 23 |



**Nearby Sales Search**

# Owner Information

**Change of Address**

**Owner(s)**

AIKEN COURT LLC

**Mailing Address**

3580 AIKEN CT

WELLINGTON FL 33414 7318

# Sales Information

| Sales Date | Price | OR Book/Page | Sale Type 🔍 | Owner |
|---|---|---|---|---|
| MAY-2016 | $3,000,000 | 28386 / 00812 🔍 | WARRANTY DEED | AIKEN COURT LLC |
| APR-2011 | $1,800,000 | 24452 / 01091 🔍 | WARRANTY DEED | BEECHER LLC |
| MAY-2006 | $475,000 | 20381 / 00437 🔍 | WARRANTY DEED | GALVAN TANYA J & |
| APR-2005 | $415,000 | 18477 / 00612 🔍 | WARRANTY DEED | LEBOWITZ EMANUEL & |
| JAN-2002 | $80,000 | 13315 / 00054 🔍 | WARRANTY DEED | GARCIA CRAIG A & |
| SEP-2001 | $132,000 | 12924 / 00933 🔍 | WARRANTY DEED | UCCI DEVELOPMENT CO |
| MAY-1998 | $250,000 | 10430 / 01297 🔍 | WARRANTY DEED | GSB RACING & BREEDING STOCK INC |
| MAR-1985 | $110,000 | 04542 / 00433 🔍 | WARRANTY DEED | |
| JUL-1982 | $72,300 | 03781 / 01772 🔍 | WARRANTY DEED | |
| FEB-1980 | $100 | 03234 / 00397 🔍 | WARRANTY DEED | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

# Exemption Information

Portability Calculator

No Exemption Information Available.

# Property Information

## Subarea and Sq. Footage for Building 1

| Code Description | Sq. Footage |
|---|---|
| FUS Finished Upper Story | 3568 |
| UOP Unfinished Open Porch | 500 |
| BAS Base Area | 4114 |
| FOP Finished Open Porch | 144 |
| FOP Finished Open Porch | 268 |
| FOP Finished Open Porch | 716 |
| FOP Finished Open Porch | 268 |
| FGR Finished Garage | 1004 |
| **Total Square Footage :** | **10582** |
| **Total Area Under Air :** | **7682** |

| | |
|---|---|
| Number of Units | 1 |

View Building Details

| | |
|---|---|
| Total Square Feet* | 10582 |
| Acres | 1.40 |
| Property Use Code | 0100 - SINGLE FAMILY |
| Zoning | RE - Residential Estates ( 73-WELLINGTON ) |

* May indicate living area in residential properties.

Request Structural Details Change

## Structural Element for Building 1

| | | |
|---|---|---|
| 1. | Exterior Wall 1 | MSY: CB STUCCO |
| 2. | Year Built | 2007 |
| 3. | Air Condition Desc. | HTG & AC |
| 4. | Heat Type | FORCED AIR DUCT |
| 5. | Heat Fuel | ELECTRIC |
| 6. | Bed Rooms | 5 |
| 7. | Full Baths | 6 |
| 8. | Half Baths | 2 |
| 9. | Roof Structure | WOOD TRUSS |
| 10. | Roof Cover | MOD. METAL |
| 11. | Interior Wall 1 | DRYWALL |
| 12. | Floor Type 1 | MARBLE |
| 13. | Floor Type 2 | HARDWOOD |
| 14. | Stories | 2 |

## Sketch for Building 1

## Appraisals 🔍

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Improvement Value | $2,009,999 | $2,167,782 | $2,075,556 | $1,725,015 | $1,745,907 |
| Land Value | $350,000 | $350,000 | $350,000 | $441,000 | $408,100 |
| Total Market Value | $2,359,999 | $2,517,782 | $2,425,556 | $2,166,015 | $2,154,007 |

**All values are as of January 1st each year**

## Assessed and Taxable Values

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Assessed Value | $2,359,999 | $2,517,782 | $2,425,556 | $2,166,015 | $2,154,007 |
| Exemption Amount | $0 | $0 | $0 | $0 | $0 |
| Taxable Value | $2,359,999 | $2,517,782 | $2,425,556 | $2,166,015 | $2,154,007 |

## Taxes

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Ad Valorem | $47,730 | $49,576 | $48,342 | $44,232 | $45,328 |
| Non Ad Valorem | $540 | $540 | $537 | $535 | $540 |
| Total tax | $48,270 | $50,116 | $48,879 | $44,767 | $45,868 |

**\*Buyers take note:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

**Property Tax Calculator**

**Property Tax Detail**

**Tax Collector**



 **HOME**           **CONTACT US**           **RECORDS CUSTODIAN**

*Disclaimer: The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.*

*This site is designed to work best with the Internet Explorer 10 or higher and other proprietary browsers like Google Chrome, Mozilla Firefox and Safari. Please contact us if you need additional information or assistance with browser settings.*

## *ADA Access*

*The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at* ___561.355.2881___ *or e-mail your request to* ___pa-pubsvc@pbcgov.org___.

*© 2019 Palm Beach County Property Appraiser. Designed and maintained by Palm Beach County, Information Systems Services.*



CFN 20160220904
OR BK 28386 PG 0812
RECORDED 06/22/2016 11:49:41
Palm Beach County, Florida
AMT 3,000,000.00
Doc Stamp 21,000.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0812 - 815; (4pgs)

THIS INSTRUMENT PREPARED BY
AND RETURN TO:
CRAIG T. GALLE, ESQ.
THE GALLE LAW GROUP, P.A.
13501 SOUTH SHORE BLVD., #103
WELLINGTON, FL 33414

Property Appraisers Parcel Identification (Folio) Number:
73-41-44-21-03-000-0230

_____ Space Above This Line For Recording Data_____

## WARRANTY DEED

**THIS WARRANTY DEED**, made the June 16, 2016 by Beecher, LLC, a Virginia limited liability company, whose post office address is c/o Mildred Slater, 9005 John Mosby Highway, Upperville, VA 20185, herein called the Grantor, to Aiken Court, LLC, a Florida limited liability company, whose post office address is 3580 Aiken Court, Wellington, FL 33414, hereinafter called the Grantee:

*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H**: That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Palm Beach County, State of Florida, viz.:

Lot 23, Southfields - Phase I of Palm Beach Polo and Country Club - Wellington Countryplace - P.U.D., according to the plat thereof as recorded in Plat Book 39, Page 19, Public Records of Palm Beach County, Florida.

Property Address:  3580 Aiken Court, Wellington FL 33414

SUBJECT TO taxes for the current year and subsequent years; restrictions, reservations, covenants, conditions and easements of record; comprehensive land use plans, zoning, restrictions, prohibitions and other requirements imposed by governmental authority; and public utility easements (it not being the intent hereof to reimpose any of the foregoing).

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND**, the Grantor hereby covenants with said Grantees that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF,** the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Beecher, LLC, a Virginia limited liability company

By: _Dr. Betsee Parker, Manager_

Betsee Parker, Manager

Witness Name: _Mildred Fletcher Slade_

Witness Name: _Emmie Rice_

State of _Virginia_
County of _Fauquier_

The foregoing instrument was acknowledged before me this _20th_ day of May, 2016 by Betsee Parker, Manager of Beecher, LLC, a Virginia limited liability, on behalf of the company. He/she is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

_Candace B Glascock_    #136896
Notary Public

Printed Name: _Candace B Glascock_

My Commission Expires: _5/31/20_

Book28386/Page814
CFN#20160220904
Page 3 of 4

# SOUTHFIELDS OF THE PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS ASSOCIATION, INC.

## CERTIFICATE OF APPROVAL

This is to certify that the following named Purchasers:

Aiken Court, LLC

Whose address is 3580 Aiken Court, Wellington, FL 33414 has complied with the Declaration of Covenants and Restrictions for Southfields of The Palm Beach Polo and Country Club Homeowners Association, INC., and have thereby obtained the approval of the Sales Contract by the Southfield Homeowners Association, Inc.

IN WITNESS WHEREOF, the undersigned has hereunto set this hand and seal this

_____20th_____ day of _____June_____, 2016.

South Fields Homeowners Association By: _____

James Mazzeo, Property Manager

STATE OF FLORIDA

COUNTY OF PALM BEACH

This is not a certified copy

The foregoing instrument was acknowledged before me this 20ᵗʰ day of _____, 2016, by James Mazzeo, Property Manager for Southfields of the Palm Beach Polo and Country Club Homeowners Association, Inc. a Florida not-for-profit corporation, who is personally known to me.

_____
NOTARY PUBLIC

My Commission #: _____

JOAN KUSHAY
MY COMMISSION # EE 835713
EXPIRES: November 24, 2016
Bonded Thru Notary Public Underwriters

My Commission Expires: _____

This is not a certified copy

CFN 20110121736
OR BK 24452 PG 1091
RECORDED 04/08/2011 14:48:52
Palm Beach County, Florida
AMT 1,800,000.00
Doc Stamp 12,600.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1091 - 1094; (4pgs)

Prepared by:
Tami L. Augen
2247 Palm Beach Lakes Boulevard
Suite 202
West Palm Beach, Florida 33409

When recorded return to:
Craig T. Galle, Esq.
The Galle Law Group, P.A.
13501 South Shore Boulevard
Suite 103
Wellington, Florida 33414

PARCEL ID NUMBER: 73-41-44-21-03-000-0230

$1,800,000

(Space above this line reserved for recording office use only)

## WARRANTY DEED

This Warranty Deed made this ___5___ day of April, 2011, by Michael T. Galvan, a single man, whose post office address is c/o Tami L. Augen, Esq., 2247 Palm Beach Lakes Boulevard, Suite 202, West Palm Beach, Florida 33409, and Tanya Galvan, a single woman, whose post office address is P.O. Box 211301, Royal Palm Beach, Florida 33421, formerly husband and wife, as Grantor, to Beecher, LLC, a Virginia Limited Liability Company, whose post office address is 9005 John Mosby Highway, Upperville, Virginia 20185, as Grantee.

(Whenever used herein the term "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the sucessors and assigns of corporations)

WITNESSETH, that the Grantor, for an in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms until the Grantee, all that certain land situate in Palm Beach County, Florida, viz:

LOT 23, SOUTHFIELDS PHASE 1 OF PALM BEACH POLO AND COUNTY CLUB WELLINGTON COUNTRYPLACE P.U.D., ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 39, PAGE 19, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

SUBJECT TO covenants, restrictions, reservations, conditions and easements of record, comprehensive land use plans, zoning, prohibitions and other requirements imposed by governmental authority, public utility easements, and taxes for the current year and subsequent years.

TOGETHER with all the tenements, hereditaments, and appurtenances thereto belonging

or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2010.

**IN WITNESS WHEREOF**, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

_____

Grantor, Michael T. Galvan
Address: c/o Tami L. Augen, Esq., 2247 Palm Beach Lakes Boulevard, Suite 202, West Palm Beach, Florida 33409

**WITNESSES**:

_____
Witness Signature
Print Name: Tami L. Augen

_____
Witness Signature
Print Name: Sheelah Toro

**STATE OF FLORIDA** )
)
**COUNTY OF PALM BEACH** )

The foregoing instrument was acknowledged before me, this 5th day of April, 2011, by Michael T. Galvan who is personally known to me or who has produced a n/a as

This is not a certified copy

identification.

NOTARY PUBLIC-STATE OF FLORIDA
Tami Lane Augen
Commission # DD817692
Expires: AUG. 26, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

_____
NOTARY PUBLIC

_____
[Print, type or stamp commissioned name of notary
or deputy clerk.]

_____
Grantor, Tanya J. Galvan
Address:   P.O. Box 211301, Royal Palm Beach,
Florida 33421

**WITNESSES:**

_____
Witness Signature
Print Name:   _RutH RAmos_____

_____
Witness Signature
Print Name:   _Anthony Barbuto_____

**STATE OF FLORIDA**                          )
                                             )
**COUNTY OF PALM BEACH**                      )

    The foregoing instrument was acknowledged before me, this __5__ day of April, 2011, by
_Tanya Galvan_____ who is personally known to me or who has produced a _____ as
identification.

ANTHONY MICHAEL BARBUTO
MY COMMISSION # DD 833913
EXPIRES October 26, 2012
(407) 398-0153   FloridaNotaryService.com

_____
NOTARY PUBLIC

_____
[Print, type or stamp commissioned name of notary
or deputy clerk.]

## CERTIFICATE OF APPROVAL

This is to certify that the SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS, INC., a Florida not-for-profit corporation, consents to and approves the sale of the following described real property to:

### BEECHER, LLC

Lot 23, SOUTHFIELDS – PHASE I OF PALM BEACH POLO AND COUNTRY CLUB - WELLINGTON COUNTRYPLACE - P.U.D., according to the plat thereof, as recorded in Plat Book 39, Page(s) 19, of the Public Records of Palm Beach County, Florida.

and further waives the right, if any, that it may have to exercise an option to purchase the above property.

Signed this 5th day of April, 2011.

SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS, INC.

By: _____
      Scott J. Swerdlin

STATE OF FLORIDA

COUNTY OF PALM BEACH }ss:

The foregoing certificate of approval was acknowledged before me by Scott J. Swerdlin, DVM, as *Treasurer* of SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS, INC., on this 5th day of April, 2011.

_____
Notary Public, State of Florida

My commission expires: Nov 30, 2013



ADJUST FONT SIZE: ✚ ━ RESET

Website Search 



**f** **t** **in** **You Tube** **○**

Real Property ⌄

Search by Owner Name(Last Name first) or Address or PCN | **Search**

≣ Classic PAPA    ★ MyPAPA    🖶 Print This Page    📄 Save as PDF    🖶 Print Property Summary

📄 2019 Proposed Notice

Property Detail • Owner Information • Sales Information • Exemption Information • Property Information • Appraisals
• Assessed and Taxable Values • Taxes

Full Property Detail

# Property Detail





**Show Full Map**

| | |
|---|---|
| Location Address | 13405 SOUTHFIELDS RD |
| Municipality | WELLINGTON |
| Parcel Control Number | 73-41-44-21-04-000-0420 |
| Subdivision | SOUTHFIELDS PH 2 PB POLO & C C WELLINGTON COUNTRY PLACE |
| Official Records Book/Page | 28709 / 383 |
| Sale Date | NOV-2016 |
| Legal Description | SOUTHFIELDS PH 2 PB POLO & C C WELLINGTON COUNTRY PLACE LTS 42 THRU 44 |



**Nearby Sales Search**

## Owner Information

**Change of Address**

**Owner(s)**

TALL GRASS FARM LLC

**Mailing Address**

2401 ALEXANDER AVE

LITTLETON CO 80121 1727

## Sales Information

| Sales Date | Price | OR Book/Page | Sale Type 🔍 | Owner |
|---|---|---|---|---|
| NOV-2016 | $6,500,000 | 28709 / 00383 🔍 | WARRANTY DEED | TALL GRASS FARM LLC |
| NOV-2013 | $10 | 26489 / 00994 🔍 | WARRANTY DEED | STUDD PAUL & |
| FEB-2012 | $10 | 25019 / 01980 🔍 | WARRANTY DEED | M & M SHOW STABLES INC |
| JAN-2012 | $495,000 | 24974 / 00850 🔍 | WARRANTY DEED | STUDD PAUL & |
| OCT-2007 | $600,000 | 22229 / 00738 🔍 | WARRANTY DEED | KATZACH CORP |
| OCT-2003 | $300,000 | 16230 / 01055 🔍 | WARRANTY DEED | CHAUDRY SHAHID J |
| APR-2001 | $197,500 | 12458 / 01164 🔍 | WARRANTY DEED | SINGH BALJIT |
| JUL-1998 | $140,000 | 10535 / 00973 🔍 | WARRANTY DEED | |
| MAR-1987 | $500,000 | 05202 / 00656 🔍 | WARRANTY DEED | |
| SEP-1986 | $21,775,000 | 05024 / 01101 🔍 | WARRANTY DEED | |
| FEB-1980 | $100 | 03234 / 00397 🔍 | WARRANTY DEED | |

**NOTE: Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.**

## Exemption Information

Portability Calculator

No Exemption Information Available.

## Property Information

Tangible Account(s)



### Subarea and Sq. Footage for Building 1

| Code Description | Sq. Footage |
|---|---|
| FOP Finished Open Porch | 1852 |
| FOP Finished Open Porch | 76 |
| FGR Finished Garage | 924 |
| BAS Base Area | 5724 |
| Total Square Footage : | 8576 |
| Total Area Under Air : | 5724 |

Number of Units: 2

View Building Details

Total Square Feet*: 14636

Acres: 5.5429

Property Use Code: 6800 - AG Classification EQUESTRIAN

Zoning: RE - Residential Estates ( 73-WELLINGTON )

* May indicate living area in residential properties.

Request Structural Details Change

### Structural Element for Building 1

| | | |
|---|---|---|
| 1. | Exterior Wall 1 | MSY: CB STUCCO |
| 2. | Year Built | 2013 |
| 3. | Air Condition Desc. | HTG & AC |
| 4. | Heat Type | FORCED AIR DUCT |
| 5. | Heat Fuel | ELECTRIC |
| 6. | Bed Rooms | 4 |
| 7. | Full Baths | 3 |
| 8. | Half Baths | 1 |
| 9. | Roof Structure | WOOD TRUSS |
| 10. | Roof Cover | CONCRETE TILE |
| 11. | Interior Wall 1 | DRYWALL |
| 12. | Floor Type 1 | MARBLE |
| 13. | Floor Type 2 | CARPETING |
| 14. | Stories | 1 |

### Sketch for Building 1

## Appraisals

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Improvement Value | $2,946,058 | $2,747,152 | $2,710,734 | $2,451,665 | $2,301,934 |
| Land Value | $1,484,111 | $1,484,111 | $1,484,111 | $990,113 | $916,247 |
| Total Market Value | $4,430,169 | $4,231,263 | $4,194,845 | $3,441,778 | $3,218,181 |

**All values are as of January 1st each year**

## Assessed and Taxable Values

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Assessed Value | $3,336,466 | $3,137,560 | $3,101,142 | $2,781,467 | $2,600,969 |
| Exemption Amount | $0 | $0 | $0 | $50,000 | $0 |
| Taxable Value | $3,336,466 | $3,137,560 | $3,101,142 | $2,731,467 | $2,600,969 |

## Taxes

Show 5 year | Show 10 year

| Tax Year | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Ad Valorem | $67,478 | $61,779 | $61,807 | $55,956 | $54,734 |
| Non Ad Valorem | $1,420 | $1,420 | $1,420 | $960 | $960 |
| Total tax | $68,898 | $63,199 | $63,227 | $56,916 | $55,694 |

**\*Buyers take note:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

Property Tax Calculator

Property Tax Detail

Tax Collector



 **HOME**       **CONTACT US**       **RECORDS CUSTODIAN**

*Disclaimer: The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.*

*This site is designed to work best with the Internet Explorer 10 or higher and other proprietary browsers like Google Chrome, Mozilla Firefox and Safari. Please contact us if you need additional information or assistance with browser settings.*

## ADA Access

*The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at **561.355.2881** or e-mail your request to **pa-pubsvc@pbcgov.org**.*

*© 2019 Palm Beach County Property Appraiser. Designed and maintained by Palm Beach County, Information Systems Services.*



CFN 20160406714

OR BK 28709 PG 0383
RECORDED 11/16/2016 12:55:46
AMT 6,500,000.00
Doc Stamp 45,500.00
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0383 - 386; (4pgs)

**This Instrument Prepared by and Return to:**
Scott A. Elk, Esq.
Scott A. Elk, P.A.
750 Park of Commerce Blvd., Suite 400
Boca Raton, FL 33487

Property Identification No. 73-41-44-21-04-000-0420
and 73-41-44-21-04-000-0440

# WARRANTY DEED

THIS WARRANTY DEED, made this __ day of November, 2016, between PAUL STUDD and MARIE B. STUDD, husband and wife, hereinafter Grantor, and TALL GRASS FARM, LLC, a Florida limited liability company, whose address is 13405 Southfields Road, Wellington, FL 33414, hereinafter Grantee;

W I T N E S S E T H

That said Grantor, for and in consideration of the sum of TEN ($10.00) DOLLARS, and other good and valuable consideration to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's successors and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida, to wit:

Lots 42, 43 and 44, of Southfields - Phase II of Palm Beach Polo and Country Club - Wellington Countryplace - P.U.D., according to the map or plat thereof, as recorded in Plat Book 39, Page 23, of the Public Records of Palm Beach County, Florida.

SUBJECT TO:

(1)     zoning and/or restrictions and prohibitions imposed by governmental authority;

(2)     restrictions, reservations, covenants, easements, and other matters of record or appearing on the plat and/or common to the subdivision and without reimposing same; and

(3)     taxes and assessments for the year 2017 and subsequent years which are not yet due and payable.

and said Grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

"Grantor" and "Grantee" are used for singular or plural, as context requires.

l

Book28709/Page384
CFN#20160406714
Page 2 of 4



    IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered
in our presence:

_____

Printed Name: _____

_____

Printed Name: _____

_____

Printed Name: _____

_____

Printed Name: _____

_____ (L.S.)
PAUL STUDD

_____ (L.S.)
MARIE B. STUDD

STATE OF _____

COUNTY OF _____ ) ss:

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me this _14_ day of November, 2016, by PAUL STUDD, who

    ☑ is personally known to me or
    ☐ has produced _____ as identification.

(NOTARY SEAL)

SCOTT ELK
MY COMMISSION #FF156543
EXPIRES: NOV 01, 2018
Bonded through 1st State Insurance

_____
NOTARY PUBLIC

_____
(Name of Notary Typed, Printed, or Stamped)

STATE OF _____ )

COUNTY OF _____ ) ss:

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me this _14_ day of November, 2016, by MARIE B. STUDD, who

    ☑ is personally known to me or
    ☐ has produced _____ as identification.

(NOTARY SEAL)

_____
NOTARY PUBLIC

_____
(Name of Notary Typed, Printed, or Stamped)

SCOTT ELK
MY COMMISSION #FF156543
EXPIRES: NOV 01, 2018
Bonded through 1st State Insurance

Book28709/Page385
CFN#20160406714
Page 3 of 4

# SOUTHFIELDS OF THE PALM BEACH POLO AND COUNTRY CLUB HOMEOWNERS ASSOCIATION, INC.

## CERTIFICATE OF APPROVAL

This is to certify that the following named Purchaser:

**Tall Grass Farm, LLC**

Whose address is 13405 & 13425 Southfields Road, Wellington, FL 33414 has complied with the Declaration of Covenants and Restrictions for Southfields of The Palm Beach Polo and Country Club Homeowners Association, INC., and have thereby obtained the approval of the Sales Contract by the Southfield Homeowners Association, Inc.

IN WITNESS WHEREOF, the undersigned has hereunto set this hand and seal this

9th day of November , 2016.

Southfields Homeowners Association By: _____

James Mazzeo, Property Manager

STATE OF FLORIDA

COUNTY OF PALM BEACH

Book28709/Page386
CFN#20160406714
Page 4 of 4

The foregoing instrument was acknowledged before me this __10__ day of __November__, 2016, by James Mazzeo, Property Manager for Southfields of the Palm Beach Polo and Country Club Homeowners Association, Inc. a Florida not-for-profit corporation, who is personally known to me.

NOTARY PUBLIC

My Commission #: _____

JOAN KUSHAY
MY COMMISSION # EE 835713
EXPIRES: November 24, 2016
Bonded Thru Notary Public Underwriters

My Commission Expires: _____

This is not a certified copy

# Electronic Articles of Organization For
# Florida Limited Liability Company

L16000188853
FILED 8:00 AM
October 12, 2016
Sec. Of State
jafason

## Article I

The name of the Limited Liability Company is:

TALL GRASS FARM, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

C/O DONALD DUFRESNE, FOX ROTHSCHILD LLP
222 LAKEVIEW AVENUE, SUITE 700
WEST PALM BEACH, FL.   33401

The mailing address of the Limited Liability Company is:

C/O DONALD DUFRESNE, FOX ROTHSCHILD LLP
222 LAKEVIEW AVENUE, SUITE 700
WEST PALM BEACH, FL.   33401

## Article III

The name and Florida street address of the registered agent is:

DONALD P DUFRESNE
222 LAKEVIEW AVENUE
SUITE 700
WEST PALM BEACH, FL.   33401

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   DONALD DUFRESNE

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  MGR
MICHAEL  ASHER
C/O D.P. DUFRESNE, 222 LAKEVIEW AVE.,#700
WEST PALM BEACH, FL.  33401

L16000188853
FILED 8:00 AM
October 12, 2016
Sec. Of State
jafason

## Article V

The effective date for this Limited Liability Company shall be:

10/12/2016

Signature of member or an authorized representative

Electronic Signature: DONALD DUFRESNE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

EXHIBIT C

CFN 20050619876
OR BK 19335 PG 0005
RECORDED 09/30/2005 16:16:19
Palm Beach County, Florida
AMT 2,632,000.00
Doc Stamp 18,424.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0005 - 7; (3pgs)

THIS INSTRUMENT WAS PREPARED BY AND
SHOULD BE RECORDED AND RETURNED TO:
Mario G. de Mendoza, III, Esq.
Mario G. de Mendoza, III, P.A.
12765 Forest Hill Boulevard, Suite 1302
Wellington, FL 33414
Telephone: (561) 784-2930

## WARRANTY DEED

THIS INDENTURE, Made this *29* day of *September*, 2005, between STEPHEN J. LAVINE, joined by SUSAN G. LAVINE, his wife, whose address is Post Office Box 213205, Royal Palm Beach, Florida 33421, Grantors, and THOMAS W. FLEMING and ROBIN A. FLEMING, his wife, whose address is 3445 Santa Barbara Drive, Wellington, FL 33414, Grantees.

W I T N E S S E T H :

That the said Grantors, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), and other good and valuable consideration to said Grantors in hand paid by said Grantees, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said Grantees, and the Grantees' heirs and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

> Lot 2 of Southfields - Phase I of Palm Beach Polo and Country Club - Wellington Countryplace - P.U.D., according to the Plat thereof, as recorded in Plat Book 39, page 19, of the Public Records of Palm Beach County, Florida.
>
> Property Control Number: 73-41-44-21-03-000-0020
>
> SUBJECT to restrictions, reservations, conditions, covenants, easements, limitations and matters of record, the same not to be deemed hereby reimposed, and taxes for the year 2005 and subsequent years.

And the said Grantors do hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

"Grantor" and "Grantee" are used for singular or plural as context requires.

IN WITNESS WHEREOF, Grantors have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered
in the presence of:

_Debra Wilkinson_
DEBRA WILKINSON

_Sondra Swinford_
SONDRA D. SWINFORD

STEPHEN J. LAVINE

_Debra Wilkinson_
DEBRA WILKINSON

_Sondra Swinford_
SONDRA D. SWINFORD

SUSAN G. LAVINE

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _29_ day of September, 2005, by STEPHEN J. LAVINE, who is personally known to me, (or who produced _drivers license_ as identification).

(Notary Seal)

Signature of Notary: _Sondra Swinford_
Printed Name of Notary: _SONDRA D. SWINFORD_
Commission No. _DD381920_
Commission Expiration Date: _1/26/09_

SONDRA D. SWINFORD
MY COMMISSION #DD381920
EXPIRES: JAN 26, 2009
Bonded through 1st State Insurance

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _29_ day of September, 2005, by SUSAN G. LAVINE, who is personally known to me, (or who produced _drivers license_ as identification).

(Notary Seal)

Signature of Notary: _Sondra Swinford_
Printed Name of Notary: _SONDRA D. SWINFORD_
Commission No. _DD 381920_
Commission Expiration Date: _1/26/09_

SONDRA D. SWINFORD
MY COMMISSION #DD381920
EXPIRES: JAN 26, 2009
Bonded through 1st State Insurance

2

### CERTIFICATION OF APPROVAL OF PROPOSED CONVEYANCE FOR
### SOUTHFIELDS HOMEOWNERS ASSOCIATION, INC.

The undersigned representative of Southfields Homeowners Association, Inc. hereby certifies that the Board of Directors of the Association approves the conveyance of the unit located at: *Santa Barbara Wa*, Palm Beach County, Florida of said unit:

From: *Stephen Savino*

To: *Thomas & Robin Fleming*

and further certifies that the said Board of Directors authorized him to execute this Certificate of Approval on behalf of the Corporation.

BY: _____

BY: _____

This instrument prepared by:
Neal S. Litman, Esq.
Neal S. Litman, P.A.
Grove Plaza ~ Second Floor
2900 SW 28 Terrace
Coconut Grove, Florida 33133

```
08/11/2003  10:44:22  20030472109
OR BK 15669 PG 1097
Palm Beach County, Florida
AMT 1,600,000.00
Doc Stamp 11,200.00
```



_____[Space Above This Line For Recording Data]_____

# Warranty Deed

(Statutory Form - FS 689.02)

**This Indenture,** Made this July 8, 2003 between **Fraginvest Corporation, a Florida corporation** First Party, to **Stephen Lavine, a married man,** Second Party, whose post office address is 3445 Santa Barbara Dr., Wellington, FL 33414

(Whenever used herein, the terms "First Party" and "Second Party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**Witnesseth**: That said First Party, for and in consideration of the sum of $10.00 and other good valuable consideration receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Second Party, all that certain land situated in PALM BEACH County, Florida, to wit:

Lot 2 of Southfields-Phase I of Palm Beach Polo and Country Club-Wellington Countryplace - P.U.D. according to the map or Plat thereof, as recorded in Plat Book 39, Page 19 of the Public Records of Palm Beach County, Florida.

(For Information Only: Property Appraiser's Parcel Identification Number is 73-4144-21-03-000-0020)

Subject to: Conditions, restrictions, reservations, limitations and easements of records, if any (provided, however, that this reference shall not operate to reimpose the same), applicable zoning regulations and taxes for the current and subsequent years.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**And** the First Party hereby covenants with said Second Party that the First Party is lawfully seized of said land in fee simple; that the First Party has good right and lawful authority to sell and convey said land; that the First Party hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

**In Witness Whereof,** the said First Party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Witness _____
Print Witness Name
Witness _____
Print Witness Name

Fraginvest Corporation, a Florida corporation

By: _____
David Popham, as Vice President
Address:    600 Madison Ave., 12 Floor
New York, NY 10022

STATE OF FLORIDA        )
                        ) SS
COUNTY OF MIAMI-DADE    )

The foregoing instrument was acknowledged before me this July 8, 2003 by David Popham, as Vice President for Fraginvest Corporation, a Florida corporation, who is/are personally known to me and/or produced _____ as identification.

Notary Public - State of Florida
Print Name

BECKI B. LITMAN
MY COMMISSION # CC 915166
EXPIRES: May 26, 2004
Bonded Thru Notary Public Underwriters

H:\Turbodsoe 20    ...Lavine-Fraginvest ...==\Assembled Documents\2-WARNTY.TBD.00.wpd

# CERTIFICATE OF APPROVAL
## OF
## SOUTHFIELDS AT PALM BEACH POLO HOMEOWNERS ASSOCIATION, INC.

This is to certify that Stephen Lavine has/have been approved by Southfields at Palm Beach Polo Homeowners Association, Inc. a Florida corporation, not for profit, as the purchaser(s) of the following described property in Palm Beach County, Florida.

Lot 2 (3445 Santa Barbara Road), Phase 1, a parcel according to the Declaration of Covenants, Conditions and Restrictions for Southfields at Palm Beach Polo Homeowners Association, Inc. thereof recorded in Official Record Book 3225, Page 0866, and amendments thereto, Public Records of Palm Beach County, Florida.

Such approval has been given pursuant to the provisions of the Declaration of Covenants, Conditions and Restrictions for Southfields at Palm Beach Polo Homeowners Association, Inc.

Dated this 19 day of June, 2003.

### SOUTHFIELDS AT PALM BEACH POLO HOMEOWNERS ASSOCIATION, INC.

By _Gaye Scarpa_
Gaye Scarpa  President

Witness _____

Witness _____

STATE OF FLORIDA
COUNTY OF PALM BEACH

I hereby certify that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared Gaye Scarpa, President respectively of Southfields at Palm Beach Polo Homeowners Association, Inc., a Florida not for profit corporation, and has severally acknowledged executing the foregoing Certificate of Approval freely and voluntarily under authority duly vested in them by said corporation; and that the seal affixed thereto is the true corporate seal of said corporation.

Witness my hand and official seal this 19th day of June, 2003.

_____
Notary Public
My commission expires:

Joan Kushay
MY COMMISSION # CC978816 EXPIRES
November 24, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

This instrument prepared by:
Neal S. Litman, Esq
Neal S. Litman, P.A.
Grove Plaza – Second Floor
2900 SW 28 Terrace
Coconut Grove, Florida 33133

Oct-15-1998 01:29pm 98-401004
ORB 10693 Pg 63
Con 1,800,000.00 Doc 12,600.00

[Space Above This Line For Recording Data]

# Warranty Deed
### (Statutory Form - FS 689.02)

**This Indenture,** Made this October 9, 1998 between Joan Villari, joined by Frederick Villari, her husband First Party, to Fruginvest Corporation, A Florida Corporation, Second Party, whose post office address is c/o Edward Levinson, Esq., 407 Lincoln Road, Penthouse Southeast, Miami Beach, Florida

(Whenever used herein, the terms "First Party" and "Second Party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**Witnesseth:** That said First Party, for and in consideration of the sum of $10.00 and other good valuable consideration receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Second Party, all that certain land situated in Palm Beach County, Florida, to wit:

Lot 2 of Southfields - Phase 1 of Palm Beach Polo and Country Club - Wellington Countryplace - P.U.D., according to the map or plat thereof, as recorded in Plat Book 39, Page 19 of the Public Records of Palm Beach, Florida.

(For Information Only: Property Appraiser's Parcel Identification Number is 73414421030000020)

Subject to: Conditions, restrictions, reservations, limitations and easements of records, if any (provided, however, that this reference shall not operate to reimpose the same), applicable zoning regulations and taxes for the current and subsequent years.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**And** the First Party hereby covenants with said Second Party that the First Party is lawfully seized of said land in fee simple; that the First Party has good right and lawful authority to sell and convey said land; that the First Party hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

**In Witness Whereof,** the said First Party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Witness _____

Print Witness Name **Dawn Wood**

Witness _____

Print Witness Name

X _____
Joan Villari
Address: 3445 Santa Barbara, Dr Palm Beach, Fl

_____
Frederick Villari
Address: 3445 Santa Barbara, Dr Palm Beach, Fl

STATE OF FLORIDA ) 
) SS
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me this October 9, 1998 by Joan Villari, joined by Frederick Villari, her husband, who is/are personally known to me and/or produced _Fl Dr license_ as identification

_____
Notary Public - State of Florida

Print Name

MELANIE DAWN WOOD
MY COMMISSION # CC 729___
EXPIRES: 05/04/2002
NOTARY    Fla Notary Service & Bonding Co

ORB **10693** Pg **64**
DOROTHY H. WILKEN, CLERK PB COUNTY, FL

## SOUTHFIELDS HOMEOWNERS ASSOCIATION, INC.
### C/O DISTINCTIVE HOMES OF THE PALM BEACHES, INC.
### 12765 W. FOREST HILLS BLVD., SUITE 1302
### WELLINGTON, FL 33414

### CERTIFICATE OF APPROVAL FOR RESALE



September 16, 1998

This document is to serve as a Certificate of Approval from the Board of Directors of the Sosuthfields Homeowners Association, Inc., pursuant to the Association's governing documents; for the purchase of:

Description:    3445 Santa Barbara Drive

Seller:         Fred and Joan Vallari

Buyer:          Fraginvest Corporation

Respectfully,

Michael H. Nelson, LCAM
For : Southfield Homeowners Association, Inc.

**THIS CERTIFICATE OF APPROVAL IS CONTIGENT UPON ACCOUNT BEING PAID IN FULL BEFORE OR AT CLOSING...**

Printed for [The Fund] Attorneys' Title Insurance
Fund, Inc., Orlando, Florida

Return to:
Name __Douglas R. Neu, Esq.__
Address __11380 Prosperity Farms Rd., Ste. 112__
____Palm Beach Gardens, FL 33410__

SEP-13-1990 02:22pm 90-264617

ORB 6580 Pg 88

Con 795,000.00 Doc 4,372.50
JOHN B DUNKLE,CLERK - PB COUNTY, FL

This instrument was prepared by: Douglas R. Neu, Esq.
Name __Watterson, Nichols & Neu__
Address __11380 Prosperity Farms Road, Suite 112__
Palm Beach Gardens, Florida 33410

[Space above this line for recording data.]

# WARRANTY DEED (STATUTORY FORM — SECTION 689.02, F.S.)

**This Indenture,** made this 12th day of September 19 90. **Between**

KINGSHIP BUILDERS, INC., a Florida corporation,

of the County of    Palm Beach    , State of    Florida    , grantor*, and

JOAN VILLARI

whose post office address is 3445 Santa Barbara, West Palm Beach, Florida 33414

of the County of    Palm Beach    , State of    Florida    , grantee*,

**Witnesseth** that said grantor, for and in consideration of the sum of   Ten and no/100 ($10.00)

_____ Dollars,

and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby
acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following
described land, situate, lying and being in    Palm Beach    County, Florida, to-wit:

Lots 1 and 2, Phase I, of SOUTHFIELDS OF PALM BEACH POLO AND
COUNTRY CLUB, WELLINGTON COUNTRYPLACE, P.U.D., according to
the Plat thereof recorded in Plat Book 39, Page 19, Public
Records of Palm Beach County, Florida.

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all
persons whomsoever.

*"Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.
Signed, sealed and delivered in our presence:

KINGSHIP BUILDERS, INC.

_____ (Seal)

_____ (Seal)
BY:  Fred J. Villari, President

_____ (Seal)

_____ (Seal)

STATE OF    FLORIDA
COUNTY OF   PALM BEACH
I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared

Fred J. Villari, President of Kingship Builders, Inc.,

to me known to the person(s) described in and who executed the foregoing instrument and acknowledged before me that
executed the same.
WITNESS my hand and official seal in the County and State last aforesaid this 12th day of September 19 90.

My commission expires: 12/25/93

_____
Notary Public

RECORD VERIFIED
PALM BEACH COUNTY, FLA
JOHN B. DUNKLE
CLERK CIRCUIT COURT