UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                               CHAPTER 7

        Debtor.

_____/

ROBERT FURR, Chapter 7 Trustee,

        Plaintiff,

v.                                                  ADV. NO. 19-01298-MAM

JEFFREY M. SISKIND, et al.,

        Defendant/ Counter-Plaintiff,

v.

JESUS SUAREZ, et al.,

        Counter-Defendants.

_____/

**<ins>MOTION TO EXCLUDE EXPERT TESTIMONY OF ALAN R. BARBEE</ins>**

COMES NOW Jeffrey M. Siskind ("Movant") and files this Motion to Exclude Expert Testimony of Alan Barbee, and states:

1.      As part of its expert disclosures, Plaintiff provided Movant with a copy of an Expert Report ("Report") of Alan R. Barbee dated April 20, 2020 on April 21, 2020.

2.      In his Report, Mr. Barbee purports to have valued the financial condition of the Debtor for the years 2014 through 2017 for the purpose of opining "whether the Debtor was solvent or insolvent" for each of those periods on behalf of Plaintiff.

3.      Mr. Barbee also purports to have evaluated the financial condition of entities which Plaintiff alleges are related to the Debtor to test for insolvency at the behest of Plaintiff.

4.     It is no surprise that Mr. Barbee determined that the Debtor was always insolvent and inadequately capitalized since these findings are necessary for Plaintiff to engage in efforts to claw back Debtor transactions and transactions involving the related parties if Plaintiff can prevail on its substantive consolidation claims.

5.     However, in order to persuade the Court that the Debtor was insolvent, Mr. Barbee must employ the fiction that Debtor's 70% interest in CannaMED Pharmaceuticals, LLC was worthless, even in the face of several arms-length sales of interests in CannaMED which attest to a $5,000,000 valuation of the company, $3.5 million of which belonged to Debtor.  This is in stark contrast to the Standard of Value parameters set forth in Mr. Barbee's report at paragraph no. 61 which Mr. Barbee chose to ignore:

> 61.     The Standard of Value typically applied in a valuation assignment is "Fair Market Value," which is defined as:
>
> > The price, expressed in terms of cash equivalents, at which the property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts.
> >
> > International Glossary of Business Valuation Terms adopted by the ASA, AICPA and other standard setting business  valuation professional associations.

6.     Also, contrary to Mr. Barbee's assertion that the Debtor could not meet its debt obligations as they became due beginning in 2014, the Debtor met its debt obligations until at least mid-August, 2016.  Mr. Barbee has the Debtor's financial records and has taken just under two years to investigate the Debtor and entities described as related for the purpose of proffering a false report that ignores Debtor's payment history to instead favor the Plaintiff who hired him.

7.     Surprisingly, even though Mr. Barbee rightly determined that the Debtor never made a profit and eventually discontinued operation, he chose to premise its value as a going

concern as opposed to a Fair Market Value analysis.  He adopted an incorrect basis for valuation and falsely asserted that the Debtor could not pay its ongoing obligations and due to his bias toward Plaintiff.

8. While expert testimony is permissible if a witness is "qualified as an expert by knowledge, skill, experience, training, or education," the proffered testimony must meet four requirements: (1) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (2) the testimony is based on sufficient facts or data; (3) the testimony is the product of reliable principles and methods; and (4) the expert has reliably applied the principles and methods to the facts of the case.

9. Here, although Mr. Barbee had all of the Debtor's financial records, he chose to ignore several arm-length sales of interests in CannaMED which meant that the Debtor had an asset worth $3.5 million which was not considered, and didn't mention or refer to the higher valuation of CannaMED that was based upon actual prior operations conducted by Debtor's managing member and which was submitted the State of Florida to supplement Debtor's managing member's elections disclosures.  See "Exhibit A, attached."

10. Mr. Barbee also employed findings contained within the grossly inadequate appraisal report prepared by Mr. Eidson who, like Mr. Barbee, is employed by Glass Ratner. That appraisal report undervalued the subject property which was owned by the Debtor by $1.2 million.

11. As an alternative to excluding Mr. Barbee's testimony, Movant requests that the Court permit said testimony to be refuted by lay testimony, or extend the deadline for disclosing experts so that Movant can furnish an expert to refute Mr. Barbee's flawed report. See Fed. R. Evid 701.

WHEREFORE, Movant requests that the Expert Testimony of Alan R. Barbee be excluded or that the Court permit lay testimony to refute Mr. Barbee's expert testimony or permit additional time to furnish an expert to provide a report which refutes Mr. Barbee's findings.

### S I S K I N D   L E G A L , P L L C

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
-------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
-------------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 10, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

## <u>SERVICE LIST</u>

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to <u>jeffsiskind@msn.com</u>

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090,  Via e-mail to *frank@zokaites.com*

EXHIBIT A

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

3445 Santa Barbara Dr
Southfields Phase 1 Wellington Country Place Lot 2
Wellington, FL 33414

## FOR:

New Wave Loans Residential LLC
19950 W Country Club Drive #904, Aventura, Fl 3318
Aventura, Fl 33180

## AS OF:

10/12/2015

## BY:

David Schummer
Cert.Res. RD-3720

## Uniform Residential Appraisal Report

15108
File # 15108

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 3445 Santa Barbara Dr | City Wellington | State FL | Zip Code 33414 |
| Borrower Chance & Anthem Llc. | Owner of Public Record JP Morgan Chase Bank | County Palm Beach |
| Legal Description Southfields Phase 1 Wellington Country Place Lot 2 | | |
| Assessor's Parcel # 73-41-44-21-03-000-0020 | Tax Year 2014 | R.E. Taxes $ 44,304 |
| Neighborhood Name Country Place | Map Reference 41-44-21 | Census Tract 0077.59 |
| Occupant ☐ Owner ☐ Tenant ☒ Vacant | Special Assessments $ 0 | ☒ PUD | HOA $ 150 ☐ per year ☒ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) | | |
| Lender/Client New Wave Loans Residential LLC | Address 19950 W Country Club Drive #904, Aventura, Fl 3318, Aventura, Fl 33180 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☒ Yes  ☐ No
Report data source(s) used, offering price(s), and date(s).    DOM 73 DAYS ; A sale agreement was noted on the subject property for $1,300,000 with a contract signed on 07/30/2015. MLS RX10110030, Listing Price $1,900,000, REO sale.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    REO sale transaction as per MLS. Sales contract signed on 07/30/2015 for $1,300,000. No Unusual Concessions noted. The sales contract was analyzed and made available to appraiser by lender.

| | |
|---|---|
| Contract Price $ 1,300,000 | Date of Contract 07/30/2015 | Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) Contract/County rec. |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes  ☒ No
If Yes, report the total dollar amount and describe the items to be paid.    None    Noted

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 00 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 600 Low | New | Multi-Family | 05 % |
| Neighborhood Boundaries North of Lake Worth Road, South of Southern Blvd., East of Palm Beaach | | | | | | 15,000 High | 50 | Commercial | 05 % |
| County Line and West of the State Road 441, in western Palm Beach County. | | | | | | 3,500 Pred. | 25 | Other | 10 % |

Neighborhood Description    See attached addenda.

Market Conditions (including support for the above conclusions)    These market trends of growth rate, property values, demand/supply, marketing time and financing, as measured by the market sales and listing analysis, appears stable. Good market activity in present in the area. Primary from of financing is conventional loans with many cash deals noted. Marketing Time is between 3-6 months.

**SITE**

| | |
|---|---|
| Dimensions Rectangular per aerial plat aprox. no survey | Area 1.63 acres | Shape Rectangular | View Residential |
| Specific Zoning Classification RE/AG/AO | Zoning Description Residential Estates (73=wellington),AG Classification Equestrian |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | FPL | Water | ☒ | | Street Paved Asphalt | | |
| Gas | ☒ | City Gas | Sanitary Sewer | | Septic Tank* | Alley None | | |

| | |
|---|---|
| FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone AO | FEMA Map # 120192 0100 B | FEMA Map Date 10/15/1982 |

Are the utilities and off-site improvements typical for the market area?    ☒ Yes  ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes  ☒ No  If Yes, describe
There were no adverse easements, or encroachments noted on the survey given to the appraiser, however, we were are not surveyors and its analysis is always recomended. A survey was not available to the appraiser. *Septic tanks are typical of this market. Septic tank as per listing agent.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/Blk/good | Floors | Marble/Crpt/Good |
| # of Stories 2 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | CBS/Good | Walls | Drywall/Average |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface | S Tile/Below average | Trim/Finish | Wood/Average |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Aluminum/Good | Bath Floor | Tile/Average |
| Design (Style) 2 Story | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Casement/Average | Bath Wainscot | Tile/Average |
| Year Built 1990 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Yes/Yes/Good | Car Storage | ☐ None |
| Effective Age (Yrs) 10 | | ☐ Dampness ☐ Settlement | | Screens | Yes/Good | ☒ Driveway # of Cars 15 |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface | Concrete |
| ☐ Drop Stair ☐ Stairs | | ☐ Other | Fuel Electric | | ☒ Fireplace(s) # 1 ☒ Fence Iron/Wood | ☒ Garage # of Cars 5 |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck open. | ☐ Porch Cov. | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Pool open | ☒ Other Inlaw qrts | ☐ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:    12 Rooms    6 Bedrooms    6.5 Bath(s)    6,345 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).    Energy Efficient Central A/C, Ceiling fans, High Ceilings.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    See attached addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☒ Yes  ☐ No  If Yes, describe
See attached addenda.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes  ☐ No  If No, describe

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

## Uniform Residential Appraisal Report

15108
File # 15108

| | | There are | 21 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | 890,000 | to $ | 6,999,000 |
| | | There are | 12 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 1,200,000 | to $ | 5,700,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3445 Santa Barbara Dr Wellington, FL 33414 | 3340 Santa Barbara Dr Wellington, FL 33414 | | 1365 Santa Barbara Dr Wellington, FL 33414 | | 14288 Belmont Troe Wellington, FL 33414 | |
| Proximity to Subject | | 0.14 miles E | | 0.24 miles NE | | 1.24 miles NW | |
| Sale Price | $ 1,300,000 | $ 4,900,000 | | $ 3,600,000 | | $ 4,200,000 | |
| Sale Price/Gross Liv. Area | $ 204.89 sq.ft. | $ 797.01 sq.ft. | | $ 947.37 sq.ft. | | $ 677.53 sq.ft. | |
| Data Source(s) | | MLS#RX-10106699 ;DOM 86 | | MLS#RX-10002517 ;DOM 472 | | MLS# R10050851;DOM 152 | |
| Verification Source(s) | | PB C,Records/LP $5,250,000 | | PB C,Records/LP $3,900,000 | | PB C,Records/LP $4,500,000 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Arm's-lenght | | Arm's-lenght | | Arm's-lenght | |
| Concessions | | Cash Transaction | | Conventional | | Assumable Mtg | |
| Date of Sale/Time | | 05/2015 closed | | 06/2015 closed | | 11/2014 closed | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.63 acres | 1.55 acres | | 2.8 acres | -200,000 | 3.78 acres | -400,000 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 2 Story | 1 Story | | 1 Story | | 2 Story | |
| Quality of Construction | Good/stucco/wo | Good/CBS | -500,000 | Good/stucco/wo | | Good/CBS | -500,000 |
| Actual Age | 15 | 27 | | 30 | | 11 | |
| Condition | Good | Good/Superior | -500,000 | Good/Superior | -500,000 | Good | -500,000 |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 12 | 6 | 6.5 | 10 | 4 | 5.5 | +10,000 | 10 | 4 | 4.0 | +25,000 | 12 | 5 | 5.5 |
| Gross Living Area | 6,345 sq.ft. | 6,148 sq.ft. | | 3,800 sq.ft. | | 6,199 sq.ft. | |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 5 Car Garage | 2 Car Garage | +45,000 | 2 Car Garage | +45,000 | 3 car garage | +30,000 |
| Porch/Patio/Deck | Pool/Patios/balc | Pool/Patios/balc | | Pool/Patios/balc | | Pool/Patios | |
| Barn & Stalls | None | None | | Barn & Stalls | -200,000 | 7 stall barn/pad | -200,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -945,000 | ☐ + ☒ - | $ -830,000 | ☐ + ☒ - | $ -1,570,000 |
| Adjusted Sale Price | | Net Adj. 19.3 % | | Net Adj. 23.1 % | | Net Adj. 37.4 % | |
| of Comparables | | Gross Adj. 21.5 % | $ 3,955,000 | Gross Adj. 26.9 % | $ 2,770,000 | Gross Adj. 38.8 % | $ 2,630,000 |

☒ I ☐ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   MLX, COUNTY RECORDS
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   MLX, COUNTY RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 01/2014 | | |
| Price of Prior Sale/Transfer | | $0   family trust | | |
| Data Source(s) | | MLS/ISC | MLS/ISC | MLS/ISC |
| Effective Date of Data Source(s) | 10/01/2015 | 10/01/2015 | 10/01/2015 | 10/01/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Subject property do not have a previous sales/transfers in the past 12
months . Comparable sales do not have previous sales in the past 12 months. Comparable #1 appears to have a family transfer.

Summary of Sales Comparison Approach    See attached addenda. Some comparables living areas were modified to shows as close aproximation to living
areas under A/C from palm beach county property appraiser's website. Comparable #2 was modified and living areas estimated based on county
records and square footage from barns /stalls and horde training facilities were adjusted and calculated separately and not togheter with the living
areas under A/C. Large adjustments were made for barns/stalls and horse facilities and also for lot size due to usage and appeal and not strictly
per square footage. Some comparables were adjusted for their car storage and bathroom count. Large adjustments were required for condition
since subject was in average condition with many repairs indicated and the prolong vacancy since it is a REO sale.
Final value was estimated at the low end of value due to the subject's average condition when compared to the renovated comparables.

Indicated Value by Sales Comparison Approach $
Indicated Value by: Sales Comparison Approach $    Cost Approach (if developed) $  2,615,756   Income Approach (if developed) $
Final reliance is giving to the Sales  Comparison Approach which best reflect the actions of  buyers and sellers in the market  place. Cost approach
does not applied to condos. Income approach does not apply to owner occupied properties or second homes.

This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,   ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.  This appraisal is made on its "as is
" condition at the time of the inspection. See attached limiting conditions and certifications.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  2,800,000  , as of  10/12/2015  , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

**ADDITIONAL COMMENTS**

The subject was measure by the appraiser and the sketch provided in this report is for visual aid only. The appraiser is not a home inspector. This report is not intended for insurance purposes. A password sensitive electronic signature was utilized on the report and is widely accepted by the major lending institutions.

Living areas under A/C for the subject were taken form the appraiser's measurements on the day of the inspection.

At the time of the inspection the subject property was vacant and under construction; The utilities were as follow: Water was on and electricity  was on.

The most probable buyer for a property like the subject is an end user.

The appraiser has not work on the subject in the past 36 Months.The appraiser measured the subject property A/C areas, patios and other areas to the best of its abilities. The terraces, balconies , garage and patios, were measured separate from living areas when gridded.  Living areas under A/C for the comparables was also used and taken form the Palm Beach county property appraiser's website. The subject property is located in the city of Wellington, in western Palm Beach County ,in an equestrian community.Subject's final estimated value was in the low of the comparables due to its condition. Some comparables used were confirm to have stalls, training facilities, paddocks, etc. as per MLX data.

City water and septic tanks are typical of this market and they do not affect the marketability of the subject.

This appraisal is made "as is " condition.

Roof and Mold inspections are recomanded.

The difference between the sales price of $1,300,000 and the actual estimated value is due to the fact that the subject is an REO sale. The property has being vacant for over a year and as per appraiser observation, the subject is in need of repairs and updates.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)      Site value is calculated by analyzing closed listings of land sites( see above comment and comparables for land) in this area since land sales were available.

**COST APPROACH**

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 1,000,000 |
| Source of cost data  Builders,net/Known building costs. | DWELLING | 6,345 Sq.Ft. @ $ 200.00 | =$ | 1,269,000 |
| Quality rating from cost service  Good    Effective date of cost data  10/2015 | | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ | |
| The cost data was derived from the Marshall and Swift services as well | Garage/Carport | 2,859 Sq.Ft. @ $ 100.00 | =$ | 285,900 |
| as local contractors and builders. There were no functional or external | Total Estimate of Cost-New | | =$ | 1,554,900 |
| inadequacies noted. High  land to value ratio is typical in this market. | Less | Physical | Functional | External | | |
| Physical depreciation and effective age are 0 due to new construction. | Depreciation | 239,144 | | | =$ | 239,144 |
| Remaining economic life is 50 years. | Depreciated Cost of Improvements | | =$ | 1,315,756 |
| | "As-is" Value of Site Improvements | | =$ | |
| | Fence, Driveway, patio, Pool, balconies | | =$ | 300,000 |
| Estimated Remaining Economic Life (HUD and VA only)     55 Years | INDICATED VALUE BY COST APPROACH | | =$ | 2,615,756 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ 0 | X Gross Rent Multiplier | 0 | = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM)    Income approach does not applies to owner occupied properties or second homes. | | | |

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☒ No    Unit type(s)   ☒ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project   Southfields

| Total number of phases 1 | Total number of units 50 | Total number of units sold 50 |
|---|---|---|
| Total number of units rented  3% | Data source(s)   MLX/VISUAL OBSERVATION/PB County website | |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☒ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☒ No  Data Source

Are the units, common elements, and recreation facilities complete?   ☒ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☒ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.     Green areas and gated entry.

Freddie Mac Form 70 March 2005                    Page 3 of 6                    Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

15108
File # 15108

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

15108
File # 15108

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  David Schummer | Name |
| Company Name  MDS Group Inc. | Company Name |
| Company Address  14714 sw 42 way, miami, FL 33185 | Company Address |
| Telephone Number  (786) 443-3897 x3052255567 | Telephone Number |
| Email Address  mdsgroup@bellsouth.com | Email Address |
| Date of Signature and Report  10/18/2015 | Date of Signature |
| Effective Date of Appraisal  10/12/2015 | State Certification # |
| State Certification #  Cert.Res.RD3720 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License  11/30/2016 | SUBJECT PROPERTY |

**ADDRESS OF PROPERTY APPRAISED**
3445 Santa Barbara Dr
Wellington, FL 33414

APPRAISED VALUE OF SUBJECT PROPERTY $      2,800,000

LENDER/CLIENT

Name
Company Name  New Wave Loans Residential LLC
Company Address  19950 W Country Club Drive #904, Aventura, Fl
3318, Aventura, Fl 33180
Email Address

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
      Date of Inspection
☐ Did inspect interior and exterior of subject property
      Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
      Date of Inspection

**Supplemental Addendum**    File No. 15108

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | |

ADDENDUM TO APPRAISAL

   The subject property was similar in terms of living areas than some comparables utilized in the original report. The subject property is a 1990 construction and not an overimprovement for the neighborhood, in the same general community as the subject there are homes with living areas ranging form 5000 to 11000 sq.ft. however, not many were availble as recent closed sales.

• **URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
All comparable sales are recent comparables confirm with two data bases and have same/similar appeal, bedroom and bathroom count, age , condition and location.  All  comparables sales are from the same market area as the subject and per appraiser's experience in the area appaling to the same market segment. Adjustments for their differences were made. Some sales were adjusted for their condition when compared to the subject. The subject was in average condition with repairs indicated. Renovations in this market for large properties requires a large dollar adjustment.  Adjustments were made on some comparables for their bathroom count and garage storages as well as lot sizes. Final estimated value was calculated by taken in consideration all adjusted comparables, however, staying in the low end of value due to condition.
All sales are arms's length transactions, which are better market indicators of current market conditions in this wellington area.

Due to the large size of the comparables in this market and the expensive premiums like, sf, lot size, renovations and other features, large dollar adjustments are necessary to fairly compare this properties agains the subject. the adjustments are estimated based on market reaction and desirability. Adjustments are not made dollar per dollar.

Some sale might be over over the 1 mile range, however, their location is the same market as the subject and appeal to the same market segment.

• **Market Conditions Addendum to the Appraisal Report:**
The appraiser made an analisys of the current  and immediate market surrounding the subject property And after research based on recent closed comparables, listings and pending sales homes , its the appraiser opinion that the distress sales (short sales and a foreclosures) are not present  and  Arm's length transactions are driving the market towards more stable prices.

• **URAR: Neighborhood - Description**
The subject is located in the city of Wellington in Western Palm Beach County in an acreage horse community.The neighborhood and economic market appears good. Employment and market preferred amenities are within reasonable distance and offer market appeal to the residential properties. No adverse or detrimental land use was observed. The market comprises upscale single family residences some with horse training facilities and large stalls/stables. The area is known for its horse training facilities and house jumping and polo competitions.

• **URAR: Improvements - Physical Deficiencies or Adverse Conditions**
**Some noted or evident to the appraiser. The appraiser is not a home inspector. The subject shows more than normal tear and wear for its age due to long vacancy and roof problems. The subject is a 1990 construction considerd to be in average condition. The appraiser noted multiple interior watermarks on ceilings, there appears to be many active leaks. The roof might need replacement and the opinion of a roof contractor is highly recomended. Also the appraiser noted some molsy areas and also recomends an expert in the field to for a mold inspection. The appraiser is not an inspector.**

## Location Map

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



### Aerial Map

| Borrower/Client | Chance & Anthem Llc. | | | |
|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | |
| City | Wellington | County Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | |



**Building Sketch 1st floor and garage 1st floor**

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



Doc 308-5108  Page #12

**Building Sketch 2nd floor and garage 2nd floor**

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | | | |



**Building Sketch**

| | |
|---|---|
| Borrower/Client | Chance & Anthem Llc. |
| Property Address | 3445 Santa Barbara Dr |
| City | Wellington | County | Palm Beach | State | FL | Zip Code | 33414 |
| Client | New Wave Loans Residential LLC |

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| 1st floor | 5057.21 Sq ft | 51 × 3 | = | 153 |
| | | 6.5 × 2.5 | = | 16.25 |
| | | 17 × 4.5 | = | 76.5 |
| | | 0.5 × 18.6 × 0.2 | = | 1.86 |
| | | 94.3 × 18.6 | = | 1753.98 |
| | | 113.8 × 22.9 | = | 2606.02 |
| | | 80.8 × 2 | = | 161.6 |
| | | 0.5 × 0.05 × 0.1 | = | 0 |
| | | 47.75 × 0.1 | = | 4.77 |
| | | 12.4 × 6.5 | = | 80.6 |
| | | 0.5 × 2.7 × 3 | = | 4.05 |
| | | 0.5 × 3 × 2.7 | = | 4.05 |
| | | 7 × 3 | = | 21 |
| | | 0.5 × 1.55 × 3 | = | 2.32 |
| | | 0.5 × 3 × 1.8 | = | 2.7 |
| | | 11 × 3 | = | 33 |
| | | 19 × 1 | = | 19 |
| | | 0.5 × 3 × 4 | = | 6 |
| | | 15 × 4 | = | 60 |
| | | 0.5 × 3.5 × 3 | = | 5.25 |
| | | 0.5 × 3 × 3.5 | = | 5.25 |
| | | 8 × 3 | = | 24 |
| | | 8 × 2 | = | 16 |
| 3rd level view tower | 100 Sq ft | 10 × 10 | = | 100 |
| guest qrs.over 3 garage | 1188 Sq ft | 33 × 36 | = | 1188 |
| **Total Living Area (Rounded):** | **6345 Sq ft** | | | |
| Non-living Area | | | | |
| 3 Car garage | 1260 Sq ft | 36 × 33 | = | 1188 |
| | | 9 × 8 | = | 72 |
| covered terrace | 894.03 Sq ft | 80.5 × 3.4 | = | 273.7 |
| | | 0.5 × 2.7 × 3 | = | 4.05 |
| | | 19.7 × 3 | = | 59.1 |
| | | 19.7 × 6.5 | = | 128.05 |
| | | 0.5 × 3 × 2.7 | = | 4.05 |
| | | 48.4 × 3 | = | 145.2 |
| | | 48.4 × 3.5 | = | 169.4 |
| | | 0.5 × 1.8 × 3 | = | 2.7 |
| | | 1 × 3 | = | 3 |
| | | 0.5 × 3.1 × 1.6 | = | 2.48 |
| | | 33 × 3.1 | = | 102.3 |
| 2 Car garage | 411.2 Sq ft | 0.5 × 21.1 × 0.2 | = | 2.11 |
| | | 21.1 × 19.3 | = | 407.23 |
| | | 0.5 × 18.6 × 0.2 | = | 1.86 |
| open/cov terrace | 676 Sq ft | 52 × 13 | = | 676 |

### Subject Photo Page

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code | 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



**Subject Front**

3445 Santa Barbara Dr
Sales Price      1,300,000
GLA             6,345
Total Rooms     12
Total Bedrms    6
Total Bathrms   6.5
Location        Residential
View            Residential
Site            1.63 acres
Quality         Good/stucco/wo
Age             15



**Subject Rear**



**Subject street view**

## PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code | 33414 |
| Client | New Wave Loans Residential LLC | | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

### PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

# PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County  Palm Beach | | State  FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

## PHOTOGRAPH ADDENDUM

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County  Palm Beach | | State  FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | | |



INTERIOR VIEW



INTERIOR VIEW



INTERIOR VIEW

**exterior Photos**

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County Palm Beach | | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | |



Interior view



Interior view



Interior view stars to tower



garage view



Interior view



Interior view

## Interior Photos

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | | |


**garage view**


**a/c units / pool pumps**


**pool and spa**


**large yard**


**rear view**


**grand room above garage**


**Interior view**


**Interior view**


**side view**


**breeze way**


**kitchen view**


**family room**


**family room**


**2 car garage view**


**3 car garage view**

## Photograph Addendum

| Borrower/Client | Chance & Anthem Llc. | | | | |
|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | |
| City | Wellington | County | Palm Beach | State FL | Zip Code 33414 |
| Client | New Wave Loans Residential LLC | | | | |



**view across the street**



**opposite street view**



**view from tower**



**view from tower**



**terrace 2nd floor**



**terrace 2nd floor**



**pool view from balcony**

## Comparable Photo Page

| Borrower/Client | Chance & Anthem Llc. | | | |
|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | |
| City | Wellington | County  Palm Beach | State  FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | |



### Comparable 1
3340 Santa Barbara Dr
| | |
|---|---|
| Proximity | 0.14 miles E |
| Sale Price | 4,900,000 |
| GLA | 6,148 |
| Total Rooms | 10 |
| Total Bedrms | 4 |
| Total Bathrms | 5.5 |
| Location | Residential |
| View | Residential |
| Site | 1.55 acres |
| Quality | Good/CBS |
| Age | 27 |



### Comparable 2
1365 Santa Barbara Dr
| | |
|---|---|
| Proximity | 0.24 miles NE |
| Sale Price | 3,600,000 |
| GLA | 3,800 |
| Total Rooms | 10 |
| Total Bedrms | 4 |
| Total Bathrms | 4.0 |
| Location | Residential |
| View | Residential |
| Site | 2.8 acres |
| Quality | Good/stucco/wo |
| Age | 30 |



### Comparable 3
14268 Belmont Trce
| | |
|---|---|
| Proximity | 1.24 miles NW |
| Sale Price | 4,200,000 |
| GLA | 6,199 |
| Total Rooms | 12 |
| Total Bedrms | 5 |
| Total Bathrms | 5.5 |
| Location | Residential |
| View | Residential |
| Site | 3.78 acres |
| Quality | Good/CBS |
| Age | 11 |

**Appraiser's License**

| Borrower/Client | Chance & Anthem Llc. | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3445 Santa Barbara Dr | | | | | |
| City | Wellington | County | Palm Beach | State | FL | Zip Code  33414 |
| Client | New Wave Loans Residential LLC | | | | | |

