UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,  CHAPTER 7

    Debtor.
_____/

ROBERT FURR, Chapter 7 Trustee,

    Plaintiff,

v.  ADV. NO. 19-01298-MAM

JEFFREY M. SISKIND, et al.,

    Defendant/ Counter-Plaintiff,

v.

JESUS SUAREZ, et al.,

    Counter-Defendants.
_____/

## MOTION FOR ORDER REQUIRING MEDIATION

    COMES NOW Jeffrey M. Siskind ("Movant") and files this Motion for Order Requiring Mediation, and states:

    1.    The Chapter 7 Trustee has published a list of 53 witnesses which it intends to call at trial.

    2.    Movant will also likely call each of the Chapter 7 Trustee's witnesses as direct witnesses and plans to call at least seven additional witnesses.

    3.    Prior to trial, Movant will need to depose each of the witnesses named by the Chapter 7 Trustee, and the Chapter 7 Trustee will likely want to depose Movant's additional witnesses.

4. The Chapter 7 Trustee has published a list of 146 exhibits which it intends to introduce at trial, many of which are composite exhibits.

5. Movant only recently received copies of the exhibits which the Chapter 7 Trustee plans to introduce into evidence and is assembling its responsive exhibits which may exceed the number of exhibits listed by the Chapter 7 Trustee. Because of the circumstances surrounding additional exhibits possessed by the Chapter 7 Trustee which are as yet unavailable to Movant, and additional exhibits which Movant will likely need to introduce to refute argument proffered by the Chapter 7 Trustee based upon what may be incomplete exhibits, trial time will be extensive.

6. Inasmuch as the claims and counterclaims in this case are complex, and it appears that due to the lengthy list of witnesses and exhibits filed by the Chapter 7 Trustee, and those which will be introduced by Movant, trial may take well in excess of fifteen days, there appears to be a distinct benefit to an attempt to achieve a settlement prior to trial through mediation.

7. Although mediation may not resolve all pending issues in this case, it may result in the narrowing of issues and lessen the number of witnesses needed to be scheduled to testify and shorten the time necessary to introduce exhibits, thereby conserving judicial resources.

WHEREFORE, Movant requests that the Court mandate mediation in this matter.

**SISKIND LEGAL, PLLC**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
------------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 9, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

**SERVICE LIST**

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090,  Via e-mail to *frank@zokaites.com*