## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

|  |  |
|---|---|
| IN RE: | Case No.: 18-16248-BKC-MAM<br>Chapter 7 Proceeding |

**CHANCE & ANTHEM, LLC,**

Debtor.
_____/

ROBERT C. FURR, not individually but
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff.

v.                                                                        Adv. Proc. No.: 19-01298-BKC-MAM-A

**JEFFREY SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
TANYA SISKIND, individually and as Trustee
of the SISKIND FAMILY TRUST,
FRANK ZOKAITES, individually,
CANNAMED PARMACEUTICALS, LLC, a
Maryland Limited Liability Company,
OB Real Estate 1732, LLC, a Florida Limited
Liability Company, SISKIND LEGAL SERVICES, LLC,
a Florida Limited Liability Company,
SOVEREIGN GAMING & ENTERTAINMENT, LLC, a
Florida Limited Liability Company, FLORIDA'S
ASSOCIATION OF COMMUNITY BANKS AND
CREDIT UNIONS, INC., a Florida corporation,
SYMPATICO EQUINE RESCUE, INC., a Florida corporation,
WELLINGTON 3445, LP, a Florida Limited Partnership,
ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership,
and ROBERT GIBSON, individually,**

    Defendant.
_____/

**<u>DEFENDANTS', CANNAMED PARMACEUTICALS, LLC, TANYA SISKIND,
SISKIND FAMILY TRUST, SISKIND LEGAL SERVICES, LLC, SOVEREIGN</u>**

**GAMING & ENTERTAINMENT, LLC, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC., SYMPATICO EQUINE RESCUE, INC., NOTICE OF JOINDER OF MOTION TO CONTINUE PRETRIAL AND FOR EXTENSION OF PRETRIAL DEADLINES (DE#290)**

Defendants, **CannaMed Pharmaceuticals, LLC, Tanya Siskind, the Siskind Family Trust, Siskind Legal Services, LLC, Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc., and Sympatico Equine Rescue, Inc.** (hereinafter collectively referred to as "Defendant" or "Defendants") hereby file this Notice of Joinder of Motion to Continue Pretrial and for Extension of Pretrial Deadlines **(DE#290)** filed by Co-Defendant Jeffrey Siskind, Esq., (hereinafter referred to as "Siskind") May 6, 2020, and in support thereof states:

1. This Chapter 7 proceeding was filed on January 29, 2018, in the United States Bankruptcy Court for the District of Maryland.

2. On May 25, 2018, Robert C. Furr (hereinafter referred to as "Plaintiff" and/or "Trustee") was appointed as the interim Chapter 7 trustee and upon the conclusion of the 11 U.S.C. § 341 First Meeting of Creditors July 9, 2018, he became the permanent trustee.

3. On August 6, 2019, along with other adversary proceedings, the Trustee filed the instant adversary proceeding against the Defendants. The adversary complaint sought to substantively consolidate the Defendants with the Debtor, as well as seeking the recovery of alleged transfers.

4.      Upon service, the defendants filed their Answer and Affirmative Defenses to the Trustee's Complaint.  Initially, the pretrial conference in this matter was scheduled for November 14, 2019.  However, the pretrial conference was continued based upon pending Motions before the Court.  Currently, the pretrial in this matter is scheduled for May 12, 2020.

5.      Based upon the effects of the coronavirus restrictions, which serves as an impediment to the discovery efforts in this matter, the co-defendant, Jeffrey Siskind, Esq., sought to extend the deadline in which to conduct discovery.  As such, on April 27, 2020, Siskind filed a Motion to Extend Time to Conduct Discovery **(DE#284).**  However, the hearing on this matter was scheduled for May 19, 2020.

6.      As the hearing on Siskind's Motion to Extend Time to Conduct Discovery was scheduled after the pretrial conference, and the Trustee objected to extending the discovery deadline, Siskind sought to continue the currently scheduled pretrial conference. On May 6, 2020, Siskind filed a Motion to Continue Pretrial and for Extension of Pretrial Deadlines **(DE#290)** (hereinafter referred to as "Motion").

7.      The hearing on Siskind's Motion, as well as the hearing on the Motion to Extend Time to Conduct Discovery, is set for May 12, 2020, to be held concurrently with the pretrial conference. On May 8, 2020, the Plaintiff filed his Response in Opposition to the (i) Motion to Extend Time to Conduct Discovery; and (ii) Motion to Continue Pretrial Conference and for Extension of Pretrial Deadlines **(DE#294).**

8. Based upon the restrictions imposed as a result of the coronavirus pandemic, which has resulted in the lack of ability to conduct meaningful discovery by any of the defendants in this matter, the defendants, CannaMed Pharmaceuticals, LLC, Tanya Siskind, the Siskind Family Trust, Siskind Legal Services, LLC, Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc., and Sympatico Equine Rescue, Inc., all assert a continuance of the May 12, 2020, pretrial conference and the extension of the discovery deadline is appropriate in this matter.

9. Based upon this assertion, the defendants, CannaMed Pharmaceuticals, LLC, Tanya Siskind, the Siskind Family Trust, Siskind Legal Services, LLC, Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc., and Sympatico Equine Rescue, Inc., hereby join in the Motion to Continue Pretrial and for Extension of Pretrial Deadlines **(DE#290)** and the Motion to Extend Time to Conduct Discovery **(DE#284).**

**WHEREFORE** the Defendants, **CannaMed Pharmaceuticals, LLC, Tanya Siskind, the Siskind Family Trust, Siskind Legal Services, LLC, Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc., and Sympatico Equine Rescue, Inc.**, join the request to continue the May 12, 2020, pretrial conference for a period of six (6) months, along with an extension of all pretrial deadlines, extend the deadline to conduct discovery to correspond with the newly scheduled pretrial conference, plus grants such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system on the 11th day of May 2020 to:

**Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC**
jf@womenatlawfl.com, way@womenatlawfl.com

**Julie Feigeles on behalf of Defendant Wellington 3445, LP**
jf@womenatlawfl.com, way@womenatlawfl.com

**Julie Feigeles on behalf of Defendant Zokaites Properties, LP**
jf@womenatlawfl.com, way@womenatlawfl.com

**Barry P Gruher on behalf of Plaintiff Robert C Furr**
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

**Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC**
sth@womenatlawfl.com, way@swlawyers.law

**Samantha T Haimo on behalf of Defendant Wellington 3445, LP**
sth@womenatlawfl.com, way@swlawyers.law

**Samantha T Haimo on behalf of Defendant Zokaites Properties, LP**
sth@womenatlawfl.com, way@swlawyers.law

**Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind**
jeffsiskind@msn.com, jmsesq500@gmail.com

**Jesus M Suarez on behalf of Plaintiff Robert C Furr**
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

                                         **PHILIP B. HARRIS, P.A.**
                                         685 Royal Palm Beach Boulevard
                                         Suite 205
                                         Royal Palm Beach, FL 33411
                                         Tel: 561-543-7963
                                         Fax: 561-793-1020


                               By: /s/ Philip B. Harris_____
                                    Philip B. Harris, Esq.
                                    FL Bar ID: 19781