UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                                   CHAPTER 7

        Debtor.

_____/

ROBERT FURR, Chapter 7 Trustee,

        Plaintiff,

v.                                                                              ADV. NO. 19-01298-MAM

JEFFREY M. SISKIND, et al.,

        Defendant/ Counter-Plaintiff,

v.

JESUS SUAREZ, et al.,

        Counter-Defendants.

_____/

**DEFENDANT'S OBJECTION TO UNILATERALLY FILED PRETRIAL STIPULATION**

        COMES NOW Jeffrey M. Siskind ("Movant") and files this Defendant's Objection to Unilaterally Filed Pretrial Stipulation, and states:

        1.      In its Order Setting Filing and Disclosure requirements for Pretrial and Trial, the Court directed that the "Plaintiff shall file [a] fully executed Joint Pretrial Stipulation no later than one (1) business day prior to the pretrial conference."

        2.      Plaintiff failed to file same and instead filed its proposed stipulation to which it attached an email from Defendant which requested changes.

        3.      The improper filing was due to the parties' failure to meet to confer at least fourteen (4) days prior to the pretrial conference, which meeting could have been accomplished

telephonically due to Coronavirus concerns.

4.      The Court should strike Plaintiff's unilaterally filed stipulation sua sponte.

WHEREFORE, Defendant objects to Plaintiff's unilaterally filed pretrial stipulation and requests that it be stricken.

**S I S K I N D   L E G A L, P L L C**

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
-----------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 11, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746

## SERVICE LIST

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL 33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090, Via e-mail to *frank@zokaites.com*