

ORDERED in the Southern District of Florida on May 14, 2020.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME TO CONDUCT DISCOVERY[ECF NO. 284]; AND (II) MOTION TO CONTINUE PRETRIAL AND FOR EXTENSION OF PRETRIAL DEADLINES [ECF NO. 290]**

**THIS MATTER** came before the Court on May 12, 2020 at 10:00 a.m. upon the (i) Motion to Extend Time to Conduct Discovery [ECF No. 284] ("Motion to Extend"); (ii) Motion to Continue Pretrial Conference and for Extension of Pretrial Deadlines [ECF No. 290] (the "Motion to Continue") filed by Defendant Jeffrey Siskind ("Siskind"), (iii) the Trustee's Response in Opposition to the Motion to Continue and the Motion to Extend [ECF No. 290] (the "Response") and the Joinder filed by the Related Party Defendants [ECF No. 316] (the "Joinder"). The Court has reviewed the Motion to Extend, the Motion to Continue, the Response and the Joinder, the record in this case, and has heard the argument of counsel with respect to the relief granted herein, and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED, in part, and DENIED, in part.

2. The Pretrial Conference is hereby continued to **July 14, 2020 at 10:00 a.m**. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 N Flagler Drive, Room 801 Courtroom A, West Palm Beach, FL 33401 or as may be appropriate under prevailing circumstances by Court Solutions.

3. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

4. **The Court will schedule trial in this matter at the Pretrial Conference and will not grant further requests for extensions of time or continuances of the Pretrial Conference.**

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]