UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 18-16248-BKC-MAM
                                                                Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR not individually but                             ADV. NO. 19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

    Defendants.
_____/

**PLAINTIFF'S FIRST OMNIBUS NOTICE OF TAKING**
**RULE 7030 DEPOSITION OF DEFENDANTS**

    Plaintiff, Robert C. Furr (the "Trustee" or "Plaintiff"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC ("Debtor" or "C&A"), by and through undersigned counsel, and pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure, will depose the following persons, under oath, on the following date, time and location:

| NAME OF DEPONENT | DATE & TIME | LOCATION |
|---|---|---|
| Jeffery Siskind, individually and as corporate representative of Defendants (i) CANNAMED PHARMACEUTICALS, LLC, a Maryland Limited Liability Company; (ii) SISKIND LEGAL SERVICES, LLC, a Florida Limited Liability Company; (iii) SOVEREIGN GAMING & ENTERTAINMENT, LLC, a Florida Limited Liability Company; (iv) FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC. a Florida Corporation; (v) SYMPATICO EQUINE RESCUE, INC, a Florida Corporation; and (vi) as Trustee of the SECOND SISKIND FAMILY TRUST (collectively, the "Corporate Adversary Defendants") with most knowledge of the underlying facts, causes of action, and claims asserted by the Plaintiff in the First Amended Complaint including, but not limited to, the answers and affirmative defenses asserted thereto by each of the Corporate Adversary Defendants. | Friday, May 29, 2020 at 9:00 a.m. | Virtual Deposition Details to be Provided to Parties |

The deposition will be conducted pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure, and will be taken before an officer authorized to record the testimony. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the deposition.

The depositions are being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil

Procedure, as made applicable to these proceedings by the Federal Rules of Bankruptcy Procedure, and other applicable law, and shall continue day to day until completed.

Respectfully submitted this 20th day of May, 2020.

                                                GENOVESE JOBLOVE & BATTISTA, P.A.
                                                Co-Special Litigation Counsel for the Trustee
                                                100 S.E. 2nd Street, 44th Floor
                                                Miami, FL 33131
                                                Tel: (305) 349-2300
                                                Fax: (305) 349-2310

                                                By: /s/ Jesus M. Suarez
                                                      Jesus M. Suarez
                                                      Florida Bar No. 60086
                                                      Email: jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 20th day of May, 2020.

                                                By: /s/ *Jesus M. Suarez*
                                                      Jesus M. Suarez, Esq.

## SERVICE LIST

*Served Via CM/ECF Notification*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com