

**ORDERED in the Southern District of Florida on June 3, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| Chance & Anthem, LLC,<br>    Debtor.<br>_____/ | Chapter 7 |
| Robert C. Furr,<br>    Plaintiff. | Adv. Proc. No. 19-1298-MAM |
| v. | |
| Jeffrey M. Siskind, et al.<br>    Defendants.<br>_____/ | |
| Jeffrey M. Siskind,<br>    Counter-Plaintiff. | |
| v. | |
| Genovese, Joblove & Battista, P.A., et al.<br>    Counter-Defendants.<br>_____/ | |

1

## ORDER DENYING MOTION FOR ENLARGMENT OF TIME
## TO CONDUCT DISCOVERY [ECF NO. 284]

THIS MATTER came before the Court on May 12, 2020 (the "Hearing"), upon the *Motion for Enlargement of Time to Conduct Discovery* [ECF No. 284] (the "Motion") filed by Jeffrey Siskind ("Siskind"). At the Hearing, Siskind represented on the record that he would withdraw the Motion. As of the date of entry of this Order, however, Siskind has failed to do so.

Therefore, the Court, being otherwise fully advised in the premises, **ORDERS AND ADJUDGES** that the Motion is **DENIED**.

###

Copy furnished to:

Jeffrey M. Siskind, Esq.

Mr. Siskind is directed to serve this order upon all interested parties and file a conforming certificate of service.