UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  Case No.: 18-16248-BKC-MAM
Chapter 7 Proceeding

**CHANCE & ANTHEM, LLC,**

Debtor.
_____/

ROBERT C. FURR, not individually but
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff.

v.  Adv. Proc. No.: 19-01298-BKC-MAM-A

**JEFFREY SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
TANYA SISKIND, individually and as Trustee
of the SECOND SISKIND FAMILY TRUST,
FRANK ZOKAITES, individually,
CANNAMED PHARMACEUTICALS, LLC, a
Maryland Limited Liability Company,
OB Real Estate 1732, LLC, a Florida Limited
Liability Company, SISKIND LEGAL SERVICES, LLC,
a Florida Limited Liability Company,
SOVEREIGN GAMING & ENTERTAINMENT, LLC, a
Florida Limited Liability Company, FLORIDA'S
ASSOCIATION OF COMMUNITY BANKS AND
CREDIT UNIONS, INC., a Florida corporation,
SYMPATICO EQUINE RESCUE, INC., a Florida corporation,
WELLINGTON 3445, LP, a Florida Limited Partnership,
ZOKAITES PROPERTIES, LP, a Pennsylvania Limited Partnership,
and ROBERT GIBSON, individually,**

    Defendants.
_____/

**DEFENDANTS', CANNAMED PHARMACEUTICALS, LLC, TANYA SISKIND, SECOND SISKIND FAMILY TRUST, SISKIND LEGAL SERVICES, LLC, SOVEREIGN GAMING & ENTERTAINMENT, LLC, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC., AND SYMPATICO EQUINE RESCUE, INC., INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 26(A)(1)**

The Defendants, **CANNAMED PHARMACEUTICALS, LLC, TANYA SISKIND, SECOND SISKIND FAMILY TRUST, SISKIND LEGAL SERVICES, LLC, SOVEREIGN GAMING & ENTERTAINMENT, LLC, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC., and SYMPATICO EQUINE RESCUE, INC.**, (collectively referred to as "Defendants") hereby file their Initial Disclosures Pursuant to Federal Rule of Bankruptcy Procedure 26(a)(1), and states:

1. At the present time, subject to amendment, the Defendants disclose the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

    (a)    Corporate Representative of
CannaMed Pharmaceuticals, LLC
c/o Defendant's counsel
Philip B. Harris, Esq.
685 Royal Palm Beach Blvd
Suite 205
Royal Palm Beach, FL 33411
Telephone-(561) 543-7963
Facsimile-(561) 793-1020

        The witness shall testify as to the transactions related to the Debtor, as well as its own business affairs. This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(b) Trustee of Second Siskind Family Trust
c/o Defendant's counsel
Philip B. Harris, Esq.
685 Royal Palm Beach Blvd
Suite 205
Royal Palm Beach, FL 33411
Telephone-(561) 543-7963
Facsimile-(561) 793-1020

The witness shall testify as to the transactions related to the Debtor, as well as its own business affairs. Further, the witness shall testify as to the Trust's creation, and all other aspects related to the Trust. This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(c) Corporate Representative of
Siskind Legal Services, LLC
c/o Defendant's counsel
Philip B. Harris, Esq.
685 Royal Palm Beach Blvd
Suite 205
Royal Palm Beach, FL 33411
Telephone-(561) 543-7963
Facsimile-(561) 793-1020

The witness shall testify as to the transactions related to the Debtor, as well as its own business affairs. This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(d) Corporate Representative of
Sovereign Gaming & Entertainment, LLC
c/o Defendant's counsel
Philip B. Harris, Esq.
685 Royal Palm Beach Blvd
Suite 205
Royal Palm Beach, FL 33411
Telephone-(561) 543-7963
Facsimile-(561) 793-1020

    The witness shall testify as to the transactions related to the Debtor, as well as its own business affairs.  This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(e)  Corporate Representative of
    Florida Association of Community
    Banks and Credit Unions, Inc.
    c/o Defendant's counsel
    Philip B. Harris, Esq.
    685 Royal Palm Beach Blvd
    Suite 205
    Royal Palm Beach, FL 33411
    Telephone-(561) 543-7963
    Facsimile-(561) 793-1020

    The witness shall testify as to the transactions related to the Debtor, as well as its own business affairs.  This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(f)  Corporate Representative of
    Sympatico Equine Rescue, Inc.
    c/o Defendant's counsel
    Philip B. Harris, Esq.
    685 Royal Palm Beach Blvd
    Suite 205
    Royal Palm Beach, FL 33411
    Telephone-(561) 543-7963
    Facsimile-(561) 793-1020

    The witness shall testify as to the transactions related to the Debtor, as well as its own business affairs.  This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(g) Tanya Siskind
c/o Defendant's counsel
Philip B. Harris, Esq.
685 Royal Palm Beach Blvd
Suite 205
Royal Palm Beach, FL 33411
Telephone-(561) 543-7963
Facsimile-(561) 793-1020

The witness shall testify as to the transactions related to the Debtor, as well as her duties when employed by the Debtor. The witness shall testify as to the work performed on the Debtor's behalf and the value of the services. This witness shall further testify as to other transactions referenced within the Plaintiff's Complaint.

(h) Alan Barbee
c/o Plaintiff's Counsel
Jesus M. Suarez, Esq.
100 SE Second Street, 44th FL
Miami, FL 33133

The witness shall testify as to the financial documentation provided by the Debtor.

(i) Jeff Siskind
3465 Santa Barbara Drive
Wellington, Florida 33414

The witness shall testify as to the business affairs of the Debtor, as well as the facts surrounding the Defendants' Affirmative Defenses.

(j) Robert C. Furr, Esq.
c/o Plaintiff's Counsel
Jesus M. Suarez, Esq.
100 SE Second Street, 44th FL
Miami, FL 33133

The witness shall testify as to the business affairs of the Debtor.

(k)      Robert Gibson
1709 22nd Avenue North
Lake Worth, Florida 33460

The witness shall testify as to the transactions related the Debtor.

(l)      Salvatore B. Urso
Certified Business Appraiser
Ameri-Street Advisory, Inc.
(727) 224-6570
4830 W. Kennedy Boulevard
Suite 600
Tampa, FL 33609

The witness shall prepare expert reports and shall testify based upon those reports related to the valuation of CannaMed, LLC, as well as the deficiencies of the Plaintiff's valuation. The witness shall be further disclosed pursuant to the requirements of Federal Rule of Civil Procedure 26.

(m)      David Abraham
Managing Director
Colliers International Valuation and Advisory Services
(734) 674-9505
2 Corporate Drive
Southfield, MI 48076

The witness shall prepare expert reports and shall testify based upon those reports related to the valuation of the real property located at 3445 Santa Barbara Drive, Wellington, FL 33414, as well as the deficiencies of the Plaintiff's valuation. The witness shall be further disclosed pursuant to the requirements of Federal Rule of Civil Procedure 26.

    (n)    Jon Taylor
Stanton Park Advisors, LLC
(781) 228-3523
867 Boylston Street
Fifth Floor
Boston, MA 02116

The witness shall prepare expert reports and shall testify based upon those reports related to the valuation of CannaMed, LLC, as well as the deficiencies of the Plaintiff's valuation. The witness shall be further disclosed pursuant to the requirements of Federal Rule of Civil Procedure 26.

    (o)    Any witnesses disclosed by Plaintiff.
    (p)    Any witnesses necessary for rebuttal or impeachment.
    (q)    Any and all witnesses relied upon by the Plaintiff.
    (r)    Any and all rebuttal witnesses as may be deemed necessary.

2.    Pursuant to Federal Rule of Bankruptcy Procedure 26(a)(1)(B), Defendants provides a copy of, or description by category, all documents, data compilations, and tangible things that are in his possession, custody or control and that it may use to support its claims, unless solely for impeachment:

    (a)    Copies of Debtor's Petition, Schedules, Statement of Financial Affairs and all amendments thereto, as filed in the case styled *In Re: Chance & Anthem, LLC, 18-16248-BKC-MAM* ("Main Case").

    (b)    All hearing and Rule 2004 examination transcripts, including exhibits in the Main Case, *In Re: Chance & Anthem, LLC, 18-16248-BKC-MAM*.

    (c)    Copies of any and all deposition transcripts taken within this adversary proceeding, of all persons, including all attachments and exhibits to same, no matter the party who initially conducted said deposition.

    (d)    Any and all documentation produced by the Plaintiff pursuant to discovery requests served upon him by the Defendants, or any of the co-defendants in this matter.

    (e) Any and all documents produced by third parties pursuant to Subpoenas issued in the Main Case.

    (f) Any and all attachments to the Plaintiff's complaint.

    (g) Any and all documents relied upon by the Plaintiff.

    (h) Any and all rebuttal documents as may be deemed necessary.

  3. The Defendants is continuing to conduct discovery related to this matter and reserves the right to supplement its Initial Disclosures as required by Federal Rule of Bankruptcy Procedure 26(e). The Defendants further reserves the right to object to the admission of any of the aforementioned documents, witnesses, and/or computations.

  I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

  I HEREBY CERTIFY that a true and correct copy of the *Defendants'* ***CANNAMED PHARMACEUTICALS, LLC, TANYA SISKIND, SECOND SISKIND FAMILY TRUST, SISKIND LEGAL SERVICES, LLC, SOVEREIGN GAMING & ENTERTAINMENT, LLC, FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC., and SYMPATICO EQUINE RESCUE, INC.*,** *Initial Disclosures Pursuant to Federal Rule of Bankruptcy Procedure 26(a)(1)*, has been furnished by CM/ECF to the following on the 16th day of June 2020:

**Jesus M. Suarez, Esq.**
jsuarez@gjb-law.com, gjbecf@gjb-law.com

          **PHILIP B. HARRIS, P.A.**
          685 Royal Palm Beach Boulevard
          Suite 205
          Royal Palm Beach, FL 33411
          Tel: 561-543-7963
          Fax: 561-793-1020

          By: /s/ Philip B. Harris_____

8

                                                Philip B. Harris, Esq.
                                                FL Bar ID: 19781