Form CGFCRD3  (6/5/2020)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–16248–MAM                         Adversary Number: 19–01298–MAM

In re:
**Name of Debtor(s):** Chance & Anthem, LLC
———————————————————————————/

**Robert C Furr**
Plaintiff(s)

VS.

**Jeffrey M Siskind, Siskind Legal Services, Tanya Siskind, Second Siskind Family Trust, CannaMed Pharmaceuticals, LLC, Sovereign Gaming and Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Incorporated, Sympatico Equine Rescue, Inc. and Robert Gibson**
Defendant(s)
———————————————————————————/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **July 21, 2020** at **10:00 AM**

**by TELEPHONE. To participate call Court Solutions (917) 746–7476**

**An advance reservation to participate in the hearing is required, and must be made no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court–solutions.com If a party is unable to register online, a reservation may also be made by telephone at (917) 746–7476.**

**\*\*<u>EFFECTIVE IMMEDIATELY</u>\*\*** Until further notice or unless directed otherwise, the court will **ONLY** hold hearings by <u>**TELEPHONE**</u>. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients **NOT** to appear at the courthouse.

to consider the following:

**Application for Compensation Pursuant to Order [ECF No. 381] Granting Chapter 7 Trustee Robert C. Furr's Renewed Motion (I) to Strike Certain Affirmative Defenses in Defendant Jeffrey Siskind's Amended Answer and Affirmative Defenses [ECF No. 272] and Alleged Counterclaim [ECF No. 273]; (II) for an Order to Show Cause Why Jeffrey Siskind Should Not be Held in Contempt of Court and (III) for Sanctions [ECF No. 281] for John H Genovese Esq, Attorney–Trustee, Period: 4/13/2020 to 6/19/2020, Fee: $58,885.00, Expenses: $126.40 Filed by Attorney John H Genovese Esq (384)**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and **<u>shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B)</u>**. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 7/9/20**

**CLERK OF COURT**
By: Maria Romaguera–Serfaty
Courtroom Deputy