

**ORDERED in the Southern District of Florida on July 28, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO.  19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

**ORDER GRANTING IN PART AND DENYING IN PART
ADVERSARY DEFENDANT JEFFREY SISKIND'S (I) EMERGENCY
MOTION TO COMPEL AND FOR SANCTIONS [ECF NO. 405]; (II) MOTION FOR
LEAVE OF COURT TO AMEND JEFFREY M. SISKINDS DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)(2) [ECF NO. 388]; AND (III) MOTION TO**

### DELAY PUBLICATION OF DEFENDANTS EXPERT REPORTS FOR CAUSE PENDING THE COURTS RULINGS ON PLAINTIFFS MOTION [*sic*][ECF NO. 408]

**THIS MATTER** came before the Court on July 14, 2020 at 10:00 a.m. upon the Pre-trial Conference in the above-referenced adversary proceeding and Adversary Defendant Jeffrey Siskind's (I) Motion to Compel Discovery and for Sanctions [ECF No. 405] ("Motion to Compel"); (II) Motion For Leave of Court to Amend Jeffrey M. Siskind's Disclosures Pursuant to Fed. R. Civ. P. 26(A)(2) [ECF No. 388] (the "Motion to Amend"); (III) Motion To Delay Publication of Defendants Expert Reports for Cause Pending the Courts Rulings on Plaintiffs Motion [*sic*] [ECF NO. 408] (the "Motion to Delay, and collectively, the "Pending Motions"); and the Plaintiff Chapter 7 Trustee Robert C. Furr's Response in Opposition to the Pending Motions [ECF Nos. 411, 423]. The Court having reviewed the Pending Motions, the Response and having considered the record before the Court in this adversary proceeding, and being otherwise duly advised in the premises, it is,

**ORDERED**, as follows:

1. The Motion to Amend is GRANTED only to the extent set forth herein.

2. Adversary Defendant Jeffrey Siskind may have leave to disclose the experts set forth in the Motion to Amend (the "Proposed Experts").

3. The Motion to Compel and the Motion to Delay are granted, in part, and denied, in part, to the extent set forth herein:

   a. On or before August 11, 2020, the Adversary Defendants may conduct a further deposition (the "Continued Deposition") of Alan R. Barbee, CPA/ABV on matters raised by Mr. Barbee's original Expert Report and Supplemental Report dated June 25, 2020 (the "Supplemental Report").

b.  On or before the Continued Deposition, the Adversary Defendants and the Trustee may schedule an informal conference between Mr. Barbee and the Proposed Expert(s) in order to facilitate an information exchange between the parties prior to the Continued Deposition (the "Expert Conference").  Counsel for the parties and Adversary Defendant Jeffrey Siskind may not depose the experts at the Expert Conference, should one be scheduled, but the Trustee may arrange for the Expert Conference to be recorded and transcribed by a court reporter at the Trustee's expense.

c.  On or before September 1, 2020, the Adversary Defendants must serve an expert report pursuant to Fed R. Bankr. P. 7026(A)(2)(B) for any Proposed Expert(s) they intend to call at trial.

d.  On or before September 9, 2020, any Proposed Expert(s) that has/have served expert report(s) pursuant to paragraph 3(c) of this Order shall be made available to the Trustee for a deposition.

e.  By this Order, the Court adopts the Order Granting in Part and Denying in Part Jeffrey Siskind's Emergency Motion for a Protective Order Prohibiting the Release of Confidential Client Information [Main Case, ECF No. 180] (the "Confidentiality Order") in this adversary proceeding and modifies the Confidentiality Order to permit the disclosure of information designated as 'Confidential Information' thereunder to be disclosed to Philip Harris, Esq. in his capacity as counsel for certain Adversary Defendants in this adversary proceeding and adversary proceeding captioned *Furr v. Advanced Avionics, LLC* Adv. No. 19-01301-BKC-MAM-A (the "Advanced Avionics Adversary").

f.  Furthermore, for purposes of the Confidentiality Order and this Order, Mr. Harris shall considered and be governed as a party to the Confidentiality Order. Accordingly, Section 3.6 of the Supplemental Report shall be deemed to contain 'Confidential

Information' pursuant to the Confidentiality Order. Any exhibit that a party may wish to introduce at trial that has been deemed 'Confidential Information' shall be filed UNDER SEAL as provided for in Local Rule 5005-1(A) (4).

4.  The Motion to Compel is DENIED, to the extent that the Motion to Compel requests sanctions against the Trustee and/or his counsel.

5.  Pursuant to Fed. R. Bankr. P. 7042(a)(1) the Court shall join litigation in this adversary proceeding with litigation in the Advanced Avionics Adversary (Adv. Proc. No. 19-1301) for purposes of trial on the common issue of the Debtor's insolvency.

6.  The Pretrial Conference in this matter is continued to <u>Wednesday, September 16, 2020 at 10:00 a.m.</u> (the "Continued Pretrial Conference") by TELEPHONE through CourtSolutions LLC. To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court−solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476. **The Court will schedule trial in this adversary proceeding and the Advanced Avionics Adversary at the Continued Pretrial Conference.**

# # #

Submitted by:
Jesus M. Suarez, Esq.
Email: jsuarez@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel to the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

Copies to:
Jesus M. Suarez, Esq.
(Mr. Suarez is directed to serve a conformed copy of this Order to all parties of interest and file a certificate of service with the Court)