UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 18-16248-MAM |
| CHANCE & ANTHEM, LLC, | CHAPTER 7 |
|     Debtor. | |
| _____/ | |
| ROBERT FURR, Chapter 7 Trustee, | |
|     Plaintiff, | |
| v. | ADV. NO. 19-01298-MAM |
| JEFFREY M. SISKIND, et al., | |
|     Defendant/ Counter-Plaintiff, | |
| v. | |
| JESUS SUAREZ, et al., | |
|     Counter-Defendants. | |
| _____/ | |

**DEFENDANT'S NOTICE OF TAKING**
**RULE 7030 DEPOSITION OF ALAN BARBEE**

Defendant, Jeffrey M. Siskind ("Defendant"), by and through undersigned counsel, and pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure, will depose the following person, under oath, on the following date, time and location:

| NAME OF DEPONENT | DATE & TIME | LOCATION |
|---|---|---|
| Alan Barbee | Thursday, August 11, 2020 at 2:00 p.m. | Virtual Deposition Details Provided Below* |

The deposition will be conducted pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure, and will be taken before an officer authorized to record the testimony. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the deposition.

The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, as made applicable to these proceedings by the Federal Rules of Bankruptcy Procedure, and other applicable law, and shall continue day to day until completed.

**\* Join Zoom Meeting**

https://courtscribes.zoom.us/j/94117899022

Meeting ID: 941 1789 9022

One tap mobile

+16465588656,,94117899022# US (New York)

+13017158592,,94117899022# US (Germantown)

### S I S K I N D   L E G A L, P L L C

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
--------------------------
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
-----------------------------
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 11, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746
**SERVICE LIST**

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *philip@philipharris.com*

Frank Zokaites, 375 Golfside Road, Wexford, PA 15090,  Via e-mail to *frank@zokaites.com*