

**ORDERED in the Southern District of Florida on August 26, 2020.**

*/s/ Mindy A. Mora*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 18-16248-MAM |
| CHANCE & ANTHEM, LLC, | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| ROBERT FURR, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | ADV. NO. 19-01298-MAM |
| ROBERT GIBSON, et al., | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT
JEFFREY SISKIND'S EX PARTE MOTION TO SHORTEN TIME TO
RESPOND TO INTERROGATORIES FILED AT ECF NO. 439**
**(ECF No. 440)**

THIS CAUSE came before the Court on August 26, 2020 at 11:00 a.m. upon Defendant Jeffrey M. Siskind's Ex Parte Motion to Shorten Time to Respond to Interrogatories Filed at ECF No. 439 (the "Motion").  The Court, having reviewed the Motion and response thereto, heard argument of the parties and being otherwise fully informed upon the premises, does hereby, be it

ORDERED AND ADJUDGED, that the Motion is GRANTED IN PART AND DENIED IN PART.   Plaintiff shall furnish responses to said interrogatories on or before 10:30 a.m. on Monday, August 31, 2020.

###

Prepared by Jeffrey M. Siskind, 3465 Santa Barbara Drive, Wellington, FL  33414.  Mr. Siskind shall serve same and file a Certificate of Service attesting to same.