

ORDERED in the Southern District of Florida on September 15, 2020.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |

**ORDER SCHEDULING FINAL PRETRIAL CONFERENCE AND TRIAL**

**THIS MATTER** came before the Court *sue sponte* on September 9, 2020 at 11:00 a.m. to schedule a Final Pretrial Conference and Trial. The Court having reviewed the pleadings in the case and having heard arguments of counsel, it is hereby,

**ORDERED**, as follows:

1.  The Pretrial Conference currently scheduled for September 16, 2020 at 10:00 a.m. is hereby CANCELLED and continued to **October 7, 2020 at 4:00 p.m.** (the "Continued Pretrial Conference") by TELEPHONE through CourtSolutions LLC. All parties in interest must arrange to appear telephonically by registering with CourtSolutions one of two ways: (i) online (at https://www.court-solutions.com/SignUp) or (ii) by telephone at (917) 746-7476. A reservation to participate in the Hearing is required. **Participants must register with CourtSolutions no later than 3:00 p.m. at least one full business day prior to the date of the hearing.**

2.  The deadlines set forth in paragraph 2 (disclosures), 3 (discovery), 4 (joint pretrial stipulation), 7 (documents required before trial), and 10 (dispositive motions) of the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] shall be calculated based on the Continued Pretrial Conference Date.

3.  The deadlines set forth in Paragraphs 1(a) (right to jury trial; waiver) and (1)(b) (objection to entry of final orders and judgments by the bankruptcy court; consent) of the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] are not extended by this order.

4.  All other provisions of the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] remain in full force and effect to the extent not inconsistent with this Order.

5. On or before <u>September 23, 2020</u>, the Adversary Defendant(s) must serve an expert report pursuant to Fed R. Bankr. P. 7026(A)(2)(B) for any Proposed Expert(s) they intend to call at trial.

6. On or before <u>September 30, 2020</u>, any Proposed Expert(s) that has/have served expert report(s) pursuant to paragraph 3 of this Order shall be made available to the Trustee for a deposition.

7. **Trial in this adversary proceeding shall begin on October 28, 2020 at 10:00 a.m.**

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]