

**ORDERED in the Southern District of Florida on October 2, 2020.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>CHANCE & ANTHEM, LLC,<br><br>    Debtor.<br>_____/ | Case No. 18-16248-BKC-MAM<br>Chapter 7 |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.*<br><br>    Defendants.<br>_____/ | ADV. NO. 19-01298-MAM |

### ORDER DENYING EMERGENCY MOTION TO EXTEND TIME TO SERVE EXPERT REPORT [ECF NO. 455]

**THIS MATTER** came before the Court on September 30, 2020 at 11:00 a.m. on the Defendant, Jeffrey Siskind's *Emergency Motion to Extend Time to Serve Expert Report* [ECF No. 455] (the "Motion") and *Chapter 7 Trustee Robert C. Furr's Response to Second Emergency*

*Motion to Extend Time to Serve Expert Reports and to Extend Discovery Deadlines* [ECF No. 457] (the "<u>Response</u>").  The Court having reviewed the Motion, Response and pleadings in the case and having heard arguments of counsel, it is hereby,

  **ORDERED**, as follows:

  1.  The Motion is DENIED, for lack of prosecution.

###

<u>**Submitted by:**</u>

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]