**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          Case No. 18-16248-BKC-MAM
CHANCE & ANTHEM, LLC,                      Chapter 7
     Debtor.
_____/

ROBERT C. FURR not individually but            ADV. NO.  19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

     Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

     Defendants.
_____/

ROBERT C. FURR not individually but            ADV. NO. 19-01301-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

     Plaintiff,

v.

ADVANCED AVIONICS, LLC

     Defendant.
_____/

### CHAPTER 7 TRUSTEE ROBERT C. FURR'S PRETRIAL DISCLOSURES

Plaintiff, Robert C. Furr (the "Trustee" or "Plaintiff"), not individually, but as Chapter 7

Trustee of the bankruptcy estate of the Debtor, Chance & Anthem, LLC (the "Debtor" or "C&A"), by

and through counsel, and pursuant to the Court's Order Setting Filing and Disclosure Requirements

for Pretrial and Trial [ECF No. 4] (the "Scheduling Order") and Fed. R. Civ. P. 26(a)(3), as made

applicable by Fed. R. Bank. P. 9014, hereby submits this Chapter 7 Trustee Robert C. Furr's Pretrial

Disclosures (the "Pretrial Disclosures") and states, as follows:

**I.       Name, Address and Telephone Number of Trial Witnesses.**

      **A.       Witnesses Expected to be Offered at Trial.**

          1.       **Robert C. Furr, Chapter 7 Trustee**
              c/o Jesus M. Suarez
              Genovese Joblove & Battista, P.A.
              Counsel to the Chapter 7 Trustee
              100 S.E. 2nd Street, Suite 4400
              Miami, Florida  33131
              Tel.: (305) 349-2300

          2.       **Alan Barbee, CPA/ABV**
              c/o Jesus M. Suarez, Esq.
              Genovese Joblove & Battista, P.A.
               Counsel to the Chapter 7 Trustee
               100 S.E. 2nd Street, Suite 4400
              Miami, Florida  33131
               Tel.: (305) 349-2300

          3.       **Greg Eidson, MAI, CCIM**
              c/o Jesus M. Suarez, Esq.
               Genovese Joblove & Battista, P.A.
               Counsel to the Chapter 7 Trustee
               100 S.E. 2nd Street, Suite 4400
              Miami, Florida  33131
               Tel.: (305) 349-2300

      **B.       Witnesses that May be Offered at Trial.**

      1.       Any of the adversary defendants or their corporate representatives.

      2.       Any and all witnesses to be used for rebuttal and impeachment purposes.

      3.       Any witnesses necessary to authenticate documents not otherwise admitted in evidence.

      4.       Any And All Witnesses That May Be Identified By The Defendants, Subject To Any Objections By The Trustee.

**II.    Witnesses Whose Testimony will be Presented by Deposition.**

1.    JEFFREY SISKIND, individually, and as corporate representative of SISKIND LEGAL SERVICES, the SECOND SISKIND FAMILY TRUST ("Family Trust"), CANNAMED PHARMACEUTICALS, LLC, a Maryland Limited Liability Company ("Cannmed"), SISKIND LEGAL SERVICES, LLC, a Florida Limited Liability Company ("Siskind Legal"), SOVEREIGN GAMING & ENTERTAINMENT, LLC, a Florida Limited Liability Company ("Sovereign"), FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INC. a Florida Corporation ("FLACC") and SYMPATICO EQUINE RESCUE, INC., a Florida Corporation ("Sympatico").

2.    Stephen Jackowski, as corporate representative of ADVANCED AVIONICS, LLC.

**III.    Identification of each Document or Other Exhibit to be Offered at Trial.**

**A.    Documents/Exhibits Expected to be Offered at Trial.**

1.    Trustee's Exhibit Register attached hereto as **Exhibit "A"**.

2.    All documents to be used for rebuttal and impeachment purposes.

3.    All documents listed in the Defendants' Disclosures to the extent not objected to by the Trustee.

**B.    Documents/Exhibits that May Be Offered at Trial, if the Need Arises.**

1.    Trustee's Exhibit Register attached hereto as **Exhibit "A"**.

**Respectfully submitted this 7th day of October , 2020.**

GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel to the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, Florida  33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:___/s/ Jesus M. Suarez_____
        John H. Genovese, Esq.
        Florida Bar No. 280852
        Jesus M. Suarez, Esq.
        Fla. Bar No. 60086
        Barry P. Gruher, Esq.
        Florida Bar No. 960993

3

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via

CM/ECF notification upon all interested parties registered to receive electronic notification on this

matter and/or via U.S. Mail as indicated on the Service List below on this <u>7th</u> day of October, 2020.

By: <u>/s/  *Jesus M. Suarez*</u>
Jesus M. Suarez, Esq.

**<u>SERVICE LIST</u>**

*Furr v. Siskind et al.*
*<u>Served Via CM/ECF Notification</u>*

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

*Furr v. Advanced Avionics, LLC*
*<u>Notice will be served via CM/ECF upon:</u>*

Philip B Harris on behalf of Defendant Advanced Avionics, LLC
philip@philipbharris.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                                 Chapter 7
          Debtor.
_____/

ROBERT C. FURR not individually but                 ADV. NO.  19-01298-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

          Plaintiff,

v.

JEFFREY M. SISKIND, individually and
d/b/a SISKIND LEGAL SERVICES,
*et al.*

          Defendants.
_____/

ROBERT C. FURR not individually but                 ADV. NO. 19-01301-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

          Plaintiff,

v.

ADVANCED AVIONICS, LLC
          Defendant.
_____/

**TRUSTEE'S EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ X ] Plaintiff          [   ] Defendant          [   ] Debtor          [X] Chapter 7 Trustee

Date of Hearing/Trial:          October 7th, 2020 at 4:00 p.m.   Pretrial Conference

Judge:                          The Honorable Mindy A. Mora

**Respectfully submitted: October 1ˢᵗ, 2020.**

                                    **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                    *Counsel to the Chapter 7 Trustee*
                                    100 SE Second Street, Suite 4400
                                    Miami, Florida 33131
                                    Telephone:     (305) 349-2300
                                    Facsimile:     (305) 349-2310

                                    By:  ___/s/ Jesus M. Suarez___
                                            Jesus M. Suarez, Esq.
                                            Florida Bar No. 60086
                                            jsuarez@gjb-law.com
                                            Barry P. Gruher, Esq.
                                            Florida Bar No. 960993
                                            bgruher@gjb-law.com

2

| Exhibit #/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| T-1 | 12.18.2002 Receipt signed by Jeffrey Siskind receiving $10,000.00 in cash from Fred Volkwein | | | |
| T-2 | 05.08.2013 Quit Claim Deed between Christopher P. George and 3485 Lago De Talavera Trust | | | |
| T-3 | 05.17.2013 Quit Claim Deed between Transamerican Comercial, LTD and TP5, LLC | | | |
| T-4 | RESERVED | | | |
| T-5 | 02.06.2014 Assignment of Mortgage by Michelle Watson to Sovereign Gaming & Entertainment | | | |
| T-6 | 02/06/2014  Indemnity Mortgage 3485 Lago De Talavera Trust | | | |
| T-7 | 02.07.2014 Certificate of Title to OB Real Estate Holdings 1732, LLC | | | |
| T-8 | 02.25.2014 Recorder Warranty Deed for the 11400 Torchwood Acquisition by Beacon & Fiore | | | |
| T-9 | 06.24.2014 Recorder Warranty Deed for the 11400 Torchwood Sale by Beacon & Fiore property | | | |
| T-10 | 09.12.2014 Mortgage Deed by OB Real Estate Holdings 1732, LLC to George A. Maler | | | |
| T-11 | 11.07.2014 SunTrust deposit ticket in the amount $1,159,123.77 | | | |
| T-12 | 11.14.2014 Notice of Lis Pendens Sovereign Gaming & Entertainment, LLC, vs. 3485 Lago De Talavera Trust | | | |

| | | | | |
|---|---|---|---|---|
| **T-13** | 11.24.2014 Check no. 1003 from the Chance & Anthem's SunTrust account, payable to Ocean Reef Club, in the amount of $13,233.88 | | | |
| **T-14** | 12.11.2014 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler. | | | |
| **T-15** | 12.23.2014 SunTrust withdrawal ticket for the amount of $58,000.00 | | | |
| **T-16** | 12.23.2014 Chance & Anthem's SunTrust statement reflecting outgoing fedwire | | | |
| **T-17** | 02.05.2015 SunTrust deposit ticket in the amount $65,092.40 | | | |
| **T-18** | 03.05.2015 Check no. 1012 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $10,000.00 | | | |
| **T-19** | 03.09.2015  Deed in Lieu of Foreclosure, between Sovereign Gaming and Entertainment, LLC and 3485 Lago  De Talavera Trust | | | |
| **T-20** | 03.24.2015 Chase bank statement from account no. ending with xxxxxxx1866, reflecting fedwire, for the amount of $100,000.00 | | | |
| **T-21** | 04.10.2015 SunTrust withdrawal ticket for the amount $90,000.00 | | | |
| **T-22** | 04.15.2015 Check no. 1014 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $25,000.00. | | | |
| **T-23** | 04.15.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler | | | |
| **T-24** | 04.24.2015 SunTrust withdrawal ticket for the amount $45,000.00 | | | |
| **T-25** | 04.27.2015 SunTrust withdrawal ticket for the amount of $40,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| **T-26** | 05.07.2015 Check no. 1015 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of 10,000.00 | | | |
| **T-27** | 06.15.2015 Check no. 1017 from the Chance & Anthem's SunTrust account, payable to David Merrill, in the amount of $10,000.00 | | | |
| **T-28** | 08/28/2015 Purchase Option Agreement to Sovereign Gaming & Entertainment, LLC | | | |
| **T-29** | 10.06.2015 Chance & Anthem's Chase Bank statement reflecting transfer | | | |
| **T-30** | 10.09.2015 Chase Bank withdrawal slip for the amount of $59, 500.00 | | | |
| **T-31** | 10.19.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler | | | |
| **T-32** | 10.27.2015 Operating Agreement for CannaMed Pharmaceuticals, LLC | | | |
| **T-33** | 10.29.2015 Email from Jeffrey Siskind to kenbornick@comcast.net re CannaMed Secured Position | | | |
| **T-34** | 10.30.2015 Special Warranty Deed by JP Morgan Chase Bank, National Association. 3445 Santa Barbara | | | |
| **T-35** | 10.00.2015 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of October 6 through October 30, 2015 | | | |
| **T-36** | 11.11.2015 Check no. 1026 from the Chance & Anthem's SunTrust account, payable to Advanced Avionics, in the amount of $100,000.00 | | | |
| **T-37** | 11.13.2015 Check no. 1030 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of $10,000.00 | | | |
| **T-38** | 11.13.2015 Chance & Anthem's SunTrust statement reflecting outgoing fedwire | | | |

| | | | | |
|---|---|---|---|---|
| **T-39** | 11.13.2015 Mortgage by Chance & Anthem, LLC to New Wave re Santa Barbara House | | | |
| **T-40** | 11.13.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-41** | 11.23.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-42** | 12.02.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-43** | 12.08.2015 Check no. 1037 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $30,000.00 | | | |
| **T-44** | 12.09.2015 Check no. 1038 from the Chance & Anthem's SunTrust account, payable to Second Siskind Family Trust, in the amount of $10,000.00 | | | |
| **T-45** | 12.10.2015 Check no. 1041 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of $15,000.00 | | | |
| **T-46** | 12.11.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-47** | 12.16.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| **T-48** | 12.21.2015 MMCC Announcement of Revised Scoring Timeline for Grower and Processor License Applications | | | |
| **T-49** | 12.21.2015 Email from Jeffrey Siskind to Richard Bardenstein re: CanneMed's Final Business Plan | | | |
| **T-50** | 12.28.2015 SunTrust deposit slip for the amount of $19,481.32 | | | |
| **T-51** | 12.29.2015 Email from Jeffrey Siskind to haybenfc1@aol.com re CannaMed Pharmaceuticals Final Business Plan | | | |

| T-52 | 12.31.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
|---|---|---|---|---|
| T-53 | 2016 Economic Outlook | | | |
| T-54 | RESERVED | | | |
| T-55 | 02.04.2016 Email from Jeffrey Siskind to Mr. Butrum re Salisbury Plant Funding | | | |
| T-56 | 02.22.2016 Email from Jonathan Mayer to Jeffrey Siskind re: Revised C&A Finders Agreement | | | |
| T-57 | 02.24.2016 Email from Jonathan Mayer to Jeffrey Siskind re CannaMed Facility Exec Summary | | | |
| T-58 | 03.10.2016 Mortgage by Sovereign Gaming & Entertainment, LLC to Tatarow Family Partners, Ltd. | | | |
| T-59 | 03.21.2016 Email from Jeffrey Siskind to Mayer and Angeline Nanni re CannaMed Mortgage Program | | | |
| T-60 | 03.30.2016 Mortgage to ABK South Properties, LLC by Chance & Anthem, LLC | | | |
| T-61 | 03.31.2016 Commercial Lease with Option to Purchase between 27120 Ocean Gateway, LLC, and Chance & Anthem, LLC. | | | |
| T-62 | 03.31.2016 Settlement Statement between 27120 Ocean Gateway, LLC and Machining Technologies, Incorporated | | | |
| T-63 | 03.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of March 1st through March 31, 2016 | | | |
| T-64 | 04.13.2016 Chase deposit slip in the amount of $10,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| **T-65** | 05.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of April 30 through May 31, 2016 | | | |
| **T-66** | 06.09.2016 Email from Jeffrey Siskind to blake@arlawgrp.com, jeff@arlawgrp.com, kamcorp73@gmail.com re: CannaMed Unit Purchase | | | |
| **T-67** | 06.29.2016 Check no. 1210 from the Chance & Anthem's JPMorgan Chase Bank account, payable to Tanya Siskind in the amount of $6,000.00 | | | |
| **T-68** | 07.18.2016 Chase deposit slip for the amount of $7,000.00, Chance & Anthem's account | | | |
| **T-69** | 07.19.2016 Chase deposit slip for the amount of $25,000.00, Chance & Anthem's account | | | |
| **T-70** | 07/19/2016  Assignment of Second Mortgage to George and Jeri Maler | | | |
| **T-71** | 08.02.2016 Email from Jeffrey Siskind to Frank Wise re CannaMed (3Gen subscription agreement | | | |
| **T-72** | 09.09.2016 Chase withdrawal slip for the amount of $4,000.00, from Chance & Anthem's account | | | |
| **T-73** | 09.21.2016  Assignment of Mortgage by George A. Maler | | | |
| **T-74** | 09.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of September 1st through September 30, 2016 | | | |
| **T-75** | 10.14.2016 Check no. 1308 from the Chance & Anthem's JPMorgan Chase Bank account, payable to Palm Beach Riding Academy, in the amount of $2,500.00 | | | |
| **T-76** | 10.31.2016 Chase Deposit slip in to Chance & Anthem's account | | | |

| | | | | |
|---|---|---|---|---|
| **T-77** | RESERVED | | | |
| **T-78** | 11.17.2016 Complaint for Foreclosure Palm Beach County Circuit Court Tatarow Family Partners LTD v. Sovereign Gaming & Entertainment, LLC | | | |
| **T-79** | 12.14.2016 Article of Amendment to Article of Organization of OB Real Estate Holdings 732, LLC | | | |
| **T-80** | 04.05.2017 Affidavit of Carl Stone Palm Beach 15th Circuit Court New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-81** | 07/05/2017 Certificate of Title re Santa Barbara House | | | |
| **T-82** | 08.03.2017 Verified Complaint to Foreclose Mortgage Palm Beach Sixteen Circuit Court Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad | | | |
| **T-83** | 08.07.2017  Notice of Lis Pendens Palm Beach Sixteen Circuit Court Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad | | | |
| **T-84** | 08.15.2017 Complaint for Damages and Injunctive Relief Circuit Court of Maryland CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-85** | 08.23.2017 Assignment of Mortgage by Tatarow Family Partners, Ltd to Zokaites Properties, LP | | | |
| **T-86** | 10.12.2017  Assignment of Mortgage to Zokaites Properties by Chance & Anthem | | | |

9

| | | | | |
|---|---|---|---|---|
| **T-87** | 10.30.2017 Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-88** | 01.29.2018 Voluntary Petition<br>Chance & Anthem, LLC<br>Case No. 18-16248-MAM | | | |
| **T-89** | 01.30.2018 Order Granting Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-90** | 02.01.2018 Warranty Deed by OB Real Estate Holdings 1732, LLC to Esrick PB Office, LLC, A , FL LLC | | | |
| **T-91** | 02.12.2018 Bankruptcy Schedules for Chance & Anthem, LLC [ECF No. 11]<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| **T-92** | 02/19/2018 Plaintiff's Motion for Reconsideration of Order Dismissing Case<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-93** | 04/02/2018 Order Denying Plaintiff's Motion for Reconsideration of Order Dismissing Case<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-94** | 04.24.2018 Amended Bankruptcy Schedules A/B for Chance & Anthem, LLC [ECF No. 59]<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |

| | | | | |
|---|---|---|---|---|
| **T-95** | 05.01.2018 Notice of Appeal<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs.<br>Natalie M. LaPrade Maryland Medical<br>Cannabis Commission | | | |
| **T-96** | RESERVED | | | |
| **T-97** | 05.14.2018 Civil Appeal Information<br>Report Court of Special Appeals of<br>Maryland | | | |
| **T-98** | 06.18.2018 Proof of Claim 1-1, Filed by<br>Delmarva Power<br>Bankruptcy Court for the Southern<br>District of Florida – Case No. 18-16248 | | | |
| **T-99** | 07.09.2018 Proof of Claim 2-1, Filed by<br>Richard Barclay Neff, Jr.<br>Bankruptcy Court for the Southern<br>District of Florida – Case No. 18-16248 | | | |
| **T-100** | 07.09.2018 Transcript of 341 Meeting of<br>Creditors<br>Bankruptcy Court<br>for the Southern District of Florida –<br>Case No. 18-16248 | | | |
| **T-101** | 07.23.2018 Docket Report<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs.<br>Natalie M. LaPrade Maryland Medical<br>Cannabis Commission | | | |
| **T-102** | 08.07.2018 Proof of Claim 3-1, Filed by<br>Sarenil Associates, LLC c/o Frederick<br>Volkwein<br>Bankruptcy Court for the Southern<br>District of Florida – Case No. 18-16248 | | | |
| **T-103** | 08.09.2018 Proof of Claim 4-1, Filed by<br>Christopher George and Dianna George<br>Bankruptcy Court for the Southern<br>District of Florida – Case No. 18-16248 | | | |
| **T-104** | 08.09.2018 Proof of Claim 5-1, Filed by<br>David Fiore and Carl Stone<br>Bankruptcy Court for the Southern<br>District of Florida – Case No. 18-16248 | | | |

| | | | | |
|---|---|---|---|---|
| T-105 | 08.10.2018 Proof of Claim 6-1, Filed by 3485 Lago De Talavera Trust Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-106 | 09.05.2018 Transcript of 2004 Examination of Jeffrey M. Siskind. Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-107 | 10.29.2019 Letter from Siskind Legal, P.L.L.C. to Jesus Suarez, Esq. re: Notice of Forfeiture of CannaMed Pharmaceuticals, LLC | | | |
| T-108 | 11.01.2019 First Amended Complaint filed by Chapter 7 Trustee Robert C. Furr against Jeffrey M. Siskind, et al. [ECF No. 95] Bankruptcy Court for the Southern District of Florida – Adv. Case No. 19-01298 | | | |
| T-109 | 11.12.2019 Proof of Claim 7-1, Filed by Frank R. Zokaites Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-110 | 12.19.2019 Transcript of Continued 2004 Examination of Jeffrey M. Siskind. Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-111 | 02.10.2020 Proof of Claim 8-1, Filed by Jeffrey M. Siskind Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-112 | 2.21.2020 MMCC Announcements MMCC.Maryland.gov | | | |
| T-113 | 2.21.2020 MMCC Frequently Asked Questions MMCC.Maryland.Gov | | | |
| T-114 | 02.26.2020 Sunbiz.org corporate search results for Florida Association of Community Banks and Credit Unions | | | |
| T-115 | 02.26.2020 Sunbiz.org corporate search results for OB Real Estate Holdings 1732, LLC | | | |

| | | | | |
|---|---|---|---|---|
| **T-116** | 02.26.2020 Sunbiz.org corporate search results for Siskind Legal Services, LLC | | | |
| **T-117** | 02.26.2020 Sunbiz.org corporate search results for Sovereign Gaming & Entertainment, LLC | | | |
| **T-118** | 02.26.2020 Sunbiz.org corporate search results for Sympatico Equine Rescue, Inc. | | | |
| **T-119** | 02.26.2020 Sunbiz.org corporate search results for Wellington 3445, LP | | | |
| **T-120** | 03.02.2020 Maryland.gov entity search results for Nucanna Pharmaceuticals, LLC. | | | |
| **T-121** | 03.04.2020 Retrospective Appraisal Report prepared by expert Gregory P. Edison, MAI, CCIM, for the 3445 Santa Barbara property. | | | |
| **T-122** | 04.13.2020 Docket Report Circuit Court of Maryland Case No. 24C17004230 CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-123** | 04.20.2020 Expert Report of Alan R. Barbee, CPA/ABV | | | |
| **T-124** | 05.05.2020 Docket Report Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(A)** | 03.14.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 34] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |

13

| | | | | |
|---|---|---|---|---|
| **T-124(B)** | 12.17.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 150] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124I** | 09.15.2014 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 265] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(D)** | 06.01.2015 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 406] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-125** | 05.05.2020 Docket Report Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-125(A)** | 11.08.2016 Complaint for Mortgage Foreclosure and Damages Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-125(B)** | 12.05.2016 Answer, Affirmative Defenses and Counterclaim Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-125I** | 02.02.2017 Order Granting Plaintiff's Motion to Dismiss Second Amended Counterclaim Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |

| T-125(D) | 02.23.2017 Motion to Substitute Party-Plaintiff<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC | | | |
|---|---|---|---|---|
| T-126 | CannaMed Pharmaceuticals Company Business Plan | | | |
| T-127 | Default of Rent letters sent to Mr. Siskind by Alan Bias | | | |
| T-128 | Bank of America bank records<br>[Composite Exhibit] | | | |
| T-128(A) | 08.23.2018 Bank of America Certification | | | |
| T-129 | JPMorgan Chase Bank Record | | | |
| T-129(A) | 07.05.2018 JPMorgan Chase Bank Certification | | | |
| T-130 | PNC Bank Records<br>[Composite Exhibit] | | | |
| T-130(A) | 08.23/2018 PNC BANK Certification | | | |
| T-130(B) | 08.30.2018 PNC Bank Certification | | | |
| T-131 | *In re Siskind* Monthly Operating Reports<br>[Composite Exhibit] | | | |
| T-132 | SunTrust Bank Records<br>[Composite Exhibit] | | | |
| T-132(A) | 09.13.2018 SunTrust Certification | | | |

| T-133 | Wells Fargo Bank Records [Composite Exhibit] | | | |
|---|---|---|---|---|
| T-133(A) | 08.24.2018 Wells Fargo Certification | | | |
| T-134 | Chance & Anthem, LLC Summary Detail of Disbursements – Cash & Withdrawals | | | |
| T-135 | Chance & Anthem, LLC Summary of Transfers to Tanya Siskind | | | |
| T-136 | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Christopher George | | | |
| T-137 | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Carl Stone & David Fiore | | | |
| T-138 | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Frederick Volkwein | | | |
| T-139 | 2014 – 2017 Chance & Anthem, LLC Summary Insolvency Analysis | | | |
| T-140 | 2014 – 2017 Chance & Anthem, LLC Summary of Expenses | | | |
| T-141 | 2014 – 2017 Chance & Anthem, LLP Summary Consolidated Insolvency Analysis | | | |
| T-142 | 2014 – 2017 Chance & Anthem, LLC Consolidated Summary of Expenses | | | |
| T-143 | 2015 – 2018 Chance & Anthem Chase Transactions' Register | | | |
| T-144 | 02.26.2020 Debtor's Notice of Filing Consent to Creditor Proofs of Claim | | | |

| | | | | |
|---|---|---|---|---|
| **T-145(A)** | Chance & Anthem,LLC Summary Flowchart Tracing Referenced Funds – Santa Barbara House | | | |
| **T-145(B)** | Chance & Anthem, LLC Summary Flowchart Tracing OB Real Estate Funds | | | |
| **T-146** | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER** Trust Account Records | | | |
| **T-147** | Affidavit of Alan R. Barbee, CPA/ABV re Insolvency, Transfer and Reasonably Equivalent Value | | | |
| **T-148** | Transfer Schedule and Backup Documentation | | | |
| **T-149** | 10.24.2018 Order Granting in Part and Denying in Part Jeffrey Siskind's Emergency Motion for Protective Order Prohibiting the Release of Confidential Client Financial Information [ECF No. 121] [ECF No. 180] Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| **T-150** | 07.28.2020 Order Granting in Part and Denying in Part Adversary Defendant Jeffrey Siskind's (I) Emergency Motion to Compel and for Sanctions [ECF No. 405]; (II) Motion for Leave of Court to Amend Jeffrey M. Siskinds Disclosures Pursuant to Fed.R.Civ.P.26(A)(2) [ECF No. 388]; and (III) Motion to Delay Publication of Defendants Expert Reports for Cause Pending the Courts Rulings on Plaintiff's Motion [*sic*][ECF No. 408] [ECF No. 435] Bankruptcy Court for the Southern District of Florida – Case No. 19-01298 | | | |
| **T-151** | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER** 06.25.2020 Supplemental Expert Report of Alan R. Barbee. **Document subject to the Confidentiality Order as to Schedule 3.6** | | | |

| T-152 | 01.17.2020 Plaintiff's First Request for Production of Document to Defendant, Advanced Avionics, LLC Bankruptcy Court for the Southern District of Florida – Case No. 19-01301 | | |
|---|---|---|---|
| T-153 | 02.17.2020 Defendant's Advanced Avionics, LLC, Response to Plaintiff's, Robert C. Furr, as Trustee, First Request for Production of Documents Bankruptcy Court for the Southern District of Florida – Case No. 19-01301 | | |
| T-154 | 07.01.2020 Defendant's, Advanced Avionics, LLC, Response to Plaintiff, Robert C. Furr's First Set of Interrogatories Bankruptcy Court for the Southern District of Florida- Case No. 19-01301 | | |
| T-155 | Spreadsheet of Payments to Advanced Avionics | | |
| T-156 | Consolidated Insolvency Analysis - Intercompany Detail Year Ended 12.31.2016 | | |
| T-157 | Consolidated Insolvency Analysis - Intercompany Detail Year Ended 12.31.2017 | | |
| T158 | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER** Flowchart Tracing - Funds from Listed Creditor - 3Genvc, LLC | | |
| T159 | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER** Siskind IOTA – Bank Reconstruction Cash Withdrawals | | |