

**ORDERED in the Southern District of Florida on October 20, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01301-MAM |

  Plaintiff,

v.

ADVANCED AVIONICS, LLC

  Defendant.

_____/

## ORDER SETTING EVIDENTIARY HEARING BY VIDEO CONFERENCE AND ESTABLISHING RELATED DEADLINES

**THIS MATTER** came before the Court on October 7, 2020 at 4:00 p.m. on the pre-trial conference in the above captioned matters. The Court having reviewed the record and considered the argument of counsel, is prepared to proceed with an evidentiary hearing. Accordingly, the Court **ORDERS** as follows:

1. **HEARING; SERVICE**. The Court will conduct an evidentiary hearing commencing on **OCTOBER 28, 2020 at 10:00 a.m**. Plaintiff shall serve a copy of this Order on all appropriate parties and file a certificate of service thereof as required by this Court's local rules.

2. **VIDEO CONFERENCE PROCEDURES**. The parties are **DIRECTED** to comply with the General Procedures for Hearings by Video Conference found on Judge Mora's webpage at www.flsb.uscourts.gov . To the extent that the procedures on Judge Mora's web page conflict with the instructions in this Order, this Order shall govern.

3. **REGISTRATION TO PARTICIPATE IN HEARING BY VIDEO CONFERENCE; LIMIT ON PARTICIPATION BY VIDEO**. All parties wishing to participate in the hearing by video conference shall provide notice to Judge Mora's Courtroom Deputy, Maria Romaguera, solely via email at **Maria_Romaguera@flsb.uscourts.gov**, no later than **4:00 p.m. four (4) business days before the hearing**. The Court will provide to each approved party a password-protected link to the appropriate Zoom video conference.

4. **PUBLIC ACCESS**. Any person wishing to listen to the hearing by telephone must contact Maria Romaguera, solely by email at **Maria_Romaguera@flsb.uscourts.gov** to obtain dial-in instructions by no later than 3:00 p.m. at least two (2) business days prior to the date of the hearing. The Court cannot process untimely requests.

5. **EXCHANGE OF EXHIBITS AND WITNESS LISTS**[1].  In accordance with Local Rule 9070-1, a complete set of exhibits shall be exchanged with opposing counsel and filed with the Court according to the schedule and specifications set forth below. The number of days specified below is the minimum number of business days prior to the hearing by which the documents must be exchanged or submitted, as applicable. All submissions must occur by 4:00 p.m. on the specified date.

| Event | Number of Business Days Prior to Hearing |
|---|---|
| Exhibits exchanged and filed pursuant to Local Rule 9070-1 | 4 |
| Witness Lists | 4 |
| Expert Reports | 4 |
| Objections to Exhibits | 2 |
| Joint Stipulation of Facts | 2 |

    A. Exhibits:

(1) Parties must exchange set of pre-marked exhibits (including summaries) intended to be offered as evidence at the evidentiary hearing. All exhibits must include the party's role in the matter or adversary proceeding (i.e., "plaintiff" or "movant") and be sequentially numbered. When exhibits are exchanged electronically, Movant(s) and Respondent(s) shall also include a short descriptive name of each exhibit, e.g., "mortgage", "note", or "letter dated xx/xx/xxxx" in the file name of each exhibit.

(2) Presentation and exchange of exhibits shall conform to Local Rule 9070-1. As noted in Local Rule 9070-1, counsel representing any party shall submit the exhibits and exhibit register via CM/ECF, while a party not represented by counsel shall email the documents to the Clerk of Court at ProSeExhibits@flsb.uscourts.gov, listing the appropriate case or adversary number and the date of the evidentiary hearing in the reference line of the email. The exhibits so filed shall constitute the official exhibits in this matter.

(3) With regard to any summary the party will offer in evidence at the hearing, the submitting party must provide a notice of the location(s) of the books, records, and the like, from which each summary has been made, and the reasonable times when they may be inspected and copied by adverse parties.

(4) Each party must prepare a separate exhibit register based upon the Local Form Exhibit Register (LF-49), a Word version of which is available on the Court's website.

    B.    Witness Lists:

---

[1] The Exchange of Exhibits and Witness Lists is governed by the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] (the "Scheduling Order"), as amended.

    Each party presenting witnesses must provide all other parties with a list showing the name and, if not previously provided, the address and telephone number of each witness that the party may call at the hearing other than solely for impeachment.

  C.    Objections to Exhibits:

    Any objection to the admissibility of any proposed exhibit, including any deposition transcript or recording (audio or video) or any summary must be submitted pursuant to the deadlines set forth above. The objection must (i) identify the exhibit, (ii) briefly state the grounds for the objection, and (iii) provide citations to case law and other authority in support of the objection. <u>An objection not so made—except for one under Federal Rule of Evidence 402 or 403—is waived unless excused by the Court for good cause.</u>

  D.    Expert Reports:

    If expert reports are to be used at the Hearing, the parties shall exchange such reports pursuant to the deadlines set forth above.

  E.    Joint Stipulation:

    The respective parties shall file a joint stipulation of uncontested facts on or before the deadline set forth above. Counsel for all parties shall sign the stipulation of uncontested facts. The failure of counsel to prepare and submit the joint stipulation may result in sanctions. **<u>THIS SUBPARAGRAPH SHALL NOT APPLY IF ONE OF THE RESPECTIVE PARTIES IS SELF-REPRESENTED AND IS UNWILLING OR UNABLE TO ENTER INTO THE JOINT STIPULATION.</u>**

6. <u>**FINAL ARGUMENT**</u>. At the conclusion of the hearing, in lieu of final argument, the Court may request that each party file a proposed order with findings of fact and conclusions of law.

7. <u>**SETTLEMENT**</u>. If the contested matter is settled, the parties shall submit to the Court a stipulation approved by all parties and a motion for approval of the same prior to the date of the hearing. If a stipulation and motion are not submitted to the Court, all parties shall be prepared to proceed with the hearing. If the contested matter is removed from the calendar based upon the announcement of a settlement, the contested matter will not be reset for hearing if the parties fail to consummate the settlement. In such event, the Court will consider only a motion to enforce the settlement, unless the sole reason the settlement is not consummated is that the Court did not approve the settlement, in which case the matter will be reset for hearing at a later date.

8. <u>**SANCTIONS**</u>. Failure to appear at the hearing or to comply with any provision of this order may result in appropriate sanctions, including the award of attorney's fees, striking of papers, or the exclusion of exhibits or witnesses.

9. **CONTINUANCES**. Continuances of the hearing or any deadlines set forth in this order must be requested by written motion. Any request for continuance or amendment to this order shall set forth the status of discovery and shall state the reasons why the party or parties seek a continuance.

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall immediately serve this Order upon all interested parties and file a certificate of service with the Court that conforms with Local Rule 2002-1(F).]