Prepared By and Return To:
Jeffrey M. Siskind, Esquire
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401-5900

TAX FOLIO NUMBER:

```
CFN 20130208948
OR BK 26007 PG 1767
RECORDED 05/08/2013 14:06:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1767 - 1768; (2pgs)
```

## QUIT CLAIM DEED

**THIS QUIT CLAIM DEED** made on the 24th day of April, 2013 between CHRISTOPHER P. GEORGE, whose mailing address is 3485 Lago De Talavera, Lake Worth, FL 33467, hereinafter called the Grantor, and 3485 Lago De Talavera Trust, whose address is c/o Siskind Legal Services, 525 S. Flagler Drive, Suite 500, West Palm Beach, FL 33401, hereinafter called the Grantee,

**WITNESSETH**, that the Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quit-claim unto the said Grantee forever, all the right, title, interest, claim and demand with the said Grantor has in and to the following described parcel of land, situate lying and being in the County of Palm Beach, State of FLORIDA to wit:

SEE ATTACHED EXHIBIT A

Subject to covenants, restrictions, easements of record and taxes for the current year.

To have and to hold the same together with all and singular appurtenances thereunto belonging or in anywise appertaining, and all the estate, right title, interest, lien, equity, and claim whatsoever of the Grantor either in law or equity, to the only proper use, benefit of the said Grantee.

IN WITNESS WHEREOF, the Grantor has signed and sealed these presents the day and year first above written:

Signed, sealed and delivered
In the presence of:                                    Grantor

_____            By: _____
Witness - MARK MASCHEK                           Michael F. Haggerty, Attorney in Fact

_____
Witness - Jose L. Ortez

STATE OF FLORIDA          }
COUNTY OF PALM BEACH   }

The foregoing instrument is acknowledged before me on this 24th day of April, 2013 by **Michael F. Haggerty, as Attorney in Fact**, who presented Fl Drivers License as identification and did/did not take an oath.

Witness my signature and official seal in the aforesaid state and county.

(SEAL)

JOSE L. ORTEZ
Notary Public - State of Florida
My Comm. Expires Oct 15, 2013
Commission # DD 933529

My commission expires October 15th, 2013

**PLAINTIFF'S TRIAL EXHIBIT T-02**

EXHIBIT A

LEGAL DESCRIPTION

Lot 29 of Talavera PUD, as recorded in Plat Book 105, at Page 44, of the Public Records of Palm Beach County, Florida.

*This is not a certified copy*