Prepared By and Return To:
Jeffrey M. Siskind, Esquire
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401-5900

TAX FOLIO NUMBER: 74-43-43-22-25-003-0012

CFN 20130222083
OR BK 26027 PG 0482
RECORDED 05/17/2013 10:32:14
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0482; (1pg)

## QUIT CLAIM DEED

**THIS QUIT CLAIM DEED** made on the 17th day of May, 2013 between TRANSAMERICAN COMERCIAL, LTD., whose mailing address is 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401, hereinafter called the Grantor, and TP5, LLC, a Florida limited liability company, whose address is 525 S. Flagler Drive, Suite 500, West Palm Beach, FL 33401, hereinafter called the Grantee,

**WITNESSETH**, that the Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said Grantee forever, all the right, title, interest, claim and demand with the said Grantor has in and to the following described parcel of land, situate lying and being in the County of Palm Beach, State of FLORIDA to wit:

Condominium Units CCU3A2, CCU3B2 and CCU3C2 of TRUMP PLAZA OF THE PALM BEACHES, a Condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 4800, Page 457, with all exhibits and amendments thereof, Public Records of Palm Beach County, Florida, and any and all amendments thereto, together with an undivided interest in the common elements appurtenant thereto as set forth in said Declaration. TOGETHER with an undivided 16.938% interest in Unit CCU3 as set forth in Declaration of Tenancy-in-Common Agreement for Commercial Unit Parking Facilities as recorded in Official Records Book 19010, Page 70, public records of Palm Beach County, Florida.

Subject to covenants, restrictions, easements of record and taxes for the current year.

To have and to hold the same together with all and singular appurtenances thereunto belonging or in anywise appertaining, and all the estate, right title, interest, lien, equity, and claim whatsoever of the Grantor either in law or equity, to the only proper use, benefit of the said Grantee.

IN WITNESS WHEREOF, the Grantor has signed and sealed these presents the day and year first above written:

Signed, sealed and delivered
In the presence of:

Witness - _Bruce Lowe_

Witness - _Robert Gibson_

TRANSAMERICAN COMERCIAL, LTD.

By: _____
    Jeffrey M. Siskind

STATE OF FLORIDA        }
COUNTY OF PALM BEACH    }

The foregoing instrument is acknowledged before me on this 17th day of May, 2013 by **JEFFREY M. SISKIND** who is personally known to me and did/did not take an oath.

Witness my signature and official seal in the aforesaid state and county.

(SEAL)

GUERLINE NOEL
Notary Public - State of Florida
My Comm. Expires Sep 6, 2016
Commission # EE 832974
Bonded Through National Notary Assn.

My commission expires _9/6/16_

PLAINTIFF'S TRIAL EXHIBIT T-03