```
CFN 20140045062
OR BK 26600 PG 1181
RECORDED 02/06/2014 14:54:08
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1181 - 1182; (2pgs)
```

Prepared by and return to:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401

## ASSIGNMENT OF MORTGAGE

For Value Received, MICHELLE WATSON, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey unto SOVEREIGN GAMING & ENTERTAINMENT, LLC, a Florida limited liability company, whose address is 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401, all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage, which Mortgage was recorded in Palm Beach County, Florida on June 20, 2012 in Official Records Book 25278, at page 948; instrument no. 20120243192.

| | |
|---|---|
| Original lender: | Michelle Watson<br>1861 Primrose Lane<br>Wellington, FL 33414 |
| Original Borrower: | Chris George |
| Date of Mortgage: | June 12, 2012 |
| Property Description: | Lot 29, of the Plat of TALAVERA P.U.D., according to the Plat thereof, as recorded in Plat Book 105, Page 44, of the Public Records of Palm Beach County, Florida |
| Parcel Control Number: | 00-42-44-19-000-0290 |
| Street Address: | 3485 Lago De Talavera, Lake Worth, FL 33414. |
| Original loan Amount: | $200,000.00 |

Book26600/Page1181　　　　　　　　　　　　　　Page 1 of 2



PLAINTIFF'S
TRIAL EXHIBIT
T-05

To this Assignment of Mortgage I set my hand this 24th day of January, 2014:

Assignor:

*Michelle Watson* (signature)

Michelle Watson
8729 Wellington View Drive
West Palm Beach, FL 334

BEFORE ME this 24th day of January, 2014, appeared MICHELLE WATSON, identified to me by her Florida driver's license, which voluntarily affixed her signature hereto in my presence.

*Bart J. Caso* (signature)

NOTARY PUBLIC – STATE OF FLORIDA
Bartholomew Caso
Comm. Exp.  12-29-2014

BART F. CASO
MY COMMISSION # EE 052016
EXPIRES: December 29, 2014
Bonded Thru Budget Notary Services

*Watermark: This is not a certified copy*