```
CFN 20140045061
OR BK 26600 PG 1179
RECORDED 02/06/2014 14:54:08
Palm Beach County, Florida
AMT 300,000.00
Deed Doc 1,050.00
Intang 600.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1179 - 1180; (2pgs)
```

This Instrument Prepared By and Return to:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401

AMT - $300,000.00

# INDEMNITY MORTGAGE

Executed the 5TH day of February, 2014 by:

**3485 Lago de Talavera Trust, by Michael Haggerty, Trustee**

hereinafter called the mortgagor, to

**Siskind Legal Services, LLC, a Florida limited liability company**

hereinafter called the mortgagee:

*(Wherever used herein the terms "mortgagor" and "mortgagee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation; and the term "note" includes all the notes herein described if more than one).*

**WITNESSETH,** that for good and valuable consideration, and also in consideration of the aggregate sum named in the promissory note of even date herewith by Christopher Paul George, as Borrower, the mortgagor hereby does grant, bargain, sell, alien, remise, convey and confirm unto the mortgagee all the certain land of which the mortgagor is now seized and in possession situate in Palm Beach County, Florida, described as follows:

Lot 29 of Talavera PUD, as recorded in plat Book 105, at Page 44, of the public records of Palm Beach County, Florida.

**TO HAVE AND TO HOLD** the same, together with the tenements, hereditaments and appurtenances thereto belonging, and the rents, issues and profits thereof, unto the mortgagee in fee simple.

**AND** the mortgagor covenant with the mortgagee that the mortgagor is indefeasibly seized of said land in fee simple; that the mortgagor has good right and lawful authority to convey said land as aforesaid; that the mortgagor will make such further assurances to perfect the fee simple title to said land in the mortgagee as may reasonably be required; that the mortgagor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free and clear of all encumbrances except as disclosed in a title commitment prepared in order to insure mortgagee.

**PROVIDED ALWAYS** that if said Borrower shall pay unto said mortgagee the amounts due and owing in accordance with that certain promissory note, and that mortgagor shall perform, comply with and abide by each and every of the agreements, stipulations, conditions and covenants thereof, and of this mortgage, then this mortgage and the estate hereby created, shall cease, determine and be null and void.

**AND** the mortgagor hereby further covenants and agrees that Borrower shall pay promptly when due the principal and interest and other sums of money provided for in said note and this mortgage, or either; to pay all and singular the taxes, assessments, levies, liabilities, obligations, and encumbrances of every nature on said property; to permit, commit or suffer no waste, impairment or deterioration of said land or the improvements thereon at any time; to keep the buildings now or hereafter on said land fully insured in a sum of not less than in a company or companies acceptable to the mortgagee policy or policies to be held by, and payable to, said mortgagee, and in the event any sum of money becomes payable by virtue of such

*Page 1 of 2*

PLAINTIFF'S TRIAL EXHIBIT T-06

insurance the mortgagee shall have the right to receive and apply the same to the indebtedness hereby secured, accounting to the mortgagors for any surplus; to pay all costs, charges, and expenses, including lawyer's fees and title searches, reasonably incurred or paid by the mortgagee because of the failure of the Borrower or mortgagor to promptly and fully comply with the agreements, stipulations, conditions and covenants of said note and this mortgage, or either; to perform comply with and abide by each and every the agreements, stipulations, conditions and covenants set forth in said note and this mortgage or either. In the event Borrower or mortgagor fails to pay when due any tax, assessment, insurance premium or other sum of money payable by virtue of said note and this mortgage, or either, the mortgagee may pay the same, without waiving or affecting the option to foreclose or any other right hereunder, and all such payments shall bear interest from date thereof at the highest lawful rate then allowed by the laws of the State of Florida.

If any sum of money herein referred to be not promptly paid within THIRTY days next after the same becomes due, or if each and every the agreements, stipulations, conditions and covenants of said note and this mortgage, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the mortgagee, become and be due and payable, anything in said note or herein to the contrary notwithstanding. Failure by the mortgagee to exercise any or the rights or options herein provided shall not constitute a waiver of any rights or options under said note or this mortgage accrued or thereafter accruing.

**THE MORTGAGOR** warrants that none of the above described lands are the homestead of either Borrower or Mortgagor.

**IN WITNESS WHEREOF**, the said mortgagor has hereunto signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

(TWO WITNESSES REQUIRED)

3485 Lago de Talavera Trust

_____
Witness Signature ERIK PLANDT

By: _____
Michael Haggerty Trustee

_____
Witness Signature JOSEF SCHNEIDER

**STATE OF FLORIDA** )
**COUNTY OF Palm Beach** )

The foregoing instrument was acknowledged before me this 5th day of February 2014, by Michael Haggerty _____ who is/are personally known to me or have produced FL DL as identification and did (did not) take an oath.

SEAL
MELISSA ROYAL-SMITH
Notary Public - State of Florida
My Comm. Expires May 1, 2016
Commission # EE 194612
Bonded Through National Notary Assn

Notary Public _____

Printed Notary Name: Melissa Royal-Smith

Page 2 of 2