4020

FILED
2014 FEB -7 AM 11: 22
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CIVIL 1

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA.

GENERAL JURISDICTION DIVISION

CASE NO: 50-2010-CA-026014 XXXX MB



CFN 20140046999
OR BK 26603 PG 0298
RECORDED 02/07/2014 16:27:59
Palm Beach County, Florida
AMT 100.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0298 - 299; (2pgs)

OPTIMUMBANK,

Plaintiff,

vs.

TP5, LLC, a Florida limited liability company, JEFFREY M. SISKIND, an individual, GEORGE A. MALER, an individual, FIRST INTRACOASTAL REALTY, LLC, a Florida limited liability company, DESIGN CONTRACTING, INC., a Florida corporation, MARINE ENGINE EQUIPMENT COMPANY, a Florida corporation, d/b/a THE GENERATOR PEOPLE, and ANY UNKNOWN TENANTS IN POSSESSION,

Defendants.

$100.00
.70

## CERTIFICATE OF TITLE

The undersigned, Sharon R. Bock, Clerk of the Court, certifies that she executed and filed a Certificate of Sale in this action on August 21, 2013 for the property described herein. Pursuant to this Court's Order Denying Defendants' Objection to Foreclosure Sale Due To Gross Inadequacy of Bid Price Due to Irregularity in Bid Procedure dated January 31, 2014, the Clerk is directed to issue this Certificate of Title. The following property located in Palm Beach County, Florida:

CONDOMINIUM UNITS CCU3A2, CCU3B2 AND CCU3C2, TRUMP PLAZA OF THE PALM BEACHES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 4800, PAGE 457, WITH ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, AND ANY AND ALL AMENDMENTS THERETO, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION, TOGETHER WITH AN UNDIVIDED 16.93% INTEREST IN UNIT NO. CCU3 AS SET FORTH IN THE DECLARATION OF

{M0656745.1}

**PLAINTIFF'S TRIAL EXHIBIT T-07**

TENANCY-IN-COMMON AGREEMENT FOR COMMERCIAL UNIT PARKING FACILITIES AS RECORDED IN OFFICIAL RECORDS BOOK 19010, PAGE 70, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

was sold to:   OB Real Estate Holdings 1732, LLC
2477 E. Commercial Blvd.
Ft. Lauderdale, Florida 33308

WITNESS my hand and the seal of the court on FEBRUARY 7TH, 2014.

SHARON R. BOCK, as Clerk

By: Donna Wilson
Deputy Clerk
DONNA WILSON

{M0656745.1}