```
                                              CFN 20140066728
                                              OR BK 26630 PG 1628
   "WILLCAIII                                 RECORDED 02/25/2014 11:57:59
                                              Palm Beach County, Florida
      TGSF                                    AMT 216,000.00
    4430 WESTON RD                            Doc Stamp 1,512.00
    DAVIE FL 33331                            Sharon R. Bock, CLERK & COMPTROLLER
```

THIS INSTRUMENT PREPARED BY AND RETURN TO:       Pgs 1628 - 1629; (2pgs)
Ava Blumenthal
Title Guaranty of South Florida Inc.
4430 WESTON ROAD
DAVIE, FL 33331

Property Appraisers Parcel Identification (Folio) Numbers: **73-41-44-11-05-007-0180**

_____ Space Above This Line For Recording Data _____

**THIS WARRANTY DEED**, made the 13th day of February, 2014 by DOROTHY MCDONOUGH, A SINGLE WOMAN, whose post office address is 8505 WOODFIELD CROSSING BLVD., APT 238, INDIANAPOLIS, IN 46240 herein called the grantor, to BEACON ACQUISITION GROUP, LLC, A FLORIDA LIMITED LIABILITY COMPANY and DAVID FIORE, A SINGLE MAN, whose post office address is 6656 MARBLE TREE LANE, LAKE WORTH, FL 33467, hereinafter called the Grantees:

*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

W I T N E S S E T H: That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in PALM BEACH County, State of Florida, viz.:

Lot 18, Block 7, Eastwood No. 3 of Wellington P.U.D., according to the plat thereof, recorded in Plat Book 35, Page 168, of the Public Records of Palm Beach County, Florida.

a/k/a: 11400 Torchwood Court Wellington, FL 33414

Subject to easements, restrictions and reservations of record and taxes for the year 2014 and thereafter.

TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the grantor hereby covenants with said grantees that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013.

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

**PLAINTIFF'S TRIAL EXHIBIT T-08**

File No: **13-1069**

2nd page of Deed

Signed, sealed and delivered in the presence of:

_____        _____
Witness #1 Signature                                        DOROTHY MCDONOUGH

Susan Collins
Witness #1 Printed Name

_____
Witness #2 Signature

Karen James
Witness #2 Printed Name

STATE OF INDIANA
COUNTY OF MARION

The foregoing instrument was acknowledged before me this 13th day of February, 2014 by DOROTHY MCDONOUGH who is personally known to me or has produced STATE ISSUED ID as identification.

**SEAL**

_____
Notary Public

BRIAN W BOENIGK
Printed Notary Name

My Commission Expires: 4/2/2019

```
BRIAN W. BOENIGK
Notary Public- Seal
State of Indiana
My Commission Expires Apr 2, 2019
```

File No: 13-1069