THIS INSTRUMENT PREPARED BY AND RETURN TO:
**Amy Owens**
K Title Company, LLC
1475 Centrepark Blvd., Ste 120
West Palm Beach, FL 33401
Our File No.: **K14-154**

Property Appraisers Parcel Identification (Folio) Number: **73-41-44-11-05-007-0180**
State of Florida Deed Documentary Stamps paid on this transaction: **$2,030.00**

```
CFN 20140233861
OR BK 26875 PG 0370
RECORDED 06/24/2014 16:04:26
Palm Beach County, Florida
AMT 290,000.00
Doc Stamp 2,030.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0370 - 371; (2pgs)
```

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

# WARRANTY DEED

**THIS WARRANTY DEED,** made the **18th** day of **June, 2014** by **Beacon Acquisition Group, LLC, a Florida Limited Liability Company and David Fiore, a single man**, whose post office address is: **323 NE 6 Avenue, Delray Beach, FL 33483** herein called the Grantors, to **Allen L. Griffin and Tiffany Penta, husband and wife** whose post office address is: **1340 Chapparel Way, Wellington, FL 33414**, hereinafter called the Grantees:
*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the Grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Palm Beach County, State of Florida, viz.:

>   **Lot 18, Block 7, Eastwood No. 3 of Wellington P.U.D., according to the plat thereof, as recorded in Plat Book 35, Page 168, of the Public Records of Palm Beach County, Florida.**

>   Subject to easements, restrictions and reservations of record and taxes for the year 2014 and thereafter.

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the Grantors hereby covenant with said Grantees that the Grantors are lawfully seized of said land in fee simple; that the Grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2014.

**PLAINTIFF'S TRIAL EXHIBIT T-09**

Warranty Deed Continued:

IN WITNESS WHEREOF, the said Grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

Amy Owens
_____
Witness #1 Printed Name

_____
Witness #2 Signature

DIANE E BOUDREAU
_____
Witness #2 Printed Name

Beacon Acquisition Group, LLC, a Florida Limited Liability Company

_____
Michael Mondelli, Sr., MGR

_____
David Fiore

STATE OF FLORIDA
COUNTY OF Palm Beach

The foregoing instrument was acknowledged before me this 18th day of June, 2014, by Michael Mondelli, Sr., MGR of Beacon Acquisition Group, LLC, a Florida Limited Liability Company and David Fiore who have produced _____ as identification and ☐ did ☑ did not take an oath.

SEAL

_____
Notary Public

Amy Owens
_____
Printed Notary Name

My commission expires:

AMY OWENS
Notary Public - State of Florida
My Comm. Expires Sep 21, 2015
Commission # EE 102843

Book26875/Page371                                                                    Page 2 of 2