Prepared by and return to:
Okee-Tantie Title Company, Inc.
105 NW 6th Street
Okeechobee, Florida 34972

File Number: 33343PB
Folio Number: 74-43-43-22-25-003-0012

```
CFN 20140340503
OR BK 27036 PG 1797
RECORDED 09/12/2014 11:34:06
Palm Beach County, Florida
AMT 200,000.00
Deed Doc 700.00
Intang 400.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1797 - 1799; (3pgs)
```

THIS IS A BALLOON MORTGAGE WITH THE ENTIRE PRINCIPAL BALANCE OF $200,000.00 PLUS ANY ACCRUED INTEREST DUE ON OR BEFORE SEPTEMBER 3, 2017.

## Mortgage Deed

Executed the September 3, 2014 by

**OB REAL ESTATE HOLDINGS 1732, LLC,** A FLORIDA LIMITED LIABILITY COMPANY.

whose address is 525 S FLAGLER DR, STE 500, WEST PALM BEACH,. FL 33401, hereinafter called the mortgagor to

**GEORGE A. MALER and JERI L. MALER, HIS WIFE, AS TO AN UNDIVIDED 50% INTEREST, AND DONALD KASEN, AS TO AN UNDIVIDED 25% INTEREST, AND BERNARD HIRSH, TRUSTEE OF THE BERNARD HIRSH LIVING TRUST DATED 9/23/1998, AS TO AN UNDIVIDED 25% INTEREST**
whose address is 12509 WORLD CUP LANE, WELLINGTON, FL 33414
hereinafter called the mortgagee:

(wherever used herein the terms "mortgagor" and "mortgagee" including all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations; and term "note" includes all the notes herein described if more than one.)

**Witnesseth**, that for good and valuable considerations, and also in consideration of the aggregate sum named in the promissory note of even date herewith, hereinafter described, the mortgagor hereby grants, bargains, sells, aliens, remises, conveys and confirms unto the mortgagee all the certain land of which the mortgagor is now seized and in possession situate in Palm Beach County, Florida, viz:

CONDOMINIUM UNITS CCU3A2, CCU3B2 AND CCU3C2, TRUMP PLAZA OF THE PALM BEACHES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 4800, PAGE 457, WITH ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, AND ANY AND ALL AMENDMENTS THERETO, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION, TOGETHER WITH AN UNDIVIDED 16.93% INTEREST IN UNIT NO. CCU3 AS SET FORTH IN THE DECLARATION OF AGREEMENT FOR COMMERCIAL UNIT PARKING FACILITIES AS RECORDED IN OFFICIAL RECORDS BOOK 19010, PAGE 70, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

Prepayment may be made at any time without penalty.

This is a **FIRST MORTGAGE**.

If a conveyance should be made by the Mortgagor of the premises herein described, or any part thereof, without prior written consent of the Mortgagee and upon the terms and at such rate as Mortgagee shall request, then in such event, and at the option of the Mortgagee, all sums of money secured hereby shall immediately and concurrently with such conveyance become due and payable.

12/99 100
DEED Mortgage Deed
Closers' Choice

**PLAINTIFF'S TRIAL EXHIBIT T-10**

Failure by the Mortgagors herein to comply with the tax and insurance requirements set forth herein shall be a material breach of this mortgage, for which the Mortgagee would have the right to foreclosure.

Mortgagor shall provide to Mortgagee proof of payment of Annual Real Estate Taxes each year.

Mortgagor will provide to Mortgagee proof of renewal of insurance coverage at each renewal period.

**To Have and to Hold** *the same, together with the tenements, hereditaments and appurtenances thereto belonging, and the rents, issues and profits thereof, unto the mortgagee, in fee simple.*

**And** *the mortgagor covenants with the mortgagee that the mortgagor is indefeasibly seized of said land in fee simple; that the mortgagor has good right and lawful authority to convey said land as aforesaid; that the mortgagor will make such further assurances to perfect the fee simple title to said land in the mortgagee as may reasonably be required; that the mortgagor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free and clear of all encumbrances except for ad valorem taxes for the tax year 2014 and subsequent years; easements, restrictions and reservations of record, if any.*

**Provided Always,** *that if said mortgagor shall pay unto said mortgagee the certain promissory note hereinafter substantially identified as promissory note of even date and the mortgagor shall perform, comply with and abide by each and every the agreements, stipulations, conditions and covenants thereof, and of this mortgage, then this mortgage and the estate hereby created, shall cease, determine and be null and void.*

**THIS MORTGAGE** *shall also secure any future advances made by Lender, at their option, to Borrower, as may be made during the time authorized by law for such advance provided that the maximum amount secured hereby shall not at any one time exceed the principal sum heretofore stated, plus interest thereon, and any disbursements made for the payment of taxes, levies or insurance on property covered by the lien of this mortgage, with interest on disbursements. In the event of such advance, the amount thereof shall be added to the Mortgage debt.*

**IN THE EVENT** that the Mortgagor should request that there would be an advance that would exceed the amount of this Mortgage, then Mortgagor and Mortgage could, at the option of the Mortgagees, modify this Mortgage with a Modification of Mortgage to increase the Mortgage for more than the amount due under this Mortgage and Note.

**And** *the mortgagor hereby further covenants and agrees to pay promptly when due the principal and interest and other sums of money provided for in said note and this mortgage, or either; to pay all and singular the taxes, assessments, levies, liabilities, obligations, and encumbrances of every nature on said property; to permit, commit or suffer no waste, impairment or deterioration of said land or the improvements thereon at any time; to keep the buildings now or hereafter on said land fully insured in a sum of not less than full insurable value in a company or companies acceptable to the mortgagee, the policy or policies to be held by, and payable to, said mortgagee, and in the event any sum of money becomes payable by virtue of such insurance the mortgagee shall have the right to receive and apply the same to the indebtedness hereby secured, accounting to the mortgagor for any surplus; to pay all costs charges, and expenses, including lawyer's fees and title searches, reasonably incurred or paid by the mortgagee because of the failure of the mortgagor to promptly and fully comply with the agreements, stipulations, conditions and covenants of said note and this mortgage, or either; to perform, comply with and abide by each and every of the agreements, stipulation, conditions and covenants set forth in said not and this mortgage or either. In the event the mortgagor fails to pay when due any tax, assessment, insurance premium or other sum of money payable by virtue of said note and this mortgage, or either, the mortgagee may pay the same, without waiving or affecting the option to foreclose or any other right hereunder, and all such payments shall bear interest from date thereof at the highest lawful rate then allowed by the laws of the State of Florida.*

12/99 100
DEED Mortgage Deed
Closers' Choice

**If** *any sum of money herein referred to be not promptly paid within THIRTY days next after the same becomes due, or if each and every the agreements, stipulations, conditions and covenants of said note and this mortgage, or either, are not fully performed, complied with and abided by, then the entire sum mentioned in said note, and this mortgage, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the mortgagee, become and be due and payable any thing in said note or herein to the contrary notwithstanding. Failure by the mortgagee to exercise any of the rights or options herein provided shall not constitute a waiver of any rights or options under said note or this mortgage accrued or thereafter accruing.*

**In Witness Whereof,** the said mortgagor has hereunto signed and sealed these presents the day and year first above written.

THIS IS A BALLOON MORTGAGE WITH THE ENTIRE PRINCIPAL BALANCE OF $200,000.00 TOGETHER WITH ANY ACCRUED INTEREST, SHALL BE DUE AND PAYABLE ON OR BEFORE SEPTEMBER 3, 2017.

**Signed, sealed and delivered in the presence of:**

*Martin J. M. Cormack*
Witness Name Printed:
Martin J. M·Cormick

Witness Name Printed:
Sylvia E. Burk

OB REAL ESTATE HOLDINGS 1732, LLC
A FLORIDA LIMITED LIABILITY COMPANY
BY:
WILLIAM SISKIND, MANAGING MEMBER
Address: 525 S FLAGLER DR, STE 500,
WEST PALM BEACH,. FL 33401

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me September 3, 2014, by WILLIAM SISKIND, MANAGING MEMBER OF OB REAL ESTATE HOLDINGS 1732, LLC, A FLORIDA LIMITED LIABILITY COMPANY who is/are personally known to me or who has produced a driver's license as identification and did not take an oath.

Notary Public          Sylvia E. Burk

Notary Name Printed
My Commission Expires



SYLVIA E. BURK
MY COMMISSION # EE062520
EXPIRES February 13, 2015
(407) 398-0153    FloridaNotaryService.com

12/99 100
DEED Mortgage Deed
Closers' Choice