```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000366      SS
11/02/18 10:11:11 1 WEB JOBT81102100423
0078206773+ 20141107          07
1159123.77   1000176606688              000000
```

DEPOSIT TICKET

☑ CASH

63-215/631

DATE 11-7-2014

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

SunTrust   ACH RT 061000104

$ 1,159123.77

⑈063102152⑈ 1000176606688⑈'  0

120     CHECK DEPOSIT
           Bus. Date 7Nov,2014 AM
1000176606688
57 TBL OVR
40039102 141916 3   1,159,123.77 TOTAL
Transaction Date: 7Nov,2014  15:18:11



**PLAINTIFF'S TRIAL EXHIBIT T-11**

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000366      SS
11/02/18 10:11:11 1 WEB JOBT81102100423
0078206773+ 20141107       07
1159123.77   1000176606688           000000
```



```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000366      SS
11/02/18 10:11:11 1 WEB JOBT81102100423
0078206773+ 20141107         07
1159123.77   1000176606688          000000
```

**DEPOSIT TICKET**

63-215/631

☑ CASH

DATE 11-7-2014
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SUNTRUST   ACH RT 061000104

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$ 1,159123.77

⑆063102152⑆ 1000176606688⑈   0



[Reversed/upside-down text:]
```
120     CHECK DEPOSIT
1000176606688    Bus. Date 7Nov,2014 WH
57 TBL OVR
4003910Z 141916 3    1,159,123.77 TOTAL
Transaction Date: 7Nov,2014    15:18:11
```

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000366      SS
11/02/18 10:11:11 1 WEB JOBT81102100423
0078206773+ 20141107       07
1159123.77    1000176606688           000000
```

