**** CASE NUMBER: 2014CA013742 DIVISION: AW ****
Filing # 20558894 Electronically Filed 11/14/2014 05:31:28 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

SOVEREIGN GAMING &
ENTERTAINMENT, LLC,

    Plaintiff,

v.                                      CASE NO. _____

3485 LAGO DE TALAVERA TRUST,

    Defendant.
_____/

### NOTICE OF LIS PENDENS

To the above named Defendant(S) AND ALL OTHERS WHOM IT MAY CONCERN:

You are notified of the institution of this action by the above named Plaintiff, against you seeking to foreclose a mortgage recorded ion Official Records Book 25278, Page 948, on the following property in Palm Beach County, Florida:

Lot 29, of the Plat of TALAVERA P.U.D, according to the Plat thereof, as recorded in Plat Book 105, Page 44, of the Public Records of Palm Beach County, Florida.

Dated this _____ day of _____ 2014.

                                      SOVEREIGN GAMING & ENTERTAINMENT, LLC
                                      525 S. Flagler Drive, Ste. 500
                                      West Palm Beach, Florida 33401
                                      PH: (561) 832-7720  FX: (561) 832-7668
                                      jeffsiskind@msn.com

                                      SISKIND LEGAL GROUP
                                      Counsel for Plaintiff

                                      By: _____/s/ Jeffrey M. Siskind_____
                                      Jeffrey M. Siskind, Esq.
                                      FL Bar No. 138746

*** FILED: PALM BEACH COUNTY, FL  SHARON R BOCK, CLERK ***

**PLAINTIFF'S TRIAL EXHIBIT T-12**

CFN 20140427351, OR BK 27167 PG 795, RECORDED 11/18/2014 08:09:26
Sharon R. Bock, CLERK & COMPTROLLER, Palm Beach County, NUM OF PAGES 1
AMT: