STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20181101000365    SS
11/02/18 10:11:11 5 WEB JOBT81102100423
0078120098  20141201    07
13233.88    1000176606688    000000

---

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

*Siskind*

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

**1003**

63-215 / 631

DATE    11/24/2014

PAY    **Ocean Reef Club**                                    $    **13,233.88

*THIRTEEN-THOUSAND TWO-HUNDRED-THIRTY-THREE AND 88/100*********************    DOLLARS

TO THE
ORDER
OF

**Ocean Reef Club**
24 Dockside Lane
PMB 433
Key Largo, FL 33037

Memo    Nos. 139527 & 119500

⑆063⑈102⑈152⑆ ⑈1000⑈176606688⑈ 1003

---

3

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

Seq: 65
Dep: 004859
Date: 12/01/14

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

SEQ:65 12/01/14 DEP:004859 AG:01 CUS    4646    1797

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-13**