Return to: (enclose self-addressed stamped envelope)

Name:

Address:

CFN 20140457896
OR BK 27214 PG 0033
RECORDED 12/11/2014 16:17:58
Palm Beach County, Florida
AMT 150,000.00
Deed Doc 525.00
Intang 300.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0033 - 36; (4pgs)

R. 38.20
D. 525.90
I. 300.00

## MORTGAGE MODIFICATION AGREEMENT

THIS AGREEMENT made and entered into this 28TH day of November, 2014 between **OB REAL ESTATE HOLDINGS 1732, LLC, A FLORIDA LIMITED LIABILITY COMPANY**, whose address is 525 South Flagler Drive, STE 500, West Palm Beach, Florida 33401 (Mortgagor) and **GEORGE A. MALER AND JERI L. MALER, HIS WIFE, AS TO AN UNDIVIDED ONE-THIRD (1/3) INTEREST, AND DONALD KASEN, AS TO AN UNDIVIDED ONE-THIRD (1/3) INTEREST AND BERNARD HIRSH, TRUSTEE OF THE BERNARD HIRSH LIVING TRUST DATED 9/23/1998, AS TO AN UNDIVIDED ONE-THIRD (1/3) INTEREST, on the new money**, whose address is 12509 World Cup Lane, Wellington, Fl 33414 (Mortgagee).

### WITNESSETH:

WHEREAS, OB REAL ESTATE HOLDINGS 1732, LLC, a Florida Limited Liability Company executed a Note in favor of GEORGE A. MALER AND JERI L. MALER, HIS WIFE AS TO AN UNDIVIDED 50% INTEREST, DONALD KASEN, AS TO AN UNDIVIDED 25% INTEREST AND BERNARD HIRSH, TRUSTEE OF THE BERNARD HIRSH LIVING TRUST 9/23/1998 AS TO AN UNDIVIDED 25% INTEREST, in the principal sum of TWO HUNDRED THOUSAND and 00/100 DOLLARS, together with accrued interest, if any, in all events its made under the terms of the promissory note, and

WHEREAS, a Balloon Mortgage and Security Agreement were executed on September 3, 2014 by Mortgagor to Mortgagee to secure said promissory note, same being recorded in Official Record Book 27036, Page 1797, public records of Palm Beach County, Florida encumbering the real estate situated in Palm Beach County, Florida more particularly described as follows:

SEE EXHIBIT "A" ATTACHED HERETON AND MADE A PART HEREOF BY THIS REFERENCE,

And

WHEREAS, upon request of the Mortgagor, Mortgagee agrees to modify the terms of the Mortgage and Note as more particularly set forth hereinafter.

NOW, THEREFORE, for good and valuable consideration, the sufficiency of which is acknowledged by the parties, it is agreed as follows:

The above recitals are true and correct and are incorporated herein by reference as if set forth in full.

The outstanding principal balance as of November 28TH, 2014 is $200,000.00.

The Mortgagor and Mortgagee hereby agree to amend the Mortgage and original promissory note as follows:

That the Mortgagor has executed another promissory note of even date for an additional $150,000.00 to be secured by the original mortgage and this modification thereby increasing the total indebtedness secured by the mortgage and modification to $350,000.00.

That with the advance made this date, the shares of the monies due under this mortgage and note shall be changed as follows: **GEORGE A. MALER AND JERI L. MALER, HIS WIFE, SHALL BE AN UNDIVIDED 42%; DONALD KASEN SHALL BE AN UNDIVIDED 29% AND BERNARD HIRSH, TRUSTEE OF THE BERNARD HIRSH LIVING TRUST DATED 9/23/1998 AS TO AN UNDIVIDED 29%. (mortgagees)**

That the due date for the $200,000.00 promissory note and the promissory note for $150,000.00 shall be due and payable on or before September 3, 2017.

Mortgagor hereby acknowledges and agrees that the Mortgage and Notes are valid and enforceable and Mortgagor hereby expressly covenants, warrants and agrees that all the terms, conditions, covenants and warranties contained therein are hereby ratified and confirmed and shall remain in full force and effect, and

PLAINTIFF'S
TRIAL EXHIBIT
T-14

constitute the binding and valid obligations of Mortgagor unto Mortgagee, in accordance with their respective terms, except as expressly modified herein, without set-off, defense or counterclaim.

All of the property secured by the Mortgage and Loan documents executed in connection therewith shall in all respects be subject to the lien, charge and encumbrance of the Mortgage and Modification and nothing contained herein shall constitute a novation or in any way adversely affect, disturb or impair the lien, validity, charge or encumbrance of the Mortgage and the loan documents executed in connection therewith or the priority thereof over other liens, charges, encumbrances or conveyances and the Mortgage shall remain a valid first lien encumbering the Property. The parties hereto acknowledge and agree that

Mortgagor is not released from or relieved of any of the liabilities or obligations on the Note or Mortgage and that the Mortgagee hereby reserves all of its rights against all who may be primarily or secondarily liable.

Mortgagor shall be responsible for the payment of all costs incident to this Modification, including attorneys' fees and costs for Mortgagee's counsel and state recording taxes, documentary stamp tax and intangible tax, if any..

Mortgagor's obligation hereunder shall not be limited to any extent by the term of the Note secured hereby, and as to any act or occurrence prior to payment in full and satisfaction of said Note which gives rise to liability hereunder, shall continue, survive and remain in full force and effect notwithstanding payment in full and satisfaction of said Note and the Mortgage or foreclosure under the Mortgage, or delivery of a deed in lieu of foreclosure.

The Mortgagor is the fee simple owner of the Property; there are no other lien owners or mortgagees who have any encumbrances against the Property

In the event that any suit or action be brought to enforce or interpret the terms of this Agreement, all cost of such litigation, including but not limited to, reasonable attorney fees and costs through all trial and appellate levels, to include without limitation, any proceedings pursuant to the Bankruptcy Laws of the United States, shall be paid by Mortgagor.

The terms and conditions of the Mortgage and Notes executed in connection therewith are amended and modified to include all of the provisions contained in this Agreement as if fully set forth therein. The provisions of this Agreement shall control in the event of any conflict with the provision of any such loan documents the unaffected provisions of which are specifically reaffirmed and incorporated herein by reference.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals the day and year first written above.

Signed, sealed and delivered

In the presence of:

MORTGAGOR:
OB REAL ESTATE HOLDINGS 1732, LLC,
BY: _____
WILLIAM SISKIND, MANAGING MEMBER

STATE OF FLORIDA    COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 28TH day of November, 2014 by WILLIAM SISKIND, MANAGING MEMBER of OB REAL ESTATE HOLDINGS 1732, LLC, a Florida limited liability company on its behalf. He is personally known or has produced a drivers license as identification and who did not take an oath.

Bart J. Caso    NOTARY PUBLIC

BART F. CASO
MY COMMISSION # EE 052016
EXPIRES: December 29, 2014
Bonded Thru Budget Notary Services

Witnesses:

_____    _____
Ingrid Shepherd                                    GEORGE A. MALER

_____    _____
Trevor Kavlpride                                   JERI L. MALER

Witnesses:

_____    _____
Numan Ashfaq                                      DONALD KASEN

_____    _____
TERRY A. OSOWSKI                              BERNARD HIRSH, TRUSTEE

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 28TH day of November, 2014 by GEORGE A. MALER AND JERI L. MALER, his wife, who is personally known or has produced a drivers license as identification and who did not take an oath.

_____ NOTARY PUBLIC

> TERRY A. OSOWSKI
> Notary Public - State of Florida
> My Comm. Expires Jun 19, 2017
> Commission # FF 029151

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 28TH day of November, 2014 by DONALD KASEN who is personally known or has produced a drivers license as identification and who did not take an oath.

_____ NOTARY PUBLIC

> TERRY A. OSOWSKI
> Notary Public - State of Florida
> My Comm. Expires Jun 19, 2017
> Commission # FF 029151

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 28TH day of November, 2014 by BERNARD HIRSH, TRUSTEE OF THE BERNARD HIRSH LIVING TRUST DATED 9/23/1998 and who is personally known or has produced a drivers license as identification and who did not take an oath.

_____ NOTARY PUBLIC

> TERRY A. OSOWSKI
> Notary Public - State of Florida
> My Comm. Expires Jun 19, 2017
> Commission # FF 029151

## Exhibit "A"

CONDOMINIUM UNITS CCU3A2, CCU3B2 AND CCU3C2, TRUMP PLAZA OF THE PALM BEACHES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 4800, PAGE 457, WITH ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, AND ANY AND ALL AMENDMENTS THERETO, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION, TOGETHER WITH AN UNDIVIDED 16.93% INTEREST IN UNIT NO. CCU3 AS SET FORTH IN THE DECLARATION OF AGREEMENT FOR COMMERCIAL UNIT PARKING FACILITIES AS RECORDED IN OFFICIAL RECORDS BOOK 19010, PAGE 70, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.