STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365 SS
11/02/18 10:11:11 7 WEB JOBT81102100423
0075286540 20141223 07
58000.00 1000176606688 000000

SUNTRUST

Sign Above

**Withdrawal Ticket**
**Non-Negotiable**
**Payable to Named Depositor Only**

Print Name Chance & Anthem LLC

Date 12-23-2014

FIFTY EIGHT THOUSAND ——— Dollars

Signature

All items are accepted subject to this Financial Institution's Rules and Regulations.

Account No. 1000176606688

Amount Withdrawn $ 58000.00

HARLAND CLARKE 314410 (4/08) M6601 13415042

⑆516601757⑆ 996

7B1 OFFICIAL CHECK SALE
Bus. Date 23Dec.2014 AM
80
40039104 181644 11 58,000.00 TOTAL
Transaction Date: 23Dec.2014 11:27:56

PLAINTIFF'S TRIAL EXHIBIT T-15