```
SUNTRUST BANK                                          PAGE 1 OF 1
PO BOX 305183                                          36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                                1000176606688
                                                       12/31/2014
```



```
                                                       ACCOUNT
                                                       STATEMENT


CHANCE & ANTHEMS LLC                                   QUESTIONS? PLEASE CALL
525 S FLAGLER DRIVE                                    1-800-786-8787
SUITE 501
WEST PALM BEACH FL 33401


   HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
   WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
   WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
   LEARN MORE AT SUNTRUST.COM.
----------------------------------------------------------------------------------
                             ACCOUNT SUMMARY
ACCOUNT TYPE                 ACCOUNT NUMBER                    STATEMENT PERIOD

PRIMARY BUSINESS CHECKING    1000176606688              12/01/2014 - 12/31/2014
----------------------------------------------------------------------------------
DESCRIPTION                              DESCRIPTION
BEGINNING BALANCE                        AVERAGE BALANCE
DEPOSITS/CREDITS                         AVERAGE COLLECTED BALANCE
CHECKS                                   NUMBER OF DAYS IN STATEMENT PERIOD
WITHDRAWALS/DEBITS
ENDING BALANCE
----------------------------------------------------------------------------------
                                  CHECKS
CHECK              AMOUNT DATE                  CHECK                AMOUNT DATE
NUMBER                    PAID                  NUMBER                      PAID


CHECKS: 2                *BREAK IN CHECK SEQUENCE
----------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
DATE          AMOUNT SERIAL #      DESCRIPTION


12/23         135,109.92           OUTGOING FEDWIRE DR TRN #016686


WITHDRAWALS/DEBITS:  3
----------------------------------------------------------------------------------
                          BALANCE ACTIVITY HISTORY
                             COLLECTED                                    COLLECTED
DATE          BALANCE          BALANCE     DATE         BALANCE            BALANCE
```

MEMBER FDIC

**PLAINTIFF'S TRIAL EXHIBIT T-16**