```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000366      SS
11/02/18 10:11:11 2 WEB JOBT81102100423
0031151063+   20150205        07
65092.40      1000176606688            000000
```

**SunTrust**  Deposit Ticket

Date: 2-5-2015

Account Name (print): Marc E. Anthem

☐ Cash
☐ Coin

CHECKS: 65,092.40

Subtotal

☐ Less Cash Received

$ 65,092.40

Account No. 1000176606688

⑈51000l75l⑈

```
120            CHECK DEPOSIT
1000176606688  Bus. Date 5Feb.2015 AM
54 TELL OVR
4003910A 181644 11
                   65,092.40 TOTAL
Transaction Date: 5Feb.2015
                    12:28:12
```

PLAINTIFF'S TRIAL EXHIBIT T-17

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000366      SS
11/02/18 10:11:11 2 WEB JOBT81102100423
0031151063+  20150205       07
65092.40      1000176606688            000000
```

