```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 11 WEB JOBT81102100423
0074117835   20150305         07
10000.00     1000176606688            000000
```

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561) 838-5110

63-215 / 631

1012

DATE  03/05/2015

PAY  Jeffrey M. Siskind                                      $  **10,000.00

TEN-THOUSAND AND 00/100******************************************************  DOLLARS

TO THE ORDER OF  Jeffrey M. Siskind

Memo _____

⑆063102152⑆ 1000176606688⑈ 1012

PLAINTIFF'S TRIAL EXHIBIT T-18