```
CFN 20150008658
OR BK 27267 PG 0122
RECORDED 01/09/2015 11:51:33
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0122; (1pg)
```

Prepared by and Return To:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401

PCN 00-42-44-19-000-0290

## Deed in Lieu of Foreclosure

**This Deed** made this 8th day of January, 2015 between Michael Haggerty, Trustee of the 3485 Lago De Talavera Trust ("Grantor") and Sovereign Gaming & Entertainment, LLC, 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401 ("Grantee"):

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

**Witnesseth,** that said Grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good valuable consideration to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, alienate, remise, release, convey and confirm unto the said Grantee, and Grantee's heirs and assigns forever, all the right, title, interest, claim and demand which Grantor has in and to the following described land, situate, lying and being in Palm Beach County, Florida to-wit:

> Lot 29, of the Plat of TALAVERA P.U.D., according to the Plat thereof, as recorded in Plat Book 105, Page 44, of the public records of Palm Beach County, Florida.

**To Have and to Hold,** the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantor, either in law or equity, for the use, benefit and profit of the said Grantee forever.

**Subject to** zoning, restrictions, prohibitions and other requirements imposed by governmental authority, restrictions and matters appearing on the Plat or otherwise common to the subdivision, easements of record, taxes for the current year and all subsequent years, and all items of record, which are not intended to be re-imposed hereby.

**In Witness Whereof,** Grantor has signed and granted these presents the day and year first above written.

Witness
Print: George Maler

Witness
Print: Don Kasen

3485 Lago De Talavera Trust

By: _____
Michael Haggerty, Trustee

State of Florida
County of Palm Beach

Before me this 8th day of January, 2015, appeared Michael Haggerty, who produced Florida Drivers License as identification, or who is personally known to me and who voluntarily affixed their signatures hereto in my presence, and did/did not take an oath.

(SEAL)

NOTARY PUBLIC
Print Name: Dylan Nunez
Comm. Exp. April 7, 2018

DYLAN NUNEZ
Notary Public - State of Florida
My Comm. Expires Apr 7, 2018
Commission # FF 110604

**PLAINTIFF'S TRIAL EXHIBIT T-19**