18-Sep-18

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number   Posting date   Amount

18Sep18-877



March 01, 2016 through March 31, 2016
Account Number: 000000771781866

- Starting August 17, unless you have instructed us not to approve debit card purchases that overdraw your business account, you may have to pay a **$34 Insufficient Funds Fee** each time we approve an everyday debit card transaction if your checking account can't cover your purchase. Through August 19, we will continue to transfer funds for transactions that would overdraw your account.
- Keep in mind our **Standard Overdraft Practice** will apply if your checking account does not have enough money available to cover a transaction. In that case, we may charge you a $34 Insufficient Funds Fee or $34 Returned Item Fee for each check, recurring payment or other transfer that is for more than the amount available in your account. Refer to your Deposit Account Agreement at chase.com for details on how your transactions work.

*We waive one Insufficient Funds Fee or Returned Item Fee per monthly statement cycle for Chase Platinum Business Checking<sup>SM</sup> accounts.*

If you have questions, please visit chase.com or call the number listed at the top of your statement.

## CHECKING SUMMARY — Chase Total Business Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Abk South Properties LLC Stony Brook, NY 11790- Ref: Chase Nyc/Ctr/Bnf=Chance & Anthem, LLC West Palm Beach, FL 334015922/A C-000000007717 Rfb=Dpee-A8CR4N Imad: 0324C1B76E1C004059 Trn: 5006009084Ff | 100,000.00 |

**PLAINTIFF'S TRIAL EXHIBIT T-20**