```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 14 WEB JOBT81102100423
0029280029   20150410          07
90000.00     1000176606688              000000
```



PLAINTIFF'S TRIAL EXHIBIT T-21