```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 15 WEB JOBT81102100423
0076191375   20150415         07
25000.00     1000176606688             000000
```

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

**SunTrust Bank**
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

63-215 / 831

1014

DATE  04/15/2015

PAY  Jeffrey M. Siskind          $ **25,000.00

TWENTY-FIVE-THOUSAND AND 00/100************************************************ DOLLARS

TO THE ORDER OF  Jeffrey M. Siskind

Memo

⑆063102152⑆ 1000176606688⑈ 1014





**PLAINTIFF'S TRIAL EXHIBIT T-22**