```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 16 WEB JOBT81102100423
0075179894   20150424        07
45000.00     1000176606688           000000
```

**SunTrust**

**Withdrawal Ticket**
Non-Negotiable
Payable to Named Depositor Only

Print Name: Chance & Anthem

Date: 4-24-15

Forty five Thousand & 00/100 _____ Dollars

Signature: [signed]

All items are accepted subject to this Financial Institution's Rules and Regulations.

Account No.: 1-060176606688

Amount Withdrawn: $45,000.00

⑆516601757⑆    996

```
781        OFFICIAL CHECK SALE
81         Bus. Date 24Apr.2015 AM
4039102 141916 3    45,003.00 TOTAL
                    8.00 CASH
Transaction Date: 24Apr.2015 12:59:58
```

**PLAINTIFF'S TRIAL EXHIBIT T-24**