```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,
COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 34 WEB JOBT81102100423
0074361438  20151127          07
40000.00     1000176606688            000000
```

**SunTrust**

FPL
S253·453·55·088·0

**Withdrawal Ticket**
Non-Negotiable
Payable to Named Depositor Only

Print Name    Chance E Anthony                    Date    4/27/15

Eight Thousand                                           Dollars

Signature

All items are accepted subject to this Financial Institution's Rules and Regulations.

Account No.    1000576606688

Amount Withdrawn    $    4 8000. 00

⑆516601757⑆                    996

HARLAND CLARKE  31-4410  (4/06)  M6901  40358A29

```
150      ON US WITHDRAWAL *
1000176606688 Bus. Date 27Nov.2015 AM
1    73 SLP OVR1    40,000.00 CASH
4006290A 182396 8    40,000.00 TOTAL
Transaction Date: 27Nov.2015 10:04:23
```

PLAINTIFF'S
TRIAL EXHIBIT
**T-25**