```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 17 WEB JOBT81102100423
0075256537   20150507         07
10000.00     1000176606688         000000
```

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

**SunTrust Bank**
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

63-215 / 631

1015

DATE  05/07/2015

PAY  Jeffrey M. Siskind                                            $  **10,000.00

TEN-THOUSAND AND 00/100************************************************************ DOLLARS

TO THE ORDER OF  Jeffrey M. Siskind

Memo _____

⑆063102152⑆ 1000176606688⑈ 1015

JPMorgan Chase Bank  050701  742029 959730018537

CREDITED TO ACCOUNT OF WITHIN NAMED PAYEE
FOR DEPOSIT ONLY, STAMP OR SIGN BELOW THIS LINE
DO NOT WRITE
JPMORGAN CHASE BANK, N.A.
RESTRICTED

JEFFREY M. SISKIND
# 2595063

PLEASE ENDORSE HERE

**PLAINTIFF'S TRIAL EXHIBIT T-26**

```
SUNTRUST BANK                                           PAGE 1 OF 2
PO BOX 305183                                           36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                                 1000176606688
                                                        11/30/2015
```

# SunTrust

                                                        ACCOUNT
                                                        STATEMENT

```
CHANCE & ANTHEMS LLC                                    QUESTIONS? PLEASE CALL
525 S FLAGLER DRIVE                                     1-800-786-8787
SUITE 501
WEST PALM BEACH FL 33401
```

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM

---

## ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000176606688 | 11/01/2015 - 11/30/2015 |

---

| Date | Amount | Description |
|---|---|---|
| 11/09 | 50,000.00 | OUTGOING FEDWIRE DR TRN #008364 |