```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,
COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 19 WEB JOBT81102100423
0075160198   20150616        07
10000.00     1000176606688           000000
```

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

**SunTrust Bank**
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

**1017**

63-215 / 631

DATE    06/15/2015

PAY   David Merrill                                              $  **10,000.00

TEN-THOUSAND AND 00/100************************************************  DOLLARS

TO THE ORDER OF   David Merrill

Memo   Loan to relocate

⑆063102152⑆ 1000176606688⑊ 1017

**PLAINTIFF'S TRIAL EXHIBIT**
**T-27**

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11  20 WEB JOBT81102100423
0074140647   20150622      07
10000.00     1000176606688          000000
```

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

Hunter 21003
exp 5/20
FL DL VM U40 1726 81 390
6-22-11   6-20-11

**SunTrust Bank**
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

SEAS
JV CH#CK# 1016

1018

63-215 / 631

DATE    06/19/2015

PAY   David Merrill                                    $ **10,000.00

TEN-THOUSAND AND 00/100************************************************ DOLLARS

TO THE ORDER OF   David Merrill

Memo   Additional Relocation Loan

⑆063102152⑆ 1000176606688⑈ 1018

ISN# 3413294704
Date 6/22/2015

781
40043903 181420 9
Transaction Date: 20Jun.2015

OFFICIAL CHECK SALE
Bus. Date 22Jun.2015 AM
10,000.00 TOTAL
20Jun.2015 09:23:14

PLEASE ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE