18-Sep-18  18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number   Posting date   Amount

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 06, 2015 through October 30, 2015
Account Number: 000000771781866

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017627 DRE 021 142 30415 NNYNNNNNNNN T 1 000000000 62 0000
CHANCE & ANTHEM, LLC
525 S FLAGLER DR STE 501
WEST PALM BEACH FL 33401-5922



Reminder about fees for cash deposits to business accounts

The fee for cash deposited with a teller or at a night depository that is above the amount you can deposit at no charge as a benefit of your specific deposit product is $2.50 per $1,000 deposited, as we previously disclosed to you. Please refer to the Product Features for your account(s) in the Additional Banking Services and Fees disclosure we gave you when you opened your account.

We offer alternative methods for depositing cash, such as Chase ATMs and cash vault services. These methods may result in lower fees. Please visit a branch or speak with your banker for more information.

## CHECKING SUMMARY   Chase Total Business Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | Transfer From Chk Xxxxx7527 | 500,000.00 |

Page 1 of 4

**PLAINTIFF'S TRIAL EXHIBIT T-29**