18-Sep-18    18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 005670768968  Posting date 09-Oct-15  Amount 59500.00

**CHASE** — **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
RVT 500001017

Today's Date: 10/9/15
Customer Name (Please Print): Chance & Anthem LLC
If Purchasing a Cashier's Check Provide Payee Name: Mereses Berzoflah Baer

Customer Signature: X [signature]

Start your account number here: 77178/866
TOTAL $ 59,500.00

⑈0586637213⑈ ⑆500001017⑆

JPMorgan Chase Bank 100902-74202-9507309715

PLAINTIFF'S
TRIAL EXHIBIT
**T-30**