| | |
|---|---|
| **From:** | Jeffrey Siskind <jeffsiskind@msn.com> |
| **Sent:** | Thursday, October 29, 2015 8:03 AM |
| **To:** | kenbornick@comcast.net |
| **Subject:** | CannaMED Secured Position |
| **Attachments:** | For Ken Bortnick.pdf |

Ken - I have attached the package which I promised to send yesterday; sorry for the delay!

**Jeffrey M. Siskind, Esq.**
**Managing Attorney**
**Siskind Legal Group**
525 S. Flagler Drive, 5th Floor
West Palm Beach, FL 33401
T: (561) 832-7720
F: (561) 832-7668
JeffSiskind@msn.com
www.siskindlegal.com

**THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL.**
This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**PLAINTIFF'S TRIAL EXHIBIT T-33**

# C&A HOLDINGS

For Immediate Release:

C&A Holdings ("C&A") has entered into an agreement with a related entity, Sovereign Gaming & Entertainment, LLC, to purchase a modern 46,000+ sq. ft. manufacturing facility located at 27120 Ocean Gateway in Hebron, Maryland, which it intends to improve and lease to CannaMed Pharmaceuticals, LLC ("CannaMed").

CannaMed intends to compete for one of 15 medical cannabis cultivation licenses which the State of Maryland legislature approved. CannaMed will lease the facility at a base rental of $15,000 per month, and will also pay 5% of its projected annual profit, or $500,000 as percentage rent.

C&A will solicit up to 20 participants to fund a $1.2 million first secured mortgage on the property; each 5% share of the syndicated mortgage will cost $60,000 and will earn a 10% interest-only return, with outstanding principal to be repaid in 24 months.

In addition to the 10% return, the mortgage syndicate will receive 5% of the net profits of CannaMed, which is estimated to be an additional $25,000 annually for each 1/20 share, and which will continue indefinitely.

Under this scenario, the return will be approximately $35,000 per 1/20 share per year, or in excess of 58%.

Attached is an Executive Summary which further explains the intended offering, together with CannaMed's operational and build-out proformas, followed by recent photographs of the existing facility.

Please feel free to contact me if I can provide you with additional information.

Jeffrey M. Siskind, Esquire
C&A Holdings
525 South Flagler Drive, Suite 500
West Palm Beach, FL  33401
Office Phone:  (561) 832-7720
Mobile Phone: (561) 352-9166
Email:  jeffsiskind@msn.com

Executive Summary
Hebron, Maryland Manufacturing Plant
Twenty (20) $60,000 First Secured Mortgage Syndication Shares
10% Annual Return plus 5% Interest in Tenant Income

C&A Holdings a/k/a Chance & Anthem, LLC ("C&A"), the contract purchaser of a 46,000+ sq. ft. Hebron, Maryland state-of-the-art manufacturing plant located on 7.4 acres is offering up to twenty (20) positions for participants in a syndicated first secured recorded mortgage set at 80% of the property's estimated $1.5 million value.

The property possesses a necessary special industrial zoning exception, and is located in rural Wicomico County on Maryland's eastern shore, just ten miles north of Salisbury. Modern improvements consist of ample manufacturing space, in addition to offices and employee facilities. C&A has obtained an environmental report indicating no existing hazards.

C&A plans to lease a portion of the property to Cannamed Pharmaceuticals, LLC ("CannaMed"), a Maryland limited liability company formed to apply for a license to operate one of fifteen licensed medical marijuana cultivation facilities, which license may be awarded as early as December, 2015, and which lease will be on a triple-net basis.

In addition to a ten per cent (10%) return based upon a promissory note, recorded first secured mortgage and assignment of rents, the syndicate will receive a portion of percentage rents paid by CannaMed to C&A equal to a five per cent (5%) share in the tenant's overall business which is estimated to net in excess of $25 million annually.

In the event that CannaMed is successful in obtaining a Maryland medical marijuana cultivation center license and CannaMed's anticipated operations are successful, participants may realize in excess of a 50%. In the event that CannaMed does not obtain a license, C&A plans to lease the property.

C&A was formed in 2014 to function as a 1031 exchange intermediary and is owned and operated by Jeffrey Siskind, a West Palm Beach, Florida real estate attorney who assisted in the formation of the Riverside Collective and Collective Management Associates, LLC, which operated a California medical marijuana patient collective. Siskind, who is also licensed to practice law in Maryland, also has an interest in CannaMed.

In addition to making monthly distribution payments, the mortgage syndication LLC will provide annual audited financial statements obtained from an independent CPA. CanaMed will remit distributions quarterly and will also provide annual CPA-audited statements.

**Maryland Cultivation Center - Preliminary Full Operation P&L**

Cultivation Revenues:

| | | |
|---|---|---:|
| 25,000 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 19,250,000.00 |
| Net after Sales taxes (projected) | | 18,287,500.00 |

Expenses:

General
| | | |
|---|---|---:|
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |

Cultivation
| | | |
|---|---|---:|
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | 5 @ $ $50,000 | 250,000.00 |
| Attendants | 5 @ $38,000 | 190,000.00 |

Trimming & Curing
| | | |
|---|---|---:|
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 15 @ $35,000 | 525,000.00 |

Quality Control
| | | |
|---|---|---:|
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 44,000.00 |
| Laboratory Attendant | | 35,000.00 |

Security
| | | |
|---|---|---:|
| Director of Security | | 125,000.00 |
| Security Officers | 5 @ $38,000 | 190,000.00 |

Maintenance
| | | |
|---|---|---:|
| Director of Maintenance | | 75,000.00 |
| Maintenance Personnel | 2 @ $42,000 | 84,000.00 |

Third Party Providers
| | | |
|---|---|---:|
| Legal & Accounting | | 150,000.00 |
| Community Relations | | 75,000.00 |
| Computer, Phones, Internet | | 25,500.00 |

| | | |
|---|---|---:|
| Supplies | | |
| Supplies - Office | | 18,000.00 |
| Supplies - Building & Grounds | $3/46,500 sq.ft | 139,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 25,000 sq. ft. | 262,500.00 |
| | | |
| Utilities | | |
| Electric - Ambient | | 36,000.00 |
| Electric - Cultivation | | 300,000.00 |
| Propane - Ambient | | 16,200.00 |
| Propane - Cultivation | | 5,400.00 |
| | | |
| Licenses | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 40,000.00 |
| | | |
| Building Costs | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 46,500 sq. ft. | 139,500.00 |
| | | |
| Unusual Expenses | | |
| Science Dept Expense Contribution | 7.5% of Revenues | 1,371,562.50 |
| Low Income Program | 7.5% of Revenues | 1,371,562.50 |
| | | |
| Insurance | | |
| Insurance - Property & Casualty | Includes Business Interruption | 32,000.00 |
| Insurance - Automobile | 2 vehicles | 3,300.00 |
| | | |
| Bonuses & Incentives | 10% of Net Distribution | 1,828,750.00 |
| | | |
| TOTAL EXPENSES | | 8,367,775.00 |
| | | |
| NET PROFIT BEFORE CONTINGENCY | | 9,919,725.00 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 418,388.75 |

| | |
|---|---:|
| NET PROFIT | 9,501,336.25 |
| Net Profit as a percentage of gross revenues | 51.96% |

NOTES:
44 Full-Time Employees; burden included in base wages
For Bonus Computation, see employee manual

HEBRON FACILITY - AERIAL VIEW



INTERIOR - MAIN PRODUCTION FLOOR AREA



HEBRON FACILITY - FRONT



HEBRON FACILITY – TYPICAL INTERIOR, PRODUCTION FLOOR



NEXT PAGE: TYPICAL OFFICE



HEBRON FACILITY – TRIMMING AREA



HEBRON FACILITY – SECURITY CORRIDOR



HEBRON FACILITY - CAFETERIA



MARYLAND FACILITY PROJECTED BUILD-OUT COSTS

| General Building Improvements: | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |
| | | |
| Cultivation Space: | | |
| Lighting Equipment (LE) | 1 light/50 sq ft @ $300 | 150,000.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 100,000.00 |
| HE Installation | $.75/sq ft | 18,750.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 31,250.00 |
| AQ Installation | $.25/sq ft | 6,250.00 |
| Grow Room Partitioning | Ten @ 2,500 sq ft | 37,500.00 |
| General Electrical | $2.50/sq ft | 62,500.00 |
| General Plumbing | $.50/sq ft | 12,500.00 |
| TOTAL CULTIVATION SPACE COSTS | | 482,500.00 |
| | | |
| Trimming & Packaging: | | |
| Furnishings | | 7,500.00 |
| Trimming Equipment | Four Trim Machines & Hand Tools | 11,000.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 12,500.00 |
| General Electrical | $1/sq ft | 2,500.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 1,000.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 6,000.00 |
| TOTAL TRIMMING & PACKING COSTS | | 40,500.00 |
| | | |
| Extraction Department: | | |
| Extraction Machines | Three @ $115,000 | 345,000.00 |
| Installation and Training | $4,000/machine | 12,000.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 5,000.00 |
| TOTAL EXTRACTION DEPT. | | 362,000.00 |

Laboratory/Quality Control:

| | | |
|---|---|---:|
| Laboratory Furnishings | Workstations & Misc. Furniture | 25,000.00 |
| Laboratory Equipment | | 125,000.00 |
| Laboratory Inventory | | 10,500.00 |
| Equipment Installation & Training | | 6,000.00 |
| TOTAL LABORATORY | | 166,500.00 |
| | | |
| Security Department: | | |
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 46,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY DEPARTMENT | | 270,500.00 |
| | | |
| Total Projected Build-out Costs | | |
| | | |
| Contractor Overhead & Profit | 15.5% on construction items only | 91,721.25 |
| Owner construction Representative | 8.5 months @ $1,100/wk | 40,205.00 |
| Contingency | 7% of total costs | 109,957.84 |
| | | |
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 1,755,784.09 |

Rev. 9-24-2015