```
CFN 20150400929
OR BK 27898 PG 740
RECORDED 10/30/2015 12:41:31
Palm Beach County, Florida
AMT 1,250,000.00
DEED DOC 8,750.00
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0740-0743; (4Pgs)
```

This instrument prepared by:
Lorie L. Lockerson
Fidelity National Title of Florida Inc.
500 Maplewood Drive, Suite 5
Jupiter, FL 33458

Return to:
Lorie Lockerson
Fidelity National Title of Florida Inc
500 Maplewood Dr, Ste 5
Jupiter, FL 33458

File No. 26-15-0275    $1,250,000 -

Parcel Identification No. 73-41-44-21-03-000-0020

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this _August 25_, 2015, by JPMorgan Chase Bank, National Association, a National Association, and having its place of business at 3451 Vision Drive, Columbus, OH 43219, hereinafter called the "Grantor", to CHANCE & ANTHEM, LLC, a Florida Limited Liability Company, whose post office address is: 525 S. Flagler Drive Ste. 501 West Palm Beach, FL 33401, hereinafter called the "Grantee".

WITNESSETH: That Grantor, for and in consideration of the sum of **$10.00** Dollars and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell unto Grantee, all that certain land situate in Palm Beach County, Florida, to wit:

See Exhibit A attached hereto and made a part hereof.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

SUBJECT to the matters set forth on Exhibit B attached hereto and made a part hereof (collectively, the "Permitted Exceptions"), provided this shall not serve to reimpose any of the same.

GRANTOR WILL WARRANT and forever defend the right and title to the above-described real property unto the Grantee against the claims of all person, claiming by, through or under Grantor, subject to the Permitted Exceptions. *(Wherever used herein the terms "Grantor" and "Grantee" included all the parties to this instrument, and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation.)*

3445 Santa Barbara  RJB

DB1/67148262.3

NRT DEED

PLAINTIFF'S TRIAL EXHIBIT T-34

IN WITNESS WHEREOF, the Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
in the presence of:

Charles H. Rieper  25 Aug. 2015
(Witness Signature)
Print Name: Charles H. Rieper

Chauncia E. A____ 8-25-15
(Witness Signature)
Print Name: Chauncia E Anderson

JPMorgan Chase Bank, National Association,
a National Association

By: Rebecca J. Bingham  8-25-15
Rebecca J Bingham
Its: Vice President

(Affix corporate seal)

[JPMORGAN CHASE BANK N.A. CORPORATE SEAL 1824 UNITED STATES]

STATE OF Ohio          )
                       ) ss:
COUNTY OF Franklin    )

The foregoing instrument was acknowledged before me this 25 day of August, 20 15, by Rebecca J Bingham, the Vice President of JPMorgan Chase Bank, National Association, a National Association, on behalf of said corporation. She/He:

X  is personally known to me or
__ has produced _____ as identification.

NOTARY PUBLIC:
Sign: _____
Print: Caitin Marquardt

My commission expires 08/10/2019    (Affix Notarial Stamp or Seal)

3445 Santa Barbara   RJB

DB1/67148262.3

[NOTARIAL SEAL STATE OF OHIO]
CAITIN MARQUARDT
Notary Public, State of Ohio
My Commission Expires 08-10-2019

NRT DEED

### EXHIBIT A

### LEGAL DESCRIPTION

LOT 2 OF SOUTHFIELDS - PHASE I OF PALM BEACH POLO AND COUNTRY CLUB-WELLINGTON COUNTRY PLACE P.U.D., ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 39, PAGE 19, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

A/K/A 3445 SANTA BARBARA DR, WELLINGTON, FL 33414

*RB*



DB1/67148262.3

NRT DEED

This is not a certified copy

### EXHIBIT B

### PERMITTED ENCUMBRANCES

1. The lien of taxes and assessments for the current year and subsequent years;

2. Matters that would be shown by an accurate survey and inspection of the property;

3. All covenants, restrictions, conditions, easements, reservations, rights-of-way, and other matters of record, to the extent valid, subsisting and enforceable;

4. Zoning requirements, statutes, rules, orders, restrictions, regulations and ordinances of governmental agencies or their instrumentalities relating to the property, the buildings located thereon, their construction and uses, in force on the date hereof (if any such exist); and

5. Any licenses, permits, authorizations or similar items (if any) in connection with the conduct of any activity upon the property.

3445 Santa Barbara Rd

DB1/67148262.3

NRT DEED