25-Jun-18

25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number   Posting date   Amount

## CHASE
JPMorgan Chase Bank, N.A
P O Box 659754
San Antonio, TX 78265-9754

October 06, 2015 through October 30, 2015
Account Number: 000000771781866

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017627 DRE 021 142 30415 NNYNNNNNNNN T 1 000000000 62 0000
CHANCE & ANTHEM, LLC
525 S FLAGLER DR STE 501
WEST PALM BEACH FL 33401-5922

Reminder about fees for cash deposits to business accounts

The fee for cash deposited with a teller or at a night depository that is above the amount you can deposit at no charge as a benefit of your specific deposit product is $2.50 per $1,000 deposited, as we previously disclosed to you. Please refer to the Product Features for your account(s) in the Additional Banking Services and Fees disclosure we gave you when you opened your account

We offer alternative methods for depositing cash, such as Chase ATMs and cash vault services. These methods may result in lower fees. Please visit a branch or speak with your banker for more information.

## CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 5 | 1,991,989.85 |
| Checks Paid | 3 | - 44,562.50 |
| ATM & Debit Card Withdrawals | 4 | - 1,220.00 |
| Electronic Withdrawals | 2 | - 1,871,000.00 |
| Fees and Other Withdrawals | 2 | - 59,530.00 |
| Ending Balance | 16 | $15,677.35 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | Deposit | $750,000.00 |
| 10/06 | Transfer From Chk Xxxxx7527 | 500,000.00 |
| 10/22 | Deposit   1519732624 | 725,000.00 |
| 10/23 | Online Transfer From Chk ...6890 Transaction#: 4958819933 | 2,000.00 |
| 10/30 | ATM Check Deposit   10/30 316 Banyan Blvd West Palm Bea FL Card 5087 | 14,989.85 |
| | Total Deposits and Additions | $1,991,989.85 |

Page 1 of 4



**PLAINTIFF'S TRIAL EXHIBIT T-35**

25-Jun-18

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number  Posting date  Amount

25Jun18-1692

# CHASE ⬡

October 06, 2015 through October 30, 2015
Account Number: 000000771781866

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1110 ^ | | 10/29 | $1,750.00 |
| 1111 ^ | 10/22 | 10/22 | 17,812.50 |
| 1112 ^ | | 10/23 | 25,000.00 |
| **Total Checks Paid** | | | **$44,562.50** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/13 | ATM Withdrawal | 10/13 316 Banyan Blvd West Palm Bea FL Card 5087 | $500.00 |
| 10/23 | Card Purchase | 10/22 IN *Tri-County Enginee 954-7675955 FL Card 5087 | 150.00 |
| 10/30 | Card Purchase | 10/29 Wellington Utility 561-7914000 FL Card 5087 | 70.00 |
| 10/30 | ATM Withdrawal | 10/30 9863 Lake Worth Rd Lake Worth FL Card 5087 | 500.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,220.00** |

## ATM & DEBIT CARD SUMMARY

Jeffrey M Siskind  Card 5087

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,000.00 |
| Total Card Purchases | $220.00 |
| Total Card Deposits & Credits | $14,989.85 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,000.00 |
| Total Card Purchases | $220.00 |
| Total Card Deposits & Credits | $14,989.85 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | 10/21 Online Transfer To Chk ...6890 Transaction# 4953352875 | $750,000.00 |
| 10/22 | 10/22 Wire Transfer Via: Wells Fargo NA/121000248 A/C: Fidelity National Title of Florida Ref Escrow No. 26-15-0275 Property: 3445 Santa Barbara DR Wellington,FL334 14, Buyer: Chance & Anthem, LLC Imad: 1022B1Qgc03C004283 Trn: 4493400295Es | 1,121,000.00 |
| **Total Electronic Withdrawals** | | **$1,871,000.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | 10/09 Withdrawal | $59,500.00 |
| 10/22 | Outgoing Domestic Wire Fee | 30.00 |
| **Total Fees & Other Withdrawals** | | **$59,530.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/06 | $1,250,000.00 |
| 10/09 | 1,190,500.00 |
| 10/13 | 1,190,000.00 |

25-Jun-18                                                                                                                  25Jun18-1692

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G25Jun18-1692**
Sequence number 009290807289  Posting date 06-Oct-15 Amount 750000.00

---

6668400    11-24
Office AU N    1210(8)

Remitter: JEFFREY M BISKIND
Operator I.D.: u468681    6008755

**CASHIER'S CHECK**    6640001109

October 08, 2015

PAY TO THE ORDER OF    ***CHANCE & ANTHEM, LLC***

***Seven hundred fifty thousand dollars and no cents***    **$750,000.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
303 BANYAN BLVD
WEST PALM BEACH, FL 33401
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 750,000.00

AUTHORIZED SIGNATURE    AUTHORIZED SIGNATURE

⑈6640001109⑈ ⑆121000248⑆4861 508935⑈

0155567525

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

25-Jun-18                                                                                                    25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number 001790452760  Posting date 22-Oct-15  Amount 725000.00

**CHASE**         **DEPOSIT**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date: 10-22-15
Customer Name (Please Print): Chance & Anthem

CASH: 725,000.00
CHECK:
TOTAL FROM OTHER SIDE:
SUBTOTAL:
CASH BACK:

Account number: 771781866

TOTAL $ 725,000.00

⑆151973 2624⑆ ⑆500001020⑆