```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11  31 WEB JOBT81102100423
0075011906   20151113          07
100000.00    1000176606688            000000
```

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1026

DATE  11/11/2015

63-215 / 631

PAY  Advanced Avionics                               $ **100,000.00

ONE-HUNDRED-THOUSAND AND 00/100************************************  DOLLARS

TO THE ORDER OF  Advanced Avionics

Memo  Panel Equipment & Initial Labor Deposit

⑆063102152⑆ 1000176606688⑈ 1026

015 12 0033005 773  00100302005

PLAINTIFF'S TRIAL EXHIBIT T-36

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE:  20181101000365       SS
11/02/18  10:11:11  32  WEB  JOBT81102100423
0075256794    20151117          07
17000.00      1000176606688             000000
```



**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1027

DATE  11/11/2015

63-215 / 631

PAY  Aircenter, Inc.                              $  **17,000.00

SEVENTEEN-THOUSAND AND 00/100************************************************  DOLLARS

TO THE
ORDER
OF
Aircenter, Inc.
115 Nowlin Lane
Ste. 2000
Chattanooga, TN 37421

Memo  N208GS A/C Unit

⑈063102152⑈ 1000176606688⑈' 1027

01206 600003        3154 11/17/2015