```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365       SS
11/02/18 10:11:11 30 WEB JOBT81102100423
0075404083   20151113         07
10000.00       1000176606688           000000
```



**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1030

63-215 / 631

DATE 11/13/2015

PAY  Jeffrey M. Siskind                              $  **10,000.00

TEN-THOUSAND AND 00/100************************************************  DOLLARS

TO THE ORDER OF  Jeffrey M. Siskind

Memo

⑆063102152⑆ 1000176606688⑈ 1030

**PLAINTIFF'S TRIAL EXHIBIT T-37**