```
SUNTRUST BANK                                          PAGE 1 OF 2
PO BOX 305183                                          36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                                1000176606688
                                                       11/30/2015
```

# SunTrust

```
                                                       ACCOUNT
                                                       STATEMENT


CHANCE & ANTHEMS LLC                                   QUESTIONS? PLEASE CALL
525 S FLAGLER DRIVE                                    1-800-786-8787
SUITE 501
WEST PALM BEACH FL 33401


    HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
    WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
    WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
    LEARN MORE AT SUNTRUST.COM
-------------------------------------------------------------------------------------
                          ACCOUNT SUMMARY
ACCOUNT TYPE              ACCOUNT NUMBER                    STATEMENT PERIOD

PRIMARY BUSINESS CHECKING     1000176606688                 11/01/2015 - 11/30/2015
-------------------------------------------------------------------------------------

11/13      61,719.63     OUTGOING FEDWIRE DR TRN #016428
```

                                MEMBER FDIC                    CONTINUED ON NEXT PAGE



PLAINTIFF'S TRIAL EXHIBIT
**T-38**