```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365     SS
11/02/18 10:11:11 27 WEB JOBT81102100423
0075488013    20151113         07
5000.00       1000176606688            000000
```

**SunTrust** — Withdrawal Ticket
Non-Negotiable
Payable to Named Depositor Only

FDIC 3 253 483 550880
Sig verf

Print Name: Chance & Anthon
Date: 11-13-15

Five thousand _____ Dollars

Signature: [signed]

All items are accepted subject to this Financial Institution's Rules and Regulations.

Account No. 1000176606688

Amount Withdrawn $ 5000.00

⑆516601757⑆    996

```
150      ON US WITHDRAWAL
1000176606688   Bus. Date 13Nov 2015
2               13Nov,2015
177 SHP OVR1    5,000.00 CASH
400379101 184499 9   5,000.00 TOTAL
Transaction Date: 13Nov 2015 15:49:34
```

**PLAINTIFF'S TRIAL EXHIBIT T-40**