```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 201811010000365       SS
11/02/18 10:11:11 33 WEB JOBT81102100423
0029404436    20151123        07
5000.00        1000176606688            000000
```

**SunTrust** — Withdrawal Ticket
Non-Negotiable
Payable to Named Depositor Only

Print Name: Chance & Anthem LLC

Date: 11-23-15

Five Thousand Dollars _____ Dollars

Signature: [signed]

All items are accepted subject to this Financial Institution's Rules and Regulations.
314410 (4/08) M6901 09469700

Account No. 1000176606688

Amount Withdrawn: $ 5000.00

⑆516601757⑈       996

```
150   ON US WITHDRAWAL
1000176606688  Pos. Date 23Nov.2015
1                35 SUP OVRI         AM
40039101.184499 9   5,000.00 CASH
                    5,000.00 TOTAL
Transaction Date: 23Nov.2015 13:25:40
```

PLAINTIFF'S TRIAL EXHIBIT T-41