```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,
COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 39 WEB JOBT81102100423
0028248017   20151202       07
5000.00        1000176606688        000000
```

**SunTrust**

**Withdrawal Ticket**
Non-Negotiable
Payable to Named Depositor Only

Print Name _Chance E. Anthem_   Date _____

_____ Five Thousand _____ Dollars

Signature _[signature]_

All items are accepted subject to this Financial Institution's Rules and Regulations.
314410 (4/08)  M8901  09469700
Account No.

100017660 6688

Amount Withdrawn

$    5000.00

⑆516601757⑆        996

```
ISD   ON US WITHDRAWAL
1000176606688  Bus. Date 2Dec.2015 AM
1          40    5,000.00 CASH
40039102 141916 3   5,000.00 TOTAL
Transaction Date: 2Dec.2015  10:43:15
```

475
350
825

**PLAINTIFF'S TRIAL EXHIBIT T-42**