```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 42 WEB JOBT81102100423
0075510903    20151208          07
30000.00       1000176606688            000000
```

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1037

63-215 / 631

DATE  12/08/2015

PAY  Jeffrey M. Siskind                         $ **30,000.00

THIRTY-THOUSAND AND 00/100************************************************  DOLLARS

TO THE ORDER OF  Jeffrey M. Siskind

Memo

⑆063102152⑆ 1000176606688⑈ 1037

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

PLEASE ENDORSE HERE

**PLAINTIFF'S TRIAL EXHIBIT T-43**