```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 44 WEB JOBT81102100423
0075251367   20151210         07
10000.00        1000176606688           000000
```



**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561) 838-5110

1038

63-215 / 631

DATE  12/09/2015

PAY  Second Siskind Family Trust            $ **10,000.00

TEN-THOUSAND AND 00/100************************************************  DOLLARS

TO THE ORDER OF  Second Siskind Family Trust

Memo

⑆063102152⑆ 1000176606688⑉ 1038

**PLAINTIFF'S TRIAL EXHIBIT T-44**