```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
```

```
COPY REFERENCE: 20181101000365       SS
11/02/18 10:11:11 45 WEB JOBT81102100423
0074349896  20151210       07
15000.00      1000176606688            000000
```

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1041

63-215 / 631

DATE ___12/10/2015___

PAY   **Jeffrey M. Siskind**                                                          $ __**15,000.00__

*FIFTEEN-THOUSAND AND 00/100*********************************************************** DOLLARS

TO THE
ORDER
OF   **Jeffrey M. Siskind**

Memo _____

⑆063102152⑆1000176606688⑈ 1041

PLEASE ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-45**