```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365         SS
11/02/18 10:11:11  46 WEB JOBT81102100423
0029187675   20151211         07
5000.00        1000176606688              000000
```

**SunTrust** — Withdrawal Ticket
Non-Negotiable
Payable to Named Depositor Only

6253  433 55 088
10/11/16
SGWIC

Print Name: Chance & Anthony

Date: 12-11-15

Five Thousand _____ Dollars

Signature: [signed]

All Items are accepted subject to this Financial Institution's Rules and Regulations.

Account No. 1000176606688

Amount Withdrawn  $ 5000.⁰⁰

⑁516601757⑁                   996

```
150   ON US WITHDRAWAL
1000176606688
2   Bus. Date 11Dec.2015 AM
  179            5,000.00 CASH
40062903 170934 5   5,000.00 TOTAL
Transaction Date: 11Dec.2015 13:37:11
```

PLAINTIFF'S TRIAL EXHIBIT T-46