```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 50 WEB JOBT81102100423
0030192128   20151216         07
5000.00         1000176606688              000000
```

**SunTrust**

**Withdrawal Ticket**
Non-Negotiable
Payable to Named Depositor Only

Print Name: Chavees & Anthen

Date: 12/16/15

Five Thousand _____ Dollars

Signature

All items are accepted subject to this Financial Institution's Rules and Regulations.

Account No. 1000176606688

Amount Withdrawn $ 5,000.⁰⁰

⑆516601757⑆    996

---

```
150  ON US WITHDRAWAL
1000176606688  Bus. Date 16Dec.2015 AM
1            5,000.00 CASH
144          5,000.00 TOTAL
40039102 141916 3
Transaction Date: 16Dec.2015 15:37:06
```

PLAINTIFF'S TRIAL EXHIBIT **T-47**