| | |
|---|---|
| **From:** | Jeffrey Siskind <jeffsiskind@msn.com> |
| **Sent:** | Monday, December 21, 2015 6:16 AM |
| **To:** | Richard Bardenstein |
| **Subject:** | RE: |
| **Attachments:** | Final-Final Business Plan.docx; UMES Report (Somerset County).pdf |

Richard - thank you for getting back to me. Attached is CannaMed's business plan and the recent article which prompted my urgent call.

---

Date: Mon, 21 Dec 2015 00:18:49 +0200
Subject:
From: rdbarden@gmail.com
To: jeffsiskind@msn.com

--
Richard Bardenstein & Co., Law Offices and Consultants
12 Hartom Street
POB 45090
Jerusalem 91451
Tel. +972-2-625-9697
Fax +972-2-625-9798
Mobile +972-54-482-3500

---

This message, including any attachments, is privileged and may contain confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. Communication by email is not a secure medium and, as part of the transmission process, this message may be copied to servers operated by third parties while in transit. Unless you advise us to the contrary, by accepting communications that may contain your personal information from us via email, you are deemed to provide your consent to our transmission of the contents of this message in this manner. If you are not the intended recipient or have received this message in error, please notify us immediately by reply email and permanently delete the original transmission from us, including any attachments, without making a copy.

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-49**

1



## 1.0    Executive Summary

### 1.1    Overview

In response to the Natalie LaPrade Medical Cannabis Commission's request for applications for a medical cannabis grower premises, CannaMED Pharmaceuticals, LLC ("CannaMED"), a Maryland limited liability company, presents its Business Plan formulated to address CannaMED's mission, which is to provide medical cannabis in a safe and effective manner.   To achieve its mission, CannaMED will focus its efforts on achieving optimal growing practices, which will rest on the 'people, procedures, and place' obtained and organized to in order to successfully execute its mission.

The **PEOPLE** assembled to achieve CannaMED's mission include a woman whose credibility in the pharmaceutical industry is unmatched, an attorney who has been a member in good standing of the Maryland Court of Appeals since 1997, a highly skilled and experienced grower with over 17 years of legal cannabis growing experience, and a Maryland resident whose accomplishments include the 2009 start-up and operation of a successful California cannabis collective, a security professional whose prior service included protecting our homeland's security, a safety and compliance specialist with significant large-scale facility experience, all of whom will together oversee the efforts of CannaMED's unique cultivation and research undertaking.

The **PROCEDURES** adopted to facilitate CannaMED's mission of providing medical cannabis in a safe and effective manner are consistent with the level of protections observable in the pharmaceutical industry, and include stringent organic hydroponic growing protocols, strict security and transportation protocols, strict inventory and storage controls, compliance with modern 'seed to sale' tracking requirements, transparency of operations to allow close regulatory oversight, efficient natural resource utilization and coordination and feedback mechanisms with licensed processors and dispensaries which will enhance useful supply of medicine to patients.

The **PLACE** selected by CannaMED to house its growing facility is a 7.4-acre site located on Maryland's lower eastern shore, in Hebron, Maryland.  Mostly surrounded by large oak trees and well Situated some 250 feet off of the primary access roadway is a secluded 47,000 sq. ft. modern production warehouse, comprised of approximately 30,000 sq. ft. of actual indoor agricultural production space supplied by more than 2,000 amps of three phase electrical power, more than 14 offices, ample paved parking and elaborate employee facilities.  CannaMED possesses [an option/lease/purchase…] this uniquely suitable site.  Site selection was partly motivated by the significant security attributes of this former manufacturing plant, and by the properties successful environmental (Phase I and Phase II) tests.

Also unique to CannaMED is its focus on the science of medical cannabis which CannaMED intends to incorporate in its business program. Recognizing that in 1988, after several weeks of extensive hearings, Francis L. Young, then Chief Administrative Law Judge for the United States Drug Enforcement Agency, ruled that, "Marijuana, in its natural form, is one of the safest therapeutically active substances known... It would be unreasonable, arbitrary and capricious for the DEA to continue to stand between those sufferers and the benefits of this substance..."

Still, largely because of the categorization of cannabis as a Schedule 1 Controlled substance, public sentiments and the lack of significant federal funding, little formal research has been conducted on the potential attributes of the plant. CannaMED, however, will devote 5,000 sq. ft. of its Maryland growing facility and funding in excess of $1 million annually to advancing the science of cannabis, by hosting scientific endeavor in collaboration with existing research institutions.

Because of its assembled team, its intended operating practices, and the site/facility selected for its operation, CannaMED is confident of reaching its goal of supplying medical cannabis in a safe and effective manner. But CannaMED's approach is also designed to be a trustworthy and comprehensive program, of which the State of Maryland can be proud, and which can serve as a model for facilities in other states in the emerging field of medical cannabis.

## 1.2 Objectives

During the first year, CannaMED's business goals are to:

(1) Complete and open the facility consistent with representations made to the Commission, and by first utilizing a preliminary 'fast start' which will permit bringing product to harvest within 5.5 months of licensure.
(2) Obtain and train employees who can work in a regulatory environment, and are happy and motivated.
(3) Develop and launch a distribution program which permits ample feedback from licensed medical cannabis processors and dispensaries, and based upon recommendations from a Business Board of Advisors.
(4) Devote 5,000 sq. ft. of the facility (on the second floor) and adequate funding to initiate a medical science component, including collaboration with a Scientific Board of Advisors.

## 1.3 Mission

CannaMED Pharmaceutical, LLC will provide licensed medical cannabis processors and dispensaries with safe, affordable medical cannabis of consistent and pharmaceutical-grade, while utilizing the skill sets of its experienced staff to comply strictly with Maryland regulations in a facility and in accordance with operating procedures which will serve as a reliable and trustworthy model.

**1.4 Vision**

CannaMED Pharmaceutical, LLC envisions its role as being a model cultivation resource for Maryland's licensed processors and dispensaries, and commitment to be part of a larger effort to provide patients with safe and affordable medical cannabis.

Our Commitments:

(1) Adhere faithfully to all state and local ordinances.
(2) Maintain transparency and a close working relationship with government authorities, including law enforcement, the Commission and the Maryland Department of Health and Human Hygiene.
(3) Adhere to generally accepted accounting principles in order that the Company operates in a manner that can meet its stated objectives, namely to provide safe and affordable medical cannabis of consistent high quality.
(4) Maintain a working environment which fosters cooperation and respect among employees.
(5) Serve the community by being a good neighbor and by becoming involved in charitable programs and events.

**1.5 Core Values**

CannaMED's Core Values are:

(1) To provide consistent high quality products which comport with Maryland regulatory requirements.
(2) To exceed the basic requirements when possible.
(3) To be responsive in dealings with processors, dispensaries, regulators and law enforcement.
(4) To establish standard operating procedures which comport with best practices and Maryland regulatory requirements, and to train employees in understanding our standard operating procedures.
(5) To conserve natural resources.
(6) To educate the community on the important role which medical cannabis can play in helping patients.
(7) To be a remarkably good neighbor in order to best provide support to Maryland's medical cannabis initiative.

**1.6 Keys to Success**

CannaMED recognizes that important keys to success are:

(1) Recognition of its core mission and stated vision.
(2) Development of cooperative relationships with processors, dispensaries, and civic, business and regulatory counterparts.
(3) Positioning the Company as a trustworthy participant in Maryland's medical cannabis initiative.

(4) Maintaining accurate accounting and distribution records.

## 2.0 Organizational Summary

### 2.1 Legal Entity

CannaMED Pharmaceuticals, LLC is a Maryland limited liability company formed in June of 2015 for the specific purpose of building and operating as a licensed medical cannabis grower, consistent with the requirements as promulgated by the Maryland legislature and overseen by the Natalie LaPrade Medical Cannabis Commission.

### 2.2 Startup Summary

Following are some of the milestones with CannaMED Pharmaceuticals, LLC has already accomplished:

(1) Secured an appropriately zoned (agricultural) turnkey site.
(2) Acquire a qualified team to operate the Company, including a Chief Executive Officer, an experienced and credentialed Chief Security Officer, security professionals, a qualified Master Grower, an experienced Safety & Compliance Officer, and knowledgeable Advisory Board members.
(3) Authored a comprehensive business plan on which the Company can rely to fund and operate a legally compliant, sustainable organization which can fully deliver on its mission.

### 2.3 Start-Up Funding

The Company has obtained sufficient funding to accomplish its mission, as follows:

CannaMED Pharmaceuticals, LLC has secured the building and lands which it intends to utilize by means of a related company purchase for the sum of $950,000. Chance & Anthem, LLC (C&A), a Florida limited liability company which is solely owned by the Maryland Cannabis Commission grower applicant's Managing Director, Jeffrey M. Siskind, is the assignee of a Purchase Option Agreement which was entered into by Sovereign Gaming & Entertainment, LLC (SG&E), a Florida limited liability company controlled by the Siskind family.

SG&E has funded $245,000 toward the purchase to date. C&A is obtaining additional capital in the amount of $750,000 by obtaining a financing against real property located in Florida which is expected to close on November 6, 2015, in order to enable completion of the purchase of the building and lands which the Company intends to utilize in Wicomico County.

Additional funds needed to underwrite the initial specific purpose build-out of the facility and projected working capital needed during the ramp up period of operation, which are estimated to

total approximately $1,000,000, are being made available to Mr. Siskind by means of a loan to Mr. Siskind based upon a client and business associate's open line of credit.

Also, to provide reserve funding, Mr. Siskind anticipates being able to obtain an additional $550,000 by securing additional financing against the Florida property (which amount, together with the originally obtained financing, brings the financed 'loan to value' to approximately 50% of the property's appraised value). Mr. Siskind is thus prepared to fund the Company with an additional $1,550,000, for total available funding of $2.5 million.

The attached proforma information demonstrates that the above funding is sufficient to meet the Company's cash needs at start-up and throughout the ramp-up period of operation. Additional funding required to build out and equip the remainder of the facility will be obtained by means of reinvested earnings.

Attachments to this application include the appraisal on the Florida property which indicates a value in excess of $2.6 million, a loan commitment for the approximately $750,000 net funding loan expected to close on November 6, 2015, together with a fee sheet which indicates the net available funding, a bank statement from Mr. Siskind's client which indicates that just over $1 million is available by means of the line of credit, and the SG&E Purchase Option Agreement.

Additional funding required to build out and equip the remainder of the facility will be obtained by means of reinvested earnings. A timeline which shows how projected revenues are utilized to fund remaining capital improvements are attached at Section 7.5.

## 2.4 Long-Term Viability

CannaMED Pharmaceuticals, LLC will assure its long-term viability by staying true to its mission while observing proven financial constraint. The Company's mission will serve as a yardstick by which the Company can measure its performance. The Company will elicit ongoing feedback from employees by means of periodic surveys and open meetings. Employees will thus be provided with ample opportunity to shape the future and direction of the Company.

In addition, the Company is committed to providing medical cannabis at fair market value and to reinvesting its surplus profits by improving its facility and investing in research and development. To insure best use of funds, the Company's Financial Advisory Board, along with qualified independent advisors (reputable local certified public accountants and legal counsel), will help insure prudent financial management.

## 3.0 Products and Services

## 3.1 Product and Service Philosophy

CannaMED Pharmaceuticals, LLC will constantly strive to raise the bar by providing consistently safe, pharmaceutical-grade condition specific medical cannabis. The Company will conduct in-house laboratory testing to control possible contaminants and to achieve standard potencies for its various cultivated strains in order that processors and dispensaries which purchase the Company's products are assured of receiving consistently pharmaceutical-grade medicine. The Company will not sell any product for which testing exhibits potential anomalies.

## 3.2 Product Line

CannaMED Pharmaceuticals, LLC will initially offer 15 strains of medical cannabis, which were selected based upon their demonstrated ability to address ascertainable medical symptoms; shown are the Medical Cannabis Varieties, together with Symptoms or Specific Diseases or Conditions, % CBD, % CBDA, % CBN, % THC, and % THCA:

1. Sour Diesel - Appetite stimulation, pain relief, anti-nausea.
 <0.2, <0.2, <0.2, <0.2, 28.0

2. Chemdog - -Good daytime medication, very cerebral effect, effective for social anxiety.
<0.2, <0.2, <0.2, 1.07, 26.6

3. NYC Diesel - Headache relief, eye strain relief, anxiety and pain relief.
<0.2, <0.2, <0.2, .233, 28.4

4. SFV OG Kush - Appetite stimulant, anti-emetic, body ache relief, joint pain relief.
<0.2, <0.2, <0.2, 2.44, 20.92

5. Original Diesel - Headache relief, muscle tremors, anti-spasticity.
<0.2, <0.2, <0.2, <0.2, 14.2

6. Headband - Migraine/Cluster headaches, anti-anxiety, appetite stimulation.
<0.2, <0.2, <0.2, 2.45, 27.28

7. Super Lemon Haze - Excellent for cognitive issues in patients with MS, anti-emetic, appetite stimulation. Good daytime medication.
<0.2, <0.2, <0.2, .803, 20.3

8. Afghan Kush 47 - Stress relief, pain relief, good for nerve pain.
<0.2, <0.2, <0.2, 0289, 12.1

9. LA Confidential Insomnia, anti-emetic, appetite stimulation, pain relief
<0.2, <0.2, <0.2, .414, 18.9

10. Blue Dream - Migraine/Cluster headaches, anti-anxiety relief, pain relief.

<0.2, <0.2, <0.2, .226, 11.6

11.  Burmese Kush - Pain relief, sedation, insomnia, appetite stimulation.
<0.2, 0.400, <0.2, 0.249, 15.3

12.  UK Cheese - Good for appetite stimulation, pain relief, sleep aid.
<0.2, <0.2, <0.2, .383, 20.7

13.  CBD Yummy - CBD rich strain effective as an anti- seizure and anti-spasticity treatment.
<0.2, 9.56, <0.2, <0.2, 4.85

14.  AC/DC-A - CBD rich strain with a rare 10:1 CBD to THC ratio. Excellent anti-seizure and anti-spasticity medicine. No psychoactive effect. Reduces inflammation of the nervous system, effective neuro-protectant.
 <0.2, 11.62 <0.2, <0.2, 1.03

15.  Medicine Man - CBD rich strain with a 2:1 CBD to THC ratio. Effective anti-inflammatory and neuro-protectant.
<0.2, 6.58, <0.2, <0.2, 3.11

## 3.3 Affordable Access

CannaMED Pharmaceuticals, LLC recognizes the need to provide medical cannabis to patients who cannot pay fair market prices due to financial constraints.  The Company will work with licensed dispensaries to provide medicine to these individuals in accordance with the following schedule:
20% Discount for Patients with Incomes up to 100% of the Federal Poverty Level,
15% Discount for Patients with Incomes between 101% and 100% of the Federal Poverty Level,
10% Discount for Patients with Incomes between 201% and 300% of the Federal Poverty Level.
In addition, the Company will also provide free medical cannabis up to a limit of 10% of its total distributable product for patients diagnosed with terminal illness.

## 4.0 Market Considerations

## 4.1 Market Assessment

CannaMED Pharmaceuticals, LLC will market its medical cannabis exclusively to licensed processors and dispensaries in Maryland.  The degree to which the Company will achieve its revenue projections will depend in large part on the speed with which processors and dispensaries are brought on line, and the speed with which qualified patients are afforded access to medical cannabis.  The Company believes its projections to be accurate and will maintain a contingency fund in order to cover expenses in the event that the market for its products does not develop as quickly as expected.

**4.2 Market Segmentation / Customer Profile**

A significant challenge to CannaMED Pharmaceuticals, LLC's quantification of the market for its products will a result of patient privacy concerns and HIPPA requirements which must be observed. In addition, although Maryland's licensed dispensaries will be primarily concerned with marketing, the Company must be responsive to their needs and thus must remain keenly interested in feedback from dispensaries in order to best provide for their qualified patients. The Company recognizes that dispensary studies in other states where the sale of medical cannabis is permitted indicate that:

    (1) 2 out of 3 patients are male

    (2) Patient median age is 37 years

    (3) Most patients are employed or self-employed

    (4) Chronic pain is the reason that most seek relief by means of medical cannabis, although sleeplessness, anxiety and arthritis also rank high among reasons for medication.

    (5) More than a third of patients visit a dispensary each month, and two thirds of all patients visit a dispensary each 90 days.

**5.0 Strategy and Implementation Summary**

**5.1 SWOT Analysis**

A "SWOT" Analysis is a means with which CannaMED Pharmaceuticals, LLC can examine its internal strengths and weaknesses, and examine external opportunities and potential threats to successful operation.

**5.1.1 Strengths ("S")**

The Company will conduct its business in reliance upon the following elements:

    (1)   A qualified, professional management team with backgrounds in the pharmaceutical, safety, security, business, management and law.

    (2)   A patient-responsive approach emphasizing health and wellness, with a focus on obtaining constant, accurate feedback from processors and dispensaries which purchase the Company's products.

    (3)   A well-trained support staff.

    (4)   Maintenance of ties with the community.

    (5)   Astute recordkeeping and accounting practices.

    (6)   Informative labelling and packaging.

    (7)   Sophisticated "seed to sale" and inventory tracking.

    (8)   A carefully designed sanitary cultivation facility.

    (9)   Strong boards of advisors whose input will assist with fulfillment of the Company's objectives.

    (10)  Transparency of operations with local law enforcement and regulators.

(11) Sufficient capitalization.

### 5.1.2 Weaknesses ("W")

The Company recognizes that the following factors are challenges which need to be addressed for its operation to be successful:

(1) Hiring positive, interested staff.
(2) Helping advance medical cannabis as a recognizable medical solution.

### 5.1.3 Opportunities ("O")

CannaMED Pharmaceuticals, LLC recognizes the following opportunities which can be leveraged for a successful operation:

(1) Increasing acceptance of medical cannabis as a means with which to obtain relief from various medical conditions.
(2) Maryland's well-conceived model for regulating its medical cannabis industry.
(3) Federal policies prohibiting states' approval of medical cannabis are retreating.
(4) Maryland presents a new and dynamic market for medical cannabis.
(5) The intended proportion of dispensaries to growers will permit patients to be best served while permitting growers to achieve financial success.

### 5.1.4 Threats ("T")

CannaMED Pharmaceuticals, LLC recognizes the following factors represent threats to be addressed in order for the Company to succeed.

(1) Federal/state tensions are not fully resolved; the best defense is transparent operation conducted in full compliance with Maryland regulations.
(2) Periodic crop failures; best prevented by diligent proactive growing practices and sufficient personnel, security, safety and fire safeguards.
(3) Irresponsible cannabis use which could negatively affect perceptions of the industry.
(4) General economic conditions.

### 5.2 Marketing and Sales

### 5.2.1 Branding and Positioning

CannaMED Pharmaceuticals, LLC's focus is on the healing aspects of medical cannabis, together with advancing the science associated with improving effectiveness and uses of the medicine. Our brand will reflect the Company's wellness-based approach to the use of medical cannabis. At all times, our staff will be professional in appearance, and will be trained to envision themselves as an integral part of the industry and community as opposed to a non-mainstream culture. Our facility will be modern, clean safe and professionally managed.

### 5.2.2 Competition

While CannaMED Pharmaceuticals, LLC expects to gain a sizeable advantage over competitors because of its pre-licensure site acquisition and 'fast start' cultivation plan, competition among

licensed growers is expected to be well served by the mandated proportion of growers to dispensaries and the general geographical distribution of growers. The Company believes that 'black market' sales activity can be best addressed by licensed growers which strive to provide high quality product at reasonable prices to dispensaries which emphases customer service at points of sale.

### 5.3.3 Pricing Strategy

CannaMED Pharmaceuticals, LLC plans to price product at level which permit patients to obtain affordable access to medicine, while remaining fully compliant and conducting its operations in a manner which is at all times consistent with Maryland's regulatory requirements. Full compliance means better-than-adequate measures for security, recordkeeping, personnel oversight, product and staff safety, and diversion control. To that end, the Company may consider working with dispensaries to achieve pricing strategies which may prevent diversion.

### 5.2.4 Marketing Objectives

CannaMED Pharmaceuticals, LLC has adopted the following marketing objectives in order to guide the Company's operations over the first 24 months of operation:

(1) Construct an efficient and sanitary medical cannabis production facility.
(2) Institute sufficient controls to enable full compliance with Maryland regulatory requirements.
(3) Train employees fully on duties, expectations and responsibilities required of participants in an industry involving controlled substances.
(4) Produce consistently safe and affordable medical cannabis for distribution to licensed processors and dispensaries.
(5) Become a good neighbor and community contributor.
(6) Increase general and brand awareness in order to educate the public and earn loyalty.
(7) Advance the science of medical cannabis by underwriting efforts aimed at learning more about effective uses of medical cannabis.

### 5.2.5 Sales Strategy

CannaMED Pharmaceuticals, LLC will only sell its products, consisting of various strains of medical cannabis, to licensed Maryland processors and dispensaries in order that they be resold to patients. In order that the Company's products, each of which are best suited to address the medical needs of discrete users, be properly recommended by dispensary agents, the Company will articulate a packaging program which will supply pertinent information about each specific strain, together with recommendations for use, and which will coordinate with information located on the Company's website.

Questions regarding specific strains can also be brought to the attention of company employees by dispensaries and patients by means of an online Company-managed blog, instant email on the website and telephone inquiries. The open lines of communication will foster a means of obtaining feedback which will be helpful to the Company's product research and development efforts.

The Company will always endeavor to maintain close contact with processors which utilize our products, dispensaries which sell our products, and patients who medicate with our products, in an ongoing effort to improve our products and the medical cannabis industry.  To that end, emails will always be answered and calls will always be returned within 24 hours.

### 5.3 Operations

### 5.3.1 Operations Manual

CannaMED Pharmaceuticals, LLC's operations manual will reflect our mission, branding and positioning within the industry, which will reflect the Company's:

(1)   Focus on Healing – our emphasis on health and well-being, and working with processors and dispensaries to assist patients in achieving the highest quality of life.

(2)   Service Orientation – our reliance upon a well-trained and intellectually involved staff who are committed to providing and constantly improving a high quality product.

(3)   Organic Growing Methods – our standard operating procedures will include organic growth processes, insured by rigid in-house testing procedures.

(4)   Empathetic Merchandizing – our commitment to working with processors and dispensaries to constantly improve the manner in which the industry addresses patients' needs

(5)   Technological Strength – our utilization of state-of-the-art transaction software which permits transparent 'seed-to-sale' inventory tracking in order to comply with regulatory concerns and to ultimately better serve medical cannabis patients.

### 5.3.2  Cultivation Program Standard Oeperatng Procedures (SOPs)

CannaMED Pharmaceuticals, LLC has adopted Standard Operating Procedures to insure the implementation of a successful medical cannabis cultivation Program.  Specific SOPs are contained within a proprietary Cultivation Handbook which was developed by he Company's Master Grower, and are summarized below:

The Company's SOPs address all aspects of safety and security, including fire evacuation, chemical spill containment and evacuation, building threat evacuation, location and usage of panic buttons and fire alarms, notification of a manager of any incident, meaning of a secure building, rules pertaining to visitors, plant and employee health, proper personal protective equipment/apparel (PPE), various levels of PPE/apparel depending on specific duties, proper handling of medical cannabis, both live plants and finished product, medical cannabis growth including an overview of cannabis plant characteristics, traits and benefits, hydroponic growing characteristics, traits and benefits, different phases of plant growth, photoperiods and the importance of light and dark, nutrients to be used, equipment to be used, the seed/cloning room and the purposes it serves, proper use of equipment in the seed/clone room, proper handling of seeds and clones prior to planting, proper planting of medical cannabis seeds and clones in order to ensure successful growth, care and feeding of seedlings, care and cleaning of equipment in the seed/clone room, proper sanitary measures to keep the seed/clone room clean, an introduction to the characteristics of vegetative medical cannabis plants including an overview of equipment used in vegetative growth, the importance of the light cycle in vegetative growth, proper record keeping for daily growth cycle, nutrients used in vegetative growth including acceptable nutrient levels for optimum medical cannabis growth, an introduction to the characteristics of flowering

plants including an overview of equipment used in flowering growth, nutrients and supplements used in flowering growth, how to identify male and female plants, proper manicure of plants for optimum medical cannabis growth, how to identify finished plants, harvesting of plants, proper handling procedures of finished plants including gloves, eye protection, proper clothing, masks and hair nets, proper protocol for harvesting, drying and curing, protocol for product that does not meet standards, has been tainted in some manner, or otherwise not suitable for human consumption, seed-to-sale tracking software (BioTrackTHC) including an introduction to BioTrackTHC software which tracks plants during every level of the growth process from cultivation to distribution, and introduction to the law pertaining to seed-to-sale tracking, an overview of BioTrackTHC equipment and hardware including methods of plant tagging, tracking and inventory procedures in BioTrackTHC.

The Company's SOPs also address pest and fungus identification and control, including an introduction to known pests and fungus that are common in medical cannabis gardens, examples of known pests and fungus and their effect on medical cannabis gardens, approved pesticides and fungicides, health and safety training regarding the usage and exposure to pesticides and fungicides, proper application of pesticides and fungicides, record keeping including an introduction and explanation of daily record keeping of growth conditions, environment, nutrients, and other necessary information, an overview of waste tracking and reporting.

Although CannaMED Pharmaceuticals, LLC does not intend to grow strictly organic cannabis, the Company plans to supply the Maryland Department of Agriculture with 'Organic Product Profiles' in order to obtain certification of some of its products as organic, and to submit an Organic Handler application.

In order to supply such certified organic product and assure that the Company's cultivation procedures comport with industry norms, CannaMED Pharmaceuticals, LLC will submit a Maryland Department of Agriculture Certified Organic Handler Application which will detail the Company's processing and handling of its products. The Company will abide by two of the mainstays of organic licensure, which are (1) an outside-monitored quality assurance program which includes finished product testing and testing during production, and (2) an adequate product recall system.

Licensure as an Organic Handler assures organic product integrity by means of a competent "Organic Control Point Program' which identifies contamination risk sources and points in production, packaging and transportation of the Company's products, such as appropriate water and air quality, and means of storing product. The program requires testing and prohibits use of non-approved additives and fertilizers.

In addition, licensure requires that documentation be maintained for all incoming products, including test results for components such as growing medium, in process reports to assure sanitation and quality assurance, finished product inventory and storage reports, and outgoing product audits, sales summaries, phytosanitary and organic certificates, matched to sales orders, invoices and shipping logs.

The Company's sanitation standards will assure that appropriate sanitation practices are used throughout the Company's facility, including use of only materials approved by the Maryland Department of Agriculture, and that all surfaces which come into contact with the Company's product shall be food-grade and shall be tested for cleaner/sanitizer residues.

A comprehensive pest management program administered by a responsible third party with experience in pest eradication (insects and rodents) and proper use and storage of chemicals utilized in pest eradication will be implemented in order to assure that the Company's premises remain sanitary and free of pests. In addition, a comprehensive nutrition management plan will be obtained from a certified consultant.

### 5.3.3 Site Security

# *NEED TO ADD*

### 5.3.4 Information Security

# *NEED TO ADD*

### 5.4 Location/Facility

Aerial views and a site plan of the Company's property are attached for reference, as well as representative photographs of the exterior and interior of the facility.

### 5.4.1 Site Selection

In determining an ideal site for its growing facility, CannaMED Pharmaceuticals, LLC searched for accessible but secluded improvements located on an appropriately agricultural zoned parcel which would allow for expansion, in a county whose agricultural community represents a large sector of the economy. Secondary considerations were that be a pool of prospective employees who reside with a 15-minute drive of the facility, and that no residential neighborhoods or school(s) be located nearby, nor any business whose operations would be interfered with by the Company's cultivation of medical cannabis.

Wicomico County on Maryland's lower eastern shore, with its agricultural sector, and the town of Salisbury, with its population acclimated to agricultural business quickly became the focus of the Company's search efforts. A tour of the former Ma-Tech manufacturing facility was eye-opening; it appeared that the facility was in fact designed for exactly what the Company wanted to do.

The next step undertaken by the Company was to test for environmental hazards. The Company hired Hillis Carnes Engineering Associates, Inc., a geotechnical engineering company located in Delmar, Maryland, to conduct both Phase I and Phase II environmental studies, which included initial water quality analysis. The Company also hired Peninsula Water Conditioning to conduct a more in-depth water quality analysis, and to propose a water quality treatment installation. Happily, the property was determined to be hazard-free and water quality poses no obstacle.

A final review of the suitability of the property dealt with its ability to meet criteria pertaining to nutrient management and waste/wastewater disposal imposed by the Maryland Department of Agriculture and the Maryland Department of the Environment. The property possesses an adequate working septic leech field which does not impact the watershed.

### 5.4.2 Site Design

In order to produce the highest quality medical cannabis on a consistent year-round basis CannaMED Pharmaceuticals, LLC determined that a weather-insulated, fire-resistant, secure facility was necessary. The former manufacturing plant which is now controlled by the Company affords all of the above mentioned requisites. The building is secure, spacious and secluded, but accessible by means of a major roadway.

### 5.4.3 Site Build Out

In order to ascertain an appropriate build-out, the Company consulted at length with Matt Hoffman, a veteran cannabis grower with more than 17 years of legal growing experience, before Matt joined the CannaMED Pharmaceuticals, LLC team.

To oversee the planning and turn-key build-out of its facility, the Company has hired the services of Consolidated Engineering Company, a commercial general contractor headquartered in Maryland since 1911, and which is known for constructing most of the original Johns Hopkins Hospital campus, the original University of Maryland Hospital at Baltimore, Anne Arundel County Hospital in Annapolis, the National Institutes of Health in Bethesda, Maryland and he Maryland Science Center in Baltimore.

CEC will work in partnership with AWB Engineers (AWB) in Salisbury, Maryland, which produced the original floor plans in consultation with the Company's master grower, security and safety/compliance staff, resulting in a plan which emphasizes security and safety.

### 5.4.4 Site Financing

CannaMED Pharmaceuticals, LLC is the third party beneficiary of Chance & Anthem, LLC (C&A)'s assignment of a Purchase Option Contract which was entered into by Sovereign Gaming & Entertainment, LLC (SG&E), a Florida limited liability company controlled by the family of the Company's Managing Director. While SG&E has funded $245,000 toward the purchase to date, C&A is obtaining additional capital in the amount of $750,000 by obtaining a financing against real property located in Florida.

Additional funds needed are estimated to total approximately $1,000,000, and are being made available to Mr. Siskind by means of a loan to Mr. Siskind based upon a client and business associate's open line of credit. To provide reserve funding, Mr. Siskind will provide an additional $550,000 by securing additional financing against the Florida property, for total available funding of $2.5 million.

### **6.0 Management and Organization**

### 6.1 Governance

As evidenced in the Company's Operating Agreement, CannaMED Pharmaceuticals, LLC is governed by a Chief Executive Officer (CEO), pursuant to advice obtained from a managing Director after consultation from A Business Advisory Board and Scientific Advisory Board. The CEO is supported by Chief Operations Officer and a hierarchical management team as shown by the Company's organizational Chart contained within this document.

### 6.2 Executive Team

## *(Angeline to add Bios of key personnel)*

### 6.4.1 General Philosophy

Because of the Federal Government's classification of cannabis as a Schedule I Controlled Substance, scientific assessment of the possible medical benefits to be obtained from the plant have been largely inhibited for years. As indicated elsewhere herein, the Company recognizes the need to advance the science underlying medical cannabis a priority and an integral part of is mission.

### 6.4 Scientific Advisory Board

CanaMED Pharmaceuticals, LLC plans to create a research Center of Excellence in partnership with Maryland Universities and biotech companies and provide pilot funding to further the science of cannabis. A Scientific Advisory Board is in development with Maryland experts in pain management, drug research and development including clinical trial design in the hope of answering some of the difficult and unanswered scientific questions concerning the medical benefits of cannabis. As new and more effective strains are made available, the Company will obtain those strains and make them available to liceansed processors and dispensaries. The availability of high-CBD medical cannabis strains is limited at the present time due to high demand. The Company will therefore make every effort to research and obtain high-CBD strains as they become available.

The following individuals are being considered to serve on the Company's initial Scientific Advisory Board; Dr. Jahan Marcu, Chief Auditor for Patient Focused Certification (PFC) Program and Lead Scientist for Americans for Safe Access (ASA); Kristin Nevedal, Program Director for PFC; Steph Sherer, Executive Director for ASA; Rikin Mehta, Senior Deputy Director, Health Regulation and Licensing Director, District of Columbia Department of Health; and Dawn Marie Merrill, LPN, member of Maryland's Chapter of ASA.

### 6.3 Business Advisory Board

In addition to regularly scheduled meetings with the Company's employees, a Business Advisory Board constituted of leading businesspeople from the Salisbury area will be consulted in order to best advise the Managing Director as to matters which ought to be considered in making decisions on conducting the business of the Company and to strengthen the Company's ties with the local community. After consulting with the Wicomico County Chamber of Commerce, the

following individuals from the Salisbury, Maryland area are being considered to serve on the Company's initial Business Advisory Board; Mr. John T. Cannon, Cannon Management; Mr. Robert Culver, Wicomico County Executive; Ms. Barbara Duncan, Salisbury Chief of Police; Sheriff Michael Lewis, Salisbury, Maryland; and Mr. Wayne Strausberg, Wicomico County Director of Administration.

## 6.4.2 Employee Handbook

Attached is CannaMED Pharmaceuticals, LLC's Employee Handbook.  Topics contained therein relate to the following Table of Contents.

Section 1.
    1.1, Introduction
    1.2, Changes in policy
    1.3, Employment applications
    1.4, Employment relationship
Section 2
    2.1, Definitions of employees status
        a) Employees defined
        b) Exempt
        c) Non-exempt
        d) Regular full-time
        e) Regular part-time
        f) Temporary (full-time or part-time)
    2.2, Probationary period for new employees
Section 3
    3.1, Employment policies
        a) Non-discrimination
    3.2, Non-disclosure/confidentiality
    3.3, New employee orientation
        a) Probationary period
    3.4, Office hours
    3.5, Lunch periods
    3.6, Break periods
    3.7, Personnel files
        a) Personal data changes
    3.8, Inclement weather/emergency closings
    3.9, Employee performance review and planning sessions
    3.10, Outside employment
    3.11, Corrective action
    3.12, Termination
    3.13, Safety
    3.14, Health-related issues
    3.15, Employee requiring medical attention
    3.16, Building security
    3.17, Insurance on personal effects
    3.18, Supplies; expenditures; obligating the company
    3.19, Expense reimbursement

3.20, Parking
3.21, Visitors in the workplace
3.22, Immigration law compliance
Section 4
4.1, Standards of conduct
a) Attendance/punctuality
b) Absence without notice
c) Harassment, including sexual harassment
d) Substance abuse
e) Drug Testing
f) Tobacco products
g) Use of company equipment and Internet
Section 5
5.1, Wage and salary policies
a) Wage or salary increases
b) Timekeeping
c) Overtime
d) Paydays
Section 6
6.1, Benefits and services
a) Group insurance
6.2, Health insurance
a) Cobra benefits
b) Social security/medicare
c) Vacation
d) Record keeping
e) Holidays
f) Jury duty/military leave
Section 7
7.1, Employee communications
a) Staff meetings
b) Bulletin boards
c) Suggestion box
7.3, Procedure for handling internal complaints
Section 8
8.1, Human resources & employee security policies
a) Responsibility
Section 9
9.1, Workplace violence
9.2, Workplace searches
9.3, No weapons in the workplace
Section 10
10.1, Medical cannabis transport team
a) Guard / driver & transport handler
Section 11
11.1, Safety department

a) Operations manual overview
b) Daily Log

**6.4.3 Training Programs**

All Company grower agents will attend regularly scheduled mandatory training sessions consisting of both classroom and hands-on practical instruction within the first three weeks of employment.  In addition, Continuing Education sessions (CEs), will be conducted at periodic intervals, at least every three months, so that employees keep abreast of the evolution of the medical cannabis environment. Training will be conducted in Modules, and will be accomplished initially by the Chief Operating Officer, Master Grower, Chief Security Officer, and Safety-Compliance Manager.

Training to familiarize each employee with the equipment and operational protocols in the facility will occur using the following manuals and programs; a Company Employee Manual containing policies, procedures, working conditions, and behavioral expectations to guide employee actions in the workplace, which will also include information about employee compensation and benefits, and additional terms and conditions of employment, and (2) a Company Training Program Manual which will contain a Formal Training Program on Federal and State medical cannabis laws and regulations, laws and regulations pertinent to grower agent responsibilities, including security and safety in all manners of work and facility management.

The Company's Training Manual and classroom training will foster the Company's training objectives. The Training Manual will assure consistency in the presentation of the Company's training programs, where all training information on skills, processes, and other information necessary to perform an employee's tasks is available together in one place. Training on Federal and State medical cannabis laws and regulations will be conducted by the Chief Security Officer and the Safety/Compliance Manager.  In addition, the Company will elicit the services of the Maryland State Police, local law enforcement officers, legal counsel, and other experts on Federal and State medical cannabis laws and regulations to complement the training program.

The Safety/Compliance Manager will be responsible for assuring that all registered grower agents are fully and properly trained during initial training and by means of continuing education. Each training module contained in the training manual will be followed by a written test in which each employee must demonstrate 100% knowledge of all Federal and State laws regarding the cultivation of medical cannabis. Additionally, each employee will be given a hands-on test to demonstrate knowledge of the Company's standard operating procedures.

Training Modules for Federal and State medical cannabis laws and regulations will consist of the following components: Laws and Regulations, Federal Laws with regards to medical cannabis cultivation, Maryland State Laws with regards to medical cannabis cultivation, MMCC laws and regulations regarding medical cannabis cultivation Company polices and rules regarding medical cannabis cultivation, how to spot and report any diversion of medical cannabis, and, penalties for infractions.

**Cannabis Handling Training**

All employees will attend hands-on training by means of Company training courses in order to produce high quality medical cannabis, and will need to prove 100% competency in all areas in order to be allowed to care for medical cannabis plants. The following subject areas will be tested: Knowledge and proficiency in usage and care of all equipment including: Use, calibration and care of Ph/ECM meters; use, calibration and care of Sentinel full room monitor; use, calibration and care of all pumps and pumping equipment; use and care of equipment including Ez-clone machine and all attached equipment; procedures for planting seeds and entering each seed into tracking software; feeding and caring for seeds and seedlings; cleaning and sterilization all equipment; use and care of all vegetative equipment including pumps, pumping accessories, water tanks and buckets; cleaning and sterilization of all equipment, procedures for daily inspection of medical cannabis plants and equipment; procedures for transplanting seeds to vegetative buckets; techniques and procedures of plant care to optimize medical cannabis growth to include techniques for stripping plants of unwanted plant material; techniques for staking plants to prevent plants from falling; techniques for super cropping plants to increase yield and health, plant tagging and placement of tags on plants/buckets, and procedures for proper record keeping.

Additional hands-on training will include pest and fungus identification and treatment protocols, protocols for identifying medical cannabis plants that have reached maturity, techniques for inspecting medical cannabis plants for evidence of insect damage; techniques for inspecting medical cannabis plants for evidence of fungus damage; protocols for reporting pests or fungus on medical cannabis plants, treatment protocols, approved pesticides and fungicides to be used on medical cannabis plants, personal protection required for pesticide and fungicide treatment, re-entry intervals to be posted and observed by all employees, green waste disposal and recording including definition of green waste and why it must be treated differently than regular waste, location and usage of all green waste in the facility, procedures for bagging, weighing and making all green waste unfit for human consumption, weighing and recording in facility disposal documents retained on-site, procedures to insure that all green waste is placed in a secure dumpster and removed on a daily basis.  Also stressed during training will be the importance of personal hygiene including regular hand washing and refraining from reporting to work when sick, the importance of medical cannabis plant hygiene, PPE when working near plants including use of eye protection, hair covering, surgical masks, gloves and protective suits, shoe coverings, uniforms and clothing in other areas.

**Incident Reporting**

Training for all employees on incident reporting procedures for both medical emergencies and all relevant safety incidents including subsequent incident reporting forms, root cause analysis, 'what & why,' etc.

**Fire Emergency**

All growing agents will be trained in standard emergency procedures for fire emergencies including: (a) Activation of alarms and means of contacting outside assistance, including security personnel for situations regarding outside assistance coming on premises, (b) Training for identified employees on procedures for isolating fires including activation of fire doors etc. as needed, (c) Training from start of employment on proper fire exit procedures including reference points in each facility area for fire exit maps complete with primary and secondary exit procedures, and including "rally points" for various team members and rostering for headcount purposes, and (d) Training of fire extinguisher locations by work area and proper fire

extinguisher utilization procedures including the PASS technique, and ensuring a fire extinguisher before use is fully charged.

**Chemical Spill**

All growing agents will be trained in standard emergency procedures for chemical spills including: (a) Recognizing potential spills, and how to activate safety/facility staff for immediate response, and deactivation of any powered equipment in the area of the spill, (b) Activation of first aid/first responders for spills involving human contact with spilled chemicals including required PPE for chemical interaction, emergency eye wash station location and activation, MSDS consultation for treatment as needed, and further intervention as needed, (c) Training of location and use of spill containment materials, including PPE of spill responders, as well as identification of the spill area to team members in the work area, in order to isolate a chemical spill to prevent and/or minimize contact with ground water or such relevant circumstances unique to the situation, (d) Training of growing agents and departmental leadership to recognize spills which would require facility evacuation, following standard evacuation procedures including activation of security personnel for situations regarding outside assistance coming on premises, and (e) Training for reporting of incidents involving chemical spills both for internal prevention and correction as well as to meet OSHA and/or local standards as needed to include root cause analysis, 'what & why,' etc.

**Safety Procedure Training Specifics**

Safety training to be conducted by the Safety-Compliance Manager on site, in a classroom setting with the opportunity to conduct some training topics at the site specific areas in relation to specific issues i.e. fire exits, first aid locations. 2. Any and all meetings with staff members from day-one of employment including daily, weekly, and/or departmental meetings will be required to start with a "safety grabber" or "toolbox topic" initiated by the relevant meeting facilitator. The safety grabber gives the opportunity for engagement with the staff on hot button safety issues, and ensures safety is the first priority. 3. Initial induction safety training to require no more than 8-10 hours in a classroom setting on site. Safety training can be melded with operational training as needed to ensure knowledge retention and engagement of work force. The induction training will include the introduction of the safety training matrix which each agent will be expected to meet or exceed as they enter their operational job roles. Initial safety training will also give agents all relevant paperwork in regards to hazard communication, identification, and prevention. 4. Training follow-up: The safety manager will be in contact with newly-hired employees on a daily and weekly basis to ensure they are retaining and engaging in safety best practices from their initial training, while applying this knowledge in their required job roles. Each employee will have a safety training matrix developed and maintained by the safety manager with milestones in the areas of basic and advanced safety procedures and expectations including basic safety requirements as well as ensuring employee is properly engaged in hazard identification and prevention, and is engaged in the team interest of safety.

**Safety Training Matrix**

The Company will adhere to a safety training matrix which will include a 6-8 week set of training topic milestones, safety observation goals and engagement requirements, and which will insure that growing agents are continuing to work in a safe manner. The safety matrix will be facilitated and retained by the safety manager in cooperation with operations leaders to give corrective feedback as needed. The safety training matrix does not require additional classroom

training, but provides opportunities for one-on-one discussion with growing agents and safety and/or operations management allowing for elimination of information gaps by means of obtaining needed feedback.

**Safety Training on how to handle threatening events**

All new hire personnel will receive Initial/New hire Security training as part of their new hire orientation. Training will be conducted via a PowerPoint presentation supplemented with training booklets and class participation-type training.

Security Training will re-occur monthly during an employee's first six months of employment and quarterly thereafter. Courses will include but are not limited to: (1) Security Familiarization, including facility security measures, i.e. key control, opening, closing and using the office area during off hours, alarms and emergency and exits, visitor escort procedures, dealing with trespassers and/or difficult people (2) Anti-Theft, including identifying theft, characters of theft, how to react to theft both during and after an identified event, theft prevention techniques, identifying suspects and statement writing, anti-theft quick reaction checklist familiarization, and (3) Active shooter training including profiling an active shooter, how to respond when an active shooter is nearby, how to respond when law enforcement arrives, ways to prepare for an active shooter situation, managing active shooter situations, and recognizing potential workplace violence.

**Examining the Effectiveness of Training**

In blocks of instruction without written testing, growing agents will be graded in a 'Task Condition Standard' format, where the Company will provide a block of instruction on a specific task. For example, in 'Reporting suspected theft to law enforcement or #911':

TASK: Report theft, and provide height, hair and eye color of suspect(s).

CONDITION: You have just witnessed theft and have made many observations regarding suspect identity, vehicle, etc. and must provide detailed information to authorities.

STANDARD: Submit your report to law enforcement and include hair and eye color, and height within 2 inches.

The Company will also examine the effectiveness of its training programs by means of periodic "in-house" security, anti-theft and active shooter exercises. Exercises will be scheduled and conducted monthly. There will also be spot, on-the-job (OJT), training occurring at least quarterly. Upon completion of training, the Safety/Compliance Officer will complete an After Action Report which will be permanently filed in the Company's training log to enable use as "lessons learned" for future training. Information to be documented and placed in the Company's Training Log will contain training date and time, block(s) of instruction taught, and identification of instructors(s) and personnel in attendance.

**Particularized Grow Room SOP Training:**

The Master Grower will also hold monthly training update classes with the grow team in order to keep all growing staff up-to-date on the Company's standard operating procedures, and will

maintain written records of all training which will include: (a) employees in attendance, (b) material covered, (c) syllabus and length of training course module, (d) method of testing employees on comprehension of training.

**Storage of Training Records**

All training records will be permanently stored in a fire-resistant, locked cabinet in the Safety-Compliance Manager's office and made available for review by Company leadership and upon request by law enforcement and the Maryland Medical Cannabis Commission. Said records shall also be permanently stored off-site in digital format.

**6.4.4 Organization**

The following chart depicts the hierarchical structure of CannaMED Pharmaceuticals, LLC's policymaking and upper level management team:

# *(Angeline to attach ORGANIZATIONAL CHART)*

**6.4.5 Recruitment**

CannaMED Pharmaceuticals, LLC has set about hiring the best and the brightest in order to comprise a team of dedicated staff. The Company has addressed this task by advertising positions widely and by offering salaries and benefits in excess of those which are offered by potential competitors. This strategy has resulted in the Company being able to choose from a field of highly qualified candidates bringing together highly qualified experienced personnel possessing diverse skill sets.

**7.0 Financial Plan**

**7.1 Important Assumptions**

The following assumptions were relied upon in

(1) Projected Expenses are based upon actual incurred expenses in the build-out of the Riverside Collective installation in Los Angeles, California.

(2) Projected Revenue is computed using an estimated $2,000 per pound sale price, which is believed to be conservative.

(3) Construction/Build-Out Costs were estimated by Consolidated Engineering Company, which has operated in Maryland as a commercial general building contractor since 1911 and whose projects include numerous hospitals and complex commercial developments.

(4) Working Capital Requirements were estimated based upon ascertainable costs and base wages which included 'burden.'

(5) The Company's Plan to provide affordable medication to those less fortunate is based upon similar programs which exist in states where medical cannabis is supplied at a discount to the needy.

**7.2 Projected Profits**

Three independent projected profit and loss proformas are presented here which respond to three phases of Company operation corresponding to different levels of phased facility build-out, the first of which is a 2,500 sq. ft. 'Fast Start' buildout designed to best serve the medical cannabis marketplace over the immediate short term.

The staged Phase 1, 2, and 3 build-outs were conceptualized in order to best utilize the Company's resources while continuing to meet the objective of efficiently providing safe medical cannabis to licensed processors and dispensaries, and is believed to be practical in light of what the Company envisions will be expanding levels of patient demand upon processors and dispensaries over the Company's first three years of operation.

Note that build-out of Phases 1 and 2 has been combined to take advantage of economies of scale in construction. Also, although the phased operational levels are presented on an annualized basis, the Company already possesses sufficient available funding to conduct the buildout of Phases 1 and 2, in addition to funding its operations while maintaining an adequate operating reserve.

**7.3  Projected Build-Out Costs – Phased**

Attached immediately hereafter are the three build-out which correspond to anticipated phased levels of operation. Please note that these numbers are presented as independent projections; additional build-out costs attributable to subsequent phases are derived by deducting amounts expended on earlier phase(s).

Please refer to Sections 7.3.1, 7.3.2 and 7.3.3 attached hereto.

**7.4 Projected Operational Costs – Phased**

Attached immediately following the three build-out cost projections are operational proformas which correspond to the phased levels of build-out.

Please refer to Sections 7.4.1, 7.4.2 and 7.4.3 attached hereto.

## 7.3.1  PROJECTED 'FAST START' BUILD-OUT COSTS

General Building Improvements:

| | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---|
| Lighting Equipment (LE) | 1 light/50 sq ft @ $300 | 15,000.00 |
| LE Installation | $75/light | 3,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 10,000.00 |
| HE Installation | $.75/sq ft | 1,875.00 |
| Water Quality Equipment | Includes Installation | 3,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 3,125.00 |
| AQ Installation | $.25/sq ft | 625.00 |
| Grow Room Partitioning | | 0.00 |
| General Electrical | $2.50/sq ft | 4,750.00 |
| General Plumbing | $.50/sq ft | 2,500.00 |
| TOTAL CULTIVATION SPACE COSTS | | 44,625.00 |

Trimming & Packaging:

| | | |
|---|---|---|
| Furnishings | | 1,500.00 |
| Trimming Equipment | Trim Machine & Hand Tools | 2,500.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 6,500.00 |
| General Electrical | $.1/sq ft | 250.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 250.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 1,500.00 |
| TOTAL TRIMMING & PACKING COSTS | | 12,500.00 |

Extraction Department:

| | | |
|---|---|---|
| Extraction Machines | | 0.00 |
| Installation and Training | | 0.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 750.00 |
| TOTAL EXTRACTION | | 750.00 |

DEPT.

| Laboratory/Quality Control: | | |
|---|---|---|
| Laboratory Furnishings | Workstations & Misc. Furniture | 0.00 |
| Laboratory Equipment | | 0.00 |
| Laboratory Inventory | | 0.00 |
| Equipment Installation & Training | | 0.00 |
| TOTAL LABORATORY | | 0.00 |

| Security Department: | | |
|---|---|---|
| Gatehouse Construction | | 0.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 0.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 2,200.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 1,000.00 |
| TOTAL SECURITY DEPARTMENT | | 92,700.00 |

Total Projected Build-out Costs

| Contractor Overhead & Profit | 15.5% on construction items only | 42,191.00 |
|---|---|---|
| Owner construction Representative | 2.5 months @ $1,100/wk | 11,825.00 |
| Contingency | 7% of total costs | 27,754.37 |

| TOTAL ANTICIPATED BUILD-OUT COSTS | | 424,245.37 |
|---|---|---|

**7.3.2  PROJECTED PHASE 1&2 BUILD-OUT COSTS**

General Building Improvements:

| | | |
|---|---|---:|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---:|
| Lighting Equipment (LE) | 1 light/100 sq ft @ $300 | 37,500.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 50,000.00 |
| HE Installation | $.75/sq ft | 9,375.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 15,625.00 |
| AQ Installation | $.25/sq ft | 3,125.00 |
| Grow Room Partitioning | 5 @ 2,500 sq ft | 18,750.00 |
| General Electrical | $2.50/sq ft | 31,250.00 |
| General Plumbing | $.50/sq ft | 6,250.00 |
| TOTAL CULTIVATION SPACE COSTS | | 235,625.00 |

Trimming & Packaging:

| | | |
|---|---|---:|
| Furnishings | | 3,750.00 |
| Trimming Equipment | 2 Trim Machines & Hand Tools | 6,250.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 9,500.00 |
| General Electrical | $1/sq ft | 1,250.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 750.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 4,500.00 |
| TOTAL TRIMMING & PACKING COSTS | | 26,000.00 |

Extraction Department:

| | | |
|---|---|---:|
| Extraction Machines | | 0.00 |
| Installation and Training | | 0.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 3,250.00 |
| TOTAL EXTRACTION DEPT. | | 3,250.00 |

Laboratory/Quality Control:

| | | |
|---|---|---:|
| Laboratory Furnishings | Workstations & Misc. Furniture | 12,000.00 |
| Laboratory Equipment | | 75,000.00 |
| Laboratory Inventory | | 7,500.00 |
| Equipment Installation & Training | | 3,500.00 |
| TOTAL LABORATORY | | 98,000.00 |
| | | |
| Security Department: | | |
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 32,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY DEPARTMENT | | 256,500.00 |
| | | |
| Total Projected Build-out Costs | | |
| | | |
| Contractor Overhead & Profit | 15.5% on construction items only | 78,662.50 |
| Owner construction Representative | 6.5 months @ $1,100/wk | 30,745.00 |
| Contingency | 7% of total costs | 64,447.78 |
| | | |
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 985,130.28 |

## 7.3.3  PROJECTED FULL BUILD-OUT COSTS

General Building Improvements:

| | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---|
| Lighting Equipment (LE) | 1 light/100 sq ft @ $300 | 75,000.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 100,000.00 |
| HE Installation | $.75/sq ft | 18,750.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 31,250.00 |
| AQ Installation | $.25/sq ft | 6,250.00 |
| Grow Room Partitioning | Ten @ 2,500 sq ft | 37,500.00 |
| General Electrical | $2.50/sq ft | 62,500.00 |
| General Plumbing | $.50/sq ft | 12,500.00 |
| TOTAL CULTIVATION SPACE COSTS | | 407,500.00 |

Trimming & Packaging:

| | | |
|---|---|---|
| Furnishings | | 7,500.00 |
| Trimming Equipment | Four Trim Machines & Hand Tools | 11,000.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 12,500.00 |
| General Electrical | $1/sq ft | 2,500.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 1,000.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 6,000.00 |
| TOTAL TRIMMING & PACKING COSTS | | 40,500.00 |

Extraction Department:

| | | |
|---|---|---|
| Extraction Machines | Three @ $115,000 | 345,000.00 |
| Installation and Training | $4,000/machine | 12,000.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 5,000.00 |
| TOTAL EXTRACTION DEPT. | | 362,000.00 |

Laboratory/Quality Control:

| | | |
|---|---|---|
| Laboratory Furnishings | Workstations & Misc. Furniture | 25,000.00 |
| Laboratory Equipment | | 125,000.00 |
| Laboratory Inventory | | 10,500.00 |
| Equipment Installation & Training | | 6,000.00 |
| TOTAL LABORATORY | | 166,500.00 |

Security Department:

| | | |
|---|---|---|
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 46,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY DEPARTMENT | | 270,500.00 |

Total Projected Build-out Costs

| | | |
|---|---|---|
| Contractor Overhead & Profit | 15.5% on construction items only | 91,721.25 |
| Owner construction Representative | 8.5 months @ $1,100/wk | 40,205.00 |
| Contingency | 7% of total costs | 109,957.84 |

| | | |
|---|---|---|
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 1,680,784.09 |

### 7.4.1  Grower Facility – Fast Start Phase – Operation P&L

Revenues - Cultivation

| | | |
|---|---|---:|
| 2,500 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 1,925,000.00 |
| Net after Sales taxes (projected) | | 1,828,750.00 |

Expenses:

| | | |
|---|---|---:|
| **General** | | |
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |
| | | |
| **Cultivation** | | |
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | | 0.00 |
| Attendants | | 0.00 |
| | | |
| **Trimming & Curing** | | |
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 3 @ $35,000 | 105,000.00 |
| | | |
| **Quality Control** | | |
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 0.00 |
| Laboratory Attendant | | 0.00 |
| | | |
| **Security** | | |
| Director of Security | | 125,000.00 |
| Security Officers | 2 @ $38,000 | 76,000.00 |
| | | |
| **Maintenance** | | |
| Director of Maintenance | Part-time | 20,000.00 |
| Maintenance Personnel | | 0.00 |
| | | |
| **Third Party Providers** | | |
| Legal & Accounting | | 35,000.00 |
| Community Relations | | 25,000.00 |
| Computer, Phones, Internet | | 8,500.00 |

| | | |
|---|---|---:|
| **Supplies** | | |
| Supplies - Office | | 4,000.00 |
| Supplies - Building & Grounds | $3/4,500 sq.ft | 13,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 2,500 sq. ft. | 26,250.00 |
| | | |
| **Utilities** | | |
| Electric - Ambient | | 7,500.00 |
| Electric - Cultivation | | 30,000.00 |
| Propane - Ambient | | 1,620.00 |
| Propane - Cultivation | | 1,000.00 |
| | | |
| **Licenses** | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 0.00 |
| | | |
| **Building Costs** | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 46,500 sq. ft. | 139,500.00 |
| | | |
| **Unusual Expenses** | | |
| Science Dept Expense Contribution | | 0.00 |
| Low Income Program | | 0.00 |
| | | |
| **Insurance** | | |
| Insurance - Property & Casualty | Includes Business Interruption | 4,500.00 |
| Insurance - Automobile | 1 vehicle | 1,650.00 |
| | | |
| Bonuses & Incentives | | 0.00 |
| | | |
| **TOTAL EXPENSES** | | 1,659,020.00 |
| | | |
| **NET PROFIT BEFORE CONTINGENCY** | | 169,730.00 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 82,951.00 |
| | | |
| NET PROFIT | | 86,779.00 |
| | | |
| Net Profit as a percentage of gross revenues | | 4.75% |

## 7.4.2 Cultivation Facility - Phase 1 & 2 Operation P&L

Revenues      - Cultivation

| | | |
|---|---|---:|
| 12,500 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 9,625,000.00 |
| Net after Sales taxes (projected) | | 9,143,750.00 |

Expenses:

| | | |
|---|---|---:|
| General | | |
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |
| | | |
| Cultivation | | |
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | 2 @ $ $50,000 | 100,000.00 |
| Attendants | 2 @ $38,000 | 76,000.00 |
| | | |
| Trimming & Curing | | |
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 6 @ $35,000 | 210,000.00 |
| | | |
| Quality Control | | |
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 44,000.00 |
| Laboratory Attendant | | 0.00 |
| | | |
| Security | | |
| Director of Security | | 125,000.00 |
| Security Officers | 4 @ $38,000 | 152,000.00 |
| | | |
| Maintenance | | |
| Director of Maintenance | | 75,000.00 |
| Maintenance Personnel | 1 @ $42,000 | 42,000.00 |
| | | |
| Third Party Providers | | |
| Legal & Accounting | | 75,000.00 |
| Community Relations | | 50,000.00 |
| Computer, Phones, Internet | | 12,500.00 |

| Supplies | | |
|---|---|---|
| Supplies - Office | | 9,000.00 |
| Supplies - Building & Grounds | $3/28,500 sq.ft | 85,500.00 |
| Supplies - Cultivation | $3/sq.ft, 3.5 cycles, 25,000 sq. ft. | 131,250.00 |
| | | |
| Utilities | | |
| Electric - Ambient | | 24,000.00 |
| Electric - Cultivation | | 165,000.00 |
| Propane - Ambient | | 11,250.00 |
| Propane - Cultivation | | 2,800.00 |
| | | |
| Licenses | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 0.00 |
| | | |
| Building Costs | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 28,500 sq. ft. | 85,500.00 |
| | | |
| Unusual Expenses | | |
| Science Dept Expense Contribution | 7.5% of Revenues | 685,781.25 |
| Low Income Program | 7.5% of Revenues | 685,781.25 |
| | | |
| Insurance | | |
| Insurance - Property & Casualty | Includes Business Interruption | 32,000.00 |
| Insurance - Automobile | 2 vehicles | 3,300.00 |
| | | |
| Bonuses & Incentives | 10% of Net Distribution | 914,375.00 |
| | | |
| TOTAL EXPENSES | | 4,832,037.50 |
| | | |
| NET PROFIT BEFORE CONTINGENCY | | 4,311,712.50 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 241,601.88 |
| | | |
| NET PROFIT | | 4,070,110.63 |
| | | |
| Net Profit as a percentage of gross revenues | | 44.51% |

### 7.4.3 Grower Facility - Full Operation P&L

Revenues - Cultivation

| | | |
|---|---|---|
| 25,000 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 19,250,000.00 |
| Net after Sales taxes (projected) | | 18,287,500.00 |

Expenses:

| | | |
|---|---|---|
| **General** | | |
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |
| | | |
| **Cultivation** | | |
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | 5 @ $ $50,000 | 250,000.00 |
| Attendants | 5 @ $38,000 | 190,000.00 |
| | | |
| **Trimming & Curing** | | |
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 15 @ $35,000 | 525,000.00 |
| | | |
| **Quality Control** | | |
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 44,000.00 |
| Laboratory Attendant | | 35,000.00 |
| | | |
| **Security** | | |
| Director of Security | | 125,000.00 |
| Security Officers | 5 @ $38,000 | 190,000.00 |
| | | |
| **Maintenance** | | |
| Director of Maintenance | | 75,000.00 |
| Maintenance Personnel | 2 @ $42,000 | 84,000.00 |
| | | |
| **Third Party Providers** | | |
| Legal & Accounting | | 150,000.00 |
| Community Relations | | 75,000.00 |
| Computer, Phones, Internet | | 25,500.00 |

| | | |
|---|---|---:|
| Supplies | | |
| Supplies - Office | | 18,000.00 |
| Supplies - Building & Grounds | $3/46,500 sq.ft | 139,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 25,000 sq. ft. | 262,500.00 |
| | | |
| Utilities | | |
| Electric - Ambient | | 36,000.00 |
| Electric - Cultivation | | 300,000.00 |
| Propane - Ambient | | 16,200.00 |
| Propane - Cultivation | | 5,400.00 |
| | | |
| Licenses | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 40,000.00 |
| | | |
| Building Costs | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 46,500 sq. ft. | 139,500.00 |
| | | |
| Unusual Expenses | | |
| Science Dept Expense Contribution | 7.5% of Revenues | 1,371,562.50 |
| Low Income Program | 7.5% of Revenues | 1,371,562.50 |
| | | |
| Insurance | | |
| Insurance - Property & Casualty | Includes Business Interruption | 32,000.00 |
| Insurance - Automobile | 2 vehicles | 3,300.00 |
| | | |
| Bonuses & Incentives | 10% of Net Distribution | 1,828,750.00 |
| | | |
| TOTAL EXPENSES | | 8,367,775.00 |
| | | |
| NET PROFIT BEFORE CONTINGENCY | | 9,919,725.00 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 418,388.75 |
| | | |
| NET PROFIT | | 9,501,336.25 |
| | | |
| Net Profit as a percentage of gross revenues | | 51.96% |

**END**

# Medical pot firm partners with UMES, McCready

Two of Somerset County's largest institutions have announced separate partnerships with a startup seeking to grow medical marijuana in the county.

The University of Maryland Eastern Shore has signed an agreement with Wellness Farms to create a research and grant program for medical cannabis studies. The "first-of-its-kind" program would seek to unlock many basic mysteries about the drug, such as appropriate dosage levels and the effects of its absorption in the body, supporters say.

"We could research health benefits and hazards, examine strategies to prevent use among youth and help develop new agricultural approaches for the industry," said Dominick Murray, executive director of business and economic development at the university.

Meanwhile, McCready Health, which operates the rural county's lone hospital, has vowed to work with the fledgling firm on ways to improve health-care access.

"Our partnership will explore specific barriers for our residents to obtaining health-care services and work toward solutions to help assure access to needed services," said McCready CEO Joy Strand. "We are excited to include Wellness Farms in our efforts to improve the health status of Somerset County."

First things first: Wellness Farms needs the state's OK to grow medical marijuana, and it has lots of competition.

Its grower application is one of 146 being reviewed by the Maryland's medical marijuana commission. The state plans to approve up to 15 grower licenses, with a decision coming some time in early 2016.

The partnerships may have little bearing on the company's application. The commission will consider a variety of factors, ranging from a firm's agricultural experience to the strength of its financial backing. Its 61-page application makes no specific mention, however, of supporting research or health-access goals.

Still, the founder and CEO, Jason Walsh, said the collaborations demonstrate his company's commitment to the venture and Somerset.

"We're planning on getting this (license)," he said. "We're here boots on the ground right now believing will get one of those licenses."

Walsh and his partners in the venture have strong ties to the burgeoning medical marijuana industry.

Wellness' executive team includes Evan Anderson, owner of 14er Holistics, a medical and recreational marijuana dispensary in Boulder, Colorado. Walsh founded the Illinois Cannabis Alliance, a coalition of growers and dispenser, and he is behind a commercial marijuana farm near his home in a Chicago suburb. He also is tied to a company with a caregiver license in Michigan.

The company plans to house its Maryland grow operations in an enclosed 20,000-square-foot facility at 9260 Old Princess Anne Road near Westover.

Although nearly two dozen states, including Maryland, have legalized medical marijuana, the drug remains illegal under federal law. As a result, medical research has been practically nonexistent in the United States.

The partnership could position UMES one of the leaders in the field, Murray said.

"All this has yet to be determined. But we've agreed that this industry presents a good opportunity for beneficial research in two areas of specialty this university has — agriculture (as well as) pharmacy and health sciences," he said in a statement.

John Hudak, a Brookings Institution fellow in government studies, has researched medical marijuana policies extensively. Some states allow studies to be conducted on medical marijuana, but the relationships between research institutions and growers tend to be indirect, he said.

The federal government's crackdown on marijuana is one of the main reasons that knowledge about the drug's medicinal value remains "very limited," Hudak said.

"Not every university gives a blessing to work on this. There are trustees that don't like it. There are concerns about human subjects that makes institutional review boards hesitant to fund something like this," he said.

If the UMES work moves forward, Hudak added, "it's getting in on the ground floor of a groundbreaking research. If they can carve out a little niche in this area early on they could position themselves to be a force in this issue."