| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|---|---|---|---|---|---|---|
| 12/28/2015 | 28275890 | | 0 | $19,481.32 | 12/28/2015 | 1000176606688 |

**SunTrust**                                          **Deposit Ticket**

Date 12/28/2015

☐ Cash
☐ Coin

Account Name (print) CHANCE & ANTHEM LLC

Signature (only if receiving cash from deposit) _____

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code and any applicable collection agreement. Deposits may not be available for immediate withdrawal.

CHECKS   19481 32

Subtotal

☐ Less Cash Received

Account No.

1000176606688                              $   19481.32

⑆510001751⑆

```
120         CHECK DEPOSIT
1000176606688  Bus. Date 28Dec.2015
222
40039102 141916 3           19,481.32 TOTAL *
Transaction Date: 28Dec.2015  15:53:13 AM
```

**PLAINTIFF'S TRIAL EXHIBIT T-50**

ImageExplorer Enterprise Print                                                                                                                Page 2 of 2

| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|---|---|---|---|---|---|---|
| 12/28/2015 | 28275891 | | 3903 | $19,481.32 | 12/28/2015 | 703671268 |

