```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 59 WEB JOBT81102100423
0075339808   20151231        07
5000.00        1000176606688              000000
```

**SunTrust** — Withdrawal Ticket
Non-Negotiable
Payable to Named Depositor Only

FL-S2-53433SSC880
SIGN (X)

Print Name: Chance & Anthem LLC

Five Thousand & 00/100 — Dollars

Date: 12/31/15

Signature: [signed]

All items are accepted subject to this Financial Institution's Rules and Regulations.

Account No.: 1000176606688

Amount Withdrawn: $ 5000.00

⑆516601757⑆   996

```
150      ON US WITHDRAWAL
1000176606688  Bus. Date 31Dec.2015 AM
2         172
40062904 183055 6      5,000.00 CASH
Transaction Date: 31Dec.2015  5,000.00 TOTAL
                              12:36:00
```

**PLAINTIFF'S TRIAL EXHIBIT T-52**