

**What It's Worth**

# ECONOMIC OUTLOOK
# UPDATE

## QUARTERLY

### 4Q 2016

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-53**

# ECONOMIC OUTLOOK UPDATE QUARTERLY 4Q 2016

## ECONOMIC UPDATE AT A GLANCE (4Q 2016 SUMMARY)

The U.S. economy—as indicated by GDP—grew at an annual rate of 1.9% in the fourth quarter of 2016, which is slower than the 3.5% rate reported in the third quarter of 2016. The slowing rate is due to a decline in exports and federal government spending. Imports, however, which are subtracted in the calculation of GDP, increased. For the year 2016, GDP increased 1.6% compared with 2.6% in 2015. Consumer spending rose 2.5% in the fourth quarter. Increased spending on big-ticket items drove the fourth-quarter rise in consumer spending. Spending on long-lasting or durable goods leaped nearly 11.0%. Comparatively, consumer spending rose at a rate of 3.0% in the third quarter, although both quarters suggest the economy is growing at a steady pace. Private inventory invest-ment also helped boost GDP. Excluding inventories, GDP rose at a 0.9% rate in the fourth quarter. Total government spending rose 1.2% in the fourth quarter, marking the second consecutive quarterly increase, while state and local government spending increased following two consecutive quarters of declines. Private fixed investment, which includes residential and business spending, increased 4.2%. This marks a trend reversal after private fixed invest-ment dropped for four straight quarters. The trade deficit widened in the fourth quarter, lowering by 1.7 percentage points.

The Conference Board reported the Leading Economic Index increased 0.5% in December. Improving consumer sentiment towards the outlook for the economy drove the December increase. This indicates that the business cycle still showed strong momentum in the final months of 2016, which also suggests the economy will continue to grow, at least at a moderate pace, for the early months of 2017. For the last six months of 2016, the Leading Economic Index grew 1.4%, well ahead of the 0.2% growth recorded during the first half of the year.

Job growth continued on a solid pace in December, as employment rose by 156,000, but came in lower than the 170,000 initially projected. Job growth has averaged 165,000 jobs per month over the past three months, well above the 80,000-jobs-a-month pace the White House Council of Economic Advisers believes is needed to main-tain a low and stable unemployment rate. For year-end 2016, job gains totaled nearly 2.2 million, a decline of more than a half a million from the previous year. The unemployment rate increased 0.1 percentage point in December, to 4.7%, while the labor-force participation rate remained unchanged, at 62.7%.

As job growth continued to move forward in December, wage growth also rose. Average hourly earnings for all private-sector employees increased 10 cents in December. Average hourly earnings grew at a 2.9% annual rate in 2016, which is the fastest year-over-year gain in nearly seven years and much faster than the rate of inflation.

In December, the Federal Open Market Committee voted unanimously to raise its target range for the federal funds rate by 0.25%, to between 0.5% and 0.75%. This was the second increase in the federal funds rate since the 2008 financial crisis. In making its decision to raise the federal funds rate, the Federal Open Market Committee cited a change for the better in the economic environment since the election of President Trump.

Readings for consumer confidence improved in December. The Consumer Confidence Index improved 6.6 points, to 113.7, reaching its highest level since August 2001. The post-election surge in the index reflects consumer

*Subscribers are permitted to quote all or parts of the* Economic Outlook Update. *Please see the Disclaimer and Copyright Permission Statement at the end of the report for the terms and conditions of this grant of permission.*

optimism in the economy, jobs, and their personal income. The survey is a leading indicator of consumer attitudes, measures of confidence toward business conditions, short-term outlook, and personal finances and jobs. The Consumer Sentiment Index rose 4.4 points in December, to 98.2, reaching its highest total since 2004. The median projection in a Bloomberg survey called for a reading of 98.0. The Thomson Reuters/University of Michigan's Consumer Sentiment Index survey found that 18.0% of consumers became more optimistic about prospects for the economy and the expected favorable impact of the new president's policies on the economy. Notably, this is twice as high as the 9.0% peak in 1981, when Ronald Reagan took office.

The 4Q 2016 Wells Fargo/Gallup Small Business Index, which was reported in August, surged 12.0 points, to a reading of 80.0. This represents the highest optimism reading since January 2008 and the largest quarterly increase in a year. The report highlighted that small-business owners are more optimistic about the operating environment in 2017. The 4Q survey asked small-business owners about their priorities for the incoming president and Congress. Eighty-one percent said actions relating to the tax code, tax regulations, and tax rates for small businesses were most important. Other top priorities included the healthcare law (76.0%), government regulation of small business (70.0%), and actions that could affect oil prices or energy costs (59.0%). The report went on to note that in six key areas—financial situation, cash flow, revenues, capital spending allocation, hiring, and credit availability—the present situation dipped 5.0 points, from a reading of 29.0 in July to 24.0 points in November, while the future expectations score rose 17.0 points, from 39.0 in July to 56.0 in November.

The RSM U.S. Middle Market Business Index (MMBI) jumped 4.5 points in the fourth quarter of 2016, climbing to a reading of 120.1. The MMBI reading indicated that overall growth in the U.S. middle market is likely to slow in the final quarter of the year, though the information was gathered before the results of the presidential election. Data for six months ahead are more encouraging, particularly with respect to capital expenditures, investments, and compensation, when compared to three

## About the Analysis in this Report

A well-prepared business valuation contains a thorough and relevant economic section. Revenue Ruling 59-60 requires consideration of "the economic outlook in general and the condition and outlook of the specific industry in particular." An understanding of the economic outlook is fundamental to developing reasonable expectations about a subject company's future prospects. In any business valuation, the general economic outlook as of the appraisal date should be considered, since the national economic outlook is often the basis of how investors perceive alternative investment opportunities at any given time. Appraisers and analysts should integrate the information presented in the Economic Outlook Update with their valuation assignment and discuss how the economic information impacts their valuation assumptions and conclusions.

In this analysis, we examine the general economic climate that existed at the end of the fourth quarter of 2016. This summary provides an overview of some selected economic factors that prevailed at that time as well as a discussion of the factors that are crucial over an extended time period. Topics addressed include general economic conditions, gross domestic product, consumer prices and inflation rates, energy prices, interest rates, unemployment, consumer spending, the stock and bond markets, construction, manufacturing, real estate markets, and the future economic outlook.

**Kenny Woo** Economics and Data Editor

**Doug Twitchell** Publisher

**David Foster** CEO

**Lucretia Lyons** President

**Retta Dodge** Customer Service

The Economic Outlook Update (ISSN 1558-4062) is published monthly and quarterly by Business Valuation Resources, LLC, 1000 SW Broadway, Ste. 1200, Portland, OR, 97205. The annual subscription price for the Economic Outlook Update (EOU) is $349. Site licenses are available for those who wish to distribute EOU throughout their firms. Contact sales@bvresources.com or 503-291-7963 ext. 2 for details. Please also visit www.BVResources.com.

Although the information in this publication has been obtained from sources that BVR believes to be reliable, we do not guarantee its accuracy, and such information may be condensed or incomplete. This publication is intended for information purposes only, and it is not intended as financial, investment, legal, or consulting advice. No portion of this document can be republished without the express written consent of Business Valuation Resources, LLC.

## EXHIBIT 1A: Real Gross Domestic Product and Moving Averages



Source of data: U.S. Department of Commerce.
Note:  Figures are seasonally adjusted at annual rates. As the U.S. Department of Commerce issues revised data, some historically reported figures may change.

## EXHIBIT 1B: GDP Components—Contribution to GDP Rate



Case 19-01298-MAM    Doc 473-5    Filed 10/22/20    Page 5 of 45

months prior. U.S. long-term growth rebounded to 3.2%, from 1.4%, based on the Bureau of Economic Analysis's second estimate of gross domestic product. Of particular note, the analysis shows improvement in hiring and compensation, both of which stand near cyclical highs and are indicative of the sharp tightening seen in the U.S. labor markets, arriving at a point in the business cycle where rising wages and salaries are now likely to create narrowing profit margins for the middle market. The manufacturing sector continued to expand in December. The Institute for Supply Management (ISM) reported that its manufacturing index (PMI) rose 1.5 percentage points in December, to 54.7%. The component of the index that measures new orders rose 7.2 percentage points, and the component for production advanced 4.3 percentage points. Industrial production edged up 0.8% in December, which was the biggest increase for the index since November 2014. The manufacturing component, which is the biggest component of industrial production, advanced 0.2%. The production of durable goods increased 0.5% in December, while the production of nondurable goods declined 0.3%.

Growth in the services sector was unchanged in December and remained at the strong growth levels established in November. The ISM reported that its Non-Manufacturing Index (NMI) stayed at 57.2%, which is a 12-month high.

## EXHIBIT 2A: Historical Economic Data 2004-2016 and Forecasts 2017-2026

| | HISTORICAL DATA | | | | | | | | | | | | | CONSENSUS FORECASTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022-2026 |
| Real GDP* | 3.8 | 3.3 | 2.7 | 1.8 | -0.3 | -2.8 | 2.5 | 1.6 | 2.2 | 1.7 | 2.4 | 2.6 | 1.6 | 2.3 | 2.3 | 2.2 | 2.2 | 2.2 | 2.2 |
| Industrial production* | 2.6 | 3.3 | 2.2 | 2.5 | -3.6 | -11.5 | 5.5 | 2.9 | 2.8 | 1.9 | 2.9 | 0.3 | -1.0 | 1.5 | 2.3 | 2.4 | 2.5 | 2.4 | 2.3 |
| Consumer spending* | 3.8 | 3.5 | 3.0 | 2.2 | -0.3 | -1.6 | 1.9 | 2.3 | 1.5 | 1.5 | 2.9 | 3.2 | 2.7 | 2.5 | 2.5 | 2.3 | 2.3 | 2.3 | 2.3 |
| Real disposable personal income* | 3.6 | 1.5 | 4.0 | 2.1 | 1.5 | -0.4 | 1.0 | 2.5 | 3.1 | -1.4 | 3.5 | 3.5 | 2.7 | 2.5 | 2.7 | 2.5 | 2.3 | 2.2 | 2.3 |
| Business investment* | 5.2 | 7.0 | 7.1 | 5.9 | -0.7 | -15.6 | 2.5 | 7.7 | 9.0 | 3.5 | 6.0 | 2.1 | -0.4 | 2.7 | 3.7 | 3.8 | 3.7 | 3.8 | 3.6 |
| Nominal pretax corp. profits* | 21.5 | 15.1 | 11.4 | -7.1 | -16.0 | 8.4 | 25.0 | 4.0 | 10.0 | 1.7 | 5.9 | -3.0 | -0.3 | 4.0 | 3.7 | 4.1 | 3.4 | 3.6 | 3.9 |
| Total government spending* | 1.6 | 0.6 | 1.5 | 1.6 | 2.8 | 3.2 | 0.1 | -3.0 | -1.9 | -2.9 | -0.9 | 1.8 | 0.9 | 0.8 | 1.2 | NA | NA | NA | NA |
| Consumer price inflation* | 2.7 | 3.4 | 3.2 | 2.8 | 3.8 | -0.4 | 1.6 | 3.2 | 2.1 | 1.5 | 1.6 | 0.1 | 1.3 | 2.4 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 |
| 3-month Treasury bill rate | 1.40 | 3.22 | 4.85 | 4.48 | 1.40 | 0.15 | 0.14 | 0.05 | 0.09 | 0.06 | 0.03 | 0.1 | 0.5 | 1.1 | 1.9 | 2.8 | 2.9 | 3.0 | 3.1 |
| 10-year Treasury bond yield | 4.27 | 4.29 | 4.80 | 4.63 | 3.66 | 3.26 | 3.22 | 2.78 | 1.80 | 2.35 | 2.54 | 2.1 | 2.5 | 2.7 | 3.3 | 3.7 | 3.8 | 3.9 | 4.1 |
| Unemployment rate | 5.5 | 5.1 | 4.6 | 4.6 | 5.8 | 9.3 | 9.6 | 8.9 | 8.1 | 7.4 | 6.2 | 5.3 | 4.9 | 4.6 | 4.5 | NA | NA | NA | NA |
| *Housing starts (millions)* | 1.956 | 2.068 | 1.801 | 1.355 | 0.906 | 0.554 | 0.587 | 0.609 | 0.781 | 0.925 | 1.003 | 1.112 | 1.17 | 1.26 | 1.4 | NA | NA | NA | NA |

Source of historical data: U.S. Department of Commerce, U.S. Department of Labor, U.S. Census Bureau and The Federal Reserve Board.
Source of forecasts: *Consensus Forecasts - USA*, December 2016.
Notes:
*Numbers are based on percent change from preceding period.
Historic consumer price inflation, unemployment rate, 3-month Treasury rate, and 10-year Treasury yield are the annual averages.
**Forecast numbers are based on percent change from preceding period (excludes unemployment rate, housing starts, 3-month Treasury rate, and 10-year Treasury yield). Consumer price inflation information is annual averages. The 2016 through 2021 forecasts for the 3-month Treasury rate and 10-year Treasury yield are for the end of each period. Forecasts for 2022-2026 signify the average for that period.
Consumer spending, also known as personal consumption expenditures, includes spending on services, durable, and nondurable goods. Business investment is also referred to as nonresidential fixed investment. Total government spending includes federal, state, and local government spending.
Every month, Consensus Economics surveys a panel of 30 prominent United States economic and financial forecasters for their predictions on a range of variables including future growth, inflation, current account and budget balances, and interest rates.

The December reading marked the 89th consecutive month of growth for the services sector. The majority of respondents' comments were positive about business conditions and the overall economy, citing a very busy fourth quarter due to customers' year-end spending boost. The component that measures business activity decreased 0.3 percentage point, to 61.4%, but still indicated growth in business activity, while the component for new orders climbed 4.6 percentage points, to 61.6%.

The major stock indexes recorded gains in the fourth quarter and closed out 2016 with positive figures. The Dow Jones climbed 7.9% in the quarter and finished the year with a 13.4% gain. The Nasdaq Composite Index saw gains of 2.5% in the quarter and finished at 87% for the year. The Russell 2000 Index posted an 8.4% quarterly increase and finished the year up 19.5%, while the S&P 500 Index achieved a total return of 3.3% in the fourth quarter and recorded gains of 9.5% for the year. Treasury yields rose throughout the fourth quarter as a combination of anticipated higher levels of growth and inflation drove long-term yields higher. In addition, the Federal Reserve's decision to raise interest rates in December and raise their guidance of the pace of future rate hikes drove shorter-term yields higher. The 10-year Treasury peaked at a yield of 2.6% on December 15 as yield curves steepened and Treasury yields rose, putting downward pressure on bond prices in anticipation of the future economic policies of President Trump.

## EXHIBIT 2B: Historical Energy Data 2005-2016 and Forecasts 2017-2018

| | HISTORICAL DATA | | | | | | | | | | | | EIA FORECASTS | | % CHANGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2017 | 2018 |
| Brent crude oil spot price* | 54.60 | 65.18 | 72.49 | 96.94 | 61.75 | 79.64 | 111.33 | 111.65 | 108.56 | 98.89 | 52.32 | 43.74 | 53.50 | 56.18 | 22.3% | 5.0% |
| West Texas intermediate crude oil price* | 56.65 | 66.06 | 72.34 | 99.67 | 61.96 | 79.50 | 94.90 | 94.08 | 97.98 | 93.17 | 48.67 | 43.33 | 52.50 | 55.18 | 21.2% | 5.1% |
| Heating oil retail price** | 219.50 | 247.30 | 266.40 | 350.90 | 252.40 | 297.10 | 365.70 | 378.60 | 378.30 | 371.40 | 264.90 | 211.90 | 259.80 | 211.90 | 22.6% | -18.4% |
| Gasoline regular grade retail price** | 227.10 | 257.60 | 280.60 | 325.70 | 234.90 | 278.10 | 352.60 | 362.70 | 350.60 | 336.40 | 242.80 | 212.30 | 226.10 | 212.30 | 6.5% | -6.1% |
| Electricity residential retail price*** | 9.43 | 10.40 | 10.65 | 11.26 | 11.51 | 11.54 | 11.72 | 11.88 | 12.13 | 12.52 | 12.67 | 12.54 | 12.95 | 12.54 | 3.3% | -3.2% |
| Electricity commerical retail price*** | 8.72 | 9.46 | 9.65 | 10.26 | 10.16 | 10.19 | 10.23 | 10.09 | 10.26 | 10.74 | 10.59 | 10.37 | 10.64 | 10.37 | 2.6% | -2.5% |
| Electricity industrial retail price*** | 5.57 | 6.16 | 6.39 | 6.96 | 6.83 | 6.77 | 6.82 | 6.67 | 6.89 | 7.10 | 6.90 | 6.75 | 6.90 | 6.75 | 2.2% | -2.2% |
| Natural gas Henry Hub spot price**** | 8.81 | 6.74 | 6.98 | 8.86 | 3.95 | 4.39 | 4.00 | 2.75 | 3.73 | 4.39 | 2.72 | 2.60 | 3.67 | 3.85 | 41.2% | 4.9% |
| Airline Ticket Price Index | 236.60 | 247.30 | 251.70 | 282.00 | 258.00 | 278.20 | 304.00 | 305.00 | 312.70 | 307.70 | 292.23 | 282.95 | 294.40 | 309.07 | 4.0% | 5.0% |
| Producer Price Index: Petroleum | 1.65 | 1.93 | 2.14 | 2.72 | 1.76 | 2.25 | 2.99 | 3.07 | 2.95 | 2.78 | 1.76 | 1.44 | 1.66 | 1.44 | 15.3% | -13.3% |
| Producer Price Index: all commodities | 1.57 | 1.65 | 1.73 | 1.90 | 1.73 | 1.85 | 2.01 | 2.02 | 2.03 | 2.05 | 1.90 | 1.86 | 1.92 | 1.86 | 3.2% | -3.1% |

Source of historical and forecast data: U.S. Energy Information Administration.
Notes:
*Dollars per barrel
**Cents per gallon, U.S. average
***Cents per kilowatthour, U.S. average
****Dollars per million Btu

Housing starts rose 11.3% in December. The 2016 growth in housing starts, the strongest since 2007, came in 5.7% higher than figures for 2015. The increase can be partly attributed to a rebound in multifamily units. Building permits authorized fell 0.2% in December but remained 0.7% above their levels from a year ago due to a rise in both single-family and multifamily permits. Existing-home sales fell 2.8% in December, halting a three-month up-swing. Regardless, it was the best year for home sales in a decade. In December, homebuyers dealt with a lack of listings and quickly rising home prices as the major headwinds. Meanwhile, the surge in rates since early November ultimately caught some prospective buyers off guard and dimmed their appetite or ability to buy a home as 2016 ended. Three of the four major regions saw sales decrease in December, and the share of distressed home sales increased to 7%, up from 6% in November but down from 8% one year ago.

The National Association of Realtors Confidence Index for current conditions decreased 1.0 point in December, to a reading of 62.0 points, but remained 5.0 points higher than one year ago. Builder confidence, as measured by the National Association of Home Builders/Wells Fargo Housing Market Index, increased 7.0 points in December, to 70.0. The report noted that the indicators show that the housing market will continue on an upward path into 2017.

NAR's most recent "Commercial Real Estate Market Survey," analyzing the second quarter of 2016 (the third-quarter survey was not yet available as of this *EOU* publication date), found that commercial real estate investments continued to keep a positive pace. The report stated that 66.0% of realtors closed a commercial sale and sales volumes were up 8.4% from the same period one year ago.

**EXHIBIT 3: Key Economic Variables Actual 2004-2016 and Forecast 2017-2026**



Source of historical data: U.S. Department of Commerce, U.S. Department of Labor and The Federal Reserve Board.
Source of forecasts: Consensus Forecasts.
*Numbers are based on percent change from preceding period. Consumer price inflation information is annual averages.

## EXHIBIT 4: Economic Indicators Historical Data

| MONTHLY DATA | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 | 11/16 | 12/16 |
| Real GDP | | | 0.8 | | | 1.4 | | | 3.5 | | | 1.9 |
| Consumer Spending | | | 1.6 | | | 4.3 | | | 3.0 | | | 2.5 |
| Business investment | | | -3.4 | | | 1.0 | | | 1.2 | | | 2.4 |
| Total government spending | | | 1.6 | | | -1.7 | | | 0.8 | | | 1.2 |
| Exports | | | -0.7 | | | 1.8 | | | 10.0 | | | -4.3 |
| Imports | | | -0.6 | | | 0.2 | | | 2.2 | | | 8.3 |
| CPI (one-month % change) | 0.0 | -0.2 | 0.1 | 0.4 | 0.2 | 0.2 | 0.0 | 0.2 | 0.3 | 0.4 | 0.2 | 0.3 |
| Unemployment rate | 4.9 | 4.9 | 5.0 | 5.0 | 4.7 | 4.9 | 4.9 | 4.9 | 4.9 | 4.8 | 4.6 | 4.7 |
| PMI | 48.2 | 49.5 | 51.8 | 50.8 | 51.3 | 53.2 | 52.6 | 49.4 | 51.5 | 51.9 | 53.2 | 54.7 |
| NMI | 53.5 | 53.4 | 54.5 | 55.7 | 52.9 | 56.5 | 55.5 | 51.4 | 57.1 | 54.8 | 57.2 | 57.2 |
| HMI | 61.0 | 58.0 | 58.0 | 58.0 | 58.0 | 60.0 | 58.0 | 54.0 | 60.0 | 63.0 | 63.0 | 70.0 |
| Housing starts (millions) | 1.128 | 1.213 | 1.113 | 1.155 | 1.128 | 1.195 | 1.218 | 1.164 | 1.052 | 1.320 | 1.102 | 1.226 |
| Building permits (millions) | 1.188 | 1.162 | 1.077 | 1.130 | 1.136 | 1.153 | 1.144 | 1.152 | 1.225 | 1.260 | 1.212 | 1.210 |

Notes: Real GDP and subcomponents data only available on a quarterly basis and therefore, are quarterly figures. GDP and its subcomponents, along with housing starts and building permits, are seasonally adjusted at annual rates. PMI is the Institute of Supply Management's Manufacturing Index—any reading above 50.0% suggests growth in the manufacturing economy, whereas a reading below 50.0% indicates contraction. NMI is the Institute of Supply Management's Non-Manufacturing Index, which measures the strength of the services sector—any reading above 50.0% suggests growth, whereas a reading below 50.0% indicates contraction. HMI is the National Association of Home Builders/Wells Fargo Housing Market Index—any reading over 50 indicates that more builders view sales conditions as good than poor.

| QUARTERLY DATA | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q 13 | 2Q 13 | 3Q 13 | 4Q 13 | 1Q 14 | 2Q 14 | 3Q 14 | 4Q 14 | 1Q 15 | 2Q 15 | 3Q 15 | 4Q 15 |
| Real GDP | 2.8 | 0.8 | 3.1 | 4 | -1.2 | 4.0 | 5.0 | 2.3 | 2.0 | 2.6 | 2.0 | 0.9 |
| Consumer Spending | 1.9 | 0.8 | 1.9 | 3.4 | 1.9 | 3.8 | 3.7 | 4.6 | 2.4 | 2.9 | 2.7 | 2.3 |
| Business investment | 5.2 | 2.5 | 2.1 | 9.5 | 7.0 | 6.1 | 8.3 | -1.1 | 1.3 | 1.6 | 3.9 | -3.3 |
| Total government spending | -4.3 | -2.0 | -2.0 | -2.8 | -1.0 | 0.1 | 2.5 | -0.4 | 2.6 | 3.2 | 1.9 | 1.0 |
| Exports | 4.0 | 5.0 | 3.1 | 11.8 | -2.7 | 8.7 | 2.1 | 4.5 | -5.8 | 2.9 | -2.8 | -2.7 |
| Imports | 1.3 | 5.3 | 1.7 | 1.6 | 4.9 | 9.9 | -1.2 | 11.2 | 5.6 | 2.9 | 1.1 | 0.7 |
| CPI (3-month % change) | 0.5 | 0.0 | 0.6 | 0.5 | 0.4 | 0.5 | 0.2 | -0.4 | -0.3 | 0.7 | 0.0 | 0.2 |
| Unemployment rate | 7.5 | 7.5 | 7.2 | 6.7 | 6.6 | 6.1 | 5.9 | 5.6 | 5.5 | 5.3 | 5.1 | 5.0 |
| PMI | 52.5 | 52.3 | 55.4 | 55.9 | 55.1 | 55.3 | 55.8 | 54.9 | 52.3 | 53.1 | 50.0 | 48.0 |
| NMI | 55.1 | 54.1 | 53.8 | 53.4 | 53.9 | 56.7 | 57.9 | 56.9 | 56.9 | 56.2 | 56.7 | 55.8 |
| HMI | 44.0 | 51.0 | 57.0 | 57.0 | 46.0 | 49.0 | 59.0 | 58.0 | 52.0 | 60.0 | 61.0 | 60.0 |
| Housing starts (millions) | 0.999 | 0.852 | 0.860 | 1.010 | 0.963 | 0.927 | 1.026 | 1.080 | 0.954 | 1.211 | 1.189 | 1.16 |
| Building permits (millions) | 0.932 | 0.951 | 1.015 | 1.013 | 1.061 | 1.033 | 1.053 | 1.077 | 1.038 | 1.337 | 1.129 | 1.201 |

Notes: Unemployment rate, housing starts, building permits, PMI, NMI, and HMI are readings from the last month of the quarter. GDP and its subcomponents, along with housing starts and building permits, are seasonally adjusted at annual rates.

| YEARLY DATA | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Real GDP | 3.3 | 2.7 | 1.8 | -0.3 | -2.8 | 2.5 | 1.6 | 2.2 | 1.7 | 2.4 | 2.6 | 1.6 |
| Consumer Spending | 3.5 | 3.0 | 2.2 | -0.3 | -1.6 | 1.9 | 2.3 | 1.5 | 1.5 | 2.9 | 3.2 | 2.7 |
| Business investment | 7.0 | 7.1 | 5.9 | -0.7 | -15.6 | 2.5 | 7.7 | 9.0 | 3.5 | 6.0 | 2.1 | -0.4 |
| Total government spending | 0.6 | 1.5 | 1.6 | 2.8 | 3.2 | 0.1 | -3.0 | -1.9 | -2.9 | -0.9 | 1.8 | 0.9 |
| Exports | 6.3 | 9.0 | 9.3 | 5.7 | -8.8 | 11.9 | 6.9 | 3.4 | 3.5 | 4.3 | 0.1 | 0.4 |
| Imports | 6.3 | 6.3 | 2.5 | -2.6 | -13.7 | 12.7 | 5.5 | 2.2 | 1.1 | 4.4 | 4.6 | 1.1 |
| Consumer Price Index | 3.4 | 3.2 | 2.8 | 3.8 | -0.4 | 1.6 | 3.2 | 2.1 | 1.5 | 1.6 | 0.1 | 1.3 |
| Unemployment rate | 5.1 | 4.6 | 4.6 | 5.8 | 9.3 | 9.6 | 8.9 | 8.1 | 7.4 | 6.2 | 5.3 | 4.9 |
| Housing starts (millions) | 2.068 | 1.801 | 1.355 | 0.906 | 0.554 | 0.587 | 0.609 | 0.781 | 0.925 | 1.003 | 1.112 | 1.166 |
| Building permits (millions) | 2.155 | 1.838 | 1.398 | 0.905 | 0.583 | 0.605 | 0.624 | 0.830 | 0.991 | 1.052 | 1.183 | 1.187 |

Notes: Yearly Consumer Price Index rates and yearly unemployment rates are the annual average rates.
Personal consumption includes spending on services and durable and nondurable goods. Government spending includes federal, state, and local government spending. As the government issues revised data, some historical reported figures may have changed.
Source of data: U.S. Department of Commerce, U.S. Department of Labor, U.S. Census Bureau, The Federal Reserve Board, the Institute of Supply Management, and the National Association of Home Builders.

# 1. GROSS DOMESTIC PRODUCT

The Bureau of Economic Analysis (BEA) reported that the nation's economy—as indicated by GDP—grew at an annual rate of 1.9% in the fourth quarter of 2016. GDP growth for the fourth quarter represents a slowdown from the 3.5% growth the economy experienced in the third quarter and is also below analysts' estimates of 2.2%. This also marked the 11th straight year the economy failed to grow at a 3.0% rate. GDP growth for the quarter saw contributions from personal consumption expenditures, private inventory investment, residential fixed investment, nonresidential fixed investment, and state and local government spending that were partly offset by negative contributions from exports and federal government spending. Imports, which are subtracted in the calculation of GDP, increased.

Final sales of domestic product rose in the fourth quarter, increasing at a rate of 0.9%, which is slower than the rate of 3.0% in the third quarter. Final sales of domestic product are GDP minus the influence of private inventory investment, which tends to be volatile from quarter to quarter. Final sales to domestic purchasers, or GDP excluding trade and inventories, rose at a rate of 2.5% in the fourth quarter compared to a rate of 2.1% in the third quarter.

The increase in fourth-quarter GDP was the result of positive contributions from personal consumption expenditures, private inventory investment, residential fixed investment, nonresidential fixed investment, and state and local government spending that were partly offset by negative contributions from exports and federal government spending. Imports, which are subtracted in the calculation of GDP, increased.

(See Exhibits 1A, 1B, 2A, and 4 for historic and forecasted GDP figures.)

## 1.1 CONSUMER SPENDING

Consumer spending grew at a rate of 2.5% during the fourth quarter of 2016, maintaining a healthy rate despite a slowdown in GDP. Consumer spending growth decelerated from the third-quarter rate of 3.0%. For the year, consumer spending grew 2.7%. Consumer spending, also referred to as "personal consumption," accounts for approximately 70% of the U.S. GDP.

The fourth quarter's figures in consumer spending reflected a slowdown in spending on services but growth in long-lasting goods. Consumer spending contributed 1.70 percentage points to the fourth-quarter GDP rate.

(See Exhibits 2A and 4 for historic and forecasted consumer spending figures.)

Consumer spending on durable goods—items meant to last three years or more, such as computers, cars, and machinery—rose at a rate of 10.9% in the fourth quarter. This was a deceleration from the third-quarter rate, when durable goods spending increased at an 11.6% pace. Consumer spending on durable goods grew 5.7% in 2016, a decline from 6.9% the previous year. Overall, consumer spending on durable goods accounted for 0.79 percentage point to the GDP. Consumer spending on nondurable goods—items such as food and gasoline—increased at a rate of 2.3% in the fourth quarter, a reversal from the declining rate of 0.5% in the prior quarter. Consumer spending on nondurable goods grew 2.4% in 2016, a decline from 2.6% the previous year.

Service expenditures grew at a rate of 1.3% in the fourth quarter of 2016, down from the 2.7% rate in the prior quarter. The decrease in spending on household services occurred most notably on housing and utilities. On the year, service expenditures grew at 2.3%, down from 2.8% the previous year.

## EXHIBIT 5A: Total U.S. Retail Sales—Past 24 Months



## EXHIBIT 5B: Total U.S. Retail Sales Change From One Year Prior—Past 24 Months With Averages



Source of data: U.S. Department of Commerce.
Notes: Monthly retail and food services sale are seasonally adjusted.

## EXHIBIT 5C: Total Retail Sales—Monthly Change Since 2008

## EXHIBIT 5D: Total Retail Sales—Percent Change From One Year Prior Since 2008

Source of data: U.S. Department of Commerce.
Notes: Monthly retail and food services sale are seasonally adjusted.

www.BVResources.com | © 2017 Business Valuation Resources, LLC, (503) 291-7963. All Rights Reserved.

American spending increased in December, marking the eighth monthly increase in the past nine months. Retail sales climbed up 0.6% in December. Retail sales remain up 4.1% from one year ago. Economists view retail sales as a key economic indicator since consumer spending accounts for nearly two-thirds of the U.S. economy.

The report showed that the sales increases were broad-based in December, with eight of the 13 major categories seeing greater sales. Motor vehicle and parts dealers, gasoline stations, and nonstore retailers showed the biggest increases in December. Sales at miscellaneous store retailers declined 1.0%, and sales at food services and drinking places declined 0.8%. Sales at gas stations rose 2.0% in December, though some of the rise was attributed to higher prices. (The data are not adjusted for changes in prices, so fluctuating fuel costs can affect gas station receipts.)

Core retail sales rose modestly, by 0.2%, in December. Core retail sales have increased 3.3% over the past year. The core retail sales figure excludes sales of automobiles, gasoline, building materials, and food services and corresponds most closely with the consumer-spending component of gross domestic product.

(See Exhibit 5 for total retail and food service sales figures.)

## 1.2 GOVERNMENT SPENDING

Total government spending grew at a rate of 1.2% in the fourth quarter of 2016, after growing at a rate of 0.8% in the prior quarter. The fourth-quarter rise in government spending added 0.21 percentage point to the GDP rate. In 2016, government spending increased at 0.9% compared to 1.8% in 2015.

(See Exhibits 2A and 4 for historic and forecasted government spending figures.)

Federal government spending declined at a rate of 1.2% in the fourth quarter, the third quarterly decline in 2016. Federal government spending subtracted 0.08 percentage point from the fourth-quarter GDP rate. Overall, government spending has been an absentee player in GDP growth since 2010.

National defense spending declined at a 3.6% rate in the fourth quarter of 2016. National defense spending declined 0.7% in 2016, after falling 2.1% in 2015. National defense spending has declined in 13 of the past 16 quarters.

Federal nondefense spending grew at a rate of 2.3% in the fourth quarter, marking the 10th consecutive quarter of increased spending.

State and local government spending grew at a rate of 2.6% in the fourth quarter, reversing declines from the previous two quarters. For the year, state and local government spending grew at 1.0% compared to 2.6% growth in 2015.

## 1.3 FIXED INVESTMENT

Business investment, also referred to as "nonresidential fixed investment," rose at a rate of 2.4% in the fourth quarter of 2016. This was the third consecutive quarterly rise in business investment and stemmed from increased business spending on equipment and intellectual property products. The rise in business investment added 0.30 percentage point to the fourth-quarter GDP.

(See Exhibits 2A and 4 for historic and forecasted business spending figures.)

Business spending on structures declined at an annual rate of 5.0% in the fourth quarter, a sharp reversal from the growth rate of 12.0% in the prior quarter. Business spending has increased three times in the past 10 quarters (in one quarter where spending on structures rose, the rate was only 0.1%). Business spending on equipment increased at a rate of 3.1% in the fourth quarter, breaking a four-quarter consecutive decline. Business spending on intellectual property products continued to be positive, rising for the 14th consecutive quarter and increasing at a rate of 6.4%.

Residential fixed investment, often considered a proxy for the housing market, grew at a rate of 10.2% in the fourth quarter. Residential fixed investment has grown in nine of the past 11 quarters. The fourth-quarter growth in residential fixed investment added 0.37 percentage point to the fourth-quarter GDP.

## 1.4 BUSINESS INVENTORIES

Businesses' inventory investments rose at a $48.7 billion pace in the fourth quarter of 2016, following a rise of $7.1 billion in the previous quarter. The fourth-quarter growth in inventory investment contributed 1.00 percentage point to GDP, making a second consecutive quarter of gains. Excluding inventories, GDP rose at a 0.9% rate in the fourth quarter.

## 1.5 EXPORTS AND IMPORTS

The GDP report showed that America's trade deficit widened in the fourth quarter due to a substantial increase in imports and a significant decrease in exports. Exports declined at a rate of 4.3% in the fourth quarter of 2016, after rising at a rate of 10.0% in the prior quarter. Exported goods decreased at a rate of 6.9% in the fourth quarter, after increasing at a rate of 14.4% in the third quarter. Exported services increased at a rate of 0.9%.

Imports, which are subtracted in the calculation of GDP, advanced at a rate of 8.3% in the fourth quarter after rising at a rate of 2.2% in the previous quarter. Imported goods moved up at a rate of 10.9% in the fourth quarter, while imported services declined at a rate of 2.7%.

Net exports (the value of exports minus the value of imports) subtracted 1.70 percentage points from the fourth-quarter GDP, after adding 0.85 point in the prior quarter.

(See Exhibit 4 for historic export and import figures.)

## 2. CONSUMER PRICES AND INFLATION RATES

According to the Bureau of Economic Analysis, the price index for gross domestic purchases rose 2.0% in the fourth quarter of 2016, following an increase from the 1.5% in the previous quarter. The price index for gross domestic purchases measures prices U.S. residents pay for goods and services. The "core" (less food and energy prices) personal consumption expenditures index increased 1.3% in the fourth quarter, compared to a 1.7% increase in the prior quarter. The core personal consumption expenditures index measures the prices consumers pay for goods and services without the volatility caused by movements in food and energy prices to reveal underlying inflation trends.

Consumer prices rose in December, driven by a substantial increase in the indices for gas and for shelter, as in September, October, and November. The Consumer Price Index (CPI) rose 0.3% in December, on a seasonally adjusted basis, and is up 2.1% over the past 12 months. CPI is a measure of a basket of products and services—including housing, electricity, food, and transportation—and is used as a measure of inflation. CPI is comprised of three main indices: the food index, the energy index, and the all items less food and energy index (also known as "Core CPI"). Core CPI is a measure of inflation that excludes volatile food and energy costs.

The food index remained unchanged in December for the sixth consecutive month. The food-at-home index declined 0.2%, marking the eighth month in a row of declines and offsetting an increase in the index for food away from home. The index for food has declined 0.2% over the past 12 months.

The energy index increased 1.5% in December, primarily driven by an increase in the gasoline index. The electricity index remained unchanged in December, although, for the year, the index increased 0.7% after declining 1.5% in 2015. The index for natural gas fell 0.4% in December, its second straight month of decline after following four consecutive months of gains.

Core CPI increased 0.2% in December, following a rise of 0.2% in the prior month. The indices for transportation services advanced 0.6%, while the index for medical care rose 0.1% in December. Core CPI has risen 2.2% over the past 12 months.

(See Exhibits 2A, 4, and 6 for historic and forecasted CPI figures.)

The Producer Price Index (PPI) increased 0.3% in December, on a seasonally adjusted basis. For the year, PPI is up 1.6% after falling 1.1% in 2015. The year 2016 posted the largest rise since a 1.3% gain for the 12 months that ended November 2014. PPI is a gauge of inflation in the manufacturing process that can be a precursor to inflation in consumer prices. PPI for final demand is comprised of two main indices: final demand services and final demand goods.

The index for final demand goods advanced 0.7% in December following a gain of 0.2% in the prior month. This is the largest increase for the index since it rose 0.7% in June. Nearly 80% of the advance in the final demand index is attributable to the 0.7% gain for the month. The final demand index increased 1.6% over the year.

The index for final demand services increased 0.1% in December, after increasing 0.5% in November. Most of the December advance can be attributed to prices for securities brokerage, dealing, investment advice, and related services. The index for final demand trade services advanced 0.2%. Conversely, prices for final demand transportation and warehousing services declined 0.4%.

The index for final demand goods less volatile food and energy rose 0.3% in December. The index for final demand goods less food and energy was up 1.7% from its level one year ago.

(See Exhibit 6 for historic PPI figures.)

## 3. ENERGY PRICES

The Energy Information Administration (EIA) reported that the spot price for a barrel of West Texas Intermediate (WTI) crude oil was $53.75 at the end of 2016. This was up from $47.72 at the end of the third quarter and above the price of $36.59 per barrel from a year ago. Forecasts project prices to average $53.46 in 2017 and $56.18 in 2018.

## EXHIBIT 6A: U.S. Consumer Price Index—Past 24 Months



## EXHIBIT 6B: U.S. Consumer Price Index—Past 24 Months With Averages



Source of data: U.S. Department of Labor.
Note: Data are seasonally adjusted change from the prior month. Core CPI is the All Items Less Food and Energy Index. Core PPI is the Final Demand Goods Less Foods and Energy Index.

**EXHIBIT 6C: U.S. Producer Price Index—Past 24 Months**



**EXHIBIT 6D: U.S. Producer Price Index—Past 24 Months With Averages**



Source of data: U.S. Department of Labor.
Note: Data are seasonally adjusted change from the prior month. Core CPI is the All Items Less Food and Energy Index. Core PPI is the Final Demand Goods Less Foods and Energy Index.

The regular retail gas price (conventional areas) was $2.25 per gallon at the end of the fourth quarter, up slightly from $2.17 per gallon at the end of the previous quarter and up from one year ago when the price was $1.93 per gallon. Prices are expected to rise to an average of $2.39 per gallon in 2017 and $2.44 per gallon in 2018.

The Henry Hub natural gas spot price was $3.71 per million Btu (MMBtu) at the end of the fourth quarter, up from $2.84 per MMBtu at the end of the previous quarter and above the price of $2.28 per MMBtu from one year ago.

(See Exhibit 2B for historic and forecasted energy price figures.)

## 4. INTEREST RATES

The Federal Open Market Committee (FOMC) met twice during the fourth quarter of 2016, issuing a statement from each meeting. In the December meeting, the FOMC decided to raise the target range for the federal funds rate to between 0.5% and 0.75%. The federal funds rate is the interest rate at which a commercial bank lends immediately available funds in balances at the Federal Reserve to another commercial bank. The FOMC establishes a target rate and expands or contracts the money supply with the aim that the federal funds rate, a market rate, will approximate the target rate.

The FOMC stated that it wishes to maintain an accommodative policy to further support improvement in labor market conditions and a return to 2.0% inflation. In making its decision to raise the federal funds rate, the FOMC acknowledged that economic conditions will evolve in a manner that will warrant only gradual increases in the federal funds rate. The federal funds rate is likely to remain below levels that are expected to prevail in the longer run. The actual path of the federal funds rate will depend on the economic outlook as informed by incoming data, although the FOMC also announced plans to raise rates up to three times in 2017, two to three times in 2018, and three times in 2019.

The FOMC stated that it would continue to assess a wide range of information in determining the timing and size of future adjustments to the federal funds rate, including measures of labor market conditions, indicators of inflation pressures and inflation expectations, and readings on financial and international developments. The statement also noted that, based on the Committee's expectations of economic conditions, the federal funds rate will only rise gradually and will likely remain low for some time.

FOMC stated that it found that the labor market had continued to strengthen and that economic activity has been expanding at a moderate pace since midyear. It also noted the job gains have been solid, and unemployment has declined. In addition, household spending has been rising moderately, but business investment has remained soft. It also noted that inflation increased but has continued to remain below the committee's 2.0% target, mostly due to earlier declines in energy prices and nonenergy imports.

To maintain accommodative financial conditions, the FOMC maintained its existing policy of reinvesting principal payments from its holdings of agency debt and agency mortgage-backed securities. The committee anticipated that it would continue this policy until the federal funds rate normalizes to its longer-run level.

During the fourth quarter of 2016, the Board of Governors of the Federal Reserve raised the discount rate 1.00%, to 1.25%. The discount rate is the interest rate a commercial bank is charged to borrow funds, typically for a short period, directly from a Federal Reserve Bank. This is only the second time in a decade the FOMC has raised rates.

The board of directors of each Reserve Bank establishes the discount rate every 14 days, subject to the approval of the Board of Governors.

## 5. UNEMPLOYMENT AND PERSONAL INCOME

Job growth continued to be solid in December, as employment rose by 156,000. Job growth has averaged 165,000 jobs per month over the past three months, well above the 80,000-jobs-a-month pace the White House Council of Economic Advisers believes is needed to maintain a low and stable unemployment rate. The unemployment rate increased 0.1 percentage point in December, to 4.7%, while the labor-force participation rate remained unchanged, at 62.7%. In 2016, job gains totaled nearly 2.2 million, a decline of about a half a million from the previous year.

Employment in professional and business services rose by 15,000 in December and has now risen 522,000 over the year. The healthcare sector added 43,000 jobs in December and averaged 35,000 jobs per month in 2016. Employment in the food services industry continued to rise, increasing by 30,000 in December and 247,000 over the past year. Jobs in social assistance increased, growing by 20,000 over the month and 92,000 over the last 12 months. Employment in mining, construction, wholesale trade, retail trade, information, and government changed little in December.

The unemployment rate (also known as the U3 unemployment rate) ticked upward 0.1 point in December, to 4.7%. The U3 unemployment rate is the official unemployment rate per the International Labour Organization definition and occurs when people who have actively looked for work within the past four weeks are still without jobs.

The report found that the labor-force participation rate remained unchanged in December, at 62.7%, a figure that also remained unchanged for the year. The employment-population ratio, which is the share of the working-age population with a job, remained unchanged, at 59.7%, in December. The number of long-term unemployed (those jobless for 27 weeks or more) changed little in December, at 1.8 million, or 24.2% of the unemployed. In 2016, this figure declined by 263,000.

The broadest measure of labor underutilization, the U6 unemployment rate, fell 0.1 point in December at a seasonally adjusted 9.2%. U6 unemployment is broader than U3 and includes "marginally attached workers" and people who are looking for and want full-time work but have settled for part-time employment. Marginally attached workers are people who are not actively looking for work but who have indicated that they want a job and have looked for work (without success) sometime in the past 12 months. This class also includes "discouraged workers," those who have completely given up on finding a job because they feel that they would be unable to find one.

The Hamilton Project calculates that, if the economy adds 180,000 jobs a month, which is the average monthly rate of job creation for the past 12 months, then it will take until June 2017 to close the "jobs gap" left by the recession. According to the Hamilton Project, the U.S. had a jobs gap of 0.8 million jobs as of December 2016. The jobs gap is the number of jobs that the U.S. economy needs to create to return to prerecession employment levels while also absorbing the people who enter the labor force each month. The Hamilton Project was launched in 2006 as an economic policy initiative at the Brookings Institution. The Hamilton Project is guided by an advisory council of academics, business leaders, and former public policymakers.

(See Exhibits 2A, 4, and 7 for historic and forecasted unemployment figures.)

## EXHIBIT 7A: U.S. Employment—Past 24 Months



## EXHIBIT 7B: U.S. Employment—Past 24 Months With Averages



Source of data: U.S. Department of Labor.

Notes: U3 is the official unemployment rate per the International Labour Organization definition and occurs when people are without jobs and they have actively looked for work within the past four weeks. U6 unemployment is broader than U3 to include "marginally attached workers" and people who are looking for and want full-time work but have to settle on part-time employment. "Marginally attached workers" are people who are not actively looking for work, but who have indicated that they want a job and have looked for work (without success) sometime in the past 12 months. This class also includes "discouraged workers" who have completely given up on finding a job because they feel that they just won't find one.

## EXHIBIT 7C: U.S. Employment—Since 2008



## EXHIBIT 7D: U3 Unemployment Compared With U6 Unemployment—Since 2008



Source of data: U.S. Department of Labor.
Notes: U3 is the official unemployment rate per the International Labour Organization definition and occurs when people are without jobs and they have actively looked for work within the past four weeks. U6 unemployment is broader than U3 to include "marginally attached workers" and people who are looking for and want full-time work but have to settle on part-time employment. "Marginally attached workers" are people who are not actively looking for work, but who have indicated that they want a job and have looked for work (without success) sometime in the past 12 months. This class also includes "discouraged workers" who have completely given up on finding a job because they feel that they just won't find one.

Job growth continued to be solid in December, and wage growth also experienced a boost. Average hourly earnings for all private-sector employees climbed 10 cents in December, to $26.00. By contrast, average hourly earnings for all private-sector employees were up 74 cents, or 2.9%, over the past 12 months, a rate much faster than the pace of inflation. Average hourly earnings for private-sector production and nonsupervisory employees rose by seven cents in December, to $21.80. Over the last 12 months, average hourly earnings for private-sector production and nonsupervisory employees have increased 54 cents, or 2.5%.

The average workweek for all private workers remained unchanged in December, at 34.4 hours, but was down slightly from the 34.5-hour workweek a year ago. The manufacturing workweek rose 0.1 hour in December, to 40.7 hours, while manufacturing overtime rose 0.1 hour, to 3.3 hours. The average workweek for production and non-supervisory employees remained unchanged, at 33.6 hours.

The Bureau of Economic Analysis reported that current-dollar personal income increased $152.0 billion in the fourth quarter of 2016, following an increase of $172.3 billion in the third quarter. The deceleration in personal income primarily reflected a deceleration in wages and salaries.

Disposable personal income increased $130.2 billion (+3.7%) in the fourth quarter, compared with an increase of $141.5 billion (+4.1%) in the third. Real disposable personal income rose 1.5% in the fourth quarter, compared with an increase of 2.6% in the third.

Personal saving—disposable personal income less personal outlays—was $791.2 billion in the fourth quarter, down from $818.1 billion in the third. The personal saving rate—saving as a percentage of disposable personal income—was 5.6% in the fourth quarter, down from 5.8% in the prior quarter.

## 6. INDEX OF LEADING INDICATORS

The Conference Board's Leading Economic Index (LEI) increased 0.5% in December, marking a gain for the fourth consecutive month. The gain in December brought the index level to a reading of 124.6%. The gain was fueled by positive contributions from the yield spread, stock prices, and average consumer expectations for business conditions. Over the second half of 2016, the leading economic index grew 1.4% (about a 2.8% annual rate), which is significantly faster than the 0.2% (0.3% annual rate) during the first half of 2016. With gains in the final months of 2016, the index suggests that the economy is expected to grow at least at a moderate pace in the early months of 2017.

In December, six of the 10 components that comprise LEI rose. The positive contributors, beginning with the largest, were the interest rate spread, stock prices, consumer expectations, ISM new orders, leading credit index, and orders for consumer goods and materials. The two negative contributors, beginning with the largest, were initial claims and nondefense capital goods excluding aircraft. Manufacturing workweek and building permits were the two components that remained unchanged.

The LEI is a leading American economic indicator intended to forecast future activity. The Conference Board, a nongovernmental organization, calculates the index from the values of 10 key variables, including:

- Average weekly hours, manufacturing;

- Average weekly initial claims for unemployment insurance;

- Manufacturers' new orders, consumer goods and materials;

- Institute for Supply Management's Index of New Orders;

- Manufacturers' new orders, nondefense capital goods excluding aircraft orders;

- Building permits, new private housing units;

- Stock prices, 500 common stocks;

- Leading Credit Index;

- Interest rate spread, 10-year Treasury bonds less federal funds; and

- Average consumer expectations for business conditions.

## 7. CONSUMER CONFIDENCE

Following a considerable increase in November, the Consumer Confidence Index increased in December by 6.6 points, to 113.7. This is the best reading since August 2001. The post-election surge in the index reflects consumer optimism in the economy, jobs, and their personal income. The survey is a leading indicator of consumer attitudes, measures of confidence toward business conditions, short-term outlook, and personal finances and jobs.

Consumers' impressions of current economic situations declined in December. The Present Situation Index dropped 5.9 points, to 126.1, although at levels that still show signs of confidence in the present and near-term future economy. The index's November levels had reported the highest levels since July 2007. The share of respondents who said that jobs were plentiful declined 0.9 points in December, to 26.9, while those who believed jobs are hard to get increased 1.3%, to 22.5%.

Consumers were more optimistic about the short-term outlook in December. The Expectations Index surged up 11.1 points, to 105.5. The share of consumers who expect business conditions to improve over the next six months increased by 7.2 points, to 23.6%, while the percentage who expect their incomes to increase also improved, gaining 3.6 points, moving up to 21.0%. The percentage of consumers expecting business conditions to worsen fell by 1.2%, to 8.7%.

The Conference Board found that consumers' expectations for buying plans improved modestly. Plans to purchase major appliances and homes improved slightly, while plans to purchase an automobile declined modestly.

The Consumer Confidence Index is an indicator designed to measure the degree of optimism about the state of the economy that consumers are expressing through their savings and spending. A month-on-month decreasing trend in the Consumer Confidence Index suggests consumers have a negative outlook on their ability to secure and retain good jobs, whereas a rising trend in consumer confidence indicates improvements in consumer buying patterns. Opinions on current conditions make up 40% of the index (the Present Situation Index), while expectations of future conditions comprise the remaining 60% (the Expectations Index).

Consumer sentiment increased in December, recording an annual high and reaching the highest total since 2004. The Thomson Reuters/University of Michigan's Consumer Sentiment Index climbed 4.4 points to end December with a reading of 98.2. The median projection in a Bloomberg survey called for a reading of 98.0. The Current

Conditions Index increased 4.6 points in December, to 111.9, reaching its highest level since 2005. Meanwhile, the Index of Consumer Expectations increased by 4.3 points, to 89.5, its highest level since January 2015. Overall, the data indicate that expectations for personal finances will improve in 2017.

The survey found that 18% of consumers became more optimistic about prospects for the economy and the expected favorable impact of the new president's policies on the economy. Notably, this is twice as high as the 9% peak in 1981, when Ronald Reagan took office.

Respondents' buying plans soured in December due to concerns about higher interest rates, which affect the purchases of housing and vehicles.

The Thomson Reuters/University of Michigan's Survey of Consumers is a rotating panel survey based on a nationally representative sample that gives each household in the contiguous U.S. an equal probability of being selected. Interviews are conducted by telephone throughout the month. The Index of Consumer Sentiment is composed of the Expectations Index and the Current Conditions Index and is intended to gauge how consumers feel the economic environment will change. The survey's Index of Consumer Expectations is an official component of the U.S. Leading Economic Index.

(See Exhibit 8 for consumer confidence and consumer sentiment figures.)

## 8. BUSINESS OPTIMISM

Business-owner optimism continued to climb in December. The National Federation of Independent Business's (NFIB) Small Business Optimism Index rose 7.4 points, to 105.8, its highest levels since 2004. This marks the second consecutive month in which small-business owners reported a much brighter outlook for the economy and higher expectations for their business. The December reading remained above the 42-year average of 98.0.

Seven of the 10 components that make up the Small Business Optimism Index posted a gain in December. The component that measures whether owners expected the economy to improve surged 38.0 points, to a net 50.0%, while the component that measures the expectations for higher real sales improved 20.0 points, to a net 31.0% in December. However, the component that measures owners' expectations of current job openings fell 2.0 points, to a net 29.0%. The index that measures plans to increase inventory remained unchanged.

The Small Business Optimism Index is compiled from a survey of the NFIB's 350,000 members that it conducts each month. NFIB, founded in 1943, began conducting its survey quarterly in 1974, transitioning to a monthly survey in 1986. The index is a composite of 10 seasonally adjusted components based on questions about the following: plans to increase employment, plans to make capital outlays, plans to increase inventories, whether members expect the economy to improve, whether they expect real sales will be higher, current inventory, current job opening, expected credit conditions, whether now is a good time to expand, and earnings trend. Analysts watch the index because small businesses are responsible for the majority of new job creation and the NFIB focuses on this sector of the economy.

The 4Q 2016 Wells Fargo/Gallup Small Business Index, which was reported in August, surged up 12.0 points, to 80.0. This represents the highest optimism reading since January 2008 and the largest quarterly increase in a year. The report highlighted that small-business owners are more optimistic about the operating environment in 2017. The 4Q survey asked small-business owners about their priorities for the incoming president and Congress.

Eighty-one percent said actions relating to the tax code, tax regulations, and tax rates for small businesses were most important. Other top priorities included the healthcare law (76%), government regulation of small business (70%), and actions that could affect oil prices or energy costs (59%). The report went on to note that, in six key areas—financial situation, cash flow, revenues, capital spending allocation, hiring, and credit availability—the present situation dipped five points, from 29 points in July to 24 points in November, while the future expectations score rose 17 points, from 39 in July to 56 in November.

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small-business owners on current and future perceptions of their business's financial situation. The Small Business Index is published once a quarter. The Small Business Index consists of owners' ratings of their business's current situation and their expectations for the next 12 months, measured in terms of their overall financial situation, revenue, cash flow, capital spending, number of jobs, and ease of obtaining credit. Before the recession and financial crisis of 2008-2009, Small Business Index scores were generally in triple digits. The Small Business Index reached its peak of 114.0 in December 2006 and hit its low point of -28.0 in July 2010.

The RSM U.S. Middle Market Business Index (MMBI) jumped 4.5 points in the fourth quarter of 2016, climbing to a reading of 120.1. The MMBI reading indicated that overall growth in the U.S. middle market is likely to slow in the final quarter of the year, though the information was gathered before the results of the presidential election. Data for six months ahead are more encouraging, particularly with respect to capital expenditures, investments, and compensation, when compared to three months prior. U.S. long-term growth rebounded to 3.2%, from 1.4%, based on the Bureau of Economic Analysis's second estimate of gross domestic product. Of particular note, the analysis shows improvement in hiring and compensation, both of which stand near cyclical highs and are indicative of the sharp tightening seen in the U.S. labor markets, arriving at a point in the business cycle where rising wages and salaries are now likely to create narrowing profit margins for the middle market.

The RSM U.S. Middle Market Business Index is based on quarterly survey data collected by RSM U.S. LLP and Nielsen N.V. and is developed in partnership with Moody's Analytics. The MMBI survey and data began in the first quarter of 2015, and the survey panel consists of 700 middle-market executives. An MMBI reading above 100 generally indicates that the middle market is expanding, and a reading below 100 generally indicates that the middle market is contracting.

(See Exhibit 8 for business optimism figures.)

## 9. STOCK MARKETS AND VOLATILITY

The major stock indexes recorded gains in the fourth quarter, carrying on the previous quarter's upward momentum. The Nasdaq Composite Index saw strong gains, as did the Russell 2000 index. Within the S&P 500 sectors, financial stocks jumped 21.1%, while telecommunication services stocks—which are dividend-heavy—fell nearly 4.4% as expectations grew for competition from higher bond yields.

The Dow Jones Industrial Average (Dow) saw a 7.9% price return in the fourth quarter. In 2016, the Dow had a total return of 16.5%, while also posting its best annual gains in three years. The Dow is an index of 30 of the largest and most widely held public companies in the U.S. and is considered the most-watched index in the world.

The Nasdaq Composite Index, consisting mainly of high-tech stocks, rose 2.5% in the fourth quarter and was up 7.5% for the year.

## EXHIBIT 8A: Consumer Confidence and Small Business Optimism—One Year



## EXHIBIT 8B: Consumer Confidence and Small Business Optimism—Since 2006



Source of data: The Conference Board, Thomson Reuters/University of Michigan, National Federation of Independent Business.
Notes:
* Thomson Reuters/University of Michigan Index of Consumer Sentiment
** The Conference Board Consumer Confidence Index®
*** National Federation of Independent Business Small Business Optimism Index
**** Wells Fargo/Gallup Small Business Index

## EXHIBIT 8C: Small Business Index—Prior 12 Quarters



## EXHIBIT 8D: Small Business Index—Since 2004



Source of data: The Conference Board, Thomson Reuters/University of Michigan, National Federation of Independent Business.
Notes:
* Thomson Reuters/University of Michigan Index of Consumer Sentiment
** The Conference Board Consumer Confidence Index®
*** National Federation of Independent Business Small Business Optimism Index
**** Wells Fargo/Gallup Small Business Index

The S&P 500 Index increased 3.3% in the fourth quarter. Including dividends, the S&P 500's total return was 3.8% in the fourth quarter and 12.0% in 2016. The S&P 500 consists of a representative sample of 500 leading companies of the U.S. economy and is one of the most commonly used benchmarks for the overall U.S. stock market.

The S&P MidCap 400 index improved 7.0% in the fourth quarter. The total return for the S&P MidCap 400 in 2016 was 20.1%. The S&P MidCap 400, which is distinct from the large-cap S&P 500, measures the performance of midsized companies and is the most widely followed midcap index.

The Russell 2000 Index advanced 8.4% this quarter. The total return for the Russell 2000 in 2016 was 21.3%. The Russell 2000 Index serves as a benchmark for small-cap stocks in the U.S. stock market.

(See Exhibit 9 for stock price figures.)

Market volatility eased somewhat in the fourth quarter. The Chicago Board Options Exchange Volatility Index (VIX)—a popular volatility measure—saw a high reading of 22.5, up from a high of 18.1 in the third quarter. The average VIX reading for the fourth quarter was comparable to that in the second: 14.1 compared to 13.2.

The VIX represents the implied volatility of 30-day options on the Standard & Poor's 500 stocks and has been termed by analysts and investors as the "fear gauge." Accordingly, the VIX represents the expected volatility of the market, as represented by the S&P 500. Stock market professionals use the VIX to gauge investor sentiment. Values greater than 30 are generally associated with a large amount of volatility as a result of investor fear or uncertainty, while values below 20 generally correspond to less stressful, even complacent, times in the markets.

(See Exhibit 9 for VIX figures.)

## 10. BOND MARKETS

Treasury yields rose throughout the fourth quarter, as markets reacted to potential economic policies implemented under President Trump. Pro-growth policy proposals such as infrastructure spending, tax cuts, and deregulation would cause inflation to accelerate and force the Fed to raise interest rates, which in turn would push yields higher.

The 30-day T-bill rate was 0.25% at the beginning of the fourth quarter of 2016 and rose to 0.44% by the end of the quarter. The five-year Treasury ended the fourth quarter with a yield of 1.93%, up from a yield of 1.18% at the beginning of the quarter.

The 10-year Treasury bond yield rose from 1.63% at the beginning of the fourth quarter to 2.45% at the end of December. The 20-year Treasury bond yield advanced from 2.01% at the start of the fourth quarter to 2.79% at the end.

The prime lending rate began the fourth quarter at 3.50% before finishing December at 3.75%. The discount window (primary credit) also rose in the fourth quarter, gaining 0.25 percentage point, to 1.25%.

(See Exhibits 2A, 10, 11, and 12 for historic and forecasted Treasury, bond, and federal funds rate figures.)

## 11. CONSTRUCTION

Housing starts increased in December, with privately owned housing starts rising at a seasonally adjusted annual rate of 1,226,000 in December, up 11.3% from the previous month and up 5.7% over the past 12 months. The

## EXHIBIT 9: Stock Market Historical Data

| QUARTERLY PRICE RETURNS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (%) | 1Q 14 | 2Q 14 | 3Q 14 | 4Q 14 | 1Q 15 | 2Q 15 | 3Q 15 | 4Q 15 | 1Q 16 | 2Q 16 | 3Q 16 | 4Q 16 |
| DJIA | -0.7 | 2.2 | 1.3 | 4.6 | -0.3 | -0.9 | -7.6 | 7.0 | 1.5 | 1.4 | 2.1 | 7.9 |
| Nasdaq Composite | 0.5 | 5 | 1.9 | 5.4 | 3.5 | 1.8 | -7.4 | 8.4 | -2.7 | -0.6 | 9.7 | 2.5 |
| S&P 500 | 1.3 | 4.7 | 0.6 | 4.4 | 0.4 | -0.2 | -6.9 | 6.5 | 0.8 | 1.9 | 3.3 | 3.3 |
| S&P MidCap 400 | 2.7 | 3.9 | -4.3 | 5.9 | 4.9 | -1.4 | -8.9 | 2.2 | 3.3 | 3.6 | 3.7 | 7.0 |
| Russell 2000 | 0.8 | 1.7 | -7.7 | 9.4 | 4 | 0.1 | -12.2 | 3.2 | -1.9 | 3.4 | 8.7 | 8.4 |

| YEARLY PRICE RETURNS | | | | | | | | | FORECAST* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (%) | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| DJIA | 6.4 | -33.8 | 18.8 | 11.0 | 5.5 | 7.3 | 26.5 | 7.5 | -2.2 | 16.5 | | |
| Nasdaq Composite | 9.8 | -40.5 | 43.9 | 16.9 | -1.8 | 15.9 | 38.3 | 13.4 | 5.7 | 7.5 | | |
| S&P 500 | 3.5 | -38.5 | 23.5 | 12.8 | 0.0 | 13.4 | 29.6 | 11.4 | -0.7 | 12.0 | 2.9 | |
| S&P MidCap 400 | 6.7 | -37.3 | 35.0 | 24.9 | -3.1 | 16.1 | 31.6 | 8.2 | -3.7 | 20.7 | | |
| Russell 2000 | -2.7 | -34.8 | 25.2 | 25.3 | -5.5 | 14.6 | 37.0 | 3.5 | -5.7 | 21.3 | | |

| MONTHLY DATA | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 | 11/16 | 12/16 |
| DJIA | 16,466.3 | 16,516.5 | 17,685.1 | 17,773.6 | 17,787.2 | 17,930.0 | 18,432.2 | 18,400.9 | 18,308.2 | 18,142.4 | 19,123.6 | 19,762.6 |
| Nasdaq Composite | 4,614.0 | 4,558.0 | 4,869.9 | 4,775.4 | 4,948.1 | 4,842.7 | 5,162.1 | 5,213.2 | 5,312.0 | 5,819.1 | 5,323.7 | 5,444.5 |
| S&P 500 | 1,940.2 | 1,932.2 | 2,059.7 | 2,065.3 | 2,097.0 | 2,098.9 | 2,173.6 | 2,171.0 | 2,168.3 | 2,126.2 | 2,198.8 | 2,238.8 |
| S&P MidCap 400 | 1,317.7 | 1,334.2 | 1,445.2 | 1,461.7 | 1,493.1 | 1,496.5 | 1,559.5 | 1,564.8 | 1,552.3 | 1,509.5 | 1,627.5 | 1,660.6 |
| Russell 2000 | 1,035.4 | 1,033.9 | 1,114.0 | 1,130.9 | 1,154.8 | 1,151.9 | 1,219.9 | 1,239.9 | 1,251.7 | 1,191.4 | 1,322.3 | 1,357.1 |
| VIX** | 27.6 | 28.1 | 18.7 | 16.3 | 16.3 | 25.8 | 15.6 | 13.7 | 18.1 | 17.1 | 22.5 | 14.1 |

| Quarterly Data | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q 13 | 2Q 13 | 3Q 13 | 4Q 13 | 1Q 14 | 2Q 14 | 3Q 14 | 4Q 14 | 1Q 15 | 2Q 15 | 3Q 15 | 4Q 15 |
| DJIA | 14,578.54 | 14,909.60 | 15,129.67 | 16,576.66 | 16,457.66 | 16,826.60 | 17,042.90 | 17,823.07 | 17,776.12 | 17,619.51 | 16,284.70 | 17,425.03 |
| Nasdaq Composite | 3,267.52 | 3,403.25 | 3,771.48 | 4,176.59 | 4,198.99 | 4,408.18 | 4,493.39 | 4,736.05 | 4,900.88 | 4,986.87 | 4,620.16 | 4,736.05 |
| S&P 500 | 1,569.19 | 1,606.28 | 1,681.55 | 1,848.36 | 1,872.34 | 1,960.23 | 1,972.29 | 2,058.90 | 2,067.89 | 2,063.11 | 1,920.03 | 2,058.90 |
| S&P MidCap 400 | 1,153.68 | 1,160.82 | 1,243.85 | 1,342.53 | 1,378.50 | 1,432.94 | 1,370.97 | 1,452.44 | 1,524.03 | 1,502.17 | 1,368.91 | 1,452.44 |
| Russell 2000 | 951.54 | 977.48 | 1,073.79 | 1,163.64 | 1,173.04 | 1,192.96 | 1,101.68 | 1,204.70 | 1,252.77 | 1,253.95 | 1,100.69 | 1204.7 |
| VIX** | 19.0 | 20.5 | 17.0 | 20.3 | 21.4 | 12.7 | 17.0 | 25.3 | 22.4 | 18.9 | 40.7 | 25.3 |

| YEARLY DATA | | | | | | | | | | FORECAST* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| DJIA | 13,264.82 | 8,776.39 | 10,428.05 | 11,577.51 | 12,217.56 | 13,104.14 | 16,576.66 | 17,823.07 | 17,425.03 | 19,762.60 | | |
| Nasdaq Composite | 2,652.28 | 1,577.03 | 2,269.15 | 2,652.87 | 2,605.15 | 3,019.51 | 4,176.59 | 4,736.05 | 5,007.41 | 5,383.12 | | |
| S&P 500 | 1,468.36 | 903.25 | 1,115.10 | 1,257.64 | 1,257.60 | 1,426.19 | 1,848.36 | 2,043.94 | 2,238.83 | 2,314.50 | 2,400.00 | |
| S&P MidCap 400 | 858.20 | 538.28 | 726.67 | 907.25 | 879.16 | 1,020.43 | 1,342.53 | 1,452.44 | 1,398.58 | 1,660.58 | | |
| Russell 2000 | 766.03 | 499.45 | 625.39 | 783.65 | 740.92 | 849.35 | 1,163.64 | 1204.7 | 1,135.89 | 1,357.13 | | |
| VIX** | 31.1 | 80.9 | 56.7 | 45.8 | 48.0 | 26.7 | 20.5 | 25.3 | 40.7 | 28.1 | | |

Source of data: Yahoo! Finance
Index Tickers: ^DJI, ^IXIC, ^GSPC, ^MID, ^RUT, ^VIX
Notes: Quotes are closing prices on the last day of trade for the month.
*Source: The Livingston Survey, June 2016
**VIX values reported are the highest value of the respective time period. VIX is a popular volatility measure; higher values correspond to greater volatility.

## EXHIBIT 10: Bond Market Historical Data

| PERIODIC DATA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 10/16 | | | 11/16 | | | 12/16 | | |
| (%) | BM | MM | EM | BM | MM | EM | BM | MM | EM |
| 30-day Treasury Bill[1] | 0.25 | 0.26 | 0.20 | 0.24 | 0.30 | 0.38 | 0.32 | 0.48 | 0.44 |
| 5-year Treasury Note[1] | 1.18 | 1.28 | 1.31 | 1.30 | 1.68 | 1.83 | 1.90 | 2.10 | 1.93 |
| 10-year Treasury Bond[1] | 1.63 | 1.80 | 1.84 | 1.83 | 2.23 | 2.37 | 2.45 | 2.60 | 2.45 |
| 20-year Treasury Bond[1] | 2.01 | 2.22 | 2.25 | 2.24 | 2.64 | 2.73 | 2.82 | 2.89 | 2.79 |
| Prime lending rate | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.75 | 3.75 |
| Federal funds rate | 0.29 | 0.41 | 0.31 | 0.41 | 0.41 | 0.31 | 0.41 | 0.66 | 0.55 |
| Discount window primary credit rate | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.25 | 1.25 |
| Corporate Bonds Moody's Seasoned Aaa[4] | N/A | N/A | N/A | N/A | N/A | N/A | 3.24 | 3.52 | 3.44 |
| Corporate Bonds Moody's Seasoned Baa[4] | N/A | N/A | N/A | N/A | N/A | N/A | 4.19 | 4.43 | 4.29 |

Notes: BM=beginning of month, MM = mid-month, EM = end of month

| MONTHLY DATA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (%) | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 |
| 30-day Treasury Bill[1] | 0.23 | 0.26 | 0.25 | 0.19 | 0.23 | 0.22 | 0.26 | 0.26 | 0.19 |
| 5-year Treasury Note[1] | 1.52 | 1.22 | 1.38 | 1.26 | 1.30 | 1.17 | 1.07 | 1.13 | 1.18 |
| 10-year Treasury Bond[1] | 2.09 | 1.78 | 1.89 | 1.81 | 1.81 | 1.64 | 1.50 | 1.56 | 1.63 |
| 20-year Treasury Bond[1] | 2.49 | 2.20 | 2.28 | 2.21 | 2.22 | 2.02 | 1.82 | 1.89 | 2.02 |
| Prime lending rate[2] | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 3.50 | 0.35 | 0.35 | 0.35 |
| Federal funds rate[2] | 0.34 | 0.38 | 0.36 | 0.37 | 0.37 | 0.38 | 0.39 | 0.40 | 0.40 |
| Discount window primary credit rate[2] | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Corporate Bonds Moody's Seasoned Aaa[4] | 4.00 | 3.96 | 3.82 | 3.62 | 3.65 | 3.5 | 3.28 | 3.31 | 3.41 |
| Corporate Bonds Moody's Seasoned Baa[4] | 5.45 | 5.34 | 5.13 | 4.79 | 4.68 | 4.53 | 4.22 | 4.24 | 4.31 |

| YEARLY DATA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (%) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| 30-day Treasury Bill[1] | 1.29 | 0.10 | 0.11 | 0.04 | 0.07 | 0.05 | 0.03 | 0.04 | 0.25 |
| 5-year Treasury Note[1] | 2.80 | 2.20 | 1.93 | 1.52 | 0.76 | 1.17 | 1.64 | 1.53 | 1.33 |
| 10-year Treasury Bond[1] | 3.66 | 3.26 | 3.22 | 2.78 | 1.80 | 2.35 | 2.54 | 2.14 | 1.84 |
| 20-year Treasury Bond[1] | 4.36 | 4.11 | 4.03 | 3.62 | 2.54 | 3.12 | 3.07 | 2.55 | 2.22 |
| Prime lending rate[3] | 5.09 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.26 | 3.51 |
| Federal funds rate[3] | 1.92 | 0.16 | 0.18 | 0.10 | 0.14 | 0.11 | 0.09 | 0.13 | 0.39 |
| Discount window primary credit rate[3] | 2.39 | 0.50 | 0.72 | 0.75 | 0.75 | 0.75 | 0.75 | 0.76 | 1.01 |
| Corporate Bonds Moody's Seasoned Aaa[4] | 5.63 | 5.31 | 4.94 | 4.64 | 3.67 | 4.23 | 4.16 | 3.89 | N/A |
| Corporate Bonds Moody's Seasoned Baa[4] | 7.44 | 7.29 | 6.04 | 5.66 | 4.94 | 5.10 | 4.85 | 5.00 | N/A |

Source of data: The Federal Reserve Board.
Notes: (1) Yields on actively traded non-inflation-indexed issues adjusted to constant maturities (2) Monthly figures are averages of each calendar day in the month (3) Annualized figures use a 360-day year or bank interest (4) Average yield to maturity on selected long-term bonds



**EXHIBIT 11: Treasury Historical Data**



**EXHIBIT 12: Prime Lending and Federal Funds Historical Data**



construction of single-family homes decreased 4.0% in December but rose 3.9% over the past 12 months. The construction of multifamily homes increased 53.9% in December and 10.3% over the past year. The multifamily-home sector, which consists of buildings with five units or more, tends to be more volatile than the single-family-home sector.

(See Exhibits 2 and 4 for historic and forecasted housing starts figures.)

Building permit authorizations for privately owned housing units, considered a leading indicator of demand for new homes, rose at a seasonally adjusted rate of 1,210,000 in December. This is 0.2% below the rate reported in the prior month but 0.7% above the rate from one year ago. Building permits for single-family housing units edged up 4.7% in December and were up 10.7% from one year ago. Building permits for multifamily housing units fell 10.1% in December and were down 17.1% from one year ago.

(See Exhibit 4 for building permit authorization figures.)

The U.S. Census Bureau reported that overall spending on construction was at a seasonally adjusted annual rate of $1,181.5 billion in December. This figure was 0.2% below the November rate of $1,184.4 billion but 4.2% above the $1,133.7 billion rate from one year ago. Overall construction spending amounted to $1,162.4 billion in 2016, 4.5% above the $1,112.4 billion spent in 2015.

Spending on all private construction was at a seasonally adjusted annual rate of $897.0 billion in December, 0.2% above the November rate of $894.8 billion and 6.3% above the rate from one year ago. Private residential construction spending was at a seasonally adjusted annual rate of $466.9 billion in December, 0.5% above the rate of $464.8 billion in November and 3.7% above the rate from one year ago. Private nonresidential construction was at a seasonally adjusted annual rate of $430.1 billion in December, nearly the same as the November rate of $430.1 billion but 9.2% above the rate from a year ago.

The total amount spent on private construction was $876.3 billion in 2016, up 6.4% from the amount spent during that same period in 2015. Spending on residential construction was $456.2 billion in 2016, 5.2% greater than the amount spent during that same period in 2015. Spending on nonresidential private construction was $420.1 billion in 2016, 7.8% above the amount spent during the same period in 2015.

The seasonally adjusted annual rate of total public construction spending was $284.5 billion in December, a 1.7% decrease from the November rate of $289.6 billion and 1.8% below the rate from a year ago. Educational construction was at a seasonally adjusted annual rate of $70.1 billion in December, 2.2% below the November rate of $71.6 billion but 1.5% above the rate from a year ago. Highway and street construction was at a seasonally adjusted annual rate of $94.3 billion in December, 0.6% below the November rate of $94.9 billion but 1.5% above the rate from one year ago.

The total amount spent on public construction was $286.0 billion in 2016, down 1.0% from the amount spent during that period in 2015. Spending on educational construction was $69.7 billion in 2016, 4.7% above the amount spent during that period in 2015. Spending on highway and street construction was $91.2 billion in 2016, up 2.0% from the amount spent during the same period in 2015.

## 12. MANUFACTURING

The Federal Reserve reported that total industrial production rose 0.8% in December, after falling 0.7% in November. Capacity utilization for the industrial sector increased 0.6% in December, to 75.5%, a rate that is 4.5 percentage points below its long run (1972 to 2015) average. Industrial production was up 0.5% over the past 12 months. Industrial production is an output measure of the industrial sector of the economy. The industrial sector includes manufacturing, mining, and utilities. Manufacturing accounts for approximately 75% of total industrial production.

Manufacturing increased 0.2% in December and remained above 0.2% from a year ago. The production of durable goods improved 0.5% in December, while the production of nondurable goods fell 0.3%.

In December, the jump in the output of utilities contributed substantially to gains in the indexes for consumer goods, business supplies, and materials through their energy components. The increases in utilities were due to a return to more normal temperatures following unseasonably warm weather in November. The gain last month was the largest since December 1989.

The mining index remained unchanged in December. In December, most mining industries, with the exception of coal mining, posted increases. The gains posted in crude oil extraction and in oil and gas well drilling and servicing were offset by declines reported in other mining categories. After falling for six consecutive quarters, the index for mining advanced 3.4% at an annual rate in the third quarter and jumped nearly 12.0% in the fourth quarter.

(See Exhibit 1 for historical and forecasted industrial production figures.)

Industrial capacity utilization moved up 0.6 percentage point in December, to 75.5%. Capacity utilization is the percentage of production capacity manufacturers actually use. The December capacity utilization rate is 0.4 percentage point above its level from a year ago but 4.5 percentage points below its long-run average between 1972 and 2015.

The U.S. Census Bureau announced that new orders for manufactured durable goods decreased $1.0 billion (-0.4%) in December, to $227.0 billion. December marks the second consecutive month of decline, following a 4.8% decline in November. Excluding transportation, new orders increased 0.5%. Excluding defense, new orders increased 1.7%. Orders for transportation equipment, also down for the second consecutive month, drove the December decrease by falling $1.7 billion, or 2.2%. New orders for nondefense capital goods excluding volatile aircraft orders—an indicator of business spending strength—increased 0.8% in December after rising 1.5% in February.

The manufacturing sector continued to expand in December. The Institute for Supply Management (ISM) reported that its manufacturing index (PMI) rose 1.3 percentage points in December, to 54.7%. PMI is an indicator of the economic health of the manufacturing sector and is based on data compiled from purchasing and supply executives nationwide.

A reading above 50.0% indicates that the manufacturing economy is generally expanding; a reading below 50.0% indicates that it is generally contracting. A PMI in excess of 43.2%, over a period of time, generally indicates an expansion of the overall economy. Therefore, the PMI reading indicates that December was the third consecutive month of growth in the manufacturing sector and the 90th straight month of growth in the overall economy.

Eleven of the 18 manufacturing sectors surveyed in December reported growth. The report stated that, based on the past relationship between PMI and the overall economy, if the average PMI for January through December

(51.5%) were annualized, it would correspond to a 2.6% increase in real GDP annually. If PMI for December were annualized (54.7%), it would correspond to a 3.6% increase in GDP annually.

The component for new orders increased 7.2 percentage points in December, to 60.2%. This reading indicates growth in new orders for the fourth consecutive month. A New Orders Index above 52.2%, over time, is generally consistent with an increase in the census bureau's series on manufacturing orders.

The component for production increased 4.3 percentage points in December, improving to 60.3%. This indicates growth in new orders for the fourth consecutive month. An index above 51.3%, over time, is generally consistent with an increase in the Federal Reserve Board's industrial production figures.

The manufacturing employment component improved 0.8 percentage points in December, to 53.1%, indicating growth in manufacturing in December for the third consecutive month. An Employment Index above 50.6%, over time, is generally consistent with an increase in the Bureau of Labor Statistics' data on manufacturing employment.

The index that tracks inventory declined 2.0 percentage points in December, to 47.0%, and indicated that raw materials inventories contracted for the 18th consecutive month. This indicates that manufacturers' inventory levels were in line with current and expected demand. An Inventories Index greater than 42.8%, over time, is generally consistent with expansion in the Bureau of Economic Analysis's figures on overall manufacturing inventories.

The component that measures prices surged in December, up 11.0 percentage points, to 65.5%. This measure indicates growth. In December, 21.0% of respondents reported paying higher prices, 12.0% reported paying lower prices, and 67.0% reported paying the same prices. A Prices Index above 52.4%, over time, is generally consistent with an increase in the Bureau of Labor Statistics' Index of Manufacturers Prices.

(See Exhibits 4 and 13 for historical PMI figures.)

## 13. SERVICES

Growth in the services sector was unchanged in December, remaining at the strong levels established in November. The ISM reported that its Non-Manufacturing Index (NMI) stayed at 57.2%.

NMI measures the strength of the services sector and is based on data compiled from purchasing and supply executives nationwide. A reading above 50.0% indicates that the services sector of the economy is generally expanding, whereas a reading below 50.0% indicates that the services sector is generally contracting. An NMI in excess of 48.9%, over time, generally indicates an expansion in the overall economy. Therefore, the December NMI indicates an expansion in the services sector for the 83rd consecutive month and growth in the overall economy for the 89th consecutive month.

Twelve of the 18 nonmanufacturing sectors surveyed in December reported growth. The majority of the respondents' comments were positive about business conditions and the direction of the overall economy. The report noted that, based on the past relationship between the NMI and the overall economy, if NMI for December were annualized (57.2%), it would correspond to a 3.3% increase in GDP.

The component that measures business activity declined 0.3 percentage points in December, to 61.4%, although the index indicates that business activity grew for the 89th consecutive month. Eleven of the industries in the index reported growth in business activity for the month. The new orders component of the index climbed 4.6 percentage

## EXHIBIT 13A: Manufacturing, Services, and Housing Indicators—Past 24 Months



## EXHIBIT 13B: Manufacturing, Services, and Housing Indicators—Since 2008



Source of data: Institute for Supply Management and the National Association of Home Builders.

Notes: PMI is the Institute of Supply Management's Manufacturing Index—any reading above 50.0% suggests growth in the manufacturing economy, whereas a reading below 50.0% indicates contraction. NMI is the Institute of Supply Management's Non-Manufacturing Index, which measures the strength of the services sector—any reading above 50.0% suggests growth, whereas a reading below 50.0% indicates contraction. HMI is the National Association of Home Builders/Wells Fargo Housing Market Index—any reading over 50 indicates that more builders view sales conditions as good than poor.

points, to 61.6%, signaling growth in new orders for the 89th consecutive month. Ten of the industries in this index reported a growth in new orders for the month. The employment component declined 4.4 percentage points, to 53.8%, in December, although it remained at a reading indicating employment grew for the seventh consecutive month. Nine of the industries reported increased employment, while four industries reported decreased employment for the month.

(See Exhibits 4 and 13 for historical NMI figures.)

## 14. REAL ESTATE

### NATIONAL ASSOCIATION OF HOME BUILDERS

Builder confidence rose in December, indicating that homebuilders continue to be positive about the housing market. The National Association of Home Builders (NAHB)/Wells Fargo Housing Market Index (HMI) reached a reading of 70.0 in December, the index's highest level since July 2005. An HMI reading above 50.0 indicates that more builders view sales conditions as good, rather than poor. HMI has now been above the 50.0-point benchmark for 29 consecutive months. The report noted that the indicators show that the housing market will continue on an upward path into 2017.

All of the three HMI components increased in December. The component that measures expectations for single-family sales in the next six months increased 9.0 points, to 78.0, while the component measuring traffic of prospective buyers rose 6.0 points, to 53.0. The component that measures current sales conditions increased 7.0 points, to 76.0.

All four HMI regional indexes improved in December. The index for the Midwest rose 7.0 points, to 58.0; the Northeast climbed 10.0 points, to 57.0; the West increased 10.0 points, to 86.0, while the South improved 5.0 points, to 70.0.

(See Exhibit 13 for historical HMI figures.)

### NATIONAL ASSOCIATION OF REALTORS (NAR)

Existing-home sales fell in December, halting a three-month upswing. In December, homebuyers dealt with a lack of listings and quickly rising home prices as the major headwind. Meanwhile, the surge in rates since early November ultimately caught some prospective buyers off guard and dimmed their appetite or ability to buy a home as 2016 ended. Three of the four major regions saw sales decrease in December and the share of distressed home sales increased to 7%, up from 6% in November but down from 8% one year ago.

Existing-home sales fell 2.8% in December, to an annual pace of 5.49 million sales from 5.65 million in November. Despite the December slide, home sales remain 0.7% higher than one year ago. In addition, 2016 closed with the highest level of sales since 2006, when the U.S. reached 6.48 million sales. Existing-home sales are completed transactions that include single-family houses, townhomes, condominiums and co-ops. Existing-home sales are expected to increase 1.7% from 2016, to a total of 5.54 million. The national median existing-home price in 2017 is expected to increase around 4.0%. The year 2016 saw existing sales increase 3.8% and prices rise 5.2%.

Home sales in the Northeast slid 6.2% in December but remain up 2.7% from a year ago. Sales in the Midwest decreased 3.8% in December but were up 2.4% from a year ago. December sales in the South were unchanged

from November but are up 0.4% compared to this time last year. Sales in the West declined 4.8% and are down 1.6% from a year ago.

The national median existing-home price for all housing types was $232,200 in December, up 4.0% from a year ago. This marked the 58th consecutive month of year-over-year price gains. In December, home prices in the Northeast moved down 3.8% from one year ago, while prices in the Midwest climbed 4.6%. Home prices in the South rose 0.4%, and prices in the West jumped 6.0% over the last 12 months.

Distressed home sales comprised 7.0% of all home sales in December, up from 6.0% in November but down from 8.0% one year ago. Distressed homes include foreclosures and short sales, which are generally sold at deep discounts. In December, 5.0% of home sales were foreclosures and 2.0% were short sales. December foreclosures sold for an average discount of 20.0% below market value, and short sales sold at an average discount of 10.0%.

The median time on the market for all homes sold in December was 52 days, up from 43 days in the previous month but down from 58 days from a year ago. The median time on the market for short sales in December was 97 days, while foreclosures sold in 53 days and nondistressed homes sold in 50 days. In December, 37.0% of all homes on the market sold in less than a month.

Total housing inventory declined 10.8% in December, to 1.65 million existing homes available for sale, which is the lowest inventory level since the National Association of Realtors began tracking the supply of housing types in 1999. Housing inventory remains down 6.3% from one year ago and has fallen year-over-year for 19 consecutive months. Unsold inventory was at a 3.6-month supply at the current sales pace in December, down from 4.0 months in November.

NAR reports that, according to Freddie Mac, the national average commitment rate for a 30-year, conventional, fixed-rate mortgage surged to 4.20% in December, rising from the 3.77% rate in the prior month. This marked the highest rate since April 2014, when it was 4.32%. The average 30-year rate for 2015 was 3.85%.

NAR's Realtors Confidence Index (RCI) for current conditions decreased in December but remained up from a year ago. The RCI for single-family houses dropped 1.0 point in December, to a reading of 62.0, but was up 5.0 points over the past 12 months (strong = 100; moderate = 50; weak = 0). The RCI is a key indicator of housing market strength based on a monthly survey of over 50,000 real estate practitioners.

Pending home sales rose in December after dipping in November, and, despite mixed contract activity for the month, 2016 closed on a high note. The pending home sales report found that December's rebound came despite pressures of rising mortgage rates and low inventory levels. The early months of 2017 will be important to see whether supply can increase to keep price growth at moderate levels for households to absorb higher borrowing costs. NAR's Pending Home Sales Index (PHSI), a forward-looking indicator based on contract signings, rose 1.6 points in December, to a reading of 109.0. The index was also 0.3 points above its level from a year ago and has now risen year-over-year in 24 of the last 28 months.

The PHSI in the Northeast fell 1.6 points in December, to 96.4, but remains 1.2 points above its level from one year ago. The Midwest index decreased 0.8 point in December, to 102.7, and is 3.4 points below its level from a year ago. The South index rose 2.4 points in December, to a reading of 121.3, and was 0.5 point above its level from a year ago. The West index moved up 5.0 points in December, to 106.1, and was 5.0 points above its reading from one year ago.

The PHSI is an indicator for the housing sector, based on pending sales of existing homes. A sale is listed as pending when the contract has been signed but the transaction has not closed, though the sale usually is finalized within one or two months of signing. There is a closer relationship between annual index changes (from the same month a year earlier) and year-ago changes in sales performance than with month-to-month comparisons. An index of 100 is equal to the average level of contract activity during 2001, which was the first year to be examined, as well as the first of five consecutive record years for existing-home sales.

NAR's most recent Commercial Real Estate Market Survey, analyzing the second quarter of 2016, found that commercial real estate investments continued to keep a positive pace. The report found that 66.0% of Realtors closed a commercial sale and sales volumes were up 8.4% from the same period one year ago.

A shortage of inventory remained the No. 1 concern among respondents, and limited inventory pushed price growth upward. Commercial properties traded at average prices that were 5.3% higher in the second quarter, and the average transaction price was $1.4 million.

Average capitalization rates declined slightly across all property types, averaging 7.0% in the second quarter compared with 7.2% in the prior quarter. This rate was 50 basis points lower on a yearly basis. Apartments posted the lowest cap rate, at 6.5%, followed by office properties, at 6.8%. Hotel and retail spaces posted cap rates of 7.0% and 7.1%, respectively. Industrial properties recorded average cap rates of 7.4%.

NAR members were positive about the general direction of business opportunities, which is a broad market indicator tracked by NAR. Business opportunities rose 5.6% in the second quarter. This was greater than the 5.2% increase in the first quarter.

Leasing volume rose 8.7% in the second quarter, and leasing rates advanced 3.7%. Tenant demand was the greatest in the 5,000-square-foot-or-less space, accounting for 82.0% of all leased properties. Lease terms remained consistent, with 36-month and 60-month leases accounting for 59.0% of the market.

Vacancy rates continued to decline. Office vacancies fell 365 basis points from a year ago, to reach 12.3%. Industrial availability saw a yearly decrease of 95 basis points, bringing the rate to 9.8%. Retail vacancies declined 70 basis points over the past 12 months, to 11.8%. Hotel properties remained the highest, with vacancy rates of 13.2%, while apartments were the lowest, at 5.0%. Lease concessions declined 5.5% in the second quarter.

(See Exhibit 14 for forecasted figures from NAR.)

### HOMEOWNERSHIP RATES, HOMEOWNER VACANCY RATES, AND RENTAL VACANCY RATES

The U.S. Census Bureau found that the homeownership rate was 63.7% in the fourth quarter of 2016, up from 63.5% in the third quarter, but slightly below the 63.8% rate from one year ago. The national vacancy rate for rental housing was 6.9% in the fourth quarter of 2016, up slightly from 6.8% in the third quarter. Rental vacancy is down from this time one year ago, when the rate was 7.0%. The national vacancy rate for homeowners was 1.8% in the fourth quarter, unchanged from 1.8% in the third quarter but below the 1.9% rate from a year ago.

### MORTGAGE BANKERS ASSOCIATION

The Mortgage Bankers Association (MBA) finance commentary report stated the association believes refinance origination volume for 2017 will be $471 billion, a 47.7% decrease from 2016, which totaled $901 billion. The MBA projects the 30-year mortgage rate will hit 4.7% by the end of 2017, reach 5% by the second half of 2018, and increase further, to 5.5%, by the end of 2019. With a large segment of borrowers having taken advantage of sub-4%

## EXHIBIT 14: National Association of Realtors® Market Forecast

| | Q1 2017 | Q2 2017 | 2017 | 2018 |
|---|---|---|---|---|
| **Housing measures (thousands)** | | | | |
| Housing starts | 1,271 | 1,298 | 1,311 | 1419 |
| Single-family | 891 | 911 | 923 | 1028 |
| Multifamily | 380 | 388 | 388 | 391 |
| **Home sales** | | | | |
| Total existing homes | 5,402 | 5,521 | 5,520 | 5746 |
| New homes | 593 | 615 | 620 | 684 |
| **Home prices (median)** | | | | |
| Existing homes | $225.8 | $249.3 | $243.3 | $251.1 |
| New homes | $313.6 | $321.2 | $314.7 | $322.5 |
| **Mortgage Rates** | | | | |
| 30-year fixed rate | 4.1% | N/A | 4.4% | N/A |
| 5/1-year hybrid adjustable | 3.0% | N/A | 3.2% | N/A |

Source of data: National Association of Realtors®
Notes:
Figures are in thousands, except for rates. Quarterly housing starts and home sales are seasonally adjusted at annual rate. Total existing home sales include single-family homes, condos, and co-ops.

## EXHIBIT 15: Mortgage Bankers Association® Market Forecast

| | Q1 2017 | Q2 2017 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| **Housing measures (thousands)** | | | | | |
| Housing starts | 1,220 | 1,260 | 1,265 | 1,358 | 1,465 |
| Single-family | 820 | 850 | 860 | 963 | 1,075 |
| Multifamily | 400 | 410 | 405 | 395 | 390 |
| **Home sales** | | | | | |
| Total existing homes | 5,605 | 5,686 | 5,740 | 5,950 | 6,045 |
| New homes | 621 | 657 | 645 | 695 | 729 |
| **Home prices (median)** | | | | | |
| Existing homes | $241.7 | $249.4 | $244.0 | $247.7 | $251.8 |
| New homes | $312.3 | $313.6 | $311.8 | $315.2 | $318.0 |
| **Interest Rates** | | | | | |
| 30-year fixed rate mortgage | 4.3% | 4.4% | 4.5% | 4.9% | 5.3% |
| 10-Year Treasury yield | 2.5% | 2.5% | 2.6% | 3.0% | 3.4% |

Source of data: Mortgage Bankers Association®.
Notes:
Figures are in thousands, except for rates. Quarterly housing starts and home sales are seasonally adjusted at annual rate.
Total existing home sales include single-family homes, condos, and co-ops.

rates in recent years, refinance volume will decrease even though rates in the 5% range are still very low by histori-cal standards. The MBA believes purchase originations will total $1.1 trillion in 2017, an 11.0% increase from 2016. The gains in the purchase market are driven by strong household formation, coupled with continued job growth, rising wages, and continuing growth in home prices. The MBA expects overall origination volume to total $1.56 tril-lion in 2017, compared to $1.89 trillion in 2016.

(See Exhibit 15 for forecasted figures from MBA.)

## EXHIBIT 16: REIT Returns Historical Data

| (%) | \multicolumn{12}{c}{MONTHLY DATA} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/16 | 2/16 | 3/16 | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 | 11/16 | 12/16 |
| All Equity REITs* | -3.5 | -0.4 | 10.2 | -1.8 | 2.3 | 6.9 | 3.9 | -3.5 | -1.5 | -5.1 | -2.4 | 4.5 |
| Industrial** | -6.1 | 0.1 | 13.3 | 1.1 | 6.0 | 7.6 | 8.4 | -2.0 | 0.4 | -3.3 | -1.4 | 4.6 |
| Office** | -8.2 | -2.6 | 12.2 | 2.8 | 0.5 | 5.0 | 7.5 | -1.0 | -3.0 | -5.2 | 2.3 | 3.8 |
| Retail** | 0.2 | 0.6 | 7.4 | -2.6 | -0.2 | 10.4 | 5.2 | -4.8 | -2.8 | -9.2 | -2.8 | 1.2 |
| Residential** | -4.9 | -1.5 | 10.5 | -6.3 | 4.1 | 3.5 | 2.1 | -4.2 | 1.2 | -2.7 | -2.9 | 7.0 |
| Diversified** | -8.4 | 0.1 | 10.5 | -0.1 | 3.4 | 5.2 | 7.6 | -3.6 | -1.5 | -6.2 | -1.5 | 6.0 |
| Lodging/Resorts** | -9.7 | 7.6 | 9.1 | -5.4 | -2.8 | 5.7 | 10.2 | -0.1 | -9.1 | -2.1 | 13.1 | 8.7 |
| Health Care** | -4.4 | -1.4 | 10.2 | 0.3 | 2.3 | 9.2 | 5.9 | -1.1 | -2.1 | -6.8 | -8.7 | 4.8 |
| Self Storage** | 2.7 | -3.6 | 12.0 | -10.7 | 4.9 | 0.5 | -5.9 | -6.9 | 0.1 | -5.3 | -2.4 | 8.4 |
| Timber** | -13.2 | 1.5 | 19.6 | 3.5 | -1.2 | -3.3 | 9.1 | -2.1 | 0.9 | -4.5 | 2.7 | -1.6 |
| Infrastructure** | -1.5 | -1.2 | 7.2 | 2.0 | 2.6 | 10.2 | -0.3 | -2.0 | 0.5 | 0.0 | -10.9 | 4.4 |
| Mortgage REITs | -5.3 | 2.7 | 7.2 | 1.7 | 4.3 | 3.5 | 3.2 | 1.2 | 0.5 | -0.1 | 1.7 | 0.7 |
| Home Financing | -4.1 | 5.4 | 6.2 | 1.6 | 4.2 | 4.9 | 2.2 | 0.4 | 0.5 | -0.4 | 1.9 | 0.9 |
| Commercial Financing | -8.5 | -5.2 | 10.1 | 2.1 | 4.6 | -0.5 | 6.2 | 3.6 | 0.6 | 0.6 | 1.2 | 0.1 |

| (%) | \multicolumn{12}{c}{YEARLY DATA} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| All Equity REITs* | 12.2 | 35.1 | -15.7 | -37.7 | 28.0 | 28.0 | 8.3 | 19.7 | 2.9 | 28.0 | 2.8 | 8.6 |
| Industrial** | 15.4 | 28.9 | 0.4 | -67.5 | 12.2 | 18.9 | -5.2 | 31.3 | 7.4 | 21.0 | 2.6 | 30.7 |
| Office** | 13.1 | 45.2 | -19.0 | -41.1 | 35.5 | 18.4 | -0.8 | 14.2 | 5.6 | 25.9 | 0.3 | 13.2 |
| Retail** | 11.8 | 29.0 | -15.8 | -48.4 | 27.2 | 33.4 | 12.2 | 26.7 | 1.9 | 27.6 | 4.6 | 1.0 |
| Residential** | 13.7 | 38.9 | -25.2 | -24.9 | 30.8 | 46.0 | 15.4 | 6.9 | -5.4 | 40.0 | 17.1 | 4.5 |
| Diversified** | 9.9 | 38.0 | -22.3 | -28.2 | 17.0 | 23.8 | 2.8 | 12.2 | 4.3 | 27.2 | -0.5 | 10.3 |
| Lodging/Resorts** | 9.8 | 28.2 | -22.4 | -59.7 | 67.2 | 42.8 | -14.3 | 12.5 | 27.2 | 32.5 | -24.4 | 24.3 |
| Health Care** | 1.8 | 44.5 | 2.1 | -12.0 | 24.6 | 19.2 | 13.6 | 20.4 | -7.1 | 33.3 | -7.2 | 6.4 |
| Self Storage** | 26.5 | 40.9 | -24.8 | 5.0 | 8.4 | 29.3 | 35.2 | 19.9 | 9.5 | 31.4 | 40.6 | -8.1 |
| Timber** | N/A | N/A | N/A | N/A | N/A | N/A | 7.7 | 37.0 | 7.9 | 8.6 | -7.0 | 8.3 |
| Infrastructure** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 29.9 | 4.8 | 20.2 | 3.7 | 10.0 |
| Mortgage REITs | -23.2 | 19.3 | -42.3 | -31.3 | 24.6 | 22.6 | -2.4 | 19.9 | -2.0 | 17.9 | -8.9 | 22.9 |
| Home Financing | -26.0 | 14.8 | -38.2 | -20.0 | 28.2 | 21.0 | -0.9 | 16.4 | -12.7 | 19.4 | -9.8 | 25.9 |
| Commercial Financing | -16.1 | 30.3 | -48.8 | -74.8 | -41.0 | 42.0 | -11.3 | 43.0 | 41.8 | 14.5 | -6.0 | 14.3 |

Source of data: National Association of Real Estate Investment Trusts (NAREIT).
Notes:
* FTSE NAREIT All Equity REIT Index. Does not include Mortgage REITS.
** Components of the FTSE NAREIT All Equity REIT Index.

## EXHIBIT 17: Property Index Returns Historical Data

| (%) | | | | | QUARTERLY DATA | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q 14 | 2Q 14 | 3Q 14 | 4Q 14 | 1Q 15 | 2Q 15 | 3Q 15 | 4Q 15 | 1Q 16 | 2Q 16 | 3Q 16 | 4Q 16 |
| National* | 2.7 | 2.9 | 2.6 | 3.0 | 3.6 | 3.1 | 3.1 | 2.9 | 2.2 | 2.0 | 1.8 | 1.7 |
| East region* | 2.1 | 2.3 | 2.2 | 2.5 | 3.0 | 2.9 | 2.6 | 2.3 | 1.7 | 1.7 | 1.5 | 1.4 |
| West region* | 3.1 | 3.4 | 3.0 | 3.5 | 3.8 | 3.4 | 3.6 | 3.6 | 2.8 | 2.5 | 2.2 | 2.2 |
| South region* | 3.4 | 3.2 | 2.8 | 3.2 | 4.2 | 3.1 | 3.1 | 3.0 | 2.2 | 1.8 | 1.6 | 1.6 |
| Midwest region* | 2.6 | 2.8 | 2.6 | 3.0 | 3.4 | 3.0 | 2.9 | 2.4 | 2.2 | 2.0 | 1.8 | 1.7 |
| Hotel* | 0.8 | 2.6 | 2.9 | 4.3 | 2.5 | 3.5 | 3.5 | 3.0 | 1.2 | 1.5 | 1.4 | 0.7 |
| Apartment* | 2.2 | 2.4 | 2.5 | 2.8 | 2.9 | 3.0 | 2.9 | 2.7 | 1.9 | 1.9 | 1.7 | 1.7 |
| Retail* | 4.3 | 3.2 | 2.3 | 2.7 | 4.9 | 3.0 | 3.1 | 3.5 | 3.0 | 2.2 | 2.0 | 1.7 |
| Industrial* | 2.8 | 3.3 | 2.9 | 3.9 | 3.5 | 3.8 | 3.7 | 3.2 | 3.0 | 2.9 | 2.9 | 3.0 |
| Office* | 2.2 | 2.9 | 2.8 | 3.1 | 3.3 | 3.1 | 3.0 | 2.6 | 1.7 | 1.7 | 1.3 | 1.4 |

Source of data: National Council of Real Estate Investment Fiduciaries (NCREIF).
Notes:
* NCREIF Property Index.
The NCREIF Property Index is a quarterly time series composite total rate of return measure of investment performance of a very large pool of individual commercial real estate properties acquired in the private market for investment purposes only. All properties in the NPI have been acquired, at least in part, on behalf of tax-exempt institutional investors, the great majority being pension funds. As such, all properties are held in a fiduciary environment.

### NATIONAL ASSOCIATION OF REAL ESTATE INVESTMENT TRUSTS

Investment returns for properties, as measured by the National Association of Real Estate Investment Trusts (NAREIT), rose 8.63% in 2016. Industrials were the strongest performing segment for the year, followed by residential-single family homes and data centers. The worst performing segment in 2016 was self-storage and regional malls. Home financing and commercial financing ended the year with positive gains.

(See Exhibit 16 for more REIT return figures from NAREIT.)

### NATIONAL COUNCIL OF REAL ESTATE INVESTMENT FIDUCIARIES

Property index returns, as measured by the National Council of Real Estate Investment Fiduciaries (NCREIF), remained positive in the fourth quarter. The total return for the quarter was 1.73%, which was down from 1.77% in the third quarter. For the year ended 2016, the total return of the index was 7.97%. Of the property-type indexes, industrial had the best returns for the third quarter in a row, followed by apartments. Of the regional indexes, the West outperformed the others for the seventh straight quarter.

The NCREIF Property Index (NPI) is a quarterly time series composite total rate of return measure of investment performance of a very large pool of individual commercial real estate properties acquired in the private market for investment purposes only. All properties in the NPI have been acquired, at least in part, on behalf of tax-exempt institutional investors—the great majority being pension funds. As such, all properties are held in a fiduciary environment.

(See Exhibit 17 for more property index returns from NCREIF.)

## 15. ECONOMIC OUTLOOK

Consensus Economics Inc., publisher of Consensus Forecasts—USA, reports that the consensus of U.S. forecasters believe that real GDP will increase at a seasonally adjusted annual rate of 2.1% in the first quarter of 2017 and 2.2% in the second quarter of 2017. Every month, Consensus Economics surveys a panel of 30 prominent U.S. economic and financial forecasters for their predictions on a range of variables, including future growth, inflation, current account and budget balances, and interest rates. The forecasters expect GDP to be 2.3% in both 2017 and 2018.

They forecast that consumer spending will increase at a rate of 2.3% in the first quarter of 2017 and 2.3% in the second quarter of 2017. They expect consumer spending to increase 2.5% in 2017.

The forecasters believe unemployment will average 4.7% in the first quarter of 2017 and 4.7% in the second quarter of 2017. They predict that unemployment will average 4.9% in 2016 and 4.6% in 2017.

The forecasters believe that the three-month Treasury bill rate will be 0.6% at the end of the first quarter of 2017 and 0.8% at the end of the second quarter of 2017. They estimate that the three-month Treasury bill rate will rise to 1.2% at the end of 2017. They predict the 10-year Treasury bond yield will be 2.3% at the end of the first quarter of 2017 and 2.5% at the end of the second quarter of 2017. They believe the 10-year Treasury bond yield will move up to 2.7% at the end of 2017.

They also believe consumer prices will rise at a rate of 2.1% in the first quarter of 2017 and 2.4% in the second quarter of 2017. They expect consumer prices to increase 1.2% in 2016 before rising to 2.3% in 2017. They expect producer prices to increase at a rate of 1.7% in the first quarter of 2017 and 2.1% in the second quarter of 2017. The forecasters anticipate producer prices will fall 0.9% in 2016 before rising 2.0% in 2017.

The forecasters believe real disposable personal income will rise at a rate of 2.3% in the first quarter of 2017 and 2.4% in the second quarter of 2017. They believe real disposable personal income will increase 2.7% in 2016 and 2.5% in 2017.

The forecasters expect industrial production to increase at a rate of 1.4% in the first quarter of 2017 and 2.0% in the second quarter of 2017. They forecast that industrial production will decrease 0.9% in 2016 before rising 1.5% in 2017.

Nominal pretax corporate profits are expected to decline 0.2% in 2016 before rising 4.0% in 2017. The forecasters also project housing starts will be 1,170,000 in 2016 and 1,260,000 in 2017.

The most recent release of The Livingston Survey (the Survey) predicts higher growth for the second half of 2016 than had been predicted in its prior survey. The Survey, conducted by the Federal Reserve Bank of Philadelphia, is the oldest continuous survey of economists' expectations. It summarizes the forecasts of economists from industry, government, banking, and academia. The participants project real GDP to grow at an annual rate of 2.7% in the second half of 2016 and 2.2% in the first half of 2017. They believe that GDP will grow 2.3% annually over the next 10 years.

The Survey forecasts the unemployment rate to be 4.9% in December 2016 and to fall and then remain at 4.7% into June 2017.

The forecasters in the Survey expect consumer price inflation (CPI) to be 1.3% in 2016 and 2.4% in 2017. The Survey expects CPI to average 2.3% over the next 10 years. The Survey also expects producer price inflation (PPI) to be -1.0% in 2016 and 2.7% in 2017.

The Survey predicts the interest rate on three-month Treasury bills will be 0.55% at the end of December 2016. From there, the forecasters expect that the rate will increase to 0.83% in June 2017, to 1.12% in December 2017, and to 2.00% in December 2018. They predict the interest rate on 10-year Treasury bonds will reach 2.30% at the end of December 2016. According to the Survey, the rate will then rise to 2.50% in June 2017, to 2.75% in December 2017, and to 3.35% in December 2018.

The forecasters have increased their previous projections for future S&P 500 index values. They expect the S&P 500 index will sit at 2,200.0 by the end of December 2016, 2,254.8 at the end of June 2017, 2,314.5 at the end of December 2017, and at 2,400.0 at the end of December 2018.

The Energy Information Administration predicts that the West Texas Intermediate crude oil spot price will average approximately $53.46 per barrel in 2017 before rising to $56.18 per barrel in 2018, compared with $43.33 per barrel in 2016. The EIA expects retail prices for regular-grade gas to average $2.39 per gallon in 2017 before increasing to $2.44 per gallon in 2018, compared with $2.15 per gallon in 2016.

The Energy Information Administration believes the Henry Hub natural gas spot price will average $3.43 per million Btu (MMBtu) in 2017 and $3.70 per MMBtu in 2018, compared with $2.51 per MMBtu in 2016. The cost of coal delivered to electric generating plants, which averaged $2.13 per MMBtu in 2016, is expected to average $2.17 per MMBtu in 2017 and $2.21 per MMBtu in 2018. Residential electric prices, which averaged 12.55 cents per kilowatt-hour (kWh) in 2016, are expected to average 12.93 cents per kWh in 2017 then rise to 13.24 cents per kWh in 2018. The airline ticket price index, which averaged 282.95 in 2016, is expected to be 294.40 in 2017 before rising to 308.10 in 2018.

The National Association of Realtors' Realtors Confidence Index for future conditions increased in December, remaining generally optimistic. The RCI for the outlook of single-family homes trended up 2.0 points in December, to 76.0, and remained up 4.0 points from one year ago (strong = 100; moderate = 50; weak = 0). The RCI for the outlook for townhomes increased 3.0 points in December, to a reading of 61.0, while the outlook for condos increased 2.0 points, to 56.0. The RCI is a key indicator of housing market strength based on a monthly survey of over 50,000 real estate practitioners. Practitioners are asked about their expectations for home sales, prices, and market conditions.

NAR recorded existing-home sales in 2016 at 5.42 million (+3.3%) compared to 5.52 million (+1.8%) in 2017. It believes that new single-family home sales will be 565,000 (+12.8%) in 2016, before increasing to 620,000 (+9.7%) in 2017. NAR believes the median existing-home price will be $234,200 (+5.3%) in 2016, before increasing to $243,300 (+3.9%) in 2017. NAR believes the median new-home price will increase to $306,600 (+3.4%) in 2016, before rising to $314,700 (+2.6%) in 2017. It expects housing starts to increase to 1,177,000 (+5.8%) in 2016, then to 1,311,000 (+11.4%) in 2017. NAR believes the 30-year fixed mortgage rate will average 3.6% in 2016, before rising to 4.4% in 2017, and the 5-1 hybrid adjustable rate mortgage will average 2.9% in 2016 and 3.2% in 2017.

The most recent three-year outlook from the Urban Land Institute (ULI) and Ernst & Young (EY) found that real estate economists and analysts believe the economy will continue to expand between 2016 and 2018, though at a somewhat slower pace than in the prior two years. The *ULI/EY Real Estate Consensus Forecast*, a semiannual publication, is based on a survey of 51 of the industry's top economists and analysts representing 37 of the country's

leading real estate investment, advisory, and research firms and organizations. The forecast for each indicator is the median forecast from the 51 survey respondents. The key findings from the Real Estate Consensus Forecast include:

- Annual commercial property transaction volume is expected to decline over the three forecast years to $428 billion in 2018, ending six years of growth. However, forecast volume in 2016 and 2017 is only surpassed by that in 2007 and 2015, and forecast volume in 2018 is also surpassed by that in 2006 and 2014.

- The issuance of commercial mortgage-backed securities (CMBS), a key source of financing for commercial real estate, is expected to decline in 2016, to $70 billion, before resuming growth in 2017 and reaching $90 billion in 2018. Before 2016, CMBS issuances had been growing consistently from 2009 to 2015.

- Commercial real estate prices are projected to grow at slowing rates during the next three years, at 5.0% in 2016, 4.0% in 2017, and 2.5% in 2018. These are all below the long-term average growth rate of 5.7%.

- Institutional real estate assets are forecasted to provide total returns of 8.3% in 2016 before moderating to 7.0% in 2017 and 6.0% in 2018. By property type, 2016 returns are expected to range from 10.0% for industrial to 7.5% for office. Total returns in 2018 are expected to range from 7.0% for industrial to 5.6% for apartments.

- Both availability and vacancy rates for almost all property sectors are expected to continue to improve in 2016. The apartment vacancy rate, which is already near historic lows, is expected to remain stable in 2016 and, while staying below the long-term average, is expected to show the most change among the various sectors as it climbs in 2017 and 2018. The industrial and office sectors are expected to plateau in 2017 and 2018, while the retail sector is expected to continue improving in 2017 before hitting a plateau in 2018. The hotel sector is expected to reverse direction very slightly starting in 2017.

- Commercial property rent is expected to continue to increase in the next three years across all sectors, although at somewhat lower rates than in recent years. In 2016, rent increases are expected in the four major property types, which will range from 2.0% for retail to 4.7% for industrial. Rent increases in 2018 are forecasted to range from 1.3% for retail to 2.9% for apartments. Hotel RevPAR is expected to increase by 4.0% in 2016 and 3.0% in 2018.

- Single-family housing starts are projected to increase from 714,500 units in 2015 to 875,000 units in 2018, remaining below the 20-year annual average.

(See Exhibits 2A, 2B, 3, 14, and 15 for more forecasted figures.)

# ECONOMIC OUTLOOK UPDATE DATA SOURCES

Bloomberg. Available from www.bloomberg.com.

Bureau of Economic Analysis, U.S. Department of Commerce. Available from www.bea.gov.

Bureau of Labor Statistics, U.S. Department of Labor. Available from www.bls.gov.

CFA Institute. Available from www.cfainstitute.org.

CNN Money. Available from www.money.cnn.com.

Conference Board. Available from www.conference-board.org.

Consensus Economics Inc., *Consensus Forecasts—USA*. Available from www.consensuseconomics.com.

Council of Economic Advisers, The White House. Available from www.whitehouse.gov/cea.

Economic Policy Institute, GDP Picture. Available from www.epi.org.

Energy Information Administration. Available from www.eia.gov.

Federal Reserve Bank of Philadelphia. Available from www.phil.frb.org.

Federal Reserve Bank of St. Louis. Available from www.stlouisfed.org.

Federal Reserve Board Press Release. Available from www.federalreserve.gov.

Federal Reserve Board, The. Available from www.federalreserve.gov.

*Forbes.* Available from www.forbes.com.

Hamilton Project, The. Available from www.hamiltonproject.org.

Institute for Supply Management. Available from www.ism.ws.

Investopedia. Available from www.investopedia.com.

MarketWatch. Available from www.marketwatch.com.

Mortgage Bankers Association. Available from www.mbaa.org.

National Association of Homebuilders. Available from www.nahb.org.

National Association of Real Estate Investment Trusts. Available from www.reit.com.

National Association of Realtors. Available from www.realtor.org.

National Council of Real Estate Investment Fiduciaries, NCREIF Property Index Returns. Available from www.ncreif.com.

National Federation of Independent Business. Available from www.nfib.org.

National Retail Federation. Available from www.nrf.com.

RSM US. Available from www.rsmus.com.

T. Rowe Price. Available from www.troweprice.com.

Thomson Reuters. Available from www.thomsonreuters.com.

U.S. Census Bureau, U.S. Department of Commerce. Available from www.census.gov.

Urban Land Institute. Available from www.uli.org.

*Wall Street Journal* Online, The. Available from online.wsj.com.

Vanguard Group, The. Available from www.vanguard.com.

Yahoo! Finance. Available from www.finance.yahoo.com.

# DISCLAIMER AND PERMISSION STATEMENT

*This Economic Outlook Update™ reflects the general economic conditions at the end of the fourth quarter of 2016. No statement in this report is to be construed as advice for a valuation engagement. It is the responsibility of the individual appraiser or analyst to relate the information contained herein to the particular valuation engagement. The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of this report, take no responsibility for the information contained herein.*

*As long as the individual subscriber to the* Economic Outlook Update™ *is in compliance with the Single User License Agreement, he or she may quote portions of the* Update *or the entire* Update *in a valuation report, provided the following attribution and disclaimer are included as a footnote:*

*"Part/All [choose one] of the contents of the economic outlook section of this valuation report are quoted from the* Economic Outlook Update™ *4Q 2016 published by Business Valuation Resources, LLC, © 2016, reprinted with permission. The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of the Update, take no responsibility for the information contained therein. Relation of this information to this valuation engagement is the sole responsibility of the author of this valuation report."*