| | |
|---|---|
| **From:** | Jonathan A. Mayer (JMayer@WhartonCompanies.com) <jmayer@whartoncompanies.com> |
| **Sent:** | Monday, February 22, 2016 3:29 PM |
| **To:** | Jeffrey Siskind |
| **Subject:** | FW:Revised C&A Finders Agreement |
| **Attachments:** | ChanceAnthem-CANNAMEDFARMSINC-FA_.pdf; ATT00001.htm; ChanceAnthem-CANNAMEDFARMSINC-FA2.pdf; ATT00002.htm; wharton-logo_sp.jpg; ATT00003.htm |

Jeff,

I just reviewed. This seems as reasonable as we can get. They incorporated your requests. Our initial agreement covers from our end that their share comes from my fee. I will sign along with you.

Let's move, as he has two investors.

Call me with issues.

Thanks,

Jon



PLAINTIFF'S
TRIAL EXHIBIT
T-56

1



02/22/2016

Re: Finder's Fee Agreement-Chance & Anthem, LLC AKA CANNAMED FARMS INC

Meyers Associates LP, a New York limited partnership engaged in business as a FINRA registered securities brokerage firm ("MA") has been engaged by Chance & Anthem, LLC , (the "Issuer") and its affiliates, CANNAMED FARMS INC, to assist the Issuer and Affiliates in obtaining private equity and/or debt investments from third parties.  The signature by you below will confirm our mutual agreement with respect to the finder's fee we will be entitled to receive for the introduction, to one or more investors (the "Introduced Party") who consummate an investment in the (Issuer) (the "Investment"). For the purposes of this Agreement, we are referred to herein as the "Finder".  Chance & Anthem, LLC Acceptance of an investor shall be at Chance & Anthem, LLC sole discretion.

In the event the Introduced Party makes an Investment in the Issuer, the Issuer will issue to the Finder or the Finder's designees, upon the execution of the final agreement with the Introduced Party and the receipt of the Investment by Issuer, a percentage of the gross proceeds of such financing will be paid to the finder as follows:

- In the event that Meyers obtains an investor, Wharton consents to Meyers obtaining a portion of Wharton's fees as set forth herein.

| TRANSACTION TYPE | TOTAL % CASH | % CASH to MEYERS |
|---|---|---|
| Equity Transactions | 7.5% Cash | 3.25% Cash** |
| Debt Transactions | 5.5% Cash | 3.0% Cash** |
| (4.25% Equity/ 2.5% Debt)  Balance Fee is payable to Wharton Capital Partners. See WCP Fee Agreement* | | |
| The percentage fees set forth herein are maximum fees to be paid to Meyers. In no event shall any fees be due unless and until closing of a transaction and receipt of good funds.* | | |

The consideration will be paid only in the event the Investment is consummated and shall be payable at such time.  No fee will be payable to the Finder if the Investment is not concluded for any reason whatsoever and MA and/or the Issuer may, in its sole discretion, elect not to consummate the transaction with the Introduced Party. The Finder acknowledges that the foregoing represents any and all compensation, accrued or payable, to the Finder as of the date hereof.

The Finder represents, warrants and agrees that the Finder's services hereunder shall not be limited to arranging the introduction of the Issuer to the Introduced Party, (which at a minimum shall require at least one discussion by Finder with the Introduced Party during the term of this Agreement, regarding a proposed Investment) and that the Finder may engage in the negotiation of the terms of the Investment or conduct any due diligence. The Issuer agrees to indemnify and hold MA, and its officers, directors, affiliates and subsidiaries, harmless with respect to any claim, in the nature of a finder's or origination fee in connection with these transactions, which claim is based on any action or omission by the Finder, or any agreement or understanding, express or implied, with the Finder and any other third person.



This Agreement has been made in the State of New York and shall be construed and governed in accordance with the laws thereof without giving effect to principles governing conflicts of law.  It is further agreed that any suit, action or proceeding arising out of or relating to this Agreement shall be instituted exclusively in the federal district or state courts situated in the State of New York and the Issuer irrevocably consents to the jurisdiction of such courts in any suit, action or proceeding commenced hereunder.  Further, this Agreement contains the entire agreement between the parties, may not be altered or modified, except in writing and signed by the party to be charged thereby, and supersedes any and all previous agreements between the parties relating to the subject matter hereof.

Your signature below will confirm your agreement with the foregoing.

Sincerely yours,

MEYERS ASSOCIATES, L.P

By: _____
John Telfer, COO
F/B/O Gregory Traina
Managing Director - Syndicate

AGREED and CONFIRMED,

Chance & Anthem, LLC .

By: _____
Jeffrey M. Siskind
President & CEO