| | |
|---|---|
| **From:** | Jonathan Mayer <jmayer217@gmail.com> |
| **Sent:** | Wednesday, February 24, 2016 2:22 PM |
| **To:** | Jeffrey Siskind |
| **Subject:** | Current Exec. Summary |
| **Attachments:** | CannaMed Facility Exexutivr Summary 02-2016.docx; ATT00001.htm |

Jeff,

Here is the Exec. Summary we are using.

Have a lead. Call me when you can.

Thanks,

Jon



PLAINTIFF'S
TRIAL EXHIBIT
**T-57**

# CannaMED Pharmaceuticals

## Executive Summary: Debt Offering



# C O N F I D E N T I A L

**FEBRUARY 2016**

*FOR INFORMATIONAL PURPOSES ONLY*

The Executive Summary (the "Executive Summary") prepared by Chance & Anthem, LLC dba CannaMED Pharmaceuticals, LLC ("C&M", "CannaMED", "Company"), a Maryland limited liability company is comprised of confidential, proprietary and non-public information and projections (collectively, the "Information") regarding C&M its subsidiaries and their respective affiliates and businesses (the "Company").

C&M is furnishing the Information solely for consideration by persons or entities (each, a "Recipient") who have expressed an interest in extending debt and/or purchasing membership interests in the Company (the "Proposed Transaction") and is only being provided to those Recipients who have the knowledge and experience in financial and business matters and the capability to conduct their own due diligence investigation and evaluation in connection with the Proposed Transaction.

Each Recipient of the Executive Summary agrees by accepting the Executive Summary that the Information herein shall not to be used by the Recipient for any purpose other than in connection with the Recipient's consideration of the Proposed Transaction.  Each Recipient further agrees by accepting the Executive Summary that the Information is of a confidential nature and that Recipient will treat the Information in a confidential manner and that the Recipient will not, directly or indirectly, disclose or permit its affiliates or representatives to disclose, any Information to any other person or entity or reproduce the Information, in whole or in part, without the prior written consent of C&M.  In addition, each Recipient agrees that these confidentiality and other obligations shall apply to any non-public information relating to the Company or the Proposed Transaction, which is provided to such recipient subsequent to the delivery of the Executive Summary.

No person has been authorized to provide any information with respect to C&M or the Proposed Transaction except the Information contained herein.  The Information contains descriptions and projections of the Company and C&M and other matters as of the date Recipient receives such Information.  C&M based much of the information contained in the Executive Summary on information provided from the Company, including but not limited to the Company's business plan, and assumes no responsibility for any said information that was provided to C&M by the Company.  The Company is under no obligation to update or otherwise revise the Information following its distribution, and Recipients should not expect C&M to do so.  Recipients are urged to conduct an independent investigation and evaluation of the Proposed Transaction.

The execution of the business plan and the success of the investment may be dependent upon the ability of the Company to raise additional capital in the future and there can be no assurances that the Company will be successful in doing so.

The Information set forth herein contains the subjective views of C&M.  There can be no assurance that C&M's views are accurate.  Industry experts may disagree with these views and C&M's view of the market and the prospects for the Company.  **C&M MAKES NO REPRESENTATION OR WARRANTY REGARDING THE ACCURACY OR COMPLETENESS OF THE INFORMATION.**

**THE EXECUTIVE SUMMARY SHALL NOT BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE EXPRESS WRITTEN CONSENT OF C&M.**

**Executive Summary**

I. Overview

In response to the Natalie LaPrade Medical Cannabis Commission's request for applications for a medical cannabis grower premises, Chance & Anthem, LLC dba CannaMED Pharmaceuticals, LLC ("CannaMED", "Company"), a Maryland limited liability company, presented its Business Plan to the State of Marylaynd's Medical Cannabis Commission ("MMCC") in November 2015. This was submitted to address CannaMED's mission to provide medical cannabis in a safe and effective manner. To achieve its mission, CannaMED will focus its efforts on achieving optimal growing practices, which will rest on the 'people, procedures, and place' obtained and organized to in order to successfully execute its mission.

In advance of receiving notice from MMCC about licensure from the state, CannMED has initiated the effort of building a state-of-the art Cannabis greenhouse and storage facility to maximize the opportunity as soon as licenses are awarded and achieve a competitive advantage over other licensured distributors. CannaMED will sell the fully developed and functional greenhouse to a licensured distributor at a sizeable profit should it not receive the distribution license.

As a resjult, the Company is seeking $1.35mm in debt to underwrite the full acquisition and build-out of 27120 Ocean Gateway, Hebron, MD as the Company's Location Grower Facility. The Company has said property under contract and has a payoff of $916,887.28. Based on market comps, the current value of the 47,000 SF property at a price per square foot of $38.25 is $1,797,750.

The Company plans to have the state-of-the art facility completed by late May 2016, prior to the State of Maryland's awarding of recreational seed-to-sale licenses, which will occur in two phases. Should the company successfully acquire said licenses, it will beat other licensed distributors to market. If it is not, it will be able to sell the fully operational facility to a company that receives its license at an estimated value of $3.5mm plus equity.

The founder of the company, Jeffrey Siskind, has a proven track record in this space, having procured a license and built a fully operational Location Grower Facility in California.

II. Business Summary

A.  Philosophy

The **PEOPLE** asseC&Mled to achieve CannaMED's mission include a woman whose credibility in the pharmaceutical industry is unmatched, an attorney who has been a meC&Mer in good standing of the Maryland Court of Appeals since 1997, a highly skilled and experienced grower with over 17 years of legal cannabis growing experience, and a Maryland resident whose accomplishments include the 2009 start-up and operation of a successful California cannabis collective, a security professional whose prior service included protecting our homeland's security, a safety and compliance specialist with significant large-scale facility experience, all of whom will together oversee the efforts of CannaMED's unique cultivation and research undertaking.

The **PROCEDURES** adopted to facilitate CannaMED's mission of providing medical cannabis in a safe and effective manner are consistent with the level of protections

1

observable in the pharmaceutical industry, and include stringent organic hydroponic growing protocols, strict security and transportation protocols, strict inventory and storage controls, compliance with modern 'seed to sale' tracking requirements, transparency of operations to allow close regulatory oversight, efficient natural resource utilization and coordination and feedback mechanisms with licensed processors and dispensaries which will enhance useful supply of medicine to patients.

The **PLACE** selected by CannaMED to house its growing facility is a 7.4-acre site located on Maryland's lower eastern shore, in Hebron, Maryland. Mostly surrounded by large oak trees and well Situated some 250 feet off of the primary access roadway is a secluded 47,000 sq. ft. modern production warehouse, comprised of approximately 30,000 sq. ft. of actual indoor agricultural production space supplied by more than 2,000 amps of three phase electrical power, more than 14 offices, ample paved parking and elaborate employee facilities. CannaMED possesses [an option/lease/purchase…] this uniquely suitable site. Site selection was partly motivated by the significant security attributes of this former manufacturing plant, and by the properties successful environmental (Phase I and Phase II) tests.

Also unique to CannaMED is its focus on the science of medical cannabis which CannaMED intends to incorporate in its business program. Recognizing that in 1988, after several weeks of extensive hearings, Francis L. Young, then Chief Administrative Law Judge for the United States Drug Enforcement Agency, ruled that, "Marijuana, in its natural form, is one of the safest therapeutically active substances known... It would be unreasonable, arbitrary and capricious for the DEA to continue to stand between those sufferers and the benefits of this substance..."

Still, largely because of the categorization of cannabis as a Schedule 1 Controlled substance, public sentiments and the lack of significant federal funding, little formal research has been conducted on the potential attributes of the plant. CannaMED, however, will devote 5,000 sq. ft. of its Maryland growing facility and funding in excess of $1 million annually to advancing the science of cannabis, by hosting scientific endeavor in collaboration with existing research institutions.

Because of its asseC&Mled team, its intended operating practices, and the site/facility selected for its operation, CannaMED is confident of reaching its goal of supplying medical cannabis in a safe and effective manner. But CannaMED's approach is also designed to be a trustworthy and comprehensive program, of which the State of Maryland can be proud, and which can serve as a model for facilities in other states in the emerging field of medical cannabis.

**B Objectives**

During the first year, CannaMED's business goals are to:

(1) Complete and open the facility consistent with representations made to the Commission, and by first utilizing a preliminary 'fast start' which will permit bringing product to harvest within 5.5 months of licensure.
(2) Obtain and train employees who can work in a regulatory environment, and are happy and motivated.

2

(3) Develop and launch a distribution program which permits ample feedback from licensed medical cannabis processors and dispensaries, and based upon recommendations from a Business Board of Advisors.

(4) Devote 5,000 sq. ft. of the facility (on the second floor) and adequate funding to initiate a medical science component, including collaboration with a Scientific Board of Advisors.

## II. Site Acquisition

The Company seeks $1.35mm in debt to underwrite the full acquisition and build out of 27120 Ocean Gateway, Hebron MD 21803, a site it has secured for operation of its grower facility.



**Color Coded Vicinity Map**

1. Pink line represents 10 foot high chain link motion sensitive Ironclad Fence
2. Blue line represents property line
3. Orange circle represents 1000 foot radius from center
4. Red line locates the main entrance
5. Lime line locates a commercially zoned three bay auto repair garage
6. Light gray line locates a residential zoned single-family house

**A. Site Selection**

In determining an ideal site for its growing facility, CannaMED Pharmaceuticals, LLC searched for accessible but secluded improvements located on an appropriately agricultural zoned parcel which would allow for expansion, in a county whose agricultural

3

community represents a large sector of the economy. Secondary considerations were that be a pool of prospective employees who reside with a 15-minute drive of the facility, and that no residential neighborhoods or school(s) be located nearby, nor any business whose operations would be interfered with by the Company's cultivation of medical cannabis.

Wicomico County on Maryland's lower eastern shore, with its agricultural sector, and the town of Salisbury, with its population acclimated to agricultural business quickly became the focus of the Company's search efforts. A tour of the former Ma-Tech manufacturing facility was eye-opening; it appeared that the facility was in fact designed for exactly what the Company wanted to do.

The next step undertaken by the Company was to test for environmental hazards. The Company hired Hillis Carnes Engineering Associates, Inc., a geotechnical engineering company located in Delmar, Maryland, to conduct both Phase I and Phase II environmental studies, which included initial water quality analysis. The Company also hired Peninsula Water Conditioning to conduct a more in-depth water quality analysis, and to propose a water quality treatment installation. Happily, the property was determined to be hazard-free and water quality poses no obstacle.

A final review of the suitability of the property dealt with its ability to meet criteria pertaining to nutrient management and waste/wastewater disposal imposed by the Maryland Department of Agriculture and the Maryland Department of the Environment. The property possesses an adequate working septic field which does not impact the watershed.

## B Site Design

In order to produce the highest quality medical cannabis on a consistent year-round basis CannaMED Pharmaceuticals, LLC determined that a weather-insulated, fire-resistant, secure facility was necessary. The former manufacturing plant which is now controlled by the Company affords all of the above mentioned requisites. The building is secure, spacious and secluded, but accessible by means of a major roadway.

On the following pages, please find a site plan which depicts the location of the building on the property, together with 1st and 2nd floor plans. Note that all partitioning has been constructed, with the exception of grow room screening which the Company plans to construct from fire resistant anti-microbial vinyl fabric secured in place in accordance with a proprietary system designed by the Company, which system is available for inspection. Please note also that areas on the second floor plan which are within the building perimeter but are not shown as partitioned are spaces with two-story (approximately 19 ft.) ceiling heights.








## C. Site Build Out

In order to ascertain an appropriate build-out, the Company consulted at length with Matt Hoffman, a veteran cannabis grower with more than 17 years of legal growing experience, before Matt joined the CannaMED Pharmaceuticals, LLC team.

To oversee the planning and turn-key build-out of its facility, the Company has hired the services of Consolidated Engineering Company, a commercial general contractor headquartered in Maryland since 1911, and which is known for constructing most of the original Johns Hopkins Hospital campus, the original University of Maryland Hospital at Baltimore, Anne Arundel County Hospital in Annapolis, the National Institutes of Health in Bethesda, Maryland and he Maryland Science Center in Baltimore.

CEC will work in partnership with AWB Engineers (AWB) in Salisbury, Maryland, which produced the original floor plans in consultation with the Company's master grower, security and safety/compliance staff, resulting in a plan which emphasizes security and safety.

## D. Site Financing

CannaMED Pharmaceuticals, LLC is the third party beneficiary of Chance & Anthem, LLC (C&A)'s assignment of a Purchase Option Contract which was entered into by Sovereign Gaming & Entertainment, LLC (SG&E), a Florida limited liability company controlled by the family of the Company's Managing Director. While SG&E has funded approximately $300,000 toward the purchase to date, C&A is obtaining additional capital in the amount of $1.35mm by obtaining a financing against the building which will be used to close and build out the facility.

1

**FOR MORE INFORMATION, CONTACT:**

**Jonathan A. Mayer**

**305-926-5819**

**jmayer@whartoncompanies.com**