**From:**            Jeffrey Siskind <jeffsiskind@msn.com>
**Sent:**            Monday, March 21, 2016 8:46 PM
**To:**              jmayer@whartoncompanies.com; Angeline Nanni
**Subject:**         CannaMed Mortgage Program
**Attachments:**     CannaMed Mortgage Program.pdf



PLAINTIFF'S
TRIAL EXHIBIT
**T-59**

# SOVEREIGN GAMING & ENTERTAINMENT, LLC

Sovereign Gaming & Entertainment, LLC ("Sovereign") has entered into an agreement, to purchase a modern 46,000+ sq. ft. manufacturing facility located at 27120 Ocean Gateway in Hebron, Maryland, which it intends to improve and lease to CannaMed Pharmaceuticals, LLC ("CannaMed").

The property will be purchased for $950,000, and Sovereign has already invested more than $300,000 toward the purchase price and to maintain the property.  A recent appraisal valued the property at $1,130,000.

CannaMed has applied for one of 15 medical cannabis cultivation licenses which the State of Maryland legislature approved.  CannaMed will lease the facility at a base rental of $15,000 per month, and will also pay 5% of its projected annual profit, or approximately $500,000 as percentage rent to Sovereign.

Sovereign seeks a first secured mortgage loan on the property in the amount of $700,000, at an annual 10% rate of interest, with repayment of principal within 24 months.  The loan will be evidenced by a standard form promissory note, and secured by a recorded first mortgage on the property.

In addition to a 10% rate of return on the mortgage loan, the mortgagee will receive half of the 5% of the net profits paid to Sovereign by CannaMed, which is estimated to be an additional $250,000 to the mortgagee annually, and which will continue indefinitely.

Notwithstanding the percentage rent payments which are payable by CannaMed, the mortgagee will instead receive a minimum preferred return of $250,000 yearly over each of the first four (4) years, or $1,000,000, in addition to interest and repayment of loan principal.

For example, provided that the mortgage principal is repaid 24 months after funding, the mortgagee will receive a minimum of $1,140,000 over the first 4 years in addition to repayment of $700,000 principal, and annual future earnings equal to 2.5% of CannaMed's net profits (estimated to be approximately $250,000 per year).

Please feel free to contact me if I can provide additional information.

Jeffrey M. Siskind, Esquire
Sovereign Gaming & Entertainment, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL  33401
Office Phone:  (561) 832-7720
Mobile Phone: (561) 352-9166
Email:  jeffsiskind@msn.com

Executive Summary
Hebron, Maryland Manufacturing Plant
10% Annual Return plus 2.5% Interest in Tenant Income

Sovereign Gaming & Entertainment, LLC ("Sovereign"), the contract purchaser of a 46,000+ sq. ft. Hebron, Maryland state-of-the-art manufacturing plant located on 7.4 acres is offering up to twenty (20) positions for participants in a syndicated first secured recorded mortgage set at 80% of the property's estimated $1.5 million value.

The property possesses a necessary special industrial zoning exception, and is located in rural Wicomico County on Maryland's eastern shore, just ten miles north of Salisbury.  Modern improvements consist of ample manufacturing space, in addition to offices and employee facilities.  Sovereign has obtained an environmental report indicating no existing hazards.

C&A plans to lease a portion of the property to CannaMed Pharmaceuticals, LLC ("CannaMed"), a Maryland limited liability company formed to apply for a license to operate one of fifteen licensed medical marijuana cultivation facilities, which license may be awarded in summer, 2016, and which lease will be on a triple-net basis.

In addition to a ten per cent (10%) return based upon a promissory note, recorded first secured mortgage and assignment of rents, the mortgagee will receive a 50% of percentage rents paid by CannaMed to Sovereign equal to a 2.5% share in the tenant's overall business which is estimated to net in excess of $20 million annually.  In the event that CannaMed does not obtain a license, Sovereign plans to lease or sell the property to the successful licensee.

CannaMed is owned and operated by Jeffrey Siskind, a West Palm Beach, Florida real estate attorney who assisted in the formation of the Riverside Collective in 2009, and Collective Management Associates, LLC, which operated a California medical marijuana patient collective.  Siskind, who is also licensed to practice law in Maryland, also manages Sovereign.

In addition to making monthly distribution payments, the mortgagor will provide annual audited financial statements authored by an independent CPA.  CannaMed will pay distributions quarterly and will also provide annual CPA-audited statements.

**Maryland Cultivation Center - Preliminary Full Operation P&L**

Cultivation Revenues:

| | | |
|---|---|---:|
| 25,000 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 19,250,000.00 |
| Net after Sales taxes (projected) | | 18,287,500.00 |

Expenses:

General

| | | |
|---|---|---:|
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |

Cultivation

| | | |
|---|---|---:|
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | 5 @ $ $50,000 | 250,000.00 |
| Attendants | 5 @ $38,000 | 190,000.00 |

Trimming & Curing

| | | |
|---|---|---:|
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 15 @ $35,000 | 525,000.00 |

Quality Control

| | | |
|---|---|---:|
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 44,000.00 |
| Laboratory Attendant | | 35,000.00 |

Security

| | | |
|---|---|---:|
| Director of Security | | 125,000.00 |
| Security Officers | 5 @ $38,000 | 190,000.00 |

Maintenance

| | | |
|---|---|---:|
| Director of Maintenance | | 75,000.00 |
| Maintenance Personnel | 2 @ $42,000 | 84,000.00 |

Third Party Providers

| | | |
|---|---|---:|
| Legal & Accounting | | 150,000.00 |
| Community Relations | | 75,000.00 |
| Computer, Phones, Internet | | 25,500.00 |

Supplies

| | | |
|---|---|---:|
| Supplies - Office | | 18,000.00 |

| | | |
|---|---|---:|
| Supplies - Building & Grounds | $3/46,500 sq.ft | 139,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 25,000 sq. ft. | 262,500.00 |
| **Utilities** | | |
| Electric - Ambient | | 36,000.00 |
| Electric - Cultivation | | 300,000.00 |
| Propane - Ambient | | 16,200.00 |
| Propane - Cultivation | | 5,400.00 |
| **Licenses** | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 40,000.00 |
| **Building Costs** | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 46,500 sq. ft. | 139,500.00 |
| **Unusual Expenses** | | |
| Science Dept Expense Contribution | 7.5% of Revenues | 1,371,562.50 |
| Low Income Program | 7.5% of Revenues | 1,371,562.50 |
| **Insurance** | | |
| Insurance - Property & Casualty | Includes Business Interruption | 32,000.00 |
| Insurance - Automobile | 2 vehicles | 3,300.00 |
| Bonuses & Incentives | 10% of Net Distribution | 1,828,750.00 |
| **TOTAL EXPENSES** | | 8,367,775.00 |
| **NET PROFIT BEFORE CONTINGENCY** | | 9,919,725.00 |
| CONTINGENCY | 5% of Total Expenses | 418,388.75 |
| **NET PROFIT** | | 9,501,336.25 |
| Net Profit as a percentage of gross revenues | | 51.96% |

HEBRON FACILITY - AERIAL VIEW



INTERIOR - MAIN PRODUCTION FLOOR AREA



HEBRON FACILITY - FRONT



HEBRON FACILITY – TYPICAL INTERIOR, PRODUCTION FLOOR



NEXT PAGE:  TYPICAL OFFICE



HEBRON FACILITY – TRIMMING AREA



HEBRON FACILITY – SECURITY CORRIDOR



HEBRON FACILITY - CAFETERIA



## MARYLAND FACILITY PROJECTED BUILD-OUT COSTS

General Building Improvements:

| | | |
|---|---|---:|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---:|
| Lighting Equipment (LE) | 1 light/50 sq ft @ $300 | 150,000.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 100,000.00 |
| HE Installation | $.75/sq ft | 18,750.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 31,250.00 |
| AQ Installation | $.25/sq ft | 6,250.00 |
| Grow Room Partitioning | Ten @ 2,500 sq ft | 37,500.00 |
| General Electrical | $2.50/sq ft | 62,500.00 |
| General Plumbing | $.50/sq ft | 12,500.00 |
| TOTAL CULTIVATION SPACE COSTS | | 482,500.00 |

Trimming & Packaging:

| | | |
|---|---|---:|
| Furnishings | | 7,500.00 |
| Trimming Equipment | Four Trim Machines & Hand Tools | 11,000.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 12,500.00 |
| General Electrical | $1/sq ft | 2,500.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 1,000.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 6,000.00 |
| TOTAL TRIMMING & PACKING COSTS | | 40,500.00 |

Extraction Department:

| | | |
|---|---|---:|
| Extraction Machines | Three @ $115,000 | 345,000.00 |
| Installation and Training | $4,000/machine | 12,000.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 5,000.00 |
| TOTAL EXTRACTION DEPT. | | 362,000.00 |

Laboratory/Quality Control:

| | | |
|---|---|---:|
| Laboratory Furnishings | Workstations & Misc. Furniture | 25,000.00 |
| Laboratory Equipment | | 125,000.00 |
| Laboratory Inventory | | 10,500.00 |

| | | |
|---|---|---:|
| Equipment Installation & Training | | 6,000.00 |
| TOTAL LABORATORY | | 166,500.00 |
| | | |
| Security Department: | | |
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 46,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY DEPARTMENT | | 270,500.00 |
| | | |
| Total Projected Build-out Costs | | |
| | | |
| Contractor Overhead & Profit | 15.5% on construction items only | 91,721.25 |
| Owner construction Representative | 8.5 months @ $1,100/wk | 40,205.00 |
| Contingency | 7% of total costs | 109,957.84 |
| | | |
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 1,755,784.09 |

Rev. 9-24-2015