25-Jun-18                                                                                                                                          25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number  Posting date  Amount

## CHASE

March 01, 2016 through March 31, 2016
Account Number: 000000771781866

- Starting August 17, unless you have instructed us not to approve debit card purchases that overdraw your business account, you may have to pay a $34 Insufficient Funds Fee each time we approve an everyday debit card transaction if your checking account can't cover your purchase. Through August 19, we will continue to transfer funds for transactions that would overdraw your account.
- Keep in mind our Standard Overdraft Practice will apply if your checking account does not have enough money available to cover a transaction. In that case, we may charge you a $34 Insufficient Funds Fee or $34 Returned Item Fee for each check, recurring payment or other transfer that is for more than the amount available in your account. Refer to your Deposit Account Agreement at chase.com for details on how your transactions work.

*We waive one Insufficient Funds Fee or Returned Item Fee per monthly statement cycle for Chase Platinum Business Checking<sup>SM</sup> accounts.*

If you have questions, please visit chase.com or call the number listed at the top of your statement

### CHECKING SUMMARY   Chase Total Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $49,989.00 |
| Deposits and Additions | 9 | 171,087.21 |
| Checks Paid | 21 | - 85,159.02 |
| ATM & Debit Card Withdrawals | 38 | - 6,450.69 |
| Electronic Withdrawals | 17 | - 124,911.56 |
| Other Withdrawals | 1 | - 2,000.00 |
| Fees | 6 | - 113.50 |
| Ending Balance | 92 | $2,441.44 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | Deposit  1579407212 | $9,800.00 |
| 03/07 | Online Transfer From Chk .6890 Transaction# 5245430099 | 2,700.00 |
| 03/15 | Deposit  1576761391 | 750.00 |
| 03/21 | Deposit  1560755234 | 1,110.00 |
| 03/21 | Online Transfer From Chk .2061 Transaction# 5271364234 | 5,000.00 |
| 03/24 | Fedwire Credit Via TD Bank, NA/011103093 B/O Abk South Properties LLC Stony Brook, NY 11790- Ref Chase Nyc/Ctr/Bnf=Chance & Anthem, LLC West Palm Beach, FL 334015922/A C-000000007717 Rfb=Dpee-A8CR4N Imad: 0324C1B76E1C004059 Trn. 5006009084Fl | 100,000.00 |
| 03/25 | Fedwire Credit Via. Manufacturers And Traders Trust CO/022000046 B/O: Albara & Reed Pllc, Attys New York NY 10110 US Ref: Chase Nyc/Ctr/Bnf=Chance & Anthem, LLC West Palm Beach, FL 334015922/A C-000000007717 Rfb=O/B Mlrs Buf Obi =Wellington Property Imad: 0325B2Q8921C001211 Trn: 2327909085Fl | 50,000.00 |
| 03/28 | Purchase Return      03/26 Nst The Home Depot 17 W Palm Beach FL Card 5087 | 27.21 |
| 03/31 | Deposit  1520032656 | 1,700.00 |
| **Total Deposits and Additions** | | **$171,087.21** |

Page 2 of 6

**PLAINTIFF'S TRIAL EXHIBIT**
**T-63**



25-Jun-18                                                                                                                    25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number   Posting date   Amount

**CHASE** 

March 01, 2016 through March 31, 2016
Account Number:  000000771781866

## CHECKS PAID

| CHECK NO | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1123 ^ | | 03/10 | $6,551.00 |
| 1124 ^ | | 03/21 | 24,600.00 |
| 1125 ^ | | 03/07 | 500.00 |
| 1126 ^ | | 03/01 | 5,000.00 |
| 1127 ^ | | 03/01 | 2,500.00 |
| 1128 ^ | | 03/08 | 6,093.75 |
| 1129 ^ | | 03/07 | 1,590.94 |
| 1130 ^ | | 03/07 | 1,463.66 |
| 1131 ^ | | 03/07 | 930.63 |
| 1132 ^ | | 03/07 | 33.52 |
| 1133 ^ | | 03/18 | 485.00 |
| 1134 ^ | | 03/14 | 200.00 |
| 1135 ^ | | 03/17 | 1,000.00 |
| 1136 ^ | | 03/16 | 375.00 |
| 1137 ^ | | 03/21 | 28.52 |
| 1138 ^ | 03/25 | 03/25 | 3,500.00 |
| 1140 *^ | | 03/28 | 3,750.00 |
| 1141 ^ | | 03/30 | 3,750.00 |
| 1143 *^ | | 03/31 | 14,036.00 |
| 1144 ^ | | 03/31 | 7,261.00 |
| 1147 *^ | 03/31 | 03/31 | 1,500.00 |

Total Checks Paid                                                                                                         $85,159.02



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/02 | Card Purchase | 03/01 Shell Oil 57544077100 Wellington FL Card 5087 | $80.38 |
| 03/07 | Card Purchase | 03/05 Shell Oil 57544077100 Wellington FL Card 5087 | 44.07 |
| 03/07 | Card Purchase | 03/05 Shell Oil 57544077100 Wellington FL Card 5087 | 12.97 |
| 03/07 | ATM Withdrawal | 03/05 10100 Forest Hill Blvd Wellington FL Card 5087 | 300.00 |
| 03/07 | Card Purchase | 03/06 Bp#9082421Mirza Bp Lake Worth FL Card 5087 | 40.00 |
| 03/07 | Card Purchase With Pin | 03/07 The Home Depot 6330 West Palm Bea FL Card 5087 | 81.33 |
| 03/07 | Recurring Card Purchase | 03/06 Sunpass*Acc695462 888-865-5352 FL Card 5087 | 25.00 |
| 03/09 | Card Purchase | 03/08 Haynes Scaffolding & West Palm Bea FL Card 5087 | 139.92 |
| 03/09 | Card Purchase | 03/08 Haynes Scaffolding & West Palm Bea FL Card 5087 | 4.66 |
| 03/09 | Card Purchase | 03/08 Duvall's Towing Servi 561-432-8489 FL Card 5087 | 66.00 |
| 03/09 | Card Purchase | 03/08 Chevron 0307139 Royal Palm Be FL Card 5087 | 57.37 |
| 03/10 | Card Purchase | 03/08 Action Rentals 305-301-5481 FL Card 5087 | 59.00 |
| 03/10 | Card Purchase | 03/09 Starbucks #08432 Wellin Wellington FL Card 5087 | 3.45 |
| 03/10 | Card Purchase | 03/09 Larrys Air Conditionin Belle Glade FL Card 5087 | 80.00 |
| 03/15 | Card Purchase | 03/14 Starbucks #08432 Wellin Wellington FL Card 5087 | 9.23 |
| 03/15 | Card Purchase W/Cash | 03/15 Staples, Inc West Palm Bea FL Card 5087 Purchase $580.41 Cash Back $40.00 | 620.41 |
| 03/15 | Card Purchase With Pin | 03/15 Usps 1194580129 West Palm Bea FL Card 5087 | 22.95 |
| 03/17 | Card Purchase | 03/15 Windsor Cleaners Wellington FL Card 5087 | 33.75 |

25-Jun-18                                                                                                                    25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number  Posting date  Amount



March 01, 2016 through March 31, 2016
Account Number:  000000771781866

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/17 | Card Purchase | 03/15 China Tokyo Wellington FL Card 5087 | 51.64 |
| 03/17 | Card Purchase | 03/16 The Breakers Kravis Palm Beach FL Card 5087 | 20.00 |
| 03/21 | Card Purchase | 03/17 Makeb's Bagels 561-6517444 FL Card 5087 | 6.63 |
| 03/22 | Card Purchase | 03/20 Reel Scooter Key Largo FL Card 5087 | 52.00 |
| 03/22 | Card Purchase | 03/20 Sunoco 0920405800 West Palm Bea FL Card 5087 | 55.66 |
| 03/22 | Card Purchase W/Cash  03/22 Nst The Home Depot 16 W Palm Beach FL Card 5087 Purchase $13.91 Cash Back $10.00 | | 23.91 |
| 03/22 | ATM Withdrawal | 03/22 10100 Forest Hill Blvd Wellington FL Card 5087 | 2,500.00 |
| 03/23 | Non-Chase ATM Withdraw 03/23 @Wellington Wellington FL Card 5087 | | 63.50 |
| 03/24 | Card Purchase | 03/23 Aldrich Tool Rental West Palm Bea FL Card 5087 | 315.89 |
| 03/24 | Card Purchase | 03/22 Reel Scooter Key Largo FL Card 5087 | 52.00 |
| 03/24 | Card Purchase | 03/23 Usps 119452955194036 West Palm Bea FL Card 5087 | 22.95 |
| 03/24 | ATM Withdrawal | 03/24 1480 Greenview Shores B Wellington FL Card 5087 | 200.00 |
| 03/25 | Card Purchase | 03/24 Haynes Scaffolding & West Palm Bea FL Card 5087 | 122.43 |
| 03/25 | Card Purchase | 03/25 Mellow Mushroom Pizza Wellington FL Card 5087 | 276.41 |
| 03/28 | Card Purchase | 03/26 The Home Depot #6379 W Palm Beach FL Card 5087 | 1.00 |
| 03/28 | Card Purchase With Pin  03/26 Nst The Home Depot 58 W Palm Beach FL Card 5087 | | 543.44 |
| 03/28 | Card Purchase With Pin  03/26 Nst The Home Depot 98 W Palm Beach FL Card 5087 | | 206.14 |
| 03/28 | Card Purchase With Pin  03/27 Nst The Home Depot 17 W Palm Beach FL Card 5087 | | 98.51 |
| 03/28 | Recurring Card Purchase 03/25 Sunpass*Acc695462 888-865-5352 FL Card 5087 | | 25.00 |
| 03/29 | Card Purchase | 03/27 The Home Depot #6379 W Palm Beach FL Card 5087 | 133.09 |
| **Total ATM & Debit Card Withdrawals** | | | **$6,450.69** |

## ATM & DEBIT CARD SUMMARY

Jeffrey M Siskind  Card 5087

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,063.50 |
| Total Card Purchases | $3,387.19 |
| Total Card Deposits & Credits | $27.21 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,063.50 |
| Total Card Purchases | $3,387.19 |
| Total Card Deposits & Credits | $27.21 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | 03/04 Online Transfer To Chk ...0683 Transaction#: 5238391565 | $10,000.00 |
| 03/14 | 03/14 Online Transfer To Chk ...6890 Transaction#: 5259562381 | 100.00 |
| 03/14 | 03/14 Online Transfer To Chk ...6890 Transaction#: 5260674562 | 115.00 |
| 03/16 | 03/16 Online Transfer To Chk ...6890 Transaction#: 5264019998 | 5.00 |
| 03/17 | 03/17 Online Transfer To Chk ...6890 Transaction#: 5266280504 | 1.00 |
| 03/18 | 03/18 Online Transfer To Chk ...6890 Transaction#: 5269220796 | 1,000.00 |
| 03/21 | 03/21 Online Transfer To Chk ...6890 Transaction#: 5274171038 | 250.00 |
| 03/22 | 03/22 Online Transfer To Chk ...3506 Transaction#: 5276110691 | 1,000.00 |
| 03/22 | 03/22 Online Transfer To Chk ...6890 Transaction#: 5277662540 | 100.00 |
| 03/24 | 03/24 Online Transfer To Chk ...6890 Transaction#: 5280182867 | 125.00 |
| 03/24 | 03/24 Online Transfer To Chk ...6890 Transaction#: 5281300184 | 25,000.00 |
| 03/25 | 03/25 Online Transfer To Chk   6890 Transaction#: 5283810288 | 2,500.00 |
| 03/25 | 03/25 Online Transfer To Chk   6890 Transaction# 5283893065 | 2,000.00 |
| 03/25 | 03/25 Online Transfer To Chk ...6890 Transaction#. 5284138508 | 15,000.00 |

25-Jun-18

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number   Posting date   Amount

25Jun18-1692

# CHASE 🟊

March 01, 2016 through March 31, 2016
Account Number: 000000771781866

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/25 | 03/25 Online Transfer To Chk ..0683 Transaction#: 5284436066 | 10,000.00 |
| 03/28 | 03/28 Online Transfer To Chk ...6890 Transaction#: 5289169371 | 4,000.00 |
| 03/29 | 03/29 Wire Transfer Via: Farmers Willards/052102901 A/C: Long Badger & Sheller Llp Settlemenref: Re 27120 Ocean Gateway Imad: 0329B1Qgc02C013290 Trn: 4759300089Es | 53,715.56 |
| | **Total Electronic Withdrawals** | **$124,911.56** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/25 | 03/25 Withdrawal | $2,000.00 |
| | **Total Other Withdrawals** | **$2,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | Returned Item Fee For An Unpaid Check #1124 IN The Amount of $24,600.00 | $34.00 |
| 03/23 | Non-Chase ATM Fee-With | 2.50 |
| 03/24 | Domestic Incoming Wire Fee | 15.00 |
| 03/25 | Domestic Incoming Wire Fee | 15.00 |
| 03/29 | Domestic Wire Fee | 35.00 |
| 03/31 | Monthly Service Fee | 12.00 |
| | **Total Fees** | **$113.50** |

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $925.65.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $42,489.00 | 03/14 | 26,416.35 | 03/23 | 925.65 |
| 03/02 | 42,408.62 | 03/15 | 26,513.76 | 03/24 | 75,194.81 |
| 03/04 | 32,408.62 | 03/16 | 26,133.76 | 03/25 | 89,780.97 |
| 03/07 | 39,886.50 | 03/17 | 25,027.37 | 03/28 | 81,184.09 |
| 03/08 | 33,792.75 | 03/18 | 23,498.37 | 03/29 | 27,300.44 |
| 03/09 | 33,524.80 | 03/21 | 4,723.22 | 03/30 | 23,550.44 |
| 03/10 | 26,831.35 | 03/22 | 991.65 | 03/31 | 2,441.44 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 60 |
| Deposits / Credits | 6 |
| Deposited Items | 3 |
| Transaction Total | 69 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $12.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $12.00 |

25-Jun-18

25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number 007770142728  Posting date 01-Mar-16  Amount 5000.00

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

1126

Chance & Anthem, LLC
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE  03/01/2016
Reference:

PAY  Jeffrey M. Siskind Trust Account             $  **5,000.00

FIVE-THOUSAND AND 00/100************************************************  DOLLARS

TO THE ORDER OF  Jeffrey M. Siskind Trust Account

Memo

⑆267084132⑆  771781866⑈  1126

25-Jun-18 25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number 007770909623  Posting date 01-Mar-16  Amount 2500.00

---

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 601
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

1127

DATE  03/01/2016
Reference:

PAY  Tanya Siskind                                             $  **2,500.00

TWO-THOUSAND FIVE-HUNDRED AND 00/100************************************  DOLLARS

TO THE ORDER OF  Tanya Siskind

Memo

⑆267084131⑆   771781866⑈ 1127

25-Jun-18

25Jun18-1692

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G25Jun18-1692**
Sequence number 005570931924  Posting date 18-Mar-16  Amount 24600.00

---

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**1124**

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE  03/01/2016
Reference:

PAY  N&P Construction    $ **24,600.00

*TWENTY-FOUR-THOUSAND SIX-HUNDRED AND 00/100*********************************  DOLLARS

TO THE ORDER OF
**N&P Construction**
4792 Dorchester Mews
West Palm Beach, FL 33415

Memo  Job # 2619REV

⑆267084131⑆  7717818666⑈  1124

---

Seq: 37
Batch: 622909
Date: 03/18/

PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
N & P CONSTRUCTION
AND DEVELOPMENT INC
0037REV/54555