18-Sep-18                                                                                         18Sep18-877

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G18Sep18-877

Sequence number 009070286715  Posting date 13-Apr-16  Amount 10000.00

**CHASE**     **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date/Fecha: 4/17/16

Customer Name (Please Print)/Nombre del cliente (en letra de molde):

CASH/EFECTIVO

CHECK/CHEQUE ▶ 10000.00

TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

N13062-CH (Rev. 07/12)  60066278  02/16

SUBTOTAL

Start your account number here/
Empieza su número de cuenta aquí

LESS CASH/MENOS EFECTIVO RECIBIDO

7 7 1 7 8 1 8 6 6     TOTAL $    10000.00

⑆0815410633⑆ ⑇500001020⑇

JPMorganChaseBank

**PLAINTIFF'S TRIAL EXHIBIT T-64**

18-Sep-18                                                                 18Sep18-877

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G18Sep18-877
Sequence number 009070286715 Posting date 13-Apr-16 Amount 10000.00

**CHASE**      **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date/Fecha: 4/17/16

Customer Name (Please Print)/Nombre del cliente (en letra de molde)

CASH/EFECTIVO

CHECK/CHEQUE ▶    10000.00

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)

TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO

X

SUBTOTAL

N13062-CH (Rev. 07/12) 60066278 02/16

Start your account number here/
Emplee su número de cuenta aquí

LESS CASH/MENOS EFECTIVO RECIBIDO

77178 1866      TOTAL $    10000.00

⑈081541063⑈ ⑆500001020⑆

JPMorganChaseBank [illegible]

18-Sep-18                                                                        18Sep18-877

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G18Sep18-877

Sequence number 009070286716  Posting date 13-Apr-16 Amount 10000.00

---

**REEF GALLERY INC.**
24 DOCKSIDE LANE • PMB 195
KEY LARGO, FL 33037

GIBRALTAR PRIVATE BANK AND TRUST COMPANY
OCEA REEF OFFICE
KEY LARGO, FL 33037

63-9045/2670

7288

4/13/16

PAY TO THE ORDER OF ___Chane & Anthon___ $ 10,000 00/100

___ten - thousand , 00/100___ DOLLARS

MEMO: _Loan to B. Elliot for son to fill Sistand 10% due on 2 shares in Anyland_

⑈007288⑈ ⑆267090455⑆ 00400445481⑈