25-Jun-18                                                                                                                                                  25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number  Posting date  Amount

**CHASE**
JPMorgan Chase Bank, N A
P O Box 659754
San Antonio, TX 78265-9754

April 30, 2016 through May 31, 2016
Account Number: 000000771781866

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | Chase.com |
| Service Center | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol | 1-888-622-4273 |
| International Calls | 1-713-262-1679 |

00010687 DRE 021 142 15316 NNNNNNNNNNN T 1 000000000 62 0000
CHANCE & ANTHEM, LLC
525 S FLAGLER DR STE 501
WEST PALM BEACH FL 33401-5922

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $501.51 |
| Deposits and Additions | 15 | 63,775.85 |
| Checks Paid | 21 | - 40,468.69 |
| ATM & Debit Card Withdrawals | 29 | - 4,123.41 |
| Electronic Withdrawals | 3 | - 16,000.00 |
| Other Withdrawals | 1 | - 200.00 |
| Fees | 1 | - 12.00 |
| Ending Balance | 70 | $3,473.26 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Online Transfer From Chk ...6890 Transaction#. 5367929274 | $500.00 |
| 05/03 | Online Transfer From Chk .6890 Transaction#. 5370003360 | 150.00 |
| 05/05 | ATM Check Deposit     05/05 316 Banyan Blvd West Palm Bea FL Card 5087 | 7,250.00 |
| 05/05 | Online Transfer From Chk .6890 Transaction#. 5375705812 | 1,500.00 |
| 05/05 | Online Transfer From Chk .. 6890 Transaction#: 5375689801 | 200.00 |
| 05/06 | Deposit    1520405499 | 1,000.00 |
| 05/09 | Online Transfer From Chk .. 6890 Transaction#: 5384279149 | 1,600.00 |
| 05/13 | ATM Check Deposit     05/13 316 Banyan Blvd West Palm Bea FL Card 5087 | 25,000.00 |
| 05/16 | Deposit    1519832742 | 20,000.00 |
| 05/20 | Card Purchase Return    05/18 The Home Depot #6379 W Palm Beach FL Card 5087 | 39.07 |
| 05/25 | Online Transfer From Chk .6890 Transaction#: 5416162329 | 2,500.00 |
| 05/26 | Online Transfer From Chk . .6890 Transaction#: 5419237503 | 1,000.00 |
| 05/31 | Card Purchase Return    05/26 The Home Depot #6379 W Palm Beach FL Card 5087 | 36.78 |
| 05/31 | Deposit    1519832863 | 900.00 |
| 05/31 | Online Transfer From Chk .. 0683 Transaction#: 5429286299 | 2,100.00 |
| **Total Deposits and Additions** | | **$63,775.85** |



PLAINTIFF'S TRIAL EXHIBIT T-65

EXHIBIT 52

25-Jun-18

25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number   Posting date   Amount

## CHASE 🟦

April 30, 2016 through May 31, 2016
Account Number: 000000771781866

### ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/19 | Card Purchase | 05/17 The Home Depot #6379 W Palm Beach FL Card 5087 | 57.09 |
| 05/20 | Card Purchase | 05/18 The Home Depot 6320 W Palm Bch FL Card 5087 | 36.91 |
| 05/23 | Card Purchase | 05/19 The Home Depot #6379 W Palm Beach FL Card 5087 | 26.47 |
| 05/23 | Card Purchase | 05/20 Cemex Cash *Sale 800-99Cemex TX Card 5087 | 58.95 |
| 05/23 | Card Purchase | 05/20 The Home Depot #6379 W Palm Beach FL Card 5087 | 49.26 |
| 05/25 | Card Purchase | 05/23 The Home Depot #6379 W Palm Beach FL Card 5087 | 200.00 |
| 05/26 | Card Purchase | 05/24 The Home Depot #6379 W Palm Beach FL Card 5087 | 129.57 |
| 05/27 | Card Purchase | 05/26 Lowes #00654* Royal Palm Be FL Card 5087 | 397.95 |
| 05/31 | Card Purchase | 05/26 The Home Depot #6379 W Palm Beach FL Card 5087 | 202.27 |
| 05/31 | Card Purchase | 05/26 The Home Depot #6379 W Palm Beach FL Card 5087 | 99.14 |
| 05/31 | Card Purchase | 05/26 The Home Depot #6379 W Palm Beach FL Card 5087 | 329.19 |

**Total ATM & Debit Card Withdrawals**  $4,123.41

### ATM & DEBIT CARD SUMMARY

Jeffrey M Siskind Card 5087

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,100.00 |
| Total Card Purchases | $3,023.41 |
| Total Card Deposits & Credits | $32,325.85 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,100.00 |
| Total Card Purchases | $3,023.41 |
| Total Card Deposits & Credits | $32,325.85 |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/13 | 05/13 Online Transfer To Chk | 6890 Transaction#: 5393637326 | $500.00 |
| 05/16 | 05/16 Online Transfer To Chk | 6890 Transaction#: 5398855053 | 15,000.00 |
| 05/31 | 05/29 Online Transfer To Chk | 6890 Transaction#: 5425424543 | 500.00 |

**Total Electronic Withdrawals**  $16,000.00

### OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/13 | 05/13 Withdrawal | $200.00 |

**Total Other Withdrawals**  $200.00

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | Monthly Service Fee | $12.00 |

**Total Fees**  $12.00

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $1.51



25-Jun-18 25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number 009780576846  Posting date 13-May-16  Amount 25000.00

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**Jeffrey M. Siskind Trust Account**
525 South Flagler Drive
Suite 500
West Palm Beach, FL 33401
(561) 832-7720

Wells Fargo Bank 3387

63-643/670

DATE 05/13/2016

PAY TO THE ORDER OF  *Chance & Anthem*  $ **25,000.00

*TWENTY-FIVE-THOUSAND AND 00/100*********************************************  DOLLARS

Chance & Anthem

MEMO _____

⑆087006432⑆ 2040001079780⑆  3387

25-Jun-18                                                                                      25Jun18-1692

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G25Jun18-1692**
Sequence number 002070994788  Posting date 16-May-16  Amount 20000.00

---

|  |  |
|---|---|
| Wells Fargo Bank | 3389 |

**Jeffrey M. Siskind Trust Account**
525 South Flagler Drive
Suite 500
West Palm Beach, FL 33401
(561) 832-7720

DATE _05/16/2016_

03-643/670

PAY TO THE ORDER OF  _Chance & Anthem_                                                              $ **20,000.00**

TWENTY-THOUSAND AND 00/100***********************************************  DOLLARS

Chance & Anthem

MEMO _____

⑆067006432⑆ 209000107972⑈  3389