18-Sep-18                                                             18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 009270998180  Posting date 29-Jun-16  Amount 6000.00



**PLAINTIFF'S TRIAL EXHIBIT T-67**

18-Sep-18  18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 001470097737  Posting date 01-Nov-16  Amount 5000.00

1315

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE  11/01/2016
Reference:

PAY  Tanya L. Siskind  $ **5,000.00

FIVE-THOUSAND AND 00/100************************************************ DOLLARS

TO THE ORDER OF  Tanya L. Siskind

Memo

⑆267084131⑆  771781866⑈ 1315