18-Sep-18                                                                18Sep18-877

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18Sep18-877**
Sequence number 005070908055  Posting date 18-Jul-16  Amount 7000.00

**CHASE ◯**          **DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

Today's Date 7/18/16          Chance &          R/T 500001020

Customer Name (Please Print)          Anthem,          7000.00

                                      LLC.          CASH ▶

Sign Here (If cash is received from this deposit) --------          CHECK ▶

X                                              TOTAL FROM OTHER SIDE ▶

N13060-CH (Rev. 07/12)  60096252  03/16          SUBTOTAL ▶

▼ Start your account number here          ↳► CASH BACK ▶

77178 1846          TOTAL $          7000.00

⑉159246 1608⑉  ⑈50000 10 20⑈

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-68**

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 18-Jul-16

Sequence number 005070908056

Amount 7000.00

Account Number 1866

Date Request Received 18-Sep-18