18-Sep-18                                                                          18Sep18-877

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G18Sep18-877
Sequence number 006090295659  Posting date 19-Jul-16 Amount 25000.00

**CHASE ○**     **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☑
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

Today's Date/Fecha
JULY 19, 2016

Customer Name *(Please Print)*/Nombre del cliente *(en letra de molde)*
CHANCE & ANTHEM

Sign Here *(If cash is received from this deposit)*/
Firme aquí *(si recibe efectivo de este depósito)*
X

fn3002-CH (Rev 07/13)  60000342  01/16

Start your account number here/
▼ Emplace su número de cuenta aquí

CASH/EFECTIVO ▶
CHECK/CHEQUE ▶
TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO ▶
SUBTOTAL ▶            25 000.00
LESS CASH/MENOS EFECTIVO RECIBIDO ▶

R/T 500001020

771 781 866   TOTAL $      25 000.00

⑈0808899116⑈ ⑆50000 10 20⑆

JPMorganChaseBank 0719

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-69**

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 19-Jul-16

Sequence number 006090295660

Amount 25000.00

Account Number 1866

Date Request Received 18-Sep-18

18-Sep-18                                                                18Sep18-877

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18Sep18-877**
Sequence number 004090509626  Posting date 09-Sep-16 Amount 5000.00

CHASE ⬥                    **DEPOSIT**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date 9/9/16

Customer Name *(Please Print)*
Chance & Anthem LLC

CASH ▶            5000. ⁰⁰
CHECK
TOTAL FROM
OTHER SIDE ▶

Sign Here *(if cash is received from this deposit)* ----------------
X
N13050-CH (Rev. 07/12)  60096252  03/16

SUBTOTAL ▶
CASH BACK ▶

▼ Start your account number here

771 781 866        TOTAL $       5000. ⁰⁰

⑈ᴵ⑈1593 20044 ᴵⴈ ⑆ 500001020 ⑈

JPMorganChaseBank  090903  742029 959730014010

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 09-Sep-16

Sequence number 004090509627

Amount 5000.00

Account Number 1866

Date Request Received 18-Sep-18

18-Sep-18                                                          18Sep18-877

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G18Sep18-877
Sequence number 004090509626  Posting date 09-Sep-16 Amount 5000.00

**CHASE** ⬡                    **DEPOSIT**                CHECKING ☒
                                                         SAVINGS ☐
                                                         CHASE LIQUID ☐

Today's Date 9/9/16                          R/T 600001020

Customer Name *(Please Print)*               CASH ►        5000. ⁰⁰

Chance & Anthony LLC         CHECK ►

Sign Here *(if cash is received from this deposit)* ----    TOTAL FROM OTHER SIDE ►

X                                            SUBTOTAL ►

N1060-CH (Rev. 07/12)  600M263  03/16

▼ Start your account number here          ► CASH BACK ►

DEPOSIT

771 781 866        TOTAL $        5000. ⁰⁰

⑈1593 20044 ⑈   ⑆50000 1020⑈

JPMorganChaseBank  090905  742029  959730041010

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 09-Sep-16

Sequence number 004090509627

Amount 5000.00

Account Number 1866

Date Request Received 18-Sep-18