```
CFN 20160253940
OR BK 28443 PG 0947
RECORDED 07/19/2016 11:34:33
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0947; (1pg)
```

Prepared by and return to:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401

## ASSIGNMENT OF SECOND MORTGAGE

Siskind Legal Services, LLC, a Florida limited liability company, whose address is 525 South Flagler Drive, Ste. 500, West Palm Beach, Florida 33401 ("Assignor"), hereby assigns its mortgage in the face amount of Three Hundred Thousand Dollars ($300,000.00) to George and Jeri Maler, husband and wife, whose address is 12509 World Cup Lane, Wellington, Florida 33414 ("Assignee"), in accordance with the terms of that certain loan agreement of even date herewith, which mortgage is held by the Assignor and is recorded in Official Record Book 26600, at Page 1179747, public records of Palm Beach County, Florida, and is subordinate to a first lien in the amount of $300,000.00, and which is secured by real property located at 3485 Lago De Talavera, Lake Worth, Florida; to wit: Lot 29, Talavera P.U.D., according to the plat thereof as recorded in Plat Book 105, Page 44, Public Records of Palm Beach County, Florida.

Witnesseth:

_W. Russell_
WILLIAM RUSSELL

_Bart J. Caso_
BART F. CASO

Siskind Legal Service, LLC

By: _[signature]_
Jeffrey M. Siskind, Managing Member

State of Florida
County of Palm Beach

BEFORE ME this 1ST day of JULY, 2016, appeared Jeffrey M. Siskind, managing member of Siskind Legal Services, LLC, and who voluntarily affixed his signature hereto in my presence and did/did not take an oath.

(SEAL)

_Bart J. Caso_
Notary Public – State of Florida

BART F. CASO
MY COMMISSION # FF 183791
EXPIRES: December 29, 2018
Bonded Thru Budget Notary Services

**PLAINTIFF'S TRIAL EXHIBIT T-70**