| | |
|---|---|
| **From:** | Jeffrey Siskind <jeffsiskind@msn.com> |
| **Sent:** | Tuesday, August 2, 2016 4:47 PM |
| **To:** | fwise@swirnowcapital.com |
| **Subject:** | CannaMED |
| **Attachments:** | 3Gen Subscription.docx |

Frank - please review the attached short form subscription agreement.



PLAINTIFF'S
TRIAL EXHIBIT
**T-71**

**SISKIND LEGAL GROUP**
525 South Flagler Drive, Ste. 500   West Palm Beach, FL  33401
TEL  (561) 832-7720   FAX  (561) 832-7668   jefffsiskind@msn.com

August 2, 2016


3Gen VC, LLC
c/o Jerald C. Cantor
4000 Hollywood Boulevard, Ste. 500-N
Hollywood, FL    33401


 RE:   CannaMED Pharmaceuticals, LLC
          Sale of 2% Non-Dilutable Unit Subscription and Additional 2% Option

Dear Mr. Cantor:

      This shall confirm the sale by Chance & Anthem, LLC ("C&A") to 3Gen VC, LLC ("Investor") of two (2) non-dilutable units of CANNAMED PHARMACEUTICALS, LLC ("CannaMED"), which units comprise two percent (2%) of the total outstanding units of CannaMED.

      By accepting receipt of this unit subscription, Investor represents that it has undertaken sufficient due diligence to determine that CannaMED suffices as a prudent investment, including review of the application materials which were submitted by CannaMED to the Natalie LaPrade Medical Cannabis Commission, State of Maryland, and that Investor is deemed a "sophisticated investor" as defined by rules promulgated by the United States Securities and Exchange Commission.

      By accepting this subscription, you further agree that in the event that CannaMED does not receive necessary licensing which will enable it to conduct its business, your receipt of the sum of $100,000 shall suffice to conclude this agreement, and that upon said refund CannaMED, Chance & Anthem, LLC and the undersigned shall be released from any and all liability which might otherwise arise hereunder.

      As additional consideration for Investor's purchase of units as herein set forth, Investor shall have the right to purchase an additional 2% at the same price as paid herein, provided that said additional purchase be accomplished within sixty (60) days of Investor being notified that CannaMED has been awarded all licenses necessary to conduct its business.

      In addition to the foregoing, Investor has also received a mortgage lien on a parcel of real property located at 3445 Santa Barbara Drive, Wellington, Florida  33414 (the "Project") owned by and being developed by C&A.  In the event that CannaMED does not receive a grower's license, Investor shall remain secured to said real property until Investor is repaid its investment in full.  If CannaMED is successful in receiving a grower's license, said mortgage lien shall be released by Investor.

Pg. 2 of 2
August 2, 2016
CannaMED Pharmaceuticals, LLC

      Finally, you agree that the terms of this agreement and information contained in any of the materials which were provided to you shall be kept strictly confidential absent written authorization, except as necessary to enforce your rights.

      Time is of the essence in concluding this transaction, which C&A may cancel in the event that a unit is conveyed to a third party by means of an arms-length sale upon a price and/or terms more favorable to C&A prior to C&A receiving the initial consideration provided for herein.

      Thank you for your interest and participation.  I look forward to a prosperous business relationship and await your future visit to CannaMED's Maryland Eastern Shore facility.

Sincerely,

                                                              Agreed:

Jeffrey M. Siskind

                                                             _____