18-Sep-18                                                          18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 002180301350 Posting date 09-Sep-16 Amount 4000.00

**CHASE**      **WITHDRAWAL**      CHECKING ☒   SAVINGS ☐
R/T 500001017

Today's Date: 9/9/16
Customer Name (Please Print): [signature]
If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 07/12) 50242033 07/15

Customer Signature: X [signature]

▼ Start your account number here
771 781 866     TOTAL $     4000.⁰⁰

⑈060344463 2⑈ ⑆500001017⑆

JPMorganChaseBank 098903 742029 959730014003

**PLAINTIFF'S TRIAL EXHIBIT T-72**

18-Sep-18 18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 009670243030  Posting date 14-Sep-16  Amount 5000.00

**CHASE**        **DEPOSIT**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

Today's Date: 9-14-16

Customer Name (Please Print): Chance & Anthem

Sign Here (if cash is received from this deposit): X

Account number: 771 781 86-6

R/T 500001020

CASH: 5,000.00
TOTAL $: 5,000.00

⑈1586281584⑈ ⑆500001020⑆

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 14-Sep-16

Sequence number 009670243031

Amount 5000.00

Account Number 1866

Date Request Received 18-Sep-18

18-Sep-18 18Sep18-877
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 009670731042 Posting date 24-Jan-17 Amount 8000.00

**CHASE** **DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

Today's Date 1/24/17

Customer Name (Please Print) Chance S Aitken

R/T 500001020

CASH ▶ 8000.00

CHECK ▶

TOTAL FROM OTHER SIDE ▶

SUBTOTAL ▶

CASH BACK ▶

Sign Here (If cash is received from this deposit)
X
N13050-CH (Rev. 07/12) 60008252 03/16

▼ Start your account number here

771 781 866

TOTAL $ 8000.00

⑈159291189⑈ ⑈500001020⑈

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 24-Jan-17

Sequence number 009670731043

Amount 8000.00

Account Number 1866

Date Request Received 18-Sep-18

18-Sep-18                                                                 18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 002080712019  Posting date 29-Mar-17  Amount 7500.00

**CHASE**          **DEPOSIT**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

Today's Date: 3/29/17

Customer Name (Please Print): Chance E. Anthony

R/T 500001020

CASH ▶ 7500.00

CHECK ▶

TOTAL FROM OTHER SIDE ▶

SUBTOTAL ▶

CASH BACK ▶

Account number: 771 781 866

TOTAL $ 7,500.00

⑈168266708⑈ ⑆500001020⑇

18-Sep-18

18Sep18-877

This is a substitute document representing a CASH IN TICKET

Posting Date 29-Mar-17

Sequence number 002080712020

Amount 7500.00

Account Number 1866

Date Request Received 18-Sep-18

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 31 WEB JOBT81102100423
0075011906   20151113          07
100000.00    1000176606688           000000
```

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561) 838-5110

63-215 / 631

1026

DATE  11/11/2015

PAY  Advanced Avionics                                    $ **100,000.00

ONE-HUNDRED-THOUSAND AND 00/100******************************************* DOLLARS

TO THE ORDER OF  Advanced Avionics

Memo  Panel Equipment & Initial Labor Deposit

⑆063102152⑆ 1000176606688⑈ 1026

015121 003305225778 00100302005

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 32 WEB JOBT81102100423
0075256794   20151117          07
17000.00     1000176606688           000000
```

