Prepared by and return to:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401

CFN 20160337615
OR BK 28587 PG 0378
RECORDED 09/21/2016 09:28:42
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0378 - 379; (2pgs)

## ASSIGNMENT OF MORTGAGE

George A. Maler, a married man, with an address of 12509 World Cup Lane, Wellington, Florida 39414 ("Assignor"), is the holder of a certain mortgage dated December 2, 2013, and executed by Imtiaz Mohammed and Zoreeda Mohammed, husband and wife, as mortgagor(s).

This mortgage was recorded among the official records of Palm Beach County, Florida on December 9, 2013 in record book 26485 at page 760, and secures a note or other obligation of the mortgagor to the Assignor in the original principal sum of $25,000.00 to real property described as follows; Condominium Unit No. B-6 of Cross Creek, a Condominium, according to the Declaration thereof recorded in Official Record Book 3262, Page 1812 of the Public Records of Palm Beach County, Florida.

Assignor has assigned this mortgage and obligation to Chance & Anthem, LLC, a Florida limited liability company, with an address of 525 South Flagler Drive, Ste. 500, West Palm Beach, FL 33401 ("Assignee").

Therefore, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, the receipt of which is acknowledged, Assignor hereby assigns, transfers and sets over to Assignee all right, title and interest of Assignor in and to the above mortgage, together with the note or other obligation described therein and all moneys due and to become due thereon.

To have and to hold the same to the Assignee and the Assignee's heirs, successors and assigns forever.

And Assignor does hereby appoint Assignee its attorney in fact, in Assignor's name but at Assignee's sole expense, to take all proper means to recover the above indebtedness, and upon payment to release and discharge the mortgage as fully as Assignor could do had this Assignment not been made.

Assignor covenants with Assignee that there is now owing on such mortgage the principal sum of $25,750.00 with interest at Six Percent (6%) percent per annum, and that Assignor has good right to assign the same to Assignee.

IN WITNESS WHEREOF, This Assignment of Mortgage is executed on December 2, 2015.

Executed in the presence of:

_____          _____
Witness                                                      George A. Maler

_____
Bart J. Caso
Witness

**PLAINTIFF'S TRIAL EXHIBIT T-73**

STATE OF FLORIDA
COUNTY OF PALM BEACH

Before me, a Notary Public in and for the above state and county, personally appeared George A. Maler, known to me or proved to be the person named herein and who executed the foregoing instrument, and such person acknowledged that he executed said instrument for the purposes therein contained as his or her free and voluntary act and deed after being duly sworn.

(SEAL)

Bart J. Caso
NOTARY PUBLIC – STATE OF FLORIDA

My Commission Expires: _____

BART F. CASO
MY COMMISSION # FF 183791
EXPIRES: December 29, 2018
Bonded Thru Budget Notary Services