25-Jun-18

25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number  Posting date  Amount



CHASE

September 01, 2016 through September 30, 2016
Account Number: 000000771781866

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Deposit  1592600445 | $15,000.00 |
| 09/06 | Deposit  1593200137 | 1,500.00 |
| 09/07 | Deposit  1593200283 | 500.00 |
| 09/09 | Deposit  1593200441 | 5,000.00 |
| 09/13 | Online Transfer From Chk  6890 Transaction#: 5659268262 | 2.00 |
| 09/14 | ATM Cash Deposit    09/14 1480 Greenview Shores Blv Wellington FL Card 0693 | 1,000.00 |
| 09/14 | Deposit  1586281584 | 5,000.00 |
| 09/19 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Jeffrey M Siskind West Palm Beach, FL 33401-5938 Ref  Chase Nyc/Ctr/Bnf=Chance & Anthem, LLC West Palm Beach, FL 334015922/A C-000000007717 Rfb=0066400263501860 Imad: 0919I1B7031R007679 Trn: 3086809263FI | 40,000.00 |
| 09/22 | Deposit  1592900177 | 2,500.00 |
| 09/26 | ATM Cash Deposit    09/26 9863 Lake Worth Rd Lake Worth FL Card 0693 | 600.00 |
| 09/26 | ATM Cash Deposit    09/26 9863 Lake Worth Rd Lake Worth FL Card 0693 | 200.00 |
| 09/27 | ATM Cash Deposit    09/27 316 Banyan Blvd West Palm Bea FL Card 0693 | 800.00 |
| 09/27 | Card Purchase Return   09/25 Hyatt Hotels Cambridge Cambridge MA Card 0693 | 23.49 |
| 09/30 | Online Transfer From Chk ...0683 Transaction# 5698681313 | 450.00 |
| | Total Deposits and Additions | $72,575.49 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1277 ^ | | 09/02 | $5,000.00 |
| 1278 ^ | | 09/08 | 610.00 |
| 1279 ^ | | 09/06 | 5,304.50 |
| 1281 *^ | | 09/06 | 181.00 |
| 1282 ^ | | 09/06 | 90.00 |
| 1283 ^ | | 09/06 | 320.00 |
| 1284 ^ | 09/03 | 09/06 | 1,000.00 |
| 1285 ^ | | 09/07 | 100.00 |
| 1286 ^ | | 09/13 | 600.00 |
| 1287 ^ | | 09/14 | 3,525.00 |
| 1288 ^ | | 09/27 | 367.50 |
| 1289 ^ | | 09/14 | 322.21 |
| 1290 ^ | | 09/19 | 7,261.00 |
| 1291 ^ | | 09/20 | 687.89 |
| 1292 ^ | | 09/20 | 3,140.66 |
| 1293 ^ | | 09/27 | 525.10 |
| 1294 ^ | 09/19 | 09/19 | 3,000.00 |
| 1295 ^ | | 09/21 | 100.00 |
| 1296 ^ | 09/23 | 09/23 | 3,840.00 |
| 1298 *^ | | 09/26 | 500.00 |
| 1299 ^ | | 09/26 | 629.50 |
| 1300 ^ | | 09/27 | 625.00 |
| Total Checks Paid | | | $37,729.36 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An Image of this check may be available for you to view on Chase.com

PLAINTIFF'S
TRIAL EXHIBIT
**T-74**



EXHIBIT
53

25-Jun-18                                                                                                                  25Jun18-1692

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G25Jun18-1692
Sequence number 004090509626  Posting date 09-Sep-16  Amount 5000.00

**CHASE** ○                    **DEPOSIT**                    CHECKING ☒
                                                              SAVINGS ☐
                                                              CHASE LIQUID ☐

Today's Date 9/9/16                                                          R/T 500001020

Customer Name (Please Print)                    CASH         5000.00
Chance & Anthony LLC            CHECK

**DEPOSIT**                                     TOTAL FROM
Sign Here (if cash is received from this deposit)   OTHER SIDE
X                                               SUBTOTAL
N10050-OH (Rev 07/12)  60006252  03/16
                                                CASH BACK
▼ Start your account number here

771781866                       TOTAL $        5000.00

⑆159320044⑆  ⑈500001020⑈

JPMorganChaseBank 090903 742029 9597300145010

25-Jun-18                                                                25Jun18-1692

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G25Jun18-1692
Sequence number 009670243030  Posting date 14-Sep-16 Amount 5000.00

**CHASE**        **DEPOSIT**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

Today's Date: 9-14-16
Customer Name (Please Print): Chance E Anthem

CASH ▶ 5,000.00
CHECK ▶
TOTAL FROM OTHER SIDE ▶
SUBTOTAL ▶
CASH BACK ▶

Account number: 771 781 86-6

TOTAL $ 5000.00

⑈158628158⑈  ⑆500001020⑉