18-Sep-18                                                                                      18Sep18-877

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18Sep18-877**
Sequence number 108490092457  Posting date 25-Oct-16  Amount 2500.00

---

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

1308

DATE 10-19-16
Reference:

PAY  Palm Beach Riding Academy   $ 2,500.00

Two Thousand Five Hundred                                  DOLLARS

TO THE ORDER OF

Memo  Scarlett Sickand

⑆267084131⑆  771781866⑈ 1308

---

Seq: 4
Dep: 001960
Date: 10/25/16

For Deposit Only to
Palm Beach Riding Academy LLC
Palm Beach Riding Academy LLC
Master One
Deposited by: Judy

**PLAINTIFF'S TRIAL EXHIBIT T-75**

18-Sep-18 18Sep18-877

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G18Sep18-877
Sequence number 108490092457  Posting date 25-Oct-16  Amount 2500.00

---

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

1308

DATE 10-19-16

PAY: Palm Beach Riding Academy        $2,500.00

Two Thousand Five Hundred —————— DOLLARS

TO THE ORDER OF

Memo: Scarlett Silkowl

⑈267084131⑈  7717818660⑈  1308

---

Seq: 4
Dep: 001960
Date: 10/25/16

For Deposit Only to
Palm Beach Riding Academy LLC
Palm Beach Riding Academy LLC
Master One
Deposited by: Judy