Circuit Court of Maryland

Go Back Now

**Case Information**

| | |
|---|---|
| Court System: | Circuit Court for Baltimore City - Civil System |
| Case Number: | 24C17004230 |
| Title: | CannaMED Pharmaceuticals, LLC vs Natalie M. LaPrade Maryland Medical Cannabis Commission |
| Case Type: | General Equity  Filing Date: 08/15/2017 |
| Case Status: | Open/Inactive |

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**  Party No.: **1**
Business or Organization Name: **CannaMED Pharmaceuticals, LLC**
*Attorney(s) for the Plaintiff/Petitioner*
Name: Siskind, Esq, Jeffrey M
Appearance Date: 08/15/2017
Practice Name: Siskind Legal Group
Address: 3465 Santa Barbara Drive
Suite 500
City: Wellington  State: FL  Zip Code: 33414

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **Natalie M. LaPrade Maryland Medical Cannabis Commission**
*Attorney(s) for the Defendant/Respondent*
Name: Nelson, Esq, Heather B
Appearance Date: 10/18/2017
Practice Name: Attorney General's Office
Address: 300 W Preston Street
Suite 302
City: Baltimore  State: MD  Zip Code: 21201

Party Type: **Defendant**  Party No.: **2**
Business or Organization Name: **Maryland Department Of Health And Mental Hygiene**
*Attorney(s) for the Defendant/Respondent*
Name: Nelson, Esq, Heather B
Appearance Date: 10/18/2017
Practice Name: Attorney General's Office
Address: 300 W Preston Street
Suite 302
City: Baltimore  State: MD  Zip Code: 21201

**Court Scheduling Information**

**PLAINTIFF'S TRIAL EXHIBIT T-101**

Event Type: **Motion Hearing (Civil)**  Notice Date: 12/11/2017
Event Date: **01/19/2018**  Event Time: **11:00 AM**
Result:          **Held/Concluded**  Result Date: **02/05/2018**

### Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date:          08/15/2017  Entered Date: **08/17/2017**  Decision:
Party Type:        **Plaintiff**  Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **2/0**
File Date:          08/28/2017  Entered Date: **08/29/2017**  Decision:
Party Type:        **Plaintiff**  Party No.: **1**
Document Name: **Civil - Non-Domestic Case Information Report**

Doc No./Seq No.: **3/0**
File Date:          10/18/2017  Entered Date: **10/19/2017**  Decision:
Party Type:        **Defendant**  Party No.: **1**
Document Name: **Consent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint** Filed by DEF001-Natalie M. LaPrade Maryland Medical Cannabis Commission, DEF002-Maryland Department Of Health And Mental Hygiene

Doc No./Seq No.: **4/0**
File Date:          10/30/2017  Entered Date: **10/31/2017**  Decision: **Granted**
Party Type:        **Defendant**  Party No.: **1**
Document Name: **Motion for Summary Judgment, Memorandum, and Exhibits**

Doc No./Seq No.: **4/1**
File Date:          12/05/2017  Entered Date: **12/06/2017**  Decision:
Party Type:        **Plaintiff**  Party No.: **1**
Document Name: **Opposition to Motion w/Request for Hearing**

Doc No./Seq No.: **4/2**
File Date:          02/07/2018  Entered Date: **02/07/2018**  Decision:
Document Name: **Order of Court**

ORDERED that Defts' Motion to Dismiss, or, in the Alternative for Summary Judgment, be and is hereby GRANTED; and it is further, ORDERED that the Complaint for Damages and Injunctive Relief (1) be and is hereby DISMISSED, Cox Judge

Doc No./Seq No.: **4/3**
File Date:          02/07/2018  Entered Date: **02/07/2018**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **5/0**
File Date:          12/05/2017  Entered Date: **12/06/2017**  Decision:
Party Type:        **Defendant**  Party No.: **2**
Document Name: **Return of Service - Served**

|  | WRIT OF SUMMONS (Private Process) served 09/15/17 |
|---|---|

Doc No./Seq No.: 6/0
File Date: 12/05/2017   Entered Date: 12/06/2017   Decision:
Party Type: Defendant   Party No.: 1
Document Name: Return of Service - Served
WRIT OF SUMMONS (Private Process) served 09/15/17

Doc No./Seq No.: 7/0
File Date: 12/05/2017   Entered Date: 12/06/2017   Decision:
Party Type: Plaintiff   Party No.: 1
Document Name: Notice of Filing of Returns of Service

Doc No./Seq No.: 8/0
File Date: 12/05/2017   Entered Date: 12/06/2017   Decision:
Party Type: Plaintiff   Party No.: 1
Document Name: Notice of Change of Address for Plaintiff's Counsel

Doc No./Seq No.: 9/0
File Date: 12/11/2017   Entered Date: 12/11/2017   Decision:
Document Name: Notice Motion Hearing Sent

Event: MOTN Block Date: 01/19/18 Facility: 231PARTIES : Nelson, Heather 300 W Preston Street Suite 302, Baltimore, MD, 21201Siskind, Jeffrey 3465 Santa Barbara Drive Suite 500, Wellington, FL, 33414

Doc No./Seq No.: 10/0
File Date: 01/19/2018   Entered Date: 01/31/2018   Decision:
Document Name: Open Court Proceeding

01/19/2018 Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment (4) heard and ruling hereby held "SUB-CURIA". (COX, J)

Doc No./Seq No.: 10/1
File Date: 02/07/2018   Entered Date: 02/07/2018   Decision:
Document Name: Opinion (Order of Court)

Petition for Judicial Review may have been warranted. Their is a failure to state a claim for which relief can be granted, the court must dismiss the complaint, Cox Judge

Doc No./Seq No.: 10/2
File Date: 02/07/2018   Entered Date: 02/07/2018   Decision:
Document Name: Copies Mailed

Doc No./Seq No.: 11/0
File Date: 01/30/2018   Entered Date: 01/31/2018   Decision:
Document Name: Open Court Proceeding
clerical error

Doc No./Seq No.: 12/0
File Date: 02/20/2018   Entered Date: 02/21/2018   Decision: Denied
Party Type: Plaintiff   Party No.: 1
Document Name: Motion for Reconsideration of Order Dismissing Case

| | |
|---|---|
| Doc No./Seq No.: | 12/1 |
| File Date: | 04/05/2018  Entered Date: 04/05/2018  Decision: |
| Document Name: | Order of Court |
| | It is this 2nd, April, 2018, Order that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby DENIED. J. Cox. |

Doc No./Seq No.: 12/2
File Date:       04/05/2018  Entered Date: 04/05/2018  Decision:
Document Name: Copies Mailed

Doc No./Seq No.: 13/0
File Date:       03/05/2018  Entered Date: 03/07/2018  Decision: Denied
Party Type:      Plaintiff  Party No.: 1
Document Name: Motion for Reconsideration

| | |
|---|---|
| Doc No./Seq No.: | 13/1 |
| File Date: | 03/07/2018  Entered Date: 03/08/2018  Decision: |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | Defts' Opposition to pltff's Motin for Reconsideration of Order |
| | Dismissing Case. Filed by DEF001-Natalie M. LaPrade Maryland Medical Cannabis Commission, DEF002-Maryland Department Of Health And Mental Hygiene |

| | |
|---|---|
| Doc No./Seq No.: | 13/2 |
| File Date: | 04/06/2018  Entered Date: 04/06/2018  Decision: |
| Document Name: | Order of Court |
| | It is this 2nd, April, 2018, Ordered that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby DENIED. J. Cox. |

Doc No./Seq No.: 13/3
File Date:       04/06/2018  Entered Date: 04/06/2018  Decision:
Document Name: Copies Mailed

Doc No./Seq No.: 14/0
File Date:       05/02/2018  Entered Date: 05/04/2018  Decision:
Party Type:      Plaintiff  Party No.: 1
Document Name: Notice of Appeal

Doc No./Seq No.: 15/0
File Date:       07/10/2018  Entered Date: 07/10/2018  Decision:
Document Name: Order of COSA to Proceed
                Appeal case No. 0561, September Term, 2018Due date: 9/4/18Assign to J. Fortune

Doc No./Seq No.: 16/0
File Date:       07/17/2018  Entered Date: 07/18/2018  Decision:
Party Type:      Plaintiff  Party No.: 1
Document Name: Notice of Compliance

> This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.