# SISKIND LEGAL, P.L.L.C.

- South Florida Office -
3445 Santa Barbara Drive
Wellington, FL  33414

- Tallahassee Office -
113 N. Monroe St., 1st Floor
Tallahassee, FL  32301

jeffsiskind@msn.com
Tel  (561) 791-9565
Fax  (561) 791-9581

October 29, 2019

VIA E-MAIL TO jsuarez@gjb-law.com

Chance & Anthem, LLC
c/o Jesus Suarez, Esquire
Counsel toteh Chapter 7 Trustee
Genovese, Joblove & Battista
100 S.E. 2nd Street, Ste 4400
Miami, FL  33131

      RE:    Notice of Forfeiture of CannaMED Pharmaceuticals, LLC Interest
               Demand to Cease & Desist making defamatory remarks concerning
               CannaMED Pharmaceeuticals, LLC's Managing Member

Dear Messers. Furr and Suarez:

      You are hereby notified that Chance & Anthem, LLC's entire interest in CannaMED Pharmaceuticals, LLC ("Company") is FORFEITED in accordance with the provision contained within the Company's Amended Operating Agreement which prohibits disparagement and/or other activities by or on behalf of stakeholders which, in the opinion of Company management, would tend to damage the Company's prospects for licensure and/or successful operation.

      In my capacity as the Company's managing member, I am adopting your assessment of the value of your interest in the Company as 'worthless,' which valuation is the direct result of and proximate result of your intentional actions to discredit the Company, its employees and/or investors.  Therefore, consistent with the Operating Agreement, as amended, the value of your interest to be paid to you is ZERO Dollars.

      Furthermore, it is obvious that Chance & Anthem, LLC is, as a Chapter 7 debtor, unable to fulfill its continuing obligation to fund CannaMED Pharmaceuticals, LLC's cash needs, and is therefore in anticipatory breach of the Funding Agreement upon which Chance & Anthem, LLC had a right to hold a 70% non-voting interest in the Company.

      This shall also serve as a demand that you immediately cease and desist from publishing or otherwise making defamatory remarks both toward me individually and in my capacity as Managing Member of CannaMED Pharmaceuticals, LLC.

PLAINTIFF'S
TRIAL EXHIBIT
**T-107**

Page 2
Chance & Anthem, LLC
c/o Jesus Suarez, Esquire
Counsel to the Chapter 7 Trustee
October 29, 2019

    Please govern yourself accordingly.

                                          Sincerely,

                                          Jeffrey M. Siskind