18-Sep-18                                                                18Sep18-877

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G18Sep18-877
Sequence number 004280440162  Posting date 31-Oct-16 Amount 23243.37

**CHASE**                    **DEPOSIT**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date 10/31/16

Customer Name (Please Print) Chance & Anthem

CASH ▶
CHECK ▶
TOTAL FROM OTHER SIDE ▶
SUBTOTAL ▶
CASH BACK ▶

Sign Here (If cash is received from this deposit) - - - - - - - -
X
N13060-CH (Rev. 07/12)  60098252  03/16

▼ Start your account number here

777781866          TOTAL $    23243.37

⑈159276196⑈ ⑆500001020⑆

**PLAINTIFF'S TRIAL EXHIBIT T-76**

18-Sep-18                                                                                        18Sep18-877

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G18Sep18-877**
Sequence number 004280440163  Posting date 31-Oct-16  Amount 22618.37

**THE ASSOCIATES.COM, PA**
556 SE MEADOW WOOD WAY
STUART, FL 34997-6362                                              2855
                                                                  9-32/720

DATE 10-31-16

PAY TO THE
ORDER OF   CHANCE & Anthem, LLC              $ 22,618.37

Twenty Two Thousand Six Hundred + Eighteen 37/100   DOLLARS

**CHASE** ○
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  910 Dalton Ave

⑈07 2000326⑈   8918 23333⑈ 2855