L130000295966

---

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500291004305

12/15/16--01021--001  **25.00

RECEIVED 2016 DEC -1 PM 12:32 SECRETARY OF STATE TALLAHASSEE, FLORIDA

FILED 2016 DEC 14 P 12:31 SECRETARY OF STATE TALLAHASSEE, FLORIDA

S Warren
DEC 15 2016



**PLAINTIFF'S TRIAL EXHIBIT T-79**



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

December 2, 2016

FRANK ZOKAITES
375 GOLFSIDE DRIVE
WEXFORD, PA 15090

SUBJECT: OB REAL ESTATE HOLDINGS 1732, LLC
Ref. Number: L13000029596

We have received your document for OB REAL ESTATE HOLDINGS 1732, LLC, however, upon receipt of your document no check was enclosed. Please return your **document** along with a **check** or **money order** made payable to the Department of State for $25.00.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6051.

Stacey M Warren
Regulatory Specialist II

Letter Number: 916A00025732

www.sunbiz.org

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: OB Real Estate Holdings 1732, LLC
_____
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Frank Zokaites
_____
Name of Person

_____
Firm/Company

375 Golfside Drive
_____
Address

Wexford, PA 15090
_____
City/State and Zip Code

frank@zokaites.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Frank Zokaites at ( 412 ) 889-5744
_____
Name of Person                Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

■ $25.00 Filing Fee    ☐ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee,
                         Certificate of Status      Certified Copy            Certificate of Status &
                                                    (additional copy is enclosed)   Certified Copy
                                                                              (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

OB Real Estate Holdings 1732, LLC
_____
(**Name of the Limited Liability Company as it now appears on our records.**)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on February 26, 2013 and assigned Florida document number L13000029596.

This amendment is submitted to amend the following:

### A. If amending name, <u>enter the new name of the limited liability company here:</u>

_____

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:** 375 Golfside Drive

*(Principal office address MUST BE A STREET ADDRESS)* Wexford, PA 15090

**Enter new mailing address, if applicable:** 375 Golfside Drive

*(Mailing address MAY BE A POST OFFICE BOX)* Wexford, PA 15090

### B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:

| | |
|---|---|
| Name of New Registered Agent: | Jeffrey M. Siskind |
| New Registered Office Address: | 525 S. Flagler Drive, Ste. 500 |
| | *Enter Florida street address* |
| | West Palm Beach, Florida 33401 |
| | *City* — *Zip Code* |

### New Registered Agent's Signature, if changing Registered Agent:

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 3

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records:</u>

MGR = Manager
AMBR = Authorized Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGRM | Siskind, William | 525 S. Flagler Drive, Ste. 500 | ☐ Add |
|  |  | West Palm Beach, FL 33401 | ■ Remove |
|  |  |  | ☐ Change |
| MGR | Zokaites, Frank | 375 Golfside Drive | ■ Add |
|  |  | Wexford, PA 15090 | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |

(Secretary of State, Tallahassee, Florida stamp)

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b) The 90th day after the record is filed.

Dated November 28, 2016

_____
Signature of a member or authorized representative of a member

William L. Siskind
_____
Typed or printed name of signee

FILED 2016 DEC 1 PM 12:31
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Page 3 of 3

Filing Fee: $25.00