Filing # 54707422 E-Filed 04/05/2017 09:21:45 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

NEW WAVE LENDERS, (2015-B) LP,
a Delaware limited partnership and
WELLINGTON 3445 LP
    Plaintiff(s),

v.

CHANCE & ANTHEM, LLC., a Florida
limited liability Company, JEFFREY M.
SISKIND, ABK SOUTH PROPERTIES, LLC.,
a Florida limited liability Company, 3GEN VC, LLC.
a Florida limited liability Company, N & P CONSTRUCTION
AND DEVELOPMENT, INC., a Florida corporation,
PTM ELECTRIC, INC., a Florida corporation, and
DAVID FIORE,
    Defendants.

CASE NO.:50-2016-CA-012543-XXXX-MB
CIRCUIT CIVIL DIVISION AW

## AFFIDAVIT OF CARL STONE

1. My name is CARL STONE and I am over the age of 18 and attest to the information contained in this Affidavit.

2. This Affidavit is based upon my personal knowledge.

3. In addition to present litigation, I have claims pending in Case No. 2016-008765 related to breaches of duty and other misdeeds by my previous lawyer, Jeffrey M. Siskind, and his companies including Chance & Anthem, LLC and Siskind Legal Services, LLC, their agents, representatives and/or employees.

4. Our lawsuit and claims against those parties are directly related to this foreclosure action and are specified herein.

5. David Fiore is my long time friend and business partner. We entered into an agreement with Jeffrey M. Siskind related to the purchase, remodeling and selling of a

Page **1** of **4**

**PLAINTIFF'S TRIAL EXHIBIT T-80**

residential investment property located at 3445 Santa Barbra Drive, Wellington, FL 33414, whose legal description is Lot 2 of SOUTHFIELDS - PHASE I OF PALM BEACH POLO AND COUNTRY CLUB – WELLINGTON COUNTRY PLACE - P.U.D., According To The Plat Thereof, As Recorded in Plat Book 39, Page 19, of the Public Records of Palm Beach County, Florida.

6. Mr. Siskind asserted that our $800,000 investment would be secured and secured by a mortgage and/or note to protect us. He was supposed to prepare and record the necessary documents. He also said that the property would be remodeled with our investment money and then we would be able to rent for income and/or sell the property at a profit.

7. Relying upon these promises, on or about August/September 2015, I transferred a total of $800,000 into the Trust Account of Mr. Siskind's law firm to be used for that purpose.

8. At no time did Mr. Siskind tell me or Mr. Fiore that he would attempt to make any easements or alter the size with respect to the investment property and in favor of Mr. Siskind's adjacent homestead property.

9. At no time were we told that Mr. Siskind would take out additional mortgages, more debt on those payments, as he apparently did with New Wave Lenders (2015) LP.

10. Had we known that we would not get any security or protection by him drafting the appropriate mortgages and recording them, that he would take out additional mortgages on the property, try to change the lot size, default on any mortgage, not do the renovations, not rent out the property, not communicate with us truthfully, not sell the

property and never see any return on the investment, have no records as to what happened to our money except one release to our detriment that he forced David Fiore to sign, then we would never have invested any money.

11.   The only supporting documents received from him were the attached Trust Account Card Ledger, only recently received in another related lawsuit brought regarding this misconduct. There is still no supporting documentation of what happened to our money, such as receipts, invoices, checks, etc. This ledger, attached as Ex. 1 fails to explain the use of our money.

12.   From the recent change in Plaintiff in this matter, it appears that after taking the money we invested and then taking another $812,500 h.. . New Wave Lenders (2015-B) LP and then getting an additional mortgage on the same Santa Barbara Drive property, the unpaid debt for New Wave Lenders (2015-B) LP was purchased by Wellington 3445, LP, a company that is ultimately owned by Frank Zokaites, whom upon information and belief is a long time acquaintance of Jeffrey M. Siskind.

13.   For the reasons stated herein, I am in suit against Mr. Siskind, Chance & Anthem, LLC and other defendants regarding the misrepresentation, misuse and breach of duties owed to me with respect to this property and involving other properties as well.

14.   In the suit against them, we have filed a Lis Pendens and due to the wrongful acts of the Defendants seek to recover damages including but not limited to title to the 3445 Santa Barbara Drive property in Palm Beach County, Florida.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: __4-5-17__     Signed: _____

NOT A CERTIFIED COPY

CARL STONE

## ACKNOWLEDGEMENT

STATE OF PENNSYLVANIA

COUNTY OF _Allegheny_

BEFORE ME, the undersigned authority, personally appeared, CARL STONE, ... personally known to me OR who has produced ___N/A___ *as identification, and who, after first being duly sworn, deposes and says that he has read the foregoing ... to the best of his knowledge and belief are true and correct.

SWORN TO AND SUBSCRIBED before me, this _5th_ day of _April_, 2017.

*List type of identification produced or ... whichever is applicable.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN J. McLAY, III, NOTARY PUBLIC
McCANDLESS TWP, ALLEGHENY COUNTY
MY COMMISSION EXPIRES JUN ... 2019

NOTARY PUBLIC
State of Florida at Large
My Commission Expires:

NOT A CERTIFIED COPY

Page 4 of 4

## SISKIND LEGAL GROUP
### Client Ledger

Client/Matter: 3445
Start: October 5, 2015
End: May 31, 2016

| Date | Amount | Description | Balance |
|---|---|---|---|
| 10-05-2015 | 800,000.00 + | Wire In from Carl Stone | 800,000.00 |
| 10-06-2015 | 750,000.00 - | CSHCK to Chance & Anthem | 50,000.00 |
| 10-06-2015 | 42,631.57 - | CK# 3325 – 2321 Ke___ck ___reet | 7,368.43 |
| 10-16-2015 | 1,000.00 - | Withdrawal- p___ ___ Wilkins | 6,368.43 |
| 12-07-2015 | 4,000.00 - | Withdraw___ ___ Steve Wilkins | 2,368.43 |
| 01-07-2016 | 1,000.00 - | With___ ___ ___y Steve Wilkins | 1,368.43 |
| 01-25-2016 | 1,000.00 - | ___ ___aw___l- pay Steve Wilkins | 368.43 |
| 05-31-2016 | 31.57 + | ___sfer from Misc. Ledger | 400.00 |
| 05-31-2016 | 400.00 - | ___K# 3391 to Chance & Anthem, LLC | - 0 - |

NOT A CERTIFIED COPY

EXHIBIT 1