4020CT

CFN 20170240427
OR BK 29198 PG 0259
RECORDED 07/05/2017 15:18:51
AMT 1,000,100.00
Doc Stamp 7,000.70
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0259; (1pg)

IN THE CIRCUIT COURT OF THE JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2016CA012543

NEW WAVE LENDERS 2015 B LP
Plaintiff (s) / Petitioner (s)

vs.

CHANCE & ANTHEM LLC; JEFFREY M SISKIND; ABK SOUTH PROPERTIES LLC;3GEN VC LLC; N & P CONSTRUCTION AND DEVELOPMENT INC; PTM ELECTRIC INC; DAVID FIORE
Defendant (s) / Respondent (s)

CERTIFICATE OF TITLE
Chapter 45

THE UNDERSIGNED CLERK OF this Court Certifies that a Certificate of Sale was executed and filed in this action on June 12, 2017 for the property described herein and that objections to the sale have either not been filed within the time allowed by statutory law or, if filed, have been heard by the court. The property in Palm Beach County, Florida is described as follows:

Lot 2, Southfields - Phase I of Palm Beach Polo and County Club- Wellington Country Place - P.U.D., according to the map or plat thereof, as recorded in Plat Book 39, Pages 19 through 22, inclusive, of the Public Records of Palm Beach County, Florida

was sold to:

WELLINGTON 3445 LP, A FLORIDA LIMITED PARTNERSHIP
375 GOLFSIDE DRIVE
WEXFORD, PA 15090

$1,000,100.00
7,000.70

WITNESS my hand and seal of this Court on JUL 05 2017

Sharon R. Bock, a Deputy Clerk for Clerk and Comptroller

By: _____
Deputy Clerk

Duncan J. MacDonald

FILED
2017 JUL -5 AM 11: 28
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CIVIL

**PLAINTIFF'S TRIAL EXHIBIT T-81**