\*\*\*\* CASE NUMBER: 502017CA008682XXXXMB Division: AW \*\*\*\*

Filing # 59908461 E-Filed 08/03/2017 01:47:28 PM

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CHANCE & ANTHEM, LLC, a Florida
limited liability company, 525 S. Flagler
Drive, Ste. 500, West Palm Beach, FL
33401,

    Plaintiff,

vs.                                                          CASE NO. _____

IMITIAZ MOHAMMED and ZOREEDA
MOHAMMAD, husband and wife, 5313
Colbright Road, Lake Worth, FL 33467,
CROSS CREEK CONDOMINIUM
ASSOCIATION, INC., 1500 N. Congress
Avenue, West Palm Beach, FL 33401, by
its Registered Agent, Dicker, Krivock and
Stoloff, 1818 Australian Avenue South #400,
West Palm Beach, FL 33409, and CLIFFORD
GRAHAM, 1500 N. Congress Avenue, Unit E
West Palm Beach, FL 33401, and unknown
parties in possession.

    Defendant(s).
_____/

### VERIFIED COMPLAINT TO FORECLOSE MORTGAGE

Plaintiff, CHANCE & ANTHEM, LLC, a Florida limited liability company, by and through undersigned counsel, sues Defendants and states:

1. This is an action to foreclose a mortgage on real property located in Palm Beach County, Florida, and by reason thereof the venue for this matter is in Palm Beach County, Florida.

2. On December 2, 2013, there was executed and delivered a Promissory Note ("Note") in the face amount of Twenty-Five Thousand Dollars ($25,000.00) payable to George A. Maler by Imitiaz Mohammed and Zoreeda Mohammed.

**PLAINTIFF'S TRIAL EXHIBIT T-82**

3. On December 2, 2013, a Mortgage ("Mortgage") was also executed by Imitiaz Mohammed and Zoreeda Mohammed securing payment of the Note to the payee named thereon to the following described real property, situate, lying and being in Palm Beach County, Florida: Condominium Unit No. B-6 of Cross Creek, a Condominium, according to the Declaration thereof recorded in Official Record Book 3262, Page 1812, of the Public Records of Palm Beach County, Florida.

4. The mortgage, which contains the legal description of the property, was recorded in Official Records Book 26485, Page 760, of the Public Records of Palm Beach County, Florida, and conveyed a first secured interest in the property then owned by and in possession of the mortgagor(s).

5. True and correct copies of said Note and Mortgage, are attached hereto as Exhibits "A" and Exhibit "B" respectively.

6. The Plaintiff subsequently acquired the Note and Mortgage secured by the property by Assignment of Mortgage recorded in Official Record Book 28587, Page 378, attached hereto as "Exhibit C".

7. Plaintiff is owner and holder of the Note, and is in possession of the original Note.

8. Plaintiff has the right to enforce the Note pursuant to Florida Statutes 673.301.

9. The Mortgage of the Plaintiff is a purchase money mortgage being a lien or interest arising out of a mortgage which is prior in interest to any other lien.

10. The Defendants, Imitiaz Mohammed and Zoreeda Mohammed, are the current owners of the real property which is the subject of the Mortgage, pursuant to a deed recorded in Official Record Book 24865, Page 759 of the Public Records of Palm Beach County, Florida.

NOT A CERTIFIED COPY

11. All conditions precedent to the acceleration of the Note and Mortgage and the filing of the instant foreclosure complaint have been fulfilled.

12. There has been a default in the under the Note and Mortgage by virtue of Mortgagors' failure to pay the monthly payment due for June, 2015 and all subsequent monthly payments in the amount of $125.00 each. In addition, the Note has matured and Plaintiff is due the entire principal balance.

13. Plaintiff declares the full amount payable under the Note and Mortgage to be due and payable.

14. There is now due and owing the total sum of $30,5__, consisting of accrued interest in the amount of 3,375.00, accumulated late fees __ed upon the accrued amount of unpaid interest each month in the amount of __, __75, and original principal of $25,000.00, together with future accruing inte__ __ __ate fees accruing from the date of filing hereof in the amount of $9.58 per __ __ __ther with all sums that may be due for taxes, insurance, escrow advances, and __ __ses and costs of suit including but not limited to attorneys' fees, recor__ __ __s, title search and examination fees, fees due for service of process and su__ h __ __ost as may be allowed by the court.

15. Th__ __ __fendant, Cross Creek Condominium Association, Inc., any and all unkno__ __ __s claiming by, through, under and against the herein named corpore__ __ __ant who are not known to be dead or alive, in whatever capacity said unknow__ __arties may claim an interest, might have some claim to demand in the subject property by virtue of the recorded Declaration of said condominium association, and all other rights, claims, liens, interest, encumbrances and equities, either recorded or unrecorded, if any in the subject real property. The above-described interest of said Defendant (s) in the subject property is inferior to the interest of the Plaintiff in said property.

NOT A CERTIFIED COPY

16. That the Defendant, Clifford Graham, and any and all unknown parties claiming by, through, under and against the herein named individual defendant who are not known to be dead or alive, in whatever capacity said unknown parties may claim an interest, might have some claim to demand in the subject property by virtue of an unrecorded agreement for deed, and all other rights, claims, liens, interest, encumbrances and equities, either recorded or unrecorded, if any in the subject real property. The above-described interest of said Defendant in the subject property is inferior to the interest of the Plaintiff in said property.

17. That any and all unknown parties in possession not known to be dead or alive, in whatever capacity said unknown parties may claim an interest, might have some claim to demand in the subject property by virtue of an unrecorded agreement for deed, and all other rights, claims, liens, interest, encumbrances and equities, either recorded or unrecorded, if any in the subject real property. The above-described interest of said unknown parties in possession in subject property is inferior to the interest of the Plaintiff in said property.

WHEREFORE, Plaintiff respectfully requests that the court enter a Final Judgment : (a) enumerate all amounts the court determines due to Plaintiff pursuant to said Note and Mortgage; (b) ordering the Clerk of the Court to sell the subjected property to satisfy the amount due to Plaintiff, in whole or part; (c) adjudging that the right, tile and interest of any party claiming by, through under or against any Defendant named herein be deemed inferior and subordinated to the Plaintiff's Mortgage lien and be forever barred and foreclosed; (d) retaining necessary and proper, including issuance of writ of possession and the entry of a deficiency, when and if such deficiency is sought if the parties liable under the note have not been discharged in bankruptcy; and (e) for such other and further relief as the Court may deem just and proper.

## FLA. R. CIV.1.110 (b) VERIFICATION

Under penalty of perjury, I declare that I have read the foregoing Complaint to Foreclose Mortgage, and the facts alleged therein are true and correct to the best of my knowledge and belief.

CHANCE & ANTHEM, LLC

By: _____
Jeffrey M. Siskind, Managing M...

State of Florida

County of Palm Beach

BEFORE ME this 3rd day of August, 2017, be... Jeffrey M. Siskind who is personally known to me or who provided FL Driver's License as identification and who did/did not take an oath.

(SEAL)

OLGA PANINA
Notary Public - State of Florida
Commission # FF 973246
My Comm. Expires Mar 21, 2020

_____
NOTARY PUBLIC – STATE OF FLORIDA

Dated: August

SISKIND LEGAL GROUP

By: _____
Jeffrey M. Siskind, Esquire
FBN 138746
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
TEL  (561) 791-9565
FAX  (561) 791-9581
jeffsiskind@msn.com

NOT A CERTIFIED COPY

# EXHIBIT A

NOT A CERTIFIED COPY

# PROMISSORY NOTE

AMOUNT: $25,000.00

West Palm Beach, Florida
December 2, 2013

**FOR VALUE RECEIVED** the undersigned promises to pay to the order of George A. Maler ("Payee") the principal sum of TWENTY FIVE THOUSAND DOLLARS ($25,000.00) together with interest thereon at the initial rate of SIX PERCENT (6%) per annum from the date of execution hereof, such principal sum and interest payable in installments as follows: monthly payments of interest only in the amount of $125.00.

Payable in monthly installments of interest only, the first of which shall be due and payable one month from the date hereof together with a like installment due on the same date each and every month thereafter until December 1, 2016, when the entire unpaid principal balance together with accrued interest thereon and any other payments due hereunder shall be due. There shall be no pre-payment penalty.

If any monthly payment due hereunder is paid more than ten (10) days late, Borrower shall pay a late fee equal to five percent (5%) of the total payment due together with the monthly payment.

The makers and endorsers of this note further agree to waive demand, notice of non-payment and protest, and in the event suit shall be brought for the collection hereof, or the same has to be collected upon demand of an attorney, to pay reasonable attorney's fees for making such collection.

This obligation is intended to be effective against real property as described within a first secured mortgage.

Payable at: 12509 World Cup Lane, Wellington, FL 33414 or such other place as shall be designated by the holder of this note in writing.

THIS IS A BALLOON NOTE. OUTSTANDING PRINCIPAL IN THE AMOUNT OF $25,000.00 SHALL BE DUE AND PAYABLE ON OR BEFORE DECEMBER 1, 2016, TOGETHER WITH UNPAID LATE CHARGES AND ATTORNEYS' FEES, IF APPLICABLE.

Borrowers' Address:

5313 Colbright Road
Lake Worth, FL 33467

_____
IMTIAZ MOHAMMED, Borrower

*Zoreeda Mohamed*
_____
ZORHEEDA MOHAMMED, Borrower

PAY TO THE ORDER OF CHANCE & ANTHEM, LLC WITHOUT RECOURSE
_____
GEORGE A. MALER

# EXHIBIT B

NOT A CERTIFIED COPY

This Instrument Prepared By and Return to:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401

AMOUNT: $25,000.00

CFN 20130518347
OR BK 26485 PG 0760
RECORDED 12/05/2013 09:24:14
Palm Beach County, Florida
AMT 25,000.00
Deed Doc 87.50
Intang 50.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0760 - 761; (2pgs)

# MORTGAGE

Executed the 2nd day of December, 2013 by:

**IMTIAZ MOHAMMED and ZORREEDA MOHAMMED, husband and wife**

hereinafter called the mortgagor, to

George A. Maler, a married man, or the survivor thereof

hereinafter called the mortgagee:
*(Wherever used herein the terms "mortgagor" and "mortgagee" include all the parties to this instrument, the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation; and the use includes all the notes herein described if more than one).*

WITNESSETH, that for good and valuable consideration, and also in co____ ___ ___ the aggregate sum named in the promissory note of even date herewith, herein____ des____ ____d, the mortgagors hereby grant, bargain, sell, alien, remise, convey and confirm unto ____ ____ee all the certain land of which the mortgagor is now seized and in possession situate ____ ____ill____ ____ugh County, Florida, viz:

Condominium Unit No. B-6 of Cross Creek, a Condom____ ____, according to the Declaration thereof recorded in Official Record Book 3262, Pa____ ____1____, of the Public Records of Palm Beach County, Florida.

TO HAVE AND TO HOLD the same, to____ ____er ____ ____he tenements, hereditaments and appurtenances thereto belonging, and the rents, iss____ ____an____ ____fits thereof, unto the mortgagee in fee simple.

AND the mortgagor covenant with ____ ____ ____ag____ that the mortgagor is indefeasibly seized of said land in fee simple; that the mortgag____ ____ay____ right and lawful authority to convey said land as aforesaid; that the mortgagor will mak____ ____ch further assurances to perfect the fee simple title to said land in the mortgagee as may reasonabl____ ____ ____uir____, that the mortgagors hereby fully warrants the title to said land and will defend the same ____ ____ ____e lawful claims of all persons whomsoever; and that said land is free and clear of all en____ ____an____.

PROVIDED ____ ____W____ ____. if said mortgagor shall pay unto said mortgagee the amounts due and owing in accord____ ____th that certain promissory note, and shall perform, comply with and abide by each and every o____ ____ts, stipulations, conditions and covenants thereof, and of this mortgage, then this mort____ ____and____ ____ate hereby created, shall cease, determine and be null and void.

____ ____gagor hereby further covenant and agree to pay promptly when due the principal and i____er____ ____er sums of money provided for in said note and this mortgage, or either; to pay all an____ ____lar____ ____axes, assessments, levies, liabilities, obligations, and encumbrances of every nature on ____id p____ ____y; to permit, commit or suffer no waste, impairment or deterioration of said land or the ____ve____ ____nts thereon at any time; to keep the buildings now or hereafter on said land fully insured in a ____ ____ot less than in a company or companies acceptable to the mortgagee policy or policies to be held by, and payable to, said mortgagee, and in the event any sum of money becomes payable by virtue such insurance the mortgagee shall have the right to receive and apply the same to the indebtedness hereby secured, accounting to the mortgagors for any surplus; to pay all costs, charges, and expenses, including lawyer's fees and title searches, reasonably incurred or paid by the mortgagee because of the failure of the mortgagor to promptly and fully comply with the agreements, stipulations, conditions and covenants of said note and this mortgage, or either; to perform comply with and abide by each and every the agreements, stipulations, conditions and covenants set forth in said note and this mortgage or either. In the event the mortgagor fails to pay when due any tax, assessment, insurance premium or other sum of money payable by virtue of said note and this mortgage, or either, the mortgagee may pay the same, without waiving or affecting the option to foreclose or any other right hereunder, and all such payments shall bear interest from date thereof at the highest lawful rate then allowed by the laws of the State of Florida.

*Page 1 of 2*

IF any sum of money herein referred to be not promptly paid within THIRTY days next after the same becomes due, or if each and every the agreements, stipulations, conditions and covenants of said note and this mortgage, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the mortgagee, become and be due and payable, anything in said note or herein to the contrary notwithstanding. Failure by the mortgagee to exercise any or the rights or options herein provided shall not constitute a waiver of any rights or options under said note or this mortgage accrued or thereafter accruing.

THE MORTGAGOR warrants that none of the above described lands are the homestead of Mortgagor.

IN WITNESS WHEREOF, the said mortgagor has hereunto signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

(TWO WITNESSES REQUIRED)

Witness Signature JEFFREY SUSKIND

Witness Signature BARTHOLOMEW CASO

IMTIAZ MOHAMMED

ZORHEEDA MOHAMMED

**STATE OF FLORIDA**

**COUNTY OF Palm Beach**

The foregoing instrument was acknowledged before me this 2nd day of December, 2013, by Imtiaz Mohammed and Zorheeda Mohammed, who have produced _FL. DRIVERS LICENSE_ as identification and did (did not) take an oath.

Bart F. Caso
Notary Public

**SEAL**

Printed Notary Name

BART F. CASO
MY COMMISSION # EE 052015
EXPIRES: December 29, 2014
Bonded Thru Budget Notary Services

*Page 2 of 2*

# EXHIBIT C

Prepared by and return to:
Jeffrey M. Siskind, Esquire
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401

CFN 20160337615
OR BK 28587 PG 0378
RECORDED 09/21/2016 09:28:42
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0378 - 379; (2pgs)

## ASSIGNMENT OF MORTGAGE

George A. Maler, a married man, with an address of 12509 World Cup Lane, Wellington, Florida, 39414 ("Assignor"), is the holder of a certain mortgage dated December 2, 2013, and executed by Imtiaz Mohammed and Zoreeda Mohammed, husband and wife, as mortgagor(s).

This mortgage was recorded among the official records of Palm Beach County, Florida December 5, 2013 in record book 26485 at page 760, and secures a note or other obligation of the mortgagor to the Assignor in the original principal sum of $25,000.00 to real property described as follows; Condominium Unit No. B-6 of Cross Creek, a Condominium, according to the Declaration thereof recorded in Official Record Book 3262, Page 1810 of the Public Records of Palm Beach County, Florida.

Assignor has assigned this mortgage and obligation to Chance & ___, LLC, a Florida limited liability company with an address of 525 South Flagler Dr., Ste. 500, West Palm Beach, FL 33401 ("Assignee").

Therefore, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, the receipt of which is acknowledged, Assignor hereby assigns, transfers and sets over to Assignee all right, title and interest of Assignor in and to the above mortgage, together with the notes or other obligations described therein and all moneys due and to become due thereon.

To have and to hold the same to the Assignee and the Assignee's heirs, successors and assigns forever.

And Assignor does hereby appoint Assignee its attorney in fact, in Assignor's name but at Assignee's sole expense, to use all proper means to recover the above indebtedness, and upon payment to release and discharge the mortgage as fully as Assignor could do had this Assignment not been made.

Assignor covenants with Assignee that there is now owing on such mortgage the principal sum of $25,750, with interest at Six Percent (6%) percent per annum, and that Assignor has good right to assign the same to Assignee.

IN WITNESS WHEREOF, This Assignment of Mortgage is executed on December 2, 2015.

Executed in the presence of:

_____
Witness

_____
George A. Maler

Bart J. Caso
_____
Witness

STATE OF FLORIDA

COUNTY OF PALM BEACH

Before me, a Notary Public in and for the above state and county, personally appeared George A. Maler, known to me or proved to be the person named herein and who executed the foregoing instrument, and such person acknowledged that he executed said instrument for the purposes therein contained as his or her free and voluntary act and deed after being duly sworn.

(SEAL)

_Bart J. Caso_
NOTARY PUBLIC – STATE OF FLORIDA

My Commission Expires: _____

NOT A CERTIFIED COPY
This is not a certified copy