CFN 20170284518
OR BK 29276 PG 0715
RECORDED 08/07/2017 11:14:01
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0715-0716; (2Pgs)

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CHANCE & ANTHEM, LLC, a Florida
limited liability company, 525 S. Flagler
Drive, Ste. 500, West Palm Beach, FL
33401,

    Plaintiff,

vs.                      CASE NO. _____

IMITIAZ MOHAMMED and ZOREEDA
MOHAMMAD, husband and wife, 5313
Colbright Road, Lake Worth, FL 33467,
CROSS CREEK CONDOMINIUM
ASSOCIATION, INC., 1500 N. Congress
Avenue, West Palm Beach, FL 33401, by
its Registered Agent, Dicker, Krivock and
Stoloff, 1818 Australian Avenue South #400,
West Palm Beach, FL 33409, and CLIFFORD
GRAHAM, 1500 N. Congress Avenue, Unit B-6,
West Palm Beach, FL 33401, and unknown
parties in possession.

    Defendant(s).
_____/

## NOTICE OF LIS PENDENS

TO:    THE ABOVE NAMED DEFENDANT(S) AND ALL OTHERS WHOM IT
        MAY CONCERN:

    **YOU ARE HEREBY NOTIFIED** that suit was instituted by the above-named Plaintiff against the above-named Defendant(s), in the above styled cause, involving the following described property, situated, lying and being in Palm Beach County, Florida, to-wit:

    Condominium Unit No. B-6 of Cross Creek, a Condominium, according to the Declaration thereof recorded in Official Record Book 3262, Page 1812, of the Public Records of Palm Beach County, Florida.

    Relief sought as to such property is for foreclosure of a mortgage held by Plaintiff against the premises, which Mortgage was recorded in Official Record Book 26485, Page 760, by Assignment of Mortgage to Plaintiff recorded in Official Record Book 28587, Page 378, of the Public Records of Palm Beach County, Florida.

    You will, therefore, please govern yourselves accordingly.

**PLAINTIFF'S TRIAL EXHIBIT T-83**

Dated: August 1, 2017

SISKIND LEGAL GROUP

By: _____
Jeffrey M. Siskind, Esquire
FBN 138746
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
TEL (561) 791-9565
FAX (561) 791-9581
jeffsiskind@msn.com

This is not a certified copy