CFN 20170306624
OR BK 29309 PG 1884
RECORDED 08/23/2017 09:40:23
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1884 - 1886; (3pgs)

Prepared by and return to:

ZOKAITES PROPERTIES, LP

375 GOLFSIDE ROAD

WEXFORD, PA 15090

## ASSIGNMENT OF MORTGAGE

In consideration of TEN DOLLARS ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, Tatarow Family Partners, Ltd., a Colorado limited partnership, and Geoffrey Weber ("Assignors") hereby assign the beneficial interest in that certain Promissory Note and Mortgage recorded March 10, 2016 in Official Record Book 28154, at Page 748, public records of Palm Beach County, Florida to Zokaites Properties, LP, located at 375 Golfside Road, Wexford, PA 15090 ("Assignee"), together with all rights which accrue under said Promissory Note and Mortgage dated February 25, 2016, which Mortgage is secured by real property located at 3485 Lago De Talavera, Lake Worth, Florida 33467, and further described as follows:

Lot 29, Talavera P.U.D., according to the plat thereof as recorded in Plat Book 105, Page 44, Public Records of Palm Beach County, Florida.

Assignors also do hereby assign to Assignees the rights under that Certain Florida Uniform Financing Statement recorded march 10, 2016 in Official Record Book 28154, at Page 758, public records of Palm Beach County, Florida.

Witnesseth:

Print: BRENDA DYESS

Print: BELKis CATALFAMO

Tatarow Family Partners, Ltd.

By: _____
Kenneth Tatarow

State of Florida

County of Palm Beach

BEFORE ME this 31 day of March, 2017, appeared Kenneth Tatarow, who is personally known to me or provided Flariver license as identification, and who voluntarily affixed his signature hereto in my presence and did/did not take an oath.

PLAINTIFF'S
TRIAL EXHIBIT
**T-85**

Book29309/Page1885
CFN#20170306624
Page 2 of 3

(SEAL)

AMANDA L CRONIN
Notary Public - State of Florida
Commission # FF 901927
My Comm. Expires Nov 8, 2019

Notary Public – State of Florida

Witnesseth:

Print: _____

Print: _____

Print: _____        Geoffrey Weber

State of Florida

County of Palm Beach

BEFORE ME this ____ day of March, 2017, appeared Geoffrey Weber, who is personally known to me or who provided _____ as identification, and who voluntarily affixed his signature hereto in my presence and did/did not take an oath.

(SEAL)

_____
Notary Public – State of Florida

*this section is striken from the document as it applicable*

This is not a certified copy

(SEAL)

*This section is striken from the document as inapplicable*

_____
Notary Public – State of Florida

Witnesseth:

Print: _Mark Lagos_

Print: _LAMECIA M. BinghAm_

Geoffrey Weber

State of Florida

County of Palm Beach

BEFORE ME this 31 day of March, 2017, appeared Geoffrey Weber, who is <u>personally known</u> to me or who provided _____ as identification, and who voluntarily affixed his signature hereto in my presence and did/did not take an oath.

(SEAL)

MARKOS K. LAGOS
MY COMMISSION # FF 941172
EXPIRES: January 21, 2020
Bonded Thru Budget Notary Services

Notary Public – State of Florida

This is not a certified copy