```
CFN 20170358667
OR BK 29395 PG 1164
RECORDED 10/12/2017 10:49:23
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1164; (1pg)
```

Prepared by:
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL 33401

Return To:
Zokaites Properties, LP
375 Golfside Road
Wexford, PA 15090

## ASSIGNMENT OF MORTGAGE

KNOW ALL persons by these presents, that Chance & Anthem, LLC ("Assignor"), with a mailing address of 525 S. Flagler Drive, Ste. 500, West Palm Beach, FL 33401, does hereby grant, bargain, sell, assign, transfer, and set over to Zokaites Properties, LP, with a mailing address of 375 Golfside Drive, Wexford, PA 15090, and its successors and assigns, all interest under that certain mortgage to George A. Maler from Imtiaz and Zorecda Mohammed, dated December 2, 2013 and recorded December 5, 2013 in Official Record Book 26485, at Page 760, which mortgage was subsequently assigned to Assignor by Assignment of Mortgage dated December 2, 2015 and recorded September 21, 2016 in Official Record Book 28587, at Page 378.

IN WITNESS WHEREOF, the Assignor has duly executed this instrument this 12th day of October, 2017.

Signed, Sealed and Delivered
in the Presence of:

Print: Evette S. Bilbo
Witness

CHANCE & ANTHEM, LLC

By: _____
Jeffrey M. Siskind
Managing Member

Print: Lorette Rossano
Witness

State of Florida
County of Palm Beach

On this 12th day of October, 2017, personally appeared Jeffrey M. Siskind, who is known to me to be the person who executed the foregoing instrument as Managing Member of Chance & Anthem, LLC, and acknowledged the same to be the free act and deed of said limited liability company, before me.

(SEAL)

Notary Public – State of Florida

EVETTE S. BILBO
Notary Public - State of Florida
Comm. Expires Nov 1, 2017
Commission # FF 037108
Bonded Through National Notary Assn.

EVETTE S. BILBO
Notary Public - State of Florida
My Comm. Expires Nov 1, 2017
Commission # FF 037108
Bonded Through National Notary Assn.



PLAINTIFF'S TRIAL EXHIBIT T-86