

| | | |
|---|---|---|
| CannaMED Pharmaceuticals, LLC<br>Plaintiff | * | IN THE |
| | * | CIRCUIT COURT |
| vs. | * | FOR |
| Natalie M. LaPrade Maryland<br>Medical Cannabis Commission, the<br>Maryland Department of Health<br>And Mental Hygiene | * | BALTIMORE CITY |
| | * | |
| | * | Case No.: 24-C-17-004230 |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment (4), Plaintiff's Reply in Opposition to Defendants' Motion to Dismiss and For Summary Judgment (4/1) and oral argument of counsel at a hearing on January 19, 2018, it is this 30th day of January, 2018, by the Circuit Court for Baltimore City,

ORDERED that Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment, be and is hereby **GRANTED**; and it is further,

ORDERED that the Complaint for Damages and Injunctive Relief (1), be and is hereby **DISMISSED**.

TRUE COPY
TEST

*Marilyn Bentley*
MARILYN BENTLEY, CLERK

Sylvester B. Cox
Judge's Signature Appears
On Original Document
_____
Sylvester B. Cox
Judge

**PLAINTIFF'S TRIAL EXHIBIT T-89**