CFN 20180041080
OR BK 29624 PG 666
RECORDED 02/01/2018 08:53:55
Palm Beach County, Florida
AMT 1,200,000.00
DEED DOC 8,400.00
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0666-0668; (3Pgs)

This Instrument Prepared by and Return to:
Toks Oladejo
Nautica Title USA, Inc.
1035 South State Road 7, Suite 315-3
Wellington, FL 33414
Our File No.: NT-17279

Property Appraisers Parcel Identification (Folio) Number: . 74-43-43-22-25-003-0012

_____ Space above this line for Recording Data _____

# WARRANTY DEED

**THIS WARRANTY DEED**, made the **31st** day of **January, 2018** by **Frank Zokaites, Sole Manager** of **OB Real Estate Holdings 1732, LLC, A FL LLC**, whose post office address is **375 Golfside Drive, Wesford, PA 15090** herein called the Grantor, to **ESRICK PB Office, LLC, A FL LLC** whose post office address is **756 Harbour Isles Court, N. Palm Beach, FL 33410**, hereinafter called the Grantee:

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**W I T N E S S E T H:** That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in PALM BEACH County, State of Florida, viz.:

Condominium Units CCU3A2, CCU3B2 and CCU3C2, Trump Plaza of the Palm Beaches, a condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 4800, Page 457, with all exhibits and amendments thereof, Public Records of Palm Beach County, Florida, and any and all amendments thereto, together with an undivided interest in the common elements appurtenant thereto as set forth in said declaration, together with an undivided 16.93% interest in Unit No. CCU3 as set forth in the Declaration of Agreement for Commercial Unit Parking Facilities as recorded in Official Records Book 19010, Page 70, Public Records of Palm Beach County, Florida.

Subject to easements, restrictions and reservations of record and taxes for the year 2018 and thereafter.

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2017.

File No.: NT-17279

**PLAINTIFF'S TRIAL EXHIBIT T-90**    LTF

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

Olivia Glasso
Witness #1 Printed Name

_____
Witness #2 Signature

Debbie Bushik
Witness #2 Printed Name

OB Real Estate Holdings 1732, LLC, A FL LLC

_____ (Seal)
Frank Zokaites, Sole Manager

State of Pennsylvania
County of Allegheny

The foregoing instrument was acknowledged before me this 31st day of January, 2018, by Frank Zokaites, Sole Manager of OB Real Estate Holdings 1732, LLC who is personally known to me ~~or has produced~~ _____ as identification.

SEAL

_____
Notary Public

REGIS J. KOWALSKI
Printed Notary Name

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Regis J. Kowalski, Notary Public
Baldwin Boro, Allegheny County
My Commission Expires Feb. 4, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

File No.: NT-17279

LTF

# Affidavit of Approval
## Waiver of Right of First Refusal

State of Florida )

County of Palm Beach )

BEFORE ME, the undersigned authority, on this 22 day of January, 2018, personally appeared Michael Kampy, who, upon being duly sworn, deposes and say as follows:

1. He is the General Manager, of Trump Plaza of the Palm Beaches Condominium Association, Inc. ("Association") and

2. The Board of Director of the Association has approved the Sale of **Unit CC3A2, 3B2, and 3C2**, at Trump Plaza of the Palm Beaches to **Esrick PB Office, LLC**

3. The Association waives any right of first refusal it may have with regard to Unit **CC3A2, 3B2, and 3C2.**

FURTHER AFFIANT SAYETH NAUGHT

Trump Plaza of the Palm Beaches
Condominium Association, Inc.

_____
Michael Kampy, General Manager

SWORN TO AND SUBSCRIBED before me this 22nd day of January, 2018.
The Affiant is personally known to me.

WITNESS my hand and official seal this 22nd day of January, 2018.


TRACY LYNN LEWKUTZ
Commission # GG 035815
Expires August 19, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Signature: _Tracy Lewkutz_
Print Name: _Tracy Lewkutz_
Notary Public, State of Florida at Large