**Fill in this information to identify the case and this filing:**

Debtor Name _CHANCE & ANTHEM, LLC_

United States Bankruptcy Court for the: _____ District of _MD_
(State)

Case number (*If known*): _18-11168_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4/24/18_          ✗ _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

_JEFFREY M. SISKIND_
Printed name

_MANAGING MEMBER_
Position or relationship to debtor

**PLAINTIFF'S TRIAL EXHIBIT T-94**

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name _CHANCE & ANTHEM, LLC_

United States Bankruptcy Court for the: _____ District of _MD_
(State)

Case number (If known): _18 - 11168_

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number
   3.1. _J P MORGAN CHASE_    _CKG_    _1 8 6 6_    $ _48.96_
   3.2. _AS OF DATE OF FILING_    ___    ___ ___ ___ ___    $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ _48.96_

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor    CHANCE & ANTHEM, LLC    Case number (if known) 18 - 11168
_____
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____ - 0 -_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's
interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........→    $_____
                              face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........→    $_____
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. CANNAMED PHARMACEUTICALS, LLC 70%    SEE ATTACHED    $ 14,000,000

15.2. _____    _____%    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 14,000,000

---

Debtor   *CHANCE & ANTHEM, LLC*
     Name

Case number *(if known)*   *18 - 11168*

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  CHANCE & ANTHEM, LLC
        Name

Case number (if known)  18-11168

---

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| COMPUTER, SCREEN, PRINTER | $_____ | ESTIMATED) | $ 150.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 150.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

Debtor    CHANCE & ANTHEM, LLC
          Name

Case number *(if known)*    18-11168

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   CHANCE & ANTHEM, LLC
     Name

Case number *(if known)*   18-11168

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☒ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ _____

---

Debtor    CHANCE & ANTHEM, LLC
          _____
          Name

Case number (if known)    18-11168
                          _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = → $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   Examples: Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor _____CHANCE & ANTHONY, LLC_____
_____Name_____

Case number *(if known)*___18-11168___

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $___48.96___ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $___-0.-___ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $___14,000,000___ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $___150.00___ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................ .................→ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $___14,000,198.96___ | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................... $___14,000,198.96___

**CHANCE & ANTHEM, LLC**
Case No. 18-11168

Attachment to Schedule A/B:
Calculation of Value of CannaMED Pharmaceuticals, LLC Investment

| | |
|---|---|
| Company Value based upon Income (1) | 40,000,000 |
| 70% Share (2) | 28,000,000 |
| 50% Probability (3) | 14,000,000 |

Notes:

(1) See attached Build-out and Income Projections

(2) Debtor owns 70% of CannaMED Pharmaceuticals, LLC

(3) Based upon awards of licenses to two other applicants who brought suit after being denied licenses, and obtained licenses as a result of settlements

## 7.3.1 PROJECTED 'FAST START' BUILD-OUT COSTS

General Building Improvements:

| | |
|---|---:|
| Roof Repairs | 30,000.00 |
| Driveway & Parking Lot resealing | 22,000.00 |
| HVAC Repairs | 10,500.00 |
| Interior Painting | 35,000.00 |
| Exterior Painting | 42,000.00 |
| Office Interior Ceilings | 18,000.00 |
| Office Interior Flooring | 20,000.00 |
| Furnishings | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---:|
| Lighting Equipment (LE) | 1 light/50 sq ft @ $300 | 15,000.00 |
| LE Installation | $75/light | 3,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 10,000.00 |
| HE Installation | $.75/sq ft | 1,875.00 |
| Water Quality Equipment | Includes Installation | 3,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 3,125.00 |
| AQ Installation | $.25/sq ft | 625.00 |
| Grow Room Partitioning | | 0.00 |
| General Electrical | $2.50/sq ft | 4,750.00 |
| General Plumbing | $.50/sq ft | 2,500.00 |
| TOTAL CULTIVATION SPACE COSTS | | 44,625.00 |

Trimming & Packaging:

| | | |
|---|---|---:|
| Furnishings | | 1,500.00 |
| Trimming Equipment | Trim Machine & Hand Tools | 2,500.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 6,500.00 |
| General Electrical | $.1/sq ft | 250.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 250.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 1,500.00 |
| TOTAL TRIMMING & PACKING COSTS | | 12,500.00 |

Extraction Department:

| | |
|---|---:|
| Extraction Machines | 0.00 |
| Installation and Training | 0.00 |

| | | |
|---|---|---:|
| Misc. Equipment | Carts, Trays, Locking Cabinets | 750.00 |
| TOTAL EXTRACTION DEPT. | | 750.00 |
| | | |
| **Laboratory/Quality Control:** | | |
| Laboratory Furnishings | Workstations & Misc. Furniture | 0.00 |
| Laboratory Equipment | | 0.00 |
| Laboratory Inventory | | 0.00 |
| Equipment Installation & Training | | 0.00 |
| TOTAL LABORATORY | | 0.00 |
| | | |
| **Security Department:** | | |
| Gatehouse Construction | | 0.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 0.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 2,200.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 1,000.00 |
| TOTAL SECURITY DEPARTMENT | | 92,700.00 |
| | | |
| **Total Projected Build-out Costs** | | |
| | | |
| Contractor Overhead & Profit | 15.5% on construction items only | 42,191.00 |
| Owner construction Representative | 2.5 months @ $1,100/wk | 11,825.00 |
| Contingency | 7% of total costs | 27,754.37 |
| | | |
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 424,245.37 |

## 7.3.2 PROJECTED PHASE 1&2 BUILD-OUT COSTS

General Building Improvements:

| | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---|
| Lighting Equipment (LE) | 1 light/100 sq ft @ $300 | 37,500.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 50,000.00 |
| HE Installation | $.75/sq ft | 9,375.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 15,625.00 |
| AQ Installation | $.25/sq ft | 3,125.00 |
| Grow Room Partitioning | 5 @ 2,500 sq ft | 18,750.00 |
| General Electrical | $2.50/sq ft | 31,250.00 |
| General Plumbing | $.50/sq ft | 6,250.00 |
| TOTAL CULTIVATION SPACE COSTS | | 235,625.00 |

Trimming & Packaging:

| | | |
|---|---|---|
| Furnishings | | 3,750.00 |
| Trimming Equipment | 2 Trim Machines & Hand Tools | 6,250.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 9,500.00 |
| General Electrical | $1/sq ft | 1,250.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 750.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 4,500.00 |
| TOTAL TRIMMING & PACKING COSTS | | 26,000.00 |

Extraction Department:

| | | |
|---|---|---|
| Extraction Machines | | 0.00 |
| Installation and Training | | 0.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 3,250.00 |
| TOTAL EXTRACTION DEPT. | | 3,250.00 |

Laboratory/Quality Control:

| | | |
|---|---|---|
| Laboratory Furnishings | Workstations & Misc. Furniture | 12,000.00 |
| Laboratory Equipment | | 75,000.00 |
| Laboratory Inventory | | 7,500.00 |
| Equipment Installation & Training | | 3,500.00 |
| TOTAL LABORATORY | | 98,000.00 |

Security Department:

| | | |
|---|---|---|
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 32,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY DEPARTMENT | | 256,500.00 |

Total Projected Build-out Costs

| | | |
|---|---|---|
| Contractor Overhead & Profit | 15.5% on construction items only | 78,662.50 |
| Owner construction Representative | 6.5 months @ $1,100/wk | 30,745.00 |
| Contingency | 7% of total costs | 64,447.78 |

| | | |
|---|---|---|
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 985,130.28 |

## 7.3.3 PROJECTED FULL BUILD-OUT COSTS

| General Building Improvements: | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

| Cultivation Space: | | |
|---|---|---|
| Lighting Equipment (LE) | 1 light/100 sq ft @ $300 | 75,000.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 100,000.00 |
| HE Installation | $.75/sq ft | 18,750.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 31,250.00 |
| AQ Installation | $.25/sq ft | 6,250.00 |
| Grow Room Partitioning | Ten @ 2,500 sq ft | 37,500.00 |
| General Electrical | $2.50/sq ft | 62,500.00 |
| General Plumbing | $.50/sq ft | 12,500.00 |
| TOTAL CULTIVATION SPACE COSTS | | 407,500.00 |

| Trimming & Packaging: | | |
|---|---|---|
| Furnishings | | 7,500.00 |
| Trimming Equipment | Four Trim Machines & Hand Tools | 11,000.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 12,500.00 |
| General Electrical | $1/sq ft | 2,500.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 1,000.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 6,000.00 |
| TOTAL TRIMMING & PACKING COSTS | | 40,500.00 |

| Extraction Department: | | |
|---|---|---|
| Extraction Machines | Three @ $115,000 | 345,000.00 |
| Installation and Training | $4,000/machine | 12,000.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 5,000.00 |
| TOTAL EXTRACTION DEPT. | | 362,000.00 |

Case 1:19-cv-01298-MAM Doc 57-4-26 Filed 04/24/19 Page 16 of 30

| Laboratory/Quality Control: | | |
|---|---|---|
| Laboratory Furnishings | Workstations & Misc. Furniture | 25,000.00 |
| Laboratory Equipment | | 125,000.00 |
| Laboratory Inventory | | 10,500.00 |
| Equipment Installation & Training | | 6,000.00 |
| TOTAL LABORATORY | | 166,500.00 |
| | | |
| Security Department: | | |
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 46,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY DEPARTMENT | | 270,500.00 |
| | | |
| Total Projected Build-out Costs | | |
| | | |
| Contractor Overhead & Profit | 15.5% on construction items only | 91,721.25 |
| Owner construction Representative | 8.5 months @ $1,100/wk | 40,205.00 |
| Contingency | 7% of total costs | 109,957.84 |
| | | |
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 1,680,784.09 |



### 7.4.1  Grower Facility - Fast Start Phase - Operation P&L
Revenues - Cultivation

| | | |
|---|---|---:|
| 2,500 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 1,925,000.00 |
| Net after Sales taxes (projected) | | 1,828,750.00 |

Expenses:

| | | |
|---|---|---:|
| **General** | | |
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |
| | | |
| **Cultivation** | | |
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | | 0.00 |
| Attendants | | 0.00 |
| | | |
| **Trimming & Curing** | | |
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 3 @ $35,000 | 105,000.00 |
| | | |
| **Quality Control** | | |
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 0.00 |
| Laboratory Attendant | | 0.00 |
| | | |
| **Security** | | |
| Director of Security | | 125,000.00 |
| Security Officers | 2 @ $38,000 | 76,000.00 |
| | | |
| **Maintenance** | | |
| Director of Maintenance | Part-time | 20,000.00 |
| Maintenance Personnel | | 0.00 |
| | | |
| **Third Party Providers** | | |
| Legal & Accounting | | 35,000.00 |
| Community Relations | | 25,000.00 |
| Computer, Phones, Internet | | 8,500.00 |

Supplies

| | | |
|---|---|---:|
| Supplies - Office | | 4,000.00 |
| Supplies - Building & Grounds | $3/4,500 sq.ft | 13,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 2,500 sq. ft. | 26,250.00 |
| | | |
| Utilities | | |
| Electric - Ambient | | 7,500.00 |
| Electric - Cultivation | | 30,000.00 |
| Propane - Ambient | | 1,620.00 |
| Propane - Cultivation | | 1,000.00 |
| | | |
| Licenses | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 0.00 |
| | | |
| Building Costs | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 46,500 sq. ft. | 139,500.00 |
| | | |
| Unusual Expenses | | |
| Science Dept Expense Contribution | | 0.00 |
| Low Income Program | | 0.00 |
| | | |
| Insurance | | |
| Insurance - Property & Casualty | Includes Business Interruption | 4,500.00 |
| Insurance - Automobile | 1 vehicle | 1,650.00 |
| | | |
| Bonuses & Incentives | | 0.00 |
| | | |
| TOTAL EXPENSES | | 1,659,020.00 |
| | | |
| NET PROFIT BEFORE CONTINGENCY | | 169,730.00 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 82,951.00 |
| | | |
| NET PROFIT | | 86,779.00 |
| | | |
| Net Profit as a percentage of gross revenues | | 4.75% |



## 7.4.2 Cultivation Facility - Phase 1 & 2 Operation P&L

Revenues      - Cultivation

| | | |
|---|---|---:|
| 12,500 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 9,625,000.00 |
| Net after Sales taxes (projected) | | 9,143,750.00 |

Expenses:

| | | |
|---|---|---:|
| **General** | | |
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |
| | | |
| **Cultivation** | | |
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | 2 @ $ $50,000 | 100,000.00 |
| Attendants | 2 @ $38,000 | 76,000.00 |
| | | |
| **Trimming & Curing** | | |
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 6 @ $35,000 | 210,000.00 |
| | | |
| **Quality Control** | | |
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 44,000.00 |
| Laboratory Attendant | | 0.00 |
| | | |
| **Security** | | |
| Director of Security | | 125,000.00 |
| Security Officers | 4 @ $38,000 | 152,000.00 |
| | | |
| **Maintenance** | | |
| Director of Maintenance | | 75,000.00 |
| Maintenance Personnel | 1 @ $42,000 | 42,000.00 |
| | | |
| **Third Party Providers** | | |
| Legal & Accounting | | 75,000.00 |
| Community Relations | | 50,000.00 |
| Computer, Phones, Internet | | 12,500.00 |

| Supplies | | |
|---|---|---|
| Supplies - Office | | 9,000.00 |
| Supplies - Building & Grounds | $3/28,500 sq.ft | 85,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 25,000 sq. ft. | 131,250.00 |
| | | |
| Utilities | | |
| Electric - Ambient | | 24,000.00 |
| Electric - Cultivation | | 165,000.00 |
| Propane - Ambient | | 11,250.00 |
| Propane - Cultivation | | 2,800.00 |
| | | |
| Licenses | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 0.00 |
| | | |
| Building Costs | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 28,500 sq. ft. | 85,500.00 |
| | | |
| Unusual Expenses | | |
| Science Dept Expense Contribution | 7.5% of Revenues | 685,781.25 |
| Low Income Program | 7.5% of Revenues | 685,781.25 |
| | | |
| Insurance | | |
| Insurance - Property & Casualty | Includes Business Interruption | 32,000.00 |
| Insurance - Automobile | 2 vehicles | 3,300.00 |
| | | |
| Bonuses & Incentives | 10% of Net Distribution | 914,375.00 |
| | | |
| TOTAL EXPENSES | | 4,832,037.50 |
| | | |
| NET PROFIT BEFORE CONTINGENCY | | 4,311,712.50 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 241,601.88 |
| | | |
| NET PROFIT | | 4,070,110.63 |
| | | |
| Net Profit as a percentage of gross revenues | | 44.51% |

### 7.4.3 Grower Facility - Full Operation P&L

**DHMH–Maryland Medical Cannabis Commission**
Application for Medical Cannabis Grower License



Revenues - Cultivation

| | | |
|---|---|---|
| 25,000 sq ft. @ 0.35 lbs./sq.ft/yr @ $2,200 | | 19,250,000.00 |
| Net after Sales taxes (projected) | | 18,287,500.00 |

Expenses:

General
| | | |
|---|---|---|
| Facility Manager | | 200,000.00 |
| Assistant Manager | | 75,000.00 |
| Bookkeeper | | 45,000.00 |
| Clerical Assistant | | 45,000.00 |
| Receptionist | | 40,000.00 |

Cultivation
| | | |
|---|---|---|
| Master Cultivator | | 175,000.00 |
| Assistant Cultivators | 5 @ $ $50,000 | 250,000.00 |
| Attendants | 5 @ $38,000 | 190,000.00 |

Trimming & Curing
| | | |
|---|---|---|
| Trimming Supervisor | | 60,000.00 |
| Trimming Assistants | 15 @ $35,000 | 525,000.00 |

Quality Control
| | | |
|---|---|---|
| Chief Lab Technician | | 90,000.00 |
| Laboratory Assistant | | 44,000.00 |
| Laboratory Attendant | | 35,000.00 |

Security
| | | |
|---|---|---|
| Director of Security | | 125,000.00 |
| Security Officers | 5 @ $38,000 | 190,000.00 |

Maintenance
| | | |
|---|---|---|
| Director of Maintenance | | 75,000.00 |
| Maintenance Personnel | 2 @ $42,000 | 84,000.00 |

Third Party Providers
| | | |
|---|---|---|
| Legal & Accounting | | 150,000.00 |
| Community Relations | | 75,000.00 |
| Computer, Phones, Internet | | 25,500.00 |

Supplies

**DHMH–Maryland Medical Cannabis Commission**

Application for Medical Cannabis Grower License

MMCC
Maryland Medical Cannabis Commission

| | | |
|---|---|---|
| Supplies - Office | | 18,000.00 |
| Supplies - Building & Grounds | $3/46,500 sq.ft | 139,500.00 |
| Supplies - Cultivation | $3/sq/ft, 3.5 cycles, 25,000 sq. ft. | 262,500.00 |
| | | |
| Utilities | | |
| Electric - Ambient | | 36,000.00 |
| Electric - Cultivation | | 300,000.00 |
| Propane - Ambient | | 16,200.00 |
| Propane - Cultivation | | 5,400.00 |
| | | |
| Licenses | | |
| Maryland Grower License | Annual Fee | 125,000.00 |
| Maryland Processor License | Annual Fee | 40,000.00 |
| | | |
| Building Costs | | |
| Building Rental | $15,000/month | 180,000.00 |
| Building Maintenance | $.25/sq.ft./mo., 46,500 sq. ft. | 139,500.00 |
| | | |
| Unusual Expenses | | |
| Science Dept Expense Contribution | 7.5% of Revenues | 1,371,562.50 |
| Low Income Program | 7.5% of Revenues | 1,371,562.50 |
| | | |
| Insurance | | |
| Insurance - Property & Casualty | Includes Business Interruption | 32,000.00 |
| Insurance - Automobile | 2 vehicles | 3,300.00 |
| | | |
| Bonuses & Incentives | 10% of Net Distribution | 1,828,750.00 |
| | | |
| TOTAL EXPENSES | | 8,367,775.00 |
| | | |
| NET PROFIT BEFORE CONTINGENCY | | 9,919,725.00 |
| | | |
| CONTINGENCY | 5% of Total Expenses | 418,388.75 |
| | | |
| NET PROFIT | | 9,501,336.25 |
| | | |
| Net Profit as a percentage of gross revenues | | 51.96% |

**DHMH–Maryland Medical Cannabis Commission**

Application for Medical Cannabis Grower License

MMCC

Maryland Medical Cannabis Commission

**END**


Case 1:18-cv-01298-MAM   Doc 47-4-26   Filed 04/24/18/22/20   Page 24 of 30

## Cultivation Facility - Center Three Phases of Operation

|  | 'Fast Start' | Phases 1 & 2 | Full Operation |
|---|---|---|---|
| Revenues - Cultivation | 1,925,000.00 | 9,625,000.00 | 19,250,000.00 |
| Net after Sales taxes (projected) | 1,828,750.00 | 9,143,750.00 | 18,287,500.00 |
| **Expenses:** |  |  |  |
| **General** |  |  |  |
| Facility Manager | 200,000.00 | 200,000.00 | 200,000.00 |
| Assistant Manager | 75,000.00 | 75,000.00 | 75,000.00 |
| Bookkeeper | 45,000.00 | 45,000.00 | 45,000.00 |
| Clerical Assistant | 45,000.00 | 45,000.00 | 45,000.00 |
| Receptionist | 40,000.00 | 40,000.00 | 40,000.00 |
| **Cultivation** |  |  |  |
| Master Cultivator | 175,000.00 | 175,000.00 | 175,000.00 |
| Assistant Cultivators | 0.00 | 100,000.00 | 250,000.00 |
| Attendants | 0.00 | 76,000.00 | 190,000.00 |
| **Trimming & Curing** |  |  |  |
| Trimming Supervisor | 60,000.00 | 60,000.00 | 60,000.00 |
| Trimming Assistants | 105,000.00 | 210,000.00 | 525,000.00 |
| **Quality Control** |  |  |  |
| Chief Lab Technician | 90,000.00 | 90,000.00 | 90,000.00 |
| Laboratory Assistant | 0.00 | 44,000.00 | 44,000.00 |
| Laboratory Attendant | 0.00 | 0.00 | 35,000.00 |
| **Security** |  |  |  |
| Director of Security | 125,000.00 | 125,000.00 | 125,000.00 |
| Security Officers | 76,000.00 | 152,000.00 | 190,000.00 |
| **Maintenance** |  |  |  |
| Director of Maintenance | 20,000.00 | 75,000.00 | 75,000.00 |
| Maintenance Personnel | 0.00 | 42,000.00 | 84,000.00 |
| **Third Party Providers** |  |  |  |
| Legal & Accounting | 35,000.00 | 75,000.00 | 150,000.00 |
| Community Relations | 25,000.00 | 50,000.00 | 75,000.00 |
| Computer, Phones, Internet | 8,500.00 | 12,500.00 | 25,500.00 |

| | | | |
|---|---|---|---|
| Supplies | | | |
| Supplies - Office | 4,000.00 | 9,000.00 | 18,000.00 |
| Supplies - Building & Grounds | 13,500.00 | 85,500.00 | 139,500.00 |
| Supplies - Cultivation | 26,250.00 | 131,250.00 | 262,500.00 |
| | | | |
| Utilities | | | |
| Electric - Ambient | 7,500.00 | 24,000.00 | 36,000.00 |
| Electric - Cultivation | 30,000.00 | 165,000.00 | 300,000.00 |
| Propane - Ambient | 1,620.00 | 11,250.00 | 16,200.00 |
| Propane - Cultivation | 1,000.00 | 2,800.00 | 5,400.00 |
| | | | |
| Licenses | | | |
| Maryland Grower License | 125,000.00 | 125,000.00 | 125,000.00 |
| Maryland Processor License | 0.00 | 0.00 | 40,000.00 |
| | | | |
| Building Costs | | | |
| Building Rental | 180,000.00 | 180,000.00 | 180,000.00 |
| Building Maintenance | 139,500.00 | 85,500.00 | 139,500.00 |
| | | | |
| Unusual Expenses | | | |
| Science Dept Expense Contribution | 0.00 | 685,781.25 | 1,371,562.50 |
| Low Income Program | 0.00 | 685,781.25 | 1,371,562.50 |
| | | | |
| Insurance | | | |
| Insurance - Property & Casualty | 4,500.00 | 32,000.00 | 32,000.00 |
| Insurance - Automobile | 1,650.00 | 3,300.00 | 3,300.00 |
| | | | |
| Bonuses & Incentives | 0.00 | 914,375.00 | 1,828,750.00 |
| | | | |
| TOTAL EXPENSES | 1,659,020.00 | 4,832,037.50 | 8,367,775.00 |
| | | | |
| NET PROFIT BEFORE CONTINGENCY | 169,730.00 | 4,311,712.50 | 9,919,725.00 |
| | | | |
| CONTINGENCY | 82,951.00 | 241,601.88 | 418,388.75 |
| | | | |
| NET PROFIT | 86,779.00 | 4,070,110.63 | 9,501,336.25 |
| | | | |
| Net Profit as a percentage of gross revenues | 4.75% | 44.51% | 51.96% |

## PROJECTED 'FAST START' BUILD-OUT COSTS

**DHMH–Maryland Medical Cannabis Commission**
Application for Medical Cannabis Grower License

MMCC
Maryland Medical Cannabis Commission

| General Building Improvements: | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

| Cultivation Space: | | |
|---|---|---|
| Lighting Equipment (LE) | 1 light/50 sq ft @ $300 | 15,000.00 |
| LE Installation | $75/light | 3,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 10,000.00 |
| HE Installation | $.75/sq ft | 1,875.00 |
| Water Quality Equipment | Includes Installation | 3,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 3,125.00 |
| AQ Installation | $.25/sq ft | 625.00 |
| Grow Room Partitioning | | 0.00 |
| General Electrical | $2.50/sq ft | 4,750.00 |
| General Plumbing | $.50/sq ft | 2,500.00 |
| TOTAL CULTIVATION COST | | 44,625.00 |

| Trimming & Packaging: | | |
|---|---|---|
| Furnishings | | 1,500.00 |
| Trimming Equipment | Trim Machine & Hand Tools | 2,500.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 6,500.00 |
| General Electrical | $.1/sq ft | 250.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 250.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 1,500.00 |
| TOTAL TRIMMING/PACKING | | 12,500.00 |

| Extraction Department: | | |
|---|---|---|
| Extraction Machines | | 0.00 |
| Installation and Training | | 0.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 750.00 |
| TOTAL EXTRACTION | | 750.00 |

| Laboratory/Quality Control: | | |
|---|---|---|
| Laboratory Furnishings | Workstations & Misc. Furniture | 0.00 |

DHMH—Maryland Medical Cannabis Commission
Application for Medical Cannabis Grower License
MMCC
Maryland Medical Cannabis Commission

Case 1:19-cv-01298-MAM   Doc 67-4-26  Filed 04/24/16  Page 27 of 30

| | | |
|---|---|---|
| Laboratory Equipment | | 0.00 |
| Laboratory Inventory | | 0.00 |
| Equipment Installation & Training | | 0.00 |
| TOTAL LABORATORY | | 0.00 |

| | | |
|---|---|---|
| Security Department: | | |
| Gatehouse Construction | | 0.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 0.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 2,200.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 1,000.00 |
| TOTAL SECURITY | | 92,700.00 |

Total Projected Build-out Costs

| | | |
|---|---|---|
| Contractor Overhead & Profit | 15.5% on construction items only | 42,191.00 |
| Owner construction Representative | 2.5 months @ $1,100/wk | 11,825.00 |
| Contingency | 7% of total costs | 27,754.37 |

| | | |
|---|---|---|
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 424,245.37 |

## PROJECTED PHASE 1&2 BUILD-OUT COSTS

| | |
|---|---|
| General Building Improvements: | |
| Roof Repairs | 30,000.00 |
| Driveway & Parking Lot resealing | 22,000.00 |
| HVAC Repairs | 10,500.00 |
| Interior Painting | 35,000.00 |
| Exterior Painting | 42,000.00 |
| Office Interior Ceilings | 18,000.00 |
| Office Interior Flooring | 20,000.00 |
| Furnishings | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | 191,900.00 |

Cultivation Space:

**DHMH–Maryland Medical Cannabis Commission**
Application for Medical Cannabis Grower License

**MMCC**
Maryland Medical Cannabis Commission

| | | |
|---|---|---:|
| Lighting Equipment (LE) | 1 light/100 sq ft @ $300 | 37,500.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 50,000.00 |
| HE Installation | $.75/sq ft | 9,375.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 15,625.00 |
| AQ Installation | $.25/sq ft | 3,125.00 |
| Grow Room Partitioning | 5 @ 2,500 sq ft | 18,750.00 |
| General Electrical | $2.50/sq ft | 31,250.00 |
| General Plumbing | $.50/sq ft | 6,250.00 |
| TOTAL CULTIVATION COST | | 235,625.00 |
| | | |
| Trimming & Packaging: | | |
| Furnishings | | 3,750.00 |
| Trimming Equipment | 2 Trim Machines & Hand Tools | 6,250.00 |
| Packaging Equipment | Computerized Labelling & Inventory | 9,500.00 |
| General Electrical | $1/sq ft | 1,250.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 750.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 4,500.00 |
| TOTAL TRIMMING/PACKING | | 26,000.00 |
| | | |
| Extraction Department: | | |
| Extraction Machines | | 0.00 |
| Installation and Training | | 0.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 3,250.00 |
| TOTAL EXTRACTION | | 3,250.00 |
| | | |
| Laboratory/Quality Control: | | |
| Laboratory Furnishings | Workstations & Misc. Furniture | 12,000.00 |
| Laboratory Equipment | | 75,000.00 |
| Laboratory Inventory | | 7,500.00 |
| Equipment Installation & Training | | 3,500.00 |
| TOTAL LABORATORY | | 98,000.00 |
| | | |
| Security Department: | | |
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 32,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |

**DHMH–Maryland Medical Cannabis Commission**
Application for Medical Cannabis Grower License

MMCC
Maryland Medical Cannabis Commission

| | | |
|---|---|---|
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY | | 256,500.00 |

Total Projected Build-out Costs

| | | |
|---|---|---|
| Contractor Overhead & Profit | 15.5% on construction items only | 78,662.50 |
| Owner construction Representative | 6.5 months @ $1,100/wk | 30,745.00 |
| Contingency | 7% of total costs | 64,447.78 |
| TOTAL ANTICIPATED BUILD-OUT COSTS | | 985,130.28 |

## PROJECTED FULL BUILD-OUT COSTS

General Building Improvements:

| | | |
|---|---|---|
| Roof Repairs | | 30,000.00 |
| Driveway & Parking Lot resealing | | 22,000.00 |
| HVAC Repairs | | 10,500.00 |
| Interior Painting | | 35,000.00 |
| Exterior Painting | | 42,000.00 |
| Office Interior Ceilings | | 18,000.00 |
| Office Interior Flooring | | 20,000.00 |
| Furnishings | | 14,400.00 |
| TOTAL GENERAL BUILDING IMPROVEMENTS | | 191,900.00 |

Cultivation Space:

| | | |
|---|---|---|
| Lighting Equipment (LE) | 1 light/100 sq ft @ $300 | 75,000.00 |
| LE Installation | $75/light | 18,750.00 |
| Hydroponic Equipment (HE) | $4/sq ft | 100,000.00 |
| HE Installation | $.75/sq ft | 18,750.00 |
| Water Quality Equipment | Includes Installation | 45,000.00 |
| Air Quality Equipment (AQ) | $1.25/sq ft | 31,250.00 |
| AQ Installation | $.25/sq ft | 6,250.00 |
| Grow Room Partitioning | Ten @ 2,500 sq ft | 37,500.00 |
| General Electrical | $2.50/sq ft | 62,500.00 |
| General Plumbing | $.50/sq ft | 12,500.00 |
| TOTAL CULTIVATION COST | | 407,500.00 |

Trimming & Packaging:

| | | |
|---|---|---|
| Furnishings | | 7,500.00 |

Case 1:18-cv-01298-MJM Doc574-26 Filed 04/24/18 Page 30 of 30
DHMH–Maryland Medical Cannabis Commission
Application for Medical Cannabis Grower License

MMCC
Maryland Medical Cannabis Commission

| Trimming Equipment | Four Trim Machines & Hand Tools | 11,000.00 |
|---|---|---|
| Packaging Equipment | Computerized Labelling & Inventory | 12,500.00 |
| General Electrical | $1/sq ft | 2,500.00 |
| General Plumbing | Sanitary Sink, Cleanup Area | 1,000.00 |
| Initial Packaging Inventory | Containers, Labels, Etc. | 6,000.00 |
| TOTAL TRIMMING/PACKING | | 40,500.00 |

| Extraction Department: | | |
|---|---|---|
| Extraction Machines | Three @ $115,000 | 345,000.00 |
| Installation and Training | $4,000/machine | 12,000.00 |
| Misc. Equipment | Carts, Trays, Locking Cabinets | 5,000.00 |
| TOTAL EXTRACTION | | 362,000.00 |

| Laboratory/Quality Control: | | |
|---|---|---|
| Laboratory Furnishings | Workstations & Misc. Furniture | 25,000.00 |
| Laboratory Equipment | | 125,000.00 |
| Laboratory Inventory | | 10,500.00 |
| Equipment Installation & Training | | 6,000.00 |
| TOTAL LABORATORY | | 166,500.00 |

| Security Department: | | |
|---|---|---|
| Gatehouse Construction | | 125,000.00 |
| Gatehouse Utilities | Electric, Phone, Internet | 4,500.00 |
| Automated Entrance Gate | | 10,500.00 |
| Perimeter Fencing | | 48,000.00 |
| Command Center Equipment | Furnishings & Misc. Equipment | 11,000.00 |
| Video Surveillance System - Interior | $1/sq ft | 46,500.00 |
| Video Surveillance System - Exterior | Building & Grounds | 20,000.00 |
| Uniforms & Supplies | | 5,000.00 |
| TOTAL SECURITY | | 270,500.00 |

Total Projected Build-out Costs

| Contractor Overhead & Profit | 15.5% on construction items only | 91,721.25 |
|---|---|---|
| Owner construction Representative | 8.5 months @ $1,100/wk | 40,205.00 |
| Contingency | 7% of total costs | 109,957.84 |

| TOTAL ANTICIPATED BUILD-OUT COSTS | | 1,680,784.09 |
|---|---|---|