# SISKIND LEGAL

3445 Santa Barbara Drive
Wellington, FL 33414
TEL   (561) 791-9565
FAX   (561) 791-9581
jeffsiskind@msn.com

**VIA FIRST CLASS U.S. MAIL**

May 1, 2018

Clerk's Office Civil Division
Circuit Court for Baltimore City
Room 462, Courthouse East
111 N. Calvert Street
Baltimore, MD 21202

    RE:  Case No. 24-C-17-004230
           CannaMED Pharmaceuticals, LLC v. Natalie M. LaPrade
           Maryland Medical Cannabis Commmission et al.
           <u>NOTICE OF APPEAL</u>

Dear Sir/Madam:

    Please file the attached Plaintiff's NOTICE OF APPEAL at your earliest convenience. I have enclosed a check in the amount of $121 to cover the fees for same.

    Please call me at your convenience if I can be of assistance. My cell number is 561-352-9166.

           Sincerely,

           Jeffrey M. Siskind

cc. Heather B. Nelson, Esq.

**PLAINTIFF'S TRIAL EXHIBIT T-95**

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

CannaMED Pharmaceuticals, LLC.

    Plaintiff,

v.                                          Case No. 24-C-17-004230 OG

Natalie M. LaPrade Maryland
Medical Cannabis Commission, at al.,

    Defendants.

_____/

## NOTICE OF APPEAL

    CannaMED Pharmaceuticals, LLC notes an appeal to the Court of Special Appeals in the above captioned action. A conformed copy of the Order being appealed, which was docketed on April 6, 2018, is attached hereto.

                                                                              Jeffrey M. Siskind, Esquire

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of May, 2018, a copy of the foregoing Notice of Appeal was served by first class mail, postage prepaid on Counsel for Natalie M. LaPrade Maryland Medical Cannabis Commission and Maryland Dept. of Health, Heather B. Nelson, Esquire, Assistant Attorney General, 300 W. Preston Street, Ste. 320, Baltimore, Maryland 21201.

                                       **SISKIND LEGAL**

                                       Jeffrey M. Siskind, Esquire
                                       *Counsel for Plaintiff/Appellant*
                                       3465 Santa Barbara Drive
                                       Wellington, FL 33414
                                       TEL  (561) 791-9565
                                       FAX  (561) 791-9581
                                       Email: jeffsiskind@msn.com

| | | |
|---|---|---|
| CannaMED Pharmaceuticals, LLC<br>Plaintiff | * | IN THE |
| | * | CIRCUIT COURT |
| vs. | * | FOR |
| Natalie M. LaPrade Maryland<br>Medical Cannabis Commission,<br>et al | * | BALTIMORE CITY |
| | * | |
| Defendants | * | Case No.: 24-C-17-004230 |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of Order Dismissing Case (12) and (13), Defendants' Opposition to Plaintiff's Motion for Reconsideration of Order Dismissing Case (13/1), it is this 2nd day of April, 2018, by the Circuit Court for Baltimore City,

**ORDERED** that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby **DENIED**.

The Court found that the Natalie M. LaPrade Maryland Medical Cannabis Commission ("Commission"), nor the Maryland Department of Health and Mental Hygiene ("Department") entered in a contract or had a contractual relationship with Plaintiff. Applications can be accepted or rejected. In the case at Bar, Plaintiffs' application for a medical cannabis grower license was rejected by the Commission. As the Court determined that there was no contractual relationship between the parties. The Complaint failed to state a claim upon which relief could be granted. Leave to amend the Complaint would allow an untimely filing of an Amended Complaint.

The Maryland Rules for judicial review of an administrative agency are governed by Title 7. Appellate and other Judicial Review in Circuit Court. Pursuant to "Rule 7-203. Time for filing action. (a) Generally. Except as otherwise provided in this Rule or by statute, a petition for judicial shall be filed within 30 days after the latest of:

(1) The date of the order or action of which review is sought;

(2) The date the administrative agency sent notice of the order or action to the petitioner, if notice was required by law to be sent to the petitioner; or

(3) The date the petitioner renewed notice of the agency's order or action, if notice was required by Law to be received by the petitioner."

The "Complaint" was filed 7 ½ months after notification of the Commissions' decision. The Court dismissed the "Complaint" as previously indicated, and any amended "Complaint" is untimely.

Sylvester B. Cox
Judge's Signature Appears
On Original Document

_____
Sylvester B. Cox
JUDGE

**TRUE COPY**
**TEST**

*Marilyn Bentley*

MARILYN BENTLEY, CLERK