PLAINTIFF'S TRIAL EXHIBIT **T-97**

## COURT OF SPECIAL APPEALS OF MARYLAND
361 Rowe Blvd., Second Floor, Annapolis, MD 21401
www.mdcourts.gov/cosappeals
410-260-1450

## CIVIL APPEAL INFORMATION REPORT (Md. Rules 8-205 & 8-206)

Appeal No. _____
(To be filled in by Clerk, Court of Special Appeals)

Instructions: There is no fee to file this form. Within 10 calendar days of filing an appeal the appellant (the person filing the appeal) must deliver, by mail or in person, a complete and signed form to the address listed above. A copy must also be served by mail or delivery to all other parties or their attorneys. **FAILURE TO FILE THE FORM ON TIME OR TO CORRECT ANY ERRORS IN THE TIME SPECIFIED MAY RESULT IN DISMISSAL OF THE APPEAL.** The non-appealing party may, but is not required to, file a responding Civil Appeal Information Report. This form is not required for cases regarding Child(ren) In Need of Assistance or Supervision, termination of parental rights, juvenile delinquency, criminal convictions, habeas corpus, coram nobis, post-conviction, violation of probation, appeals by prisoners relating to their confinement, and cases where an application for leave to appeal is allowed by law. Attach copies of all requested documents to the original and all copies of the form. Use extra pages if needed.

### COMPLETE THE FOLLOWING:

1. **Case Identification:**

Case name: CANNAMED PHARMACEUTICALS, LLC V. MD. MED. CANNABIS COMMISSION, ET AL.
Case Number: 24-C-17004230 , Circuit Court for BALTIMORE City ~~County~~
Judge: Sylvester B. Cox

2. **Identification of parties and their attorneys:**

**Appellant's Name:** CANNAMED PHARMACEUTICALS, LLC
Address: c/o JEFFREY M. SISKIND
3465 Santa Barbara Drive, Wellington, FL 33414
Phone (home, cell & work): (561) 791-9565 (h/o)   (561) 352-9166 (cell)
E-mail: jeffsiskind@msn.com

**Appellant's Attorney:** JEFFREY M. SISKIND
Address: 3465 Santa Barbara Drive
Wellington, FL 33414
Phone: (561) 352-9166
E-mail: jeffsiskind@msn.com

**Appellee's Name:** MARYLAND MEDICAL CANNABIS COMMISSION & DEPT. HEALTH
Address: c/o MD Atty General's Office Attn: Heather B. Nelson
300 W. Preston St., Ste. 302, Baltimore, MD 21201
Phone (home, cell & work): (410) 767-1877 - office
E-mail: heather.nelson1@maryland.gov

**Appellee's Attorney:** MARYLAND ATTORNEY GENERAL
Address: Attn: Heather B. Nelson, Asst. Atty. Gen.
300 West Preston Street, Ste 302
Baltimore, Maryland 21201
Phone: (410) 767-1877
E-mail: heather.nelson1@maryland.gov

CSA 1 (Rev. 11/2012)                                         Page 1 of 3

3. **CASE INFORMATION:**

   a. **Type of case:**
   - ☒ CONTRACT
   - ☐ DIVORCE
   - ☐ FORECLOSURE
   - ☐ PERSONAL INJURY
   - ☐ DECLARATORY JUDGMENT
   - ☐ OTHER (Specify) _____
   - ☐ CUSTODY
   - ☐ ESTATE
   - ☐ WORKERS' COMPENSATION
   - ☐ REAL ESTATE
   - ☐ ADMINISTRATIVE APPEAL

   b. *Is this an appeal from an order granting a* ☒ *motion to dismiss or* ☐ *motion for summary judgment?* ☒ YES ☐ NO   If yes, was there a hearing? ☒ YES ☐ NO

   c. Dates & duration of any trial or hearing (days/hours): _Jan. 19, 2018_   _1 hour_

   d. Were any post-judgment motions filed under Rule 2-532 (Judgment Notwithstanding the Verdict), 2-533 (New Trial), or 2-534 (Alter or Amend)? ☐ YES ☒ NO   If yes state:
   Date Motion Was Filed: _____
   Date of Ruling on Motion: _____
   Decision on the Motion: _____

   e. Do the judgments, orders, or rulings end the entire case against all parties? ☒ YES ☐ NO
   If no, explain why the case is appealable under Rule 2-602 or Courts Article Sections 12-301 or 12-303: _____

   f. Was *in banc* review requested under Rule 2-551? ☐ YES ☒ NO
   If "yes," who filed for *in banc* review: _____

4. **Appeal**
   a. Date appeal was filed: _May 2, 2018   docketed May 4, 2018_
   b. Is this an appeal from an order about adoption, termination of parental rights, guardianship of the person, custody or visitation? ☐ YES ☒ NO
   c. Was this matter previously appealed? ☐ YES ☒ NO
   Appeal No. _____, Sept. Term, _____
   Appeal No. _____, Sept. Term, _____
   d. Are there any related cases or appeals pending?  If so, identify the case:
   Case name: _____ Case No.: _____ Court: _____
   Case name: _____ Case No.: _____ Court: _____

5. **Issues on appeal.** (*Information disclosed does not limit the scope of appeal. Rule 8-205(f)*).

① whether there was a contractual relationship between Appellant and Appellee.

② whether Appellee breached the contract

③ whether Appellant timely filed for relief

④ whether Appellee's breach entitles Appellant to relief.

6. **Mediation &/or Pre-Hearing Conference** - *For questions regarding mediation or pre-hearing conferences please call the ADR Division at 410-260-3717. Information about the appellate mediation program is also available at www.mdcourts.gov/cosappeals/mediation.*

   a. Describe the history and present status of settlement negotiations:
   NONE PENDING

   b. Was this case previously submitted to any Alternative Dispute Resolution process (arbitration, mediation, settlement conference, etc.)?  ☐ Yes  ☒ No.  If so, please describe? _____

   c. Could this case benefit from mediation before briefs are filed?  ☒ YES  ☐ NO
   d. Could this case benefit from a Pre-Hearing Conference (Rule 8-206)?  ☐ YES  ☐ NO
   (*Information disclosed in this answer is subject to the confidentiality provision of Rule 8-205(f)*).

7. **IMPORTANT - ATTACH A COPY OF: (1) CIRCUIT COURT DOCKET ENTRIES, (2) THE JUDGMENT APPEALED FROM, AND (3) THE NOTICE OF APPEAL.**

(*For questions about your appeal please call the Clerk's Office at 410-260-1450 or see www.mdcourts.gov/cosappeals*)

**CERTIFICATE OF SERVICE**

I certify that on the date stated below a copy of the foregoing Report was mailed, postage prepaid to:

Heather B. Nelson, ESQ.
MD. Atty. General's Office
300 W. Preston Street Ste 302
Baltimore, MD 21201

DATE: 5/14/2018

SIGNATURE: [signed]

## Circuit Court of Maryland
Go Back Now

## Case Information

| | |
|---|---|
| Court System: | **Circuit Court for Baltimore City - Civil System** |
| Case Number: | **24C17004230** |
| Title: | **CannaMED Pharmaceuticals, LLC vs Natalie M. LaPrade Maryland Medical Cannabis Commission** |
| Case Type: | **General Equity** Filing Date: **08/15/2017** |
| Case Status: | **Reopened/Active** |

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff** Party No.: **1**

Business or Organization Name: **CannaMED Pharmaceuticals, LLC**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Siskind, Esq, Jeffrey M** |
| Appearance Date: | **08/15/2017** |
| Practice Name: | **Siskind Legal Group** |
| Address: | **3465 Santa Barbara Drive** |
| | **Suite 500** |
| City: | **Wellington** State: **FL** Zip Code: **33414** |

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant** Party No.: **1**

Business or Organization Name: **Natalie M. LaPrade Maryland Medical Cannabis Commission**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Nelson, Esq, Heather B** |
| Appearance Date: | **10/18/2017** |
| Practice Name: | **Attorney General's Office** |
| Address: | **300 W Preston Street** |
| | **Suite 302** |
| City: | **Baltimore** State: **MD** Zip Code: **21201** |

Party Type: **Defendant** Party No.: **2**

Business or Organization Name: **Maryland Department Of Health And Mental Hygiene**

**Attorney(s) for the Defendant/Respondent**

Name: **Nelson, Esq, Heather B**
Appearance Date: **10/18/2017**
Practice Name: **Attorney General's Office**
Address: **300 W Preston Street**
**Suite 302**
City: **Baltimore** State: **MD** Zip Code: **21201**

## Court Scheduling Information

Event Type: **Motion Hearing (Civil)** Notice Date: **12/11/2017**
Event Date: **01/19/2018** Event Time: **11:00 AM**
Result: **Held/Concluded** Result Date: **02/05/2018**

## Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date: **08/15/2017** Entered Date: **08/17/2017** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **2/0**
File Date: **08/28/2017** Entered Date: **08/29/2017** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Civil - Non-Domestic Case Information Report**

Doc No./Seq No.: **3/0**
File Date: **10/18/2017** Entered Date: **10/19/2017** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Consent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint Filed by DEF001-Natalie M. LaPrade Maryland Medical Cannabis Commission, DEF002-Maryland Department Of Health And Mental Hygiene**

Doc No./Seq No.: **4/0**
File Date: **10/30/2017** Entered Date: **10/31/2017** Decision: **Granted**
Party Type: **Defendant** Party No.: **1**
Document Name: **Motion for Summary Judgment, Memorandum, and Exhibits**

Doc No./Seq No.: **4/1**
File Date: **12/05/2017** Entered Date: **12/06/2017** Decision:

| | |
|---|---|
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Opposition to Motion w/Request for Hearing** |

| | |
|---|---|
| Doc No./Seq No.: | **4/2** |
| File Date: | **02/07/2018** Entered Date: **02/07/2018** Decision: |
| Document Name: | **Order of Court** |

ORDERED that Defts' Motion to Dismiss, or, in the Alternative for Summary Judgment, be and is hereby GRANTED; and it is further, ORDERED that the Complaint for Damages and Injunctive Relief (1) be and is hereby DISMISSED, Cox Judge

| | |
|---|---|
| Doc No./Seq No.: | **4/3** |
| File Date: | **02/07/2018** Entered Date: **02/07/2018** Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **5/0** |
| File Date: | **12/05/2017** Entered Date: **12/06/2017** Decision: |
| Party Type: | **Defendant** Party No.: **2** |
| Document Name: | **Return of Service - Served** |
| | **WRIT OF SUMMONS (Private Process) served 09/15/17** |

| | |
|---|---|
| Doc No./Seq No.: | **6/0** |
| File Date: | **12/05/2017** Entered Date: **12/06/2017** Decision: |
| Party Type: | **Defendant** Party No.: **1** |
| Document Name: | **Return of Service - Served** |
| | **WRIT OF SUMMONS (Private Process) served 09/15/17** |

| | |
|---|---|
| Doc No./Seq No.: | **7/0** |
| File Date: | **12/05/2017** Entered Date: **12/06/2017** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Notice of Filing of Returns of Service** |

| | |
|---|---|
| Doc No./Seq No.: | **8/0** |
| File Date: | **12/05/2017** Entered Date: **12/06/2017** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Notice of Change of Address for Plaintiff's Counsel** |

| | |
|---|---|
| Doc No./Seq No.: | **9/0** |
| File Date: | **12/11/2017** Entered Date: **12/11/2017** Decision: |
| Document Name: | **Notice Motion Hearing Sent** |

Event: MOTN Block Date: 01/19/18 Facility: 231 PARTIES : Nelson, Heather 300 W Preston Street Suite 302, Baltimore, MD, 21201 Siskind, Jeffrey 3465 Santa Barbara Drive Suite 500, Wellington, FL, 33414

| Doc No./Seq No.: | 10/0 |
|---|---|
| File Date: | 01/19/2018 Entered Date: 01/31/2018 Decision: |
| Document Name: | **Open Court Proceeding** |
| | **01/19/2018 Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment (4) heard and ruling hereby held "SUB-CURIA". (COX, J)** |

| Doc No./Seq No.: | 10/1 |
|---|---|
| File Date: | 02/07/2018 Entered Date: 02/07/2018 Decision: |
| Document Name: | **Opinion (Order of Court)** |
| | **Petition for Judicial Review may have been warranted. Their is a failure to state a claim for which relief can be granted, the court must dismiss the complaint, Cox Judge** |

| Doc No./Seq No.: | 10/2 |
|---|---|
| File Date: | 02/07/2018 Entered Date: 02/07/2018 Decision: |
| Document Name: | **Copies Mailed** |

| Doc No./Seq No.: | 11/0 |
|---|---|
| File Date: | 01/30/2018 Entered Date: 01/31/2018 Decision: |
| Document Name: | **Open Court Proceeding** |
| | **clerical error** |

| Doc No./Seq No.: | 12/0 |
|---|---|
| File Date: | 02/20/2018 Entered Date: 02/21/2018 Decision: **Denied** |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Motion for Reconsideration of Order Dismissing Case** |

| Doc No./Seq No.: | 12/1 |
|---|---|
| File Date: | 04/05/2018 Entered Date: 04/05/2018 Decision: |
| Document Name: | **Order of Court** |
| | **It is this 2nd, April, 2018, Order that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby DENIED. J. Cox.** |

| Doc No./Seq No.: | 12/2 |
|---|---|
| File Date: | 04/05/2018 Entered Date: 04/05/2018 Decision: |
| Document Name: | **Copies Mailed** |

| Doc No./Seq No.: | 13/0 |
|---|---|
| File Date: | 03/05/2018 Entered Date: 03/07/2018 Decision: **Denied** |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Motion for Reconsideration** |

| | |
|---|---|
| Doc No./Seq No.: | 13/1 |
| File Date: | 03/07/2018 Entered Date: 03/08/2018 Decision: |
| Party Type: | Defendant Party No.: 1 |
| Document Name: | Defts' Opposition to pltff's Motin for Reconsideration of Order Dismissing Case. Filed by DEF001-Natalie M. LaPrade Maryland Medical Cannabis Commission, DEF002-Maryland Department Of Health And Mental Hygiene |

| | |
|---|---|
| Doc No./Seq No.: | 13/2 |
| File Date: | 04/06/2018 Entered Date: 04/06/2018 Decision: |
| Document Name: | Order of Court |
| | It is this 2nd, April, 2018, Ordered that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby DENIED. J. Cox. |

Doc No./Seq No.: **13/3**
File Date: **04/06/2018** Entered Date: **04/06/2018** Decision:
Document Name: **Copies Mailed**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

|  |  |
|---|---|
| CannaMED Pharmaceuticals, LLC<br>Plaintiff | IN THE |
|  | CIRCUIT COURT |
| vs. | FOR |
| Natalie M. LaPrade Maryland<br>Medical Cannabis Commission,<br>et al | BALTIMORE CITY |
| Defendants | Case No.: 24-C-17-004230 |

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of Order Dismissing Case (12) and (13), Defendants' Opposition to Plaintiff's Motion for Reconsideration of Order Dismissing Case (13/1), it is this 2nd day of April, 2018, by the Circuit Court for Baltimore City,

**ORDERED** that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby **DENIED**.

The Court found that the Natalie M. LaPrade Maryland Medical Cannabis Commission ("Commission"), nor the Maryland Department of Health and Mental Hygiene ("Department") entered in a contract or had a contractual relationship with Plaintiff. Applications can be accepted or rejected. In the case at Bar, Plaintiffs' application for a medical cannabis grower license was rejected by the Commission. As the Court determined that there was no contractual relationship between the parties. The Complaint failed to state a claim upon which relief could be granted. Leave to amend the Complaint would allow an untimely filing of an Amended Complaint.

The Maryland Rules for judicial review of an administrative agency are governed by Title 7. Appellate and other Judicial Review in Circuit Court. Pursuant to "Rule 7-203. Time for filing action. (a) Generally. Except as otherwise provided in this Rule or by statute, a petition for judicial shall be filed within 30 days after the latest of:



(1) The date of the order or action of which review is sought;

(2) The date the administrative agency sent notice of the order or action to the petitioner, if notice was required by law to be sent to the petitioner; or

(3) The date the petitioner renewed notice of the agency's order or action, if notice was required by Law to be received by the petitioner."

The "Complaint" was filed 7 ½ months after notification of the Commissions' decision. The Court dismissed the "Complaint" as previously indicated, and any amended "Complaint" is untimely.

```
Sylvester B. Cox
Judge's Signature Appears
On Original Document
```

Sylvester B. Cox
JUDGE

TRUE COPY
TEST

*Marilyn Bentley*

MARILYN BENTLEY, CLERK

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

CannaMED Pharmaceuticals, LLC.

    Plaintiff,

v.                                               Case No. 24-C-17-004230 OG

Natalie M. LaPrade Maryland
Medical Cannabis Commission, at al.,

    Defendants.

_____/

## NOTICE OF APPEAL

CannaMED Pharmaceuticals, LLC notes an appeal to the Court of Special Appeals in the above captioned action. A conformed copy of the Order being appealed, which was docketed on April 6, 2018, is attached hereto.

_____
Jeffrey M. Siskind, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2018, a copy of the foregoing Notice of Appeal was served by first class mail, postage prepaid on Counsel for Natalie M. LaPrade Maryland Medical Cannabis Commission and Maryland Dept. of Health, Heather B. Nelson, Esquire, Assistant Attorney General, 300 W. Preston Street, Ste. 320, Baltimore, Maryland 21201.

SISKIND LEGAL

_____
Jeffrey M. Siskind, Esquire
*Counsel for Plaintiff/Appellant*
3465 Santa Barbara Drive
Wellington, FL 33414
TEL   (561) 791-9565
FAX   (561) 791-9581
Email: jeffsiskind@msn.com