**Fill in this information to identify the case:**

Debtor 1: Chance & Anthem LLC

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Florida

Case number: 18-16248-MAM



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JUN 18 2018

FILED ☒ RECEIVED ____

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Delmarva Power
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Delmarva Power. Bankruptcy Division
Name
5 Collins Drive, Suite 2133 / Mail Stop 84CP42
Number   Street
Carneys Point    NJ    08069
City             State   ZIP Code

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Delmarva Power
Name
PO BOX 13610
Number   Street
Philadelphia    PA    19101
City            State   ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

**PLAINTIFF'S TRIAL EXHIBIT T-98**

Official Form 410                    Proof of Claim                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 842.03. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ 842.03 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410        Proof of Claim        page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/12/2018
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Rebecca L. Hoyle
            First name        Middle name        Last name

Title       Bankruptcy Associate

Company     Delmarva Power
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     5 Collins Drive, Suite 2133 / Mail Stop 84CP42
            Number        Street
            Carneys Point                            NJ         08069
            City                                     State      ZIP Code

Contact phone   856-351-7306                         Email  _____

Official Form 410                    **Proof of Claim**                          page 3

17 00000008 500001280

 

# Your electric bill - Nov 2017
for the period **November 22, 2017 to November 28, 2017**



**CHANCE & ANTHEM LLC**

**Account number:** ███████████
**Your service address:** 27120 OCEAN GTWY
HEBRON MD 21830
**Bill Issue date:** Jan 5, 2018 - **REVISED BILL**

**How to contact us**
Customer service (Mon-Fri, 7am - 7pm)   1-800-375-7117
Electric emergencies & outages (24 hours)   1-800-898-8045
¿Problemas con la factura?   1-800-375-7117
Visit delmarva.com

## Summary of your charges

| | |
|---|---|
| Balance from your last bill | $858.28 |
| Changes to your electric balance | $124.12– |
| Balance forward as of Jan 5, 2018 | $734.16 |
| New electric charges | $107.87 |
| **Total amount due by Jan 26, 2018** | **$842.03** |

This is a **REVISED BILL** based on a review of your account. If you have any questions, please call the Customer Service number listed in the "How to contact us" section of your bill.

Find helpful storm preparation and power outage information at delmarva.com

The EmPOWER MD charge funds programs that can help you reduce your energy consumption and save you money. For more information, including how to participate, go to delmarva.com/saveenergy.

---

Please tear on the dotted line below. Invoice Number: 210002327297   Page 1 of 3

**Return this coupon** with your payment
made payable to Delmarva Power

**FINAL BILL**
Account number  
Total amount due by Jan 26, 2018   **$842.03**

668 1 MB 0.420        5MD00648

CHANCE & ANTHEM LLC
3465 SANTA BARBARA DRIVE
WELLINGTON FL  33414-7269

Amount Paid:   $ ☐☐☐.☐☐

PO BOX 13609
PHILADELPHIA PA 19101

1000015000533732900000000007341600000010787000000084203 0012