**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01298-MAM |
|     Plaintiff, | |
| v. | |
| JEFFREY M. SISKIND, individually and d/b/a SISKIND LEGAL SERVICES, *et al.* | |
|     Defendants. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01301-MAM |
|     Plaintiff, | |
| v. | |
| ADVANCED AVIONICS, LLC | |
|     Defendant. | |
| _____/ | |

**TRUSTEE'S EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ X ] Plaintiff      [ ] Defendant      [ ] Debtor      [X] Chapter 7 Trustee

Date of Hearing/Trial:      October 7th, 2020 at 4:00 p.m. Pretrial Conference

Judge:      The Honorable Mindy A. Mora

**Respectfully submitted: October 1st, 2020.**

                                      **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                      *Counsel to the Chapter 7 Trustee*
                                      100 SE Second Street, Suite 4400
                                      Miami, Florida 33131
                                      Telephone:    (305) 349-2300
                                      Facsimile:    (305) 349-2310

                                      By:    /s/ Jesus M. Suarez
                                              Jesus M. Suarez, Esq.
                                              Florida Bar No. 60086
                                              jsuarez@gjb-law.com
                                              Barry P. Gruher, Esq.
                                              Florida Bar No.  960993
                                              bgruher@gjb-law.com

| **Exhibit #/Letter** | **Description** | **Admitted** | **Refused** | **Not Introduced** |
|---|---|---|---|---|
| **T-1** | 12.18.2002 Receipt signed by Jeffrey Siskind receiving $10,000.00 in cash from Fred Volkwein | | | |
| **T-2** | 05.08.2013 Quit Claim Deed between Christopher P. George and 3485 Lago De Talavera Trust | | | |
| **T-3** | 05.17.2013 Quit Claim Deed between Transamerican Comercial, LTD and TP5, LLC | | | |
| **T-4** | RESERVED | | | |
| **T-5** | 02.06.2014 Assignment of Mortgage by Michelle Watson to Sovereign Gaming & Entertainment | | | |
| **T-6** | 02/06/2014 Indemnity Mortgage 3485 Lago De Talavera Trust | | | |
| **T-7** | 02.07.2014 Certificate of Title to OB Real Estate Holdings 1732, LLC | | | |
| **T-8** | 02.25.2014 Recorder Warranty Deed for the 11400 Torchwood Acquisition by Beacon & Fiore | | | |
| **T-9** | 06.24.2014 Recorder Warranty Deed for the 11400 Torchwood Sale by Beacon & Fiore property | | | |
| **T-10** | 09.12.2014 Mortgage Deed by OB Real Estate Holdings 1732, LLC to George A. Maler | | | |
| **T-11** | 11.07.2014 SunTrust deposit ticket in the amount $1,159,123.77 | | | |
| **T-12** | 11.14.2014 Notice of Lis Pendens Sovereign Gaming & Entertainment, LLC, vs. 3485 Lago De Talavera Trust | | | |

| | | | | |
|---|---|---|---|---|
| **T-13** | 11.24.2014 Check no. 1003 from the Chance & Anthem's SunTrust account, payable to Ocean Reef Club, in the amount of $13,233.88 | | | |
| **T-14** | 12.11.2014 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler. | | | |
| **T-15** | 12.23.2014 SunTrust withdrawal ticket for the amount of $58,000.00 | | | |
| **T-16** | 12.23.2014 Chance & Anthem's SunTrust statement reflecting outgoing fedwire | | | |
| **T-17** | 02.05.2015 SunTrust deposit ticket in the amount $65,092.40 | | | |
| **T-18** | 03.05.2015 Check no. 1012 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $10,000.00 | | | |
| **T-19** | 03.09.2015 Deed in Lieu of Foreclosure, between Sovereign Gaming and Entertainment, LLC and 3485 Lago De Talavera Trust | | | |
| **T-20** | 03.24.2015 Chase bank statement from account no. ending with xxxxxxxx1866, reflecting fedwire, for the amount of $100,000.00 | | | |
| **T-21** | 04.10.2015 SunTrust withdrawal ticket for the amount $90,000.00 | | | |
| **T-22** | 04.15.2015 Check no. 1014 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $25,000.00. | | | |
| **T-23** | 04.15.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler | | | |
| **T-24** | 04.24.2015 SunTrust withdrawal ticket for the amount $45,000.00 | | | |
| **T-25** | 04.27.2015 SunTrust withdrawal ticket for the amount of $40,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| T-26 | 05.07.2015 Check no. 1015 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of 10,000.00 | | | |
| T-27 | 06.15.2015 Check no. 1017 from the Chance & Anthem's SunTrust account, payable to David Merrill, in the amount of $10,000.00 | | | |
| T-28 | 08/28/2015 Purchase Option Agreement to Sovereign Gaming & Entertainment, LLC | | | |
| T-29 | 10.06.2015 Chance & Anthem's Chase Bank statement reflecting transfer | | | |
| T-30 | 10.09.2015 Chase Bank withdrawal slip for the amount of $59, 500.00 | | | |
| T-31 | 10.19.2015 Mortgage Modification Agreement between OB Real Estate Holdings 1732, LLC and George Maler | | | |
| T-32 | 10.27.2015 Operating Agreement for CannaMed Pharmaceuticals, LLC | | | |
| T-33 | 10.29.2015 Email from Jeffrey Siskind to kenbornick@comcast.net re CannaMed Secured Position | | | |
| T-34 | 10.30.2015 Special Warranty Deed by JP Morgan Chase Bank, National Association. 3445 Santa Barbara | | | |
| T-35 | 10.00.2015 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of October 6 through October 30, 2015 | | | |
| T-36 | 11.11.2015 Check no. 1026 from the Chance & Anthem's SunTrust account, payable to Advanced Avionics, in the amount of $100,000.00 | | | |
| T-37 | 11.13.2015 Check no. 1030 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of $10,000.00 | | | |
| T-38 | 11.13.2015 Chance & Anthem's SunTrust statement reflecting outgoing fedwire | | | |

| | | | | |
|---|---|---|---|---|
| T-39 | 11.13.2015 Mortgage by Chance & Anthem, LLC to New Wave re Santa Barbara House | | | |
| T-40 | 11.13.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| T-41 | 11.23.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| T-42 | 12.02.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| T-43 | 12.08.2015 Check no. 1037 from the Chance & Anthem's SunTrust account, payable to Jeffrey M. Siskind, in the amount of $30,000.00 | | | |
| T-44 | 12.09.2015 Check no. 1038 from the Chance & Anthem's SunTrust account, payable to Second Siskind Family Trust, in the amount of $10,000.00 | | | |
| T-45 | 12.10.2015 Check no. 1041 from the Chance & Anthem's SunTrust account, payable to Jeffrey Siskind, in the amount of $15,000.00 | | | |
| T-46 | 12.11.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| T-47 | 12.16.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| T-48 | 12.21.2015 MMCC Announcement of Revised Scoring Timeline for Grower and Processor License Applications | | | |
| T-49 | 12.21.2015 Email from Jeffrey Siskind to Richard Bardenstein re: CanneMed's Final Business Plan | | | |
| T-50 | 12.28.2015 SunTrust deposit slip for the amount of $19,481.32 | | | |
| T-51 | 12.29.2015 Email from Jeffrey Siskind to haybenfc1@aol.comre CannaMed Pharmaceuticals Final Business Plan | | | |

| | | | | |
|---|---|---|---|---|
| T-52 | 12.31.2015 SunTrust withdrawal ticket for the amount of $5,000.00 | | | |
| T-53 | 2016 Economic Outlook | | | |
| T-54 | RESERVED | | | |
| T-55 | 02.04.2016 Email from Jeffrey Siskind to Mr. Butrum re Salisbury Plant Funding | | | |
| T-56 | 02.22.2016 Email from Jonathan Mayer to Jeffrey Siskind re: Revised C&A Finders Agreement | | | |
| T-57 | 02.24.2016 Email from Jonathan Mayer to Jeffrey Siskind re CannaMed Facility Exec Summary | | | |
| T-58 | 03.10.2016 Mortgage by Sovereign Gaming & Entertainment, LLC to Tatarow Family Partners, Ltd. | | | |
| T-59 | 03.21.2016 Email from Jeffrey Siskind to Mayer and Angeline Nanni re CannaMed Mortgage Program | | | |
| T-60 | 03.30.2016 Mortgage to ABK South Properties, LLC by Chance & Anthem, LLC | | | |
| T-61 | 03.31.2016 Commercial Lease with Option to Purchase between 27120 Ocean Gateway, LLC, and Chance & Anthem, LLC. | | | |
| T-62 | 03.31.2016 Settlement Statement between 27120 Ocean Gateway, LLC and Machining Technologies, Incorporated | | | |
| T-63 | 03.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of March 1st through March 31, 2016 | | | |
| T-64 | 04.13.2016 Chase deposit slip in the amount of $10,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| **T-65** | 05.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of April 30 through May 31, 2016 | | | |
| **T-66** | 06.09.2016 Email from Jeffrey Siskind to blake@arlawgrp.com, jeff@arlawgrp.com, kamcorp73@gmail.com re: CannaMed Unit Purchase | | | |
| **T-67** | 06.29.2016 Check no. 1210 from the Chance & Anthem's JPMorgan Chase Bank account, payable to Tanya Siskind in the amount of $6,000.00 | | | |
| **T-68** | 07.18.2016 Chase deposit slip for the amount of $7,000.00, Chance & Anthem's account | | | |
| **T-69** | 07.19.2016 Chase deposit slip for the amount of $25,000.00, Chance & Anthem's account | | | |
| **T-70** | 07/19/2016 Assignment of Second Mortgage to George and Jeri Maler | | | |
| **T-71** | 08.02.2016 Email from Jeffrey Siskind to Frank Wise re CannaMed (3Gen subscription agreement | | | |
| **T-72** | 09.09.2016 Chase withdrawal slip for the amount of $4,000.00, from Chance & Anthem's account | | | |
| **T-73** | 09.21.2016 Assignment of Mortgage by George A. Maler | | | |
| **T-74** | 09.00.2016 Chase Bank statement for Chance & Anthem's account ending with xxxxxxxxxx1866, for the period of time of September 1st through September 30, 2016 | | | |
| **T-75** | 10.14.2016 Check no. 1308 from the Chance & Anthem's JPMorgan Chase Bank account, payable to Palm Beach Riding Academy, in the amount of $2,500.00 | | | |
| **T-76** | 10.31.2016 Chase Deposit slip in to Chance & Anthem's account | | | |

8

| | | | | |
|---|---|---|---|---|
| **T-77** | RESERVED | | | |
| **T-78** | 11.17.2016 Complaint for Foreclosure<br>Palm Beach County Circuit Court<br>Tatarow Family Partners LTD v. Sovereign Gaming & Entertainment, LLC | | | |
| **T-79** | 12.14.2016 Article of Amendment to Article of Organization of OB Real Estate Holdings 732, LLC | | | |
| **T-80** | 04.05.2017 Affidavit of Carl Stone<br>Palm Beach 15th Circuit Court<br>New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-81** | 07/05/2017 Certificate of Title re Santa Barbara House | | | |
| **T-82** | 08.03.2017 Verified Complaint to Foreclose Mortgage<br>Palm Beach Sixteen Circuit Court<br>Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad | | | |
| **T-83** | 08.07.2017  Notice of Lis Pendens<br>Palm Beach Sixteen Circuit Court<br>Chance & Anthem, LLC vs. Imitiaz Mohammed and Zoreeda Mohammad | | | |
| **T-84** | 08.15.2017 Complaint for Damages and Injunctive Relief Circuit Court of Maryland<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-85** | 08.23.2017 Assignment of Mortgage by Tatarow Family Partners, Ltd to Zokaites Properties, LP | | | |
| **T-86** | 10.12.2017  Assignment of Mortgage to Zokaites Properties by Chance & Anthem | | | |

| | | | | |
|---|---|---|---|---|
| **T-87** | 10.30.2017 Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-88** | 01.29.2018 Voluntary Petition<br>Chance & Anthem, LLC<br>Case No. 18-16248-MAM | | | |
| **T-89** | 01.30.2018 Order Granting Defendants' Motion to Dismiss, or, in the Alternative for Summary Judgment<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-90** | 02.01.2018 Warranty Deed by OB Real Estate Holdings 1732, LLC to Esrick PB Office, LLC, A , FL LLC | | | |
| **T-91** | 02.12.2018 Bankruptcy Schedules for Chance & Anthem, LLC [ECF No. 11]<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| **T-92** | 02/19/2018 Plaintiff's Motion for Reconsideration of Order Dismissing Case<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-93** | 04/02/2018 Order Denying Plaintiff's Motion for Reconsideration of Order Dismissing Case<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-94** | 04.24.2018 Amended Bankruptcy Schedules A/B for Chance & Anthem, LLC [ECF No. 59]<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |

| | | | | |
|---|---|---|---|---|
| T-95 | 05.01.2018 Notice of Appeal<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| T-96 | RESERVED | | | |
| T-97 | 05.14.2018 Civil Appeal Information Report Court of Special Appeals of Maryland | | | |
| T-98 | 06.18.2018 Proof of Claim 1-1, Filed by Delmarva Power<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-99 | 07.09.2018 Proof of Claim 2-1, Filed by Richard Barclay Neff, Jr.<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-100 | 07.09.2018 Transcript of 341 Meeting of Creditors<br>Bankruptcy Court<br>for the Southern District of Florida – Case No. 18-16248 | | | |
| T-101 | 07.23.2018 Docket Report<br>Circuit Court of Maryland<br>Case No. 24C17004230<br>CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| T-102 | 08.07.2018 Proof of Claim 3-1, Filed by Sarenil Associates, LLC c/o Frederick Volkwein<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-103 | 08.09.2018 Proof of Claim 4-1, Filed by Christopher George and Dianna George<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-104 | 08.09.2018 Proof of Claim 5-1, Filed by David Fiore and Carl Stone<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |

11

| | | | | |
|---|---|---|---|---|
| T-105 | 08.10.2018 Proof of Claim 6-1, Filed by 3485 Lago De Talavera Trust<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-106 | 09.05.2018 Transcript of 2004 Examination of Jeffrey M. Siskind.<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-107 | 10.29.2019 Letter from Siskind Legal, P.L.L.C. to Jesus Suarez, Esq. re: Notice of Forfeiture of CannaMed Pharmaceuticals, LLC | | | |
| T-108 | 11.01.2019 First Amended Complaint filed by Chapter 7 Trustee Robert C. Furr against Jeffrey M. Siskind, et al. [ECF No. 95]<br>Bankruptcy Court for the Southern District of Florida – Adv. Case No. 19-01298 | | | |
| T-109 | 11.12.2019 Proof of Claim 7-1, Filed by Frank R. Zokaites<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-110 | 12.19.2019 Transcript of Continued 2004 Examination of Jeffrey M. Siskind.<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-111 | 02.10.2020 Proof of Claim 8-1, Filed by Jeffrey M. Siskind<br>Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-112 | 2.21.2020 MMCC Announcements MMCC.Maryland.gov | | | |
| T-113 | 2.21.2020 MMCC Frequently Asked Questions MMCC.Maryland.Gov | | | |
| T-114 | 02.26.2020 Sunbiz.org corporate search results for Florida Association of Community Banks and Credit Unions | | | |
| T-115 | 02.26.2020 Sunbiz.org corporate search results for OB Real Estate Holdings 1732, LLC | | | |

| | | | | |
|---|---|---|---|---|
| **T-116** | 02.26.2020 Sunbiz.org corporate search results for Siskind Legal Services, LLC | | | |
| **T-117** | 02.26.2020 Sunbiz.org corporate search results for Sovereign Gaming & Entertainment, LLC | | | |
| **T-118** | 02.26.2020 Sunbiz.org corporate search results for Sympatico Equine Rescue, Inc. | | | |
| **T-119** | 02.26.2020 Sunbiz.org corporate search results for Wellington 3445, LP | | | |
| **T-120** | 03.02.2020 Maryland.gov entity search results for Nucanna Pharmaceuticals, LLC. | | | |
| **T-121** | 03.04.2020 Retrospective Appraisal Report prepared by expert Gregory P. Edison, MAI, CCIM, for the 3445 Santa Barbara property. | | | |
| **T-122** | 04.13.2020 Docket Report Circuit Court of Maryland Case No. 24C17004230 CannaMed Parmaceuticals, LLC vs. Natalie M. LaPrade Maryland Medical Cannabis Commission | | | |
| **T-123** | 04.20.2020 Expert Report of Alan R. Barbee, CPA/ABV | | | |
| **T-124** | 05.05.2020 Docket Report Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(A)** | 03.14.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 34] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |

| | | | | |
|---|---|---|---|---|
| **T-124(B)** | 12.17.2013 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 150] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124I** | 09.15.2014 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 265] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-124(D)** | 06.01.2015 Periodic Report Regarding Value, Operations and Profitability of Entities in which the Estate of Debtor Holds a Substantial or Controlling Interest [ECF No. 406] Bankruptcy Court for the Southern District of Florida – Case No. 13-13096 | | | |
| **T-125** | 05.05.2020 Docket Report Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-125(A)** | 11.08.2016 Complaint for Mortgage Foreclosure and Damages Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-125(B)** | 12.05.2016 Answer, Affirmative Defenses and Counterclaim Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |
| **T-125I** | 02.02.2017 Order Granting Plaintiff's Motion to Dismiss Second Amended Counterclaim Palm Beach 15th Circuit Court Case No. 502016CA012543 New Wave Lenders v. Chance & Anthem, LLC | | | |

14

| | | | | |
|---|---|---|---|---|
| T-125(D) | 02.23.2017 Motion to Substitute Party-Plaintiff<br>Palm Beach 15th Circuit Court<br>Case No. 502016CA012543<br>New Wave Lenders v. Chance & Anthem, LLC | | | |
| T-126 | CannaMed Pharmaceuticals Company Business Plan | | | |
| T-127 | Default of Rent letters sent to Mr. Siskind by Alan Bias | | | |
| T-128 | Bank of America bank records [Composite Exhibit] | | | |
| T-128(A) | 08.23.2018 Bank of America Certification | | | |
| T-129 | JPMorgan Chase Bank Record | | | |
| T-129(A) | 07.05.2018 JPMorgan Chase Bank Certification | | | |
| T-130 | PNC Bank Records [Composite Exhibit] | | | |
| T-130(A) | 08.23/2018 PNC BANK Certification | | | |
| T-130(B) | 08.30.2018 PNC Bank Certification | | | |
| T-131 | *In re Siskind* Monthly Operating Reports [Composite Exhibit] | | | |
| T-132 | SunTrust Bank Records [Composite Exhibit] | | | |
| T-132(A) | 09.13.2018 SunTrust Certification | | | |

| | | | | |
|---|---|---|---|---|
| **T-133** | Wells Fargo Bank Records [Composite Exhibit] | | | |
| **T-133(A)** | 08.24.2018 Wells Fargo Certification | | | |
| **T-134** | Chance & Anthem, LLC Summary Detail of Disbursements – Cash & Withdrawals | | | |
| **T-135** | Chance & Anthem, LLC Summary of Transfers to Tanya Siskind | | | |
| **T-136** | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Christopher George | | | |
| **T-137** | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Carl Stone & David Fiore | | | |
| **T-138** | Chance & Anthem, LLC Summary Flowchart Tracing Creditors' Funds – Frederick Volkwein | | | |
| **T-139** | 2014 – 2017 Chance & Anthem, LLC Summary Insolvency Analysis | | | |
| **T-140** | 2014 – 2017 Chance & Anthem, LLC Summary of Expenses | | | |
| **T-141** | 2014 – 2017 Chance & Anthem, LLP Summary Consolidated Insolvency Analysis | | | |
| **T-142** | 2014 – 2017 Chance & Anthem, LLC Consolidated Summary of Expenses | | | |
| **T-143** | 2015 – 2018 Chance & Anthem Chase Transactions' Register | | | |
| **T-144** | 02.26.2020 Debtor's Notice of Filing Consent to Creditor Proofs of Claim | | | |

| | | | | |
|---|---|---|---|---|
| T-145(A) | Chance & Anthem, LLC Summary Flowchart Tracing Referenced Funds – Santa Barbara House | | | |
| T-145(B) | Chance & Anthem, LLC Summary Flowchart Tracing OB Real Estate Funds | | | |
| T-146 | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER** Trust Account Records | | | |
| T-147 | Affidavit of Alan R. Barbee, CPA/ABV re Insolvency, Transfer and Reasonably Equivalent Value | | | |
| T-148 | Transfer Schedule and Backup Documentation | | | |
| T-149 | 10.24.2018 Order Granting in Part and Denying in Part Jeffrey Siskind's Emergency Motion for Protective Order Prohibiting the Release of Confidential Client Financial Information [ECF No. 121] [ECF No. 180] Bankruptcy Court for the Southern District of Florida – Case No. 18-16248 | | | |
| T-150 | 07.28.2020 Order Granting in Part and Denying in Part Adversary Defendant Jeffrey Siskind's (I) Emergency Motion to Compel and for Sanctions [ECF No. 405]; (II) Motion for Leave of Court to Amend Jeffrey M. Siskinds Disclosures Pursuant to Fed.R.Civ.P.26(A)(2) [ECF No. 388]; and (III) Motion to Delay Publication of Defendants Expert Reports for Cause Pending the Courts Rulings on Plaintiff's Motion [*sic*][ECF No. 408] [ECF No. 435] Bankruptcy Court for the Southern District of Florida – Case No. 19-01298 | | | |
| T-151 | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER** 06.25.2020 Supplemental Expert Report of Alan R. Barbee. **Document subject to the Confidentiality Order as to Schedule 3.6** | | | |

17

| | | | | |
|---|---|---|---|---|
| T-152 | 01.17.2020 Plaintiff's First Request for Production of Document to Defendant, Advanced Avionics, LLC<br>Bankruptcy Court for the Southern District of Florida – Case No. 19-01301 | | | |
| T-153 | 02.17.2020 Defendant's Advanced Avionics, LLC, Response to Plaintiff's, Robert C. Furr, as Trustee, First Request for Production of Documents<br>Bankruptcy Court for the Southern District of Florida – Case No. 19-01301 | | | |
| T-154 | 07.01.2020 Defendant's, Advanced Avionics, LLC, Response to Plaintiff, Robert C. Furr's First Set of Interrogatories<br>Bankruptcy Court for the Southern District of Florida- Case No. 19-01301 | | | |
| T-155 | Spreadsheet of Payments to Advanced Avionics | | | |
| T-156 | Consolidated Insolvency Analysis - Intercompany Detail Year Ended 12.31.2016 | | | |
| T-157 | Consolidated Insolvency Analysis - Intercompany Detail Year Ended 12.31.2017 | | | |
| T158 | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER**<br>Flowchart Tracing - Funds from Listed Creditor - 3Genvc, LLC | | | |
| T159 | **CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY ORDER**<br>Siskind IOTA – Bank Reconstruction Cash Withdrawals | | | |