MENU                                                                    Phone Directory   State Agencies   Translate

Enter search term

## Consent Orders, Actions and Sanctions

Licensee Actions
Agent Actions
Patients and Caregivers Actions

## Licensee Application Information

2019 Grower and Processor Applications

## Quick Links

Commission Meetings
Committee Meetings
Bulletins
Reporting
MMCC Registry
Provider Online Training
Purchase MMCC ID Card
FAQs
2018 Medical Cannabis Disparity Analysis
Licensee Guidance
Helpful Forms
Contact Us
PIA Requests
MMCC Advertising Guidelines and FAQs
MMCC Commissioner Bio's

**PLAINTIFF'S
TRIAL EXHIBIT
T-112**

# Announcements

**MD. Washington Minority Companies Association Expo**

Table #46
May 11, 2018 7:30 am - 12:30 pm
Martin's West
6817 Dogwood Road
Baltimore, MD 21244

http://www.mwmca.org/home

Please join MMCC's Executive Director, Joy Strand, along with Commissioners Brian Lopez and Tiffany Randolf at the 15th Annual 2018 Spring Breakfast Meeting/ Expo.There is plenty of parking in the adjacent free parking lot. Don't miss out on what is sure to be a morning of networking and information sharing. Please make sure to stop by our table #46, say hello and join our email list to receive the latest information about the MMCC. See you this Friday!

### Athletes For Care and Greenhouse Ventures
### Raising Funds For Medical Cannabis, CTE & TBI Research

Next week MMCC's Executive Director, Joy Strand, will join 100+ international and university researchers, cannabis investors, politicians, athletes, entrepreneurs, and healthcare professionals in speaking at the Cannabis Learn Conference and Expo. Last week Athletes For Care and Greenhouse Ventures launched a campaign through the Cannabis Learn Conference and Expo to raise $100,000 for research on medical cannabis as a treatment and prevention option for CTE and TBI. **Click here to save up to $400 on Cannabis Learn Conference and Expo** while also contributing to this needed research.

Whether you are an owner or operator, or a healthcare professional, with over 40 presentations and panel discussions the Cannabis Learn Conference and Expo has something for you. **Learn from 100+ university and international researchers, politicians, investors, athletes, and entrepreneurs, save hundreds of dollars, and support a piece of cannabis history.** See you next week in Philadelphia!

### Memorandum: Synthetic Cannabinoids

### April 04, 2018
### Maryland Poison Center and Maryland Department of Health

The Maryland Poison Center at the University of Maryland School Of Pharmacy was notified on April 3, 2018, of a case in central Maryland in which a user of synthetic cannabinoids experienced significant elevation in INR and bleeding. The symptoms are similar to the description of dozens of cases in the Chicago region reported over the past three weeks to the Illinois Poison Center of adulterated synthetic cannabinoid with brodifacoum. Brodifacoum, a long acting vitamin K-medicated anitcoagulant that is used as rodenticide, has been identified in 10 of the cases to date. The Illinois Department of Public Health has reported at least two deaths to date.

In the Maryland case, the patient in central Maryland has been hospitalized for the management of coagulopathy and bleeding. The Maryland Poison Center is collaborating with the Maryland Department of Health in the event that other cases arise in Maryland.

Clinical signs from the Illinois and Maryland cases include bruising, nosebleeds, bleeding of the gums, bleeding out of proportion to the level of injury, vomiting blood, blood in urine or stool or excessively heavy menstrual bleeding, and back pain. The management of coagulopathy is similar to warfarin-associated bleeding/coagulopathy (vitamin K, fresh frozen plasma and/or active prothrombin complex concentrate). Once clinically stable, patients often require prolonged treatment with high dose oral vitamin K.

If anyone who has used synthetic cannabinoids develops significant unexplained bleeding, it is recommended to:

- Get immediate medical care for the individual at a hospital.
- If possible, ask if they have used synthetic cannabinoids.
- Contact the Maryland Poison Center at 800-222-1222

An investigation of this case is currently ongoing. Should your institution encounter a patient with significant bleeding and an elevated INR without a definitive etiology (e.g., taking warfarin or overdose of rat poison), please promptly report the case to the Maryland Poison Center at 800-222-1222.

## Maryland Medical Cannabis Commission Announces
## 102 Dispensary License Pre-Approvals

**Baltimore, MD (December 9, 2016) –** The Maryland Medical Cannabis Commission ("MMCC") today announced the names of 102 Dispensary entities who have been awarded Stage One license pre-approvals from a total of 811 applications submitted for up to 109 available licenses statewide. This marks the conclusion of this phase of the Grower, Processor, and Dispensary application process. Each pre-awardee has 365 days from date of pre-approval to implement their operations.

Dr. Paul W. Davies, Chairman for the Maryland Medical Cannabis Commission stated, "These qualified entities will be on the front line providing medical cannabis to qualified patients in Maryland. They will have a tremendous responsibility in serving the legitimate needs of those patients that seek medical treatment."

The Maryland Medical Cannabis Commission's Executive Director, Patrick Jameson stated, "These dispensaries will be the new face of the medical cannabis industry in Maryland, once final licenses are issued. The Commission has an expectation that these dispensaries will operate in an extremely professional manner. Professional business operations will provide reassurance to the general public that these companies will have a positive impact on their communities. The Commission will tightly regulate these dispensaries and looks forward to a productive working relationship with their management and staff."

Pursuant to COMAR requirements, the Commission was tasked to recommend pre-approval of up to two licensed Dispensaries per Senatorial District, other than the number of licensed grower dispensary facilities located in the Senatorial District. The full Commission voted unanimously on 92 Dispensary applications for pre-approvals, as well as 10 pre-approvals associated with pre-approved Growers, for a total of 102. Two Senatorial Districts had only 1 pre-approval for those Districts and the remaining Districts were awarded 2 pre-approvals. By regulation, a party is only permitted to have an interest in one license in the State of Maryland.

All 10 Grower pre-awardees who submitted a separate Dispensary application were awarded a Dispensary pre-approval. Each Grower-associated Dispensary application was evaluated and scored on its own separate merit, as with the remaining 92 pre-approvals.

MMCC commissioned the Regional Economic Studies Institute ("RESI"), a division of Towson University, to coordinate the review of the Dispensary applications by subject matter experts and to utilize the same process as used for the Grower and Processor applications, including compiling the scores and application rankings. The Commissioners reviewed blinded applications which were redacted as to the applicant names, entity names, and locations, and used a Nobel Prize winning mathematical algorithm, most famously used by the "National Resident Matching Program", to place applicants into Senatorial Districts, using both the applicant's score and District preferences. All applicants, including those who did not receive pre-approvals, were notified today as to the status of their application via email and US mail.

The pre-approved Dispensary entities will continue on to Stage Two of the approval process, which will include undergoing criminal background investigations, financial due diligence, and compliance inspections by the MMCC, as well as completing regulatory requirements, raising capital, securing local zoning approvals, and construction of facilities. The Commissioners will vote for licensure in a public meeting once compliance with the regulatory requirements is complete.

| Entity Name | District |
|---|---|
| Advanced Alternative Therapies LLC | 30 |
| AGG Wellness LLC | 42 |
| Allegany Medical Marijuana Dispensary | 1 |
| Alternative Medicine Maryland LLC | 32 |
| AltPharm LLC | 26 |
| AmediCanna Dispensary LLC | 12 |
| B1 Earthgroup Inc. | 14 |
| Bethesda Biomedical Inc. | 22 |
| Blair Wellness Center LLC | 43 |
| Bloomworks Wellness LLC | 3 |
| Blu Pharms LLC | 21 |
| Blue Mountain LLC | 34 |
| Blue Ridge Wellness LLC | 8 |
| Budding Rose LLC | 16 |
| Cannabus LLC | 15 |
| CannaMD LLC | 45 |
| CannaPharmacy Maryland LLC | 47 |
| Cannavations MD LLC | 11 |
| Charm City Medicus LLC | 6 |
| Charm City Relief Partners LLC | 44 |
| Chesacanna Inc. | 11 |
| Chesapeake Alternatives LLC | 16 |
| Chesapeake Apothecary | 28 |
| Chesapeake Health Sciences | 7 |
| Chesapeake Integrated Health Institute LLC | 40 |
| Columbia Care MD LLC | 18 |
| Compassionate Herbal Alternatives Inc. | 25 |

| | |
|---|---|
| CWS LLC | 42 |
| DLD Enterprises Inc | 5 |
| Durjaya LLC | 33 |
| Euphoria Wellness Maryland LLC | 4 |
| Evolution Wellness LLC | 30 |
| Farmalogics Health & Wellness LLC | 9 |
| Four Green Fields LLC | 35 |
| Freestate Partners LLC | 13 |
| G&J Pharmaceuticals LLC | 29 |
| Gina Dubbe | 12 |
| GPD LLC | 32 |
| GreenLabs Inc. | 46 |
| GreenMart of Maryland | 6 |
| GTI Maryland LLC | 20 |
| H&G Maryland LLC | 41 |
| Hallaway LLC | 45 |
| Herbiculture Inc. | 14 |
| Hippocratic Growth LLC | 36 |
| Jenny's of Maryland I LLC | 24 |
| Jova Wellness Center | 26 |
| K&R Holdings Inc. | 4 |
| LinLar LLC | 24 |
| LMS Wellness BLLC | 8 |
| Maryland Alternative Relief Inc. | 19 |
| Maryland Earthworks Inc. | 28 |
| Maryland Health & Wellness Inc. | 2 |
| Maryland Medical Cannabis Co. LLC (M2C2 HerbaFi) | 20 |
| Maryland Natural Treatment Solutions LLC | 31 |
| Maryland Physician Partners LLC | 31 |
| Maryland Wellness Access LLC | 13 |
| MaryLeaf LLC | 39 |
| MCNA Wellness LLC | 27 |
| Medical Products and Services Inc. | 43 |
| Meshow LLC | 7 |
| Metropolitan Medicinals LLC | 25 |
| MGTM LLC | 33 |
| MI Dispensary | 39 |
| Mikran LLC | 15 |
| Mission Maryland LLC | 44 |
| MMRC | 10 |
| MyBond LLC | 5 |
| Nature Care & Wellness LLC | 35 |
| OC Botanicals LLC | 38 |
| Our Community Wellness & Compassionate Care Center Inc. | 23 |

| | |
|---|---|
| PalliaTech Maryland LLC | 10 |
| Peake ReLeaf LLC | 17 |
| Peninsula Alternative Health LLC | 37 |
| PharmaCann LLC | 18 |
| PharmKent LLC | 36 |
| Positive Energy LLC | 38 |
| Premium Medicine of Maryland LLC | 19 |
| Pure Hana Synergy LLC | 21 |
| Pure Life Medical Inc. | 46 |
| Revolution Maryland Retail LLC | 34 |
| Southern Maryland Relief LLC | 29 |
| Sugarloaf Enterprises | 17 |
| The Apothecary LLC | 1 |
| The SENTEL Group LLC | 23 |
| Three Creeks Dispensary | 27 |
| Tilstar LLC | 37 |
| Time for Healing LLC | 22 |
| Town Center Wellness LLC | 47 |
| Trilogy Wellness of Maryland LLC | 9 |
| WadeWomen LLC-Dr. Dot's | 40 |
| Wellness Institute of Maryland | 3 |

**Pre-Approved Growers Granted Dispensary Pre-Approvals:**

| | |
|---|---|
| Curio Dispensary BC LLC | 42 |
| Doctors Orders Maryland LLC | 46 |
| Freestate Wellness LLC | 13 |
| Harvest of Maryland | 16 |
| HMS Health LLC | 17 |
| Holistic Industries LLC | 18 |
| Kind Therapeutics USA LLC | 30 |
| Maryland Compassionate Care & Wellness LLC | 17 |
| MaryMed LLC | 21 |
| Temescal Wellness of Maryland LLC | 11 |

SENATORIAL DISTRICTS IN MARYLAND*
DISTRICT 1 (Allegany, Garrett & Washington Counties)
DISTRICT 2 (Washington County)
DISTRICT 3 (Frederick County)
DISTRICT 4 (Carroll & Frederick Counties)
DISTRICT 5 (Carroll County)
DISTRICT 6 (Baltimore County)
DISTRICT 7 (Baltimore County & Harford County)
DISTRICT 8 (Baltimore County)
DISTRICT 9 (Carroll & Howard Counties)
DISTRICT 10 (Baltimore County)

DISTRICT 11 (Baltimore County)
DISTRICT 12 (Baltimore County & Howard County)
DISTRICT 13 (Howard County)
DISTRICT 14 (Montgomery County)
DISTRICT 15 (Montgomery County)
DISTRICT 16 (Montgomery County)
DISTRICT 17 (Montgomery County)
DISTRICT 18 (Montgomery County)
DISTRICT 19 (Montgomery County)
DISTRICT 20 (Montgomery County)
DISTRICT 21 (Anne Arundel & Prince George's Counties)
DISTRICT 22 (Prince George's County)
DISTRICT 23 (Prince George's County)
DISTRICT 24 (Prince George's County)
DISTRICT 25 (Prince George's County)
DISTRICT 26 (Prince George's County)
DISTRICT 27 (Calvert, Charles & Prince George's Counties)
DISTRICT 28 (Charles County)
DISTRICT 29 (Calvert & St. Mary's Counties)
DISTRICT 30 (Anne Arundel County)
DISTRICT 31 (Anne Arundel County)
DISTRICT 32 (Anne Arundel County)
DISTRICT 33 (Anne Arundel County)
DISTRICT 34 (Harford County)
DISTRICT 35 (Cecil & Harford Counties)
DISTRICT 36 (Caroline, Cecil, Kent & Queen Anne's Counties)
DISTRICT 37 (Caroline, Dorchester, Talbot & Wicomico Counties)
DISTRICT 38 (Somerset, Wicomico & Worcester Counties)
DISTRICT 39 (Montgomery County)
DISTRICT 40 (Baltimore City)
DISTRICT 41 (Baltimore City)
DISTRICT 42 (Baltimore County)
DISTRICT 43 (Baltimore City)
DISTRICT 44 (Baltimore City & Baltimore County)
DISTRICT 45 (Baltimore City)
DISTRICT 46 (Baltimore City)
DISTRICT 47 (Prince George's County)

*http://msa.maryland.gov/msa/mdmanual/05sen/html/sendist.html

# Preliminary Industry Ownership Demographics
## Industry Totals

**35% Racial and Ethnic Diversity Participation**
**57% Minority Participation Including Females**

# Preliminary Industry Employee Demographics

## Industry Totals

### 58% Racial and Ethnic Diversity Participation
### 75% Minority Participation Including Females

*The Commission recognizes that these numbers will change as all companies become licensed.*

The MMCC is releasing preliminary demographic data on ownership and employee participation in the emerging medical cannabis industry. I am encouraged by this preliminary data and I must emphasize *preliminary*, which shows that the Commission is on the right path to achieving a diverse group of industry participants. The medical cannabis industry is charged with making new and innovative medicine to help alleviate the pain and suffering of qualifying patients, including sick children. The Commission is dedicated to creating a world class program to support this mission, and believes that politics and misleading narratives should be kept out of the process.

This data was obtained by surveying the current pre-approved applicants. Based on COMAR, on June 1 of each year, each licensee will be required to submit a report to the Commission regarding the licensee's minority owners and employees.

The simple facts are that the Commission is making tremendous progress in implementing this program; we have issued 15 pre-approvals to companies to grow medical cannabis, 15 pre-approvals to companies to process medical cannabis, and 102 pre-approvals to companies to dispense medical cannabis. The program is moving forward quickly with background and financial due diligence investigations being conducted to begin industry operations.

The Commission is aware and believes that diversity is an essential element in making the medical cannabis program a success, and will continue to track this important demographic data. As we measure the industry's progress, the Commission recognizes that corporate structures may change for each entity, while always striving for inclusiveness and equal opportunity. We still have work to do and look forward to utilizing a diversity consultant.

As we enter the operational phase of Maryland's medical cannabis industry, I remain passionate about the quality of the program, and reject additional legislation that would disrupt the current progress that is being made in the final phase of this process.

Paul W. Davies, M.D.
Chairman of the Maryland Medical Cannabis Commission


[Please click here for the breakdown of the data.](#)


**IMPORTANT INFORMATION FOR PROSPECTIVE MEDICAL CANNABIS PATIENTS:**
**While progress is being made, there is NO legal medical cannabis available to patients in Maryland. Please read the information below:**

- Pre-Awards for Grower, Processor and Dispensaries have been announced, however, no actual final licenses to grow, process or dispense medical cannabis have been issued. The pre-approved entities are currently working through Stage Two of the licensing process, which includes extensive background investigations and regulatory requirements.

- **This means there is no legal medical cannabis available to patients in the State of Maryland; written certifications for medical cannabis from physicians are not yet valid in the State of Maryland.**

- **NO patient identification cards are being issued at this time.** The only legal and valid ID cards will be issued by the Commission.

- These cards can only be obtained through the **Patient Registry, which will open during the first quarter of 2017.**

- Patients must first register as a qualifying patient on this website when the Patient Registry opens **during the first quarter of 2017.** The Patient Registry is not yet open.

As a reminder, the process for obtaining legal medical cannabis, once available in the State, can be found here.

# Past Announcements

Contact Us

Privacy

Accessibility

849 International Drive, 4th Floor, Linthicum, MD 21090

Contact us at: 410-487-8100 or 1-844-421-2571

410-487-8072 TTY