MENU     Phone Directory    State Agencies    Translate

Enter search term

# Consent Orders, Actions and Sanctions

Licensee Actions
Agent Actions
Patients and Caregivers Actions

# Licensee Application Information

2019 Grower and Processor Applications
2019 License Update

# Quick Links

Commission Meetings
Committee Meetings
Bulletins
Reporting
MMCC Registry
Provider Online Training
Purchase MMCC ID Card
FAQs
2018 Medical Cannabis Disparity Analysis
Licensee Guidance
Helpful Forms
Contact Us
PIA Requests
MMCC Advertising Guidelines and FAQs
MMCC Commissioner Bio's

# More FAQs

Providers FAQ


PLAINTIFF'S
TRIAL EXHIBIT
T-113

Patient FAQ
Growers FAQ
Processors FAQ
Independent Testing Lab FAQ
Dispensary FAQ
Law and Regulations FAQ

# Growers FAQ

## Frequently Asked Questions

How will growers be licensed?

The Commission has announced the names of the 15 Pre-approved Growers, however, no actual final licenses to grow medical cannabis have been issued. The pre-approved entities are currently working through Stage Two of the licensing process, which includes extensive background investigations and regulatory requirements. The Commissioners will vote for licensure in a public meeting once compliance with the regulatory requirements is complete.

How will growers interact with independent testing labs?

Will growers be subject to state inspection?

Regarding zoning and planning approvals, when do I need to provide them to the Commission as part of my license application?

For my growing facility, I have located potential property that is zoned for agricultural production. Is that satisfactory to the Commission?

If our organization obtains a license to be a grower and a license to be a processor, may we locate both of those operations at a single location?

Some states provide that there is a maximum or minimum number of plants that can be grown by a licensed grower. What is the number for Maryland?

Can a licensed grower also become a processor and a dispenser, (i.e., a vertically-integrated) medical cannabis operation?

Does a "secure transportation company" require a separate license from the State of Maryland?

May a transportation agent have a non-Maryland driver's license?

Can a person with a particular skill be employed part-time by more than one grower, processor, or dispensary?

Can a person be an agent for a grower, processor and a dispensary?

What is a "resident"?

Will it be necessary to conduct background checks for employees who do not handle cannabis, such as janitorial staff?

**Will security (or any) subcontractors of the growers be required to be registered with MMCC?**

Contact Us

Privacy

Accessibility

849 International Drive, 4th Floor, Linthicum, MD 21090

Contact us at: 410-487-8100 or 1-844-421-2571

410-487-8072 TTY