

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Not For Profit Corporation
FLORIDA'S ASSOCIATION OF COMMUNITY BANKS AND CREDIT UNIONS, INCORPORATED

**Filing Information**

| | |
|---|---|
| **Document Number** | N12000010159 |
| **FEI/EIN Number** | APPLIED FOR |
| **Date Filed** | 10/25/2012 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

525 SOUTH FLAGLER DRIVE
SUITE 505
WEST PALM BEACH, FL 33401

**Mailing Address**

525 SOUTH FLAGLER DRIVE
SUITE 505
WEST PALM BEACH, FL 33401

**Registered Agent Name & Address**

SISKIND, JEFFREY M
525 SOUTH FLAGLER DRIVE
SUITE 500
WEST PALM BEACH, FL 33401

**Officer/Director Detail**

**Name & Address**

Title P

SISKIND, JEFFREY M
525 S. FLAGLER DRIVE, STE. 500
WEST PALM BEACH, FL 33401

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 04/30/2014 |
| 2015 | 05/01/2015 |



PLAINTIFF'S
TRIAL EXHIBIT
**T-114**

| | |
|---|---|
| 2015 | 05/01/2015 |
| 2016 | 05/01/2016 |

**Document Images**

| | |
|---|---|
| 05/01/2016 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 10/25/2012 -- Domestic Non-Profit | View image in PDF format |

Florida Department of State, Division of Corporations