

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Limited Liability Company
OB REAL ESTATE HOLDINGS 1732, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000029596 |
| **FEI/EIN Number** | 46-5354097 |
| **Date Filed** | 02/26/2013 |
| **Effective Date** | 02/25/2013 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/28/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

375 GOLFSIDE DRIVE
WEXFORD, PA 15090

Changed: 12/14/2016

**Mailing Address**

375 GOLFSIDE DRIVE
WEXFORD, PA 15090

Changed: 12/14/2016

**Registered Agent Name & Address**

SISKIND, JEFFREY M
525 S FLAGLER DR STE 500
WEST PALM BEACH, FL 33401

Name Changed: 12/14/2016

Address Changed: 03/17/2014

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

ZOKAITES, FRANK



PLAINTIFF'S
TRIAL EXHIBIT
T-115

375 GOLFSIDE DRIVE
WEXFORD, PA 15090

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 10/05/2015 |
| 2016 | 05/01/2016 |
| 2017 | 01/12/2017 |

**Document Images**

| | |
|---|---|
| 01/12/2017 -- ANNUAL REPORT | View image in PDF format |
| 12/14/2016 -- LC Amendment | View image in PDF format |
| 05/01/2016 -- ANNUAL REPORT | View image in PDF format |
| 10/05/2015 -- REINSTATEMENT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2014 -- LC Amendment | View image in PDF format |
| 02/26/2013 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations