

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Florida Limited Liability Company
SISKIND LEGAL SERVICES, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L04000093133 |
| **FEI/EIN Number** | 20-2218118 |
| **Date Filed** | 12/23/2004 |
| **Effective Date** | 12/23/2004 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

525 S. FLAGLER DRIVE
200
WEST PALM BEACH, FL 33401

**Mailing Address**

525 S. FLAGLER DRIVE
200
WEST PALM BEACH, FL 33401

**Registered Agent Name & Address**

SISKIND, JEFFREY M
525 SOUTH FLAGLER DRIVE
200
WEST PALM BEACH, FL 33401

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

SISKIND, JEFFREY M
525 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

**Annual Reports**

**Report Year        Filed Date**

**PLAINTIFF'S TRIAL EXHIBIT T-116**

| Report Year | Filed Date |
|---|---|
| 2014 | 02/22/2016 |
| 2015 | 02/22/2016 |
| 2016 | 02/22/2016 |

**Document Images**

| | |
|---|---|
| 02/22/2016 -- REINSTATEMENT | View image in PDF format |
| 07/16/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2006 -- ANNUAL REPORT | View image in PDF format |
| 07/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 12/23/2004 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations