D<small>IVISION OF</small> C<small>ORPORATIONS</small>





**PLAINTIFF'S
TRIAL EXHIBIT
T-117**

# Detail by Entity Name

Florida Limited Liability Company
SOVEREIGN GAMING & ENTERTAINMENT, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L14000018186 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 02/03/2014 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | PENDING REINSTATEMENT |
| **Event Date Filed** | 02/21/2020 |

**Principal Address**

525 S FLAGLER DRIVE
STE 500
WEST PALM BEACH, FL 33401

**Mailing Address**

525 S FLAGLER DRIVE
STE 500
WEST PALM BEACH, FL 33401

**Registered Agent Name & Address**

SISKIND, WILLIAM L
525 S FLAGLER DRIVE
STE 500
WEST PALM BEACH, FL 33401

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

SISKIND, WILLIAM L
525 S FLAGLER DRIVE #500
WEST PALM BEACH, FL 33401

**Annual Reports**

No Annual Reports Filed

**Document Images**

| | |
|---|---|
| 02/03/2014 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations