

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Not For Profit Corporation
SYMPATICO EQUINE RESCUE, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N13000001179 |
| **FEI/EIN Number** | 46-1981106 |
| **Date Filed** | 02/06/2013 |
| **Effective Date** | 02/01/2013 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/27/2019 |
| **Event Effective Date** | NONE |

**Principal Address**

3465 Santa Barbara Drive
Wellington, FL 33414

Changed: 05/10/2018

**Mailing Address**

3465 Santa Barbara Drive
Wellington, FL 33414

Changed: 05/10/2018

**Registered Agent Name & Address**

SISKIND, JEFFREY M
3465 Santa Barbara Drive
Wellington, FL 33414

Name Changed: 05/10/2018

Address Changed: 05/10/2018

**Officer/Director Detail**

**Name & Address**

Title President, Secretary

SISKIND, JEFFREY M

**PLAINTIFF'S
TRIAL EXHIBIT
T-118**

3465 Santa Barbara Drive
Wellington, FL 33414

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 05/01/2016 |
| 2017 | 05/10/2018 |
| 2018 | 05/10/2018 |

**Document Images**

| | |
|---|---|
| 05/10/2018 -- REINSTATEMENT | View image in PDF format |
| 05/01/2016 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2013 -- Amendment | View image in PDF format |
| 02/06/2013 -- Domestic Non-Profit | View image in PDF format |

Florida Department of State, Division of Corporations

search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=SYMPATICOEQ…  2/2