

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /



PLAINTIFF'S
TRIAL EXHIBIT
T-119

# Detail by Entity Name

Florida Limited Partnership
WELLINGTON 3445, LP

### Filing Information

| | |
|---|---|
| **Document Number** | A17000000078 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 02/16/2017 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

375 GOLFSIDE DRIVE
WEXFORD, PA 15090

### Mailing Address

375 GOLFSIDE DRIVE
WEXFORD, PA 15090

### Registered Agent Name & Address

REGISTERED AGENTS INC
7901 4TH STREET N,
SUITE 300
ST.PETERSBURG, FL 33702

Name Changed: 07/11/2018

Address Changed: 01/29/2019

### General Partner Detail

**Name & Address**

Document Number L17000034189

ZOKAITES CONTRACTING FL LLC
375 GOLFSIDE DRIVE
WEXFORD, PA 15090

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 02/07/2018 |
| 2019 | 06/13/2019 |

### Document Images

| | |
|---|---|
| 06/13/2019 -- ANNUAL REPORT | View image in PDF format |
| 07/11/2018 -- Reg. Agent Change | View image in PDF format |
| 02/07/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2017 -- Domestic LP | View image in PDF format |