# NUCANNA PHARMACEUTICALS, LLC: W16843500

**Department ID Number:**
W16843500

**Business Name:**
NUCANNA PHARMACEUTICALS, LLC

**Principal Office:**
27120 OCEAN GATEWAY
HEBRON MD 21830

**Resident Agent:**
JEFFREY M. SISKIND
3RD FLOOR
500 HARBORVIEW DRIVE
BALTIMORE MD 21230

**Status:**
REVIVED

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
DOMESTIC LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation / Registration:**
10/27/2015

**State of Formation:**
MD

**Stock Status:**
N/A

**Close Status:**
N/A



PLAINTIFF'S TRIAL EXHIBIT T-120