Circuit Court of Maryland

Go Back Now

**Case Information**

| | |
|---|---|
| Court System: | **Circuit Court for Baltimore City - Civil System** |
| Case Number: | **24C17004230** |
| Title: | **CannaMED Pharmaceuticals, LLC vs Natalie M. LaPrade Maryland Medical Cannabis Commission** |
| Case Type: | **General Equity**  Filing Date: **08/15/2017** |
| Case Status: | **Closed/Inactive** |
| Case Disposition: | **Dismissed by Court**  Disposition Date: **02/20/2018** |

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**   Party No.: **1**
Business or Organization Name: **CannaMED Pharmaceuticals, LLC**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Siskind, Esq, Jeffrey M** |
| Appearance Date: | **08/15/2017** |
| Practice Name: | **Siskind Legal Group** |
| Address: | **3465 Santa Barbara Drive** |
| | **Suite 500** |
| City: | **Wellington**  State: **FL**  Zip Code: **33414** |

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **Natalie M. LaPrade Maryland Medical Cannabis Commission**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Nelson, Esq, Heather B** |
| Appearance Date: | **10/18/2017** |
| Practice Name: | **Attorney General's Office** |
| Address: | **300 W Preston Street** |
| | **Suite 302** |
| City: | **Baltimore**  State: **MD**  Zip Code: **21201** |

Party Type: **Defendant**   Party No.: **2**
Business or Organization Name: **Maryland Department Of Health And Mental Hygiene**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Nelson, Esq, Heather B** |
| Appearance Date: | **10/18/2017** |
| Practice Name: | **Attorney General's Office** |
| Address: | **300 W Preston Street** |
| | **Suite 302** |
| City: | **Baltimore**  State: **MD**  Zip Code: **21201** |

**Court Scheduling Information**

Event Type: **Motion Hearing (Civil)**   Notice Date: **12/11/2017**
Event Date: **01/19/2018**   Event Time: **11:00 AM**

**PLAINTIFF'S TRIAL EXHIBIT T-122**

| | |
|---|---|
| Result: | **Held/Concluded**  Result Date: **02/05/2018** |

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

| | |
|---|---|
| Doc No./Seq No.: | **1/0** |
| File Date: | **08/15/2017**  Entered Date: **08/17/2017**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Complaint with Request for Jury Trial** |

| | |
|---|---|
| Doc No./Seq No.: | **2/0** |
| File Date: | **08/28/2017**  Entered Date: **08/29/2017**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Civil - Non-Domestic Case Information Report** |

| | |
|---|---|
| Doc No./Seq No.: | **3/0** |
| File Date: | **10/18/2017**  Entered Date: **10/19/2017**  Decision: |
| Party Type: | **Defendant**  Party No.: **1** |
| Document Name: | **Consent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint Filed by DEF001-Natalie M. LaPrade Maryland Medical Cannabis Commission, DEF002-Maryland Department Of Health And Mental Hygiene** |

| | |
|---|---|
| Doc No./Seq No.: | **4/0** |
| File Date: | **10/30/2017**  Entered Date: **10/31/2017**  Decision: **Granted** |
| Party Type: | **Defendant**  Party No.: **1** |
| Document Name: | **Motion for Summary Judgment, Memorandum, and Exhibits** |

| | |
|---|---|
| Doc No./Seq No.: | **4/1** |
| File Date: | **12/05/2017**  Entered Date: **12/06/2017**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Opposition to Motion w/Request for Hearing** |

| | |
|---|---|
| Doc No./Seq No.: | **4/2** |
| File Date: | **02/07/2018**  Entered Date: **02/07/2018**  Decision: |
| Document Name: | **Order of Court** |
| | **ORDERED that Defts' Motion to Dismiss, or, in the Alternative for Summary Judgment, be and is hereby GRANTED; and it is further,ORDERED that the Complaint for Damages and Injunctive Relief (1) be and is hereby DISMISSED, Cox Judge** |

| | |
|---|---|
| Doc No./Seq No.: | **4/3** |
| File Date: | **02/07/2018**  Entered Date: **02/07/2018**  Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **5/0** |
| File Date: | **12/05/2017**  Entered Date: **12/06/2017**  Decision: |
| Party Type: | **Defendant**  Party No.: **2** |
| Document Name: | **Return of Service - Served WRIT OF SUMMONS (Private Process) served 09/15/17** |

| | |
|---|---|
| Doc No./Seq No.: | **6/0** |
| File Date: | **12/05/2017**  Entered Date: **12/06/2017**  Decision: |
| Party Type: | **Defendant**  Party No.: **1** |
| Document Name: | **Return of Service - Served WRIT OF SUMMONS (Private Process) served 09/15/17** |

| | |
|---|---|
| Doc No./Seq No.: | **7/0** |
| File Date: | **12/05/2017**    Entered Date: **12/06/2017**    Decision: |
| Party Type: | **Plaintiff**    Party No.: **1** |
| Document Name: | **Notice of Filing of Returns of Service** |

| | |
|---|---|
| Doc No./Seq No.: | **8/0** |
| File Date: | **12/05/2017**    Entered Date: **12/06/2017**    Decision: |
| Party Type: | **Plaintiff**    Party No.: **1** |
| Document Name: | **Notice of Change of Address for Plaintiff's Counsel** |

| | |
|---|---|
| Doc No./Seq No.: | **9/0** |
| File Date: | **12/11/2017**    Entered Date: **12/11/2017**    Decision: |
| Document Name: | **Notice Motion Hearing Sent** |
| | **Event: MOTN Block Date: 01/19/18 Facility: 231PARTIES : Nelson, Heather 300 W Preston Street Suite 302, Baltimore, MD, 21201Siskind, Jeffrey 3465 Santa Barbara Drive Suite 500, Wellington, FL, 33414** |

| | |
|---|---|
| Doc No./Seq No.: | **10/0** |
| File Date: | **01/19/2018**    Entered Date: **01/31/2018**    Decision: |
| Document Name: | **Open Court Proceeding** |
| | **01/19/2018 Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment (4) heard and ruling hereby held "SUB-CURIA". (COX, J)** |

| | |
|---|---|
| Doc No./Seq No.: | **10/1** |
| File Date: | **02/07/2018**    Entered Date: **02/07/2018**    Decision: |
| Document Name: | **Opinion (Order of Court)** |
| | **Petition for Judicial Review may have been warranted. Their is a failure to state a claim for which relief can be granted, the court must dismiss the complaint, Cox Judge** |

| | |
|---|---|
| Doc No./Seq No.: | **10/2** |
| File Date: | **02/07/2018**    Entered Date: **02/07/2018**    Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **11/0** |
| File Date: | **01/30/2018**    Entered Date: **01/31/2018**    Decision: |
| Document Name: | **Open Court Proceeding** |
| | **clerical error** |

| | |
|---|---|
| Doc No./Seq No.: | **12/0** |
| File Date: | **02/20/2018**    Entered Date: **02/21/2018**    Decision: **Denied** |
| Party Type: | **Plaintiff**    Party No.: **1** |
| Document Name: | **Motion for Reconsideration of Order Dismissing Case** |

| | |
|---|---|
| Doc No./Seq No.: | **12/1** |
| File Date: | **04/05/2018**    Entered Date: **04/05/2018**    Decision: |
| Document Name: | **Order of Court** |
| | **It is this 2nd, April, 2018, Order that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby DENIED. J. Cox.** |

| | |
|---|---|
| Doc No./Seq No.: | **12/2** |
| File Date: | **04/05/2018**    Entered Date: **04/05/2018**    Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **13/0** |
| File Date: | **03/05/2018** Entered Date: **03/07/2018** Decision: **Denied** |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Motion for Reconsideration** |

| | |
|---|---|
| Doc No./Seq No.: | **13/1** |
| File Date: | **03/07/2018** Entered Date: **03/08/2018** Decision: |
| Party Type: | **Defendant** Party No.: **1** |
| Document Name: | **Defts' Opposition to pltff's Motin for Reconsideration of Order Dismissing Case. Filed by DEF001-Natalie M. LaPrade Maryland Medical Cannabis Commission, DEF002-Maryland Department Of Health And Mental Hygiene** |

| | |
|---|---|
| Doc No./Seq No.: | **13/2** |
| File Date: | **04/06/2018** Entered Date: **04/06/2018** Decision: |
| Document Name: | **Order of Court** |
| | It is this 2nd, April, 2018, Ordered that Plaintiff's Motion for Reconsideration of Order Dismissing Case, be and is hereby DENIED. J. Cox. |

| | |
|---|---|
| Doc No./Seq No.: | **13/3** |
| File Date: | **04/06/2018** Entered Date: **04/06/2018** Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **14/0** |
| File Date: | **05/02/2018** Entered Date: **05/04/2018** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Notice of Appeal** |

| | |
|---|---|
| Doc No./Seq No.: | **15/0** |
| File Date: | **07/10/2018** Entered Date: **07/10/2018** Decision: |
| Document Name: | **Order of COSA to Proceed** |
| | Appeal case No. 0561, September Term, 2018Due date: 9/4/18Assign to J. Fortune |

| | |
|---|---|
| Doc No./Seq No.: | **16/0** |
| File Date: | **07/17/2018** Entered Date: **07/18/2018** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Notice of Compliance** |

| | |
|---|---|
| Doc No./Seq No.: | **17/0** |
| File Date: | **08/23/2018** Entered Date: **08/23/2018** Decision: |
| Document Name: | **Record on Appeal Forwarded to COSA** |
| | Appeal forward to COSA two red volumes via fed ex # 8130-2393-0272. |

| | |
|---|---|
| Doc No./Seq No.: | **18/0** |
| File Date: | **10/15/2018** Entered Date: **10/18/2018** Decision: |
| Document Name: | **Receipt of Record in COSA** |

| | |
|---|---|
| Doc No./Seq No.: | **19/0** |
| File Date: | **02/28/2019** Entered Date: **03/04/2019** Decision: |
| Document Name: | **Mandate Received from Court of Special Appeals** |
| | On the 9th day of January, 2019: Order of Court, on its own initiative, dismissing appeal. Maryland Rule 8-602(c)(5). On the 22nd day of January, 2019, a Motion for Reconsideration is filed. On the 6th day of February, 2019, the Motion for Reconsideration is denied. |

| | |
|---|---|
| Doc No./Seq | **20/0** |

| | |
|---|---|
| No.: | |
| File Date: | **05/23/2019** Entered Date: **05/23/2019** Decision: |
| Document Name: | **Original Papers returned from the Court of Special Appeals** |
| | **RECEIVED TWO VOLUMES FROM COSA FORWARD FIRST VOLUME TO Ms. Wilhelm for review.** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*