Official Form 26 (12/03)

# United States Bankruptcy Court
## SOUTHERN District of FLORIDA

In re: **JEFFREY MARC SISKIND**  Case No. **13-13096**

Debtor  Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **3-14-13** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| TPS | OWNED 100% | 1 |
| SISKIND LEGAL SVCS | OWNED 100% | 2 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

**THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.**

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.



PLAINTIFF'S TRIAL EXHIBIT T-124(A)

Official Form 26 (12/08) – Cont. 2

Date: 3-14-13

_____
Signature of Authorized Individual

JEFFREY M. SISKIND
Name of Authorized Individual

DEBTOR
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08)   Cont.                                          3

## Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

① Entity has no value; formerly held title to office condominium, but secured liens exceed value.

② Entity has no value; owns Robinson R-22 (YR 1993) but secured lien exceeds value.

B26 (Official Form 26) (12/08) – Cont.

## Exhibit B
### Financial Statements for [Insert Name of Entity]

① None kept; formerly a pass-through entity.

② None kept; formerly a pass-through entity.

B26 (Official Form 26) (12/08) – Cont. 5

## Exhibit B-1
### Balance Sheet for [Name of Entity]
### As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

① None kept for this entity.

② None kept for this entity.

B26 (Official Form 26) (12/08) – Cont.           6

## Exhibit B-2
## Statement of Income (Loss) for [Name of Entity]
Period ending [date]

[Provide a statement of income (loss) for the following periods:

   (i) For the initial report:
      a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
      b. the prior fiscal year.
   (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

(1) None – reported on Debtor's 1040 Sched C.

(2) None – reported on Debtor's 1040 Sched. C.

B26 (Official Form 26) (12/08) — Cont. 7

## Exhibit B-3
## Statement of Cash Flows for [Name of Entity]
For the period ending [date]

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

① None — reported on Debtor's Sched. C.

② None — reported on Debtor's Sched C.

B26 (Official Form 26) (12/08) – Cont.             8

### Exhibit B-4
### Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]
period ending [date]

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

     (i) For the initial report:
         a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
         b. the prior fiscal year.
     (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

① Not Applicable.

② Not Applicable.

B26 (Official Form 26) (12/08) Cont. 9

## Exhibit C
### Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

① 100% owned; NONE.

② 100% owned; NONE.

B26 (Official Form 26) (12/08) Cont.