B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
_Southern_ District of _Florida_

In re _Jeffrey M. Siskind,_   Case No. _13-13096_

Debtor   Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _12/17/13_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| TPS, LLC | 100% | 1 |
| SISKIND LEGAL SVCS | 100% | 2 |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.



**PLAINTIFF'S TRIAL EXHIBIT T-124(B)**

B26 (Official Form 26) (12/08) – Cont.                                            2

Date: 12/17/13

_____
Signature of Authorized Individual

JEFFREY M. SISKIND
Name of Authorized Individual

DEBTOR-IN-POSSESSION
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont. 3

## Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

TAB 1      VALUE              ESTATE'S INTEREST VALUE
           —0—                 —0—

BASIS — DEBT OWED EXCEEDS ASSET VALUE


TAB 2
           —0—                 —0—

BASIS — ASSET VALUES IS EXCEEDED BY DEBT SECURED TO ASSET; Robinson R-22 Helicopter

METHOD — ESTIMATE BY PRINCIPAL
SOURCE — DEBTOR-IN-POSSESSION

B26 (Official Form 26) (12/08) – Cont. 4

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

TAB 1    NO INDEPENDENT RECORDS KEPT; INCOME AND EXPENSES REPORTED ON DEBTOR-IN-POSSESSION'S 1040 Sched. C.

TAB 2    NO INDEPENDENT RECORDS KEPT; INCOME AND EXPENSES REPORTED ON DEBTOR-IN-POSSESSION'S 1040 Sched. C.

B26 (Official Form 26) (12/08) – Cont.           5

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of [date] _SEPT. 30, 2013_

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

ASSETS (1)        LIABILITIES (2)

**TAB 1**
- Accounts Receivable   33,800.
- Accounts Payable                       1,545,000.
- Real Property   500,000.

**TAB 2**
- Accounts Receivable                     —0—
- Accounts Payable                     —0—
- Personal Property   10,000

**NOTES**
(1) ASSETS ARE ACCOUNTS RECEIVABLE PLUS LIQUIDATION VALUE OF PERSONAL PROPERTY BASED UPON DEBTOR-IN-POSSESSION ESTIMATES AND ESTIMATED REAL PROPERTY VALUES

(2) VALUE IS ESTIMATED JUDGMENT AMOUNTS OUTSTANDING WITHOUT OFFSETTING ASSET VALUES

SOURCE — DEBTOR-IN-POSSESSION MONTHLY OPERATING RPTS

B26 (Official Form 26) (12/08) – Cont. 6

## Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]

Period ending [date] __SEPT. 30, 2013__

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] __DEBTOR-IN-POSSESSION__

__TAB 1__

    INCOME FROM OPERATIONS
    EXPENSES OF OPERATIONS
    PD. TO OWNER ACCT.
    P/LOSS

    SOURCE = TPS, LLC DEBTOR-IN-POSSESSION REPORTS (CASH BASIS)

__TAB 2__     NO INCOME (LOSS) FOR PERIOD

B26 (Official Form 26) (12/08) – Cont. 7

## Exhibit B-3
### Statement of Cash Flows for [Name of Entity]

For the period ending [date] _SEPTEMBER 30, 2013_

[Provide a statement of changes in cash flows for the following periods:

   (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
   (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] _DEBTOR-IN-POSSESSION_

**TAB 1**

| | |
|---|---:|
| BEGINNING CASH ON HAND | -0- |
| INFLOWS | 1,796.00 |
| OUTFLOWS | -1,586.00 |
| ENDING CASH ON HAND | 210.00 |

**TAB 2**

| | |
|---|---:|
| BEGINNING CASH ON HAND | -0- |
| INFLOWS | -0- |
| OUTFLOWS | -0- |
| ENDING CASH ON HAND | -0- |

B26 (Official Form 26) (12/08) – Cont. 8

## Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]
period ending [date] _SEPTEMBER 30, 2013_

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] — _DEBTOR-IN-POSSESSION_

_TAB 1_ — _NONE_

_TAB 2_ — _NONE_

B26 (Official Form 26) (12/08) – Cont. 9

## Exhibit C
### Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

TAB 1    100% OWNED BY ESTATE
         REAL PROPERTY MANAGEMENT; TRUMP PLAZA OFFICE CONDO.

TAB 2    100% OWNED BY ESTATE
         NO BUSINESS CONDUCTED; ALL BUSINESS FORMERLY CONDUCTED IS NOW CONDUCTED BY DEBTOR-IN-POSSESSION

Source = DEBTOR-IN-POSSESSION