B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
_Southern_ District of _Florida_

In re _Jeffrey M. Siskind_     Case No. _13-13096_

Debtor             Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _9/15/2014_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Consolidated Eng. Co, Inc. | 80 % | 1 |
| Oasis Mortgage, LLC | 100 % | 2 |
| Aviataf, LLC | 100 % | 3 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

PLAINTIFF'S TRIAL EXHIBIT T-124(C)

B26 (Official Form 26) (12/08) – Cont.

Date: 9/15/2014

_____
Signature of Authorized Individual

JEFFREY M. SISKIND
Name of Authorized Individual

DEBTOR-IN-POSESSION
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) -- Cont.

3

## Exhibit A
## Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

TAB 1      VALUE      ESTATE INTEREST

$800,000      $640,000

VALUATION BASIS IS MOST RECENT SALE OF 5% FOR $40,000

TAB 2

$50,000      $50,000

VALUATION BASIS IS DEBTOR-IN-POSSESSION'S ASSESSMENT OF VALUE AS A FUNCTION OF EXPECTED PROFITABILITY

TAB 3      $20,000      $20,000

VALUATION BASIS IS DEBTOR'S ASSESSMENT OF VALUE OF INOPERATIVE AIRCRAFT

B26 (Official Form 26) (12/08) – Cont.

4

## Exhibit B
### Financial Statements for [Insert Name of Entity]

TAB 1 — NO RECORDS AVAILABLE ON OPERATIONS

TAB 2 — NO RECORDS AVAILABLE, EXCEPT THAT ENTITY IS INCURRING MONTHLY ADVERTISING COSTS OF $1,368.50

TAB 3 — NO RECORDS MAINTAINED ON OPERATIONS

B26 (Official Form 26) (12/08) – Cont.

5

## Exhibit B-1
## Balance Sheet for [Name of Entity]
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

|  | ASSETS | LIABILITIES |
|---|---|---|
| TAB 1 | -0- | -0- |
| TAB 2 | -0- | -0- |
| TAB 3 | $29,000* | -0- |

SOURCE: DEBTOR-IN-POSSESSION

\* ESTIMATED VALUE OF AIRCRAFT

## Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]

Period ending [date] SEPTEMBER 15, 2014

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] DEBTOR-IN-POSSESSION

TAB 1     NO INCOME OR OPERATING EXPENSES FOR CURRENT PERIOD OR PRIOR YEAR

TAB 2     $1,368.50/mo. ADVERTISING, NO INCOME

TAB 3     NO INCOME OR OPERATING EXPENSES OTHER THAN LLC RENEWAL FEE OF APPROX. $100

B26 (Official Form 26) (12/08) -- Cont.

7

### Exhibit B-3
### Statement of Cash Flows for [Name of Entity]

For the period ending [date] SEPTEMBER 15, 2014

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report;
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] DEBTOR-IN-POSSESSION

TAB 1     NO TRANSACTIONS

TAB 2     $1,365.50/MONTH OUTFLOW

TAB 3     NO TRANSACTIONS EXCEPT LLC RENEWAL

B26 (Official Form 26) (12/08) – Cont.

8

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]**
period ending [date] SEPTEMBER 15, 2014

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

(i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
    b. the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] DEBTOR-IN-POSSESSION

TAB 1 — DEBTOR-IN-POSSESSION ACQUIRED 100% OF SHARES AND SIMULTANEOUSLY SOLD 15% OF SHARES, THEN SOLD ADDITIONAL 5% OF SHARES (AUGUST 2014), AND EXPECTS TO SELL ADDITIONAL 5% OF SHARES IN SEPTEMBER, 2014

TAB 2 — NONE; DEBTOR HOLDS 100% EQUITY

TAB 3 — NONE; DEBTOR HOLDS 100% EQUITY

NOTE RE PRIOR REPORTS:

TPS, LLC LAPSED; ASSETS & LIABILITIES MERGED TO DEBTOR

SICKIND LEGAL SERVICES, LLC LAPSED; ASSETS MERGED TO DEBTOR

B26 (Official Form 26) (12/08) – Cont. 9

## Exhibit C
## Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

TAB 1 — 80% owned by estate
Commercial Construction Company founded 1911

TAB 2 — 100% owned by estate
Law office support services & mortgage loan program

Source: Debtor-in-Possession