B26 (Official Form 26) (12/08)

United States Bankruptcy Court
Southern District of Florida

In re     Jeffrey Marc Siskind                    Case No. 13-13096

      Debtor                                Chapter 11

PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF JEFFREY MARC SISKIND HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of June 1, 2015 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Jeffrey Marc Siskind holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Consolidated Engineering Co., Inc. | 80% | 1 |
| JurisMortgage, LLC | 100% | 2 |
| Aviatat, LLC | 100% | 3 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.



PLAINTIFF'S TRIAL EXHIBIT
T-124(D)

B26 (Official Form 26) (12/08) - Cont.            2

Date:    June 2, 2105

                        _____
                        Signature of Authorized Individual

                        Jeffrey Marc Siskind
                        Name of Authorized Individual

                        Debtor in Possession
                        Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

                        Signature(s) of Debtor(s) (Individual/Joint)

                        _____
                        Signature of Debtor

                        _____
                        Signature of Joint Debtor

B26 (Official Form 26) (12/08) - Cont. 3

Exhibit A
Valuation Estimate
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

| Tab 1 | Value | Estate Interest |
|---|---|---|
| | $800,000 | $640,000 |

Valuation basis is most recent sale of 5% for $40,000

| Tab 2 | Value | Estate Interest |
|---|---|---|
| | $50,000 | $50,000 |

Valuation basis is Debtor in Possession's assessment of value

| Tab 3 | Value | Estate Interest |
|---|---|---|
| | $20,000 | $20,000 |

Valuation basis is Debtor in Possession's assessment of value

Source: Debtor in Possession

B26 (Official Form 26) (12/08) - Cont. 4

## Exhibit B
<u>Financial Statements</u>
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC

<u>Tab 1</u>  No income or expenses during this reporting period

<u>Tab 2</u>  No separate records are maintained; income and expenses appear on Debtor's monthly reports

<u>Tab 3</u>  No income or expenses during this reporting period

B26 (Official Form 26) (12/08) - Cont.                                                                                      5

Exhibit B-1
<u>Balance Sheet</u>
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC
As of June 2, 2015

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

| | | |
|---|---|---|
| <u>Tab 1</u> | Assets | Liabilities |
| <u>Tab 2</u> | - 0 - | - 0 - |
| <u>Tab 3</u> | $50,000 | - 0 – |

Source: Debtor in Possession

B26 (Official Form 26) (12/08) - Cont. 6

Exhibit B-2
<u>Statement of Income (Loss)</u>
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC
Period ending June 1, 2015

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most
          recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

| | |
|---|---|
| <u>Tab 1</u> | No income or operating expenses during current period |
| <u>Tab 2</u> | Advertising costs appear on Debtor's monthly reports |
| <u>Tab 3</u> | No income or operating expenses during current period |

Source: Debtor in Possession

B26 (Official Form 26) (12/08) - Cont.                                              7

Exhibit B-3
Statement of Cash Flows
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC
For the period ending June 1, 2015

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

| | |
|---|---|
| Tab 1 | No income or operating expenses during current period |
| Tab 2 | Advertising costs appear on Debtor's monthly reports |
| Tab 3 | No income or operating expenses during current period |

Source:  Debtor in Possession

B26 (Official Form 26) (12/08) - Cont.                                                                                  8

Exhibit B-4<br>
<u>Statement of Changes in Shareholders'/Partners' Equity (Deficit)</u><br>
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC<br>
Period ending June 1, 2015

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most
           recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

        <u>Tab 1</u>        No changes during this period

        <u>Tab 2</u>        No changes during this period

        <u>Tab 3</u>        No changes during this period

Source: Debtor in Possession

B26 (Official Form 26) (12/08) - Cont. 9

Exhibit C
Description of Operations
Consolidated Engineering Co., Inc., JurisMortgage, LLC and Aviatat, LLC

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Tab 1        80% owned by Debtor in Possession
                Commercial construction company founded 1911
                Dormant

Tab 2        100% owned by Debtor in Possession
                Law office support services consisting of mortgage loan training program

Tab 3        100% owned by Debtor in Possession
                Entity possesses lien interests in aircraft

Source: Debtor in Possession