

**CASE NUMBER: 50-2016-CA-012543-XXXX-MB**
**CASE STYLE: NEW WAVE LENDERS 2015 B LP V CHANCE & ANTHEM LLC**

Dockets & Documents ▾

Public =      VOR =      In Process =
Page Size: All

| | Docket Number | Effective Date | Description |
|---|---|---|---|
| | 1 | 11/08/2016 | CIVIL COVER SHEET |
| | 2 | 11/08/2016 | COMPLAINT |
| | 3 | 11/08/2016 | SUMMONS ISSUED |
| | 4 | 11/08/2016 | SUMMONS ISSUED |
| | 5 | 11/08/2016 | SUMMONS ISSUED |
| | 6 | 11/08/2016 | SUMMONS ISSUED |
| | 7 | 11/08/2016 | SUMMONS ISSUED |
| | 8 | 11/08/2016 | SUMMONS ISSUED |
| | 9 | 11/10/2016 | DIVISION ASSIGNMENT |
| | 10 | 11/10/2016 | PAID $1,966.00 ON RECEIPT 1913856 |
| | 11 | 11/10/2016 | LIS PENDENS |
| | 12 | 11/14/2016 | PAID $9.60 ON RECEIPT 1914685 |
| | 13 | 11/16/2016 | REVISED RECEIPT 1914685 REVISED RECEIPT CREATING A $9.60 OVERAGE |
| | 14 | 12/05/2016 | SUMMONS ISSUED |
| | 16 | 12/05/2016 | ANSWER & COUNTER PETITION |

**PLAINTIFF'S TRIAL EXHIBIT T-125**

| | | | |
|---|---|---|---|
| 📄 | 17 | 12/05/2016 | ANSWER & COUNTER PETITION |
| 📄 | 15 | 12/06/2016 | PAID $10.00 ON RECEIPT 1944696 |
| 📄 | 18 | 12/06/2016 | ANSWER & AFFIRMATIVE DEFENSES |
| 📄 | 19 | 12/09/2016 | MOTION TO STRIKE |
| 📄 | 20 | 12/09/2016 | EMERGENCY MOTION |
| 📄 | 21 | 12/09/2016 | MOTION TO STRIKE |
| 📄 | 22 | 12/09/2016 | REQUEST |
| 📄 | 24 | 12/09/2016 | SERVICE RETURNED (NUMBERED) |
| 📄 | 25 | 12/09/2016 | MOTION FOR DEFAULT |
| 📄 | 26 | 12/09/2016 | SERVICE RETURNED (NUMBERED) |
| 📄 | 27 | 12/09/2016 | SERVICE RETURNED (NUMBERED) |
| 📄 | 28 | 12/09/2016 | REPLY TO AFFIRMATIVE DEFENSES |
| 📄 | 29 | 12/09/2016 | NOTICE OF APPEARANCE CIVIL |
| 📄 | 30 | 12/09/2016 | ANSWER & AFFIRMATIVE DEFENSES |
| 📄 | 31 | 12/09/2016 | NOTICE OF HEARING |
| 📄 | 23 | 12/12/2016 | ORDER ON PLAINTIFF'S VERIFIED EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER DENIED AS EMERGENCY HEARING MAY BE SPECIAL SET ONLINE DTD 12/02/16 P BLANC |
| 📄 | 32 | 12/12/2016 | ANSWER & AFFIRMATIVE DEFENSES |
| 📄 | 33 | 12/12/2016 | ORDER SETTING HEARING |
| 📄 | 35 | 12/12/2016 | MOTION FOR DEFAULT |
| 📄 | 36 | 12/16/2016 | CLERK'S DEFAULT |
| 📄 | 37 | 12/19/2016 | CLERK'S DEFAULT |
| 📄 | 38 | 12/19/2016 | SERVICE RETURNED (NUMBERED) |
| 📄 | 39 | 12/23/2016 | MOTION TO DISMISS |

| | | | |
|---|---|---|---|
| 📄 | 40 | 12/23/2016 | MOTION TO STRIKE |
| 📄 | 41 | 12/23/2016 | NOTICE OF HEARING |
| 📄 | 42 | 12/23/2016 | NOTICE OF EMAIL DESIGNATION |
| 📄 | 43 | 12/29/2016 | ORDER SETTING HEARING |
| 📄 | 44 | 01/04/2017 | NOTICE OF SERVICE OF ORDER SPECIAL SETTING HEARING FILED BY PLT |
| 📄 | 45 | 01/11/2017 | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF VERIFIED EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER F/B PLT/PET |
| 📄 | 46 | 01/11/2017 | ANSWER & AFFIRMATIVE DEFENSES |
| 📄 | 47 | 01/11/2017 | NOTICE OF EMAIL DESIGNATION |
| 📄 | 48 | 01/17/2017 | ORDER ON VERIFIED MOTION FOR APPOINTMENT OF RECEIVER GRANTED PARTIES SHALL AGREE ON THE RECEIVER SHALL APPEAR JAN 27 2017 AT 9:00 AM CTRM 4A DTD 01/17/17 E BREGER |
| 📄 | 49 | 01/17/2017 | MOTION TO COMPEL |
| 📄 | 50 | 01/17/2017 | REPLY TO AFFIRMATIVE DEFENSES |
| 📄 | 51 | 01/17/2017 | NOTICE OF HEARING |
| 📄 | 52 | 01/20/2017 | MOTION FOR LEAVE TO AMEND COMPLAINT F/B PLT |
| 📄 | 53 | 01/20/2017 | RE-NOTICE OF HEARING |
| 📄 | 54 | 01/27/2017 | EXHIBIT LIST |
| 📄 | 55 | 01/27/2017 | ORDER APPOINTING RECEIVER GRANTED MARCUS BUEROSSE IS APPOINTED THE RECEIVER DTD 01/27/17 J KEYSER |
| 📄 | 56 | 01/31/2017 | AGREED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS GRANTED DEEMED FILED M/TO COMPEL GRANTED DTD01/31/17 T BARKDULL |

| | | | |
|---|---|---|---|
| 📄 | 57 | 02/06/2017 | AGREED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS GRANTED DFTS SHALL SERVE THEIR RESPONSE WITHIN 15 DAYS DTD 02/02/17 T BARKDULL |
| 📄 | 58 | 02/06/2017 | ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE SECOND AMENDED AFFIRMATIVE DEFENSES GRANTED 20 DAYS TO AMEND DTD 02/02/17 T BARKDULL |
| 📄 | 59 | 02/06/2017 | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM GRANTED WITHOUT PREJUDICE 20 DAYS TO AMEND DTD 02/02/17 T BARKDULL |
| 📄 | 60 | 02/14/2017 | AGREED ORDER DISCHARGING RECEIVER THE RECEIVER MARCUS BUEROSSE IS DISCHARGED AS RECEIVER PLT TO PAY MARCUS BUEROSSER THE FUM OF $3,974.00 WITHIN 5 DAYS DTD 02/13/17 T BARKDULL |
| 📄 | 61 | 02/23/2017 | MOTION TO SUBSTITUTE PARTY PLTF F/B PLTF NEW WAVE |
| 📄 | 62 | 02/23/2017 | NOTICE OF HEARING |
| 📄 | 63 | 03/06/2017 | ORDER GRANTING MOTION TO SUBSTITUTE PARTY-PLAINTIFF GRANTED DTD 03/06/17 T BARKDULL |
| 📄 | 64 | 03/09/2017 | MOTION TO CONSOLIDATE F/B DFT DAVID FIORE |
| 📄 | 65 | 03/14/2017 | MOTION FOR SUMMARY JUDGMENT |
| 📄 | 66 | 03/14/2017 | MOTION FOR SUMMARY JUDGMENT |
| 📄 | 67 | 03/14/2017 | NOTICE OF HEARING |
| 📄 | 68 | 03/21/2017 | ORDER SETTING HEARING |
| 📄 | 69 | 03/21/2017 | NOTICE OF UNAVAILABILITY |
| 📄 | 70 | 03/22/2017 | NOTICE OF DROPPING PARTY |
| 📄 | 71 | 03/22/2017 | NOTICE OF SERVICE OF ORDER SPECIAL SETTING HEARING FILED BY PLT |
| 📄 | 72 | 03/28/2017 | EMERGENCY MOTION |
| 📄 | 73 | 03/28/2017 | AFFIDAVIT |
| 📄 | 74 | 03/28/2017 | AFFIDAVIT OF ATTORNEY FEES |

| | 75 | 03/28/2017 | AFFIDAVIT OF INDEBTEDNESS |
|---|---|---|---|
| | 76 | 03/29/2017 | ORDER ON DEFENDANT DAVID FIORE'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND CONTINUANCE OF HEARING SCHEDULED ON APRIL 7 2017 DENIED WITHOUT PREJUDICE MATTER SHALL BE SET ON UM BEFORE APRIL 7 2017 DTD 03/29/17 J FERRARA |
| | 77 | 03/31/2017 | NOTICE OF HEARING |
| | 80 | 04/05/2017 | NOTICE OF HEARING |
| | 81 | 04/05/2017 | AFFIDAVIT |
| | 82 | 04/05/2017 | RESPONSE TO: RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE AND MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES F/B DFT |
| | 78 | 04/06/2017 | ORDER ON MOTION FOR CONTINUANCE GRANTED SUMMARY JUDGMENT SCHEDULED FOR APRIL 7 2017 IS CONTINUED DTD 04/06/17 J FERRARA |
| | 79 | 04/06/2017 | AGREED ORDER ORE TENUS MOTION FOR LEAVE TO AMEND TO ADD VERIFICATION GRANTED PLT MAY AMEND THE COMPLAINT TO ADD VERIFICATION DTD 04/06/17 J FERRARA |
| | 83 | 04/07/2017 | NOTICE OF FILING |
| | 85 | 04/14/2017 | RE-NOTICE OF HEARING |
| | 84 | 04/17/2017 | ORDER SETTING HEARING |
| | 86 | 05/02/2017 | PAID $5.00 ON RECEIPT 2159157 |
| | 87 | 05/10/2017 | RESPONSE TO: SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF FORECLOSURE AND MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES F/B DFT |
| | 88 | 05/11/2017 | MOTION TO DISCHARGE LIS PENDENS OR ALTERNATIVE REQUIRE BOND F/B PLT |
| | 90 | 05/15/2017 | FINAL JUDGMENT FORECLOSURE, , AMOUNT OF FJ $1,043,350.08, SALE DATE 06/12/2017, SIGNED DATE 05/12/2017 - JUDGE BREGER BOOK 29091 PAGE 189-193 |
| | 91 | 05/15/2017 | DISPOSED BY JUDGE |

| | | | |
|---|---|---|---|
| 📄 | 92 | 05/22/2017 | MOTION TO VACATE FINAL JUDGMENT AND FOR REHEARING/RECONSIDERATION F\B DFT, DAVID FIORE |
| 📄 | 93 | 05/24/2017 | REPLY/RESPONSE |
| 🔒 | 94 | 05/24/2017 | NOTICE OF FILING |
| 📄 | 95 | 05/24/2017 | NOTICE OF SALE, SALE DATE 06/12/2017 |
| 🔒 | 96 | 06/01/2017 | NOTICE OF FILING |
| 📄 | 97 | 06/01/2017 | PROOF OF PUBLICATION |
| | 98 | 06/02/2017 | DOCKET FEES ASSESSED |
| 📄 | 99 | 06/02/2017 | PAID $70.00 ON RECEIPT 2202700 |
| 🔒 | 100 | 06/05/2017 | NOTICE OF FILING |
| 📄 | 101 | 06/05/2017 | PROOF OF PUBLICATION |
| 📄 | 102 | 06/05/2017 | MOTION TO CANCEL FORECLOSURE SALE FILED BY DAVID FIORE |
| 📄 | 103 | 06/06/2017 | NOTICE OF HEARING |
| 📄 | 104 | 06/09/2017 | ORDER ON DEFENDANT'S MOTION TO VACATE FINAL JUDGMENT AND FOR REHEARING/RECONSIDERATION DENIED DTD 06/09/17 E BREGER |
| 📄 | 110 | 06/09/2017 | MOTION FOR ADDITIONAL FEES AND EXPENSES F/B PLT/PET |
| 📄 | 111 | 06/09/2017 | NOTICE OF HEARING |
| 📄 | 105 | 06/12/2017 | FORECLOSURE PROCESS SALE |
| 📄 | 106 | 06/12/2017 | FORECLOSURE CERTIFICATE OF SALE |
| 📄 | 108 | 06/12/2017 | PAID $7,060.00 ON RECEIPT 2214893 |
| 📄 | 109 | 06/12/2017 | ORDER DENYING DEFENDANT'S MOTION TO CANCEL FORECLOSURE SALE DENIED DTD 06/12/17 J KEYSER |
| | 112 | 06/30/2017 | FORECLOSURE FEES ADDED |
| 📄 | 113 | 06/30/2017 | PAID $0.70 ON RECEIPT 2240309 |

| | 114 | 07/05/2017 | CERTIFICATE OF TITLE |
|---|---|---|---|
| | 115 | 07/05/2017 | FORECLOSURE CERTIFICATE OF DISBURSEMENT |
| | 116 | 07/06/2017 | EXHIBIT LIST |
| | 117 | 08/31/2017 | DIVISION ASSIGNMENT |
| | 118 | 08/31/2017 | NOTICE OF REASSIGNMENT CIVIL |
| | 119 | 06/14/2018 | SUGGESTION OF BANKRUPTCY |
| | 120 | 11/28/2018 | ORDER G CURLEY DTD, 11/28/18 CLERK TO CLOSE CASE |