IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

NEW WAVE LENDERS, (2015-B) LP,
a Delaware limited partnership,

CASE NO.:50-2016-CA-012543-XXXX-MB

    Plaintiff,

v.

CHANCE & ANTHEM, LLC., a Florida
limited liability Company, **JEFFREY M.
SISKIND**, et al.

    Defendants.

CLERK: File this document in the court file.
Judge Barkdull

**NOT A CERTIFIED COPY**

## ORDER _granting_ PLAINTIFF'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM

THIS CAUSE having come on for consideration upon the Plaintiff, NEW WAVE LENDERS (2015-B) LP's Motion to dismiss Defendant's Second Amended Counterclaim heard on Thursday, February 2, 2017, and this Honorable Court having considered said Motion, heard argument of counsel and being otherwise fully and duly advised in the premises, it is

CONSIDERED, ORDERED AND ADJUDGED as follows:

1. The Motion to dismiss Second Amended Counterclaim be and the same is hereby _Granted w/out Prejudice. Twenty (20) days to amend._

DONE AND ORDERED in Chambers, Palm Beach Florida this _2_ day of February, 2017.

                                                                            CIRCUIT COURT JUDGE

Copies furnished to:
Keith D. Diamond, Esquire, k.diamondpa@gmail.com, Kdiamondlawoffice@gmail.com
Jeffrey M. Siskind, Esquire, jeffsiskind@msn.com
Robert L. Frye, Esquire, frye@vlplaw.com,
George A. Booras, Esquire, gaboorasesq@gmail.com
Sofiye Williams, Esquire, sofiye@comcast.net

**PLAINTIFF'S TRIAL EXHIBIT T-125(C)**

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 2/6/2017 3:20:00 PM