Filing # 52897029 E-Filed 02/23/2017 02:42:26 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.:50-2016-CA-012543-XXXX-MB

NEW WAVE LENDERS, (2015-B) LP,
a Delaware limited partnership,

    Plaintiff,

v.

CHANCE & ANTHEM, LLC., a Florida
limited liability company, JEFFREY M.
SISKIND, ABK SOUTH PROPERTIES, LLC.,
a Florida limited liability company, 3GEN VC, LLC.
a Florida limited liability company, N & P CONSTRUCTION
AND DEVELOPMENT, INC., a Florida corporation,
PTM ELECTRIC, INC., a Florida corporation, DAVID FIORE,
SOUTHFIELDS OF PALM BEACH POLO AND COUNTRY
CLUB HOMEOWNERS ASSOCIATION, INC., a Florida
for-profit corporation, WELLINGTON COUNTRY PLACE
PROPERTY OWNERS ASSOCIATION, INC., a Florida not-
for-profit corporation, SECOND WELLINGTON, INC., a
Florida not-for-profit corporation, and UNKNOWN PARTIES
OR TENANTS IN POSSESSION,

    Defendants.
_____/

## MOTION TO SUBSTITUTE PARTY-PLAINTIFF

    Plaintiff NEW WAVE LENDERS, (2015-B) LP ("NEW WAVE"), through its undersigned counsel, hereby moves this Court to order that WELLINGTON 3445, LP, a Florida limited partnership ("WELLINGTON 3445"), be substituted into this action as the proper party-Plaintiff following the transfer by NEW WAVE to WELLINGTON 3445 of NEW WAVE's interest in and to the subject note, mortgage and other loan documents at issue herein. In support of this motion, NEW WAVE states as follows:

    1.    On or about November 8, 2016, NEW WAVE commenced this lawsuit to foreclose on a Mortgage on certain real property located in Palm Beach County, Florida and for damages under

LAW OFFICE OF KEITH D. DIAMOND, P.A.
3440 HOLLYWOOD BLVD., SUITE 415, HOLLYWOOD, FL 33021 • (954) 618-1008

**PLAINTIFF'S TRIAL EXHIBIT T-125(D)**

## ALLONGE

FOR VALUE RECEIVED, the Undersigned does hereby grant, sell, assign, transfer and convey, unto Wellington 3445, LP, a Florida limited partnership, all beneficial interest of its rights, title and interest in the Note dated November 6, 2015 (the "Note"), in the principal amount of EIGHT HUNDRED TWELVE THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($812,500.00), made by Chance and Anthem, LLC, a Florida limited liability company, and payable to the Undersigned.

THE ASSIGNMENT MADE HEREIN IS MADE WITHOUT RECOURSE TO, OR ANY REPRESENTATION OR WARRANTY BY, THE UNDERSIGNED IN ANY EVENT WHATSOEVER.

PAY TO THE ORDER OF Wellington 3445, LP, a Florida limited partnership, as of the 30th of January, 2017.

New Wave Lenders (2015-B), LP, a Delaware limited partnership

By: Rivo Alto Capital Funding LLC, a Florida limited liability company, General Partner

By: _____
Joel Eidelstein, Manager

*[Watermark: NOT A CERTIFIED COPY]*

Exhibit "A"

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed, sealed and delivered this 22 day of February, 2017.

WITNESSES:

Print Name: _____

Print Name: Richard E. Douglas

STATE OF FLORIDA        )
COUNTY OF MIAMI-DADE    )

ASSIGNOR:

New Wave Lenders (2015-B), LP, a Delaware limited partnership

By: Rivo Alto Capital Funding, LLC, a Florida limited liability company, General Partner

By: _____
    Joel Eidelstein, Manager

The foregoing instrument was acknowledged before me this ___ day of February, 2017 by Joel Eidelstein, as Manager of Rivo Alto Capital Funding, LLC, a Florida limited liability company, the General Partner of New Wave Lenders (2015-B), LP, a Delaware limited partnership, [✓] who is personally known to me or [ ] who produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My commission expires:



SUSANA A DIAZ
MY COMMISSION #FF173128
EXPIRES October 30, 2018
(407) 398-0153  FloridaNotaryService.com

**NOT A CERTIFIED COPY**

Page -2-