December 15, 2016

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for November 2016 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on December 1, 2016.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

PLAINTIFF'S TRIAL EXHIBIT
T-127

November 28, 2016

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for November 2016 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on November 1, 2016.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

August 16, 2017

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for August 2017 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on August 1, 2017.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

December 15, 2016

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for November 2016 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on December 1, 2016.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

December 22, 2016

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for November 2016 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on December 1, 2016.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

March 13, 2017

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for March 2017 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on March 1, 2017.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

February 13, 2017

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for February 2017 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on February 1, 2017.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

April 10, 2017

Mr. Jeffrey M. Siskind
Managing Member
Chance & Anthem, LLC
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for April 2017 on your leased property at 27120 Ocean Gateway, Hebron, MD 21830. It was due on April 1, 2017.

Please accept this as written notice and you have five (5) days to cure as written in your lease.

Sincerely,

Alan Bias
Managing Member for
27120 Ocean Gateway LLC

September 12, 2016

Jeffrey M. Siskind
Managing Member
CHANCE & ANTHEM, LLC
525 South Flager Drive. WPB< FL> 33401

Dear Jeffrey Siskind:

This letter is to put you on notice that you have not paid your rent for September 2016 on your leased property at 2710 Ocean Gateway, Hebron, MD. 21830. It was due on September 1, 2016. Please accept this as written notice, and you have 5 days to cure as written in your lease.

Alan Bias
Managing Member, For 2710 OCEAN GATEWAY LLC