WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

1326

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE  *02/17/2017*

Reference:

PAY  **27120 Ocean Gateway, LLC**

$  **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100*******************************  DOLLARS

TO THE **27120 Ocean Gateway, LLC**
ORDER  7745 Dawson Court
OF  Lake Worth, FL 33467

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-128**

Memo  February Payment

⑆267084131⑆  771781866⑈ 1326



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 72
Batch: 634461
Date: 02/27/17

Seq: 000072  02/27/17
BAT: 634461  CC,07592091946
WT: 01  LTPS:Jacksonville
BC: Town Commons BC FL5-496

Ⓐ THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

Ⓒ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION

* FEDERAL RESERVE BOARD REG CC, FEDERAL RESERVE REG. CC

A WATERMARK IS VISIBLE IN THIS PAPER. HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER.

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 12/29/2017 | CHECK NUMBER | CSE0003929 |
|------|-----------|--------------|-----------|

PAY  Six hundred twenty-five and  00 / 100 Dollars Only ********************************************

| AMOUNT | $625.00 |
|--------|---------|

TO THE
ORDER
OF

27120 OCEAN GATEWAY LLC
7745 DAWSON COURT
LAKE WORTH, FL 33467

_Beth W. Cooper_

VOID AFTER 180 DAYS

⑊"0003929"⑊ ⑊:031101143⑊: 8 203062510⑊"

Seq:  23
Batch:  150189
Date: 01/03/18

Seq:00023 01/03/18
BAT:150189 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

THE WATERMARK IS VISIBLE IN THIS PAPER. HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER.

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

52-114/311

| DATE | CHECK NUMBER | |
|---|---|---|
| 11/27/2017 | CHECK NUMBER | CSE0003450 |

PAY  Six hundred twenty-five and  00 / 100 Dollars Only ***********************************************

| AMOUNT | $625.00 |
|---|---|

TO THE
ORDER
OF

27120 OCEAN GATEWAY LLC
525 S FLAGLER DRIVE NO 500
WEST PALM BEACH, FL 33401

*Beth W. Cooper*

VOID AFTER 180 DAYS

⑆0003450⑆ ⑈031101143⑈ 8203062510⑈

Seq: 88
Batch: 294745
Date: 12/04/17

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
2720 OCEAN GATEWAY LLC
6906205 1869

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

The security features listed below, as well as others not listed, exceed industry guidelines. Absence of these features may indicate alteration.

Security Features:
Security Screen:
Microprinting - "MP":

Chemically Sensitive Paper:
Fluorescent Fibers:
Watermark:

Results of document alteration.
Absence of "Original Document" Verbage on back of check.
Small type under endorsement area and surrounding.
Padlock Security box appears blurred if copied or scanned.
Appearance of brown and/or blue stains may indicate alterations.
Invisible unless exposed to ultraviolet light.
Absence may indicate alteration.

```
Seq 00088  12  04 17
BAT.294745  CC 0756201943
WI:01 LTPS:Jacksonville
```

1349

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE *08/18/2017*
*Reference:*

PAY **27120 Ocean Gateway, LLC** $ **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo

⑈267084131⑈ 771781866⑈ 1349



Seq: 60
Batch: 631079
Date: 08/29/17

PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

RECEIVED FOR FINANCIAL INSTITUTION ONLY *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
• ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
☼ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION
* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

Seq:00060 08/29/17
BAT:631079 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

8066489          11-24
Office AU #        1210(8)

**CASHIER'S CHECK**

6648902248

Remitter:    JEFFREY M SISKIND
Operator I.D.:  R009809          R009809

**July 05, 2017**

PAY TO THE ORDER OF    ***27120 OCEAN GATEWAY, LLC***

***Seven thousand two hundred sixty-one dollars and no cents***          **$7,261.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
11900 FOREST HILL BLVD
WELLINGTON, FL 33414
FOR INQUIRIES CALL (420) 394-3122

VOID IF OVER US $  7,261.00

*Richard Levy*

CONTROLLER

⑆6648902243⑈ ⑆121000248⑈4861  513257⑈

Details on Back.    Security Features Included.

0180186871

Seq:  22
Batch:  700163
Date: 07/05/11

Seq:0002b 07/05/17
BAT:700163 CC:0750109409
WT:01 LTPS:Jacksonville
BC:Wellington Courtvard BC FL5-447

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

1343

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A. ————
www.Chase.com

DATE   *06/29/2017*

Reference:

PAY   **27120 Ocean Gateway, LLC**

$   **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo   June Payment

⑈267084131⑈   771781866⑇ 1343

Seq: 15
Batch: 597437
Date: 06/30/17



PLEASE ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

CHECK TO THE WITHIN NAMED PAYEE
ABSENCE OF ENDORSEMENT GUARANTEED
BANK OF AMERICA, N.A.

3

B    THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• T-PEE-STAIN SET
• UV DULL
• MICRO PRINT
• ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
◊ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

Seq:00015 06/30/17
BAT:597437 CC:0750214109
WT:01 LTPS:Jacksonville
BC:Wellington Green BC FL5-446

1336

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

**DATE** *05/12/2017*

*Reference:*

PAY    **27120 Ocean Gateway, LLC**    $   **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**    DOLLARS

TO THE
ORDER
OF
**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo    May Loan Payment

⑆267084131⑆    771781866⑈ 1336

Seq: 67
Batch: 465135
Date: 05/25/17



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE ⋆

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

· INVISIBLE FLUORESCENT FIBERS
· THREE-STAIN SET
· UV DULL
· MICRO PRINT
· ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

© PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

Seq:00067 05/25/17
BAT:465135 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

1328

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE    *03/18/2017*

Reference:

PAY     **27120 Ocean Gateway, LLC**                                    $    **7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100*****************************     DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo    March Payment

⑆267084131⑆    771781866⑈ 1328



Seq:  18
Batch:  577463
Date: 03/28/17

PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
8980620518869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

* RESERVED FOR FINANCIAL INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

© PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

Seq:00018 03/28/17
BAT:577463 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406



WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

1333

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE   *04/25/2017*
Reference:

PAY   27120 Ocean Gateway, LLC

$   **7,261.00

SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100******************************   DOLLARS

TO THE
ORDER
OF –
**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo   April Loan Payment

⑆267084131⑆   771781866⑈ 1333



Seq:  20
Batch:  560163
Date: 04/27/17

PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

· INVISIBLE FLUORESCENT FIBERS
· THREE-STAIN SET
· UV DULL
· MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

Ĝ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG CC

Seq:00020 04/27/17
BAT:560163 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

1143

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE          *03/31/2016*
Reference:

PAY          **27120 Ocean Gateway, LLC**                                      $  **14,036.00**

*FOURTEEN-THOUSAND THIRTY-SIX AND 00/100*********************************************     DOLLARS

TO THE
ORDER
OF
**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo     Application Fee, Deposit & Last Month Rent

⑈267084131⑈     771781866⑈ 1143



Seq: 31
Batch: 066803
Date: 03/31/16

PLEASE ENDORSE HERE

For Deposit Only

For Deposit Only

8980 6205 1869

27120 Ocean Gateway LLC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

Seq:00031 03/31/16
BAT:066803 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

⊕ THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
• ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
6. PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

1323

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase com

**DATE** *12/17/2016*

*Reference:*

PAY    **27120 Ocean Gateway, LLC**

$    **\*\*2,209.71**

*TWO-THOUSAND TWO-HUNDRED-NINE AND 71/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**    **DOLLARS**

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo    Tax Adjustment

⑆267084131⑆    771781866⑈ 1323

Seq:  158
Batch:  729045
Date:  12/27/16



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051969

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

© PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION

Seq:00158 12/27/16
BAT:729045 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

1322

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE   *12/17/2016*

Reference:

PAY **27120 Ocean Gateway, LLC**

$ **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** DOLLARS

TO THE **27120 Ocean Gateway, LLC**
ORDER 7745 Dawson Court
OF Lake Worth, FL 33467

Memo   November Payment

⑆267084131⑆   771781866⑈ 1322



PLEASE ENDORSE HERE

Seq:  160
Batch:  729045
Date:  12/27/16

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
*RESERVED FOR FINANCIAL INSTITUTION USE *

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

Seq:00160  12/27/16
BAT:729045 CC:0750201946
WT:00 LTPS:Jacksonville
BC:Town Commons BC FL5-406

⊕ THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

· INVISIBLE FLUORESCENT FIBERS
· THREE-STAIN SET
· UV DULL
· MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

Ⓡ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

1320

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

**JPMorgan Chase Bank, N.A.**
www.Chase.com

DATE    *11/09/2016*

*Reference:*

PAY    **27120 Ocean Gateway, LLC**    $    **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**    DOLLARS

TO THE
ORDER
OF
**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo

⑆267084131⑆    771781866⑈ 1320



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq:  101
Batch:  923881
Date:  12/01/16

Seq:00101 12/01/16
BAT:923881 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

· INVISIBLE FLUORESCENT FIBERS
· THREE-STAIN SET
· UV DULL
· MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

3. PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION

**1306**

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www Chase com

DATE    *10/11/2016*

*Reference:*

PAY    **27120 Ocean Gateway, LLC**    $    **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\** DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo    October Pymt.

⑆267084131⑆    771781866⑈ 1306



Seq: 63
Batch: 778809
Date: 10/25/16

Seq:00063 10/25/16
BAT:778809 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
  .
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

3 PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION

FEDERAL BANKING ACT 1957

1290

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE    *09/09/2016*

Reference:

PAY    **27120 Ocean Gateway, LLC**

$    **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**    DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo _____

⑆267084131⑆    771781866⑆ 1290



PLEASE ENDORSE HERE

Seq:  22
Batch:  538715
Date: 09/16/16

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE ★

Seq:00022 09/16/16
BAI:538715 CC:0750201946
WT:01 LTPS:Jacksonville
PC:Town Commons PC FLS-006

Ⓑ THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

· INVISIBLE FLUORESCENT FIBERS
· THREE-STAIN SET
· UV DULL
· MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

③ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

★ FEDERAL ...

1258

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE 8/1/16

Reference:

PAY   27120 OCEAN GATEWAY   $ 7,261 00/xx

Seven Thousand Two Hundred Sixty-one & 00/100—   DOLLARS

TO THE
ORDER
OF

Memo   Bldg Rent - August, 2016

⑆267084131⑆   771781866⑈ 1258



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 170
Batch: 689387
Date: 08/15/16

Seq:00170 08/15/16
BAT:689387 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC F15-406

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE STAIN SET
• UV DULL
• MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1062

DATE ___07/01/2016___

63-215 / 631

PAY ___27120 Ocean Gateway, LLC___ $ __**7,261.00__

_SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100*****************************_ DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo _____

⑈063102152⑈ ⑈1000176606688⑈⑈ 1062



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
89806205 1869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

· INVISIBLE FLUORESCENT FIBERS
· THREE-STAIN SET
· UV DULL
· MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

· BACK CHECK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

CHECK PRINTING ACT 1987 - FEDERAL RESERVE REG. CC

Seq: 75
Batch: 751119
Date: 07/18/16

Seq:00075 07/18/16
BAT:751119 CC:0750201946
WT:01; LTPS:Jacksonville
BC:Town Commons BC FL5-405



**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

SunTrust Bank
505 S. Flagler Drive
West Palm Beach, FL 33401
(561)838-5110

1059

63-215 / 631

DATE _____ 06/05/2016

PAY      **27120 Ocean Gateway, LLC**

$ ___ **\*\*7,261.00**

_SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*_____ **DOLLARS**

TO THE
ORDER
OF
**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo    June Payment

⑈063102152⑈: ⑆00017660 6688 ⑈ 1059



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 221
Batch: 518681
Date: 06/10/16

Seq:00221 06/10/16
BAT:518681 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:
· INVISIBLE FLUORESCENT FIBERS
· THREE-STAN SET
· UV DULL
· MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

Ⓟ PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

1144

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE   *03/31/2016*

Reference:

PAY   **27120 Ocean Gateway, LLC**                                              $   **7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100*******************************   DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo   April, 2016 Rent

⑈267084131⑈   771781866⑈ 1144

Seq: 32
Batch: 066803
Date: 03/31/16

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

PLEASE ENDORSE HERE

For Deposit Only

27100 Ocean Gateway LLC

8980620051869

⊞ THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

• INVISIBLE FLUORESCENT FIBERS
• THREE STAIN SET
• UV DULL
• MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

IF PADLOCK DESIGN IS NOT DEPICTED, EACH MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION

* FEDERAL...

```
Seq:00032 03/31/16
BAT:066803 CC:0750201946
WT:01i LTPS:Jacksonville
BC:Town Commons BC FL5-406
```

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

1166

DATE    *04/26/2016*

Reference:

PAY    **27120 Ocean Gateway, LLC**

$    **7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100*******************************

DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo    ~~Loan Payment~~    RENT

⑆267084131⑆    771781866⑈ 1166



Seq:  117
Batch:  712419
Date: 05/17/16

PLEASE ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES

• INVISIBLE FLUORESCENT FIBERS
• THREE STAIN SET
• UV DULL
• MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION.

Seq:00117 05/17/16
BAT:712419 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

1324

**Chance & Anthem, LLC**
525 S. Flagler Drive, Ste. 501
West Palm Beach, FL 33401
561-832-0898

JPMorgan Chase Bank, N.A.
www.Chase.com

DATE     *01/16/2017*

Reference:

PAY     **27120 Ocean Gateway, LLC**

$   **\*\*7,261.00**

*SEVEN-THOUSAND TWO-HUNDRED-SIXTY-ONE AND 00/100*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   DOLLARS

TO THE
ORDER
OF

**27120 Ocean Gateway, LLC**
7745 Dawson Court
Lake Worth, FL 33467

Memo     January Loan Payment

⑆267084131⑆   771781866⑈   1324



PLEASE ENDORSE HERE

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
8980620051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

Seq:  13
Batch:  585951
Date: 01/24/17

Seq:00013 01/24/17
BAT.585951 CC.0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK
PAYMENT SYSTEMS ASSOCIATION.

VIRGINIA WATERMARK IS VISIBLE IN THIS PAPER. HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER.

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 02.27/2018 | CHECK NUMBER | CSE0004747 |

PAY  Six hundred twenty-five and  00 / 100 Dollars Only ****************************************

| AMOUNT | | $625.00 |

TO THE        27120 OCEAN GATEWAY LLC
ORDER         7745 DAWSON COURT
OF            LAKE WORTH, FL 33467

*Beth W. Cooper*

VOID AFTER 180 DAYS

⑈0004747⑈  ⑆031101143⑆  820306 2510⑈

Seq:  25
Batch:  855833
Date: 03/05/18

```
Seq:00025 03/05/18
BAT:855833 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FLS-406
```

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
898062051968
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

The security features listed below, as well as those not listed,
exceed industry guidelines. Absence of these features may indicate alteration.

Security Feature:
Security Screen
Main Printing "...s"

Microprint
Chemically Sensitive Paper:
Pantograph Planer:
Watermark:

Result of document alteration:
Absence of "Original Document" Verbiage on back of check
Small type under endorsement area and surrounding
Padlock Security box appears blurred & copied or scanned
Appearance of brown and or blue stains may indicate alteration.
Invalid or missing word or text may indicate alteration.
Absence may indicate alteration.

WATERMARK IS VISIBLE IN THIS PAPER. HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER.

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 01/30/2018 | CHECK NUMBER | CSE0004311 |
|------|------------|--------------|------------|

PAY  Six hundred twenty-five and  00 / 100 Dollars Only **************************************************

| AMOUNT | $625.00 |
|--------|---------|

TO THE       27120 OCEAN GATEWAY LLC
ORDER        7745 DAWSON COURT
OF           LAKE WORTH, FL 33467

Beth W. Cooper

**VOID AFTER 180 DAYS**

⑈0004311⑈ ⑆031101143⑆ 8 20306 2510⑈

Seq:  101
Batch:  117389
Date: 02/06/18

Seq:00101 02/06/18
BAT:117389 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

ENDORSE HERE
X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
8960620051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

The security features listed below, as well as those not listed, exceed industry guidelines. Absence of these features may indicate alteration.

Security Features                    Results of document alteration
Security Screen
Microprinting - "MP"                 Absence of "Original Document" wording on back of check
                                     Small type under endorsement area and surrounding
Chemically Sensitive Paper           Padlock Security box appears blank if copied or scanned
Fluorescent Fibers                   Appearance of brown and /or blue stains may indicate alteration.
Watermark                            Invisible unless exposed to ultraviolet light.
                                     Areas may indicate alteration.

A WATERMARK IS VISIBLE IN THIS PAPER, HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 03/29/2018 | CHECK NUMBER | CSE0005161 |
|------|------------|--------------|------------|

PAY  Six hundred twenty-five and  00 / 100 Dollars Only ************************************************

| AMOUNT | $625.00 |
|--------|---------|

TO THE
ORDER
OF

27120 OCEAN GATEWAY LLC
7745 DAWSON COURT
LAKE WORTH, FL 33467

*Beth W. Cooper*

**VOID AFTER 180 DAYS**

⑈000 5161⑈ ⑆0 3 1 10 1 143⑆ 8 20 30 6 25 10⑈

Seq: 60
Batch: 743943
Date: 04/04/18

The security features listed below, as well as those not listed, exceed industry guidelines. Absence of these features may indicate alteration.

Security Feature:
Security Screen:
Micro-Printing "-M":

Chemical Sensitive Paper:
Fluorescent Fibers:
Watermark:

Results of document alteration.
Absence of "Original Document" Verbiage on back of check
Small type under endorsement area and surrounding
Padlock Security box appears blurred if copied or scanned
Appearance of brown and or blue stains may indicate alterations.
Invisible unless exposed to ultraviolet light.
Absence may indicate alteration.

Seq:00060 04/04/18
BAT:743943 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-4A5

ENDORSE HERE

X

PAY TO THE ORDER OF

BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
8980605251869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

A WATERMARK IS VISIBLE IN THIS PAPER, HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 04/30/2018 | CHECK NUMBER | CSE0005546 |
|------|------------|--------------|------------|

PAY  Six hundred twenty-five and  00 / 100 Dollars Only ******************************************

| AMOUNT | $625.00 |
|--------|---------|

TO THE
ORDER
OF

27120 OCEAN GATEWAY LLC
7745 DAWSON COURT
LAKE WORTH, FL 33467

*Beth W. Cooper*

VOID AFTER 180 DAYS

⑆0005546⑆ ⑈031101143⑈ 8203062510⑈

Seq:  105
Batch:  635311
Date: 05/04/18

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
OCEAN GATEWAY LLC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

27120 8980620516869

Seq:00105 05/04/18
BAT:635311 CC:0759201946

Case 19-01298-MAM    Doc 476-1    Filed 10/22/20    Page 51 of 271

A WATERMARK IS VISIBLE IN THIS PAPER, HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 06/29/2018 | CHECK NUMBER | CSE0006477 |
|------|-----------|--------------|------------|

PAY  Six hundred twenty-five and  00 / 100 Dollars Only  ************************************************

| AMOUNT | $625.00 |
|--------|---------|

TO THE
ORDER
OF

27120 OCEAN GATEWAY LLC
7745 DAWSON COURT
LAKE WORTH, FL 33467

*Beth W. Cooper*

VOID AFTER 180 DAYS

⑈"0006477"⑈  ⑊:031101143⑊:  8 2030625 10"⑈

Seq:  30
Batch:  313553
Date: 07/03/18

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL  33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
8980620531869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

The security features listed below, as well as those not listed,
exceed industry guidelines. Absence of these features may indicate alteration.

Security Features.                    Results of document alteration:
Security Screen.                      Absence of "Original Document" verbiage on back of check
Microprinting - "MP".                 Small type under endorsement area and surrounding
                                      Padlock Security Icon appears blurred if copied or scanned
Chemically Sensitive Paper.           Appearance of brown and or blue stains may indicate alterations.
Fluorescent Fibers.                   Invader unless exposed to ultraviolet light.
Watermark.                            Absence may indicate alteration.

```
Seq:00030 07/03/18
BAT:313553 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406
```

THERE IS A WATERMARK IS VISIBLE IN THIS PAPER. HOLD UP TO A LIGHT SOURCE TO VIEW. THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE SECURITY PAPER.

**SHARP ENERGY**
909 SILVER LAKE BOULEVARD
DOVER, DE 19904-2409

Citizens Bank
DELAWARE

62-114/311

| DATE | 05/31/2018 | CHECK NUMBER | CSE0006012 |
|------|------------|--------------|------------|

PAY   Six hundred twenty-five and  00 / 100 Dollars Only ********************************************************

| AMOUNT | $625.00 |
|--------|---------|

TO THE          27120 OCEAN GATEWAY LLC
ORDER           7745 DAWSON COURT
OF              LAKE WORTH, FL 33467

*Beth W. Cooper*

VOID AFTER 180 DAYS

⑈000601⑈2⑈  ⑊0311011143⑊ 8 20306 2510⑈

Seq: 53
Batch: 784171
Date: 06/14/18

The security features listed below, as well as those not listed, exceed industry guidelines. Absence of these features may indicate alteration.

Security Features:                    Results of document alteration:
Security Screen:                      Absence of "Original Document" Verbiage on back of check
Micro-Printing – "ar"                 Small type under endorsement area and surrounding
                                      Padlock Security bar appears blurred if copied or scanned
Chemically Sensitive Paper:           Appearance of brown and or blue stains may indicate alterations.
Fluorescent Fibers:                   Invisible unless exposed to ultraviolet light.
Watermark:                            Absence may indicate alteration.

ENDORSE HERE

X

PAY TO THE ORDER OF
BANK OF AMERICA
LAKE WORTH, FL 33467-5203
FOR DEPOSIT ONLY
27120 OCEAN GATEWAY LLC
899062051869

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MP

Seq:00053 06/14/18
BAT:784171 CC:0750201946
WT:01 LTPS:Jacksonville
BC:Town Commons BC FL5-406

| Date Presented | Sequence | State | Remitter Account Number | Remitter R/T Number | Amount Presented | Check Number | Image Indicator | Sorry Indicator | Deposit Sequence | Deposit Account | ImgVolNo | File Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2017 | 4.05E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 4.05E+09 | 8.98E+11 | 1 | Check_DI_000.tif;Check_DI_000B.tif |
| 1/3/2018 | 5.15E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 3929 | 1 | 0 | 5.15E+09 | 8.98E+11 | 1 | Check_DI_001.tif;Check_DI_001B.tif |
| 12/4/2017 | 3.15E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 3450 | 1 | 0 | 3.15E+09 | 8.98E+11 | 1 | Check_DI_002.tif;Check_DI_002B.tif |
| 8/29/2017 | 4.45E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 4.45E+09 | 8.98E+11 | 1 | Check_DI_003.tif;Check_DI_003B.tif |
| 7/5/2017 | 3.75E+09 | ZZ | 4861513257 | 12100024 | $7,261.00 | 6.65E+09 | 1 | 0 | 3.75E+09 | 8.98E+11 | 1 | Check_DI_004.tif;Check_DI_004B.tif |
| 6/30/2017 | 3.05E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.05E+09 | 8.98E+11 | 1 | Check_DI_005.tif;Check_DI_005B.tif |
| 5/25/2017 | 5.35E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 5.35E+09 | 8.98E+11 | 1 | Check_DI_006.tif;Check_DI_006B.tif |
| 3/28/2017 | 3.05E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.05E+09 | 8.98E+11 | 1 | Check_DI_007.tif;Check_DI_007B.tif |
| 4/27/2017 | 2.95E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 2.95E+09 | 8.98E+11 | 1 | Check_DI_008.tif;Check_DI_008B.tif |
| 3/31/2016 | 3.14E+09 | ZZ | 771781866 | 26708413 | $14,036.00 | 0 | 1 | 0 | 3.14E+09 | 8.98E+11 | 1 | Check_DI_009.tif;Check_DI_009B.tif |
| 12/27/2016 | 3.35E+09 | ZZ | 771781866 | 26708413 | $2,209.71 | 0 | 1 | 0 | 3.35E+09 | 8.98E+11 | 1 | Check_DI_010.tif;Check_DI_010B.tif |
| 12/27/2016 | 3.35E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.35E+09 | 8.98E+11 | 1 | Check_DI_011.tif;Check_DI_011B.tif |
| 12/1/2016 | 3.24E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.24E+09 | 8.98E+11 | 1 | Check_DI_012.tif;Check_DI_012B.tif |
| 10/25/2016 | 5.15E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 5.15E+09 | 8.98E+11 | 1 | Check_DI_013.tif;Check_DI_013B.tif |
| 9/16/2016 | 3.75E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.75E+09 | 8.98E+11 | 1 | Check_DI_014.tif;Check_DI_014B.tif |
| 8/15/2016 | 3.64E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.64E+09 | 8.98E+11 | 1 | Check_DI_015.tif;Check_DI_015B.tif |
| 7/18/2016 | 3.14E+09 | ZZ | 1.00018E+12 | 6310215 | $7,261.00 | 0 | 1 | 0 | 3.14E+09 | 8.98E+11 | 1 | Check_DI_016.tif;Check_DI_016B.tif |
| 6/10/2016 | 6.64E+09 | ZZ | 1.00018E+12 | 6310215 | $7,261.00 | 0 | 1 | 0 | 6.64E+09 | 8.98E+11 | 1 | Check_DI_017.tif;Check_DI_017B.tif |
| 3/31/2016 | 3.14E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.14E+09 | 8.98E+11 | 1 | Check_DI_018.tif;Check_DI_018B.tif |
| 5/17/2016 | 3.34E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.34E+09 | 8.98E+11 | 1 | Check_DI_019.tif;Check_DI_019B.tif |
| 1/24/2017 | 3.34E+09 | ZZ | 771781866 | 26708413 | $7,261.00 | 0 | 1 | 0 | 3.34E+09 | 8.98E+11 | 1 | Check_DI_020.tif;Check_DI_020B.tif |
| 3/5/2018 | 2.95E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 4747 | 1 | 0 | 2.95E+09 | 8.98E+11 | 1 | Check_DI_021.tif;Check_DI_021B.tif |
| 2/6/2018 | 4.85E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 4311 | 1 | 0 | 4.85E+09 | 8.98E+11 | 1 | Check_DI_022.tif;Check_DI_022B.tif |
| 4/4/2018 | 5.05E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 5161 | 1 | 0 | 5.05E+09 | 8.98E+11 | 1 | Check_DI_023.tif;Check_DI_023B.tif |
| 5/4/2018 | 4.05E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 5546 | 1 | 0 | 4.05E+09 | 8.98E+11 | 1 | Check_DI_024.tif;Check_DI_024B.tif |
| 7/3/2018 | 4.45E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 6477 | 1 | 0 | 4.45E+09 | 8.98E+11 | 1 | Check_DI_025.tif;Check_DI_025B.tif |
| 6/14/2018 | 4.55E+09 | ZZ | 8203062510 | 3110114 | $625.00 | 6012 | 1 | 0 | 4.55E+09 | 8.98E+11 | 1 | Check_DI_026.tif;Check_DI_026B.tif |



**27120 OCEAN GATEWAY LLC**

1007

63-4/630 FL
1063

DATE 4-7-17

PAY TO THE ORDER OF _AMX_ $ 138 75/xx

ONE HVNDRED THIRTY EIGHT — 75/xx DOLLARS

**Bank of America**

ACH R/T 063100277

FOR 6-45009

⑆001007⑆ ⑈063000047⑈ 898062051869⑆

Job ID: LBDALCDRMTUSUSD
Date: 17118
Batch Number: 4614
Batch Sequence Number: 19
Book Number:
Pass 1 Operator ID: 14075680
Capture Machine Number: 33
MMIT Clearing Trace: 1201262766

1110-0001-2
For deposit only, American Express, TRS

**27120 OCEAN GATEWAY LLC**

1008

63-4/630 FL
1063

DATE 8-24-17

PAY TO THE ORDER OF _Wicomico County_ $ 9690 29/xx

_NINE THOUSAND SIX HUNDRED NINETY_ 29/xx DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _PROPERTY ID 15-003006_

⑆001008⑆ ⑆063000047⑆ 898062051869⑆

Seq: 148
Dep: 007129
Date: 08/31/17

For Deposit Only to
Wicomico, MD County of
Wicomico County
AG: 7129
Deposited by: Jane



1010

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE 9-22-17

PAY TO THE ORDER OF  MICHAEL E CRAWSON /A          $ 1500.00

ONE THOUSAND FIVE HUNDRED                    DOLLARS

**Bank of America**

ACH R/T 063100277

FOR  LEGAL FESS

⑆001010⑆ ⑈063000047⑈ 898062051869⑆





For Deposit Only
Acct# 576701320
CLIENT FUNDS #1
2017-09-29
0886529443
>051405188<



1011

**27120 OCEAN GATEWAY LLC**

83-4/630 FL
1063

11-21-17

DATE

PAY TO THE ORDER OF  ROBERT  SAUVE

$ 5000 00/xx

FIVE  THOUSAND  DOLLARS

**Bank of America**

ACH RT 063 00277

FOR  DEPOSIT - ROOF

⑈00101111⑈ ⑆063000047⑈ 898062051869⑈

Seq: 301
Batch: 960117
Date: 11/21/17



Seq:00301 11/21/17
BAT:960117 CC:3585018116
WT:01 LTPS:Jacksonville
BC:Salisbury Shoppers World BC MD4-723

Tran 00212      11/21/2017 15:45
Entity NMD   CC 5018116 Tlr 00007
Account        898062051969
R/TN 540590135
Cash Check                    $5,000.00
  DRL MD************           07/21 11/16



**27120 OCEAN GATEWAY LLC**

1012

83-4/630 FL
1063

DATE 11-22-17

PAY TO THE ORDER OF _Alan Bias_ $ 175 00/xx

ONE HUNDRED SEVENTY FIVE — DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _RE-IMBURSTMENT TRIP TO MD._

⑈0010⑈2⑈ ⑆063000047⑆ 898062051869⑈

Seq: 157
Batch: 027791
Date: 11/24/17

N KIT
Cash Check
R/T# 540590135
Account 89806205183/9
CC 0201946 TLF 00002
11/24/2017 11:00 $175.00

157 11/24/17
BAT #027791 CC.0758281345
W:101 LIPS:Jacksonville

**27120 OCEAN GATEWAY LLC**

1014

63-4/630 FL
1063

DATE _11-27-17_

PAY TO THE ORDER OF _Amx_      $ _1203 04/xx_

_TWELVE HUNDRED THREE_ ⸺⸺⸺⸺ 04/xx DOLLARS 🔒   Security Features Details on Back.

**Bank of America** 🇺🇸

ACH R/T 063000277

FOR _6-46007_



⑈0010 14⑈ ⑆063000047⑆ 898062051869⑈

12 /02/17    039566    031    0007145000    AMEX

T3609540283863 > 826199148        ‹

Credit the account of the within named payee

without prejudice TRANSCENTRA  DAL

1013

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE  11-22-17

PAY TO THE ORDER OF  Diana Whitney

$ 867 00/xx

EIGHT HUNDRED SIXTY SEVEN    xy/xx    DOLLARS

**Bank of America**

ACH R/T 063100277

FOR  LOCKSMITH



⑈0010013⑈ ⑇063000047⑇ 898062051869⑈

867.00

Transit Checks

CHECK #1013

00400540019600

Trans#: 30 9:46:00

DOCUMENT Drawer: 63 12/05/17

400540019600 12-05-2017 >052103065<Bk Delmarva

1015

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE _12-4-17_

PAY TO THE ORDER OF _ROBERT SAUVE_

$ _9,000_ 00/xx

_NINE THOUSAND_ ____ xx/xx DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _ROOF    FINAL    PAYMENT_

Referral Code ___
Banking Center # _501303_
Referring Assoc Initials ___
Approvers Initials ___
Current Date _12-8-17_

⑈0010015⑈ ⑆063000047⑈ 898062051869⑈



Seq: 173
Batch: 452459
Date: 12/08/17

DRL MD************
07/21 11/16
Cash Check
$9,000.00
R/T# 540590135
Account

12/08/17

BC.Ocean City South BC MD4-570

**27120 OCEAN GATEWAY LLC**

1016

63-4/630 FL
1063

DATE 12-5-17

PAY TO THE ORDER OF _Robert Sauve_ $ 389 ⁰⁰/ₜₓ

_Three Hundred Eighty Nine_ DOLLARS

**Bank of America**

ACH R/T 053100277

FOR _Roof Materials_

⑈001016⑈ ⑆063000047⑈ 898062051869⑈

00398570001600
398570001600 12-12-2017 >052103065<Bk Delmarva



1017

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1053

DATE _12-22-17_

PAY TO THE ORDER OF _Robert Savve_  $ _694 00/xx_

_Six Hundred Ninety Four_ DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _Fix Front Entry_



⑈0010 17⑈ ⑆063000047⑆ 8980620 51869⑈



301700020500 12-27-2017 >052103065<Bk Delmarva

1018

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE _12·07-17_

PAY TO THE ORDER OF _AMX_                                    $ _694 87/xx_

_SIX     HUNDRED    NINETY    FOUR_ _____ _87/xx_  DOLLARS

**Bank of America**

ACH R/T 063100277
FOR _6-46007_

⑈0010181⑈ ⑆063000047⑇ 898062051869⑈



12/31/17    011533      028    0007145000    AMEX

T5749721948161 > 826199148         ‹

Credit the account of the within named payee

without prejudice TRANSCENTRA  DAL

1004

**27120 OCEAN GATEWAY LLC**

63 4/630 FL
1063

DATE _4-7-16_

PAY TO THE ORDER OF _ACCOUNTABILITY PLUS_                              $ _125 00/xx_

_ONE HUNDRED TWENTY FIVE_ _____ xx DOLLARS 🔒 Security Features Details on Back

**Bank of America** 🇺🇸

ACH R/T 063100277

FOR _27120 OCEAN GATEWAY LLC_



⑈"001004⑈" ⑆:063000047⑆: 898062051869⑈"

Pay to the order of:
Accountability Plus Inc

Pay to the order of:
CHEQ Processing
P.E.G.
(0912-03586)

1019

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE _4-25-18_

PAY TO THE ORDER OF _AMX_ $ _138 75/xx_

_ONE HUNDRED THIRTY EIGHT_ _75/XX_ DOLLARS



**Bank of America**

ACH R/T 06310027

FOR _6-47005_

⑈0010 19⑈ ⑆063000047⑆ 8980620518 69⑈

04/29/18   058981   095   0007145000   AMEX
T6619946822104 > 826199148        ‹
Credit the account of the within named payee
without prejudice TRANSCENTRA  DAL



1021

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE _6-14-18_

PAY TO THE ORDER OF _DELMARVA POWER_   $ _309 18/xx_

_THREE HUNDRED NINE_ _18/xx_ DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _500/ 277X-9YY_

⑈001021⑈ ⑈063000047⑈ 898062051869⑈

Wells Fargo Bank 2020000337502
050012774944 at Wells Fargo Bank
DELMVA P 609





1020

**27120 OCEAN GATEWAY LLC**

63-4/630 FL
1063

DATE _6-2-18_

PAY TO THE ORDER OF _DELMARVA POWER_

$ _181 83/xx_

_EIGHTEEN   HUNDRED   ONE_ _83/xx_ DOLLARS

**Bank of America**

ACH R/T 063100277

FOR _5001  2774  944_

⑈00 10 20⑈ ⑆063000047⑆ 898062051869⑈

Wells Fargo Bank 2020000337502
050012774944 at Wells Fargo Bank
DELMVA P 609



**27120 OCEAN GATEWAY LLC**

1022

63-4/630 FL
1063

DATE 6 -18 -18

PAY TO THE ORDER OF _Chris Banks_ $ 475 00/xx

Four Hundred Seventy Five _____ DOLLARS

**Bank of America**

ACH R T 063100277

FOR _NY # 061018_

⑈0010 22⑈ ⑈063000047⑈ 898062051869⑈

>052101669< 20180619
HEBRON SAVINGS BANK
1305  38

| Item Date | Sequence Number | State Code | Account Number | Routing Number | Amount | Serial Number | Image Indicator | Sorry Indicator | Customer Data | Payee Name | User Field 1 | User Field 2 | ImgVolNo | File Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2017 | 2.99E+09 | FL | 8.98E+11 | 6300004 | $138.75 | 1007 | 1 | 0 | | | | | 1 | Check_PI_000.tif;Check_PI_000B.t |
| 8/31/2017 | 8.25E+09 | FL | 8.98E+11 | 6300004 | $9,690.29 | 1008 | 1 | 0 | | | | | 1 | Check_PI_001.tif;Check_PI_001B.t |
| 9/29/2017 | 5.29E+09 | FL | 8.98E+11 | 6300004 | $1,500.00 | 1010 | 1 | 0 | | | | | 1 | Check_PI_002.tif;Check_PI_002B.t |
| 11/21/2017 | 4.25E+09 | FL | 8.98E+11 | 6300004 | $5,000.00 | 1011 | 1 | 0 | | | | | 1 | Check_PI_003.tif;Check_PI_003B.t |
| 11/24/2017 | 4.65E+09 | FL | 8.98E+11 | 6300004 | $175.00 | 1012 | 1 | 0 | | | | | 1 | Check_PI_004.tif;Check_PI_004B.t |
| 12/4/2017 | 8.69E+09 | FL | 8.98E+11 | 6300004 | $1,203.04 | 1014 | 1 | 0 | | | | | 1 | Check_PI_005.tif;Check_PI_005B.t |
| 12/5/2017 | 4.69E+09 | FL | 8.98E+11 | 6300004 | $867.00 | 1013 | 1 | 0 | | | | | 1 | Check_PI_006.tif;Check_PI_006B.t |
| 12/8/2017 | 4.05E+09 | FL | 8.98E+11 | 6300004 | $9,000.00 | 1015 | 1 | 0 | | | | | 1 | Check_PI_007.tif;Check_PI_007B.t |
| 12/12/2017 | 6.09E+09 | FL | 8.98E+11 | 6300004 | $389.00 | 1016 | 1 | 0 | | | | | 1 | Check_PI_008.tif;Check_PI_008B.t |
| 12/27/2017 | 5.19E+09 | FL | 8.98E+11 | 6300004 | $694.00 | 1017 | 1 | 0 | | | | | 1 | Check_PI_009.tif;Check_PI_009B.t |
| 1/2/2018 | 9.29E+09 | FL | 8.98E+11 | 6300004 | $694.87 | 1018 | 1 | 0 | | | | | 1 | Check_PI_010.tif;Check_PI_010B.t |
| 4/20/2016 | 4.79E+09 | FL | 8.98E+11 | 6300004 | $125.00 | 1004 | 1 | 0 | | | | | 1 | Check_PI_011.tif;Check_PI_011B.t |
| 4/30/2018 | 9.59E+09 | FL | 8.98E+11 | 6300004 | $138.75 | 1019 | 1 | 0 | | | | | 1 | Check_PI_012.tif;Check_PI_012B.t |
| 6/18/2018 | 8.49E+09 | FL | 8.98E+11 | 6300004 | $309.18 | 1021 | 1 | 0 | | | | | 1 | Check_PI_013.tif;Check_PI_013B.t |
| 6/18/2018 | 8.49E+09 | FL | 8.98E+11 | 6300004 | $1,801.83 | 1020 | 1 | 0 | | | | | 1 | Check_PI_014.tif;Check_PI_014B.t |
| 6/19/2018 | 4.59E+09 | FL | 8.98E+11 | 6300004 | $475.00 | 1022 | 1 | 0 | | | | | 1 | Check_PI_015.tif;Check_PI_015B.t |

:if
:if
:if
:if
:if
:if
:if
:if
:if
:if
:if
:if
:if
:if
:if
:if

| Item Date | Sequence Number | Ordinal | End Sequence Number | End Routing Number | End Date | End Bank Name | Bofd | TRUNC | File Name |
|---|---|---|---|---|---|---|---|---|---|
| 8/31/2017 | 8252475930 | 1 | 8252475930 | 0 | 8/31/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 12/5/2017 | 4692009149 | 3 | 4692009149 | 0 | 12/5/2017 | BANK OF AMERICA, NA | 0 | 0 | |
| 12/5/2017 | 4692009149 | 2 | 609887576 | 0 | 12/6/2017 | FEDERAL RES BANK OF ATLANTA | 0 | 0 | |
| 6/30/2017 | 3052653910 | 1 | 3052653910 | 0 | 6/30/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 11/24/2017 | 4652176078 | 1 | 4652176078 | 0 | 11/24/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 4/27/2017 | 2952497833 | 1 | 2952497833 | 0 | 4/27/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 6/30/2017 | 3052653911 | 1 | 3052653911 | 0 | 6/30/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 4/27/2017 | 2952497832 | 1 | 2952497832 | 0 | 4/27/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 5/25/2017 | 5352663106 | 1 | 5352663106 | 0 | 5/25/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 5/25/2017 | 5352663105 | 1 | 5352663105 | 0 | 5/25/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 2/27/2017 | 4052307774 | 1 | 4052307774 | 0 | 2/27/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 8/29/2017 | 4452712395 | 1 | 4452712395 | 0 | 8/29/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 2/27/2017 | 4052307773 | 1 | 4052307773 | 0 | 2/27/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 8/29/2017 | 4452712396 | 1 | 4452712396 | 0 | 8/29/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 12/4/2017 | 3152039432 | 1 | 3152039432 | 0 | 12/4/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 1/2/2018 | 9292958192 | 2 | 9292958192 | 0 | 1/2/2018 | BANK OF AMERICA, NA | 0 | 0 | |
| 12/4/2017 | 3152039433 | 1 | 3152039433 | 0 | 12/4/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 1/3/2018 | 5152908126 | 1 | 5152908126 | 0 | 1/3/2018 | BANK OF AMERICA, NA | 1 | 1 | |
| 1/3/2018 | 5152908127 | 1 | 5152908127 | 0 | 1/3/2018 | BANK OF AMERICA, NA | 1 | 1 | |
| 1/2/2018 | 9292958192 | 1 | 4270505021 | 0 | 1/2/2018 | JPMORGAN CHASE BANK, NA | 1 | 1 | |
| 12/27/2017 | 5192107111 | 3 | 5192107111 | 0 | 12/27/2017 | BANK OF AMERICA, NA | 0 | 0 | |
| 12/27/2017 | 5192107111 | 2 | 930801363 | 0 | 12/28/2017 | FEDERAL RES BANK OF ATLANTA | 0 | 0 | |
| 12/27/2017 | 5192107111 | 1 | 6.571E+14 | 0 | 12/27/2017 | THE BANK OF DELMARVA | 1 | 1 | |
| 5/1/2017 | 2992205094 | 1 | 2992205094 | 0 | 5/1/2017 | BANK OF AMERICA, NA | 1 | 1 | |
| 9/29/2017 | 5292401225 | 2 | 9636355812 | 0 | 10/2/2017 | FEDERAL RES BANK OF ATLANTA | 0 | 0 | |
| 9/29/2017 | 5292401225 | 3 | 5292401225 | 0 | 9/29/2017 | BANK OF AMERICA, NA | 0 | 0 | |
| 12/4/2017 | 8692207159 | 1 | 2670551885 | 0 | 12/4/2017 | JPMORGAN CHASE BANK, NA | 1 | 1 | |
| 12/4/2017 | 8692207159 | 2 | 8692207159 | 0 | 12/4/2017 | BANK OF AMERICA, NA | 0 | 0 | |
| 12/5/2017 | 4692009149 | 1 | 6.549E+14 | 0 | 12/5/2017 | THE BANK OF DELMARVA | 1 | 1 | |
| 9/29/2017 | 5292401225 | 1 | 886529443 | 0 | 9/29/2017 | UNION BANK AND TRUST | 1 | 1 | |
| 12/8/2017 | 4052698329 | 1 | 4052698329 | 0 | 12/8/2017 | BANK OF AMERICA, NA | 1 | 1 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/5/2017 | 3752523742 | 1 | 3752523742 | 0 | 7/5/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 7/5/2017 | 3752523741 | 1 | 3752523741 | 0 | 7/5/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 12/12/2017 | 6092729123 | 3 | 6092729123 | 0 | 12/12/2017 | BANK OF AMERICA, NA | 0 | 0 |
| 3/28/2017 | 3052210788 | 1 | 3052210788 | 0 | 3/28/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 3/28/2017 | 3052210789 | 1 | 3052210789 | 0 | 3/28/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 12/12/2017 | 6092729123 | 2 | 720746719 | 0 | 12/13/2017 | FEDERAL RES BANK OF ATLANTA | 0 | 0 |
| 11/21/2017 | 4252416400 | 1 | 4252416400 | 0 | 11/21/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 12/12/2017 | 6092729123 | 1 | 6.556E+14 | 0 | 12/12/2017 | THE BANK OF DELMARVA | 1 | 1 |
| 4/20/2016 | 4792381850 | 3 | 4792381850 | 0 | 4/20/2016 | BANK OF AMERICA, NA | 0 | 0 |
| 12/1/2016 | 3242111784 | 1 | 3242111784 | 0 | 12/1/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 4/20/2016 | 4792381850 | 2 | 1080841245 | 0 | 4/21/2016 | FEDERAL RES BANK OF ATLANTA | 0 | 0 |
| 6/10/2016 | 6642205072 | 1 | 6642205072 | 0 | 6/10/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 6/10/2016 | 6642205071 | 1 | 6642205071 | 0 | 6/10/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 12/1/2016 | 3242111785 | 1 | 3242111785 | 0 | 12/1/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 3/31/2016 | 3142245268 | 1 | 3142245268 | 0 | 3/31/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 3/31/2016 | 3142245269 | 1 | 3142245269 | 0 | 3/31/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 12/27/2016 | 3352611729 | 1 | 3352611729 | 0 | 12/27/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 4/20/2016 | 4792381850 | 1 | 9010211600 | 0 | 4/20/2016 | NORTH AMERICAN BANKING COMPANY | 1 | 1 |
| 3/31/2016 | 3142245270 | 1 | 3142245270 | 0 | 3/31/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 9/16/2016 | 3752524801 | 1 | 3752524801 | 0 | 9/16/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 1/24/2017 | 3342346923 | 1 | 3342346923 | 0 | 1/24/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 9/16/2016 | 3752524800 | 1 | 3752524800 | 0 | 9/16/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 1/24/2017 | 3342346922 | 1 | 3342346922 | 0 | 1/24/2017 | BANK OF AMERICA, NA | 1 | 1 |
| 12/27/2016 | 3352611731 | 1 | 3352611731 | 0 | 12/27/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 12/27/2016 | 3352611732 | 1 | 3352611732 | 0 | 12/27/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 8/15/2016 | 3642485861 | 1 | 3642485861 | 0 | 8/15/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 12/27/2016 | 3352611730 | 1 | 3352611730 | 0 | 12/27/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 8/15/2016 | 3642485862 | 1 | 3642485862 | 0 | 8/15/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 7/18/2016 | 3142761131 | 1 | 3142761131 | 0 | 7/18/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 7/18/2016 | 3142761130 | 1 | 3142761130 | 0 | 7/18/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 10/25/2016 | 5152477368 | 1 | 5152477368 | 0 | 10/25/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 10/25/2016 | 5152477369 | 1 | 5152477369 | 0 | 10/25/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 5/17/2016 | 3342747330 | 1 | 3342747330 | 0 | 5/17/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 5/17/2016 | 3342747331 | 1 | 3342747331 | 0 | 5/17/2016 | BANK OF AMERICA, NA | 1 | 1 |
| 3/5/2018 | 2952844385 | 1 | 2952844385 | 0 | 3/5/2018 | BANK OF AMERICA, NA | 1 | 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/14/2018 | 4552747651 | 1 | 4552747651 | 0 | 6/14/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 6/14/2018 | 4552747652 | 1 | 4552747652 | 0 | 6/14/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 5/4/2018 | 4052694237 | 1 | 4052694237 | 0 | 5/4/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 6/19/2018 | 4592255048 | 3 | 3424381504 | 0 | 6/20/2018 | FEDERAL RES BANK OF ATLANTA | 0 | 0 |
| 5/4/2018 | 4052694236 | 1 | 4052694236 | 0 | 5/4/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 6/19/2018 | 4592255048 | 4 | 4592255048 | 0 | 6/19/2018 | BANK OF AMERICA, NA | 0 | 0 |
| 6/19/2018 | 4592255048 | 1 | 6.74005E+14 | 0 | 6/19/2018 | HEBRON SAVINGS BANK | 1 | 1 |
| 7/3/2018 | 4452611918 | 1 | 4452611918 | 0 | 7/3/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 6/19/2018 | 4592255048 | 2 | 6.74005E+14 | 0 | 6/19/2018 | HEBRON SAVINGS BANK | 0 | 0 |
| 7/3/2018 | 4452611917 | 1 | 4452611917 | 0 | 7/3/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 4/4/2018 | 5052455514 | 1 | 5052455514 | 0 | 4/4/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 4/4/2018 | 5052455515 | 1 | 5052455515 | 0 | 4/4/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 2/6/2018 | 4852087963 | 1 | 4852087963 | 0 | 2/6/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 3/5/2018 | 2952844384 | 1 | 2952844384 | 0 | 3/5/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 4/30/2018 | 9592844149 | 2 | 9592844149 | 0 | 4/30/2018 | BANK OF AMERICA, NA | 0 | 0 |
| 6/18/2018 | 8492842817 | 1 | 2468837484 | 0 | 6/18/2018 | WELLS FARGO BANK, NA | 1 | 1 |
| 2/6/2018 | 4852087964 | 1 | 4852087964 | 0 | 2/6/2018 | BANK OF AMERICA, NA | 1 | 1 |
| 4/30/2018 | 9592844149 | 1 | 4670989971 | 0 | 4/30/2018 | JPMORGAN CHASE BANK, NA | 1 | 1 |
| 6/18/2018 | 8492842817 | 2 | 8492842817 | 0 | 6/18/2018 | BANK OF AMERICA, NA | 0 | 0 |
| 6/18/2018 | 8492842818 | 1 | 2468837485 | 0 | 6/18/2018 | WELLS FARGO BANK, NA | 1 | 1 |
| 6/18/2018 | 8492842818 | 2 | 8492842818 | 0 | 6/18/2018 | BANK OF AMERICA, NA | 0 | 0 |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📶 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Advantage Checking

for March 31, 2016 to March 31, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 31, 2016 | $0.00 | # of deposits/credits: 1 | |
| Deposits and other credits | 21,297.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 1 | |
| Service fees | -0.00 | Average ledger balance: $21,297.00 | |
| **Ending balance on March 31, 2016** | **$21,297.00** | *[1]Includes checks paid,deposited items&other debits* | |



SMALL BUSINESS COMMUNITY

Cash Flow Management

# The right planning to keep cash flowing

Learn more about forecasting, modeling and budgeting to help you create a cash flow management plan that makes your money work harder for you.

Visit **bankofamerica.com/sbc** today.

ARTQKRH4 | SSM-06-15-0388.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   March 31, 2016 to March 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**      **Equal Housing Lender**

 **Bank of America**

<span style="color:red">**Your checking account**</span>

**27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   March 31, 2016 to March 31, 2016**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/16 | Deposit | 21,297.00 |
| **Total deposits and other credits** | | **$21,297.00** |

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 03/31 | 21,297.00 |

 To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



**Small Business Online Banking**

**TIP OF THE MONTH**

# Transferring funds is a snap

Now you can send **transfers** from business accounts to a Bank of America® personal account, including your own.

Later this year, you'll be able to send transfers from your business accounts to any other Bank of America business account *and* from your personal account to any Bank of America business account.

Click on the **Transfers** tab when logged in at **bankofamerica.com/smallbusiness**.



ARYRND4V | SSM-02-15-0019.B

This page intentionally left blank

*Bus Platinum Privileges*

 **Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Advantage Checking
# Bus Platinum Privileges

for April 1, 2016 to April 30, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2016 | $21,297.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -125.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2016** | **$21,172.00** |

# of deposits/credits: 0

# of withdrawals/debits: 1

# of items-previous cycle[1]: 2

# of days in cycle: 30

Average ledger balance: $21,251.16

[1]*Includes checks paid,deposited items&other debits*

## Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during **National Small Business Week**, May 1 – 7. We're also here to support you week after week, year after year.

Take advantage of expert insight, insider tips and more in the Small Business Community at **bankofamerica.com/bizweek.**



Bank of America, N.A. ©2016 Bank of America Corporation.  |  ARP3WXLW  |  SSM-01-16-8372.B

**27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2016 to April 30, 2016**

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and          Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2016 to April 30, 2016

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 04/20/16 | 1004 | -125.00 |
| **Total checks** | | **-$125.00** |
| **Total # of checks** | | **1** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 03/31/16:

You are an active user of one of the following services    OR    At least one of the following occurred during the previous month

- ◯ Bank of America Merchant Services    ◯ $2,500+    in net new purchases on a linked Business credit card

- ◯ Payroll Service by Intuit®    ✔ $15,000+    average monthly balance in primary checking account

- ◯ Small Business Remote Deposit Online Service    ◯ $35,000+    combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 04/01 | 21,297.00 | 04/20 | 21,172.00 |

✔ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



# Stay informed around the clock

**Online Alerts**[1] help keep you informed.

- Monitor your account balances and receive alerts when payments are due
- Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.



[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.   |   AR5XKMCP   |   SSM-01-16-8548.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2016 to April 30, 2016

This page intentionally left blank

*Bus Platinum Privileges*

 **Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Advantage Checking
# Bus Platinum Privileges

for May 1, 2016 to May 31, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2016 | $21,172.00 |
| Deposits and other credits | 7,261.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2016** | **$28,433.00** |

# of deposits/credits: 1

# of withdrawals/debits: 0

# of items-previous cycle[1]: 1

# of days in cycle: 31

Average ledger balance: $24,685.38

[1]*Includes checks paid,deposited items&other debits*



Small Business
Online Banking

**TIP OF THE MONTH**

# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

[1] The Mobile Banking app is available on iPad, iPhone, and Android devices.[2] For the text message, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Message and data rates may apply. Text STOP to 226526 to cancel and text HELP to 226526 for help.  ARGMRCXW  |  SSM-02-16-0413.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2016 to May 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**      **Equal Housing Lender**



# Your checking account

**27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2016 to May 31, 2016**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/17/16 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 04/29/16:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ◯ Bank of America Merchant Services | ◯ $2,500+ | in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | ✓ $15,000+ | average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | ◯ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|-----------|
| 05/01 | 21,172.00 | 05/17 | 28,433.00 |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



# Do what you love.
# Let us help with the rest.

Watch videos about products and services that can make running your business easier, including the Clover® Station* point-of-sale system.

## Visit **bankofamerica.com/SBvideos**.

*Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV® and Apple Pay™ transactions.
©2015 Bank of America Corporation  ARKCBSKB  |  SSM-09-15-0535.B

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for June 1, 2016 to June 30, 2016                                Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2016 | $28,433.00 | # of deposits/credits: 1 |
| Deposits and other credits | 7,261.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -25,694.00 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $19,812.23 |
| **Ending balance on June 30, 2016** | **$10,000.00** | [1]Includes checks paid,deposited items&other debits |



Small Business
Online Banking

TIP OF THE MONTH



# Dreading the shredding?

**Go paperless** and make a statement.

• Your secure paperless statements don't need storing or shredding
• Get email reminders that link right to your statements for easy access
• View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in
at **bankofamerica.com/smallbusiness**.

©2016 Bank of America Corporation.  |  ARQKTWWW  |  SSM-03-16-0475.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   June 1, 2016 to June 30, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



Bank of America, N.A. Member FDIC and          Equal Housing Lender



# Your checking account

**27120 OCEAN GATEWAY LLC**  |  **Account # 8980 6205 1869**  |  **June 1, 2016 to June 30, 2016**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/10/16 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/15/16 | Online Banking transfer to CHK 2062 Confirmation# 2299201170 | -25,694.00 |
| **Total withdrawals and other debits** | | **-$25,694.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 05/31/16:

You are an active user of one of the following services          OR          At least one of the following occurred during the previous month

| | | |
|---|---|---|
| ◯ Bank of America Merchant Services | ◯ $2,500+ | in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | ✓ $15,000+ | average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | ◯ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

# Markets go up. Markets come down.

Learn five steps to help you manage your investments
in volatile markets at merrilledge.com/5steps



Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

Investment products:  | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |   ARLN38SQ  SSM-02-16-0222.B

**27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   June 1, 2016 to June 30, 2016**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 28,433.00 | 06/10 | 35,694.00 | 06/15 | 10,000.00 |

☑ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

 1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

> Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Business Advantage Checking
# Bus Platinum Privileges

for July 1, 2016 to July 31, 2016                       Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2016 | $10,000.00 | # of deposits/credits: 1 |
| Deposits and other credits | 7,261.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $13,279.16 |
| **Ending balance on July 31, 2016** | **$17,261.00** | [1]Includes checks paid,deposited items&other debits |

What is your credit score and how does it work?

Watch our easy-to-understand video at **BetterMoneyHabits.com** to learn important facts about your credit score.

720

**Better Money Habits®**

Powered by **Bank of America** in partnership with **KHAN** ACADEMY      Bank of America, N.A. ©2016 Bank of America Corporation      SSM-04-16-1303.B | AR6R47CK

PULL: E   CYCLE: 53   SPEC: 0   DELIVERY: P   TYPE:    IMAGE: A   BC: JAX

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  July 1, 2016 to July 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**



**Your checking account**

**27120 OCEAN GATEWAY LLC**  |  **Account # 8980 6205 1869**  |  **July 1, 2016 to July 31, 2016**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/18/16 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 06/30/16:

You are an active user of one of the following services        OR        At least one of the following occurred during the previous month

| | | |
|---|---|---|
| ◯ Bank of America Merchant Services | ◯ $2,500+ | in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | ✓ $15,000+ | average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | ◯ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 07/01 | 10,000.00 | 07/18 | 17,261.00 |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



**Small Business Online Banking**

**TIP OF THE MONTH**

# Take a simple step to help avoid overdraft fees

An overdraft can happen to any business. To help prevent overdraft fees, set up email, text and Mobile Banking app alerts to keep track of transactions and balance changes.*

To learn more and set up Overdraft Protection for your eligible accounts, visit **bankofamerica.com/businessODP** today.



*Alerts received as text messages may incur a charge from your service provider. The Mobile Banking app and Mobile Banking app alerts are not available on select devices. Mobile Banking app alerts are not available on the mobile website.  AR9LLTXQ | SSM-02-15-0019.K

This page intentionally left blank

# Account Changes

We want to make sure you stay up-to-date on changes to your accounts.

**The information provided outlines changes we are making to some of the banking fees that may apply to your Small Business checking and savings accounts. You will also see some changes to the options you have to avoid Monthly Fees on your accounts. Please see listed details on what is changing and when these changes will become effective.**

| Fee | Amount | Effective Date | What to Keep in Mind |
|---|---|---|---|
| **Cash Deposit Processing Fee:** <br><br> **Business Fundamentals®, Business Interest Checking, Business Economy Checking, and Additional Checking** | No fee for first $7,500 in cash deposited per statement cycle, then 30¢ per $100 | Effective October 1, 2016 | The Cash Deposit Processing fee applies when you exceed the statement cycle limit for the amount of cash deposited into the account. <br><br> The fee will not be posted in the month that the cash is deposited as the fee is based on the prior month's transactions. It will be posted and you will see the fee on either your next monthly statement or the following one. <br><br> For information on included accounts and linked accounts, please see the "Frequently Asked Questions about Business Checking and Savings Accounts" section in the Business Schedule of Fees for the state in which you opened your account at: bankofamerica.com/businessfeesataglance |
| **Cash Deposit Processing Fee:** <br><br> **Business Advantage Checking** <br><br> The cash deposited amount is summed across the primary account and the one included Business Advantage checking account to determine total cash deposited per statement cycle. | No fee for first $20,000 in cash deposited per statement cycle, then 30¢ per $100 | Effective October 1, 2016 | |
| **Cash Deposit Processing Fee:** <br><br> **Business Investment Savings Account and accounts having "Business Interest Maximizer" in the name, such as Platinum Business Interest Maximizer savings** | No fee for first $5,000 in cash deposited per statement cycle, then 30¢ per $100 | Effective October 1, 2016 | |
| **Business Advantage Account Change:** <br><br> The Monthly Fee will no longer be waived based on enrollment in Remote Deposit Online Service. | | Effective for statement cycles beginning on or after November 1, 2016 | The $29.95 Monthly Fee is not changing and you can avoid it when you meet any ONE of the following requirements during each statement cycle: <br><br> -Spend $2,500 in new net purchases on a linked business credit card <br><br> -Maintain an average monthly balance of $15,000 or more on the primary account <br><br> -Maintain a combined average monthly balance of $35,000 or more in your linked Bank of America deposit accounts <br><br> -Actively use Bank of America Merchant Services or Payroll Service by Intuit® <br><br> Please review the Business Schedule of Fees for the state in which you opened your account for additional details about the ways to avoid the Monthly Fee at: bankofamerica.com/businessfeesataglance |

Continued on next page

Continued from previous page

| Fee | Amount | Effective Date | What to Keep in Mind |
|---|---|---|---|
| **Business Investment Savings Account Change:**<br><br>Monthly Maintenance Fee Amount and Minimum Daily Balance Requirement | $5 per month; OR Maintain a $2,500 minimum daily balance | Effective for statement cycles beginning on or after November 1, 2016 | Depending on the state in which your account was opened, the $5 Monthly Maintenance Fee is either not changing for you, or is decreasing from $10. You can avoid the $5 Monthly Maintenance Fee on your account when you meet any ONE of the following requirements during each statement cycle:<br><br>-Maintain a minimum daily balance of $2,500 or more in your account<br>OR<br>-Link to your Business Fundamentals checking solution (one per checking solution) |
| **Business Interest Maximizer Account Change:**<br><br>Minimum Daily Balance Requirement<br><br>This change applies to all accounts having "Business Interest Maximizer" in the name, EXCEPT Platinum Business Interest Maximizer savings. | Maintain a $5,000 minimum daily balance | Effective for statement cycles beginning on or after November 1, 2016 | The $15 Monthly Maintenance Fee is not changing and you can avoid it when you meet any ONE of the following requirements during each statement cycle:<br><br>-Maintain a minimum daily account balance of $5,000 or more in your account<br><br>OR<br><br>-Link to your Business Advantage checking solution (one per checking solution) |
| **Check Cashing Fee for Non-customers:**<br><br>If a check you wrote is cashed at Bank of America by an individual who does not have a Bank of America account, the individual may be charged an $8 Check Cashing fee. This fee only applies if the individual cashing the check does not have a Bank of America checking, savings, CD account, Individual Retirement Account (IRA), loan, credit card, mortgage, safe deposit box, or a Merrill Edge or Merrill Lynch investment account. | $8 per check | This fee applies to checks cashed on or after September 19, 2016 | While this fee does not apply to you, it is important to keep this fee in mind in case you issue a check to someone who does not have a Bank of America account and brings it to Bank of America to be cashed.<br><br>You may also want to consider other ways to make payments to individuals or businesses. To learn more about our online payment solutions, please go to: bankofamerica.com/onlinetools |

**We are here to help**

For more information about these changes and other fees that may apply to your accounts, visit your nearby financial center, or review the Business Schedule of Fees for the state in which you opened your account at bankofamerica.com/businessfeesataglance.

Please let us know if you have any questions about these changes or would like to discuss how you may be able to reduce or waive some of these fees by converting your account to another account type. You can stop by a financial center or give us a call at the number listed on this statement.

En los próximos meses, verá cambios en algunos cargos por servicios que podrían aplicarse a sus cuentas de cheques, de ahorros y de Certificados de Depósito (CD) para Pequeñas Empresas. Antes de que entren en vigencia, nos gustaría explicarle qué cargos cambiarán y cuándo lo harán, y también informarle los pasos que puede tomar para evitar algunos de ellos.

Para obtener más información, visite un centro financiero de Bank of America.

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for August 1, 2016 to August 31, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2016 | $17,261.00 |
| Deposits and other credits | 7,261.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -29.95 |
| **Ending balance on August 31, 2016** | **$24,492.05** |

\# of deposits/credits: 1

\# of withdrawals/debits: 1

\# of items-previous cycle[1]: 1

\# of days in cycle: 31

Average ledger balance: $21,212.88

[1]*Includes checks paid,deposited items&other debits*

# Experience arts and culture for FREE!

The Bank of America® Museums on Us® program gives you **one free admission**˙ to more than 150 cultural institutions during the first full weekend of every month.

- Museums
- Botanical gardens
- Science centers
- And more

Learn more at **bankofamerica.com/artsonus**.

˙Requires showing your Bank of America® credit or debit card and a photo ID

Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation    SSM-05-16-0096.B | ARSVDKQ9

PULL: E   CYCLE: 53   SPEC: 0   DELIVERY: P   TYPE:    IMAGE: A   BC: JAX

**27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  August 1, 2016 to August 31, 2016**

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



# Your checking account

**27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   August 1, 2016 to August 31, 2016**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/16 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based on the activity on your business accounts for the statement period ending 07/29/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ○ Bank of America Merchant Services | | ○ $2,500+ in net new purchases on a linked Business credit card |
| ○ Payroll Service by Intuit® | | ○ $15,000+ average monthly balance in primary checking account |
| ○ Small Business Remote Deposit Online Service | | ○ $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 08/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 08/01 | 17,231.05 | 08/15 | 24,492.05 |

---

## Learn how to tackle the high costs of a college education

Get ideas to help you save and invest now at **merrilledge.com/tacklingcollege**

**MERRILL EDGE**
Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | SSM-05-16-0095.B  |  AR3FT93T |

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for September 1, 2016 to September 30, 2016                    Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2016 | $24,492.05 | # of deposits/credits: 2 |
| Deposits and other credits | 7,290.95 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $28,138.52 |
| **Ending balance on September 30, 2016** | **$31,783.00** | [1]*Includes checks paid,deposited items&other debits* |

---

How can we
improve your
business banking?

Join the **Bank of America® Advisory Panel**. You can help
us learn what we're doing right and what we can do better.
And you'll be entered into a drawing for a chance to win a
**$3,000** Visa® gift card just for participating.

To learn more and join, enter code **SBDD** at
**bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 2/28/2017. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2016 Bank of America Corporation. ARGGNCDF  |  SSM-05-16-0087.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   September 1, 2016 to September 30, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   September 1, 2016 to September 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/15/16 | MONTHLY SERVICE CHARGE REFUND | 29.95 |
| 09/16/16 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,290.95** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 08/31/16:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month | |
|---|---|---|---|
| ○ Bank of America Merchant Services | | ○ $2,500+ | in net new purchases on a linked Business credit card |
| ○ Payroll Service by Intuit® | | ✔ $15,000+ | average monthly balance in primary checking account |
| ○ Small Business Remote Deposit Online Service | | ○ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 24,492.05 | 09/15 | 24,522.00 | 09/16 | 31,783.00 |



# Do what you love.
# Let us help with the rest.

Watch videos about products and services that can make running your business easier, including the Clover® Station* point-of-sale system.

Visit **bankofamerica.com/SBvideos**.

*Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV® and Apple Pay™ transactions.
©2015 Bank of America Corporation  ARKCBSKB  |  SSM-09-15-0535.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   September 1, 2016 to September 30, 2016

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for October 1, 2016 to October 31, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2016 | $31,783.00 | # of deposits/credits: 1 |
| Deposits and other credits | 7,261.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $33,422.58 |
| **Ending balance on October 31, 2016** | **$39,044.00** | [1]*Includes checks paid,deposited items&other debits* |

## Show your #troopthanks

We're helping veterans transition back to civilian life with financial education, career opportunities and support of military nonprofit organizations around the country.

Join us! Tag photos and messages with **#troopthanks**, or visit **bankofamerica.com/militarysupport**.

©2016 Bank of America Corporation

SSM-07-16-0098.B | ARMT9ML7

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   October 1, 2016 to October 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and          Equal Housing Lender**

 **Bank of America**

<span style="color:crimson">**Your checking account**</span>

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   October 1, 2016 to October 31, 2016

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/25/16 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 09/30/16:

At least one of the following occurred

- ◯ $250+ in net new purchases on a linked Business debit card
- ◯ $250+ in net new purchases on a linked Business credit card
- ✔ $3,000+ minimum daily balance in primary checking account
- ✔ $5,000+ average monthly balance in primary checking account
- ✔ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 10/01 | 31,783.00 | 10/25 | 39,044.00 |



Small Business Online Banking

TIP OF THE MONTH

# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.



[1] The Mobile Banking app is available on iPad, iPhone, and Android devices. [2] For the text message, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Message and data rates may apply. Text STOP to 226526 to cancel and text HELP to 226526 for help.  ARGMRCXW  |  SSM-02-16-0413.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   October 1, 2016 to October 31, 2016

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for November 1, 2016 to November 30, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2016 | $39,044.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -9,534.54 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $38,726.18 |
| **Ending balance on November 30, 2016** | **$29,509.46** | [1]*Includes checks paid,deposited items&other debits* |

# Manage your competing financial goals

Get tips and insights on how to invest for retirement when other
financial priorities compete at **merrilledge.com/competinggoals**



Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |   SSM-08-16-0068.B  |  ARVHXMX9

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   November 1, 2016 to November 30, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and        Equal Housing Lender**

 **Bank of America** 
<div align="right">

## Your checking account
</div>

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   November 1, 2016 to November 30, 2016

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/30/16 | WICOMICOCTYPTX   DES:1190001626 ID:XXXXXXXXX  INDN:Alan S Bias ID:1911925808 CCD | CO | -9,531.54 |
| 11/30/16 | OFFICIAL PAYMENT DES:ECHECK FEE ID:XXXXXXXXX  INDN:Alan S Bias CCD | CO ID:1911925808 | -3.00 |
| **Total withdrawals and other debits** | | | **-$9,534.54** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 10/31/16:

At least one of the following occurred

- ◯ $250+ in net new purchases on a linked Business debit card
- ◯ $250+ in net new purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 11/01 | 39,044.00 | 11/30 | 29,509.46 |

## Let's use all our connections to fight hunger

**Go to bankofamerica.com/fighthunger**
to donate and encourage your
friends to do the same.



For every
$1 you donate,
we'll give
$2 more.*

*All donations, including the Bank of America Foundation's matching donations, will go to the Feeding America network (the Feeding America National Office, or affiliated local food banks). For individual donations made to Feeding America through the Give a Meal™ program before December 31, 2016, the Foundation will match each donation (up to $1,000 per donor) two-to-one, with a maximum total Foundation donation of up to $50,000 to any individual local food bank, and an aggregate maximum Foundation donation of up to $1,500,000 for all Feeding America programs. Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation          SSM-08-16-0100.B  |  ARBPSDKK

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for December 1, 2016 to December 31, 2016

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2016 | $29,509.46 | # of deposits/credits: 3 |
| Deposits and other credits | 16,731.71 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $38,297.99 |
| **Ending balance on December 31, 2016** | **$46,241.17** | [1]*Includes checks paid,deposited items&other debits* |



Small Business
Online Banking

TIP OF THE MONTH

# Stay informed around the clock

**Online Alerts**[1] help keep you informed.

• Monitor your account balances and receive alerts when payments are due
• Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness**
and click on **Alerts** in the Activity Center.



Activity Center

Alerts

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.  |  AR5XKMCP  |  SSM-01-16-8548.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   December 1, 2016 to December 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and      Equal Housing Lender



# Your checking account

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   December 1, 2016 to December 31, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/16 | Deposit | 7,261.00 |
| 12/27/16 | Deposit | 7,261.00 |
| 12/27/16 | Deposit | 2,209.71 |
| **Total deposits and other credits** | | **$16,731.71** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 11/30/16:

At least one of the following occurred

○ $250+ in net new purchases on a linked Business debit card

○ $250+ in net new purchases on a linked Business credit card

✓ $3,000+ minimum daily balance in primary checking account

✓ $5,000+ average monthly balance in primary checking account

✓ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|-----------|
| 12/01 | 36,770.46 | 12/27 | 46,241.17 |

## How can we improve your business banking?

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better. And you'll be entered into a drawing for a chance to win a **$3,000** Visa® gift card just for participating.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 2/28/2017. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2016 Bank of America Corporation. ARGGNCDF  |  SSM-05-16-0087.B

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for January 1, 2017 to January 31, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2017 | $46,241.17 | # of deposits/credits: 1 |
| Deposits and other credits | 7,261.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 3 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $48,114.97 |
| **Ending balance on January 31, 2017** | **$53,502.17** | [1]*Includes checks paid,deposited items&other debits* |

**Here's a tip**

Don't miss important account notifications — keep your contact information updated.

It's quick and easy to keep your phone number, email and mailing address up to date. Go to **Profile & Settings and review your information**. You'll help make sure you receive all of your notices and help stay on top of your account.

**Is your contact info up to date? Check now in Online Banking at bankofamerica.com.**

©2016 Bank of America Corporation

SSM-06-16-0154.C  |  ARJLMSYH

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   January 1, 2017 to January 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   January 1, 2017 to January 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 01/24/17 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 12/30/16:

At least one of the following occurred

○ $250+ in net new purchases on a linked Business debit card

○ $250+ in net new purchases on a linked Business credit card

☑ $3,000+ minimum daily balance in primary checking account

☑ $5,000+ average monthly balance in primary checking account

☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 01/01 | 46,241.17 | 01/24 | 53,502.17 |

Thank you for choosing Bank of America.

SSM-08-16-0162.C  |  ARRNPKDC

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for February 1, 2017 to February 28, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---:|
| Beginning balance on February 1, 2017 | $53,502.17 |
| Deposits and other credits | 7,261.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 28, 2017** | **$60,763.17** |

# of deposits/credits: 1

# of withdrawals/debits: 0

# of items-previous cycle[1]: 1

# of days in cycle: 28

Average ledger balance: $54,020.81

[1]*Includes checks paid,deposited items&other debits*



**Small Business
Online Banking**

**TIP OF THE MONTH**

# Stay informed around the clock

**Online Alerts**[1] help keep you informed.

• Monitor your account balances and receive alerts when payments are due

• Be notified when transactions have cleared

To activate Alerts, go to **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.  |  ARXHLMSM  |  SSM-10-16-0044.B



27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  February 1, 2017 to February 28, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and     Equal Housing Lender**



## Your checking account

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   February 1, 2017 to February 28, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/27/17 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 01/31/17:

At least one of the following occurred

- ○ $250+ in net new purchases on a linked Business debit card
- ○ $250+ in net new purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ✓ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 02/01 | 53,502.17 | 02/27 | 60,763.17 |

Read our article online:

## "How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**



Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |        ARPGXDQ5 | SSM-11-16-0060.B

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🔲 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for March 1, 2017 to March 31, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2017 | $60,763.17 | # of deposits/credits: 1 |
| Deposits and other credits | 7,261.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $61,700.07 |
| **Ending balance on March 31, 2017** | **$68,024.17** | [1]*Includes checks paid,deposited items&other debits* |



Small Business
Online Banking

**TIP OF THE MONTH**

# Banking at your fingertips



Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

[1] Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply.  [2] For the text message, supported carriers include but are not limited to AT&T, Verizon Wireless, T-Mobile®, MetroPCS, Sprint, Boost, Virgin Mobile USA, Cincinnati Bell, U.S. Cellular®. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help.
©2017 Bank of America Corporation.  |  ARPH6MVV  |  SSM-10-16-0611.B

27120 OCEAN GATEWAY LLC | Account # 8980 6205 1869 | March 1, 2017 to March 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   March 1, 2017 to March 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/28/17 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 02/28/17:

At least one of the following occurred

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 03/01 | 60,763.17 | 03/28 | 68,024.17 |

**Celebrate 20 years of Museums on Us®**

During the first full weekend of every month, just show your Bank of America® debit or credit card and a photo ID for **one free general admission** to more than 150 cultural institutions.

Learn more at **bankofamerica.com/artsonus**.

Make a date with your favorite museum

Bank of America ⊗

©2017 Bank of America Corporation          SSM-11-16-0484.B  |  ARMBCHVK

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   March 1, 2017 to March 31, 2017

This page intentionally left blank

BUSINESS  PLATINUM  PRIVILEGES(TM)

# Congratulations! You have qualified for our business rewards and recognition program.

As one of our valued customers, you have automatically qualified for the Business Platinum Privileges(TM) program (footnote 1) because you maintain a combined balance of $50,000 or more in business deposit accounts with Bank of America and you have a small business checking account. This complimentary program, which comes at no cost to you, includes the following extra benefits:

- A Priority Service Team, dedicated small business customer service specialists to answer your questions quickly and efficiently

- No minimum balance requirement on business savings with the Platinum Business Interest Maximizer(TM) account (footnote 2), and you will pay no monthly maintenance fee

- Reduced rates when you open a new business line of credit (footnote 3)

- Access to Merrill Edge® investment and retirement services, designed to meet the unique needs of small businesses, plus, get up to $600 when you open and fund a Merrill Edge Business Investor Account (footnote 4)

## Learn more about the Business Platinum Privileges program today.

Visit bankofamerica.com/businessplatinum or stop by the nearest financial center.

Call 888.BUSINESS (888.287.4637) to speak with our dedicated Priority Service Team.

Note: When calling our dedicated customer service specialists, please have your Access ID/PIN or your Bank of America account number on hand to verify your account.





Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

*(Please see reverse for important disclosures.)*

Addendum to:

Business Schedule of Fees (Effective November 6, 2015)

This Addendum supplements the Business Schedule of Fees. Please retain this document for your records. For purposes of this Addendum, "you" and "your" means the corporation, unincorporated association, limited liability company, limited liability partnership, partnership, sole proprietorship, or other entity holding a business account (other than a Commercial account) with Bank of America in any capacity other than an individual capacity.

## Business Platinum Privileges(TM)

You automatically qualify for the Business Platinum Privileges program when you maintain a combined balance of $50,000 or more in eligible business deposit accounts with Bank of America, and you have an open Business Fundamentals® checking, Business Interest checking or Business Advantage checking account with Bank of America. The combined balance requirement is calculated based on the average daily balance for the month in your Bank of America business deposit account(s), and applies only when the owner of the business checking account and the owner of the other eligible deposit account(s) share the same Taxpayer Identification Number (TIN). Public service trust accounts, such as IOLTA accounts, are not counted toward the combined balance. Your enrollment in Business Platinum Privileges becomes effective in the month following the month in which you qualify. Some Business Platinum Privileges benefits are automatic; other benefits may require you to open a new account or take other action. Read carefully the terms of any Business Platinum Privileges offer to understand the action required.

The benefits of the Business Platinum Privileges program will be described to you separately. We may change or terminate Business Platinum Privileges program rules or benefits at any time, without prior notice. Your enrollment in Business Platinum Privileges will discontinue if you do not qualify during a calendar quarter, and you do not restore your qualification during the following calendar quarter. You will be considered not qualified during a calendar quarter if neither your average daily balance for the quarter nor your quarter end balance satisfy the combined balance requirement, or you do not have an open, eligible business checking account with Bank of America as of the end of the quarter.

For Merrill Lynch Wealth Management clients, your eligible combined balances will be reviewed annually to ensure you continue to qualify for benefits. Your enrollment in Business Platinum Privileges will discontinue if you do not qualify at the annual review, and you do not restore your qualification within a 90 day period. You will be considered not to qualify at the annual review if your average daily balance for the prior 12 months did not satisfy the combined balance requirement, or you do not have an open eligible business checking account with Bank of America at the end of such year. The annual review will be conducted as of June 30 of each year. In the event that your enrollment is discontinued, your Business Platinum Privileges benefits may be discontinued immediately without further notice. If you have defaulted on a business credit account with Bank of America or its affiliates, we may exclude you from eligibility for Business Platinum Privileges. If you are enrolled in Business Platinum Privileges and you default under a business credit account with Bank of America or its affiliates, we may immediately discontinue your enrollment in Business Platinum Privileges. You will be considered for re-enrollment after 12 months. Review for defaults will be conducted monthly.

1 Please see the above Business Platinum Privileges Addendum to your Business Schedule of Fees.

2 New Business Platinum Privileges(TM) customers at point of sale will be eligible to open up a Platinum Business Interest Maximizer(TM) savings account immediately, but will be enrolled officially in the program the following month. Other benefits will activate upon enrollment. The Platinum Business Interest Maximizer(TM) account is only available on request to customers enrolled in the Business Platinum Privileges program, or whose opening balance qualifies them for the Business Platinum Privileges program. Limit of one Platinum Business Interest Maximizer(TM) account may be opened per customer. Your enrollment in Business Platinum Privileges will not automatically convert any existing or new money market savings account to a Platinum Business Interest Maximizer(TM) without your request. See the Business Platinum Privileges Addendum above for a description of the requirements for enrollment in Business Platinum Privileges. If your enrollment in the Business Platinum Privileges program is discontinued, your Platinum Business Interest Maximizer(TM) account will automatically convert to a Business Interest Maximizer(TM) account and the interest rate and fees for that subsequent account will apply.

3 Credit is subject to approval; normal credit standards apply. Credit is issued by Bank of America, N.A.

4 To qualify for this cash offer, you must open a Merrill Edge® Business Investor Account ("BIA") and fund the account within 45 days with funds originating from outside Merrill Lynch and Bank of America. The balance must be held in the account for a minimum of 90 consecutive days following the funding date. For purposes of this offer, qualifying balance shall mean total incoming assets or transfers (including cash, securities and/or margin debit balance transfers) from external accounts, minus assets withdrawn or transferred out of the account within the 90 day holding period. The cash reward will be paid out as follows: $20,000-$49,999, receive $100; for $50,000-$99,999, receive $150; for $100,000-$199,999, receive $250; for $200,000 or more, receive $600. The reward will be paid within two weeks after meeting the qualifying criteria. Depending on your particular circumstances, the value of this reward you receive may constitute taxable income. In addition, Merrill Lynch may issue an Internal Revenue Service Form 1099 (or other appropriate form) to you that reflects the value of such reward. Please consult your tax advisor. Merrill Edge reserves the right to change or cancel this offer at any time. Merrill Edge does not provide legal or tax advice.

The offering of cash rewards, free trades, waiver of fees (including account fees), and/or any other thing of value may not be used as an inducement to sell any kind of insurance, including life insurance or annuities.

Some Merrill Edge® benefits may be available to customers with less than $50,000 in investable assets. Please speak with a Financial Solutions Advisor for more information about Merrill Edge®.

The BIA account is a brokerage account, not a bank account. Deposit items such as checks, wires and ACH transactions are subject to availability delays based on deposit type and assets held at Merrill Lynch. Please refer to the account documents for more information. The BIA account has limits on monthly disbursements: More than three checks in any calendar month or six total disbursements in any calendar month. Withdrawals exceeding these limits are subject to a $15 fee per item.

Merrill Edge is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center (investment guidance) and self-directed online investing.

MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. Platinum Business Interest Maximizer and Business Platinum Privileges are trademarks and Merrill Edge, Business Fundamentals, Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.

Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation.   ARMYNQFV   SSM-08-16-0257.B

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖱 bankofamerica.com

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for April 1, 2017 to April 30, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2017 | $68,024.17 |
| Deposits and other credits | 14,522.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2017** | **$82,546.17** |

\# of deposits/credits: 2

\# of withdrawals/debits: 0

\# of items-previous cycle[1]: 1

\# of days in cycle: 30

Average ledger balance: $69,718.40

[1]*Includes checks paid, deposited items & other debits*

---

Bank of America **Business Advantage**

## Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during **National Small Business Week,** April 30–May 6, and throughout the month of May.

Whatever the size of your business, we take the time to help you find the smartest path to long-term growth. Visit **bankofamerica.com/bizweek** today.



Bank of America, N.A. ©2017 Bank of America Corporation.  |  ARSG7DYC  |  SSM-01-17-2126.B

---

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2017 to April 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and     Equal Housing Lender**

 **Bank of America**

# Your checking account

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/17 | Deposit | 7,261.00 |
| 04/28/17 | WIRE TYPE:WIRE IN DATE: 170428 TIME:1438 ET TRN:2017042800405419 SEQ:2017042800166745/019007 ORIG:JEFFREY M SISKIND ID:002090001079721 SND BK:W ELLS FARGO BANK, NA ID:121000248 PMT DET:006640011 8422168 | 7,261.00 |
| **Total deposits and other credits** | | **$14,522.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 03/31/17:

At least one of the following occurred

○ $250+ in new net purchases on a linked Business debit card

○ $250+ in new net purchases on a linked Business credit card

☑ $3,000+ minimum daily balance in primary checking account

☑ $5,000+ average monthly balance in primary checking account

☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 68,024.17 | 04/27 | 75,285.17 | 04/28 | 82,546.17 |



Small Business
Online Banking

TIP OF THE MONTH

# Dreading the shredding?

**Go paperless** and make a statement.

• Your secure paperless statements don't need storing or shredding
• Get email reminders that link right to your statements for easy access
• View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.



©2017 Bank of America Corporation.  |  AR86PR99  |  SSM-11-16-0507.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2017 to April 30, 2017

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📶 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for May 1, 2017 to May 31, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2017 | $82,546.17 |
| Deposits and other credits | 14,522.00 |
| Withdrawals and other debits | -14,522.00 |
| Checks | -138.75 |
| Service fees | -54.00 |
| **Ending balance on May 31, 2017** | **$82,353.42** |

# of deposits/credits: 2

# of withdrawals/debits: 7

# of items-previous cycle[1]: 1

# of days in cycle: 31

Average ledger balance: $76,757.74

[1]*Includes checks paid,deposited items&other debits*



Small Business
Online Banking

**TIP OF THE MONTH**

# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.



[1] Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply. [2] For the text message, supported carriers include but are not limited to AT&T, Verizon Wireless, T-Mobile®, MetroPCS, Sprint, Boost, Virgin Mobile USA, Cincinnati Bell, U.S. Cellular®. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help. ©2017 Bank of America Corporation.  |  ARPH6MVV  |  SSM-10-16-0611.B

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  May 1, 2017 to May 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

-   Tell us your name and account number.
-   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
-   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

 **Bank of America**

<span style="color:red">**Your checking account**</span>

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2017 to May 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 05/25/17 | Deposit | 7,261.00 |
| 05/30/17 | WIRE TYPE:WIRE IN DATE: 170530 TIME:1502 ET TRN:2017053000517410 SEQ:2017053000161803/016516 ORIG:JEFFREY M SISKIND ID:002090001079721 SND BK:W ELLS FARGO BANK, NA ID:121000248 PMT DET:006648915 0543321 | 7,261.00 |
| **Total deposits and other credits** | | **$14,522.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 05/01/17 | RETURN ITEM CHARGEBACK | -7,261.00 |
| 05/30/17 | RETURN ITEM CHARGEBACK | -7,261.00 |
| **Total withdrawals and other debits** | | **-$14,522.00** |

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 05/01/17 | 1007 | -138.75 |
| **Total checks** | | **-$138.75** |
| **Total # of checks** | | **1** |



Small Business
Online Banking

TIP OF THE MONTH

# Dreading the shredding?

**Go paperless** and make a statement.

• Your secure paperless statements don't need storing or shredding
• Get email reminders that link right to your statements for easy access
• View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.



STATEMENT

©2017 Bank of America Corporation.  |  AR86PR99  |  SSM-11-16-0507.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2017 to May 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 04/28/17:

At least one of the following occurred

○  $250+ in new net purchases on a linked Business debit card

○  $250+ in new net purchases on a linked Business credit card

☑  $3,000+ minimum daily balance in primary checking account

☑  $5,000+ average monthly balance in primary checking account

☑  $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/01/17 | Wire Transfer Fee | -15.00 |
| 05/01/17 | RETURNED ITEM CHARGEBACK FEE | -12.00 |
| 05/30/17 | RETURNED ITEM CHARGEBACK FEE | -12.00 |
| 05/31/17 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$54.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 05/01 | 75,119.42 | 05/30 | 82,368.42 | 05/31 | 82,353.42 |
| 05/25 | 82,380.42 | | | | |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖊 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for June 1, 2017 to June 30, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2017 | $82,353.42 |
| Deposits and other credits | 7,315.00 |
| Withdrawals and other debits | -10,000.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2017** | **$79,668.42** |

# of deposits/credits: 3

# of withdrawals/debits: 1

# of items-previous cycle[1]: 2

# of days in cycle: 30

Average ledger balance: $76,290.92

[1]*Includes checks paid,deposited items&other debits*

Bank of America **Business Advantage**



## Send payments with ACH

As a small business owner, did you know you can pay vendors and suppliers at other financial institutions — outside of Bank of America — using ACH payments?

Simply use Online Banking to make cost-effective electronic fund transfers with ACH: $10 for next-day delivery and $3 for 3-day delivery. Log in or enroll at bankofamerica.com/smallbusiness. Click the **Transfers** tab, then select **Send Money to Someone** and then **Using Their Account Number at Another Bank**.

Online Banking
TIP OF
THE MONTH

AR7C4SJ9
SSM-02-17-0641.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   June 1, 2017 to June 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   June 1, 2017 to June 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/15/17 | MONTHLY SERVICE CHARGE REFUND | 30.00 |
| 06/15/17 | RETURNED ITEM FEE REFUND | 24.00 |
| 06/30/17 | Counter Credit | 7,261.00 |
| **Total deposits and other credits** | | **$7,315.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/12/17 | Online Banking transfer to CHK 2062 Confirmation# 6430473530 | -10,000.00 |
| **Total withdrawals and other debits** | | **-$10,000.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 05/31/17:

At least one of the following occurred

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V  |  SSM-02-17-0642.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   June 1, 2017 to June 30, 2017

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 82,353.42 | 06/15 | 72,407.42 | 06/30 | 79,668.42 |
| 06/12 | 72,353.42 | | | | |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for July 1, 2017 to July 31, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on July 1, 2017 | $79,668.42 |
| Deposits and other credits | 14,522.00 |
| Withdrawals and other debits | -7,261.00 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on July 31, 2017** | **$86,917.42** |

# of deposits/credits: 2

# of withdrawals/debits: 2

# of items-previous cycle[1]: 1

# of days in cycle: 31

Average ledger balance: $85,982.06

[1]*Includes checks paid,deposited items&other debits*

Bank of America **Business Advantage**



Online Banking
**TIP OF
THE MONTH**

## Stay informed around the clock

**Online Alerts**[1] help keep you informed.

• Monitor your account balances and receive alerts when payments are due
• Be notified when transactions have cleared

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not
available on the Mobile website. Wireless carrier fees may apply.  ©2017 Bank of America Corporation.  |  ARVB5JGG | SSM-04-17-0040.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   July 1, 2017 to July 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

 – Tell us your name and account number.
 – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
 – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  July 1, 2017 to July 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/17 | WIRE TYPE:WIRE IN DATE: 170705 TIME:0912 ET TRN:2017070500378894 SEQ:2017070500060331/004287 ORIG:JEFFREY M SISKIND ID: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 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0066489184042 634 | 7,261.00 |
| 07/05/17 | Counter Credit | 7,261.00 |
| **Total deposits and other credits** | | **$14,522.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/17 | RETURN ITEM CHARGEBACK | -7,261.00 |
| **Total withdrawals and other debits** | | **-$7,261.00** |

How can we improve your business banking?

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better. And you'll be entered into a drawing for a chance to win Visa® gift cards totaling **$3,000** just for joining.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 12/31/2017. Inclusion on the Advisory Panel subject to qualifications. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2017 Bank of America Corporation. SSM-02-17-0048.B  |  ARW78P9K

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   July 1, 2017 to July 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 06/30/17:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month | |
|---|---|---|---|
| ○ Bank of America Merchant Services | | ○ | $2,500+ in new net purchases on a linked Business credit card |
| ○ Payroll Services | | ✓ | $15,000+ average monthly balance in primary checking account |
| | | ✓ | $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 07/05/17 | RETURNED ITEM CHARGEBACK FEE | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 07/01 | 79,668.42 | 07/05 | 86,917.42 |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

 1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Checking
## Bus Platinum Privileges

for August 1, 2017 to August 31, 2017                    Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2017 | $86,917.42 | # of deposits/credits: 1 |
| Deposits and other credits | 7,261.00 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -47,261.00 | # of items-previous cycle[1]: 1 |
| Checks | -9,690.29 | # of days in cycle: 31 |
| Service fees | -12.00 | Average ledger balance: $81,911.60 |
| **Ending balance on August 31, 2017** | **$37,215.13** | [1]*Includes checks paid,deposited items&other debits* |



Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642.B

PULL: E   CYCLE: 53   SPEC: 0   DELIVERY: P   TYPE:    IMAGE: A   BC: JAX

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   August 1, 2017 to August 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



<span style="color:red">**Your checking account**</span>

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   August 1, 2017 to August 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/29/17 | Deposit | 7,261.00 |
| **Total deposits and other credits** | | **$7,261.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/28/17 | Online Banking transfer to CHK 2062 Confirmation# 1395143166 | -40,000.00 |
| 08/31/17 | RETURN ITEM CHARGEBACK | -7,261.00 |
| **Total withdrawals and other debits** | | **-$47,261.00** |

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 08/31/17 | 1008 | -9,690.29 |
| **Total checks** | | **-$9,690.29** |
| **Total # of checks** | | **1** |

---

Bank of America **Business Advantage**



## Banking at your fingertips

Mobile Banking[1] allows you to manage your business account on the go.

Download our free Mobile Banking app at **bankofamerica.com/getmobileapp**.

Online Banking
TIP OF
THE MONTH

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply.
©2017 Bank of America Corporation.  |  ART3K7YD | SSM-04-17-0042.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   August 1, 2017 to August 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 07/31/17:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ◯  Bank of America Merchant Services | | ◯  $2,500+  in new net purchases on a linked Business credit card |
| ◯  Payroll Services | | ✔  $15,000+  average monthly balance in primary checking account |
| | | ✔  $35,000+  combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/31/17 | RETURNED ITEM CHARGEBACK FEE | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 86,917.42 | 08/29 | 54,178.42 | 08/31 | 37,215.13 |
| 08/28 | 46,917.42 | | | | |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, updates, reminders, and any other important details that could impact you.

**We are making changes to the discounts we offer for business check and deposit slip orders.**

Starting November 3, 2017, we will no longer offer a $5 discount on business checks or deposit slips ordered by phone.

We will continue to offer a $5 discount on business checks and deposit slips ordered through the Mobile Banking app and Online Banking. For more information about business checks and deposit slip orders, please go to bankofamerica.com/orderbusinesschecks.

Keep in mind, there are other ways to make payments instead of using a check. You can use Mobile or Online Banking to pay your bills through Bill Pay (Footnote 1). Additionally, with the Mobile Banking app, you can deposit a check using your smartphone or tablet using Mobile Check Deposit (Footnote 2). You can learn more about online product and service solutions for your business needs at bankofamerica.com/onlinetools.

(Footnote 1) Mobile banking requires that you download the mobile banking app and is only available for select mobile devices. Message and Data fees may apply.

(Footnote 2) Mobile Check Deposits are subject to verification and not available for immediate withdrawal. In the Mobile Banking app, select Help & Support, then Mobile Check Deposit for details, including funds availability, deposit limits, proper disposal of checks, restrictions and terms and conditions. Requires at least a 2-megapixel camera. Data connection required. Wireless carrier fees may apply.

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   August 1, 2017 to August 31, 2017

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for September 1, 2017 to September 30, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2017 | $37,215.13 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -10,000.00 |
| Checks | -1,500.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2017** | **$25,715.13** |

# of deposits/credits: 0

# of withdrawals/debits: 2

# of items-previous cycle[1]: 2

# of days in cycle: 30

Average ledger balance: $36,115.13

[1]*Includes checks paid,deposited items&other debits*



Bank of America **Business Advantage**

# Send payments with ACH

As a small business owner, did you know you can pay vendors and suppliers at other financial institutions—outside of Bank of America—using ACH payments?

Simply use Online Banking to make cost-effective electronic fund transfers with ACH: $10 for next-day delivery and $3 for 3-day delivery. Log in or enroll at bankofamerica.com/smallbusiness. Click the **Transfers** tab, then select **Send Money to Someone** and then **Using Their Account Number at Another Bank**.

Online Banking
T I P  O F
T H E  M O N T H

AR7C4SJ9
SSM-02-17-0641.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   September 1, 2017 to September 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 Bank of America, N.A. Member FDIC and   Equal Housing Lender

 **Bank of America**

## Your checking account

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   September 1, 2017 to September 30, 2017

During the month of October, Bank of America will be celebrating Women's Small Business Month. Visit the Small Business Community online at bankofamerica.com/sbc to view our 2017 Women Business Owner Spotlight, read articles from small business experts and join the discussions.

Celebrate 20 years of Museums on Us®. During the first full weekend of every month, just show your Bank of America® credit card and a photo ID for one free general admission to more than 175 cultural institutions. Learn more at bankofamerica.com/artsonus.

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/28/17 | Online Banking transfer to CHK 2062 Confirmation# 3363447079 | -10,000.00 |
| **Total withdrawals and other debits** | | **-$10,000.00** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 09/29/17 | 1010 | -1,500.00 |
| **Total checks** | | **-$1,500.00** |
| **Total # of checks** | | **1** |

Bank of America **Business Advantage**



Online Banking
**TIP OF
THE MONTH**

## Dreading the shredding?

**Go paperless** and make a statement.

- Eliminate storing and shredding
- Get email reminders that link to your statements
- View and download business statements anytime

Just log in to Online Banking, and click on **Profiles & Settings** (in the upper right, next to **Sign Out**).
To enroll in Online Banking, visit **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation.  |  AR6FCKFN | SSM-06-17-0139.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   September 1, 2017 to September 30, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 08/31/17:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ◯  Bank of America Merchant Services | | ◯  $2,500+   in new net purchases on a linked Business credit card |
| ◯  Payroll Services | | ✔  $15,000+   average monthly balance in primary checking account |
| | | ✔  $35,000+   combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 37,215.13 | 09/28 | 27,215.13 | 09/29 | 25,715.13 |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking
# Bus Platinum Privileges

for October 1, 2017 to October 31, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2017 | $25,715.13 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $25,715.13 |
| **Ending balance on October 31, 2017** | **$25,715.13** | ¹*Includes checks paid,deposited items&other debits* |

How can we
improve your
business banking?

Join the **Bank of America**® **Advisory Panel**. You can help us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.                    SSM-06-17-0635.A1 | AR687WH3

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   October 1, 2017 to October 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 09/29/17:

You are an active user of one of the following services                    OR        At least one of the following occurred during the previous month

◯   Bank of America Merchant Services

◯   Payroll Services

◯   $2,500+    in new net purchases on a linked Business credit card

✔   $15,000+    average monthly balance in primary checking account

✔   $35,000+    combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 10/01 | 25,715.13 |

Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   October 1, 2017 to October 31, 2017

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Advantage Checking
# Bus Platinum Privileges

for November 1, 2017 to November 30, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2017 | $25,715.13 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -4,000.00 | # of items-previous cycle[1]: 0 |
| Checks | -5,175.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $22,807.63 |
| **Ending balance on November 30, 2017** | **$16,540.13** | [1]*Includes checks paid,deposited items&other debits* |

---

Bank of America **Business Advantage**



# Banking at your fingertips

Mobile Banking[1] allows you to manage your business account on the go.

Download our free Mobile Banking app at **bankofamerica.com/getmobileapp**.

Online Banking
**TIP OF
THE MONTH**

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply.
©2017 Bank of America Corporation.  |  ART3K7YD  |  SSM-04-17-0042.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   November 1, 2017 to November 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   November 1, 2017 to November 30, 2017

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/22/17 | Online Banking transfer to CHK 2062 Confirmation# 6338530845 | -4,000.00 |
| **Total withdrawals and other debits** | | **-$4,000.00** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 11/21/17 | 1011 | -5,000.00 | | 11/24/17 | 1012 | -175.00 |
| | | | | **Total checks** | | **-$5,175.00** |
| | | | | **Total # of checks** | | **2** |

How can we improve your business banking?

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.          SSM-06-17-0635.A1   |   AR687WH3

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   November 1, 2017 to November 30, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 10/31/17:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ◯ Bank of America Merchant Services | | ◯ $2,500+ in new net purchases on a linked Business credit card |
| ◯ Payroll Services | | ✓ $15,000+ average monthly balance in primary checking account |
| | | ◯ $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 25,715.13 | 11/22 | 16,715.13 | 11/24 | 16,540.13 |
| 11/21 | 20,715.13 | | | | |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Advantage Checking
# Bus Platinum Privileges

for December 1, 2017 to December 31, 2017

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2017 | $16,540.13 | # of deposits/credits: 1 |
| Deposits and other credits | 625.00 | # of withdrawals/debits: 5 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 2 |
| Checks | -12,153.04 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $7,932.25 |
| **Ending balance on December 31, 2017** | **$5,012.09** | [1]*Includes checks paid,deposited items&other debits* |



Bank of America **Business Advantage**

# Dreading the shredding?

**Go paperless** and make a statement.

• Eliminate storing and shredding
• Get email reminders that link to your statements
• View and download business statements anytime

Just log in to Online Banking, and click on **Profiles & Settings** (in the upper right, next to **Sign Out**).
To enroll in Online Banking, visit **bankofamerica.com/smallbusiness**.

Online Banking
**T I P  O F**
**T H E  M O N T H**

©2017 Bank of America Corporation.  |  AR6FCKFN | SSM-06-17-0139.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   December 1, 2017 to December 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 Bank of America, N.A. Member FDIC and   Equal Housing Lender



# Your checking account

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   December 1, 2017 to December 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/04/17 | Deposit | 625.00 |
| **Total deposits and other credits** | | **$625.00** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 12/05/17 | 1013 | -867.00 | | 12/12/17 | 1016 | -389.00 |
| 12/04/17 | 1014 | -1,203.04 | | 12/27/17 | 1017 | -694.00 |
| 12/08/17 | 1015 | -9,000.00 | | | | |
| | | | | **Total checks** | | **-$12,153.04** |
| | | | | **Total # of checks** | | **5** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 11/30/17:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ○ Bank of America Merchant Services | | ○ $2,500+ in new net purchases on a linked Business credit card |
| ○ Payroll Services | | ✓ $15,000+ average monthly balance in primary checking account |
| | | ○ $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.



Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V  |  SSM-02-17-0642.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   December 1, 2017 to December 31, 2017

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 16,540.13 | 12/05 | 15,095.09 | 12/12 | 5,706.09 |
| 12/04 | 15,962.09 | 12/08 | 6,095.09 | 12/27 | 5,012.09 |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Advantage Checking
# Bus Platinum Privileges

for January 1, 2018 to January 31, 2018

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2018 | $5,012.09 | # of deposits/credits: 1 |
| Deposits and other credits | 625.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 6 |
| Checks | -694.87 | # of days in cycle: 31 |
| Service fees | -29.95 | Average ledger balance: $4,895.32 |
| **Ending balance on January 31, 2018** | **$4,912.27** | [1]*Includes checks paid,deposited items&other debits* |

---



Bank of America **Business Advantage**

Online Banking
TIP OF
THE MONTH

# Send payments with ACH

As a small business owner, did you know you can pay vendors and suppliers at other financial institutions — outside of Bank of America — using ACH payments?

Simply use Online Banking to make cost-effective electronic fund transfers with ACH: $10 for next-day delivery and $3 for 3-day delivery. Log in or enroll at bankofamerica.com/smallbusiness. Click the **Transfers** tab, then select **Send Money to Someone** and then **Using Their Account Number at Another Bank**.

AR7C4SJ9
SSM-02-17-0641.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   January 1, 2018 to January 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   January 1, 2018 to January 31, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/18 | Deposit | 625.00 |
| **Total deposits and other credits** | | **$625.00** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 01/02/18 | 1018 | -694.87 |
| **Total checks** | | **-$694.87** |
| **Total # of checks** | | **1** |

## Service fees

Based on the activity on your business accounts for the statement period ending 12/29/17, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services        OR        At least one of the following occurred during the previous month

○   Bank of America Merchant Services                    ○   $2,500+     in new net purchases on a linked Business credit card

○   Payroll Services                                      ○   $15,000+    average monthly balance in primary checking account

                                                         ○   $35,000+    combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 01/02/18 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

---

Bank of America **Business Advantage**



Online Banking
**TIP OF
THE MONTH**

# Stay informed around the clock

**Online Alerts**[1] help keep you informed.

• Monitor your account balances and receive alerts when payments are due
• Be notified when transactions have cleared

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.  ©2017 Bank of America Corporation.  |  ARVB5JGG  |  SSM-04-17-0040.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   January 1, 2018 to January 31, 2018

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 01/01 | 5,012.09 | 01/02 | 4,287.27 | 01/03 | 4,912.27 |

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for February 1, 2018 to February 28, 2018

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---:|
| Beginning balance on February 1, 2018 | $4,912.27 |
| Deposits and other credits | 684.90 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -29.95 |
| **Ending balance on February 28, 2018** | **$5,567.22** |

# of deposits/credits: 2

# of withdrawals/debits: 1

# of items-previous cycle[1]: 2

# of days in cycle: 28

Average ledger balance: $5,432.08

[1]*Includes checks paid,deposited items&other debits*

How can we
improve your
business banking?

Join the **Bank of America**® **Advisory Panel**. You can help
us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at
**bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.                    SSM-06-17-0635.A1  |  AR687WH3

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  February 1, 2018 to February 28, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   February 1, 2018 to February 28, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/06/18 | Deposit | 625.00 |
| 02/12/18 | MONTHLY SERVICE CHARGE REFUND | 59.90 |
| **Total deposits and other credits** | | **$684.90** |

## Service fees

Based on the activity on your business accounts for the statement period ending 01/31/18, a Monthly Fee was charged for your primary Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

○ $2,500+ in new net purchases on a linked Business credit card

○ $15,000+ average monthly balance in primary checking account

○ $35,000+ combined average monthly balance in linked business accounts

○ active use of Bank of America Merchant Services

○ active use of Payroll Services

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/01/18 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 4,882.32 | 02/06 | 5,507.32 | 02/12 | 5,567.22 |

Bank of America **Business Advantage**



# Banking at your fingertips

Mobile Banking[1] allows you to manage your business account on the go.

Download our free Mobile Banking app at **bankofamerica.com/getmobileapp**.

Online Banking
TIP OF
THE MONTH

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply. ©2017 Bank of America Corporation.  |  ART3K7YD  |  SSM-04-17-0042.B

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 1.888.BUSINESS (1.888.287.4637)

↪ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for March 1, 2018 to March 31, 2018

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on March 1, 2018 | $5,567.22 |
| Deposits and other credits | 625.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 31, 2018** | **$6,192.22** |

# of deposits/credits: 1

# of withdrawals/debits: 0

# of items-previous cycle[1]: 1

# of days in cycle: 31

Average ledger balance: $6,111.57

[1]*Includes checks paid,deposited items&other debits*



Bank of America **Business Advantage**

# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642.B

PULL: E   CYCLE: 53   SPEC: 0   DELIVERY: P   TYPE:    IMAGE: A   BC: JAX

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  March 1, 2018 to March 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   March 1, 2018 to March 31, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/05/18 | Deposit | 625.00 |
| **Total deposits and other credits** | | **$625.00** |

## Service fees

Your qualifying monthly fee waiver activity:

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ✔ $3,000+ minimum daily balance in primary checking account
- ✔ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 03/01 | 5,567.22 | 03/05 | 6,192.22 |

Bank of America **Business Advantage**

# Dreading the shredding?

**Go paperless** and make a statement.

- Eliminate storing and shredding
- Get email reminders that link to your statements
- View and download business statements anytime

Online Banking
TIP OF
THE MONTH

Just log in to Online Banking, and click on **Profiles & Settings** (in the upper right, next to **Sign Out**).
To enroll in Online Banking, visit **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation.  |  AR6FCKFN | SSM-06-17-0139.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   March 1, 2018 to March 31, 2018

This page intentionally left blank

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

📄 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for April 1, 2018 to April 30, 2018                    Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | |
|---|---:|
| Beginning balance on April 1, 2018 | $6,192.22 |
| Deposits and other credits | 625.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -138.75 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2018** | **$6,678.47** |

# of deposits/credits: 1

# of withdrawals/debits: 1

# of items-previous cycle[1]: 1

# of days in cycle: 30

Average ledger balance: $6,750.09

[1]*Includes checks paid,deposited items&other debits*

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED™

## Thanks for enriching your community

During National Small Business Week and throughout the month of May, we'll be celebrating the contribution
that businesses like yours make to communities across the nation. You make them more interesting places
in which to live and work. Learn more at **bankofamerica.com/SBcelebrate**.

©2018 Bank of America Corporation  |  AR5SPVQL  |  SSM-11-17-0583.B

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  April 1, 2018 to April 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



# Your checking account

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  April 1, 2018 to April 30, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/18 | Deposit | 625.00 |
| **Total deposits and other credits** | | **$625.00** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 04/30/18 | 1019 | -138.75 |
| **Total checks** | **-$138.75** | |
| **Total # of checks** | **1** | |

## Service fees

Your qualifying monthly fee waiver activity:

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 6,192.22 | 04/04 | 6,817.22 | 04/30 | 6,678.47 |

## How can we improve your business banking?

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.               SSM-06-17-0635.A1  |  AR687WH3

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   April 1, 2018 to April 30, 2018

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

Business Advantage
Relationship Rewards

**Customer service information**

📶 1.888.BUSINESS (1.888.287.4637)

📄 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Relationship Rewards Platinum Honors

for May 1, 2018 to May 31, 2018                    Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2018 | $6,678.47 | # of deposits/credits: 1 |
| Deposits and other credits | 625.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 2 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $7,242.98 |
| **Ending balance on May 31, 2018** | **$7,303.47** | [1]Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**                    L I F E / B E T T E R C O N N E C T E D ®



Online Banking

Tip of
the month

## Banking at your fingertips

Our Mobile Banking app[1] is certified by J.D. Power® for providing "An Outstanding Customer Experience."[2]

To learn more, and download it for free, visit **bankofamerica.com/getmobileapp**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] For J.D. Power award information, visit jdpower.com.
©2018 Bank of America Corporation  |  ARF3TRPR  |  SSM-02-18-0009.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2018 to May 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

 **Bank of America**

<span style="color:red">**Your checking account**</span>

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  May 1, 2018 to May 31, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/04/18 | Deposit | 625.00 |
| **Total deposits and other credits** | | **$625.00** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 04/30/18. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 05/01 | 6,678.47 | 05/04 | 7,303.47 |



Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Thank you for your business.
Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work with you to help strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

AR634K95 | SSM-01-18-2949.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2018 to May 31, 2018

This page intentionally left blank

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2018 to May 31, 2018

This page intentionally left blank

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   May 1, 2018 to May 31, 2018

This page intentionally left blank


Bank of America

P.O. Box 15284
Wilmington, DE 19850

Business Advantage
Relationship Rewards

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

27120 OCEAN GATEWAY LLC
7745 DAWSON CT
LAKE WORTH, FL  33467-7719

# Your Business Fundamentals Checking
# Relationship Rewards Platinum Honors

for June 1, 2018 to June 30, 2018

Account number: 8980 6205 1869

**27120 OCEAN GATEWAY LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2018 | $7,303.47 | # of deposits/credits: 1 |
| Deposits and other credits | 625.00 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 1 |
| Checks | -2,586.01 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $6,552.86 |
| **Ending balance on June 30, 2018** | **$5,342.46** | ¹Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Your Digital
Tip of the
Month

## Sign up for online alerts today¹

Stay up to date on your balances, and receive alerts when transactions have posted and when
your payments are due.

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

¹ You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.
©2018 Bank of America Corporation  |  ARTCJRPG  |  SSM-03-18-0017.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–    Tell us your name and account number.
–    Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–    Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

27120 OCEAN GATEWAY LLC  |  Account # 8980 6205 1869  |  June 1, 2018 to June 30, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/14/18 | Deposit | 625.00 |
| **Total deposits and other credits** | | **$625.00** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 06/18/18 | 1020 | -1,801.83 |
| 06/18/18 | 1021 | -309.18 |

| Date | Check # | Amount |
|------|---------|--------|
| 06/19/18 | 1022 | -475.00 |
| **Total checks** | | **-$2,586.01** |
| **Total # of checks** | | **3** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 05/31/18. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ✓ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 7,303.47 | 06/18 | 5,817.46 | 06/19 | 5,342.46 |
| 06/14 | 7,928.47 | | | | |

---

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Your Digital Tip of the Month

Guaranteed bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.

Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.**

ARH98YHQ | SSM-03-18-0013.B

27120 OCEAN GATEWAY LLC   |   Account # 8980 6205 1869   |   June 1, 2018 to June 30, 2018

This page intentionally left blank

| Report Name | Report Date | Account Number | Image Type | File Name |
|---|---|---|---|---|
| DDA Stater | 3/31/2016 | 8.98062E+11 | PDF | Reports_PI_000.PDF |
| DDA Stater | 4/29/2016 | 8.98062E+11 | PDF | Reports_PI_001.PDF |
| DDA Stater | 5/31/2016 | 8.98062E+11 | PDF | Reports_PI_002.PDF |
| DDA Stater | 6/30/2016 | 8.98062E+11 | PDF | Reports_PI_003.PDF |
| DDA Stater | 7/29/2016 | 8.98062E+11 | PDF | Reports_PI_004.PDF |
| DDA Stater | 8/31/2016 | 8.98062E+11 | PDF | Reports_PI_005.PDF |
| DDA Stater | 9/30/2016 | 8.98062E+11 | PDF | Reports_PI_006.PDF |
| DDA Stater | 10/31/2016 | 8.98062E+11 | PDF | Reports_PI_007.PDF |
| DDA Stater | 11/30/2016 | 8.98062E+11 | PDF | Reports_PI_008.PDF |
| DDA Stater | 12/30/2016 | 8.98062E+11 | PDF | Reports_PI_009.PDF |
| DDA Stater | 1/31/2017 | 8.98062E+11 | PDF | Reports_PI_010.PDF |
| DDA Stater | 2/28/2017 | 8.98062E+11 | PDF | Reports_PI_011.PDF |
| DDA Stater | 3/31/2017 | 8.98062E+11 | PDF | Reports_PI_012.PDF |
| DDA Stater | 4/28/2017 | 8.98062E+11 | PDF | Reports_PI_013.PDF |
| DDA Stater | 5/31/2017 | 8.98062E+11 | PDF | Reports_PI_014.PDF |
| DDA Stater | 6/30/2017 | 8.98062E+11 | PDF | Reports_PI_015.PDF |
| DDA Stater | 7/31/2017 | 8.98062E+11 | PDF | Reports_PI_016.PDF |
| DDA Stater | 8/31/2017 | 8.98062E+11 | PDF | Reports_PI_017.PDF |
| DDA Stater | 9/29/2017 | 8.98062E+11 | PDF | Reports_PI_018.PDF |
| DDA Stater | 10/31/2017 | 8.98062E+11 | PDF | Reports_PI_019.PDF |
| DDA Stater | 11/30/2017 | 8.98062E+11 | PDF | Reports_PI_020.PDF |
| DDA Stater | 12/29/2017 | 8.98062E+11 | PDF | Reports_PI_021.PDF |
| DDA Stater | 1/31/2018 | 8.98062E+11 | PDF | Reports_PI_022.PDF |
| DDA Stater | 2/28/2018 | 8.98062E+11 | PDF | Reports_PI_023.PDF |
| DDA Stater | 3/30/2018 | 8.98062E+11 | PDF | Reports_PI_024.PDF |
| DDA Stater | 4/30/2018 | 8.98062E+11 | PDF | Reports_PI_025.PDF |
| DDA Stater | 5/31/2018 | 8.98062E+11 | PDF | Reports_PI_026.PDF |
| DDA Stater | 6/29/2018 | 8.98062E+11 | PDF | Reports_PI_027.PDF |



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: 3-28-17

Bag #: _____

DATE

**DEPOSIT TICKET**

| | CENTS | DOLLARS |
| --- | --- | --- |
| CURRENCY | | |
| COINS | | |
| CHECKS | 9261 | |

27120 OCEAN GATEWAY LLC

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

**Bank of America**

ACH R/T 063100277

$  9261.00

⑈540600106⑈  898062051869⑈





FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

**DEPOSIT TICKET**

CENTS

DOLLARS

CURRENCY

COINS

CHECKS (LIST EACH SEPARATELY)

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 761.00

⑆540600106⑆ 898062051869⑈



Seq: 71
Batch: 634461
Date: 02/27/17

$7,261.00

*********1869
CC 0201946 TLR 00000
02/27/2017 09:01
Tran 00005

Entry NFL
Account
R/TN 540590135
Commons BC FL
Jackson
Deposit

1301708454M733X723237CUA



**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

CENTS

DOLLARS

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$   625.00

⑈540600106⑈ 8980620518869⑈



Tran 00082 12/04/2017 11:17
Entity NFL CC 0201946 Tlr 00003
Account ********1869
R/T# 540590135
Deposit $625.00

120T7A845MX85F1X92A8T

Seq: 87
Batch: 294745
Date: 12/04/17

THIS SIDE FOR BANK USE ONLY

SPLIT CHECK

CHECK | LESS DEPOSIT | CASH RETURNED

BILLS x 1 | x 2 | x 5 | x 10 | x 20 | x 50 | x 100 | x Large | COIN | COUPONS | TOTAL

COIN: P | N | D | Q | HALF | DOL. | COIN

COUPONS

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

DEPOSIT TICKET

CURRENCY

COINS

CHECKS

CENTS

DOLLARS

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

TOTAL

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 7261.00

⑆540600106⑆ 898062051869⑈





**Bank of America**

CREDIT

Date 6/30/17

Name and
Address   27120   Ocean Gateway
7745 Dawson Ct
LK Wsth , FL 33167

Telephone No. (      )

Sign here if
cash received _____

All items received subject to terms
and conditions of applicable laws,
regulations and deposit agreement.

**Save time in line and
help us avoid errors.
The next time you make
a deposit, please use
your pre-printed deposit
slips for your account.**

| Cash | | |
|---|---|---|
| Currency | | |
| Coin | | |
| Checks | 726. | 00 |
| | | |
| | | |
| Sub Total | | |
| Less Cash Received | | |
| **Total Deposit** | | |

898062057869

Account Number

$   726 1. 00

⑆540606139⑆

09-14-3627B  11-2015



Seq:00016 06/30/17
BAT:597437 CC:0750214109
WT:01 LTPS:Jacksonville
BC:Wellington Green BC FL5-446

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE 8-28-17

**DEPOSIT TICKET**

| | CENTS | DOLLARS | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

Do Not Use For Pre-encoded Items

**TOTAL ITEMS**

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 726 1.00

⑆540600106⑆ 898062051869⑈



Seq 59
Batch: 631079
Date: 08/29/17

Seq:00059 08/29/17
Tue:1079 CC:0750201946
WI:01 LTPS:Jacksonville
BC:Town Commons BCOPL5-406

Tran 00019 08/29/2017 10:10
Entity NFL CC 0201946 Tlr 00003
Account ********1869
R/T# 540590135
Deposit $7,261.00
120T7A845M733X72327CVA

| TOT. | ODD | Q | D | N | P | COIN |
|---|---|---|---|---|---|---|

| COUPONS |
|---|

| TOTAL | COUPONS | COIN | x Large | x 100 | x 50 | x 20 | x 10 | x 5 | x 2 | x 1 | BILLS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| CASH RETURNED | LESS DEPOSIT | CHECK | SPLIT CHECK |
|---|---|---|---|

THIS SIDE FOR BANK USE ONLY

**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY. ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE 1-3-18

CENTS

DOLLARS

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

PLEASE BE SURE TO ENTER TOTAL HERE

Do Not Use For Pre-encoded Items

TOTAL ITEMS

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 625.00

⑆540600106⑆ 898062051869⑈



**Bank of America** 〈CREDIT〉

Date 7/5/15

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Name and Address 27120 Ocean Galeway, LLC

H12 MAGNOLIA

7745 DAWSON ct.

Telephone No. ( Lake Worth, FL 33467

Sign here if cash received

09-14-3627B   09-2011

| | Cash | | | |
|---|---|---|---|---|
| Currency | | | | |
| Coin | | | - | |
| Checks | | | 7,265 | 00 |
| | | | | |
| | | | | |
| Sub Total | | | | |
| Less Cash Received | | | | |

Total Deposit

898062051869

Account Number

$ 7,265.00

⑈540606139⑈



Seq: 21
Batch: 700163
Date: 07/05/17

Enter This Total On The Front Of This Ticket

Dollars

Cents

22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Seq:88321 87/85/17
BAT:700163 CC:8758109409
WT:0T LTPS:Jacksonville
BC:Wellington Courtyard BC FL5-447

07/05/2017 16:01 NFL T00107D  R540590135
Acct#  ********1869 CC 0109409 T1r 00007

Total Deposit To CHK                $7,26₤.00
Credit Pending Posts on             07/05/2017
Available Now                       $0.00

IntRef        120T7A845M733X72327CVA



**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FRMILY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

CENTS

DOLLARS

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 7261.00

⑆540600106⑆ 89806 2051869⑈



Seq: 66
Batch: 465135
Date: 05/25/17

$7,261.00

Deposit
R/T# 540590135
Account
********1869

CC 020196 ITr 00003
05/25/2017    09:49

Seq:066 05/25/17
Batch:465135 CC:9750281946
WT:01 LTRS:Jacksonville
BC:Town Commons BC:L9-486



**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

CENTS / DOLLARS

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

27120 OCEAN GATEWAY LLC

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 7261.00

⑈540600106⑈ 8980620518469⑈



Name

7745 DAWSON CT

L.W. FL. 33467

LIST CHECKS SINGLY OR ATTACH LIST

CURRENCY ▶

COIN ▶

## DEPOSIT TICKET

3-31-16

DATE

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

USE OTHER SIDE FOR
ADDITIONAL LISTING
BE SURE EACH ITEM IS
PROPERLY ENDORSED.

TOTAL ITEMS

CHECKS ▶

7761 00

1403600

**Bank of America**

TOTAL FROM
OTHER SIDE ▶

$          2129700

⑈540600106⑈ 8980620518691⑈



CHECKS
LIST SINGLY

Seq: 30
Batch: 066803
Date: 03/31/16

Seq:00030 03/31/16
BAT:066803 CC:0750201946
TM 10M LTPS:Jacksonville
BOT Commons BC FL5-406

InPrefN 12DE7A84M480S2450946A
Now Available 0.00
Credit Pending Posts on 03/31/2016
DDA $21,297.00
HOLDS APPLIED SEE HOLD NOTICE
Acct# ********1869 CC 0201946 Tlr 00004
03/31/2016 14:21 NFL T00086 RS4050135

ENTER TOTAL ON FRONT

RECORD OF CHECKS FOR DEPOSIT
DOLLARS
CENTS

**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #

DATE 7-18-16

| | CENTS |
|---|---|
| DOLLARS | |

CURRENCY
COINS
CHECKS

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

TOTAL

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 7261.00

⑆540600106⑆ 898062051869⑈

Tran 00023 07/18/2016 10:11
Entity NFL CC 0201946 Tlr 00005
Account ********1869
$7,261.00
120I7A845M733X72327CVA

Seq:00074 07/18/16
BAT:751119 CC:0750001946
WMT Deposit LTPS:Jacksonville
Town Commons BC FLS-406

Seq: 74
Batch: 751119
Date: 07/18/16

TOT. | DD | OTHER | Q | D | N | P | COIN

COUPONS

TOTAL | COUPONS | COIN | x Large | x 100 | x 50 | x 20 | x 10 | x 5 | x 2 | x 1 | BILLS

CASH RETURNED | LESS DEPOSIT | CHECK

SPLIT CHECK

THIS SIDE FOR BANK USE ONLY

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED

Prepared By:

Deposited By: 5-17-16

Bag #:

DATE

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |

27120 OCEAN GATEWAY LLC

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**
ACH R/T 063100277

$ 7261.00

⑈540600106⑈ 898062051869⑈





**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

27120 OCEAN GATEWAY LLC

**Bank of America**

ACH R.T 063100277

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS  1

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

$   7261.00

⑆540600106⑆ 898062051869⑈



VN3LZEZLXEEZWSV8VLIDZT

$7,261.00

*********1869
CC 0201946 TLF 00006
08/15/2016        09:27

Tran 00016
Entry NFL
Account
P/TR 540590135
#4 Spud TRS: Jacksonvil
BA: 68938 7  CC: 9760
Seq: 00169   08/15/16
Dater
IQ.

Seq: 169
Batch: 689387
Date: 08/15/16



**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE: 9/16/16

| | CENTS | DOLLARS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |

Do Not Use For Pre-encoded Items

TOTAL ITEMS

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 7261.00

⑆540600106⑆ 89806 2051869⑈



Seq: 21
Batch: 538715
Date: 09/16/16

120170845M733X72327CVA

$7,261.00

R/T# 540590135

Account ********1869

Entity NFL CC 0201946 Tlr 00003

Tran 00120 09/16/2016 16:49

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

DEPOSIT TICKET

| CENTS | DOLLARS | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7261 | | | | | | | | | | | | | | | | | | | | | |

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE
RECEIVED FOR DEPOSIT SUBJECT TO
THE PROVISIONS OF THE U.S. FORM
COMMERCIAL CODE OR ANY
APPLICABLE COLLECTION
AGREEMENT DEPOSITS MAY NOT BE
AVAILABLE FOR IMMEDIATE
WITHDRAWAL

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

**Bank of America**
ACH R/T 063100277

$ 7261.00

⑈540600106⑈ 898062051869⑈





**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE 10-06-16

| | CENTS | DOLLARS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE FINAL COLLECTION OF THE ITEM...

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

27120 OCEAN GATEWAY LLC

**Bank of America**

ACH R/T 063100277

$  7261.00

⑇540600106⑇ 898062051869⑇



Seq: 159
Batch: 729045
Date: 12/27/16

Seq 00159 12/27/16
BAT 729045 CC:0759201946
W1591 LTPS:Jacksonville
BC:Town Commons BC FL5-406

$7,261.00

Account **********1849
Entity NFL
Tran 00032   12/27/2016   10:45
CC 0201946 Tlr 00900



**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE: 12-1-16

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL ITEMS

Do Not Use For Pre-encoded Items

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

**Bank of America**

ACH R/T 063100277

$ 7261.00

⑆540600106⑆ 898062051869⑈



Seq: 100
Batch: 923881
Date: 12/01/16

Seq 00100 12/01/16
BAT:923881 CC:07502 01946
WI:04 LTPS:Jacksonville
BC:Town Commons BC FL5-406

Entry No.
Tran 00042



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE

DEPOSIT TICKET

CENTS DOLLARS

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

27120 OCEAN GATEWAY LLC

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

TOTAL

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$    7261.00

⑆540600106⑆  898062051869⑈



Seq: 12
Batch: 585951
Date: 01/24/17

Tran 00009 01/24/2017 09:02
Entity NFL CC 0201946 Tlr 00003
Account ********1869
R/T# 540590135
Deposit
$7,261.00
12017A845M733X72327CVA

Seq: 00012 01/24/17
BAT 585951 CC 0750201946
WC 01 TPS:Jacksonville
Commons BC FL5-400

THIS SIDE FOR BANK USE ONLY

SPLIT CHECK

| CHECK | LESS DEPOSIT | CASH RETURNED |
|---|---|---|
| | | |
| | | |

| TOTAL | COUPONS | COIN | x Large | x 100 | 50 | 20 | 10 | 5 | 2 | BILLS x 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

| COIN | P | N | D | Q | 1st Roll | 2nd | TOT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

COUPONS

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE

**DEPOSIT TICKET**

| | CENTS | DOLLARS |
|---|---|---|

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$  2209.71

⑈540600106⑈ 898062051869⑈



Seq: 157
Batch: 729045
Date: 12/27/16

THIS SIDE FOR BANK USE ONLY

SPLIT CHECK

CHECK
LESS DEPOSIT
CASH RETURNED

BILLS
COIN
COUPONS
TOTAL
COUPONS



DEPOSIT TICKET

| | DOLLARS | CEN'S | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENCY | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COINS | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHECKS LIST EACH SEPARATELY | | | | | | | | | | | | | | | | | | | | | | | | | | | |

27120 OCEAN GATEWAY LLC

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:
Deposited By:
Bag #:
DATE

Do Not Use For Pre-encoded Items

TOTAL ITEMS

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**
ACH R/T 063100277

$ 625.00

⑆540600106⑆ 898062051869⑈



FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By: 6-17-18

Bag #:

DATE

**DEPOSIT TICKET**

| CENTS | DOLLARS |
|---|---|

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

TOTAL

PLEASE ENTER TOTAL HERE

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

**27120 OCEAN GATEWAY LLC**

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$

625.00

⑆540600106⑆  898062051869⑈



Seq: 52
Batch: 784171
Date: 06/14/18

$625.00

12017A845MX85FIX92A8T

*********1869

CC 0201946 TLr 00006
06/14/2018    11:13

Seq:#784052  06/14/18
BATCH:784171  CC:075020  946
WT:01  LTPS:Jacksonville
BC:Town Commons  BC L5-406

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Bag #: _____

DATE  5-4-18

**DEPOSIT TICKET**

| | CENTS | DOLLARS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |

**TOTAL**

27120 OCEAN GATEWAY LLC

**Bank of America**

ACH R/T 063100277

Do Not Use For
Pre-encoded Items

TOTAL
ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

$   625.00

⑆540600106⑆  898062051869⑈



Seq:  104

Batch:  635311

Date: 05/04/18

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By:

Bag #:

DATE: 4-4-18

**DEPOSIT TICKET**

| | | CENTS | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOLLARS | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CURRENCY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COINS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHECKS LIST EACH SEPARATELY | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |

TOTAL

Do Not Use For Pre-encoded Items

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

27120 OCEAN GATEWAY LLC

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY.

**Bank of America**

ACH R/T 063100277

$

625.00

⑆540600106⑆ 898062051869⑈





**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By:

Deposited By: 3-5-18

Bag #:

DATE

| | CENTS | DOLLARS |
| --- | --- | --- |
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

27120 OCEAN GATEWAY LLC

**Bank of America**

ACH R/T 063100277

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

$ 625.00

⑈540600106⑈ 898062051869⑈

Seq: 24
Batch: 855833
Date: 03/05/18

Seq:00024 03/06/18
Batch:855833 CC:0750201946
WT:01 LTRS:Jacksonville
BC:Town Commons BC FLS-406

Tran 00017 03/05/2018 09:23
Entity NFL CC 0201946 Tlr 00006
Account ********1869
R/T# 540590135
Deposit $625.00
120T7A845MX85F1X92A8T

THIS SIDE FOR BANK USE ONLY
SPLIT CHECK
CHECK
LESS DEPOSIT
CASH RETURNED
BILLS x 1 2 5 10 20 50 100 x Large
COIN
COUPONS
TOTAL
COIN P N D Q InternetRBD TOT.
COUPONS

**DEPOSIT TICKET**

FOR CLEAR COPY, PRESS FIRMLY.
ALL ITEMS MUST BE PROPERLY ENDORSED.

Prepared By: _____

Deposited By: _____

Date: 7-3-18

Bag #: _____

CURRENCY

COINS

CHECKS LIST EACH SEPARATELY

27120 OCEAN GATEWAY LLC

TOTAL

Do Not Use For
Pre-encoded Items

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY

**Bank of America**

ACH R/T 063100277

$ 625.00

⑈540600106⑈ 89806 2051869⑈



Seq: 29
Batch: 313553
Date: 07/03/18

$625.00

*********1869

CC 0201946 TLr 00002
07/03/2018    09:26

WT:01  LTPS:Jacksonville
BC:Town Commons BC  LS-406

| Date Deposited | Sequence | State | RT Number | Amount Deposited | Serial Number | Image Indicator | Sorry Indicator | Deposit Sequence | Deposit Account | ImgVolNo | File Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/28/2017 | 3.05E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3052210788 | 8.98062E+11 | 1 | Ticket_DI_000.tif;Ticket_DI_000B.tif |
| 2/27/2017 | 4.05E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 4052307773 | 8.98062E+11 | 1 | Ticket_DI_001.tif;Ticket_DI_001B.tif |
| 12/4/2017 | 3.15E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 3152039432 | 8.98062E+11 | 1 | Ticket_DI_002.tif;Ticket_DI_002B.tif |
| 4/27/2017 | 2.95E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 2952497832 | 8.98062E+11 | 1 | Ticket_DI_003.tif;Ticket_DI_003B.tif |
| 6/30/2017 | 3.05E+09 | FL | 54060613 | $7,261.00 | 0 | 1 | 0 | 3052653910 | 8.98062E+11 | 1 | Ticket_DI_004.tif;Ticket_DI_004B.tif |
| 8/29/2017 | 4.45E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 4452712395 | 8.98062E+11 | 1 | Ticket_DI_005.tif;Ticket_DI_005B.tif |
| 1/3/2018 | 5.15E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 5152908126 | 8.98062E+11 | 1 | Ticket_DI_006.tif;Ticket_DI_006B.tif |
| 7/5/2017 | 3.75E+09 | FL | 54060613 | $7,261.00 | 0 | 1 | 0 | 3752523741 | 8.98062E+11 | 1 | Ticket_DI_007.tif;Ticket_DI_007B.tif |
| 5/25/2017 | 5.35E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 5352663105 | 8.98062E+11 | 1 | Ticket_DI_008.tif;Ticket_DI_008B.tif |
| 6/10/2016 | 6.64E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 6642205071 | 8.98062E+11 | 1 | Ticket_DI_009.tif;Ticket_DI_009B.tif |
| 3/31/2016 | 3.14E+09 | FL | 54060010 | $21,297.00 | 0 | 1 | 0 | 3142245268 | 8.98062E+11 | 1 | Ticket_DI_010.tif;Ticket_DI_010B.tif |
| 7/18/2016 | 3.14E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3142761130 | 8.98062E+11 | 1 | Ticket_DI_011.tif;Ticket_DI_011B.tif |
| 5/17/2016 | 3.34E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3342747330 | 8.98062E+11 | 1 | Ticket_DI_012.tif;Ticket_DI_012B.tif |
| 8/15/2016 | 3.64E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3642485861 | 8.98062E+11 | 1 | Ticket_DI_013.tif;Ticket_DI_013B.tif |
| 9/16/2016 | 3.75E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3752524800 | 8.98062E+11 | 1 | Ticket_DI_014.tif;Ticket_DI_014B.tif |
| 10/25/2016 | 5.15E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 5152477368 | 8.98062E+11 | 1 | Ticket_DI_015.tif;Ticket_DI_015B.tif |
| 12/27/2016 | 3.35E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3352611731 | 8.98062E+11 | 1 | Ticket_DI_016.tif;Ticket_DI_016B.tif |
| 12/1/2016 | 3.24E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3242111784 | 8.98062E+11 | 1 | Ticket_DI_017.tif;Ticket_DI_017B.tif |
| 1/24/2017 | 3.34E+09 | FL | 54060010 | $7,261.00 | 0 | 1 | 0 | 3342346922 | 8.98062E+11 | 1 | Ticket_DI_018.tif;Ticket_DI_018B.tif |
| 12/27/2016 | 3.35E+09 | FL | 54060010 | $2,209.71 | 0 | 1 | 0 | 3352611729 | 8.98062E+11 | 1 | Ticket_DI_019.tif;Ticket_DI_019B.tif |
| 2/6/2018 | 4.85E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 4852087963 | 8.98062E+11 | 1 | Ticket_DI_020.tif;Ticket_DI_020B.tif |
| 6/14/2018 | 4.55E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 4552747651 | 8.98062E+11 | 1 | Ticket_DI_021.tif;Ticket_DI_021B.tif |
| 5/4/2018 | 4.05E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 4052694236 | 8.98062E+11 | 1 | Ticket_DI_022.tif;Ticket_DI_022B.tif |
| 4/4/2018 | 5.05E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 5052455514 | 8.98062E+11 | 1 | Ticket_DI_023.tif;Ticket_DI_023B.tif |
| 3/5/2018 | 2.95E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 2952844384 | 8.98062E+11 | 1 | Ticket_DI_024.tif;Ticket_DI_024B.tif |
| 7/3/2018 | 4.45E+09 | FL | 54060010 | $625.00 | 0 | 1 | 0 | 4452611917 | 8.98062E+11 | 1 | Ticket_DI_025.tif;Ticket_DI_025B.tif |

Global Payments Reporting US Wire
**TDA0019A-US-ID-ACCOUNT-SEARCH**
From: 20130129 - 20180724
Search Criteria: '898062051869'

| PAYMENT TYPE | TRANSACTION DATE | TRANSACTION NUMBER | PAY DATE | TRANSACTI | CURRENCY | FX AMOUNT | USD | STOP FLAG | METHOD OF |
|---|---|---|---|---|---|---|---|---|---|
| INCOMING | 4/28/2017 | 405419 | 4/28/2017 | FTR | USD | 7,261.00 | 7,261.00 | N | FED |
| INCOMING | 5/30/2017 | 517410 | 5/30/2017 | FTR | USD | 7,261.00 | 7,261.00 | N | FED |
| INCOMING | 7/5/2017 | 378894 | 7/5/2017 | FTR | USD | 7,261.00 | 7,261.00 | N | FED |

| METHOD OF | BANK | DEBIT ID | DEBIT ID | DEBIT ID NAME | DEBIT ID NAME | ORIGINATOR | ORIGINATOR | ORIGINATOR | ORIGINATOR | ORIGINATOR | ORIG BANK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTR | NCX | A | 121000248 | WELLS FARGO BANK, NA | SAN FRANCISCO, CA | | 002090001079 | JEFFREY M SI | 525 S FLAGLE | 0066400118422168 | |
| LTR | NCX | A | 121000248 | WELLS FARGO BANK, NA | SAN FRANCISCO, CA | | 002090001079 | JEFFREY M SI | 525 S FLAGLE | 0066489150543321 | |
| LTR | NCX | A | 121000248 | WELLS FARGO BANK, NA | SAN FRANCISCO, CA | E | ID/2/218-52-32 | JEFFREY M SI | 525 S FLAGLE | 0066489184042634 | |

| ORIG BANK | ORIG BANK | ORIG BANK | ORIG BANK | SENDER | SENDER | SENDER | SENDER | SENDER | CREDIT ID | CREDIT ID | CREDIT ID | CREDIT ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 201704280016 D | | FLX:89806205 | 27120 OCEAN | 7745 DAWSON |
| | | | | | | | | 201705300016 D | | FLX:89806205 | 27120 OCEAN | 7745 DAWSON |
| | | | | | | | | 201707050006 D | | FLX:89806205 | 27120 OCEAN | 7745 DAWSON |

**Bank of America Use Only**
**Confidential**
Run on: 8/21/2018  1:24:56PM

| INTERMEDIA | INTERMEDIA | INTERMEDIA | INTERMEDIA | BENEFICIAR | BENEFICIAR | BENEFICIAR | BENEFICIAR | BENEFICIAR | BENEFICIAR | BENEFICIAR | BANK TO | ORIG TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I CTLAKE WORTH FL 33467-7719 | | | | | | | | 898062051869 | 27120 OCEAN | 7745 DAWSON COURT | LAKE WORTH FL 334 | |
| I CTLAKE WORTH FL 33467-7719 | | | | | | | | 898062051869 | 27120 OCEAN | GATEWAY LLC | | |
| I CTLAKE WORTH FL 33467-7719 | | | | | | | | 898062051869 | 27120 OCEAN | GATEWAY LLC | | |

| PYMNT | SEQ B ORP | SEQ B BNP | SEQ B OBK | SEQ B IBK | SEQ B ACC | SEQ B RMT | SEQ B BBI |
|-------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| N     |           |           |           |           |           |           |           |
| N     |           |           |           |           |           |           |           |
| N     |           |           |           |           |           |           |           |