# AFFIDAVIT

### Case No. : 18-16248-BKC-MAM

Ashley Smith, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.
3. I am a Doc Review Sr Specialist I and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Fort Worth, Texas.
4. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 7-5-18

By: _Ashley Smith_ (signature)

Ashley Smith
Doc Review Sr Specialist I
National Subpoena Processing

Sworn to before me this 5th day of July, 2018.

_Elizabeth Garcia_ (signature)
Notary Public

10/21/2019
Commission Expires

**ELIZABETH GARCIA**
Notary Public, State of Texas
My Commission Expires
October 21, 2019

SD_SwornDocumentExecution_000148220070
SB946999-F1



PLAINTIFF'S TRIAL EXHIBIT T-129(A)