

August 23, 2018

GENOVESE JOBLOVE & BATTISTA
ATTN: JESUS SUAREZ
100 SE SECOND ST. 44TH FL.
MIAMI, FL. 33131

Re: Legal Process Item (Copy Enclosed)
PNC Bank File: PNC2018-S 0012087

Your request for the bank records regarding the above referenced case has been processed and completed. You should have received, or soon be receiving, the information on disc(s) sent to your address on file. Upon accessing the data on the disc, you will be requested to enter a pass phrase authentication key as identified below.

| Disc | Passphrase (case sensitive) |
|---|---|
| 2018-S0012087 | 1SWHG4CASMIT |

The PC being used will require the following minimum requirements:

Microsoft.NET v3.5
Adobe Reader software

If you have any questions, please contact me.

Very truly yours,

*Pamela Glass*
Pamela Glass
Records Custodian
Phone: 216-257-9174
Fax: 888-678-1472
4100 W. 150th Street
Cleveland, OH 44135
Email: Pamela.Glass@PNC.com

**Notice to Recipient:** You are the Addressee (or authorized to receive for the Addressee), you may not use, copy or disclose to anyone the information contained in the attachments. If you have received these attachments in error, please return to the sender or advise the sender who may instruct you to destroy the attachments.

**If you are the Addressee** or otherwise authorized to receive, please ensure that the attached materials are for the customer for whom you have asked for information.

**PLAINTIFF'S TRIAL EXHIBIT T-130(A)**

# CERTIFICATION

I, Pamela Glass, hereby certify that to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association.

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC Bank, NA.

3. Attached to this certification is a record(s) (hereafter, "Records") of PNC Bank, NA, further identified in the inventory of documents that is also attached to this certification.

4. The record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personally Identifiable Information); was kept in the course of the regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC Bank, NA.

5. I declare under penalty of perjury that the forgoing is true and correct.

Date: 8-23-18

_Pamela Glass_
Records Custodian