**PNC BANK**

8/30/18

Genovese Joblove & Battista, PA
ATTN: Jesus M. Suarez, Esq.
100 SE Second Street, 44th Floor
Miami, FL 33131

**Re: SISKIND LEGAL SERVICES, LLC.**
**PNC Bank File: 2018-S0012591**

PNC Bank has in response to your request for customer records, engaged in a search of bank records which by description or location would likely contain records responsive to your request. To the best of the knowledge, information and belief of PNC Bank:

☒        Enclosed are all documents requested.

☐        Enclosed is a portion of the documents that you requested

**Important notice:** Please be aware that many records that are kept by PNC Bank are also scheduled for destruction in the ordinary course of business. Because PNC Bank has provided you with copies of the enclosed records in response to your request, PNC Bank will no longer take any action to preserve the documents beyond the regularly scheduled destruction date.

| Name | Account Number | Documents Sent | Disk ID Number |
|---|---|---|---|
| SISKIND LEGAL SERVICES, LLC. | 1222057373 | Signature card Statements Checks Deposits | 2018-S0012591 |

**On all e-mails, phone calls and correspondence please refer to the file number that is set forth above.**

Very truly yours,

*Julia Sakalik*

Julia Sakalik
Records Custodian
Phone: 412-762-0503
Fax: 888-678-1472
500 First Avenue
Pittsburgh, PA 15219
Julia.sakalik@pnc.com

**PLAINTIFF'S**
TRIAL EXHIBIT
**T-130(B)**

**Notice to Recipient:** You are the Addressee (or authorized to receive for the Addressee), you may not use, copy or disclose to anyone the information contained in the attachments. If you have received these attachments in error, please return to the sender or advise the sender who may instruct you to destroy the attachments.

**If you are the Addressee** or otherwise authorized to receive, please ensure that the attached materials are for the customer for whom you have asked for information.

# CERTIFICATION

I, Julia Sakalik, hereby certify that to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association.

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC Bank, NA.

3. Attached to this certification is a record(s) (hereafter, "Records") of PNC Bank, NA, further identified in the inventory of documents that is also attached to this certification.

4. The record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personally Identifiable Information); was kept in the course of the regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC Bank, NA.

5. I declare under penalty of perjury that the forgoing is true and correct.

_____    8/31/18
Julia Sakalik                                       Date
Records Custodian