

SunTrust Bank
Subpoena Services
FL-ORL-7136
P.O. Box 620577
Orlando, FL 32862-0577
Fax 877-220-9403

Date: 09/13/2018

JESUS M SUAREZ
GENOVESE JOBLOVE & BATTISTA PA
100 S.E 2ND STREET SUITE 4400
MIAMI, FL 33131

RE:  SISKIND, JEFFREY M ET AL
     SS-95144

☒ Enclosed please find the bank documents and/or video responsive to the subpoena.
☐ Enclosed please find partial bank documents in response to the Subpoena. The remaining documents to follow.
☐ CD password(s) will be mailed or faxed separately from CD(s). The disk(s) and/or password(s) may arrive within 2-3 days of each other.
☐ Signature card/Corporate Resolution not on file.
☐ The requested information is beyond the records retention period (7 years- Statements, Checks & Deposits, 5 years- Wire transfers, 5 years- CTR).
☐ The requested information is beyond the video retention period for this branch/ ATM.
☐ Account closed prior to requested date range.
☐ Invalid Account Number(s) / Invalid SSN.
☒ Jeffrey M. Siskind, Esq., Jeffrey M. Siskind Trust Account, In the Weeds Productions, 27120 Ocean Gateway, LLC, Sympatice Equine Rescue, Inc., CannaMed Pharmaceuticals, LLC - Based upon the information provided, we are unable to locate records for the designated person or entity. Please provide additional information via fax 877-220-9403 and we will renew our search (i.e., SSN, TIN, Account #, Address).

..................................................................................................

*SunTrust cannot comply with the Subpoena for Improper Service:*
☐   District of Columbia: The subpoena must be served personally at any SunTrust Bank or by certified mail.
☐   Maryland: The subpoena must be served personally at any SunTrust Bank or by certified mail.
☐   Virginia: Subpoena must be served personally on the registered agent or at any SunTrust Bank.
☐   Incorrect bank served, should be served on _____.
☐   Other _____

..................................................................................................

☐   *SunTrust Banks, Inc. does not hold any records for this individual(s). However, you may attempt to contact separate entities of the SunTrust family of companies.*

**PLAINTIFF'S TRIAL EXHIBIT T-132(A)**

This request has been processed by SunTrust Bank Subpoena Services Analyst Dana Richardson at (407) 762-7777



**SunTrust**

Subpoena Services
FL-ORL-7136
P.O. Box 620577
Orlando, FL 32862-0577

RE: SISKIND, JEFFREY M ET AL

## CERTIFICATION

I, __Dana Richardson__ do hereby certify under penalties and perjury that I am the custodian of records for SunTrust Bank and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

_____
Signature

9-13-18
_____
Date