

Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Talathia Glenn, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 20388685

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXXXX8067 | 1 | 1 |
| Statements | XXXXXXXX8067 | 308 | 308 |
| Signature Cards | XXXXXX1063 | 6 | 6 |
| Checks/Debits | XXXXXX1063 | 31 | 31 |
| Checks/Debits | XXXXXX7382 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXXXX9721 | 1 | 1 |
| Deposits with offsets | XXXXXX1063 | 15 | 15 |
| Checks/Debits | XXXXXX8423 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXXXX8067 | 350 | 350 |
| Deposits with offsets | XXXXXXXX9721 | 605 | 605 |
| Signature Cards | XXXXXX8423 | 3 | 3 |
| Deposits with offsets | XXXXXX7382 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX8850 | 183 | 183 |
| Checks/Debits | XXXXXXXX8067 | 121 | 121 |
| Statements | XXXXXX7382 | 6 | 6 |
| Checks/Debits | XXXXXX4415 | 0 | 0 |

Case No: 20388685; Agency Case No: 1816248bkcmam



PLAINTIFF'S TRIAL EXHIBIT T-133(A)

| | | | |
|---|---|---:|---:|
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX1549 | 3 | 3 |
| Deposits with offsets | XXXXXX8423 | 15 | 15 |
| Signature Cards | XXXXXX8850 | 3 | 3 |
| Signature Cards | XXXXXX7382 | 3 | 3 |
| Deposits with offsets | XXXXXX8850 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX8850 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXXXX9721 | 228 | 228 |
| Statements | XXXXXX1063 | 16 | 16 |
| Statements | XXXXXX1549 | 113 | 113 |
| Checks/Debits | XXXXXXXX9721 | 695 | 695 |
| Checks/Debits | XXXXXX9229 | 48 | 48 |
| Checks/Debits | XXXXXX7516 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX1549 | 81 | 81 |
| Checks/Debits | XXXXXX1549 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX7516 | 3 | 3 |
| Signature Cards | XXXXXX4415 | 3 | 3 |
| Deposits with offsets | XXXXXX4415 | 11 | 11 |
| Statements | XXXXXX9229 | 45 | 45 |
| Deposits with offsets | XXXXXX7516 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX9229 | 118 | 118 |
| Signature Cards | XXXXXX9229 | 4 | 4 |
| Statements | XXXXXX8423 | 56 | 56 |
| Statements | XXXXXX7516 | 10 | 10 |
| Statements | XXXXXX4415 | 4 | 4 |
| | **Total Copies Delivered:** | | **3,089** |

Additional comments: Unable to locate records for Chance & Anthem LLC, Siskind Legal Services LLC, OB Real Estate Holdings, Sovereign Gaming & Entertainment LLC, In the Weeds Productions, 27120 Ocean Gateway LLC, Sympatice Equine Rescue Inc, and CannaMed Pharmaceuticals LLC.

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 20388685; Agency Case No: 1816248bkcmam

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 24th day of August, 2018, in the City of Charlotte, State of NORTH CAROLINA.

*[signature]*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 20388685; Agency Case No: 1816248bkcmam