# Chance & Anthem, LLC

Detailed of Disbursements - Cash & Withdrawals

| Bank | Entity | Type | Date | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---:|
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/13/15 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/30/15 | Cash | 500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/09/15 | Cash | 2,500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/13/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/23/15 | Cash | 5,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 11/25/15 | Cash | 500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 11/27/15 | Cash | 40,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/02/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/02/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/07/15 | Cash | 1,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/11/15 | Cash | 100.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/11/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/14/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/16/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/21/15 | Cash | 2,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 12/31/15 | Cash | 5,000.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 01/04/16 | Cash | 2,500.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 01/19/16 | Cash | 2,000.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/07/16 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/22/16 | Cash | 2,500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/23/16 | Cash | 63.50 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/24/16 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/25/16 | Other Withdrawal | 2,000.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 04/04/16 | Other Withdrawal | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 04/21/16 | Cash | 20.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 04/22/16 | Cash | 1,100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/01/16 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/15/16 | Other Withdrawal | 750.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 06/24/16 | Other Withdrawal | 750.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/08/16 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 07/29/16 | Other Withdrawal | 600.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 08/08/16 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 08/26/16 | Other Withdrawal | 3,300.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 08/26/16 | Cash | 900.00 |
| SunTrust 6688 | Chance & Anthem | Withdrawal | 08/30/16 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/02/16 | Other Withdrawal | 40.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/06/16 | Other Withdrawal | 3,265.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/06/16 | Other Withdrawal | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/09/16 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/09/16 | Other Withdrawal | 4,000.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/12/16 | Other Withdrawal | 40.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 09/14/16 | Other Withdrawal | 250.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 09/16/16 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/21/16 | Cash | 400.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/24/16 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 11/01/16 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 11/28/16 | Cash | 50.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/27/17 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/30/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 02/27/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/07/17 | Other Withdrawal | 75.00 |

| Bank | Entity | Type | Date | Received From/ Payee | Disbursement/ Debit |
|---|---|---|---|---|---:|
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 03/30/17 | Cash | 40.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/01/17 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/04/17 | Cash | 60.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 05/15/17 | Other Withdrawal | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/24/17 | Cash | 180.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 06/19/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/26/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 07/28/17 | Cash | 20.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 08/04/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 10/03/17 | Other Withdrawal | 80.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 10/04/17 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 10/05/17 | Other Withdrawal | 400.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 102.68 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 112.05 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 102.98 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 103.57 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 107.46 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/10/17 | Walmart | 103.74 |
| Chase 1866 | Chance & Anthem | Card Purchase | 10/11/17 | Walmart | 101.80 |
| Chase 1866 | Chance & Anthem | Withdrawal | 11/30/17 | Other Withdrawal | 50.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/05/17 | Walmart | 110.57 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/05/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/14/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 12/15/17 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 12/16/17 | Other Withdrawal | 250.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/18/17 | Walmart | 100.98 |
| Chase 1866 | Chance & Anthem | Card Purchase | 12/18/17 | Walmart | 104.97 |
| Chase 1866 | Chance & Anthem | Withdrawal | 12/23/17 | Other Withdrawal | 300.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/02/18 | Walmart | 141.77 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/02/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/02/18 | Cash | 300.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/04/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/16/18 | Walmart | 135.94 |
| Chase 1866 | Chance & Anthem | Card Purchase | 01/16/18 | Walmart | 115.40 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/16/18 | Cash | 220.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/22/18 | Cash | 100.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 01/22/18 | Cash | 200.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 02/26/18 | Walmart | 101.05 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/06/18 | Other Withdrawal | 20.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/14/18 | Other Withdrawal | 200.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 03/22/18 | Other Withdrawal | 2,000.00 |
| Chase 1866 | Chance & Anthem | Card Purchase | 03/27/18 | Walmart | 140.97 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/12/16 | Cash | 500.00 |
| Chase 1866 | Chance & Anthem | ATM Withdrawal | 05/13/16 | Cash | 600.00 |
| Chase 1866 | Chance & Anthem | Withdrawal | 05/31/16 | Other Withdrawal | 200.00 |
| | | | | **Cash & Withdrawal Total** | **$ 119,769.43** |