# Chance & Anthem, LLC

Flowchart Tracing Creditors' Funds - Christopher George

Source: Bank Statements, deposit detail and canceled checks



(a) - No money transferred to or from Chance & Anthem

**PLAINTIFF'S TRIAL EXHIBIT T-136**