**Chance & Anthem, LLC**

Flowchart Tracing Creditors' Funds - Carol Stone & David Fiore

Source: Bank Statements, deposit detail and canceled checks




PLAINTIFF'S TRIAL EXHIBIT T-137