## Chance & Anthem, LLC

Flowchart Tracing Creditors' Funds - Frederick Volkwein

Source: Bank Statements, deposit detail and canceled checks



(a) - Two deposits totaling $20,000 from Siskind IOTA in same time period

**PLAINTIFF'S TRIAL EXHIBIT T-138**