## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Insolvency Analysis - Chance & Anthem
Years 2014 to 2017

| Description | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash | $ 735,179.97 | $ 54,725.05 | $ 125.48 | $ 770.15 |
| 3445 Santa Barbara | - | 1,405,000.00 | 1,300,000.00 | - |
| 3445 Santa Barbara - Refi | - | - | 1,815.63 | - |
| Due to/from David Merrill | - | 22,618.37 | - | - |
| Due to/from Fiore | - | 43,500.00 | 43,500.00 | 43,500.00 |
| Due to/from FLACC | 100,000.00 | 272,350.00 | 320,685.95 | 321,035.95 |
| Due to/from George Maler | - | - | - | - |
| Due to/from Gibson | - | - | - | 500.00 |
| Due to/from Jeffrey Siskind | 13,233.88 | 296,953.51 | 297,794.91 | 293,748.91 |
| Due to/from Jeffrey Siskind - Aircraft | - | 117,000.00 | 117,091.00 | 117,091.00 |
| Due to/from Jeffrey Siskind - Auto | - | 26,500.00 | - | - |
| Due to/from OB Real Estate | 15,000.00 | 22,500.00 | 37,125.00 | 37,125.00 |
| Due to/from Siskind Legal | - | - | 62,395.00 | 55,810.20 |
| Due to/from Siskind Iota | 100,000.00 | 110,000.00 | - | - |
| Due to/from Sovereign Gaming | 1,000.00 | 56,000.00 | 60,581.00 | 60,581.00 |
| Due to/from Sympatico | - | - | 5,132.50 | 9,442.50 |
| Due to/from Tanya Siskind | - | - | 16,500.00 | 16,500.00 |
| Due to/from Unknown - Santa Barbara Refi. | - | - | 400,000.00 | |
| Due to/from Volkwein | 193,109.92 | - | - | - |
| Due to/from Wendy Buckingham | - | - | 16,200.00 | 16,200.00 |
| Due to/from Zokaites | - | 62,506.00 | 47,506.00 | 47,506.00 |
| In the Weeds | - | - | 290.00 | 290.00 |
| New Wave Loan | - | - | 32,125.00 | 32,125.00 |
| Transfers between Chance accounts | - | - | 9,720.00 | 9,720.00 |
| **Total Assets** | **$ 1,157,523.77** | **$ 2,489,652.93** | **$ 2,768,587.47** | **$ 1,061,945.71** |
| | | | | |
| **LIABILITIES** | | | | |
| 3445 Santa Barbara | $ - | $ 739,445.74 | $ 739,445.74 | $ - |
| 3445 Santa Barbara - Refi | - | - | 500,000.00 | - |
| Due to/from Carl Sone & David Fiore | - | 770,000.00 | 770,000.00 | 770,000.00 |
| Due to/from George Maler | - | 190,950.00 | 199,200.00 | 204,300.00 |
| Due to/from M&T Bank | - | - | 60,000.00 | 60,000.00 |
| Due to/from Richard Neff | - | 500,000.00 | 500,000.00 | 500,000.00 |
| Due to/from Siskind Iota | - | - | 142,850.00 | 159,666.00 |
| Due to/from Sympatico | - | - | - | 2,441.00 |
| Due to/from Volkwein | 1,157,623.77 | 539,606.25 | 539,606.25 | 539,606.25 |
| Due to/from Zokaites | - | - | - | 1,560.00 |
| In the Weeds | - | - | 50,000.00 | 50,000.00 |
| Sharp Energy | - | - | 1,250.00 | 2,500.00 |
| Transfers between Chance accounts | - | - | 9,720.00 | 9,720.00 |
| Total Liabilities | 1,157,623.77 | 2,740,001.99 | 3,512,071.99 | 2,299,793.25 |
| | | | | |
| **Solvency/Insolvency** | **$ (100.00)** | **$ (250,349.06)** | **$ (743,484.52)** | **$ (1,237,847.54)** |



PLAINTIFF'S
TRIAL EXHIBIT
**T-139**