## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Summary of Expenses - Chance & Anthem
Years 2014 to 2017

| Description | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | Total |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Income Received | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | |
| Auto Insurance | - | - | 508.69 | - | 508.69 |
| Bank Fees | 100.00 | 389.00 | 2,026.58 | 1,560.50 | 4,076.08 |
| Cash & Withdrawals [1] | - | 79,500.00 | (46,646.50) | (30,703.20) | 2,150.30 |
| Client Expenses | - | 41,250.00 | (3,500.00) | - | 37,750.00 |
| Closing Costs | - | - | 73,054.26 | - | 73,054.26 |
| Commisions | - | 17,812.50 | 18,050.00 | - | 35,862.50 |
| Donations | - | - | 1,000.00 | - | 1,000.00 |
| Employee Related | - | - | 59,660.65 | 100.00 | 59,760.65 |
| Gas & auto | - | 52.23 | 1,884.99 | 2,017.07 | 3,954.29 |
| Maintenance | - | 378.28 | 21,135.70 | 3,001.61 | 24,515.59 |
| Meals | - | 357.85 | 3,666.65 | 3,049.24 | 7,073.74 |
| Miscellaneous | - | 40.00 | 3,957.64 | 8,186.51 | 12,184.15 |
| Office Rent/Mortgage | - | 3,796.72 | 185,290.83 | 22,255.37 | 211,342.92 |
| Property Expense | - | 8,771.90 | | 7,899.82 | 16,671.72 |
| Travel and Entertainment | - | 1,979.74 | 7,236.93 | 4,266.40 | 13,483.07 |
| Utilities | - | 639.21 | 2,911.01 | 159.81 | 3,710.03 |
| **Total Expenses** | 100.00 | 154,967.43 | 330,237.43 | 21,793.13 | 507,097.99 |
| **Net Income/(Loss)** | $ (100.00) | $ (154,967.43) | $ (330,237.43) | $ (21,793.13) | $ (507,097.99) |

**FOOTNOTES:**

[1] Although Chance & Anthem reflects net cash deposits in years 2016 & 2017, when reviewing the consolidated Related Entities, including Siskind IOTA, they reflect net checks to cash and withdrawals of approximately $168K over the four year period.



PLAINTIFF'S TRIAL EXHIBIT T-140

GlassRatner Advisory & Capital Group, LLC