## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Consolidated Insolvency Analysis
Summary - Years 2014 to 2017

| Description | December 31, 2014 | December 31, 2015 | December 31, 2016 | December 31, 2017 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| Cash | $ 735,595.09 | $ 59,734.74 | $ 896.33 | $ 1,308.29 |
| 3445 Santa Barbara | - | 1,405,000.00 | 1,300,000.00 | - |
| Due to/from David Merrill | - | 22,618.37 | - | - |
| Due to/from Fiore | 76,000.00 | 119,500.00 | 299,542.65 | 299,542.65 |
| Due to/from Gibson | 2,500.00 | 2,700.00 | 2,700.00 | 3,800.00 |
| Due to/from Jeffrey Siskind | 380,306.34 | 1,070,555.28 | 1,285,669.13 | 1,285,375.18 |
| Due to/from Jeffrey Siskind - Aircraft | 50,462.00 | 241,128.41 | 245,150.92 | 245,150.92 |
| Due to/from Jeffrey Siskind - Auto | - | 26,500.00 | - | - |
| Due to/from OB Real Estate | 1,015,086.25 | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 |
| Due to/from Tanya Siskind | - | 4,000.00 | 20,500.00 | 22,700.00 |
| Due to/from Unknown - Santa Barb. Refi. | - | - | 400,000.00 | - |
| Due to/from Wendy Buckingham | - | - | 16,200.00 | 16,200.00 |
| Due to/from William Siskind | 15,192.77 | 15,325.50 | 15,325.50 | 15,325.50 |
| Due to/from Zokaites | 25,000.00 | 117,506.00 | 102,506.00 | 61,448.40 |
| **Total Assets** | **$ 2,300,142.45** | **$ 4,084,568.30** | **$ 4,690,306.16** | **$ 2,950,850.94** |
| **LIABILITIES** | | | | |
| 3445 Santa Barbara Mortgages | $ - | $ 739,445.74 | $ 739,445.74 | $ - |
| 3445 Santa Barbara - Mortgage Refi | - | - | 500,000.00 | - |
| 3485 Lago de Talavera | - | - | 271,586.55 | 271,586.55 |
| Due to/from Carl Sone & David Fiore | - | 770,000.00 | 770,000.00 | 770,000.00 |
| Due to/from Christopher George | 1,911,000.00 | 1,911,000.00 | 1,911,000.00 | 1,911,000.00 |
| Due to/from George Maler | 76,954.33 | 271,249.81 | 288,421.09 | 292,221.09 |
| Due to/from M&T Bank | - | - | 60,000.00 | 60,000.00 |
| Due to/from OB Real Estate | - | 70,986.78 | 33,071.78 | 33,071.78 |
| Due to/from Richard Neff | - | 500,000.00 | 500,000.00 | 500,000.00 |
| Due to/from Siskind Iota | 72,500.00 | 544,330.00 | 133,280.00 | 161,541.00 |
| Due to/from Volkwein | 904,513.85 | 479,606.25 | 479,606.25 | 479,606.25 |
| Due to/from William Siskind | 266.40 | 266.40 | 266.40 | 766.40 |
| In the Weeds | - | - | 99,710.00 | 99,710.00 |
| Sharp Energy | - | - | 1,250.00 | 3,750.00 |
| Transfers between Chance accounts | - | - | 9,720.00 | - |
| **Total Liabilities** | **$ 2,965,234.58** | **$ 5,286,884.98** | **$ 5,797,357.81** | **$ 4,583,253.07** |
| **Solvency/Insolvency** | **$ (665,092.13)** | **$ (1,202,316.68)** | **$ (1,107,051.65)** | **$ (1,632,402.13)** |



GlassRatner Advisory & Capital Group, LLC