## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Consolidated Summary of Expenses
Summary - Years 2014 to 2017

| Description | December 31, 2014 | December 31, 2015 | December 31, 2016 | December 31, 2017 | Total |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| Income Received | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **Expenses** | | | | | |
| Auto Insurance | - | - | 508.69 | 570.77 | 1,079.46 |
| Bank Fees | 1,278.50 | 918.00 | 3,114.88 | 2,900.50 | 8,211.88 |
| Cash & Withdrawals [1] | (16,405.92) | 29,123.47 | (55,170.00) | (27,808.33) | (70,260.78) |
| Client Expenses | 1,234.75 | 40,640.29 | (3,500.00) | 1,793.76 | 40,168.80 |
| Closing Costs | - | - | 73,054.26 | | 73,054.26 |
| Credit Card | 400.00 | - | - | - | 400.00 |
| Commisions | 377.98 | 18,030.50 | 23,550.00 | - | 41,958.48 |
| Donations | 2,997.83 | 6,423.59 | 3,288.86 | - | 12,710.28 |
| Employee Related | 4,116.97 | 6,439.57 | 61,673.29 | 100.00 | 72,329.83 |
| Gas & auto | 6,294.38 | 16,710.97 | 5,748.53 | 2,297.90 | 31,051.78 |
| Insurance | 2,508.24 | 10.62 | - | - | 2,518.86 |
| Investment in CannaMED | - | - | - | - | - |
| Maintenance | 14,201.72 | 27,461.59 | 29,690.48 | 4,830.66 | 76,184.45 |
| Meals | 9,925.27 | 7,066.55 | 7,224.22 | 4,126.77 | 28,342.81 |
| Miscellaneous | 45,811.42 | 21,303.48 | 19,518.27 | 34,074.12 | 120,707.29 |
| Office Rent/Mortgage | 104,244.41 | 99,357.07 | 180,403.63 | 23,790.54 | 407,795.65 |
| Property Expense | 16,370.63 | 10,294.85 | 95,651.35 | 17,878.52 | 140,195.35 |
| Taxes | (9,320.43) | 363.50 | - | - | (8,956.93) |
| Travel and Entertainment | 13,732.54 | 25,179.42 | 16,052.86 | 4,872.97 | 59,837.79 |
| Utilities | 1,391.85 | 3,512.73 | 6,115.21 | 977.21 | 11,997.00 |
| | | | | | |
| **Total Expenses** | 199,160.14 | 312,836.20 | 466,924.53 | 70,405.39 | 1,049,326.26 |
| | | | | | |
| **Net Income/(Loss)** | $ (199,160.14) | $ (312,836.20) | $ (466,924.53) | $ (70,405.39) | $ (1,049,326.26) |

**FOOTNOTES:**

[1] Related entity Siskind IOTA reflected an additional approximate $238K of net checks to cash and withdrawals that are not included in this consolidation.



PLAINTIFF'S TRIAL EXHIBIT
T-142