# C & A @ Chase - Transactions

| Number Date | Payee/Memo/Category/Transfer | Status | Payment Deposit | Balance |
|---|---|---|---|---|
| CHK 1366 5/30/2018 Printed | Jeffrey M. Siskind | | 500.00 | -500.00 |
| CHK 1360 3/21/2018 Printed | Servipool<br>3445 Santa Barbara | C | 180.00 | -680.00 |
| CHK 1357 3/14/2018 Printed | Glen Butler<br>3445 | C | 200.00 | -880.00 |
| CHK 1350 8/25/2017 Printed | Jeffrey M. Siskind | C | 364.25 | -1,244.25 |
| CHK 1349 8/18/2017 Printed | 27120 Ocean Gateway, LLC | | 7,261.00 | -8,505.25 |
| CHK 1347 8/10/2017 Printed | Sympatice Equine Rescue, Inc. | C | 100.00 | -8,605.25 |
| CHK 1348 8/10/2017 Printed | George A. Maler | C | 100.00 | -8,705.25 |
| CHK 1345 7/24/2017 Printed | George Maler | C | 5,000.00 | -13,705.25 |
| CHK 1344 7/20/2017 Printed | Glen Butler<br>3445 Santa Barbara | C | 200.00 | -13,905.25 |
| CHK 1343 6/29/2017 Printed | 27120 Ocean Gateway, LLC<br>June Payment | C | 7,261.00 | -21,166.25 |
| CHK 1341 6/11/2017 Printed | Jeffrey M. Siskind<br>Week ending 5-9-2017 | C | 364.25 | -21,530.50 |
| CHK 1340 6/4/2017 Printed | Jeffrey M. Siskind<br>Week ending 6-2-2017 | C | 364.25 | -21,894.75 |
| CHK 1339 5/31/2017 Printed | Glen Butler<br>Lawn Maintenance | C | 200.00 | -22,094.75 |
| CHK 1342 5/26/2017 Printed | Jeffrey M. Siskind<br>Week ending 5-26-2017 | C | 364.25 | -22,459.00 |
| CHK 1338 5/22/2017 Printed | Leo Morales<br>5th Floor Painting | C | 2,020.00 | -24,479.00 |
| CHK 1336 5/12/2017 | 27120 Ocean Gateway, LLC | C | 7,261.00 | -31,740.00 |

**PLAINTIFF'S TRIAL EXHIBIT T-143**

| Check | Payee / Memo | | Amount | Balance |
|---|---|---|---|---|
| | May Loan Payment | | | |
| CHK 1335 5/12/2017 Printed | Robert Harris<br>Trump 5th FLoor Tile Installation | C | 1,000.00 | -32,740.00 |
| CHK 1333 4/25/2017 Printed | 27120 Ocean Gateway, LLC<br>April Loan Payment | C | 7,261.00 | -40,001.00 |
| CHK 1332 4/10/2017 Printed | Robert Harris<br>Trump 5th Floor - Tile & Base | C | 800.00 | -40,801.00 |
| CHK 1331 4/7/2017 Blank Printed | Clerk of Court<br>Easement | C | 28.60 | -40,829.60 |
| CHK 1330 4/7/2017 Blank Printed | Glen Butler<br>3465 Lawn Service | C | 200.00 | -41,029.60 |
| CHK 1329 4/7/2017 Blank Printed | Robert Gibson<br>Printed blank check, to be filled in at later time | C | 500.00 | -41,529.60 |
| CHK 1328 3/18/2017 Printed | 27120 Ocean Gateway, LLC<br>March Payment | C | 7,261.00 | -48,790.60 |
| CHK 1325 2/24/2017 Printed | Harold Saylor<br>Lawn & Tree Cleanup | C | 100.00 | -48,890.60 |
| CHK 1326 2/17/2017 Printed | 27120 Ocean Gateway, LLC<br>February Payment | C | 7,261.00 | -56,151.60 |
| CHK 1324 1/16/2017 Printed | 27120 Ocean Gateway, LLC<br>January Loan Payment | C | 7,261.00 | -63,412.60 |
| CHK 1323 12/17/2016 Printed | 27120 Ocean Gateway, LLC<br>Tax Adjustment | C | 2,209.71 | -65,622.31 |
| CHK 1322 12/17/2016 Printed | 27120 Ocean Gateway, LLC<br>November Payment | C | 7,261.00 | -72,883.31 |
| CHK 1321 12/14/2016 Printed | Robert Sauve | C | 300.00 | -73,183.31 |
| CHK 1320 11/9/2016 Printed | 27120 Ocean Gateway, LLC | C | 7,261.00 | -80,444.31 |
| CHK 1317 11/1/2016 Printed | Kerry Kensington<br>Loan Repayment | C | 400.00 | -80,844.31 |
| CHK 1316 11/1/2016 Printed | Wendy S. Buckingham<br>Partial Repayment | C | 16,200.00 | -97,044.31 |

| Check | Date | Payee / Memo | | Amount | Balance |
|---|---|---|---|---|---|
| CHK 1315 Printed | 11/1/2016 | Tanya L. Siskind | C | 5,000.00 | - 102,044.31 |
| CHK 1314 Printed | 10/31/2016 | Jeffrey M. Siskind | C | 2,000.00 | - 104,044.31 |
| CHK 1307 Blank Printed | 10/19/2016 | Huntington Learning Center<br>Printed blank check, to be filled in at later time | C | 1,100.00 | - 105,144.31 |
| CHK 1310 Blank Printed | 10/18/2016 | Joshua O'brien<br>Pay thru 10-20-2016 | C | 619.50 | - 105,763.81 |
| CHK 1312 Blank Printed | 10/18/2016 | 1cut | C | 200.00 | - 105,963.81 |
| CHK 1311 Blank Printed | 10/18/2016 | 3 cuts | C | 285.00 | - 106,248.81 |
| CHK 1308 Blank Printed | 10/18/2016 | Palm Beach Riding Academy<br>Scarlett | C | 2,500.00 | - 108,748.81 |
| CHK 1309 Blank Printed | 10/18/2016 | Bob Sauve<br>Pay thru 10-20-2016 | C | 750.00 | - 109,498.81 |
| CHK 1313 Printed | 10/18/2016 | Bay Area Disposal<br>27120 Dumpster | C | 1,090.98 | - 110,589.79 |
| CHK 1306 Printed | 10/11/2016 | 27120 Ocean Gateway, LLC<br>October Pymt. | C | 7,261.00 | - 117,850.79 |
| CHK 4938 | 10/7/2016 | Harold Saylor<br>w/e 10-5-2016 | C | 360.00 | - 118,210.79 |
| CHK 4937 | 10/7/2016 | Joshua O'brien<br>w/e 10-5-2016 | C | 420.00 | - 118,630.79 |
| CHK 4936 | 10/7/2016 | Bob Sauve<br>w/e 10-5-2016 | C | 500.00 | - 119,130.79 |
| CHK 1305 Printed | 10/4/2016 | Estrela Marketing Solutions<br>Website archival | C | 100.00 | - 119,230.79 |
| CHK 1304 Printed | 9/29/2016 | Harold Saylor<br>w/e 9-28-2016 | C | 240.00 | - 119,470.79 |

| Check | Payee | | Amount | Balance |
|---|---|---|---|---|
| CHK 1303 9/29/2016 Printed | Joshua O'brien w/e 9-28-2016 | C | 409.50 | -119,880.29 |
| CHK 1302 9/29/2016 Printed | Bob Sauve w/e 9-28-2016 | C | 500.00 | -120,380.29 |
| CHK 1300 9/27/2016 Printed | OB Real Estate Holdings 1732, LLC | C | 625.00 | -121,005.29 |
| CHK 1299 9/22/2016 Printed | Joshua O'brien 2 wks ending 9-21-2016 | C | 629.50 | -121,634.79 |
| CHK 1298 9/22/2016 Printed | Bob Sauve w/e 9-21-2016 | C | 500.00 | -122,134.79 |
| CHK 1297 9/22/2016 Printed | Harold Saylor W/E 9-21-16 | C | 300.00 | -122,434.79 |
| CHK 1296 9/22/2016 Printed | Robert Harris 3445 Santa Barbara; w/e 9-21-2016 | C | 3,840.00 | -126,274.79 |
| CHK 1295 9/21/2016 Printed | Jose Legrand Partial Commission | C | 100.00 | -126,374.79 |
| CHK 1294 9/19/2016 Printed | Robert Harris W/E 9-14-16 | C | 3,000.00 | -129,374.79 |
| CHK 1293 9/15/2016 Printed | Harold Saylor W/E 9-14-16 - $450 + $75.10 (supplies) | C | 525.10 | -129,899.89 |
| CHK 1292 9/15/2016 Printed | Russell Cross W/E 9-14-16 - $2,874 + $266.66 (supplies) | C | 3,140.66 | -133,040.55 |
| CHK 1291 9/15/2016 Printed | Bob Sauve W/E 9-14-16 - $600 + $87.89 (supplies) | C | 687.89 | -133,728.44 |
| CHK 1290 9/9/2016 Printed | 27120 Ocean Gateway, LLC | C | 7,261.00 | -140,989.44 |
| CHK 1289 9/8/2016 Printed | T. E. Smith & Son, Inc. Invoice No. 51184 | C | 322.21 | -141,311.65 |
| CHK 1288 9/8/2016 Printed | Harold Saylor w/e 9/7/2016 | C | 367.50 | -141,679.15 |
| CHK 1287 9/8/2016 Printed | Russell Cross w/e 9/7/2016 | C | 3,525.00 | -145,204.15 |
| CHK 1286 9/8/2016 Printed | Bob Sauve w/e 9/7/2016 | C | 600.00 | -145,804.15 |

| Check | Payee | | Amount | Balance |
|---|---|---|---|---|
| CHK 1285 9/7/2016 Printed | Sovereign Gaming & Entertainment, LLC | C | 100.00 | -145,904.15 |
| CHK 1284 9/2/2016 Printed | Jeffrey M. Siskind | C | 1,000.00 | -146,904.15 |
| CHK 1283 9/2/2016 Printed | Chance & Anthem | C | 320.00 | -147,224.15 |
| CHK 1282 9/2/2016 Printed | In The Weeds Productions | C | 90.00 | -147,314.15 |
| CHK 1281 9/2/2016 Printed | Sovereign Gaming & Entertainment, LLC | C | 181.00 | -147,495.15 |
| CHK 1280 9/1/2016 Printed | C&S Expertise thru 8/31 | C | 3,265.00 | -150,760.15 |
| CHK 1279 9/1/2016 Printed | Russell Cross thru 8/31 | C | 5,304.50 | -156,064.65 |
| CHK 1278 9/1/2016 Printed | Harold Saylor thru 8/31 | C | 610.00 | -156,674.65 |
| CHK 1277 8/26/2016 Printed | George Maler Loan Repayment | C | 5,000.00 | -161,674.65 |
| CHK 1276 8/26/2016 Printed | Jose Legrand Partial Commission Payment | C | 500.00 | -162,174.65 |
| CHK 1275 8/25/2016 Printed | Harold Saylor w/e 8-24-2016 | C | 472.50 | -162,647.15 |
| CHK 1274 8/25/2016 Printed | Russell Cross w/e 8-25-2016 | C | 2,745.00 | -165,392.15 |
| CHK 1273 8/25/2016 Printed | Bob Sauve w/e 8-24-16 | C | 600.00 | -165,992.15 |
| CHK 1272 8/22/2016 Printed | Bob Sauve w/e 8-17-2016 | C | 750.00 | -166,742.15 |
| CHK 1271 8/22/2016 Printed | Sovereign Gaming & Entertainment, LLC | C | 500.00 | -167,242.15 |
| CHK 1270 8/12/2016 Printed | Jose Legrand | C | 1,000.00 | -168,242.15 |
| CHK 1269 8/12/2016 Printed | Jesse Parker Hourly Pay through 8/10 | C | 600.00 | -168,842.15 |

| | | | | |
|---|---|---|---|---|
| CHK 1268 8/11/2016 Printed | Bob Sauve w/e 8/10/2016 | C | 750.00 | -<br>169,592.15 |
| CHK 1267 8/11/2016 Printed | Russell Cross w/e 8/10/2016 | C | 2,725.00 | -<br>172,317.15 |
| CHK 1266 8/11/2016 Printed | Jean Ruff Rent - August | C | 1,267.00 | -<br>173,584.15 |
| CHK 1265 8/9/2016 Printed | Southfields of P.B. Polo & C.C. HOA, Inc. 3445 Santa Barbara | C | 983.55 | -<br>174,567.70 |
| PMT 8/9/2016 | FPL 3445 | C | 574.48 | -<br>175,142.18 |
| CHK 1264 8/9/2016 Printed | Delmarva Power Acct. 5000-5337-329 | C | 2,085.75 | -<br>177,227.93 |
| CHK 1263 8/9/2016 Printed | Bruce Lowe | C | 1,000.00 | -<br>178,227.93 |
| CHK 1262 8/8/2016 Printed | George & Jeri Maler 910 S.W. Dalton | C | 550.00 | -<br>178,777.93 |
| CHK 1259 8/4/2016 Blank Printed | Bob Sauve Printed blank check, to be filled in at later time | C | 750.00 | -<br>179,527.93 |
| CHK 1261 8/4/2016 Blank Printed | Matthew Hoffman Printed blank check, to be filled in at later time | C | 2,000.00 | -<br>181,527.93 |
| CHK 1260 8/4/2016 Blank Printed | Russell Cross Printed blank check, to be filled in at later time | C | 2,982.50 | -<br>184,510.43 |
| CHK 1255 8/2/2016 Blank Printed | Jessee Parker Replaces prior check with misspelled name | C | 600.00 | -<br>185,110.43 |
| CHK 1254 8/2/2016 Blank Printed | Bob Sauve Printed blank check, to be filled in at later time | C | 750.00 | -<br>185,860.43 |
| CHK 1253 8/2/2016 Blank Printed | Russell Cross W/E 7/27/16 (REPLACED W/ CASH) | C | 2,337.00 | -<br>188,197.43 |
| CHK 1258 8/1/2016 Blank Printed | 27120 Ocean Gateway, LLC Printed blank check, to be filled in at later time | C | 7,261.00 | -<br>195,458.43 |

| Check | Date | Payee / Memo | Type | Amount | Balance |
|---|---|---|---|---|---|
| CHK 1257 Blank Printed | 8/1/2016 | Jesse Parker<br>Printed blank check, to be filled in at later time | C | 1,230.00 | -196,688.43 |
| CHK 1256 Blank Printed | 8/1/2016 | Clerk of Court<br>Record 3GEN Mortgage | C | 583.60 | -197,272.03 |
| CHK 1252 Printed | 7/29/2016 | Jeffrey M. Siskind | C | 1,250.00 | -198,522.03 |
| CHK 1251 Printed | 7/29/2016 | Coral Key Design<br>Progress Pymt. 3445 Santa BArbara | C | 2,500.00 | -201,022.03 |
| CHK 1250 Printed | 7/28/2016 | New Wave Loans<br>July 1 Loan Payment; Acct. 15B-013 | C | 6,093.75 | -207,115.78 |
| CHK 1249 Printed | 7/28/2016 | Glen Butler<br>3445 Santa Barbara | C | 100.00 | -207,215.78 |
| CHK 1248 Printed | 7/28/2016 | Electric Motors of Palm Beach | C | 500.00 | -207,715.78 |
| CHK 1247 Printed | 7/28/2016 | Jose Legrand<br>Additional Commission | C | 500.00 | -208,215.78 |
| PMT | 7/26/2016 | Comcast | C | 295.81 | -208,511.59 |
| CHK 1246 Printed | 7/25/2016 | Village of Wellington<br>3445 Santa Barbara | C | 162.62 | -208,674.21 |
| CHK 1245 Printed | 7/25/2016 | Russell Cross<br>W/E 7/20 | C | 2,730.00 | -211,404.21 |
| CHK 1244 Printed | 7/25/2016 | Bob Sauve<br>W/E 7/20 | C | 750.00 | -212,154.21 |
| CHK 1243 Printed | 7/25/2016 | Jessee Parker | R | 600.00 | *VOID* |
| CHK 1242 Printed | 7/25/2016 | Matthew Hoffman | C | 1,000.00 | -213,154.21 |
| CHK 1241 Printed | 7/25/2016 | Bruce Lowe | C | 1,000.00 | -214,154.21 |
| CHK 1240 Printed | 7/18/2016 | Sure Public Relations & Marketing<br>CannaMED Publicity | C | 325.00 | -214,479.21 |
| CHK 1239 Printed | 7/18/2016 | Jeffrey M. Siskind | C | 1,500.00 | -215,979.21 |

| Check | Payee | C | Amount | Balance |
|---|---|---|---|---|
| CHK 1237 7/18/2016 Printed | Chance & Anthem | C | 7,300.00 | -223,279.21 |
| CHK 1236 7/15/2016 Printed | Bruce Lowe | C | 1,000.00 | -224,279.21 |
| CHK 1235 7/15/2016 Printed | Sympatice Equine Rescue, Inc. | C | 500.00 | -224,779.21 |
| CHK 1232 7/15/2016 Blank Printed | Kensington Realty Investment Group, Inc.<br>Loan Repayment | C | 4,000.00 | -228,779.21 |
| CHK 1231 7/15/2016 Blank Printed | Apostle Roofing<br>Deposit | C | 5,000.00 | -233,779.21 |
| CHK 1227 7/15/2016 Blank Printed | Russell Cross<br>thru 7/13 | C | 4,485.00 | -238,264.21 |
| CHK 1229 7/15/2016 Blank Printed | Jessee Parker<br>Printed blank check, to be filled in at later time | C | 937.50 | -239,201.71 |
| CHK 1228 7/15/2016 Blank Printed | Bruce Lowe<br>Printed blank check, to be filled in at later time | C | 1,000.00 | -240,201.71 |
| CHK 1226 7/15/2016 Blank Printed | Robert Sauve<br>thru 7/13 | C | 1,125.00 | -241,326.71 |
| CHK 1225 7/15/2016 Blank Printed | Jean Ruff<br>Rent - housing | C | 1,267.00 | -242,593.71 |
| CHK 1224 7/15/2016 Blank Printed | Harold Saylor<br>Hourly Pay | C | 1,092.00 | -243,685.71 |
| CHK 1233 7/15/2016 Printed | Chance & Anthem<br>Transfer | C | 500.00 | -244,185.71 |
| CHK 1221 7/8/2016 Printed | Bresseit's Services<br>Invoice less 1/2 'Compactor Rental' | C | 3,425.00 | -247,610.71 |
| CHK 1220 7/8/2016 Printed | Jeffrey M. Siskind<br>REimbursement - $200 cash to Bruce | C | 200.00 | -247,810.71 |
| CHK 1219 7/8/2016 | Matthew Hoffman | C | 2,000.00 | - |

| | | | | | |
|---|---|---|---|---:|---:|
| | Printed | | | | 249,810.71 |
| CHK 1217 7/5/2016 Printed | Bruce Lowe Reimbursement - 27120 Paint Supplies | | C | 327.00 | - 250,137.71 |
| CHK 1218 7/2/2016 Printed | ABK South Properties, LLC 3 loan pymts plus 1 late fee | | C | 1,334.38 | - 251,472.09 |
| CHK 1216 7/1/2016 Printed | Jose Legrand Additional Commmission | | C | 500.00 | - 251,972.09 |
| CHK 1215 7/1/2016 Printed | Bay Area Disposal 27120 Trash Removal | | C | 540.75 | - 252,512.84 |
| CHK 1214 7/1/2016 Printed | Tomey Electric Invoice No. V-112 | | C | 346.22 | - 252,859.06 |
| CHK 1213 7/1/2016 Printed | Russell Cross W/E 6/30 | | C | 2,885.00 | - 255,744.06 |
| CHK 1212 7/1/2016 Printed | Bob Sauve W/E 7/1 | | C | 750.00 | - 256,494.06 |
| CHK 1211 7/1/2016 Printed | George & Jeri Maler 910 SW Dalton | | C | 550.00 | - 257,044.06 |
| CHK 1210 6/24/2016 Blank Printed | Tanya Siskind Printed blank check, to be filled in at later time | | C | 6,000.00 | - 263,044.06 |
| CHK 1209 6/24/2016 Blank Printed | ESAM Dinner Fee (2) | | C | 80.00 | - 263,124.06 |
| CHK 1208 6/24/2016 Blank Printed | Bob Sauve incl $200 for lawn | | C | 950.00 | - 264,074.06 |
| CHK 1207 6/24/2016 Printed | Village of Wellington 3445 Santa Barbara - Water | | C | 7.50 | - 264,081.56 |
| CHK 1206 6/24/2016 Blank Printed | Russell Cross 27120 | | C | 2,730.00 | - 266,811.56 |
| CHK 1204 6/24/2016 Blank Printed | Bresseit's Services 3445 Advance | | C | 4,000.00 | - 270,811.56 |
| CHK 1205 6/24/2016 Blank Printed | Steve Wilkins 3445 | | C | 2,305.94 | - 273,117.50 |

| Check | Payee / Memo | | Amount | Balance |
|---|---|---|---|---|
| CHK 1203 6/15/2016 Blank Printed | Robert Sauve Reimbursements | C | 450.00 | - 273,567.50 |
| CHK 1202 6/15/2016 Blank Printed | Angeline Nanni Reimbursements | C | 804.31 | - 274,371.81 |
| CHK 1201 6/15/2016 Blank Printed | Hebron Lion's CLub CannaMED Hall Rental | C | 250.00 | - 274,621.81 |
| CHK 1200 6/15/2016 Printed | IPFS Corporation Acct. No. GAA-512605 | C | 1,004.48 | - 275,626.29 |
| CHK 1199 6/15/2016 Printed | All Pro Pool Service 3445 Santa Barbara | C | 100.00 | - 275,726.29 |
| CHK 1198 6/15/2016 Printed | Village of Wellington 3445 Santa Barbara | C | 375.09 | - 276,101.38 |
| CHK 1195 6/14/2016 Blank Printed | AG Lawn & Tree Printed blank check, to be filled in at later time | C | 1,300.00 | - 277,401.38 |
| CHK 1196 6/14/2016 Blank Printed | Russell Cross CannaMED Labor | C | 2,420.00 | - 279,821.38 |
| CHK 1197 6/14/2016 Blank Printed | Robert Sauve CannaMED | C | 750.00 | - 280,571.38 |
| CHK 1194 6/13/2016 Printed | Jose Legrand Additional Commission | C | 1,000.00 | - 281,571.38 |
| CHK 1193 6/10/2016 Printed | Matthew Hoffman CannaMED | C | 2,000.00 | - 283,571.38 |
| CHK 1192 6/10/2016 Printed | Steve Wilkins 3445 Santa Barbara | C | 5,000.00 | - 288,571.38 |
| CHK 1191 6/7/2016 Printed | Mail Movers CannaMED Town Hall Mailing | C | 619.40 | - 289,190.78 |
| CHK 1190 6/7/2016 Printed | George & Jeri Maler 910 SW Dalton | C | 550.00 | - 289,740.78 |
| CHK 1189 6/2/2016 Printed | Maryland Municipal League CannaMED Sponsorship | C | 1,000.00 | - 290,740.78 |

| Check | Payee | Type | Amount | Balance |
|---|---|---|---|---|
| CHK 1188 5/27/2016 Printed | Delmarva Power<br>Acct. 5000-5337-329 | C | 1,573.90 | -<br>292,314.68 |
| CHK 1187 5/26/2016 Printed | Sure Public Relations & Marketing<br>CannaMED Public Relations Contract | C | 390.00 | -<br>292,704.68 |
| CHK 1186 5/26/2016 Printed | Jose Legrand<br>Partial Commission | C | 1,200.00 | -<br>293,904.68 |
| CHK 1185 5/24/2016 Printed | Estrela Marketing Solutions<br>CannaMED | C | 87.50 | -<br>293,992.18 |
| CHK 1184 5/20/2016 Printed | Matthew Hoffman<br>CannaMED | C | 1,000.00 | -<br>294,992.18 |
| CHK 1183 5/16/2016 Printed | PTM Electric<br>3445 Electric | C | 950.00 | -<br>295,942.18 |
| CHK 1182 5/16/2016 Printed | Chance & Anthem | C | 1,000.00 | -<br>296,942.18 |
| CHK 1181 5/16/2016 Printed | Bob Sauve | C | 1,000.00 | -<br>297,942.18 |
| CHK 1180 5/16/2016 Printed | IPFS Corporation<br>27120 Ocean Gateway Insurance Pymt. | C | 1,004.48 | -<br>298,946.66 |
| CHK 1179 5/16/2016 Printed | Gottzmann & Associates, Inc.<br>27120 Ocean Gateway Insurance | C | 2,065.71 | -<br>301,012.37 |
| CHK 1178 5/13/2016 Printed | Matthew Hoffman | C | 1,000.00 | -<br>302,012.37 |
| CHK 1177 5/13/2016 Printed | Steve Wilkins | C | 4,000.00 | -<br>306,012.37 |
| CHK 1176 5/13/2016 Printed | Jose Legrand<br>Additional Commission | C | 2,500.00 | -<br>308,512.37 |
| CHK 1175 5/12/2016 Printed | Coral Key Design<br>3445 Santa Barbara | C | 2,500.00 | -<br>311,012.37 |
| CHK 1174 5/10/2016 Printed | Florida's Assn. of Community Banks & Credit Unions | R | 1,000.00 | *VOID* |
| CHK 1173 5/10/2016 Printed | Sovereign Gaming & Entertainment, LLC | C | 500.00 | -<br>311,512.37 |
| CHK 1172 5/10/2016 Printed | Chance & Anthem<br>transfer | C | 100.00 | -<br>311,612.37 |

| Check | Payee / Memo | | Amount | Balance |
|---|---|---|---|---|
| CHK 1171 5/8/2016 Printed | Dunn Environmental<br>3445 - Bee Removal | C | 750.00 | -<br>312,362.37 |
| CHK 1169 5/6/2016 Printed | Jose Legrand<br>Additional Commission | C | 1,000.00 | -<br>313,362.37 |
| CHK 1170 5/6/2016 Printed | Frank Zokaites<br>Loan Repayment | C | 10,000.00 | -<br>323,362.37 |
| CHK 1167 5/3/2016 Printed | George & Jeri Maler<br>910 SW Dalton | C | 550.00 | -<br>323,912.37 |
| CHK 1168 5/3/2016 Printed | Matthew Hoffman<br>CannaMED | C | 1,000.00 | -<br>324,912.37 |
| CHK 1164 4/26/2016 Printed | Bob Sauve | C | 2,000.00 | -<br>326,912.37 |
| CHK 1165 4/26/2016 Printed | Matthew Hoffman<br>CannaMED Work | C | 1,000.00 | -<br>327,912.37 |
| CHK 1166 4/26/2016 Printed | 27120 Ocean Gateway, LLC<br>Loan Payment | C | 7,261.00 | -<br>335,173.37 |
| CHK 1163 4/22/2016 Printed | Jose Legrand<br>Add'l Commission Pymt. | C | 1,000.00 | -<br>336,173.37 |
| CHK 1162 4/20/2016 Printed | Olympia Turf Farm<br>3445 Santa Barbara | C | 1,000.00 | -<br>337,173.37 |
| CHK 1161 4/16/2016 Printed | Steve Wilkins | C | 3,000.00 | -<br>340,173.37 |
| CHK 1160 4/15/2016 Printed | Village of Palm Springs<br>3445 Santa Barbara Drive | C | 28.52 | -<br>340,201.89 |
| CHK 1159 4/13/2016 Printed | Palm Beach Garage | C | 4,315.20 | -<br>344,517.09 |
| CHK 1158 4/13/2016 Printed | Jeffrey M. Siskind | C | 2,000.00 | -<br>346,517.09 |
| CHK 1157 4/13/2016 Printed | Sovereign Gaming & Entertainment, LLC | C | 3,000.00 | -<br>349,517.09 |
| CHK 1156 4/13/2016 Printed | In The Weeds Productions | C | 200.00 | -<br>349,717.09 |
| CHK 1150 4/2/2016 Printed | Jose Legrand<br>Additional Commission | C | 2,500.00 | -<br>352,217.09 |

| | | | | |
|---|---|---|---|---|
| CHK 1155 4/1/2016 Printed | Sovereign Gaming & Entertainment, LLC | C | 300.00 | -<br>352,517.09 |
| CHK 1153 4/1/2016 Printed | Florida's Assn. of Community Banks & Credit Unions | C | 1,500.00 | -<br>354,017.09 |
| CHK 1152 4/1/2016 Printed | Olympia Turf Farm<br>Sod; 23 Pallets | C | 6,095.00 | -<br>360,112.09 |
| CHK 1151 4/1/2016 Printed | Tanya Siskind | C | 3,000.00 | -<br>363,112.09 |
| CHK 1149 4/1/2016 Printed | Jose Legrand<br>Additional Commission Payment | C | 1,000.00 | -<br>364,112.09 |
| CHK 1154 4/1/2016 Printed | All Pro Pool Service<br>3445 Santa Barbara | C | 400.00 | -<br>364,512.09 |
| CHK 1142 4/1/2016 Printed | Chris Dooley<br>3445 Driveway Preparation | C | 2,400.00 | -<br>366,912.09 |
| CHK 1147 3/31/2016 Printed | Jose Legrand<br>$1,500 of $25,000 commission | C | 1,500.00 | -<br>368,412.09 |
| CHK 1148 3/31/2016 Printed | George & Jeri Maler<br>910 Dalton | C | 550.00 | -<br>368,962.09 |
| CHK 1146 3/31/2016 Printed | Village of Wellington<br>Water Bill | C | 28.52 | -<br>368,990.61 |
| CHK 1145 3/31/2016 Printed | Steve Wilkins<br>3445 Santa Barbara | C | 2,000.00 | -<br>370,990.61 |
| CHK 1144 3/31/2016 Printed | 27120 Ocean Gateway, LLC<br>April, 2016 Rent | C | 7,261.00 | -<br>378,251.61 |
| CHK 1143 3/31/2016 Printed | 27120 Ocean Gateway, LLC<br>Application Fee, Deposit & Last Month Rent | C | 14,036.00 | -<br>392,287.61 |
| CHK 1141 3/29/2016 Printed | Patricia Pitts<br>Commission (replacement check) | C | 3,750.00 | -<br>396,037.61 |
| CHK 1140 3/25/2016 Printed | Kensington Realty Investment Group, Inc.<br>Commission | C | 3,750.00 | -<br>399,787.61 |
| CHK 1138 3/16/2016 Printed | Chris Dooley | C | 3,500.00 | -<br>403,287.61 |
| CHK 1137 3/15/2016 | Village of Wellington | C | 28.52 | - |

| | | | | |
|---|---|---|---:|---:|
| Printed | 3445 Santa Barbara - water (107967-209066) | | | 403,316.13 |
| CHK 1136 3/9/2016<br>Printed | Larry's A/C & Appliance Service<br>3445 HVAC Disconnect | C | 375.00 | -<br>403,691.13 |
| CHK 1135 3/3/2016<br>Printed | Steven Wilkins<br>3445; Site Work | C | 1,000.00 | -<br>404,691.13 |
| CHK 1134 3/3/2016<br>Printed | Glen Butler<br>3445 Santa Barbara | C | 200.00 | -<br>404,891.13 |
| CHK 1133 3/3/2016<br>Printed | Dattile Plumbing<br>3445 Santa Barbara - plumbing | C | 495.00 | -<br>405,386.13 |
| CHK 1132 3/3/2016<br>Printed | Village of Wellington<br>3445 Santa Barbara - water | C | 33.52 | -<br>405,419.65 |
| CHK 1131 3/2/2016<br>Printed | Robert Half Legal<br>Ariel Hassine | C | 930.63 | -<br>406,350.28 |
| CHK 1130 3/2/2016<br>Printed | Robert Half Legal<br>Revital Subar | C | 1,463.66 | -<br>407,813.94 |
| CHK 1129 3/2/2016<br>Printed | Robert Half Legal<br>Claudel Trajan | C | 1,590.94 | -<br>409,404.88 |
| CHK 1127 3/1/2016<br>Printed | Tanya Siskind | C | 2,500.00 | -<br>411,904.88 |
| CHK 1126 3/1/2016<br>Printed | Jeffrey M. Siskind Trust Account | C | 5,000.00 | -<br>416,904.88 |
| CHK 1125 3/1/2016<br>Printed | George & Jeri Maler<br>Dalton Street Loan | C | 500.00 | -<br>417,404.88 |
| CHK 1124 3/1/2016<br>Printed | N&P Construction<br>Job # 2619REV | C | 24,600.00 | -<br>442,004.88 |
| CHK 1123 3/1/2016<br>Printed | PTM Electric<br>Invoice # 2127 | C | 6,551.00 | -<br>448,555.88 |
| CHK 1128 3/1/2016<br>Printed | New Wave Loans<br>March 1 Loan Payment ; Acct. 15B-013 | C | 6,093.75 | -<br>454,649.63 |
| PMT 2/20/2016 | FPL | C | 348.11 | -<br>454,997.74 |
| CHK 1122 2/18/2016<br>Printed | Wilfre Company<br>Invoice #19948 | C | 340.00 | -<br>455,337.74 |
| CHK 1121 2/11/2016 | Jonathan Mayer | C | 1,500.00 | - |

| Check | Payee / Memo | | Amount | Balance |
|---|---|---|---:|---:|
| Printed | Per Agreement | | | 456,837.74 |
| CHK 1119 1/27/2016 Printed | Village of Wellington<br>3445 Santa Barbara | C | 28.52 | -<br>456,866.26 |
| CHK 1118 1/27/2016 Printed | New Wave Loans Residential, LLC<br>Loan Pymt; Acct. 15B-013 | C | 6,093.75 | -<br>462,960.01 |
| CHK 1117 1/27/2016 Printed | Machining Technologies, Inc.<br>Feb. 1st Payment (Sovereign Gaming & Ent.) | C | 17,383.00 | -<br>480,343.01 |
| CHK 1048 1/4/2016 Printed | New Wave Loans Residential, LLC<br>Loan Pymt; Acct. 15B-013 | C | 6,093.75 | -<br>486,436.76 |
| CHK 1114 11/2/2015 Printed | Angeline Nanni<br>Expense Reimbursement | C | 300.00 | -<br>486,736.76 |
| CHK 1113 11/2/2015 Printed | Salisbury Area Chamber of Commerce<br>CannaMED Pharmaceuticals Membership | C | 270.00 | -<br>487,006.76 |
| CHK 1112 10/23/2015 Printed | All Florida Title Company of Broward, LLC<br>Escrow for Terry Schrubb | C | 25,000.00 | -<br>512,006.76 |
| CHK 1111 10/22/2015 Printed | Kerry Kensington<br>Commission Advance | C | 17,812.50 | -<br>529,819.26 |
| CHK 1110 10/21/2015 Printed | Rutman Law<br>3445 Santa Barbara | C | 1,750.00 | -<br>531,569.26 |