Case 18-16248-MAM    Doc 736    Filed 02/26/20    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                                Chapter 7

      Debtor.
_____/

**DEBTOR'S NOTICE OF FILING CONSENT TO CREDITOR PROOFS OF CLAIM**

COMES NOW the Debtor, Chance & Anthem, LLC, by and through its undersigned counsel, and files this Debtor's Notice of Filing Consent to Creditor Proofs of Claim, and states:

1. Debtor consents to Proof of Claim No. 1 filed by Delmarva Power in the amount of $842.00. Although Debtor no longer possesses records pertaining to said claim due to the theft of Debtor's records, Debtor believes that the claimed amount is correct. The claim was filed on June 18, 2018.

2. Debtor consents to Proof of Claim No. 2 filed by Richard Barclay Neff in the amount of $525,000. Although Debtor no longer possesses records pertaining to said claim due to the theft of Debtor's records, Debtor believes that the claimed amount is correct. The claim was field on July 9, 2018.

3. Debtor consents to the Proof of Claim No. 3 filed by Sarenil Associates, LLC in the amount of $669,124. Although Debtor no longer possesses records pertaining to said claim due to the theft of Debtor's records, Debtor believes that the claimed amount is correct. The claim was filed on August 7, 2018.

4. Debtor consents in part to Proof of Claim No. 4 filed by Christopher George and Dianna George on August 9, 2018. Debtor consents only to that portion of the claim made by Christopher George, and further states that Dianna George does not possess a valid claim. And


PLAINTIFF'S TRIAL EXHIBIT T-144

further, Debtor states that the amount of Christopher George's claim is subject to offset for amounts paid to Christopher George and on behalf of Christopher George to others. Debtor further states that the Chapter 7 Trustee has in its possession but has not disclosed financial records which elucidate the amount of said offsets.

5. Debtor objects to Proofs of Claim nos. 5 and 6 filed respectively by David Fiore and Carl Stone on August 9, 2018 and 3485 Lago De Talavera Trust on August 9, 2018 as being invalid claims for the following reasons (1) the Fiore/Stone claim was released, and (2) the Trust's claim was filed by an inappropriate party.

6. All of the above mentioned claims were filed more than 565 days prior to the filing of this Debtor's consent, which consent is being filed more than 640 days after the Chapter 7 Trustee's purported appointment.

7. It should be noted that the Trustee has not challenged the sufficiency of any claim and that by virtue of the filing of said Proofs of Claim in this matter, the adjudication of these matters rests solely within the jurisdiction of the United States bankruptcy Court, Southern District of Florida by reference from the U.S. District Court pursuant to 28 U.S.C. § 157(a).

WHEREFORE, Debtor furnishes the above stated consents to creditors' proof of claims as set forth herein.

Dated this 26th day of February, 2020.

**S I S K I N D  L E G A L, P L L C**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW   Washington, DC  20006
113 N. Monroe Street, 1st Floor   Tallassee, Florida  32301
3465 Santa Barbara Drive   Wellington, Florida  33414

TELEPHONE  (561) 791-9565   FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on February 26, 2020 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or email as reflected on the Service List below.

                                */s/ Jeffrey M. Siskind*
                     Jeffrey M. Siskind, Esq.   FBN 138746

SERVICE LIST:

- Julie Feigeles    jf@womenatlawfl.com, way@womenatlawfl.com
- Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- Barry P Gruher    bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com
- Samantha T Haimo    sth@womenatlawfl.com, way@swlawyers.law
- Philip B Harris    philip@philipbharris.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David A Ray    dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com
- Stuart A Young    syoung@ybplaw.com

Alan Barbee
GlassRatner Advisory & Capital Group
1400 Centrepark Blvd #860
West Palm Beach, FL 33401

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

Richard P. Zaretsky
1615 Forum Pl #3-A
West Palm Beach, FL 33401