**Chance & Anthem, LLC (Case No.: 18-16248-MAM)**
Flowchart Tracing Referenced Funds
Santa Barbara House



11/6/15 Deposit of refinance proceeds to $704,974.57 into Chance & Anthem

- 11/9/15 - 12/10/15: Five payments totaling $107,500 to Jeffrey Siskind
- 11/13/15: Payment of $61,719.63 to K Title Company LLC fbo Jeffrey Siskind
- 11/9/15 & 12/2/15: Two payments totaling $145,950 to George Maler
- 11/13/15 & 11/17/15: Two payments totaling $117,000 for aircraft related expenses
- 11/9/15 - 1/4/16: 13 cash withdrawals totaling $82,000
- 12/7/15: Payment of $62,506 to Zokaites Property re: Loan Payoff
- 12/10/15 & 1/4/16: Two transfers totaling $60,000 to Siskind IOTA
- 11/10/15 - 12/28/15: Four transfers totaling $30,000 to Sovereign Gaming
- See detail for remaining $56,929.85



3/24/16 Deposit of refinance proceeds of $100,00 into Chance & Anthem

- 3/24/16 - 3/28/16: Six transfers totaling $48,625 to FLACC
- 3/25/16: Transfer of $10,000 to Siskind Legal
- See Detail for remaining $11,143.77
- 3/29/16: Payment of $53,715.56 to Long Badger & Sheller LLP re: 27120 Gateway ($30,231.23 applies to $100,000)



**PLAINTIFF'S TRIAL EXHIBIT T-145(A)**