# Chance & Anthem, LLC

## Flowchart Tracing Creditors' Funds - Maler Mortgage - September 3, 2014
## OB Real Estate Tracing - Chart 1 of 3

Source: Bank Statements, deposit detail and canceled checks



**FOOTNOTES:**

1) The Siskind IOTA account held a beginning balance before the mortgage proceeds of approximately $221K. In addition to the funds received from the Maler mortgage, the Siskind IOTA received $500K from ▇▇▇▇▇▇, approximately $165K from a client related transaction, and approximately $176K from other sources. These other funds were commingled with the remaining $162,761 and used to issue a disbursement of approximately $▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on September 29, 2014.



PLAINTIFF'S TRIAL EXHIBIT
**T-145(B)**

## Chance & Anthem, LLC
**Flowchart Tracing Creditors' Funds - First Maler Mortgage Modification - November 28, 2014**
**OB Real Estate Tracing - Chart 2 of 3**
Source: Bank Statements, deposit detail and canceled checks



**FOOTNOTES:**
1) The Siskind IOTA account held a beginning balance before the mortgage modification proceeds of approximately $23K. In addition to the funds received from the Maler Mortgage Modification, the Siskind IOTA received two deposits of $50,000 from Chance & Anthem, the first on November 24, 2014 and the second on December 23, 2014. These deposits were commingled with the Maler Mortgage Modification proceeds to pay the above mentioned transactions plus an additional $101K in miscellaneous client related expenses.

# Chance & Anthem, LLC

## Flowchart Tracing Creditors' Funds - Second Maler Mortgage Modification - March 28, 2015
## OB Real Estate Tracing - Chart 3 of 3

Source: Bank Statements, deposit detail and canceled checks

