# EXHIBIT 146

**Confidential Exhibit To Be Submitted At Trial Pursuant To Order Granting In Part And Denying In Part Jeffrey Siskind's Emergency Motion For Protective Order Prohibiting The Release Of Confidential Client Financial Information [ECF No. 121] [ECF No. 180]  Bankruptcy Court For The Southern District Of Florida – Case No. 18-16248**