# Chance & Anthem, LLC (Case No.: 18-16248-MAM)

**Detail - Payments to Advanced Avionics**
**Four Year Period**

| Bank | Entity | Type | Check No. | Date | Memo | Deposit/ Credit | Disbursement/ Debit |
|---|---|---|---|---|---|---|---|
| SunTrust 6688 | Chance & Anthem | Check | 1026 | 11/13/15 | Panel Equipment & Initial Labor Deposit | | $ 100,000.00 |
| | | | | | Total | $ - | $ 100,000.00 |



PLAINTIFF'S TRIAL EXHIBIT
**T-148**

EXHIBIT A

```
SUNTRUST BANK                                              PAGE 1 OF 2
PO BOX 305183                                              36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                                    1000176606688
                                                           11/30/2015
SUNTRUST

                                                           ACCOUNT
                                                           STATEMENT


CHANCE & ANTHEMS LLC                                       QUESTIONS? PLEASE CALL
525 S FLAGLER DRIVE                                        1-800-786-8787
SUITE 501
WEST PALM BEACH FL 33401


     HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
     WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
     WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
     LEARN MORE AT SUNTRUST.COM
------------------------------------------------------------------------------
                              ACCOUNT SUMMARY
ACCOUNT TYPE               ACCOUNT NUMBER                    STATEMENT PERIOD

PRIMARY BUSINESS CHECKING   1000176606688                    11/01/2015 - 11/30/2015
------------------------------------------------------------------------------
DESCRIPTION                   AMOUNT    DESCRIPTION                     AMOUNT
BEGINNING BALANCE             $374.37   AVERAGE BALANCE             $332,612.23
DEPOSITS/CREDITS          $704,974.57   AVERAGE COLLECTED BALANCE   $332,612.23
CHECKS                    $252,260.00   NUMBER OF DAYS IN STATEMENT PERIOD   30
WITHDRAWALS/DEBITS        $174,334.63
ENDING BALANCE            $278,754.31
------------------------------------------------------------------------------
                              DEPOSITS/CREDITS
DATE        AMOUNT SERIAL #    DESCRIPTION
11/06       704,974.57         INCOMING FEDWIRE CR TRN #016605

DEPOSITS/CREDITS: 1            TOTAL ITEMS DEPOSITED: 0
------------------------------------------------------------------------------
                                   CHECKS
CHECK              AMOUNT DATE            CHECK              AMOUNT DATE
NUMBER                    PAID            NUMBER                    PAID
1022                60.00 11/06           1027            17,000.00 11/17
*1024          120,200.00 11/09           *1030           10,000.00 11/13
1025             2,500.00 11/10           *1032            2,500.00 11/30
1026           100,000.00 11/13

CHECKS: 7                      *BREAK IN CHECK SEQUENCE
------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
DATE        AMOUNT SERIAL #    DESCRIPTION

11/06           15.00          INCOMING FEDWIRE TRANSFER FEE TRN #016605
11/09           50.00          OUTGOING FEDWIRE TRANSFER FEE TRN #008364
11/09       50,000.00          OUTGOING FEDWIRE DR TRN #008364
11/09        2,500.00          OVER-THE-COUNTER WITHDRAWAL
11/13           50.00          OUTGOING FEDWIRE TRANSFER FEE TRN #016428
11/13       61,719.63          OUTGOING FEDWIRE DR TRN #016428
11/13        5,000.00          OVER-THE-COUNTER WITHDRAWAL
11/13        5,000.00          OVER-THE-COUNTER WITHDRAWAL
11/13        5,000.00          OVER-THE-COUNTER WITHDRAWAL
11/23        5,000.00          OVER-THE-COUNTER WITHDRAWAL
11/27       40,000.00          OVER-THE-COUNTER WITHDRAWAL

WITHDRAWALS/DEBITS:   11


                       MEMBER FDIC                      CONTINUED ON NEXT PAGE
```

```
SUNTRUST BANK                                         PAGE 2 OF 2
PO BOX 305183                                         36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                               1000176606688
                                                      11/30/2015
```

# SunTrust

ACCOUNT
STATEMENT

```
                              BALANCE ACTIVITY HISTORY
DATE        BALANCE           COLLECTED    DATE       BALANCE          COLLECTED
                              BALANCE                                  BALANCE
11/01          374.37            374.37    11/17    326,254.31         326,254.31
11/06       705,273.94        705,273.94   11/23    321,254.31         321,254.31
11/09       532,523.94        532,523.94   11/27    281,254.31         281,254.31
11/10       530,023.94        530,023.94   11/30    278,754.31         278,754.31
11/13       343,254.31        343,254.31
```

MEMBER FDIC

EXHIBIT A

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365      SS
11/02/18 10:11:11 31 WEB JOBT81102100423
0075011906   20151113         07
100000.00    1000176606688         000000
```

---

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

**SunTrust Bank**
505 S. Flagler Drive
West Palm Beach, FL 33401
(561) 838-5110

1026

DATE  11/11/2015

63-215 / 631

PAY   **Advanced Avionics**                                              $ **100,000.00

ONE-HUNDRED-THOUSAND AND 00/100************************************************ DOLLARS

TO THE
ORDER    **Advanced Avionics**
OF

Memo  Panel Equipment & Initial Labor Deposit

⑆06310215⑆ 1000176606688⑈ 1026

---

015  12  0033005⑆5778  00100302005

PLEASE ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE