UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Case No.: 18-16248-BKC-MAM
Chapter 7 Proceeding

**CHANCE & ANTHEM, LLC,**

   Debtor.
_____/

**ROBERT C. FURR, not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC,**

   Plaintiff.

v.

Adv. Proc. No.: 19-01301-BKC-MAM-A

**ADVANCED AVIONICS, LLC,**

   Defendant.
_____/

## DEFENDANT'S, ADVANCED AVIONICS, LLC, RESPONSE TO PLAINTIFF'S, ROBERT C. FURR, AS TRUSTEE, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, **Advanced Avionics, LLC**, (hereinafter referred to as "Plaintiff") by and through its undersigned attorney responds to Plaintiff's, **Robert C. Furr, as Trustee**, (hereinafter referred to as "Plaintiff") First Request for Production of Documents served upon Defendant, as follows:

### GENERAL OBJECTIONS

The following general objections are hereby incorporated into each of the specific responses and objections set forth below:

**PLAINTIFF'S TRIAL EXHIBIT T-153**

1. The Defendant objects to the requests, in particular any special instructions, to the extent they purport to impose obligations beyond those set forth in the Florida Rules of Civil Procedure.

2. The Defendant objects to the Plaintiff's requests to the extent it calls for the production of documents that are otherwise in Plaintiff's possession, custody, and/or control that are equally available to Plaintiff and/or Plaintiff's access to the documents sought is superior to that of the Defendant, and/or at a minimum, the burden on the Defendant to obtain the requested documents is no greater than the burden on Plaintiff.

3. Defendant gives these responses subject to the reservations of their rights to object to the introduction into evidence, in this or any other action, of any of the information, or material contained herein or produced hereunder on any ground, including, but not limited to, relevancy, materiality, hearsay, and authenticity. Defendant makes these responses subject to the further reservation that such responses shall not waive their right to object to additional discovery in this case.

4. Defendant does not intend by the production of documents hereunder to waive any claim of privilege, including work product. If any document are produced for which any claim of privilege is applicable, such production shall be deemed inadvertent, or limited to that particular document, and not a waiver of any claim of privilege in its entirety.

5. Responses provided herein have been prepared pursuant to a reasonable and diligent investigation as required by the Florida Rules of Civil Procedure. To the extent these requests purport to require anymore, Defendant objects on the grounds that compliance with the requests would impose an undue burden and expense.

6. Defendant's production herein shall not be interpreted as supplying the complete foundation for all facts upon which Defendant may rely in its case.

7. The mere agreement by Defendant to produce a document or categories of documents, as indicated below does not mean that such document or categories of documents are in Defendant's possession, custody, or control.

## **RESPONSES TO REQUEST TO PRODUCE**

1. To the extent applicable, the Defendant objects to the Plaintiff's Request as any documentation responsive is protected by the attorney/client privilege. To the extent any documentation is not protected by the attorney/client privilege, at this time, the Defendant is no longer engaged in the business of aircraft maintenance. As such, any and all documents responsive to the Plaintiff's Request, if any, which are in the possession, custody or control of the Defendant, are located in Pittsburgh, Pennsylvania. As the Defendant's managing member primarily lives in Palm Beach County, Florida, he is unable to obtain any and all documents responsive to the Plaintiff's Request until such time as he returns to Pittsburgh, Pennsylvania, in or around May 2020. As any documentation which might be responsive to the Plaintiff's Request is located in

Pennsylvania, the Defendant shall produce any and all documents responsive to the Plaintiff's upon returning to Pittsburgh, Pennsylvania, in or around May 2020.

2. At this time, the Defendant is no longer engaged in the business of aircraft maintenance. As such, any and all documents responsive to the Plaintiff's Request, if any, which are in the possession, custody or control of the Defendant, are located in Pittsburgh, Pennsylvania. As the Defendant's managing member primarily lives in Palm Beach County, Florida, he is unable to obtain any and all documents responsive to the Plaintiff's Request until such time as he returns to Pittsburgh, Pennsylvania, in or around May 2020. As any documentation which might be responsive to the Plaintiff's Request is located in Pennsylvania, the Defendant shall produce any and all documents responsive to the Plaintiff's upon returning to Pittsburgh, Pennsylvania, in or around May 2020.

3. At this time, the Defendant is no longer engaged in the business of aircraft maintenance. As such, any and all documents responsive to the Plaintiff's Request, if any, which are in the possession, custody or control of the Defendant, are located in Pittsburgh, Pennsylvania. As the Defendant's managing member primarily lives in Palm Beach County, Florida, he is unable to obtain any and all documents responsive to the Plaintiff's Request until such time as he returns to Pittsburgh, Pennsylvania, in or around May 2020. As any documentation which might be responsive to the Plaintiff's Request is located in Pennsylvania, the Defendant shall produce any and all documents responsive to the Plaintiff's upon returning to Pittsburgh, Pennsylvania, in or around May 2020.

Additionally, any documentation which supports the solvency of the Debtor is also in the possession, custody, or control of the Plaintiff.

4. At this time, the Defendant is no longer engaged in the business of aircraft maintenance. As such, any and all documents responsive to the Plaintiff's Request, if any, which are in the possession, custody or control of the Defendant, are located in Pittsburgh, Pennsylvania. As the Defendant's managing member primarily lives in Palm Beach County, Florida, he is unable to obtain any and all documents responsive to the Plaintiff's Request until such time as he returns to Pittsburgh, Pennsylvania, in or around May 2020. As any documentation which might be responsive to the Plaintiff's Request is located in Pennsylvania, the Defendant shall produce any and all documents responsive to the Plaintiff's upon returning to Pittsburgh, Pennsylvania, in or around May 2020.

5. The Defendant objects to this Request, as it is duplicative of the Plaintiff's Request #4.

6. At this time, the Defendant is no longer engaged in the business of aircraft maintenance. As such, any and all documents responsive to the Plaintiff's Request, if any, which are in the possession, custody or control of the Defendant, are located in Pittsburgh, Pennsylvania. As the Defendant's managing member primarily lives in Palm Beach County, Florida, he is unable to obtain any and all documents responsive to the Plaintiff's Request until such time as he returns to Pittsburgh, Pennsylvania, in or around May 2020. As any documentation which might be responsive to the Plaintiff's Request is

located in Pennsylvania, the Defendant shall produce any and all documents responsive to the Plaintiff's upon returning to Pittsburgh, Pennsylvania, in or around May 2020.

7. At this time, the Defendant is no longer engaged in the business of aircraft maintenance. As such, any and all documents responsive to the Plaintiff's Request, if any, which are in the possession, custody or control of the Defendant, are located in Pittsburgh, Pennsylvania. As the Defendant's managing member primarily lives in Palm Beach County, Florida, he is unable to obtain any and all documents responsive to the Plaintiff's Request until such time as he returns to Pittsburgh, Pennsylvania, in or around May 2020. As any documentation which might be responsive to the Plaintiff's Request is located in Pennsylvania, the Defendant shall produce any and all documents responsive to the Plaintiff's upon returning to Pittsburgh, Pennsylvania, in or around May 2020.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-mail on the 17th day of February 2020 to:

**Jesus M. Suarez, Esq.**
jsuarez@gjb-law.com, gjbecf@gjb-law.com

        **PHILIP B. HARRIS, P.A.**
        685 Royal Palm Beach Boulevard
        Suite 205
        Royal Palm Beach, FL 33411
        Tel: 561-543-7963
        Fax: 561-793-1020

        By: /s/ Philip B. Harris_____
            Philip B. Harris, Esq.
            FL Bar ID: 19781