UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  Case No.: 18-16248-BKC-MAM
Chapter 7 Proceeding

**CHANCE & ANTHEM, LLC,**

　　Debtor.
_____/

ROBERT C. FURR, not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC,

　　Plaintiff.

v.  Adv. Proc. No.: 19-01301-BKC-MAM-A

**ADVANCED AVIONICS, LLC,**

　　Defendant.
_____/

## DEFENDANT'S, ADVANCED AVIONICS, LLC, RESPONSE TO PLAINTIFF, ROBERT C. FURR'S FIRST SET OF INTERROGATORIES

COMES NOW, the Defendant, **Advanced Avionics, LLC**, by and through undersigned counsel, and hereby responds to the Plaintiff's, **Robert C. Furr, as Trustee in Bankruptcy for the Estate of Chance & Anthem, LLC,** First Set of Interrogatories as follows:

### INTERROGATORIES

1. State the name, address, and title of each and every Person who (i) assisted or contributed to the collection of information necessary to answer these Interrogatories, (ii) participated in the framing of such answers, (iii) may have knowledge concerning the facts alleged in the Complaint; and (iv) may have knowledge concerning any potential defenses or affirmative defenses to the causes of action alleged in the Complaint.

PLAINTIFF'S TRIAL EXHIBIT T-154

ANSWER:

    Stephen Jackowski
    c/o Jeffrey Siskind, Esq.
    3465 Santa Barbara Drive
    Wellington, FL 33414

    Jeffrey Siskind, Esq.
    3465 Santa Barbara Drive
    Wellington, FL 33414

2.    Identify the date, payor, amount and account number of the fund(s) allegedly transferred to the Debtor that You claim were earmarked for payment of the mechanical services You claim were provided by Defendant in your Third Affirmative Defense.

ANSWER:

    $100,000 bank check paid by Debtor in 2015.

3. Identify the services that you claim were provided on account of the transfers You received from the Debtor, including (a) the party that received the services; (b) the terms under which the services were provided; (c) a description of the services provided; (d) the total compensation received for said services; and (e) the identity of the parties providing the compensation. Please state the terms under which these alleged transfers were made to the Debtor and identify all documents corroborating same. Please further identify the party that provided You this information.

**ANSWER:**

(a) Services were performed on an aircraft owned by Metropolitan Air, Inc.
(b) $100,000 was paid for work done to date and to cover avionics purchases
(c) Fuselage, wing and control surface refinishing, avionics purchase and panel replacement, electrical wiring and harness replacements, engine mounting, fuel tank and fuel system installation and repairs, and aircraft storage

(d) Estimated $7,500 net realized after payments to third party suppliers of labor and materials

(e) Chance & Anthem, LLC; terms were to apply on account of supplies and labor. Any corroborating documents are in storage in Pennsylvania, and cannot be identified until the undersigned who is in Florida can travel to the storage location. Parties providing this information are listed in the response to Interrogatory No. 1.

4. Identify the date, payor, amount and account number of the fund(s) allegedly transferred to the Debtor by the owner of the aircraft as set forth in your Fourth Affirmative Defense. Please state the terms under which these alleged transfers were made to the Debtor and identify all documents corroborating same. Please further identify the party that provided You this information.

**ANSWER:**

This Defendant does not have this information.

4

6

5. Identify the aircraft referenced in your Affirmative Defenses. Please provide the manufacturer, model, year, registration number (a/k/a tail number) and identify its owner.
**ANSWER:**

Beechcraft Baron C-55, 1966, N208GS, Metropolitan Air, Inc.

_____
Signature

STATE OF FLORIDA        )
                        ) ss
COUNTY OF               )
PALM BEACH.

Sworn to and subscribed before me on this 1st day of JULY, 2020, by STEPHEN PAUL JACKOWSKI who is personally known to me or who has produced FL. DRIVER'S LICENSE as identification and who did (did not) take an oath.

NOTARY PUBLIC AT LARGE
_____(SEAL)
Signature of Notary Public
Kim Thakur.
Printed Name of Notary Public
Commission No. GG42422.
Commission Expires 10/26/20

[SEAL: KIM THAKUR, MY COMMISSION # GG42422, EXPIRES: October 26, 2020]

5