## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

**Detail - Payments to Advanced Avionics**
**Four Year Period**

| Bank | Entity | Type | Check No. | Date | Memo | Deposit/ Credit | Disbursement/ Debit |
|---|---|---|---|---|---|---|---|
| SunTrust 6688 | Chance & Anthem | Check | 1026 | 11/13/15 | Panel Equipment & Initial Labor Deposit | | $ 100,000.00 |
| | | | | | Total | $ - | $ 100,000.00 |



PLAINTIFF'S TRIAL EXHIBIT
**T-155**

```
SUNTRUST BANK                                           PAGE 1 OF 2
PO BOX 305183                                           36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                                 1000176606688
                                                        11/30/2015
SUNTRUST


                                                        ACCOUNT
                                                        STATEMENT


    CHANCE & ANTHEMS LLC                                QUESTIONS? PLEASE CALL
    525 S FLAGLER DRIVE                                 1-800-786-8787
    SUITE 501
    WEST PALM BEACH FL 33401


        HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
        WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
        WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
        LEARN MORE AT SUNTRUST.COM
----------------------------------------------------------------------------------
                              ACCOUNT SUMMARY
ACCOUNT TYPE                  ACCOUNT NUMBER                    STATEMENT PERIOD

PRIMARY BUSINESS CHECKING     1000176606688                     11/01/2015 - 11/30/2015
----------------------------------------------------------------------------------
DESCRIPTION                   AMOUNT     DESCRIPTION                          AMOUNT
BEGINNING BALANCE             $374.37    AVERAGE BALANCE                 $332,612.23
DEPOSITS/CREDITS          $704,974.57    AVERAGE COLLECTED BALANCE       $332,612.23
CHECKS                    $252,260.00    NUMBER OF DAYS IN STATEMENT PERIOD       30
WITHDRAWALS/DEBITS        $174,334.63
ENDING BALANCE            $278,754.31
----------------------------------------------------------------------------------
                              DEPOSITS/CREDITS
 DATE         AMOUNT SERIAL #           DESCRIPTION
 11/06    704,974.57                    INCOMING FEDWIRE CR TRN #016605

DEPOSITS/CREDITS: 1                     TOTAL ITEMS DEPOSITED: 0
----------------------------------------------------------------------------------
                                CHECKS
CHECK           AMOUNT DATE             CHECK             AMOUNT DATE
NUMBER                 PAID             NUMBER                   PAID
1022              60.00 11/06           1027           17,000.00 11/17
*1024        120,200.00 11/09           *1030          10,000.00 11/13
1025           2,500.00 11/10           *1032           2,500.00 11/30
1026         100,000.00 11/13

CHECKS: 7                               *BREAK IN CHECK SEQUENCE
----------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
 DATE         AMOUNT SERIAL #           DESCRIPTION

 11/06         15.00                    INCOMING FEDWIRE TRANSFER FEE TRN #016605
 11/09         50.00                    OUTGOING FEDWIRE TRANSFER FEE TRN #008364
 11/09     50,000.00                    OUTGOING FEDWIRE DR TRN #008364
 11/09      2,500.00                    OVER-THE-COUNTER WITHDRAWAL
 11/13         50.00                    OUTGOING FEDWIRE TRANSFER FEE TRN #016428
 11/13     61,719.63                    OUTGOING FEDWIRE DR TRN #016428
 11/13      5,000.00                    OVER-THE-COUNTER WITHDRAWAL
 11/13      5,000.00                    OVER-THE-COUNTER WITHDRAWAL
 11/13      5,000.00                    OVER-THE-COUNTER WITHDRAWAL
 11/23      5,000.00                    OVER-THE-COUNTER WITHDRAWAL
 11/27     40,000.00                    OVER-THE-COUNTER WITHDRAWAL

WITHDRAWALS/DEBITS:  11


                    MEMBER FDIC                         CONTINUED ON NEXT PAGE
```

```
SUNTRUST BANK                                    PAGE 2 OF 2
PO BOX 305183                                    36/E00/0175/0/ 40
NASHVILLE TN 37230-5183                          1000176606688
                                                 11/30/2015
```

# SunTrust

ACCOUNT
STATEMENT

```
                        BALANCE ACTIVITY HISTORY
DATE        BALANCE        COLLECTED    DATE        BALANCE        COLLECTED
                           BALANCE                                 BALANCE
11/01          374.37         374.37    11/17     326,254.31      326,254.31
11/06       705,273.94     705,273.94   11/23     321,254.31      321,254.31
11/09       532,523.94     532,523.94   11/27     281,254.31      281,254.31
11/10       530,023.94     530,023.94   11/30     278,754.31      278,754.31
11/13       343,254.31     343,254.31
```

MEMBER FDIC

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20181101000365        SS
11/02/18 10:11:11 31 WEB JOBT81102100423
0075011906  20151113        07
100000.00   1000176606688            000000
```

---

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**CHANCE & ANTHEM**
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL 33401
Telephone (561) 832-0898

**SunTrust Bank**
505 S. Flagler Drive
West Palm Beach, FL 33401
(561) 838-5110

**1026**

DATE  11/11/2015

63-215 / 631

PAY   **Advanced Avionics**                                                $ **100,000.00

ONE-HUNDRED-THOUSAND AND 00/100************************************************  DOLLARS

TO THE   **Advanced Avionics**
ORDER
OF

Memo   Panel Equipment & Initial Labor Deposit

⑆063102152⑆ 1000176606688⑈ 1026

---

PLEASE ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

015  12  00330054778  00100302005

FEDERAL BANKING ACT 1937 - FEDERAL RESERVE REG. CC