# Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Consolidated Insolvency Analysis - Intercompany Detail
Year Ended December 31, 2016

| Description | Chance & Anthem | FLACC | Siskind Legal | Sovereign Gaming | Sympatico | Consolidated |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| *Due from Related Entities* | | | | | | |
| Due from Chance & Anthem | | 769,919.00 | | 1,000.00 | 1,540.00 | 772,459.00 |
| Due from FLACC | 320,685.95 | | 842.26 | 1,202,500.00 | 8,450.00 | 1,532,478.21 |
| Due from Siskind Legal | 62,395.00 | 185,000.00 | | | 5,000.00 | 252,395.00 |
| Due from Sovereign Gaming | 60,581.00 | 46,500.00 | | | | 107,081.00 |
| Due from Sympatico | 5,132.50 | 14,882.31 | 6,900.00 | | | 26,914.81 |
| Transfers between Chance accounts | 9,720.00 | | | | | 9,720.00 |
| Transfers between FLACC accounts | | 500.00 | | | | 500.00 |
| **Total Assets** | $ 458,514.45 | $ 1,016,801.31 | $ 7,742.26 | $ 1,203,500.00 | $ 14,990.00 | $ 2,701,548.02 |
| **LIABILITIES** | | | | | | |
| *Due to Related Entities* | | | | | | |
| Due to Chance & Anthem | | 1,090,604.95 | 62,395.00 | 61,581.00 | 6,672.50 | 1,221,253.45 |
| Due to FLACC | - | | 185,000.00 | 46,500.00 | 14,882.31 | 246,382.31 |
| Due to Siskind Legal | - | 842.26 | | | 6,900.00 | 7,742.26 |
| Due to Sovereign Gaming | | 1,202,500.00 | | | | 1,202,500.00 |
| Due to Sympatico | - | 8,450.00 | 5,000.00 | | | 13,450.00 |
| Transfers between Chance accounts | 9,720.00 | | | | | 9,720.00 |
| Transfers between FLACC accounts | | 500.00 | | | | 500.00 |
| **Total Liabilities** | $ 9,720.00 | $ 2,302,897.21 | $ 252,395.00 | $ 108,081.00 | $ 28,454.81 | $ 2,701,548.02 |
| | | | | | Net Activity | $ - |



PLAINTIFF'S TRIAL EXHIBIT T-156

GlassRatner Advisory & Capital Group, LLC