## Chance & Anthem, LLC (Case No.: 18-16248-MAM)

Consolidated Insolvency Analysis - Intercompany Detail
Year Ended December 31, 2017

| Description | Chance & Anthem | FLACC | Siskind Legal | Sovereign Gaming | Sympatico | Consolidated |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| *Due from Related Entities* | | | | | | |
| Due from Chance & Anthem | | 770,049.00 | 7,250.00 | 1,000.00 | 3,481.00 | 781,780.00 |
| Due from FLACC | 321,035.95 | | 842.26 | 1,202,500.00 | 8,850.00 | 1,533,228.21 |
| Due from Siskind Legal | 55,810.20 | 185,000.00 | | | 10,510.00 | 251,320.20 |
| Due from Sovereign Gaming | 60,581.00 | 46,500.00 | | | | 107,081.00 |
| Due from Sympatico | 9,442.50 | 15,033.31 | 13,590.00 | | | 38,065.81 |
| Transfers between Chance accounts | 9,720.00 | | | | | 9,720.00 |
| Transfers between FLACC accounts | | 500.00 | | | | 500.00 |
| **Total Assets** | $ 456,589.65 | $ 1,017,082.31 | $ 21,682.26 | $ 1,203,500.00 | $ 22,841.00 | $ 2,721,695.22 |
| **LIABILITIES** | | | | | | |
| *Due to Related Entities* | | | | | | |
| Due to Chance & Anthem | | 1,091,084.95 | 62,310.20 | 61,581.00 | 3,506.00 | 1,218,482.15 |
| Due to FLACC | - | | 185,000.00 | 46,500.00 | 15,033.31 | 246,533.31 |
| Due to Siskind Legal | - | 842.26 | | | 14,866.50 | 15,708.76 |
| Due to Sovereign Gaming | | 1,202,500.00 | | | | 1,202,500.00 |
| Due to Sympatico | 2,441.00 | 8,850.00 | 16,960.00 | | | 28,251.00 |
| Transfers between Siskind Legal accounts | | | - | | | - |
| Transfers between Chance accounts | 9,720.00 | | | | | 9,720.00 |
| Transfers between FLACC accounts | | 500.00 | | | | 500.00 |
| **Total Liabilities** | $ 12,161.00 | $ 2,303,777.21 | $ 264,270.20 | $ 108,081.00 | $ 33,405.81 | $ 2,721,695.22 |
| | | | | | **Net Activity** | $ - |

**FOOTNOTES:**

*Intercompany activity does not cross reconcile due differences between the Chance and Siskind Legal bank reconstructions. The differences in total are as follows:
Chance & Anthem - $7,726.50; Siskind Legal - $(6,976.50); and Sympatico - $(750) (which together net to $0).


PLAINTIFF'S TRIAL EXHIBIT T-157

GlassRatner Advisory & Capital Group, LLC