**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>CHANCE & ANTHEM, LLC,<br><br>    Debtor.<br>_____/ | Case No. 18-16248-BKC-MAM<br><br>Chapter 7 |
| ROBERT C. FURR not individually but<br>as Chapter 7 Trustee of the estate of the<br>Debtor, Chance & Anthem, LLC,<br><br>    Plaintiff,<br>v.<br><br>JEFFREY M. SISKIND, individually and<br>d/b/a SISKIND LEGAL SERVICES,<br>*et al.*<br>    Defendants.<br>_____/ | ADV. NO.  19-01298-MAM |

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Robert C. Furr ("Plaintiff' or the "Trustee"), as Chapter 7 Trustee for the Debtor, Chance and Anthem, LLC (the "Debtor") and Defendants, (i) Jeffrey Siskind ("Siskind"); (ii) Tanya Siskind ("T. Siskind"); (iii) Siskind Legal Services, LLC ("Siskind Legal"); (iv) Second Siskind Family Trust ("Siskind Trust"); (v) CannaMed Pharmaceuticals; LLC ("CannaMed"); (vi) Sovereign Gaming & Entertainment, LLC ("Sovereign"); (vii) Florida's Association of Community Banks and Credit Unions, Inc. ("FLACC"); and (viii) Sympatico Equine Rescue, Inc., a Florida Corporation ("Sympatico,") (collectively, the "Defendants" together the "Parties"), consistent with Rule 41(a) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy and pursuant to the *Order Granting Chapter 7 Trustee Robert C. Furr's Omnibus Motion to Approve Settlement and Compromise with (I) Siskind Adversary Defendants*

*(Adv. Case No. 19-01298); and (II) Advanced Avionics, LLC (Adv. Case No. 19-0301)* [Main Case ECF No. 292], hereby stipulate and agree to the dismissal of the Plaintiff's claims against Defendants' in this adversary proceeding with prejudice. Further, each party shall agree to bear their own attorneys' fees and costs in this matter.

Stipulated and agreed to this 10th day of February, 2021.

| GENOVESE JOBLOVE & BATTISTA, P.A. | SISKIND LEGAL, PLLC |
|---|---|
| *Counsel for the Plaintiff Chapter 7 Trustee Robert C. Furr* | *Counsel for Defendant Jeffrey Siskind* |
| 100 S.E. Second Street, 44th Floor | 3465 Santa Barbara Drive |
| Miami, Floirda 33131 | Wellington, FL 33414 |
| Telephone: (305) 349-2300 | Tel: (561) 791-9565 |
| By: /s/ Jesus M. Suarez | By: /s/ *Jeffrey M. Siskind* |
| Jesus M. Suarez, Esq | Jeffrey M. Siskind, Esq. |
| Florida Bar No. 60086 | Florida Bar No. 138746 |
| jsuarez@gjb-law.com | jeffsiskind@msn.com |
| | jeffsiskind@gmail.com |

PHILIP B. HARRIS, P.A.
*Counsel for Defendants T. Siskind,*
*Siskind Legal, Siskind Trust, CannaMed,*
*Sovereign, FLACC and Sympatico*
685 Royal Palm Beach Blvd.
Suite 205
Royal Palm Beach, FL 33411
Tel: (561) 543-7963

By: /s/ *Phillip B. Harris*
   Phillip B. Harris, Esq.
   Florida Bar No. 19781
   philip@philipbharris.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all interested creditors and parties registered to receive electronic notification via the Court's Case Management/Electronic Case Filing System as indicated on the Service List below on this 10th day of February, 2021.

By: /s/ *Jesus M. Suarez*
     Jesus M. Suarez, Esq.

## SERVICE LIST

***Notice will be served via CM/ECF upon:***

John H Genovese, Esq on behalf of Plaintiff Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com